1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

META PLATFORMS, INC.,

     Plaintiff,

v.

ROB BONTA, in his official capacity as Attorney General of California,

     Defendant.

Case No.: _____

**DECLARATION OF LARS BACKSTROM IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION**

I, Lars Backstrom, declare as follows based on personal knowledge:

1.    I am Vice President of Recommendation Systems at Meta Platforms, Inc. ("Meta"). I have been employed in that position since January 2017 and have been employed at Meta (formerly "Facebook") since September 2009. I am over the age of 18 years and maintain an office at 1 Meta Way, Building 20 in Menlo Park, California. I make this Declaration in support of Meta's Motion for Preliminary Injunction in the above-captioned case. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, I could and would testify under oath as follows.

2.    In my role at Meta, I am familiar with the methods Meta uses to recommend content to users on its Facebook, Instagram, and Threads services.

### Background

3.    Facebook and Instagram allow users to connect with family and friends, share about their life through various types of content (such as stories, photos, videos, captions, status updates, and links, among others), join groups, sign up for events of their interest, and follow the public pages or profiles of businesses, organizations, government entities, and public figures.

4.    Threads allows users to share photos, videos, and text updates and join public conversations, as well as follow and connect with friends, creators, and the public profiles of businesses, organizations, government entities, and public figures.[1]

### Content Personalization

5.    A user cannot possibly view the billions of pieces of content available on Facebook, Instagram, and Threads at any given time. Many users cannot get through all of the content from their friends or groups. So Meta has developed ranking and recommendation systems to curate content for individual users to help users find content, in accordance with Meta's Community Standards, that users may find relevant and valuable to them.

---

[1] *Introducing Threads: A New Way to Share With Text*, Meta (July 5, 2023), https://about.fb.com/news/2023/07/introducing-threads-new-app-text-sharing/.

DECLARATION OF LARS BACKSTROM IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION

6.      Meta's ranking and recommendation systems help curate content from the people or accounts that a user is connected with or follows ("connected content"),[2] as well as recommend content from people or accounts that a user may not follow or may not be connected to ("unconnected content"), to help users discover new accounts, organizations, and communities.[3]

7.      ***Ranking and Recommendation Process.***  Meta employs a multi-stage process to retrieve and rank the content that is displayed to users, making it easier for users to find information that may be relevant and valuable to them.  At various points, Meta excludes content, including content flagged by humans and by automated review for violating Meta's Community Standards.  The retrieval stage identifies several thousand content candidates to be ranked in the next stage.  Meta then uses "signals" to make predictions about which content users may find relevant and valuable.  These signals include data about the user, data specific to the post being ranked (such as who created the post, how others have interacted with it, whether the content of the post likely violates Meta's content policies, and the percentage of identical content between the post and other posts), as well as data specific to the user and the post, such as how the user has previously interacted with similar posts or the post's author.  Meta uses these signals to make personalized predictions about which content the user may find relevant and valuable.  Meta's prediction models include the likelihood that the user will meaningfully interact with a post, the likelihood that the user's interactions with a post will encourage others to share more content in the future that is valuable to the user, how likely the user is to find the post worth their time, and how likely the user is to click on the profile of a post's author.

8.      In order to produce a final score that Meta can use to rank the hundreds of content candidates that reach the final stage of the process, Meta combines the personalized predictions with

---

[2] *Our Approach to Facebook Feed Ranking*, Meta (June 11, 2025), https://transparency.meta.com/features/ranking-and-content/; *Instagram Feed AI System*, Meta (Sep. 12, 2025), https://transparency.meta.com/features/explaining-ranking/ig-feed/?referrer=1.

[3] *About Recommendations on Facebook*, Facebook Help Center, https://www.facebook.com/help/1257205004624246 (last visited Nov. 12, 2025); *Instagram Feed Recommendations AI System*, Meta (Sep. 4, 2025), https://transparency.meta.com/features/explaining-ranking/ig-feed-recommendations/.

DECLARATION OF LARS BACKSTROM IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION

weights using a formula it calls a value model.[4]  A value model is Meta's approximation of the value that each content candidate brings to a user.

9.      While Meta uses ranking and recommendation systems primarily to show users content that may be relevant and valuable to them, Meta's personalization of content is not based solely on predictions of which individual content item may be relevant and valuable to a user.  Additional factors are considered that may affect which content and in what order that content is shown to the user.  These include diversity rules and gap rules and what will inspire and incentivize users to express themselves and participate in content creation on Facebook, Instagram, and Threads.

10.      ***Diversity and Gap Rules.***  Meta employees have created and coded diversity rules and gap rules.  Diversity rules are certain rules implemented in the ranking stages for purposes of providing diversity in the set of content items shown to the user.  This pertains to diversity in the topic of the content as well as the creator of the content.  For example, diversity rules may mean that the user will not be shown multiple videos in a row on the same topic or multiple videos in a row from the same creator.  Gap rules may also affect the order and the variety of what the user sees.  For example, there are gap rules that relate to the minimum number of connected posts that must appear between two recommended posts.

11.      ***Inspire Content Creation.***  Meta also uses ranking and recommendation systems to help inspire and incentivize content creators to produce high-quality content that is within the bounds of Meta's Community Standards and policies.  Meta employees have designed Meta's systems to account for creator value in delivering personalized content to users.  Meta accomplishes this, for example, by promoting new content from small creators to progressively larger audiences in order to provide "a new way to rank recommendations to give all creators an equal chance of breaking through."[5]  Meta's systems also identify and recommend mimicable content, that is content from which it is easy for another user to create similar content, in order to incentivize users to create more content.

---

[4] *See Scaling the Instagram Explore Recommendations System*, Engineering at Meta (Aug. 9, 2023), https://engineering.fb.com/2023/08/09/ml-applications/scaling-instagram-explore-recommendations-system.

[5] *Helping Creators Find New Audiences*, Instagram for Creators (April 30, 2024), https://creators.instagram.com/recommendations-and-originality.

**The Impact of California's Personalized Feeds Restrictions on Facebook, Instagram, and Threads**

12.     Meta intends to provide and personalize the feeds on its Facebook, Instagram, and Threads services for all of its users, adults and teens alike.  A law restricting Meta's ability to deliver personalized feeds to teen users of Facebook, Instagram, and Threads based on their likes, dislikes, and interests, among other factors, will fundamentally change and diminish the user experience for teens on Facebook, Instagram, and Threads.

*        *        *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:  ___November 12, 2025___

By:  _____
Lars Backstrom
AF88A24E0D5F4C7...

Lars Backstrom

DECLARATION OF LARS BACKSTROM IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION