**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>    Defendant. | Case No.: _____<br><br>**DECLARATION OF ARCADIY KANTOR IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Arcadiy Kantor, declare as follows based on personal knowledge:

1. I am the Director of Product Management on the Content Integrity Team at Meta Platforms, Inc. ("Meta"). I have been employed in that position since March 2023 and have been employed within Meta's Content Integrity Team since March 2018. I am over the age of 18 years and maintain an office at 1550 121st Ave NE in Bellevue, WA. I make this Declaration in support of Meta's Motion for Preliminary Injunction in the above-captioned matter. I have personal knowledge of the matters set forth in this Declaration as well as knowledge based on a review of company records kept in the ordinary course of business, and if called as a witness, I could and would testify under oath as follows.

2. In my role at Meta, I am familiar with Meta's content moderation policies and practices with respect to the Facebook, Instagram, and Threads services. I am familiar with Meta's Community Standards, Meta's Terms of Service (which apply to Facebook), Instagram's Terms of Use, the Threads Terms of Use, and Facebook's and Instagram's Recommendation Guidelines.

### Content Moderation

3. Meta's commitment to expression is paramount, but Meta also recognizes that the internet creates new and increased opportunities for abuse. Meta has invested substantial resources to promote a safe experience for its Facebook, Instagram, and Threads communities. Meta has around 40,000 people overall working on safety and security.[1] And, Meta has invested over $30 billion into teams and technology in this area over the last decade.

4. This work is core to Meta's mission of building the future of human connection. Meta wants Facebook, Instagram, and Threads to be places where people feel empowered to communicate, and cannot achieve this goal if people do not feel safe while using its services. Similarly, advertisers likely will pause, reduce, or refuse altogether to advertise on Facebook, Instagram, and Threads if they do not believe that Meta is effective at removing harmful or offensive content.

5. This is why Meta's Content Policy team has, over many years, developed robust policies and practices relating to content moderation that help to determine what third-party content users see on

---

[1] *Safety and Integrity Highlights from 2024*, Meta (Dec. 9, 2024), https://www.facebook.com/business/news/safety-integrity-highlights-2024.

1
DECLARATION OF ARCADIY KANTOR IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION

Facebook, Instagram, and Threads. These policies and practices reflect Meta's views about which types of content should and should not be available on Facebook, Instagram, and Threads. Meta's views on this subject also reflect Meta's judgment about how it can best create a place for free expression, give people a voice, and empower people to talk openly about the issues that matter to them, balanced by the reality that the internet creates new and increased opportunities for abuse.

6. When Meta does limit expression, it does so in the service of Meta's values of authenticity, safety, privacy, and dignity.

    a. *Authenticity*. Meta believes that authenticity promotes a better environment for sharing.

    b. *Safety*. Meta believes that content that threatens people has the potential to intimidate, exclude or silence others.

    c. *Privacy*. Meta believes that privacy gives people the freedom to be themselves, choose how and when to share on Meta's services, and connect more easily.

    d. *Dignity*. Meta believes that all people are equal in dignity and rights. Meta expects that people will respect the dignity of others and not harass or degrade others.[2]

7. **Content Meta Removes for Everyone.** Meta's publicly available Community Standards[3] (which users agree not to violate), Meta's Terms of Service[4] (to which users must agree to create an account on the Facebook service), Instagram Terms of Use[5] (to which users must agree to create an account on the Instagram service), and Threads Terms of Use[6] (to which users must agree to use the Threads service) describe what content is acceptable on Facebook, Instagram, and Threads.

---

[2] *Community Standards*, Meta, https://transparency.fb.com/policies/community-standards/ (last visited Nov. 13, 2025) [hereinafter Community Standards].

[3] *Id*.

[4] *Terms of Service Overview*, Meta (Jan. 1, 2025), https://www.facebook.com/terms.php [hereinafter Meta Terms].

[5] *Terms of Use*, Instagram, https://help.instagram.com/581066165581870 (last visited Nov. 13, 2025) [hereinafter Instagram Terms].

[6] *Threads Terms of Use*, Instagram, https://help.instagram.com/769983657850450 (last visited Nov. 13, 2025).

2
DECLARATION OF ARCADIY KANTOR IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION

8. The Meta Terms of Service prohibit users from doing or sharing anything that is "unlawful, misleading, discriminatory or fraudulent" or that "infringes or violates someone else's rights."[7] Similarly, the Instagram Terms of Use prohibit users from doing or sharing anything that is "unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose" or that would "violate[] someone else's rights," and from "post[ing] someone else's private or confidential information without permission." And the Threads Terms of Use incorporate the same prohibition from the Instagram Terms by reference.[8]

9. Meta also has Community Standards that Meta employees on its Content Policy team have developed and that are enforced by both human reviewers and automated processes that Meta has built to implement its human-developed standards. These Community Standards provide details about what user-generated content is not allowed on Facebook, Instagram, and Threads. They are organized into twenty-three separate policies restricting specific categories of content related to: (1) coordinating harm and promoting crime;[9] (2) dangerous organizations and individuals;[10] (3) fraud, scams, and deceptive practices;[11] (4) restricted goods and services;[12] (5) violence and incitement;[13] (6) adult sexual

---

[7] Meta Terms, *supra*.

[8] *Threads Policies and Terms*, Instagram, https://help.instagram.com/280495901606863/?helpref=hc_fnav (last visited Nov. 13, 2025) ("These Threads Terms of Use . . . supplement and amend the Instagram Terms of Use and the Meta Community Standards, which are incorporated into these Terms by reference.").

[9] *Coordinating Harm and Promoting Crime*, Meta (Jun. 26, 2025), https://transparency.meta.com/policies/community-standards/coordinating-harm-promoting-crime/.

[10] *Dangerous Organizations and Individuals*, Meta (Feb. 8, 2024), https://transparency.meta.com/policies/community-standards/dangerous-individuals-organizations/.

[11] *Fraud, Scams, and Deceptive Practices*, Meta (Jun. 6, 2025), https://transparency.meta.com/policies/community-standards/fraud-scams.

[12] *Restricted Goods and Services*, Meta (May 14, 2025), https://transparency.meta.com/policies/community-standards/restricted-goods-services/.

[13] *Violence and Incitement*, Meta (Sep. 27, 2024), https://transparency.meta.com/policies/community-standards/violence-incitement/.

exploitation;[14] (7) bullying and harassment;[15] (8) child sexual exploitation, abuse, and nudity;[16] (9) human exploitation;[17] (10) suicide, self-injury, and eating disorders;[18] (11) adult nudity and sexual activity;[19] (12) adult sexual solicitation and sexually explicit language;[20] (13) hateful conduct;[21] (14) privacy violations;[22] (15) violent and graphic conduct;[23] (16) authentic identity representation;[24] (17) cybersecurity;[25] (18) inauthentic behavior;[26] (19) misinformation;[27] (20) spam;[28] (21) third-party intellectual property

---

[14] *Adult Sexual Exploitation*, Meta (Oct. 30, 2025), https://transparency.meta.com/policies/community-standards/adult-sexual-exploitation/.

[15] *Bullying and Harassment*, Meta (Jan. 22, 2025), https://transparency.meta.com/policies/community-standards/bullying-harassment/ [hereinafter Bullying and Harassment].

[16] *Child Sexual Exploitation, Abuse, and Nudity*, Meta (July 31, 2025), https://transparency.meta.com/policies/community-standards/child-sexual-exploitation-abuse-nudity/.

[17] *Human Exploitation*, Meta (Sep. 19, 2025), https://transparency.meta.com/policies/community-standards/human-exploitation/.

[18] *Suicide, Self-Injury, and Eating Disorders*, Meta (May 14, 2025), https://transparency.fb.com/policies/community-standards/suicide-self-injury/ [hereinafter Suicide, Self-Injury, and Eating Disorders].

[19] *Adult Nudity and Sexual Activity*, Meta (Aug. 28, 2025), https://transparency.meta.com/policies/community-standards/adult-nudity-sexual-activity/.

[20] *Adult Sexual Solicitation and Sexually Explicit Language*, Meta (May 14, 2025), https://transparency.meta.com/policies/community-standards/sexual-solicitation/.

[21] *Hateful Conduct*, Meta (Jan. 7, 2025), https://transparency.meta.com/policies/community-standards/hateful-conduct/.

[22] *Privacy Violations*, Meta (Oct. 2, 2024), https://transparency.meta.com/policies/community-standards/privacy-violations/.

[23] *Violent and Graphic Content*, Meta (Jun. 26, 2025), https://transparency.meta.com/policies/community-standards/violent-graphic-content/.

[24] *Authentic Identity Representation*, Meta (Oct. 9, 2024), https://transparency.meta.com/policies/community-standards/authentic-identity-representation.

[25] *Cybersecurity*, Meta (June 26, 2025), https://transparency.meta.com/policies/community-standards/cybersecurity/.

[26] *Inauthentic Behavior*, Meta (Oct. 2, 2024), https://transparency.meta.com/policies/community-standards/inauthentic-behavior/.

[27] *Misinformation*, Meta (Apr. 7, 2025), https://transparency.meta.com/policies/community-standards/misinformation/.

[28] *Spam*, Meta (June 26, 2024), https://transparency.meta.com/policies/community-standards/spam/ [hereinafter Spam].

infringement;[29] (22) using Meta intellectual property and licenses;[30] and (23) locally illegal content, products, or services.[31]

10. Much of the user-generated content falling within these policies is flatly prohibited—and, when detected and determined to be violating by Meta, removed—across Facebook, Instagram, and Threads. Other category-specific policies identify content that Meta chooses to hide from teens, label, place behind a warning screen, and/or de-prioritize for certain (or all) users on Facebook, Instagram, and Threads. For example, content celebrating or promoting suicide, self-injury, or eating disorders is prohibited and is removed for all users when detected and determined to be violating content by Meta. Content discussing these topics (but not celebrating or promoting them) is generally allowed. But content about recovery from suicide, self-injury or eating disorders that may contain imagery that could be upsetting (such as a healed scar) may be placed behind a warning screen for adults aged 18 and older while being hidden entirely from teens.[32] And recently, Meta's teams reviewed Meta's age-appropriate content guidelines—the guidelines that determine what content Meta hides from teens and avoids recommending to them—against age-appropriate movie ratings, with the goal of having teens see content that is generally similar to what they would see in an age-appropriate movie.[33]

11. Meta's Content Policy team, which sits in more than a dozen locations around the world, is responsible for developing Meta's Community Standards. The team includes subject matter experts in issues like hate speech, child safety and terrorism as well as people with experience in criminal prosecution, rape crisis counseling, academics, human rights, law and education. Many have also worked

---

[29] *Third-Party Intellectual Property Infringement*, Meta (Aug. 26, 2024), https://transparency.meta.com/policies/community-standards/intellectual-property/.

[30] *Using Meta Intellectual Property and Licenses*, Meta, https://transparency.meta.com/policies/community-standards/meta-intellectual-property (last visited Nov. 13, 2025).

[31] *Locally Illegal Content, Products, or Services*, Meta (Oct. 2, 2024), https://transparency.meta.com/policies/community-standards/locally-illegal-products-services.

[32] Suicide, Self-Injury, and Eating Disorders, *supra.*

[33] *Helping Teens See Age-Appropriate Content*, Meta (Oct. 14, 2025), https://transparency.meta.com/policies/age-appropriate-content/.

5
DECLARATION OF ARCADIY KANTOR IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION

on issues of voice and safety long before coming to Meta. During the policy development process, the team engages with civil society organizations, academics, and other thought leaders to gather knowledge and experience, and works with internal teams to build stakeholder feedback into policy development. Meta takes great care to create Community Standards that consider different views and beliefs, especially from people and communities that might otherwise be overlooked or marginalized.[34]

12. **Community Standards Enforcement.** Meta relies on both human and automated review to detect violations of its policies and terms among the billions of pieces of content that users of its services generate every day.[35]

13. Meta's human review teams consist of full-time employees who review content as part of a larger set of responsibilities, as well as content reviewers employed by Meta's partners. Human reviewers come from different backgrounds, reflect Meta's diverse community, and have an array of professional experiences. Altogether, thousands of human reviewers across the globe review potential Community Standards violations on Facebook, Instagram, and Threads in more than 80 languages.[36]

14. Given the scale of content on Meta's services, it is not possible to manually review every piece of user-generated content that potentially violates Meta's policies.[37] For this reason, Meta uses technology to enforce its Community Standards. Building the necessary technology to do so is a two-step process.

15. *First*, Meta's artificial intelligence teams build machine learning models that can perform tasks, such as recognizing what is in a photo or understanding text, and predict whether a piece of content is, for example, hate speech or violent and graphic content. To keep people safe, Meta trains artificial

---

[34] *How We Update the Community Standards*, Meta (Nov. 12, 2024), https://transparency.meta.com/policies/improving/deciding-to-change-standards/; *Input From External Stakeholders*, Meta (Jan. 18, 2023), https://transparency.meta.com/en-gb/policies/improving/input-from-external-stakeholders; Community Standards, *supra*.

[35] *Detecting Violations*, Meta, https://transparency.fb.com/enforcement/detecting-violations/ (last visited Nov. 13, 2025).

[36] *Id.*; *The People Behind Meta's Review Teams*, Meta (Jan. 19, 2022), https://transparency.meta.com/en-gb/enforcement/detecting-violations/people-behind-our-review-teams.

[37] *How Technology Detects Violations*, Meta (Oct. 18, 2023), https://transparency.meta.com/enforcement/detecting-violations/technology-detects-violations/.

intelligence on how to detect subtle distinctions between violating and non-violating content. For example, hate speech varies from country to country or even group to group—and it can evolve rapidly, drawing on current events or trends. People also try to disguise hate speech with sarcasm and slang, intentional misspellings, and sophisticated photo alterations.[38]

16. Meta's teams have built and deployed new technologies to address these challenges. For example, Meta employees iteratively train AI systems to improve their recognition and classification of violative user-generated content (including complex content such as memes, which combine text and images for a singular meaning, that humans interpret through context and common sense), mitigate biases in classification systems, and avoid false positives. And Meta's AI researchers are dedicated to developing cutting-edge classification technologies that build upon human experience to better understand content.[39]

17. *Second*, Meta's Community Integrity teams build upon these models to create enforcement technologies that determine whether to take an action on content, such as deleting it, de-prioritizing it to reduce how often people see it, or sending it to a human review team for further review. At first, a new type of technology might have low confidence about whether a piece of content violates the Community Standards. Human review teams can then make the final call, and Meta's technology can learn from each human decision. Over time, the technology becomes more accurate.[40]

18. Every day, Meta's enforcement teams work together to remove user-generated content on Facebook and Instagram that goes against the Community Standards. For example, in Q2 2025 alone, Meta, through its human reviewers and its automated technologies, removed (for all users):

---

[38] *Id.*; *How Enforcement Technology Works*, Meta (Nov. 12, 2024), https://transparency.meta.com/en-gb/enforcement/detecting-violations/how-enforcement-technology-works [hereinafter Enforcement Technology].

[39] *See, e.g.*, *Hateful Memes Challenge and Dataset for Research on Harmful Multimodal Content*, Meta (May 12, 2020), https://ai.meta.com/blog/hateful-memes-challenge-and-data-set/; *Training AI to Detect Hate Speech in the Real World*, Meta (Nov. 19, 2020), https://ai.meta.com/blog/training-ai-to-detect-hate-speech-in-the-real-world/.

[40] Enforcement Technology, *supra*.

Docusign Envelope ID: D8909EB7-272C-4F3C-8922-601C7AFBCED1

a. 6.7 million pieces of content on Facebook and 10 million pieces of content on Instagram that violated its suicide, self-injury, and eating disorder policy;[41]

b. 4.1 million pieces of content on Facebook and 3.3 million pieces of content on Instagram that violated its bullying and harassment policy;[42] and

c. 165 million pieces of content on Facebook and 93.2 million pieces of content on Instagram that violated its spam policy.[43]

19. Meta's enforcement teams took action on even more user-generated content in other ways, such as hiding it from teens, placing it behind a warning screen, and/or de-prioritizing it for some or all users.

20. In rare cases, Meta allows content that may violate its Community Standards if it is newsworthy and keeping it visible is in the public interest. Meta does this only after conducting a thorough review that weighs the public interest against the risk of harm. Meta looks to international human rights standards to help make these judgments. From June 1, 2024 through June 1, 2025, Meta documented a total of 44 newsworthy decisions worldwide.[44]

21. **Content Meta Avoids Recommending.** Meta's Facebook Recommendation Guidelines (which apply to Facebook) and Instagram Recommendation Guidelines (which apply to Instagram and Threads) provide details about which content is eligible for recommendation via Meta's algorithms.[45] These Guidelines, too, are developed by Meta's Content Policy team. Much of the content that Meta

---

[41] Suicide, Self-Injury, and Eating Disorders, *supra*.

[42] Bullying and Harassment, *supra*.

[43] Spam, *supra*.

[44] *Our Approach to Newsworthy Content*, Meta (Nov. 12, 2024), https://transparency.meta.com/features/approach-to-newsworthy-content/.

[45] Guy Rosen, *Recommendation Guidelines*, Meta (Aug. 31, 2020), https://about.fb.com/news/2020/08/recommendation-guidelines/; *About Recommendations on Facebook*, Meta, https://www.facebook.com/help/1257205004624246/ (last visited Nov. 13, 2025) [hereinafter Facebook Recommendations]; *Recommendations on Instagram*, Instagram, https://help.instagram.com/313829416281232 (last visited Nov. 13, 2025) [hereinafter Instagram Recommendations].

8
DECLARATION OF ARCADIY KANTOR IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION

avoids recommending to adults is already completely hidden for minors. Other content, such as content that promotes the sale or use of alcohol, is recommendable for adults but not for teens.

22. Under both sets of Guidelines, content that may not be eligible for recommendation includes:

   a. Content that impedes Meta's ability to foster a safe community (such as content that discusses self-harm, suicide, or eating disorders; content that depicts or trivializes themes around death or depression; and content that may depict violence, such as people fighting);

   b. Sensitive or low-quality content about health or finance (such as content that promotes or depicts cosmetic procedures; content containing exaggerated health claims; and content attempting to sell products or services based on health-related claims, such as promoting a supplement to help a person lose weight); and

   c. Content associated with low-quality publishing (such as unoriginal content that is largely repurposed from another source or news content that does not include transparent information about authorship or the publisher's editorial staff).[46]

23. Within the bounds of Meta's Community Standards, Facebook's Recommendation Guidelines, and Instagram's Recommendation Guidelines, every Facebook, Instagram, and Threads user's interests and preferences are welcome on these services. Meta wants people to feel inspired to engage with or talk openly about precisely the issues that matter most to them, whether through written comments, photos, music, or other artistic mediums.

*   *   *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

---

[46] Facebook Recommendations, *supra*; Instagram Recommendations, *supra*.

Dated: November 13, 2025    By: *Arcadiy Kantor*
BB72D31B359C4A0...

Signed by:

Arcadiy Kantor