UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　Defendant. | Case No.: _____<br><br>**DECLARATION OF SAYED OTARU IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Sayed Otaru, declare as follows based on personal knowledge:

1. I am the Director of Product Management on the Youth Protections team at Instagram at Meta Platforms, Inc. ("Meta"). I have worked on the Youth Protections team at Meta since May 2020. I am over the age of 18 years and maintain an office at 1 Meta Way, Building 21 in Menlo Park, CA. I make this Declaration in support of Meta's Motion for Preliminary Injunction in the above-captioned matter. I have personal knowledge of the matters set forth in this Declaration as well as knowledge based on a review of company records kept in the ordinary course of business, and if called as a witness, I could and would testify under oath as follows.

2. In my role at Meta, I am familiar with Meta's safety protections for teens and families, including Supervision, Teen Accounts, and other tools and features such as Sensitive Content Control settings across Facebook, Instagram, and Threads.

3. Meta, formerly known as Facebook, Inc., was founded in 2004. Meta owns and operates the Facebook, Instagram, and Threads services.

**Meta's Supervision, Teen Accounts, and Sensitive Content Control Tools and Features**

4. Meta wants its services to be a place for meaningful interactions with friends and family, and cannot achieve that goal if people do not feel safe. Meta has invested substantial resources to promote a safe experience for teens aged 13-17 and empower parents to partner with their teens to ensure they have positive and fulfilling experiences on Facebook, Instagram, and Threads. As of November 2025, Meta has built more than 50 user facing tools, features and resources to help teens have safe, positive experiences, and give parents simple ways to set boundaries for their teens.[1]

5. ***Minimum Age Policy.*** Pursuant to Meta's Terms of Service and the Instagram and Threads Terms of Use, if a child in the United States is under the age of 13, they are not allowed to create an account on Facebook or Instagram—or a profile on Threads, for which an Instagram or Facebook account is a prerequisite—and should not be using the services.[2] When Meta learns an underage user has created

---

[1] *Our Tools, Features and Resources to Help Support Teens and Parents*, Meta, https://www.meta.com/help/policies/809291991003600/ (last visited Nov. 12, 2025).

[2] *Terms of Service*, Meta (Jan. 1, 2025), https://www.facebook.com/legal/terms/ (applicable to Facebook); *Terms of Use*, Instagram, https://help.instagram.com/termsofuse (last visited Nov. 12, 2025);

1

DECLARATION OF SAYED OTARU IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION

a Facebook or Instagram account, Meta removes the account from the services (including Threads if the user has created a Threads account using the Facebook or Instagram Account).

6. **_Instagram Teen Accounts._** Meta places teens on Instagram into Teen Accounts. Teen Accounts have built-in protections that limit who can contact teens and the content they see, and help ensure their time is well spent.[3]

7. Teen Accounts offer a host of protections for teens (several of which predated the rollout of Teen Accounts). With **default private accounts**, teens need to accept new followers, and people who do not follow them cannot see their content or tag, mention, or interact with them. Teen Account protections also include Meta's strictest **messaging restrictions**, which permit teens to only be messaged by people they follow or are already connected to; **blocks on search terms** related to certain sensitive topics like suicide, self-harm, and eating disorders; Meta's most restrictive version of its **anti-bullying feature** Hidden Words, which filters offensive words and phrases out of teens' comments and direct message requests; default **nudity protection in direct messages**, which blurs images detected as possibly containing nudity, encourages people not to feel pressured to respond when receiving an image containing nudity, and encourages people to think twice before sending nude images; **time limit reminders**, which notify teens to leave the app after 60 minutes each day; and **sleep mode**, which mutes notifications overnight and sends auto-replies to direct messages (from 10 p.m. to 7 a.m.).[4]

8. Teens under 16 need a parent's permission to change any of these settings to be less strict, and teens under 18 need a parent's permission to change the above content settings to be less strict. Teens under 16 are also prohibited from going Live without parental permission.[5]

---

*Threads Terms of Use*, Instagram, https://www.facebook.com/help/instagram/769983657850450/ (last visited Nov. 12, 2025).

[3] *Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents*, Instagram (Sep. 17, 2024), https://about.fb.com/news/2024/09/instagram-teen-accounts/.

[4] *New Tools to Help Protect Against Sextortion and Intimate Image Abuse*, Instagram (April 11, 2024), https://about.instagram.com/blog/announcements/new-tools-to-help-protect-against-sextortion-and-intimate-image-abuse/.

[5] *We're Introducing New Built-In Restrictions for Instagram Teen Accounts, and Expanding to Facebook and Messenger*, Meta (April 8, 2025), https://about.fb.com/news/2025/04/introducing-new-built-in-restrictions-instagram-teen-accounts-expanding-facebook-messenger/.

9. On October 14, 2025, Meta announced it is enhancing Teen Account protections, including to block search terms related to a wider range of mature search terms such as "alcohol" and "gore," and will continue to improve its ability to block misspelled search terms. Meta will be placing a number of restrictions on teens' interactions with accounts that regularly share age-inappropriate content or whose name or bio suggests that the account is inappropriate for teens. Teens will no longer be able to follow these accounts, see or interact with these accounts' content, message these accounts, or see comments posted from these accounts; conversely, these accounts will not be able to follow teens, message teens, or comment on teens' posts. Meta will not recommend these accounts to teens and will make it harder for teens to find these accounts in Search.[6]

10. **Facebook Teen Accounts.** Meta also expanded Teen Accounts to Facebook.[7] Teens on Facebook are automatically defaulted to "Show less," Facebook's most restrictive **sensitive content setting**. Teens under 16 need a parent's approval to change this default content setting to be less protective. With **audience restrictions**, only Friends can see a teen's posts, stories, reels, friends list and pages they follow. Additionally, teens on Facebook need to review posts that they are tagged in before the post appears on their profile. Like on Instagram, teens on Facebook also have time limit reminders, nudity blurring, and sleep mode turned on by default, and teens under 16 need parental approval to change these default settings to be less protective.[8]

11. **Parental Supervision.** For years, Meta has empowered parents to work collaboratively with their teens to help them create, explore, and connect in safe, age-appropriate ways using Supervision.[9]

---

[6] *Instagram Teen Accounts Will Be Guided by PG-13 Ratings*, Meta (Oct. 14, 2025), https://about.fb.com/news/2025/10/instagram-teen-accounts-pg-13-ratings/ [hereinafter Ages 13+ Content Ratings].

[7] *Facebook and Messenger Teen Accounts: How Built-in Protections Help Keep Your Teen Safe*, Meta (Apr. 8, 2025), https://familycenter.meta.com/education/resources/teen-accounts-facebook-messenger/.

[8] *Id.*; *About Sensitive Content Control on Facebook*, Facebook, https://www.facebook.com/help/1899256577589934?cms_platform=iphone-app&helpref=platform_switcher (last visited Nov. 12, 2025).

[9] *Family Center*, Meta, https://familycenter.meta.com/ (last visited Nov. 12, 2025).

With the introduction of Teen Accounts, parents can now use Supervision tools on Facebook and Instagram to:

    a. set daily time limits for their teens or limit use during select days and hours;

    b. view and change their teen's content settings;

    c. set reminders to close the app;

    d. see the average amount of time their teen has spent on Facebook and Instagram over the last week and the total time spent on Facebook and Instagram for each specific day over the last week;

    e. see who their teen follows and who follows their teen;

    f. see which accounts their teen is currently blocking;

    g. see when their teen reports someone and for what reason;

    h. approve or deny their teens' requests to change default safety and privacy settings to a less strict state; and

    i. see their teen's settings for account privacy and messaging.[10]

12. **Content Controls.** Facebook, Instagram, and Threads also offer tools for users to adjust the amount of certain types of content they see in the feeds on these services.

---

[10] *Giving Teens and Parents More Ways to Manage Their Time on Our Apps*, Meta (June 27, 2023), https://about.fb.com/news/2023/06/parental-supervision-and-teen-time-management-on-metas-apps/; *Introducing Stricter Message Settings for Teens on Instagram and Facebook*, Meta (Jan. 25, 2024), https://about.fb.com/news/2024/01/introducing-stricter-message-settings-for-teens-on-instagram-and-facebook/; *Parental Supervision,* Instagram, https://help.instagram.com/309877544512275 (last visited Nov. 12, 2025); *Safety Resources for Parents*, Facebook, https://www.facebook.com/help/1079477105456277 (last visited Nov. 12, 2025); *See Who Your Teen Has Chats With on Instagram*, Instagram, https://help.instagram.com/501423385831907 (last visited Nov. 12, 2025); *About Safety Settings for Teens on Threads*, Instagram, https://www.facebook.com/help/instagram/668862302931001/ (last visited Nov. 12, 2025). By virtue of teens' Instagram accounts (where Threads accounts were historically linked), these Supervision tools were also available with respect to Meta's Threads service until approximately November 2025. Meta has now started rolling out Teen Accounts to Threads-only accounts, and intends to bring back Supervision tools specific to Threads in the near future.

13. For example, users can use the **Political Content Control** on Instagram, Threads, and Facebook to see more or less of content in their feeds that Meta, in its judgment, has determined qualifies as political content (such as content that refers to governments, elections, or social topics that may affect many people).[11] Both teens and adult users on Instagram, Threads, and Facebook can modify this setting as they see fit. Meta accounts for these settings when determining what content to display in a particular user's feeds across Instagram, Threads, and Facebook.

14. On Facebook, users can also tap the **"Interested, Not Interested"** feature on all posts in Feed, Videos, and Reels to see more of the content they want to see, and less of the content they do not want to see; similarly, on Instagram and Threads, users can indicate **"Not Interested"** on a recommended post or identify **"Specific Words and Phrases"/"Hidden Words"** to hide any specific words or phrases from appearing in a user's feeds.[12] Meta accounts for these selections when determining what content to display in a particular user's feeds across Instagram, Threads, and Facebook.

15. Users on Facebook and Threads and adult users on Instagram can use the **Sensitive Content Control** to see more or less of certain categories of content in their feeds that Meta, in the judgment of its human personnel, has determined may be upsetting or offensive to some users.[13] Examples of such categories of content include content that may depict violence, such as people fighting; content

---

[11] *About Political Content Control on Facebook*, https://www.facebook.com/help/1932710690579979/?helpref=related_articles (last visited Nov. 12, 2025); *About Political Content Control on Instagram*, https://help.instagram.com/339680465107440/?helpref=uf_share (last visited Nov. 12, 2025); *About Political Content Control on Threads*, https://help.instagram.com/1060951898912604?ref=ipl (last visited Nov. 12, 2025).

[12] *New Ways to Customize Your Facebook Feed*, Facebook (Oct. 5, 2022), https://about.fb.com/news/2022/10/new-ways-to-customize-your-facebook-feed/; *How to See More of What You Want on Instagram*, Instagram (Aug. 30, 2022), https://about.instagram.com/blog/tips-and-tricks/control-your-instagram-feed#:~:text=Use%20the%20%E2%80%98Not%20Interested%E2%80%99%20control%20Whe.

[13] *About Sensitive Content Control on Instagram*, Instagram, https://tinyurl.com/5n6s58j5 (last visited Nov. 12, 2025); *About Sensitive Content Control on Threads*, Instagram, https://help.instagram.com/2031788317323900/?helpref=related_articles (last visited Nov. 12, 2025); *About Sensitive Content Control on Facebook*, Facebook, https://www.facebook.com/help/1899256577589934/?cms_platform=iphone-app&helpref=platform_switcher (last visited Nov. 12, 2025).

that may be sexually suggestive; content that may promote or depict cosmetic procedures; or content that may be attempting to sell products or services based on health-related claims, such as promoting a supplement.  As mentioned above, Facebook Teen Accounts are automatically defaulted by Meta into the most restrictive "Show less" setting, and teens ages 13-15 need parental approval to change that setting. Anyone 16 years old or older can change the setting to "Show more" or "Default."  Meta accounts for these settings when determining what content to display in a particular user's feeds across Instagram, Threads, and Facebook.

16. By the end of 2025, Sensitive Content Control on Instagram will be replaced by **Ages 13+, Limited Content, and More Content** settings in Teen Accounts for all United States teens (aged 13-17).[14]  Teens will be automatically defaulted into the "Ages 13+" content setting on Instagram.[15]  Meta's goal for the "Ages 13+" content setting is to ensure that teens see content that is generally similar to what teens would see in an age-appropriate movie, and to try and hide more content that Meta believes may be inappropriate for people under 18 (such as content where a person is describing their own personal experiences with suicide, self-injury or eating disorders).  Meta's "Ages 13+" content setting, which was developed by human personnel at Meta in consultation with external experts, parents and teens, will impact the content teens see in feeds on Instagram.

17. Teens may choose to enroll in an even stricter "Limited Content" setting (and a supervising parent or guardian can also enroll their teens in this setting) that personnel at Meta have developed based on their judgment regarding what content should be permitted and not permitted in this even stricter setting.  The Limited Content setting will filter even more content from the Teen Account experience and remove teens' ability to see, leave, or receive comments under posts.[16]  Meta will account for teens'

---

[14] *Content Setting for Teen Accounts*, Instagram, https://help.instagram.com/1470609900735343?helpref=faq_content (last visited Nov. 12, 2025); *Helping Teens See Age-Appropriate Content*, Meta (Oct. 14, 2025), https://transparency.meta.com/policies/age-appropriate-content/.

[15] Stated-age teens will see settings reflecting a 13+ experience while predicated-age teens will continue to see Sensitive Content Control settings and will also have a 13+ experience.

[16] Ages 13+ Content Ratings, *supra*.

"Limited Content," "Ages 13+," and "More Content" settings when determining what content to display in their feeds on Instagram.

18. A teen needs to receive the permission of their supervising parent or guardian to opt out of the "Ages 13+" setting and instead enroll in the "More Content" setting.

19. **Safety-Related Information and Resources.** Meta provides a Safety Center with resources to inform parents and teens about how to stay safe while using Meta's services, including Facebook, Instagram, and Threads.[17] For example, Meta offers the Parent's Guide,[18] a product of collaboration between Meta and ConnectSafely, which contains the latest Instagram safety tools and privacy settings and a list of tips and conversation starters to help parents and guardians navigate discussions with their teens about their online presence. The Safety Center's Parent Portal, Youth Portal, and Child Safety Hub are focused on fostering conversations around online safety, security, and well-being. Likewise, the Meta Family Center provides conversation starters, tips, and research-backed guidance designed to support families' digital experience.[19] Meta has also published articles on the dozens of tools Meta has developed to support teens and families on its apps—including parental controls, nudges for teens to set time limits on Facebook and Instagram and giving them the ability to set scheduled breaks, nudges to encourage teens to close Instagram after 60 minutes each day, and tools that protect teens against unwanted interactions.[20]

---

[17] *Facebook and its Safety Advisory Board Launch Robust New Safety Center*, Meta (Apr. 13, 2010), https://about.fb.com/news/2010/04/facebook-and-its-safety-advisory-board-launch-robust-new-safety-center/; *Safety Center*, Meta, https://about.meta.com/actions/safety (last visited Nov. 12, 2025).

[18] *Helping Your Teen Navigate Instagram Safely*, Instagram, https://about.instagram.com/community/parents (last visited Nov. 12, 2025).

[19] *Resources Hub*, Meta, https://familycenter.meta.com/resources/ (last visited Nov. 12, 2025).

[20] Antigone Davis, *How Meta Is Working to Provide Safe, Age-Appropriate Experiences for Teens*, Meta (Jan. 9, 2023), https://about.fb.com/news/2023/01/providing-safe-experiences-for-teens/; *Giving Teens and Parents More Ways to Manage Their Time on Our Apps*, Meta (June 27, 2023), https://about.fb.com/news/2023/06/parental-supervision-and-teen-time-management-on-metas-apps/.

7
DECLARATION OF SAYED OTARU IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION

**The Impact of California's Personalized Feeds Restrictions on Facebook, Instagram, and Threads**

20. I understand that on or around September 20, 2024, the State of California enacted the Protecting Our Kids from Social Media Addiction Act, Cal. Health and Safety Code §§ 27000 to 27007 (the "Act").

21. I understand that Meta's Facebook, Instagram, and Threads services meet the Act's coverage definitions as each of these services: (1) constitute "internet website[s], online service[s], online application[s], or mobile application[s]" that (2) "offer users or provide users with" covered "feed[s]"— *i.e.*, "multiple pieces of media generated or shared by users [that] are, either concurrently or sequentially, recommended, selected, or prioritized for display to a user based, in whole or in part, on information provided by the user or the user's device" that do not qualify for the exclusion criteria set forth at § 27000.5(a)(1)–(7); and (3) the covered feeds constitute "a significant part of the service provided by" Facebook, Instagram, and Threads. § 27000.5(b)(1). Further, I understand that Facebook, Instagram, and Threads do not fall in the Act's exclusion criteria set forth at § 27000.5(b)(2), as these services are not limited to commercial transactions or consumer reviews and the covered feeds on them are not operated for the primary purpose of cloud storage.

22. Meta currently provides personalized feeds on its Facebook, Instagram, and Threads services for all of its users, adults and minors alike. Meta does not desire nor intend to change those feeds to publish content in accordance with the State's mandated editorial standards set forth at § 27000.5(a)(1)–(7) should the Act be enjoined.

23. I understand that the Act, unless enjoined, will restrict Meta's ability to personalize teen users' experiences on Facebook, Instagram, and Threads, including by restricting Meta's ability to account for these users' Political Content Control selections; their Sensitive Content Control selections; or their Limited Content and Ages 13+ content selections when determining what content to display to them in feeds on Facebook, Instagram, and Threads. As a result of these limitations, the user experience on Facebook, Instagram, and Threads will be less valuable for teens.

24. In short, if the personalized feeds restrictions become enforceable against Meta, they will burden Meta's ability to curate and personalize the feeds of content accessed by teens in a manner that teens and their parents feel is safe and appropriate as informed by Meta's content-moderation judgments.

\* \* \*

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: November 12, 2025     By: _Sayed Otaru_

Sayed Otaru