UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>    Defendant. | Case No.: 5:25-cv-09792-EJD<br><br>**DECLARATION OF ALEXANDER L. SCHULTZ IN SUPPORT OF META'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Alexander L. Schultz, declare as follows:

1. I am an attorney with the law firm Covington & Burling, LLP, counsel of record for Plaintiff Meta Platforms, Inc. f/k/a Facebook, Inc. I am over the age of 18 and am competent to make the statements herein. I have personal knowledge of the following facts set forth in this declaration, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of *Verizon Family*, Verizon, https://tinyurl.com/yc527nvx (last visited November 11, 2025).

3. Attached hereto as **Exhibit 2** is a true and correct copy of *Guide to Parental Controls for Your Kid's Phone or Tablet*, AT&T, https://tinyurl.com/2mbnsfn5 (last visited November 11, 2025).

4. Attached hereto as **Exhibit 3** is a true and correct copy of *Make Digital Parenting Control Easier With FamilyMode®*, T-Mobile, https://tinyurl.com/mpwr4tdd (last visited November 11, 2025).

5. Attached hereto as **Exhibit 4** is a true and correct copy of *Set Up Parental Controls for Your Home Network*, Comcast Xfinity, https://tinyurl.com/5acdsnat (last visited November 11, 2025).

6. Attached hereto as **Exhibit 5** is a true and correct copy of Molly Price & Ry Crist, *Parental Controls Are Easy to Set Up on Your Wi-Fi Router: Here's How to Do It*, CNET (June 26, 2025), https://tinyurl.com/ymsctasa (last visited November 11, 2025).

7. Attached hereto as **Exhibit 6** is a true and correct copy of *NETGEAR Smart Parental Controls*, NETGEAR, https://www.netgear.com/home/services/smart-parental-controls/ (last visited November 11, 2025).

8. Attached hereto as **Exhibit 7** is a true and correct copy of *Use Parental Controls on Your Child's iPhone or iPad*, Apple, https://tinyurl.com/2wpjvjwh (last visited November 11, 2025).

9. Attached hereto as **Exhibit 8** is a true and correct copy of *Approve What Kids Buy With Ask to Buy*, Apple, https://support.apple.com/en-us/105055 (last visited November 11, 2025).

10. Attached hereto as **Exhibit 9** is a true and correct copy of *Helping You Set Digital Ground Rules With Family Link*, Google, https://tinyurl.com/43eks8uj (last visited November 11, 2025).

11. Attached hereto as **Exhibit 10** is a true and correct copy of *Microsoft Family Safety*, Microsoft, https://tinyurl.com/bp9s4yrf (last visited November 11, 2025).

12. Attached hereto as **Exhibit 11** is a true and correct copy of Kim Key, *The Best Parental Control Software for 2025*, PCMag (Nov. 15, 2024), https://tinyurl.com/43537k92 (last visited November 11, 2025).

13. Attached hereto as **Exhibit 12** is a true and correct copy of Assembly Comm. on Privacy and Consumer Prot., *Report on SB 976* (July 2, 2024), *available at* https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=202320240SB976.

14. Attached hereto as **Exhibit 13** is a true and correct copy of U.S. Surgeon Gen., *Social Media and Youth Mental Health* (2023).

15. Attached hereto as **Exhibit 14** is a true and correct copy of Am. Psych. Ass'n, *Health Advisory on Social Media Use in Adolescence* (May 2023).

16. Attached hereto as **Exhibit 15** is a true and correct copy of Nat'l Acads. of Sciences, Eng'g, and Med., *The Relation Between Social Media and Health*, *in* Social Media and Adolescent Health 91 (2024).

17. Attached hereto as **Exhibit 16** is a true and correct copy of Decl. of Bartlett Cleland in Support of Pl.'s Mot. for Prelim. Inj., *NetChoice, LLC v. Bonta*, No. 5:24-cv-07885 (filed Nov. 12, 2024), ECF No. 2-2.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Def. Rob Bonta's Opp'n to Pls' Mot. for Prelim. Inj., *NetChoice, LLC v. Bonta*, No. 5:24-cv-07885 (filed Dec. 3, 2024), ECF No. 18.

\* \* \*

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: November 18, 2025

By: _____

Alexander L. Schultz