# Exhibit 1

Sign in

Call Us: 1-800-VERIZON    Buy now

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

**Overview**    Features    Pricing    Support



# If only Santa was this trackable

Help keep track of your family—online or on the go—all year long with Verizon Family.



## Verizon Family

Monthly Pricing

**Free** per account
or **$14.99/mo** per account for Plus
or **$10/mo** when you add as a perk with myPlan ⓘ

| Call Us: 1-800-VERIZON | Buy now |

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

**Overview**  Features  Pricing  Support



## Easy location check-ins

The Verizon Family app's map feature uses GPS data and the Verizon network to show family members' locations. ⓘ

| Call Us: 1-800-VERIZON | Buy now |

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

**Overview**   Features   Pricing   Support



## Arrived safe and sound

Get notified when a child arrives or leaves an agreed-upon place through automated Location Alerts.



## Stay in the know as they go

Call Us: 1-800-VERIZON    Buy now

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

Overview    Features    Pricing    Support



## Safer screen time

Use Parental Controls to restrict usage time or fully block calls, texts, apps or websites. ⓘ

| Call Us: 1-800-VERIZON | Buy now |

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

**Overview**    Features    Pricing    Support



## Eyes on the road

Driving Insights provides post-trip reports of sudden braking or acceleration, plus notifications of crashes. ⓘ



## 24/7 Assist means 24/7 care

Call Us: 1-800-VERIZON        Buy now

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

**Overview**     Features     Pricing     Support



## A modern landline

One phone number for the entire family through Verizon Family Plus! Share with up to 5 members, get alerts when calls come in and join at any time. Family Line is subject to taxes, fees, or surcharges. Add'l terms and restrictions apply.

## Parenting in a Digital World

Get research-based advice and tips from the experts at verizon.com/parenting.

| Call Us: 1-800-VERIZON | Buy now |

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

**Overview**  Features  Pricing  Support



## Watch now to learn more.

Verizon Family gives you the tools to monitor your dependents' call and text activity, monitor their location, get driving insights, and more.

# Pricing

## Verizon Family

Monthly Pricing

### Free

- Location monitoring & sharing
- Set one location alert
- Safe Walk with SOS alerts
- Review call & text activity
- Driving insights for you

| Call Us: 1-800-VERIZON | Buy now |

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

**Overview**    Features    Pricing    Support

- Parental controls & screen time
- Review and block call & text activity
- Driving Insights for family members
- Roadside Assistance
- 24/7 Assist
- Family Line

Get it now

## Verizon Family Perk

Monthly Pricing

**$10.00** per month

Verizon Family Plus Perk

- Everything included in Verizon Family Plus, at $10/mo (a $4.99/mo savings)
- For myPlan customers (Ultimate, Plus or Welcome)

Get it now

Call Us: 1-800-VERIZON          Buy now

Get our best deals on phones, tablets, home internet and more. | Shop

**Verizon Family**                                          Get it now

**Overview**   Features   Pricing   Support

# Need help?

### Find a store
Enter your location and we'll help you find a store nearby.

 Connect with us on Messenger

 Visit Community

24/7 automated phone system: call *611 from your mobile.

Shop                                                              ⌄

| Call Us: 1-800-VERIZON | Buy now |

Get our best deals on phones, tablets, home internet and more. | Shop

## Verizon Family

Get it now

**Overview**  Features  Pricing  Support

**Follow Verizon**

Facebook  X  YouTube  Instagram  TikTok

**Verizon Support**

X

Privacy Policy

California Privacy Notice

Health Privacy Notice

Your Privacy Choices ✓✗

Accessibility

Open Internet

Terms & Conditions

About Our Ads

Call Us: 1-800-VERIZON  Buy now

Get our best deals on phones, tablets, home internet and more. | Shop

# Verizon Family

Get it now

**Overview**  Features  Pricing  Support