Isaac D. Chaput (Bar No. 326923)
Daniel A. Rios (Bar No. 326919)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-6000
ichaput@cov.com
drios@cov.com

Alexander L. Schultz (Bar No. 340212)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067-4643
(424) 332-4800
aschultz@cov.com

Mark W. Mosier (pro hac vice forthcoming)
Teena-Ann V. Sankoorikal (pro hac vice forthcoming)
Alexandra J. Widas (pro hac vice pending)
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
mmosier@cov.com
tsankoorikal@cov.com
awidas@cov.com

*Attorneys for Plaintiff Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SAN JOSE DIVISION

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　　Defendant. | Case No.:  5:25-cv-09792-EJD<br><br>**PROOF OF SERVICE** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Isaac D. Chaput (SBN 326923); Daniel A. Rios (SBN 326919)<br>**COVINGTON & BURLING LLP**<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105<br>TELEPHONE NO.: (415) 591-6000      FAX NO. (Optional): ( )<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs, Meta Platforms, Inc. | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: Meta Platforms, Inc. | CASE No.: |
|---|---|
| DEFENDANT/RESPONDENT: Rob Bonta, in his official capacity of Attorney General of California | 5:25-cv-09792-EJD |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>COVBUDC-0199761.KW |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons in a Civil Action          e. [ ] First Amended Complaint
   b. [X] Complaint                          f. [ ] Second Amended Complaint
   c. [ ] Civil Cover Sheet                  g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents)*: Certification of Interested Entities or Persons; Corporate Disclosure Statement

3. a. Party served *(specify name of party as shown on documents served)*:
      **ROB BONTA, IN HIS OFFICIAL CAPACITY OF ATTORNEY GENERAL OF CALIFORNIA**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **M. BROOKS #50, AGENT FOR SERVICE (BLACK/M/MID-30's/6'3/200LBS/BLACK HAIR/BROWN EYES)**

4. Address where the party was served: **1300 I STREET, SACRAMENTO, CA 95814**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/17/25**          (2) at *(time)*: **11:28 AM**

   b. [ ] **By Substituted Service.** On *(date)*:          at *(time)*:          I left the documents listed in item with or in the presence of *(name and title or relationship to person indicated item 3a)*:

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (3) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
              *(date)*:          from *(city)*:          or [ ] A Declaration of Mailing is attached.
      (4) [ ] attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| PLAINTIFF/PETITIONER: Meta Platforms, Inc. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Rob Bonta, in his official capacity of Attorney General of California. | 5:25-cv-09792-EJD |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **By other means** *(specify means of service and authorizing code section):*

  e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    Under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                                                    [ ] Other

7. **Person who served papers**
  a. Name: MARINA JIMENEZ
  b. Address: P.O. Box 861057, Los Angeles, CA 90086
  c. Telephone number: (213) 975-9850
  d. **The fee** for service was: $ 235.00
  e. I am:
    (1) [ ] Not a Registered California process server.
    (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] A Registered California process server:
      (i) [ ] Owner [ ] Employee [ ] Independent contractor.
      (ii) Registration No.: 2025-036
      (iii) County: SACRAMENTO

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 11/17/25

Server: MARINA JIMENEZ                                                 */s/ Marina Jimenez*

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         American LegalNet, Inc.
                                                                                              www.FormsWorkflow.com