ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE (SBN 332901)
WILLIAM BELLAMY (SBN 347029)
SHIWON CHOE (SBN 320041)
CHRISTOPHER J. KISSEL (SBN 333937)
ZELDA VASSAR (SBN 313789)
Deputy Attorneys General
State Bar No. 320041
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4400
 Fax:  (415) 703-5480
 E-mail:  Asha.Albuquerque@doj.ca.gov
           William.Bellamy@doj.ca.gov
           Christopher.Kissel@doj.ca.gov
           Shiwon.Choe@doj.ca.gov
           Zelda.Vassar@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **META PLATFORMS, INC.,**<br><br>                            Plaintiff,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                            Defendant. | Case No. 5:25-cv-09792-EJD<br><br>**DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF** |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant Rob Bonta, in his official capacity as Attorney General of California, hereby requests that Plaintiff Meta Platforms, Inc. produce the following designated documents by December 17, 2025.

**INSTRUCTIONS**

1. The requests herein ("Requests") seek the inspection and production of all responsive DOCUMENTS in YOUR custody, possession, or control. YOU are deemed to be in control of a DOCUMENT if YOU have the right to secure the DOCUMENT or a copy thereof from another person having actual possession of the DOCUMENT. YOU must produce all responsive DOCUMENTS in YOUR possession, custody, or control, regardless of whether they are possessed directly by YOU; by YOUR representatives, advisors, or accountants; by YOUR attorneys or their agents, employees, representatives, or investigators; or by anyone else acting on YOUR behalf.

2. YOU are required to comply with the Federal Rules of Civil Procedure when YOU serve YOUR written response to these Requests and when YOU produce and/or permit inspection of DOCUMENTS responsive to these Requests. With respect to the written response, the requirements of Federal Rule of Civil Procedure 34(b)(2) must be strictly followed so that Defendant can ascertain: (i) the scope of each stated objection; (ii) whether any DOCUMENTS are being withheld on the basis of each stated objection; (iii) which DOCUMENTS will be withheld on grounds of each stated objections; and (iv) which DOCUMENTS will be produced notwithstanding such objections. With respect to the actual production of DOCUMENTS, any DOCUMENTS demanded shall either be produced as they are kept in the usual course of business or be organized and labeled to correspond with the categories in the demand. *See* Fed. R. Civ. P. 34(b)(2)(E)(i).

3. A request for a particular DOCUMENT requires that YOU produce the DOCUMENT in question and all other non-identical drafts, versions, or mark-ups thereof. DOCUMENTS attached to each other should not be separated. DOCUMENTS that are located in files, folders, binders and the like must be produced in a manner that enables Defendant to determine which

particular pages were contained in a given file, folder, or binder. The labels of any files, folders, or binders that contain responsive DOCUMENTS must also be copied. All nonidentical copies of a DOCUMENT must also be produced. Separate, distinct DOCUMENTS should not be produced as one, non-unitized, .pdf document.

4. If YOU object to any part of a specific request, YOU shall state fully the nature of the objection. Notwithstanding any objections, YOU must comply fully with the other parts of the request to which YOU do not object.

5. If a DOCUMENT responsive to any of the following requests is withheld from production on the basis of privilege or otherwise, for each such DOCUMENT, YOU are required to provide a privilege and/or redaction log, which shall provide the author of the DOCUMENT, all recipients of the DOCUMENT, a description that describes the DOCUMENT in a way sufficient to substantiate the claim of privilege, and the privilege asserted. If only part of a DOCUMENT is subject to an asserted privilege, the DOCUMENT must be produced in redacted form. The Definitions and Instructions apply to each and every request for production and all other discovery requests that incorporate such definitions and/or instructions by reference.

6. If YOU are aware of the existence of any DOCUMENT within the terms of a request that YOU are presently unable to locate, IDENTIFY each such document and set forth the reasons why YOU cannot produce it. If YOU have at any time destroyed or relinquished possession, custody, or control of any requested document, IDENTIFY each such DOCUMENT and the date of its destruction, or IDENTIFY the PERSON who currently has possession, custody, or control of it.

7. All references to the plural include the singular, and all references to the singular include the plural. All references to the masculine gender include the feminine and neutral genders and vice versa.

8. These requests are continuing in character so as to require YOU to promptly produce supplemental DOCUMENTS if YOU identify additional or different DOCUMENTS that are responsive at any time before trial in accordance with Federal Rule of Civil Procedure 26(e).

**DEFINITIONS**

1. YOU and YOUR(S) means Meta Platforms, Inc. and all of its officers, directors, employees, agents, attorneys, and anyone acting on its behalf.

2. DOCUMENT is used in its broadest sense and includes ALL "writings," "recordings," and "photographs," as those terms are defined in Federal Rule of Evidence 1001, as well as the original or a copy of handwriting, printing, photostats, photographs, graphs, structured databases, charts, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them. Any comment or notation appearing on any DOCUMENT, and not part of its original text, is considered a separate DOCUMENT. Any draft or preliminary form of any DOCUMENT is considered a separate DOCUMENT.

3. MDL MSJ OPPOSITION means Plaintiffs' Corrected Omnibus Opposition to Defendants' Motion for Summary Judgment, filed in *In re: Social Media Adolescent Addiction/ Personal Injury Products Liability Litigation*, No. 4:22-md-03047-YGR (PHK) (N.D. Cal.), ECF No. 2480.

4. MDL MSJ OPPOSITION META SECTION means page 12, line 18 to page 77, line 21 (ECF-header pages 24 to 89) of the MDL MSJ OPPOSITION.

5. "All" and "each" shall be construed as "all and each."

6. "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

**REQUESTS FOR PRODUCTION**

**Request for Production No. 1**

An unredacted copy of the MDL MSJ OPPOSITION META SECTION. If YOU do not have a fully unredacted copy of the MDL MSJ OPPOSITION META SECTION within your possession, custody, or control, produce all partially unredacted copies of the MDL MSJ OPPOSITION META SECTION.

**Request for Production No. 2**

Unredacted copies of all exhibits referenced in the MDL MSJ OPPOSITION META SECTION, which exhibits are listed in the Declaration of Previn Warren, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, No. 4:22-md-03047-YGR (PHK) (N.D. Cal.), ECF No. 2357.  If YOU do not have a fully unredacted copy of any such DOCUMENT within your possession, custody, or control, produce all partially unredacted copies of such DOCUMENT.

Dated:  December ___, 2025

ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE
WILLIAM BELLAMY
CHRISTOPHER J. KISSEL
ZELDA VASSAR
Deputy Attorneys General

_____
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*