UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ROB BONTA,<br><br>    Defendant. | Case No.   5:25-cv-09792-EJD<br><br>**ORDER DEFERRING MOTION FOR LIMITED EXPEDITED DISCOVERY**<br><br>Re: Dkt. No. 35 |

The Court held a hearing on Defendant's motion for limited expedited discovery on December 17, 2025. ECF No. 38. Counsel for both parties appeared and indicated that they have met and conferred and may reach resolution of Defendant's request without the Court's assistance. The Court accordingly **DEFERS** ruling on this motion pending those conversations.

**IT IS SO ORDERED.**

Dated: December 17, 2025

EDWARD J. DAVILA
United States District Judge