ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE (SBN 332901)
WILLIAM BELLAMY (SBN 347029)
SHIWON CHOE (SBN 320041)
CHRISTOPHER J. KISSEL (SBN 333937)
SAMUEL SOKOLSKY (SBN 348173)
ZELDA VASSAR (SBN 313789)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4400
 Fax:  (415) 703-5480
 E-mail:  Asha.Albuquerque@doj.ca.gov
          William.Bellamy@doj.ca.gov
          Shiwon.Choe@doj.ca.gov
          Christopher.Kissel@doj.ca.gov
          Samuel.Sokolsky@doj.ca.gov
          Zelda.Vassar@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIKTOK INC,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>　　　　　　　　　　Defendant. | Case No. 5:25-cv-09789-EJD<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |

| | |
|---|---|
| **META PLATFORMS, INC.,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>　　　　　　　　　　　Defendant. | Case No. 5:25-cv-09792-EJD<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |
| **GOOGLE LLC and YOUTUBE, LLC,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>　　　　　　　　　　　Defendant. | Case No. 5:25-cv-09795-EJD<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |

The Parties stipulate and respectfully jointly request that the Court modify the briefing schedule on the pending Motions for Preliminary Injunction as follows:

| | | |
|---|---|---|
| **Defendant's Opposition:** | February 6, 2026 → February 20, 2026 | |
| **Plaintiffs' Replies:** | March 27, 2026 → April 10, 2026 | |
| **Hearing on Motions:** | April 30, 2026 (unchanged) | |

Pursuant to Civil Local Rule 6-2(a) and in support of the request, the Parties state as follows:

1. Defendant requests this extension to ensure sufficient time to review recently received document productions, consult with his experts, and present in his Opposition a fulsome discussion of the relevant issues for the Court.

2. The Parties have previously twice extended the briefing schedule on the pending Motions, once by stipulation and once by stipulated administrative motion. *See TikTok Inc. v. Bonta*, No. 5:25-cv-09789-EJD, ECF Nos. 16 (stipulation), 21 (order granting stipulation), 25 (stipulated motion), 26 (order granting stipulated motion); *Meta Platforms, Inc. v. Bonta*, No. 5:25-cv-09792-EJD, ECF Nos. 16, 21, 29, 30 (same); *Google LLC v. Bonta*, No. 5:25-cv-09795-EJD, ECF Nos. 19, 24, 27, 28 (same).

3. The requested time modification will not otherwise affect the schedule for these cases.

For the foregoing reasons, the Parties stipulate and respectfully jointly request that the Court modify the briefing schedule on the pending Motions as set forth above.

Dated:  January 8, 2026

Respectfully submitted,

O'MELVENY AND MYERS LLP

*s/Daniel M. Petrocelli*\*
DANIEL M. PETROCELLI
JEFFREY L. FISHER
JONATHAN D. HACKER
*Attorneys for Plaintiff TikTok Inc.*

1

|   |   |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | *s/Isaac D. Chaput** |
|   | ISAAC D. CHAPUT |
| 3 | DANIEL A. RIOS |
|   | ALEXANDER L. SCHULTZ |
| 4 | MARK W. MOSIER |
|   | TEENA-ANN V. SANKOORIKAL |
| 5 | ALEXANDRA J. WIDAS |
|   | *Attorneys for Plaintiff Meta Platforms, Inc.* |

COOLEY LLP

*s/Michael Rome**
MICHAEL ROME
RAYMOND P. TOLENTINO
EPHRAIM A. MCDOWELL
BENEDICT HUR
JONATHAN PATCHEN
*Attorneys for Plaintiffs Google LLC and YouTube, LLC*

ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General

*s/Shiwon Choe*
ASHA ALBUQUERQUE
WILLIAM BELLAMY
SHIWON CHOE
CHRISTOPHER J. KISSEL
SAMUEL SOKOLSKY
ZELDA VASSAR
Deputy Attorneys General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 9, 2026

THE HON. EDWARD J. DAVILA
United States District Judge

2

Jt. Stip. re Briefing Sched. on Mots. for Prelim. Inj.; [Proposed] Order (Nos. 5:25-cv-09789, 92, 95)