*Parties and counsel listed on signature pages*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **TIKTOK INC,** <br><br> Plaintiff, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of California,** <br><br> Defendant. | Case No. 5:25-cv-09789-EJD <br><br> **JOINT STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| **META PLATFORMS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of California,** <br><br> Defendant. | Case No. 5:25-cv-09792-EJD <br><br> **JOINT STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

| | |
|---|---|
| **GOOGLE LLC and YOUTUBE, LLC,**<br><br>                                    Plaintiffs,<br><br>    v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                                    Defendant. | Case No. 5:25-cv-09795-EJD<br><br>**JOINT STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1  The Parties stipulate and respectfully request that the Court reschedule the Initial Case Management Conference from Thursday, February 12, 2026, to Thursday, June 4, 2026 (35 days after the hearing on Plaintiffs' motions for preliminary injunctions).

Pursuant to Civil Local Rule 6-2(a) and in support of the request, the Parties state as follows:

1. On November 17, 2025, these three cases were re-assigned to Judge Davila and the Initial Case Management Conference was set for February 5, 2026. *See TikTok Inc. v. Bonta* ("*TikTok*"), No. 5:25-cv-09789-EJD, ECF Nos. 13, 14; *Meta Platforms, Inc. v. Bonta* ("*Meta*"), No. 5:25-cv-09792-EJD, ECF Nos. 12, 14; *Google LLC v. Bonta* ("*Google*"), No. 5:25-cv-09795-EJD, ECF Nos. 17, 18.

2. Plaintiffs filed motions for preliminary injunctions on November 18, 2025. *See TikTok*, ECF No. 20; *Meta*, ECF No. 19; *Google*, ECF No. 23.

3. On November 17, 2025, the Parties requested a briefing schedule on the motions for preliminary injunctions, including a rescheduled hearing date, which the Court granted as modified on November 19, 2025. *See Tiktok*, ECF Nos. 16, 21, *Meta*, ECF Nos. 16, 21, *Google*, ECF Nos. 19, 24. This moved the date for the Initial Case Management Conference to February 12, 2026.

4. Thereafter, on December 3, 2025, the Parties requested a modified briefing schedule on the motions for preliminary injunctions, which the Court granted as modified on the same day, which resulted in the hearing on Plaintiffs' motions for preliminary injunctions being rescheduled for April 30, 2026. *See Tiktok*, ECF Nos. 25, 26; *Meta*, ECF Nos. 29, 30; *Google*, ECF Nos. 27, 28.

5. The Initial Case Management Conference remains scheduled for the same date as the previously established hearing on Plaintiffs' motions for preliminary injunctions (February 12, 2026).

6. The Parties believe that it would promote efficiency for the Parties to confer about any case management issues with the benefit of any guidance the Court may offer during the rescheduled hearing on Plaintiffs' motions for preliminary injunctions (currently set for April 30,

2026) and to thereafter discuss them with the Court.

7. The Parties therefore respectfully request that the Court reschedule the Initial Case Management Conference to occur 35 days after the April 30, 2026 hearing on Plaintiffs' motions for preliminary injunctions (*i.e.*, on June 4, 2026).

8. The requested time modification will not otherwise affect the schedule for these cases.

9. In accordance with LCvR 6-3(a)(5), the Parties state as follows that:

    a) The Parties have thrice stipulated to, and the Court has approved, extensions to the briefing schedule on the pending motions for preliminary injunctions;

    b) The Parties have once stipulated to, and the Court has approved, rescheduling the date for the Initial Case Management Conference, from February 5, 2026 to February 12, 2026.

For the foregoing reasons, the Parties stipulate and respectfully jointly request that the Court modify the briefing schedule on the pending Motions as set forth above.

Dated: January 16, 2026

Respectfully submitted,

O'MELVENY AND MYERS LLP

*s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI
JEFFREY L. FISHER
JONATHAN D. HACKER
*Attorneys for Plaintiff TikTok Inc.*

COVINGTON & BURLING LLP

*s/ Isaac D. Chaput*
ISAAC D. CHAPUT
DANIEL A. RIOS
ALEXANDER L. SCHULTZ
MARK W. MOSIER
TEENA-ANN V. SANKOORIKAL
ALEXANDRA J. WIDAS
*Attorneys for Plaintiff Meta Platforms, Inc.*

|   |   |
|---|---|
| 1 | COOLEY LLP |
| 2 | *s/ Michael Rome* |
|   | MICHAEL ROME |
| 3 | ELIZABETH B. PRELOGAR |
|   | RAYMOND P. TOLENTINO |
| 4 | EPHRAIM A. MCDOWELL |
|   | BENEDICT HUR |
| 5 | JONATHAN PATCHEN |
|   | *Attorneys for Plaintiffs Google LLC and* |
| 6 | *YouTube, LLC* |

ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General

*s/ Shiwon Choe*
ASHA ALBUQUERQUE
WILLIAM BELLAMY
SHIWON CHOE
CHRISTOPHER J. KISSEL
SAMUEL SOKOLSKY
ZELDA VASSAR
Deputy Attorneys General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January ___, 2026

_____
THE HON. EDWARD J. DAVILA
United States District Judge