ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE (SB 332901)
WILLIAM BELLAMY (SB 347029)
SHIWON CHOE (SB 320041)
CHRISTOPHER KISSEL (SB 333937)
SAMUEL SOKOLSKY (SBN 348173)
MEGHAN H. STRONG (SBN 324503)
ZELDA VASSAR (SB 313789)
Deputy Attorneys General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-6086
Fax: (916) 324-8835
E-mail: William.Bellamy@doj.ca.gov
*Attorneys for Defendant, Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIKTOK, INC.,**<br>Plaintiff,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant. | Case No. 3:25-cv-09789-EJD<br>**DECLARATION OF DR. DIMITRI CHRISTAKIS IN SUPPORT OF DEFENDANTS' OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br>Dept: 4 (Fifth Floor)<br>Judge: Honorable Edward J. Davila<br>Trial Date: None set.<br>Action Filed: November 12, 2024 |
| **META PLATFORMS, INC.,**<br>Plaintiffs,<br>v.<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant | Case No. 5:25-cv-09792-EJD<br>**DECLARATION OF DR. DIMITRI CHRISTAKIS IN SUPPORT OF DEFENDANTS' OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| **GOOGLE LLC; YOUTUBE, LLC,**<br>Plaintiff,<br>v.<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant | Case No. 5:25-cv-09795-EJD<br>**DECLARATION OF DR. DIMITRI CHRISTAKIS IN SUPPORT OF DEFENDANTS' OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |

## TABLE OF CONTENTS


Page

Declaration of Dr. Dimitri Christakis ... 1

I. Introduction ... 1

II. My Qualifications As an Expert ... 2

III. Summary of Key Opinions ... 3

IV. Conceptual Framework for This Declaration ... 4

A. Conceptual Modeling ... 4

B. Outcomes for This Declaration ... 6

C. General Approach to Literature Review ... 7

D. Confounding vs. Mediation ... 13

E. Causal Inference ... 16

F. Applying Population Estimates to Individual Cases ... 20

G. On the Implications and Interpretation of Small Effect Sizes ... 22

V. The Increased Vulnerability of “Pre-Teen” Users ... 25

VI. Other Foundational Concepts ... 30

A. The Psychology of “Flow” ... 30

B. Active vs. Passive Social Media Use ... 33

C. Measuring “Screen Time” ... 36

D. Social Contagion Via Social Media Platforms ... 39

E. Clinical Scores vs. Clinical Diagnoses ... 42

F. Social Media’s Definition and Evolution ... 45

VII. Social Media Addiction and Problematic Use ... 48

A. Defining Social Media Addiction ... 48

B. Validated Social Media Addiction Scales ... 52

C. The Mechanism of Addiction ... 53

D. The Foundation of Habit: Distinguishing Addiction from Habit ... 58

E. Problematic Social Media Use Can Occur As Habitual, Compulsive, or Addictive ... 63

F. Fear of Missing out (FOMO) ... 70

VIII. Design Features of Social Media That Drive Usage and Addictive Behavior ... 75

A. Psychological Modeling of Addictive and Habit-Forming Features ... 75

B. Engagement Algorithms ... 77

C. Infinite Scroll ... 82

D. Autoplay ... 85

IX. Social Media and Specific Harms ... 86

**TABLE OF CONTENTS**
(continued)


**Page**

A. Body Dysmorphic Disorder ........ 86
B. Eating Disorder ........ 96
C. Sleep Problems ........ 100
D. Depression and Anxiety ........ 106
1. The Relationship Between Depression and Anxiety ........ 106
2. Depression ........ 108
3. Anxiety ........ 118
E. Suicide, Suicidal Ideation, and Self Harm ........ 121
F. Attentional Capacity ........ 129
G. School Performance ........ 135
H. Cyberbullying and Risky Behaviors ........ 139
I. Unwanted Interactions from Adults ........ 143
X. Responding to Selected High Profile Dissenting Studies ........ 144
A. Orben and Przybylski (2019) ........ 144
B. Ferguson (2024)[3] ........ 147
C. Ferguson, Kaye, Branley-Bell, Markey (2025) ........ 150
D. Hancock et al. (2022, last revised 2025) ........ 153
E. NASEM Report[151] ........ 155
XI. Conclusion ........ 159

# DECLARATION OF DR. DIMITRI CHRISTAKIS

I, Dr. Dimitri Christakis, declare under the penalty of perjury that the following is true and correct:

## I. INTRODUCTION

1. I was asked by California Attorney General's Office to provide an expert assessment of whether personalized or addictive feeds hosted on internet platforms—including social media (SM) and social-media platforms (SMs)—are addictive for children and adolescents and, if so, to describe the consequences of that addiction for youth mental health and function.

2. This declaration is based on my own personal knowledge and experience. If I am called as a witness, I could and would testify competently to the truth of the matters discussed in this Declaration.

3. A true and correct copy of my current curriculum vitae is attached as Exhibit A to this declaration. I am currently being paid a rate of $800 per hour.

4. For the purposes of this declaration, I will focus on children under the age of 18 because of their special vulnerabilities to addictive substrates. It is that vulnerability that has led many societies including the U.S. to restrict minors' access to other addictive substances (e.g. alcohol and tobacco). We know from decades of research that the pre-frontal cortex of the brain, the part that is responsible for higher order decision making, including impulse control, is not fully developed until the mid 20s.

5. This declaration will begin with my qualifications as an expert and a brief summary of my key opinions. It will then articulate the conceptual framework underpinning the approach I took, summarize the methodology I deployed to review existing evidence, and review some foundational concepts of epidemiology that are relevant to reviewing the existing evidence, as well as to media and behavioral science research. Finally, it will review the published evidence with respect to (1) social media's effects of problematic usage (addiction and the role that social media features play in increasing it), and (2) the relationship between social media use and body dysmorphic disorders, eating disorders, sleep problems, depression, anxiety, suicidal ideation,

self-harm and suicide, attentional problems, and school performance.

## II. MY QUALIFICATIONS AS AN EXPERT

6. I am the George Adkins Professor of Pediatrics and an adjunct Professor in Psychiatry and Health Services at the University of Washington. I have been studying children and media for 27 years and have secured millions of dollars in federal and foundation grants as a principal investigator or co-investigator. I have served as a mentor to over 15 junior faculty and post-doctoral students who also study children and media.

7. In addition to clinical and teaching duties, I am a prolific researcher. I have published over 290 peer reviewed scholarly articles, including over 80 related to children and media. My current h Index (measure of scholarly impact) is 105 (>60 = "Exceptional"). I am the editor in chief of *JAMA Pediatri*cs, the world's leading pediatric scientific journal with an impact factor of 24.7. (The "impact factor" is a measure of how frequently articles in a journal are cited by other articles and is widely accepted as a measure of journal quality.) I received the Academic Pediatric Association Research award for lifetime contribution to pediatric research. I received the Holroyd-Sherry Award from the American Academy of Pediatrics (AAP) for my outstanding contributions to research related to children and media. I was asked to give the University of Washington of Distinguished Scientist Lecture (Highest Faculty Honor 2021). I authored a trade book, *The Elephant in the Living Room: Make TV Work for Your Kids* (Rodale).

8. I served on the AAP Executive Committee on Children and Media for 6 years and have been the lead author of several AAP guidelines on children and media. I was a member of the National Academy of Sciences Board of Children Youth and Families for 6 years. I served on a National Academy of Medicine expert panel on children and media. I was a member of the 2023 National Sleep Foundation expert consensus panel on screens and sleep. I am the co-editor of a recently published 87-chapter comprehensive *Handbook on Children and Screens* (Springer 2025) https://link.springer.com/book/10.1007/978-3-031-69362-5.

9. I have been on the Advisory Board for Children and Screens, a not-for-profit foundation with a mission to help children live healthy lives in a digital world, since 2009, and

have served as its Chief Science Officer since 2022. In that capacity, I review all of the current research and oversee our grants related to the foundation's mission. I have given dozens of lectures to parents, educators, researchers and clinical practitioners on media's effects on children, including the problem of digital addiction.

10. Finally, as a board-certified pediatrician and Professor of Pediatrics, I have both provided direct patient care and supervised residents in the care of children 0-26 (including those with eating disorders, depression, anxiety, and suicidality) in both inpatient and outpatient settings.

## III. Summary of Key Opinions

11. Recommendation algorithms are designed to maximize platform engagement and result in problematic and addictive usage patterns.

12. Children under the age of 18, because of their relative lack of inhibitory control compared to adults, are at greater risk of developing problematic usage patterns and are more susceptible to recommendation algorithms.

13. Addiction is a continuum that includes both habitual and problematic use of a substance or a display of behavior. While social media addiction, or digital addiction, is not yet a formal psychiatric diagnosis in the American Psychiatric Association Diagnostic and Statistical Manual of Mental Disorders (APA DSM V), it is well-recognized within the scientific community, by multiple professional organizations, and by the industry itself that some individuals exhibit problematic use of social media sites.

14. Minors are particularly vulnerable to problematic use of social media and the associated negative health outcomes.

15. A review of the available meta-analyses and other relevant literature establishes that social media is associated with problematic usage, as well as increased risk of anxiety, depression, body dysmorphia, eating disorders, sleep deprivation, suicide, self-injury, and school problems.

16. Specific design features of the platforms work in concert to promote both the addictive nature of social media and its associated harms.

17. Social media sites are designed to take advantage of the recognized phenomenon of social contagion, which can disseminate and exacerbate harm.

18. Social media has changed the school environment. Studies show that adolescents spend anywhere from a quarter to a third of their school day on their phones—much of this time spent on social media.

19. The same design features that make social media addictive encourage its use during the school day.

20. Industry and internal documents from Google, TikTok, and Meta demonstrate awareness of the addictive nature of the features they were deploying.

## IV. CONCEPTUAL FRAMEWORK FOR THIS DECLARATION

### A. Conceptual Modeling

21. The paths by which media use in general, and social media use in particular, are related to health outcomes are complex and inter-related. Figure 1 (below) shows the conceptual model I have developed to represent the interplay between antecedent risk factors, screen time (including the social media sites at issue in these cases), and untoward outcomes in children. For (relative) simplicity, not all directional arrows are shown, as one could surely argue that there are additional inter-relationships between the various outcomes of interest and those depicted in the figure.

22. To the left of the figure are *selected* antecedent (pre-morbid) risk factors that have been shown to be associated both with increased usage of all forms of media and with multiple adverse child outcomes including those depicted herein. These pre-morbid (and co-morbid) conditions are not only predisposing risk factors for adverse media effects (e.g. suicide, risky behaviors) but also for other addictive behaviors (e.g. alcohol, gambling, drug, and tobacco use/abuse). It has long been recognized that there are differential susceptibilities to exposures of all kinds (including media), such that certain subsets of the population are especially vulnerable to the effects of those exposures, and their underlying conditions (e.g. depression, anxiety, eating

disorders) may be exacerbated.[1]

**Figure 1: Conceptual Model of Social Media and Outcomes**




23. Uni-directional arrows represent the possible causal relationships (and, when combined, *pathways*) between social media use and the relevant outcomes. Bi-directional arrows represent the dyadic relationship between some outcomes that are mutually enhancing/reinforcing. For example, "addiction" itself leads to additional screen time, which further intensifies both the addiction and the other pathways that emanate from screen time in general, and social media usage in particular.

24. Within the domain of "screen time," there is a subset of time devoted to social media use, and within that domain there are fractions of time spent on specific sites/platforms. These distinctions are made since the extant scientific literature varies with respect to its granularity: some studies look at screen time in general and some studies focus on more specific screen usage, including the types of platforms (e.g. social media) or the sites themselves (e.g. YouTube, Instagram). Decades of media research focused primarily on television and movies (so called "analogue" media), but as the use of digital media has become more prevalent starting about 15 years ago, studies focusing specifically on social media use have emerged.

[1] Valkenburg PM, Peter J. The Differential Susceptibility to Media Effects Model. *Journal of Communication*. 2013;63(2):221-243.

25. The focus of this declaration will be on social media use specifically, except as noted in situations where research related to analogue media might rightfully be extrapolated to social media, in which case it will be discussed in that context.

26. Notably, my figure, while more complicated and including more domains, has much in common with [redacted].[2]

[redacted]

27. Interestingly, Meta has [redacted].[3]

**B. Outcomes for This Declaration**

28. This declaration will focus only on the outcomes highlighted in yellow in Figure 1 (Problematic Social Media Use, Body Image, Eating Disorders, Sleep, Depression, Anxiety, Suicide, and School Performance) and provide my expert opinion on the role, if any, that social media sites play in the development and exacerbation of those outcomes. It will summarize both what is known from the scientific literature related to SM and each outcome. However, the primary driver of all of those outcomes are the features of the medium that drive engagement

[2] GOOG-CA976-00002465

[3] Castaneda Depo. 336:1-20.

usage (including problematic usage), and content exposure.

### C. General Approach to Literature Review

29. My declaration is based on my medical and epidemiologic training, my clinical experience and a review of the extant scientific literature related to social media and child health. In my capacity as a scientist in this space, and a journal editor, I am familiar with much of the existing research, but to prepare this declaration I attempted to comprehensively review all of the recent existing relevant evidence. To lay the foundation of how I approached each study, I will briefly review what has become a generally accepted hierarchy of the strength of evidence (Figure 2).

**Figure 2: Hierarchy of Types of Scientific Studies**




A.) **Editorials, expert opinions**. These lie at the bottom of the pyramid, as they do not add any new evidence but rather render opinion(s) on existing data.

B.) **Case series, case reports**. These are descriptive studies ranging from one to several cases. They do not test specific hypotheses and lack a comparison ("control") group. Accordingly, their broader implications are difficult to contextualize.

C.) **Case-control studies**. These studies are designed especially for "rare" outcomes, and they retrospectively compare exposure to a possible causal agent (e.g. tobacco, pesticides, water sources) among "cases" that have a particular outcome or condition (e.g. cancer) to "controls" that do not have that outcome or condition.

D.) **Cohort studies**. These are studies of "exposed" and "unexposed" populations. They can be prospective, retrospective, or cross-sectional. Cross-sectional

studies compare the groups at a single point in time. In general, prospective longitudinal (cohort) designs are stronger than cross-sectional ones. They begin with a population with (or without) a particular exposure and follow them through time. Retrospective cohort studies compare groups as well, but look backwards rather than forwards. Cohort studies can generate (or corroborate) hypotheses and reliably estimate the prevalence of conditions in populations.

**E.) Randomized Controlled Trials (RCTs**). Long considered the gold standard of evidence, RCTs entail experimental manipulations of a prespecified exposure or treatment (e.g. a drug) as well as a prespecified outcome of interest.

**F.) Systematic reviews**. Even strong study designs, including RCTs, however large or well done, are always subject to limitations of generalizability, as they almost certainly focused on a particular subset of the population at a particular point in time. Accordingly, the pinnacle of the pyramid is occupied by systematic reviews. A systematic review is a scientifically reproducible search that aims to acquire and summarize all of the studies published on a particular topic within a specified date range. Once the relevant studies are collected and summarized, researchers can, when possible, conduct a meta-analysis wherein the results of multiple studies are combined to establish a summary estimate of an effect.

30. Given the multitude of studies that have been performed relevant to the questions of interest, I deliberately sought systematic reviews and/or metanalyses of each of the possible pathways first. As the field itself is evolving so quickly, I also limited my search to reviews published in the past 5 years where available. I used Google Scholar as my search engine for all queries. For reasons discussed above, preference was given to well-conducted meta-analyses that could yield a summary estimate of effect sizes and a comprehensive assessment of the relevant research. However, when heterogeneity of design or outcomes precluded such summaries,

systematic reviews were preferred, and conclusions were drawn based on the preponderance of evidence summarized. The table below summarizes the search terms and strategies I deployed. In addition, I reviewed the reference lists of selected studies, searched for RCTs published since 2020 that were not included in the meta-analyses, and used the Web of Science[4] to find studies that cited the studies I used.

31. In the last two years, there has been a dramatic increase in high-quality publications related to social media and child and adolescent health, many of which are using the ongoing data from the NIH-funded Adolescent Behavior and Cognitive Development Study (ABCD). Briefly, the ABCD Study, led by the National Institutes of Health, is the largest long-term study of brain development and child health in the United States, following nearly 12,000 children from late childhood into early adulthood. It integrates brain imaging, cognitive testing, mental and physical health assessments, genetics, and detailed measures of environmental exposures, including digital media use. The study is designed to identify how biological, behavioral, and social factors interact over time to influence mental health, cognition, and overall development.

**Table 1: Search Terms and Approach Deployed**

| Outcome | Search Terms |
|---|---|
| Addiction | *(“Social Media” OR “Facebook” OR “Instagram” OR “TikTok” OR “YouTube” OR “social networking”)* and (“addiction” or “problematic use” or “habitual use”) and “systematic review” Since 2020; include citations; (exclude patents). Sort by date. |
| Body Image/Eating Disorder | *(“Social Media” OR “Facebook” OR “Instagram” OR “TikTok” OR “YouTube” OR “social networking”)* and (“body image” or “body dysmorphic disorder” or “eating disorder” or “body dissatisfaction” or “anorexia” or “bulimia” or “disordered eating” ) and “systematic review” Since 2020; include citations; (exclude patents). Sort by date. |
| Sleep | *(“Social Media” OR “Facebook” OR “Instagram” OR “TikTok” OR “YouTube” OR “social networking”)* and (“sleep” or “insomnia”) and “systematic review” Since 2020; include citations; (exclude patents). Sort by date. |
| Depression | *(“Social Media” OR “Facebook” OR “Instagram” OR “TikTok” OR “YouTube” OR “social networking*”) and (“depression” or “depressive symptoms”) and “systematic review” Since 2020; include citations; (exclude patents). Sort by date. |

[4] Web of science is a comprehensive, subscription-based platform that allows users to see what articles have cited a particular one.

| | |
|---|---|
| Anxiety | *("Social Media" OR "Facebook" OR "Instagram" OR "TikTok" OR "YouTube" OR "social networking)"* and "anxiety" and "systematic review" Since 2020; include citations; (exclude patents). Sort by date. |
| Suicide | *"Social Media" OR "Facebook" OR "Instagram" OR "TikTok" OR "YouTube" OR "social networking" and ("suicide" or "suicidal ideation" or "self-harm")* and "systematic review" Since 2020; include citations; (exclude patents). Sort by date. |
| School Performance | *"Social Media" OR "Facebook" OR "Instagram" OR "TikTok" OR "YouTube" OR "social networking" and ("school" or "school performance")* and "systematic review" Since 2020; include citations; (exclude patents). Sort by date. |

32. I then used the ROBIS approach (summarized below in Figure 3) to assess the completeness and quality of all reviews and to select ones to include.[5]

**Figure 3: ROBIS Criteria for Evaluating Systematic Reviews**

| | Phase 2 | | | | Phase 3 |
|---|---|---|---|---|---|
| | 1. Study eligibility criteria | 2. Identification and selection of studies | 3. Data collection and study appraisal | 4. Synthesis and findings | Risk of bias in the review |
| Signaling questions | 1.1 Did the review adhere to predefined objectives and eligibility criteria? | 2.1 Did the search include an appropriate range of databases/ electronic sources for published and unpublished reports? | 3.1. Were efforts made to minimize error in data collection? | 4.1. Did the synthesis include all studies that it should? | A. Did the interpretation of findings address all of the concerns identified in domains 1 to 4? |
| | 1.2 Were the eligibility criteria appropriate for the review question? | 2.2 Were methods additional to database searching used to identify relevant reports? | 3.2. Were sufficient study characteristics available for both review authors and readers to be able to interpret the results? | 4.2. Were all predefined analyses reported or departures explained? | B. Was the relevance of identified studies to the review's research question appropriately considered? |
| | 1.3 Were eligibility criteria unambiguous? | 2.3 Were the terms and structure of the search strategy likely to retrieve as many eligible studies as possible? | 3.3. Were all relevant study results collected for use in the synthesis? | 4.3. Was the synthesis appropriate given the nature and similarity in the research questions, study designs, and outcomes across included studies? | C. Did the reviewers avoid emphasizing results on the basis of their statistical significance? |
| | 1.4 Were all restrictions in eligibility criteria based on study characteristics appropriate? | 2.4 Were restrictions based on date, publication format, or language appropriate? | 3.4. Was risk of bias (or methodologic quality) formally assessed using appropriate criteria? | 4.4. Was between-study variation minimal or addressed in the synthesis? | |
| | 1.5 Were any restrictions in eligibility criteria based on sources of information appropriate? | 2.5 Were efforts made to minimize error in selection of studies? | 3.5. Were efforts made to minimize error in risk of bias assessment? | 4.5. Were the findings robust, for example, as demonstrated through funnel plot or sensitivity analyses? | |
| | | | | 4.6. Were biases in primary studies minimal or addressed in the synthesis? | |
| Judgment | Concerns regarding specification of study eligibility criteria | Concerns regarding methods used to identify and/or select studies | Concerns regarding methods used to collect data and appraise studies | Concerns regarding the synthesis | Risk of bias in the review |

33. All included studies conformed to Preferred Reporting Items for Systematic

[5] Whiting P, Savović J, Higgins JP, et al. ROBIS: A new tool to assess risk of bias in systematic reviews was developed. *J Clin Epidemiol*. Jan 2016;69:225-34. doi:10.1016/j.jclinepi.2015.06.005

reviews and Meta-Analyses (PRISMA) guidelines.[6] In cases where there were multiple reviews within the same period, I reviewed them for consistency and completeness. If they were comparable, I chose the more recent one (if it included more studies). If they were inconsistent, I assessed the quality of each and determined which one better represented the scientific truth. A relevant example of this is the Ferguson meta-analysis of SM and mental health outcomes, which contained multiple fundamental methodological flaws discussed in detail in section X.B.[7]

34. One of the crucial assessments that systematic reviews perform is what is called a test of heterogeneity. In meta-analysis, heterogeneity refers to the variation or differences in the results of studies included in the analysis. There are several different measures of heterogeneity deployed, but one of the most common is the $I^2$ statistic, which approaches its maximum value of 1 when the variability across studies is greater than the variability within them.

35. When combining data from multiple studies, it is imperative to assess whether the observed differences in outcomes are due to actual differences in effect sizes between the studies (heterogeneity) or simply due to random chance. Some argue that if the heterogeneity is either too great or statistically significant, the results should not be combined as the estimated effect size will not accurately represent a synthesis of the current knowledge.[8] In effect, in such cases, one would be combining apples with oranges to come up with a summary "fruit."

36. Others argue that in such cases, a "random effects" analysis should be deployed whereby the studies represent a "random" sample of *all* theoretically performable studies, which is akin to claiming that apples and oranges *are* both fruits and in theory there could exist an infinite number of fruit variations from which they were drawn.

37. From my perspective, combining dramatically disparate studies does not make logical or intuitive sense. A summary estimate of apples and oranges might be statistically

---

[6] PRISMA guidelines are evidence-based standards that are widely accepted to ensure that systematic reviews are transparently and reliably reported using a checklist.

[7] Ferguson CJ. Do social media experiments prove a link with mental health: A methodological and meta-analytic review. *Psychology of Popular Media*. 2024:No Pagination Specified-No Pagination Specified. doi:10.1037/ppm0000541

[8] Imrey PB. Limitations of Meta-analyses of Studies With High Heterogeneity. *JAMA Network Open*. 2020;3(1):e1919325-e1919325. doi:10.1001/jamanetworkopen.2019.19325

possible, but it does little to tell us about either apples or oranges as fruits. That said, combining heterogenous results tends to introduce random error or "noise," reducing the likelihood that the summary estimate will be statistically significant. In other words, if there is a significant effect size in a metanalysis with heterogenous studies, there probably is a true association between the "exposure" and the "outcome," whereas if there is not, it is unclear.

38. Consider, for example, the following summary of 5 hypothetical randomized placebo-controlled trials of an antihypertensive drug:

| Study | Mean Difference in Systolic Blood Pressure | p value | Population | Dosage | Measurement Method |
|---|---|---|---|---|---|
| #1 | -6 mm Hg | .05 | Overweight Adults | 50 mg/day | Clinic |
| #2 | -3 mm Hg | .07 | Adults <60 | 100mg/day | Home |
| #3 | -7 mm Hg | .02 | Elderly Adults | 50mg/day | Clinic |
| #4 | -1 mm Hg | .30 | Young Adults | 50mg/day | Clinic |
| #5 | -4 mm Hg | .06 | Hypertensive Adults | 50mg/day | Clinic |

39. The populations, effect sizes, doses, and measurement locations all vary, and each could independently affect how well (or if) the drug works. Combining them all for a summary estimate may not be appropriate.[9] I made this table up and cannot do a formal test of the heterogeneity of the data that might have generated it. But let's suppose that the test was significant and so I summarized the studies using a "random effects" model and found an effect size of -3 mm Hg. That summary includes studies of young adults in whom it might not work at all (note the small and insignificant effect size of -1 mm Hg in yellow highlight). Including "Study #4" in the summary estimate would bias the findings towards the null and represent a conservative estimate of the drug's effectiveness in an elderly population where the effect size might be considerably larger.

[9] *Ibid.*

### D. Confounding vs. Mediation

40. A persistent and thorny problem with observational studies is what is known as "confounding." Confounding can lead to spurious conclusions and is to be mitigated or avoided. It also must be differentiated from mediation which helps explain causal mechanisms.

41. In statistical parlance, a confounding variable is something that is associated with both the exposure and the outcome of interest. Consider the ("true") finding that people who carry matches are 10 times more likely to die of lung cancer than people who do not carry them. (Figure 4.a.) While the association is real, it is "confounded." Smokers are also 10 times more likely than non-smokers to carry matches and smoking increases the chances of developing lung cancer. (Figure 4.b.) Indeed, once smoking is added as a variable to the statistical model, the relative risk of carrying matches leading to lung cancer is dramatically reduced and is no longer statistically significant.




*Figure 4.a Carrying Matches and Lung Cancer*




*Figure 4.b Carrying Matches, Smoking, and Lung Cancer*

42. Conceptually, confounding is different from mediation. While confounding creates spurious associations, mediation explains the mechanism by which an exposure leads to an outcome. Mediating variables are *in the causal pathway* between an exposure and an outcome. Consider the finding that attending college is associated with higher income as an adult. (Model 1.)




**Model 1**

43. Like matches and lung cancer, this association is also real. But wait, what about the fact that children from wealthier families are more likely to go to college and are also more likely to earn more money later in their lives? How can we be sure that it was their education that made them garner wealth later in life and not simply the returns on their trust funds? In this case, parental wealth could be a confounder, and so we would want to add it to the statistical model. (Model 2).




**Model 2**

44. Doing so would reduce the effect size between education and subsequent income because family wealth is in fact associated with *both* more education *and* more lifetime assets. But the association between education and earnings would remain significant even after controlling for it. Statistically speaking, with family wealth included, Model 2 shows the *independent* (some would say "direct") association between college education and subsequent wealth. This model is attempting to measure how much education predicts earnings if family wealth is held constant.

45. What about job type? People with more education typically have access to higher paying jobs. Does that mean that job type a confounder? No, because in general, higher paying jobs do not *lead* to more education for an individual; rather, more education *leads* to higher paying jobs. Just as in the lung cancer example above, carrying matches does not *lead* to smoking. If we distributed matches to people at random, most of them would report they had no use for them; they would not take up smoking so that they could deploy the matches. Rather than being a confounder, better paying jobs (e.g. becoming a lawyer) are in the causal pathway between education and income, as illustrated below in Model 3.

46. The distinction between something being a confounder and a mediator is critical to understanding how to interpret results of statistical models. Adding a "confounder" to a statistical model eliminates a spurious association; adding a "mediator" to a statistical model is a way of testing whether it is potentially in the causal pathway. It explores the *mechanism* by which an exposure leads to an outcome. Just as with family wealth, when "job type" is added (here represented by "law school") (Model 3), the model is trying to predict how education might lead to greater wealth, holding job type constant (the red arrow below in Model 4). One might imagine ways it could. For example, attending college might enable someone to make wealthier friends, who in turn might loan the person money to invest, even if the person drops out.




**Model 3**




**Model 4**

47. Ideally, potential confounding factors are specified in advance of deploying a statistical analysis based on *a priori* knowledge derived from existing research. Mediators on the other hand are added to the model to test (or confirm) new hypotheses. In principle, if one added

all of the true mediator variables to a model, the association between an exposure and an outcome might disappear completely, except for what is there by random chance. Think of all of the pathways by which more education might lead to greater wealth, add them all to the model, and it education will no longer appear to lead to greater wealth because it only does so through those mediating variables. The table below summarizes the differences between confounding and mediation.

| Aspect | Confounding | Mediation |
|---|---|---|
| Role | External distortion of relationship | Explains causal mechanism |
| Association | Related to both variables but not on pathway | Lies on causal pathway between variables |
| Effect on Analysis | Biases the estimate of causal effect | Decomposes effect into direct/indirect paths |
| Goal | Remove or control for it | Understand the causal mechanism |

### E. Causal Inference

48. Epidemiology frequently focuses on identifying causes of diseases or conditions, especially those causes that are remediable or avoidable. Knowing that exposure to X causes Y means that reducing exposure to X will reduce the risk of developing Y. But as discussed above, ensuring that the association between X and Y is not confounded by another factor is crucial in building a causal argument.

49. Observational studies attempt to statistically control for all possible confounding factors, but measurement of them can be imperfect and some of them might even be overlooked entirely or be unmeasurable. This leads to the possibility of what is called "residual confounding," meaning that the statistically adjusted effect size might still be inaccurate because of an unmeasured or imperfectly measured confounder. Residual confounding is always a potential limitation of even the best-done observational studies.

50. For that reason, as a general scientific principle, the strongest evidence for an exposure *causing* an outcome comes from randomized controlled trials (Level 2 on the pyramid in Figure 2). Such designs have the most robust control (comparison) group, since the

randomization of the exposure ensures that any differences between the "exposed" and "unexposed" groups (or the "treatment" and the "control" groups) are due to random chance; thus, exposure to the substrate in question can be assumed to be responsible for the outcome (i.e. there is no confounding).

51. If, for example, we did a randomized controlled trial of match distribution, we would not expect to find a substantial increase in lung cancer years later among those to whom they were offered compared to the control group. However, there are many situations in which randomized controlled trials are neither practical (match distribution might be one of them) nor ethical (smoking might be another), and indeed a great many accepted causal relationships are based on observational studies alone. The vast majority of social media studies that are available in the general scientific literature are observational studies because performing a study in which people were randomized to only use certain platforms, or to spend a predefined amount of time on them, is impractical and operationally virtually impossible in real-world settings.

52. Epidemiologists today sometimes rely on the Bradford Hill Criteria (Hill himself called them "viewpoints" rather than "criteria") to establish causal relationships from observational data. These criteria were famously used to link smoking to lung cancer, an *association* that has never been demonstrated *experimentally* in humans (meaning humans were never randomized to smoke or not) but which is nevertheless now widely accepted as causal. Importantly, not all of the criteria need to be met. In some cases, they cannot be met. The criteria merely provide a framework through which to consider elements that help build evidence in support of causality. The 9+ criteria follow, using smoking and lung cancer as an illustrative example of each.

a. **Strength:** The strength of the connection between an exposure and an outcome is measured in "effect size," meaning how many of the differences between two groups (e.g. two different lung cancer rates) can be accounted for by an exposure (e.g. smoking). Two common measures of effect size are the correlational coefficient (denoted *r*) and Cohen's *d*. The value of *r* ranges from -1 to 1, where -1 indicates a perfect negative correlation, 1 indicates a perfect positive correlation

and 0 indicates no correlation. By custom, an *r* value of 0.10 is considered small; a value of 0.30 is considered medium; and a value of 0.50 is considered large. Cohen's *d* is the difference between two means divided by the standard deviation for the data. It is useful when different studies use different measures of an outcome, as is commonly deployed when studies are being pooled to provide a summary estimate. By custom, the effect size cutoffs shown in Table 2 below are used as benchmarks. A small effect size does not necessarily mean that there is not a causal relationship: the truth may be that the effect of an exposure is in fact small. But the larger the effect the more likely it is that the relationship is causal since some missing confounding variable would have to account for a lot of the variance to make the association spurious. For example, smokers have a 20-fold increased risk of lung cancer compared to non-smokers. It is hard to imagine what other substance or exposure (a confounder) would covary with smoking to that degree to make that association go away.

**Table 2: Generally Accepted Effect Sizes**

| ***d* value** | **Effect Size** |
|---|---|
| 0.01 | Very Small |
| 0.20 | Small |
| 0.50 | Medium |
| 0.80 | Large |
| 1.20 | Very Large |
| 2.0 | Huge |

b. **Consistency:** In general, a single study is rarely enough to be conclusive and hence consistent findings—from different researchers, with different populations or samples—adds credence to the causal nature of a relationship. For example, hundreds of studies conducted all over the world have linked smoking to lung cancer.

c. **Specificity**: Causation is more likely if there is a very specific population at a specific site or with a specific disease type and there is no likely explanation for

the disease but the exposure (e.g. smoking). For example, some lung cancers (e.g. small cell and squamous cell) are almost exclusively found in smokers.

d. **Temporality**: The exposure (e.g. smoking) must occur before the outcome (e.g. lung cancer) for it to cause it. This is one of the limitations of cross sectional studies since, because they look at a single point in time, they cannot determine whether an exposure preceded an outcome or vice versa. For example, smoking typically begins before age 21 and lung cancer occurs decades later.

e. **Biological gradient**: A common example of such a gradient is a "dose response" relationship, such that greater exposure to the risk factor increases the likelihood of the outcome adds confidence to causality. For example, moderate smokers have a 10-fold increased risk of lung cancer; heavy ones have a 20-fold increased risk.

f. **Plausibility**: A plausible mechanism between cause and effect adds credibility to an exposure's causal role. For example, tobacco smoke contains benzo[α]pyrene, a mutagenic agent, and mutations to DNA are a well-recognized cause of cancer.

g. **Coherence**: Coherence refers to how multiple different scientific approaches support the findings. For example, laboratory findings that support human observations also increase the likelihood of causation. In the case of smoking, benzo[α]pyrene (a component of tobacco smoke) produces codon 248 (CGG ≥ CTG) *p53* mutations in human cells in the laboratory.

h. **Experiment**: Experimental confirmation in which animals are exposed (or not) to a given substrate and an outcome is assessed adds considerable credence to a causal relationship in humans. For example, although there are no experimental studies in humans linking tobacco smoke to lung cancer, although there have been some animal studies doing so.

i. **Analogy:** The use of similarities between the observed association and any other associations. For example, exposure to other carcinogens or mutagens (e.g. radiation) early in life leads to cancers later, so the conclusion that exposure to smoking leads to cancer is given more credence by analogy.

j. **Reversibility**: Sometimes one can demonstrate that if the risk or exposure is removed, the outcome disappears or is attenuated. This is often not demonstrable, as in many biological cases damage cannot be undone. Although ceasing smoking reduces the risk of subsequent lung cancer, for example, once lung cancer has developed, cessation of smoking does not cure the disease.

53. Hill emphasized that these criteria are to be taken into consideration and are not required per se. As a Professor of Epidemiology, I am familiar with the Bradford Hill Criteria. While the general principles of them inform my thinking, I have chosen instead to use a "totality of evidence" approach for this declaration, which is consistent with what I use in my clinical practice of pediatrics. Through the totality-of-evidence approach, I account for everything that is known in the scientific literature, as well as my own clinical experience and training, and use it to determine whether there is a plausible connection between social media use and problematic social media use and untoward health outcomes. It is the same approach taken by committees I have served on when drafting clinical practice guidelines.

### F. Applying Population Estimates to Individual Cases

54. Whether observational or experimental, research studies frequently compare differences between the average values of two samples, measure the effect size of that difference as detailed in Bradford-Hill criterion #1 above (strength), and then perform a test of statistical significance to see if that difference has a less than 5% chance of being attributable to chance alone. These differences are measured at the population level—that is, by comparing an exposed population to an unexposed one. Population estimates are statistical tools that provide insights into the characteristics of groups within a population, such as age distribution, income levels, or health variables. While these estimates are invaluable for understanding trends and making decisions at the community or national level, applying them to individuals requires caution, because population estimates represent averages or generalizations that may not accurately reflect the unique circumstances of a single given person. For instance, knowing that a certain percentage of a population has a specific health condition (even if it's 99%) doesn't ensure that a

particular individual drawn from that population has it. Or knowing if someone is exposed to something doesn't necessarily pre-determine their outcome. Therefore, while population estimates can inform policies and programs, individual assessments should rely on personal data and direct evaluations to ensure accuracy and relevance.

55. Put another way, epidemiologic studies using population estimates answer a question writ large: does smoking increase the chances of developing lung cancer? Or does it cause *some* cases of it? They do not tell us if smoking *caused* lung cancer in a particular patient. For example, given two people with the exact same smoking history, one might develop lung cancer and the other may not; and of course, some people who never smoke also get lung cancer. Emerging evidence suggest that environmental exposures interact with individual genomics to produce risk profiles. Modern medicine has begun to apply these differential interactions in what is now referred to as "precision medicine."

56. Precision medicine, also known as personalized medicine, is an innovative approach to healthcare that tailors medical treatment to the individual characteristics of each patient. By considering factors such as genetics, environment, and lifestyle, healthcare providers can develop more effective prevention strategies and treatment plans. This method moves away from the traditional "one-size-fits-all" model, allowing for more targeted interventions. For instance, in oncology, precision medicine enables the identification of specific genetic mutations in tumors, leading to targeted therapies that improve patient outcomes. Advancements in genomic sequencing and data analysis have significantly contributed to the growth of precision medicine, offering the potential for more accurate diagnoses, optimized treatments, and enhanced disease prevention strategies.

57. Seen in this light, the associations discussed in this declaration, whether causal or not, must ultimately be applied[10] to the individual attributes and the context of each individual plaintiff. For example, a metanalysis of decades or research have shown that alcohol increases

[10] Committee on the Impact of Social Media (Washington District of Columbia). *Social media and adolescent health*. National Academies Press; 2024:pages cm.

the risk of suicide in men by 50%.[11] Now consider two hypothetical anecdotes.

> Dr. Jonathan Miles, 55, was a brilliant physician, but years of grappling with alcoholism had eroded his once-stellar reputation and fractured his relationships. Late one night, sitting alone in his dimly lit office, the weight of his failed sobriety and mounting professional mistakes overwhelmed him. The bottle of whiskey on his desk was both a companion and a tormentor, but tonight he welcomed it. He wrote a brief note, confessing his regret and the shame he couldn't escape. The dawn found his colleagues discovering him slumped over, a tragic reminder of how even healers can fall victim to battles they feel too broken to fight.

> Dr. Samuel Grant, a 55-year-old physician admired for his compassion, seemed untouchable to his colleagues. Yet behind his kind demeanor, he bore the crushing weight of unspoken despair—years of relentless stress, sleepless nights, and the haunting faces of patients he couldn't save. One quiet evening, after leaving the hospital, he sat in his study and drank a glass of wine surrounded by the journals he had once cherished. He wrote a brief note, apologizing for a pain he couldn't escape. That night, he ended his life, leaving a community shattered and questioning how a healer so devoted to others could succumb to a pain so silent.

58. Both physicians consumed alcohol on the last night of their lives, and while we cannot say with certainty whether that use was determinative in their fates, we can say that it is likely given his longstanding struggles with alcohol and the quantity he consumed that had Dr. Miles not drunk that night he would be alive in the morning and for Dr. Grant it is unclear.

### G. On the Implications and Interpretation of Small Effect Sizes

59. Larger effect sizes from observational studies (Bradford Hill Criteria #1) are generally thought to provide stronger evidence for a given association being causal because they make it less likely that a residual confounding variable might explain the observed association. Nevertheless, there are several reasons why small effect sizes still have serious implications.

60. First, while the probability of an exposure leading to an outcome might be low, it is crucial to remember that, for the individuals affected, should the outcome occur, the consequences are very real and can be life-altering. For example, the chances of winning a Mega Millions lottery drawing are less than 1 in 300 million—vanishingly close to zero—and yet someone does eventually win, and "exposure" to the ticket profoundly affects their life. Adam

---

[11] Amiri S, Behnezhad S. Alcohol use and risk of suicide: a systematic review and Meta-analysis. *Journal of Addictive Diseases*. 2020/02/17 2020;38(2):200-213. doi:10.1080/10550887.2020.1736757

Mosseri, CEO of Instagram, apparently agrees. In an interview with the *Wall Street Journal* responding to notorious leaks of internal studies at Meta related to negative effects of sustained use of the platform, Mosseri is quoted as saying, "In no way do I mean to diminish these issues [teen body image among others] . . . Some of the issues mentioned in the story aren't necessarily widespread, but their impact on people may be huge."[12]

61. Second, even very small probabilities can create large problems when applied at a population level. Consider the association between fine particulate air pollution ($PM_{2.5}$) and heart disease. This is yet another association that could never be experimentally proven as causal since randomizing people to varying levels of pollution and following them for many years is inconceivably challenging. But there is biological plausibility for a causal linkage mediated through the inflammatory effects of pollution exposure and the effect of that inflammation on blood vessels in the heart. The effects of this inflammation on subsequent risk of cardiac events might be small but they are nevertheless important for public health considerations since pollution is a potentially remediable risk factor. A metanalysis suggested a possible link but the included studies may have lacked sufficiently granular clinical data to detect it with enough precision to achieve statistical significance.[13] It took a well-done very large population-based study of 3.7 million people's detailed medical data to quantify the risk posed.[14] That study, published in *JAMA* in 2023, found that exposure to such air pollution for more than one year increased the chances of developing cardiovascular disease over one's lifetime by 8%.[15] That is, the relative risk (RR) is 1.08, which might be interpreted as "small." But what are the implications of this "small" effect at a societal level? Let's walk through the math.

---

[12] G. W. Facebook knows instragram is toxic for teen girls, company documents show. *Wall St Journal*. Sept. 14, 2021.

[13] Alexeeff SE, Liao NS, Liu X, Van Den Eeden SK, Sidney S. Long-Term PM(2.5) Exposure and Risks of Ischemic Heart Disease and Stroke Events: Review and Meta-Analysis. *J Am Heart Assoc*. Jan 5 2021;10(1):e016890. doi:10.1161/jaha.120.016890.

[14] Alexeeff SE, Deosaransingh K, Van Den Eeden S, Schwartz J, Liao NS, Sidney S. Association of Long-term Exposure to Particulate Air Pollution With Cardiovascular Events in California. *JAMA Network Open*. 2023;6(2):e230561-e230561. doi:10.1001/jamanetworkopen.2023.0561.

[15] *Ibid*.

**Relative Risk (RR):** Long-term exposure to fine particulate matter (PM2.5) increases the risk of heart disease by **8%** (RR = 1.08).

**Baseline Risk:** Suppose the baseline risk of heart disease in a population is **10%** (i.e., 10% of adults develop heart disease over their lifetime without exposure to PM2.5).

**Population Size:** Imagine a population of **100 million adults**.

**Risk Without PM2.5 Exposure:** 10% × 100 million = **10 million cases**.

**Risk With PM2.5 Exposure:**

- Relative risk increases to **10% × 1.08 = 10.8%**.
- Cases = 10.8% × 100 million = **10.8 million cases**.

**Additional Cases:** 10.8 million − 10 million = **800,000 additional cases**.

62. Although the relative risk is small, it results in a sizeable number of additional cases of heart disease (800,000 of them).

63. Third, effect sizes—however small—can be contextualized by comparing them to other known effect sizes that are deemed "worthwhile." For example, the table below lists a series of "small" effect sizes for various interventions that are variably deployed but widely accepted as impactful.

| Intervention | Effect size |
|---|---|
| Reducing class size by 5-10 students and academic achievement | .2 |
| Targeted reading programs for struggling readers and reading comprehension scores | .2 |
| Mindfulness training for stress reduction | .2 |
| Water fluoridation and reduced cavity prevalence | .2 |
| Cognitive Behavioral Therapy as treatment for anxiety | .3 |
| Adopting a heart-healthy diet (e.g., the DASH or Mediterranean diet) and reduced systolic blood pressure. | .3 |
| Social skills interventions for children with autism spectrum disorder and improved communication and social engagement. | .3 |
| Behavioral counseling for quitting smoking. | .3 |

64. Consider the effect size of behavioral counseling for smoking cessation highlighted above—something considered sufficiently worthwhile that it is frequently covered by medical insurance—with an effect size of .3. In a randomized trial of SM discontinuation,

discussed at greater length in the Depression Section (IX.D), found an effect size of .09 for overall mental well-being.[16] Cessation of SM as a means to improve mental health therefore can be viewed as being about 30-40% as effective as counseling people to quit smoking which is something we routinely advise clinicians to do.

## V. THE INCREASED VULNERABILITY OF "PRE-TEEN" USERS

65. Humans are not born with fully developed brains. Different regions of the brain mature at different rates and do so in direct response to external stimulation. At birth, the brainstem and cerebellum are highly developed, supporting vital functions like breathing, heart rate, and basic motor control. During infancy and early childhood, the limbic system, particularly the amygdala and hippocampus, rapidly develops, facilitating emotional responses and memory formation. Later, the cerebral cortex, responsible for higher cognitive functions, undergoes significant growth, with sensory and motor areas maturing first, followed by language centers, which develop rapidly in early childhood. The prefrontal cortex, often referred to as the "CEO of the brain," because it is essential for decision-making, impulse control, and complex reasoning, is the last to fully mature, and is typically not done maturing until around age 26. During adolescence, synaptic pruning strengthens important neural connections while eliminating less-used ones, refining cognitive abilities. Myelination, the process of insulating nerve fibers to improve communication between brain regions, progresses throughout childhood and adolescence, with the prefrontal cortex again being the last region to complete the process. This prolonged development explains why many teenagers struggle with long-term planning and impulse control compared to fully mature adults. It is the central reason the Supreme Court outlawed the death penalty for crimes committed by children on the grounds that they lacked the full cognitive capacity of adults. The graph below (Figure 5) from the University of Cambridge shows when different brain regions reach 100% capacity. White matter volume (shown in dark blue) is the myelinated part of the brain that plays a crucial role in memory, attention, and decision-making.

[16] Allcott H, Braghieri L, Eichmeyer S, Gentzkow M. The Welfare Effects of Social Media. *American Economic Review*. 2020;110(3):629–76. doi:10.1257/aer.20190658

**Figure 5: Brain Development over Time**




66. "Executive function" is a foundational construct used by cognitive psychology and neuroscience to describe a set of skills that emerge as the brain develops. It is comprised of several key capacities, as shown in Figure 6. All these play essential roles in human development and function and underpin both reactions to, and effects of, environmental stimuli. But of special relevance to this case is "self-monitoring" or "inhibitory control." These skills enable people to resist temptation. Until they are fully developed, individuals are at greater risk of essentially falling prey to their instincts, making them especially vulnerable to addictive substrates or behaviors. This is the biological rationale for legally limiting minor's access to tobacco, alcohol and gambling. They lack the self-control necessary to curtail overindulgence and hence are a greater risk of developing dependence.

67. Children's developmental trajectories are highly individualized, which is to say there is considerable variability in the age at which these capacities are fully present. When we say that the "typical" 5-year-old can do X, it means that as many as one-half to one-third of 5-year-olds cannot do it yet. Further, cognitive capacity is modulated by inhibitory control or "self-monitoring" (as shown in Figure 6). What this means is that even if a child "knows" the right thing to choose, or to do, their lack of impulse control might make them get it wrong or not act appropriately. Optimal executive function involves a titration of latency (delay) and accuracy, and executive function is essential to sound decision-making. This lack of fully developed executive functioning makes children under the age of 18 particularly vulnerable to the harmful effects of social media. As noted below, this vulnerability is acknowledged in Defendants' internal documents.

**Figure 6: Executive Functioning**




68. A recent paper used multiple population-based data sets to examine the evolution of executive function from adolescence to early adulthood.[17] A summary graph of all of the deployed measures in all the samples is presented below.




[17] Tervo-Clemmens B, Calabro FJ, Parr AC, Fedor J, Foran W, Luna B. A canonical trajectory of executive function maturation from adolescence to adulthood. *Nat Commun*. Oct 30 2023;14(1):6922. doi:10.1038/s41467-023-42540-8

69. Z scores are standard deviation units and quantify how far above or below the mean an individual is. From ages 8-18, accuracy increases and latency decreases. The trajectories of both are very steep during that period. The red dotted line in Figure 7, above, represents age 13, the current "allowable" age for usage of SMs as set by industry. Keeping in mind that the solid lines represent "averages" at any given age, half of all children are *below* that estimate.

70. The precedent for setting a 13-year-old minimum age for creating social media accounts in the United States was set by the Children's Online Privacy Protection Act (COPPA). Enacted in 1998 and implemented by the Federal Trade Commission (FTC) in 2000, COPPA was designed to give parents control over what data websites and online services can collect from children under 13. The underlying rationale is that children below that age lack the cognitive capacity to make informed choices about the content they view or to protect themselves against manipulation and exploitation. As Dr. Alison Lee, a senior UX researcher at Meta, testified: "[redacted]"[18] Further, COPPA was not based on a scientific age threshold for what is appropriate, healthy, or beneficial for adolescents. Rather, COPPA is a legal, statutory minimum regarding data collection and restrictions on monetization of internet collected data.

71. Social-media companies' decision to adapt the age of 13 as a cutoff was not driven by any consensus among pediatric experts that it was an appropriate age to start using them, but by the industry's desire to start at the earliest age at which data could be collected, mined, and monetized without parental approval. As can be seen by the blue line on the graph in figure 5 above, the white matter of the brain has not reached full maturity at age 13 and is decidedly less mature at age 10.

72. Speaking as a pediatrician, an epidemiologist, and a parent, age milestones must be viewed from a developmental perspective. Nothing magical happens on a child's 21st birthday such that they go from being unfit to consume alcohol to being fit to consume it. In fact, the legal

[18] Lee Depo. 21:19-23

drinking age in the US was raised from 18 to 21 in 1984 by Congress when it became clear that too many 18-year-olds were drinking irresponsibly and dying in car accidents. Similarly, nothing makes 13 the age at which all children can safely engage with social media without supervision.

73. To put those vulnerabilities into perspective, consider that according to a survey of over 4,500 US parents who chose to delude their children about the existence of Santa Claus, the average age at which children stop believing in him is 8.4 years.[19] And a subsequent study found that as many as 20% of 10 year olds still believe in him.[20] The point of this admittedly campy example is to provide readily relatable data to illustrate just how gullible a sizeable percentage of pre-teen children can be: gullible enough that they can made to believe in something in spite of overwhelming evidence of its implausibility. A child who could be made to believe in Santa Claus is clearly more vulnerable to all sorts of misinformation, misrepresentations, and manipulations by advertisers or nefarious actors of all sorts.

74. TikTok [redacted].[21] Further, they [redacted] [redacted][22].

75. Vaishnavi Jayakumar, child safety lead at Instagram, states in her deposition that "[redacted]"[23] As of September of 2020, Instagram's own documents reveal that there "[redacted]"[24] But later in the same text exchange, Sara Chang (Facebook child safety) states that [redacted].[25] That [redacted]

---

[19] Accessed January 10 2025, https://todayshomeowner.com/blog/guides/not-believing-in-santa-by-state/

[20] Accessed January 12, 2025, https://www.madeformums.com/news/when-do-children-stop-believing-in-santa/

[21] TikTok-00000645

[22] TikTok-00000127

[23] Jayakumar Depo. 82:19-21

[24] Jayakumar Depo. 89:14-18.

[25] Jayakumar Depo. 96:21

[redacted][26]

76. To call it out for emphasis, Instagram was aware that "[redacted]" It should be a surprise to no one that given the ready access to adult content teens will lie about their age especially if there are no consequences to doing so. But protecting teens appeared to be a secondary priority. Jayakumar, the youth safety policy lead for Insta, goes on to say in her deposition that "[redacted]"[27]

## VI. OTHER FOUNDATIONAL CONCEPTS

77. Before delving into each of the relevant outcomes, a few more methodological and psychological constructs relevant to social media effects are worthy of review.

### A. The Psychology of "Flow"

78. Humans bring innate and acquired skills to the challenges they face. When skills are high and challenges are low, the task at hand is sufficiently easy that it can induce boredom. Conversely, when challenges are high and skills are low, the task is sufficiently hard that it can induce anxiety. The psychologist Mihaly Csikszentmihalyi introduced the concept of "flow" as that mental state where the challenges and skills are sufficiently balanced that the experience is engrossing, engagement is easy, enjoyment is high, and time passes effortlessly.[28] Flow states result in dopamine release (discussed in Section VII.C, below) and are inherently pleasurable. The flow channel is demonstrated in the figure below.

[26] Jayakumar Depo. 103:15-17
[27] Jayakumar Depo.. 30:6-11
[28] Csikszentmihalyi M. *Flow: The Psychology of Optimal Experience*. Simon & Schuster; 1994.

**Figure 8: Psychology of Optimal Experience[14]**




79. In the "real world," flow can be achieved by such things as well-timed promotions at work so that one feels deployed at the limit—but not beyond—their skill set, or in gaming contexts such as chess clubs by finding players that are worthy opponents. Both of those examples take time and effort and maybe even luck to achieve. Job promotions are rarely "perfectly timed" if they happen at all, and finding the "right" chess player can be challenging. With effort, some people can find flow in art, sports, music, and even work, for example. Although Csikszentmihalyi maintained that "flow" was the key to a happy and fulfilling life, he cautioned that is not inherently or universally a "good" thing. For example, he argued it could be misused in business and war and that "mountaineers" and "gamblers" could become obsessed with it to the point of neglecting other aspects of their lives.

80. Structured by algorithms, as opposed to real-world constraints, the online experience can create flow instantaneously and effortlessly and maintain it indefinitely. Consider the simple game of Candy Crush, which launched in 2012 and continues to command the attention of hundreds of millions of players.[29] It takes no skill to play for the first time and so anxiety is low. In fact, reading the rules is unnecessary. The game is intuitive and there is no

[29] Kubey RW, Csikszentmihalyi M. *Television and the quality of life : how viewing shapes everyday experience*. L. Erlbaum Associates; 1990:xvii, 287 p.

barrier—no friction—to beginning. Once a player begins playing, the game quickly and seamlessly ratchets up its difficulty in accordance with a player's skill and engagement: never so hard that it becomes frustrating, never so easy that it becomes boring. Two players starting at the same time play different games, but each is likely to find theirs enjoyable. Keeping people in a flow state is an engagement strategy that many social media sites also actively deploy.

81. People in a state of flow are, by definition, deeply engaged in the experience and less mindful of outside distractions or perturbations: it is an escape. This explains in part why people with underlying mental health conditions, or particularly disturbing realities (e.g. challenging socioeconomic circumstances), are more susceptible to the allure of a flow state and at greater risk for becoming addicted to what provides it to them—whether this is alcohol, drugs, gambling, or social media. It also explains why people with less inhibitory control (which is to say teenagers) have a harder time stopping activities that promote flow to engage in other—less pleasing but important—activities such as schoolwork, sleep, or even real world, in person, interactions.

82. Google [redacted].

[redacted]

GOOG-CA976-00002469

[redacted]

GOOG-CA976-00002473

**B. Active vs. Passive Social Media Use**

83. The experience of being on social media can be provisionally and conceptually divided into "active" and "passive" use. Active use entails posting or interacting with content while passive use entails viewing or scrolling. These distinctions are artificial and arbitrary: active users also view content and many people engage in both types of uses in single sessions, making operationalizing usage patterns problematic. Furthermore, they are potentially confounded (see section IV.D) since people who are depressed (or just down or tired at a given moment) might be more passive just as people who are manic (or just joyous or energetic at a given moment) might be more active. Nevertheless, these "distinct" patterns of usage found their way into the scientific literature in part as a means to potentially explain heterogenous findings relating usage to outcomes. Might it be that small overall effect sizes or "positive" vs. "negative" studies could be further elucidated by studying the *ways* in which people are using social media?

84. The theoretical basis for this hypothesis is that active users might be garnering social support through their interactions whereas passive users might be more likely to be

engaging in social comparisons.[30] This theory implicitly discounts the possibility that active interactions might also be problematic—cyberbullying or asking about one's appearance is interactive. Similarly, passive scrolling might involve watching neutral, salubrious, or social comparative content.

85. Some individual studies examined usage type and found significant mediation effects (recall that mediation analyses test possible mechanisms, see section IV.D); others did not. These inconsistent results are precisely why systematic reviews and metanalyses were invented: as a means to synthesize and reconcile different studies with varied results (section IV.A). A comprehensive metanalysis of 141 studies that examined passive vs. active use was performed in 2024.[16] Collectively, the studies yielded 897 effect sizes (508 active and 134 passive) drawn from over 145,000 participants.

86. The analyses in the studies included some that were between subjects and some that were within subjects. As the names suggest, between-subject comparisons involve looking at effects of one type of user versus another. The problem with this comparison is that it is potentially confounded (see section IV.D): underlying differences in users' mental health might be associated both with their type of use, and with their effect. Within subject comparisons, on the other hand, compare the same individuals' usage pattern and their outcomes at different time points and thus explicitly control for differences in individuals. The people are the same; only their usage and affect changes.

87. The results of the within-subject analyses are presented in Figure 9. In all cases except wellbeing, the vast majority of studies found negligible effects based on type of usage. The authors conclude "All within subjects effects tested in this metanalysis were negligible."[31]

---

[30] Godard R, Holtzman S. Are active and passive social media use related to mental health, wellbeing, and social support outcomes? A meta-analysis of 141 studies. *Journal of Computer-Mediated Communication*. 2024;29(1)

[31] *Ibid*.

**Figure 9: Results of Within-Subject Analyses – Active vs. Passive Use**

| Variables | Associations with wellbeing outcomes | | |
|---|---|---|---|
| | *Worse* (%) | *Negligible*(%) | *Better*(%) |
| Active use | | | |
| Illbeing | 9 (29) | 21 (68) | 1 (3) |
| Wellbeing | 1 (6) | 12 (71) | 4 (24) |
| Social wellbeing | 0 (0) | 5 (83) | 1 (17) |
| Passive use | | | |
| Illbeing | 2 (11) | 15 (83) | 1 (6) |
| Wellbeing | 10 (43) | 11 (48) | 2 (9) |
| Social wellbeing | 0 (0) | 6 (86) | 1 (14) |

Note: Worse effects defined as $r \leq -.10$ for positive outcomes (e.g., life satisfaction) and $r \geq .10$ for negative outcomes (e.g., depressive symptoms). Negligible effects defined as $-.10 < r < .10$. Better effects defined as $r \geq .10$ for positive outcomes (e.g., life satisfaction) and $r \leq -.10$ for negative outcomes (e.g., depressive symptoms).

88. Next, the authors summarized the effects across 13 distinct psycholgical outcomes. Those results are presented in Figure 10 below.

**Figure 10: Effects of Active vs Passive Use Across Psychological Outcomes**




Dep (depressive symptoms); PD (psychological distress); NA (negative affect); Str (stress); Anx (anxiety); S. Anx (social anxiety); LS (life satisfaction); PA (positive affect); SE (self-esteem); WB (wellbeing); Lon (loneliness); GSS (global social support); OSS (online social support). Gray areas indicate negligible effect sizes.

89. As can be seen, most of the effects are in the gray, negligible effect size range and not statistically different from each other. And in all but two of them—wellbeing and online social support—active vs. passive use are statistically indistinguishable. Let's discuss each in turn. The difference in effect size for wellbeing is .15 (small); as discussed above, and noted by the authors of the paper, that minimal difference could be accounted for by better wellbeing *causing* more active usage rather than the other way around. The difference in online social support is slightly larger (.20). However, this too is not surprising since part of online social support entails having exchanges (active use) with other individuals, making the findings somewhat tautologic. Having reviewed the paper, I concur with the authors' conclusions that "the mostly negligible associations between active and passive social media use and mental health and wellbeing highlight that the public must remain cautious of overly simplistic or enthusiastic statements about the benefits of active or the harms of passive social media use."[32]

### C. Measuring "Screen Time"

90. For independent scientists, robust estimates of the time teens spend on social media are difficult to attain. Teen self-reporting of social media use is generally accepted as not completely accurate. Without industry collaboration, the most precise estimates of how children spend time on their phones are derived from data acquired through passive sensing—seamlessly and invisibly measuring what sites are visited, what apps are used, and for how long they are deployed during the course of a given day. Common Sense Media did such a study in 2022.[33] They installed a passive sensing technology on the Android phones of 203 children ages 11-17. The results are summarized in the following figures.

[32] Radesky J, Weeks HM, Schaller A, Robb M, Mann S, Lenhart ACCAWitLoaYPsSUSF, CA: Common Sense. Constant Companion: A Week in the Life of a Young Person's Smartphone Use. 2023.

[33] *Ibid.*

**Figure 11: Median and IQR of different app usage**




**Figure 12: Popular apps, average daily duration, and % of total smartphone usage on a typical day**

| App name | N (%) users | Average daily duration Median [IQR]** | Range (hour:minutes) | Percentage of daily use (median)*** |
|---|---|---|---|---|
| TikTok | 102 (50.2%) | 1:52 [0:24 - 2:57] | <0:01 - 7:48 | 38.4% |
| YouTube | 175 (86.2%) | 0:40 [0:05 - 1:52] | <0:01 - 10:13 | 18.2% |
| Instagram | 70 (34.5%) | 0:16 [0:03 - 0:52] | <0:01 - 2:56 | 5.9% |
| Snapchat | 79 (38.9%) | 0:10 [0:02 - 0:36] | <0:01 - 3:13 | 3.6% |
| Discord | 72 (35.5%) | 0:07 [0:02 - 0:24] | <0:01 - 12:20 | 2.5% |
| Roblox | 74 (36.5%) | 0:06 [0:01 - 0:40] | <0:01 - 6:25 | 2.6% |
| Chrome | 191 (94.1%) | 0:04 [0:01 - 0:13] | <0:01 - 1:24 | 1.5% |
| Netflix | 53 (26.1%) | 0:03 [0:01 - 0:17] | <0:01 - 7:31 | 0.8% |
| Spotify | 81 (39.9%) | 0:01 [<0:01 - 0:04] | <0:01 - 0:31 | 0.6% |
| Facebook | 40 (19.7%) | 0:01 [<0:01 - 0:04] | <0:01 - 1:34 | 0.1% |
| Google quick search box | 180 (88.7%) | 0:01 [<0:01 - 0:03] | <0:01 - 0:21 | 0.6% |
| Amazon | 47 (23.2%) | 0:01 [<0:01 - 0:03] | <0:01 - 0:20 | 0.3% |
| Pinterest | 36 (17.7%) | 0:01 [<0:01 - 0:03] | <0:01 - 0:48 | 0.4% |

*Calculated only among participants who used that app.

**Median is the value that 50% of the users are under and 50% are over. IQR is the Interquartile Range, which is the middle 50% of users, with 25% of users under the first value and 25% of users over the second value.

***Percentage of daily use is calculated among those who use the app and as a percentage of all their smartphone use in a day.

91. Social media (TikTok, Instagram, Facebook, Snapchat, and YouTube) are the most

used apps. Over 60% of the median total daily media time is spent on TikTok, YouTube, Instagram, Snapchat, and Facebook. Given that, it is reasonable to posit that even studies that focus on the effects of *overall* "screen time" are driven in large part by usage of these apps.

92. Ofcom, the online safety regulator for the UK, empaneled a nationally representative (for the UK) group of 692 children ages 8-14 and passively measured their use of websites and apps across PC's smartphones, and tablets that they use to get online. Data were collected between November 2024 and March 2025. Their findings are presented below:

**Figure 13: Average Time spent online on smartphones, tablets and computers, per UK visitor per day: by age (hours:minutes)**




**Figure 14: Share of average time spent online per day by UK online children aged 8-14, by service (hours:minutes): by age**




93. These passive sensing data from the UK and the US sample, covering slightly different ages, demonstrate that teenagers spend considerable time online and that SMs predominate it. Social media companies of course have considerably more data on usage of their

platforms.

**D. Social Contagion Via Social Media Platforms**

94. A design aspect of social media that is related to problematic or addictive use is the way in which the platforms utilize social contagion. Social contagion refers to the phenomenon where ideas, emotions, behaviors, or attitudes spread through social networks, much like a virus. It highlights the interconnected nature of human societies, where individuals unconsciously or consciously influence one another. For example, laughter in a group can quickly become contagious, even among those who do not know why others are laughing. Similarly, trends, such as fashion styles or internet challenges, often spread rapidly because individuals adopt behaviors observed in others to feel connected or accepted within a group.

95. The mechanisms behind social contagion are rooted in psychological and sociological principles. Mirror neurons in the brain play a role by enabling individuals to mimic others' emotions or actions, fostering empathy and shared experiences. Additionally, conformity and peer pressure amplify the spread of behaviors, particularly in tight-knit social circles. While social contagion can have positive effects, such as the adoption of healthy habits or the rapid dissemination of valuable information, it can also perpetuate harmful behaviors like panic during crises or the spread of misinformation. Understanding social contagion is crucial for designing interventions in areas such as public health, education, and online media, where both positive and negative influences can scale rapidly.

96. A 2014 study tested the social contagion phenomenon on social media. It assessed the effects of rainfall on an individual's social media posts and found (unsurprisingly) that rainfall increased the probability of negative posts. But the study also found that it increased the probability of negative posts of rainy-day city people's friends who lived in cities where it was *not* raining on a given day.[34] While this study was observational, it deployed what is known as an instrumental variable design. Specifically, the rainfall in "City A" can cause negative affect in that city but it cannot directly cause negative affect in "City B" where it is ***not*** raining. Therefore,

[34] Coviello L, Sohn Y, ., Kramer A, et al. Detecting Emotional Contagion in Massive Social Networks. *PLoS ONE*. 2014;9(3):e90315.

rain cannot be a confounder and the negativity of an individual in City B can be attributed to their connection with an individual in City A whose mood is drearier because of the precipitation. "Instrumental variable" approaches such as this are among the strongest observational designs because of the way they circumvent potential confounding.

97. Most prominently – in a yet to be repeated, publicly available study the likes of which only the social media industry itself could do – Facebook tested social contagion theory on their site using an experimental design in which 689,003 people's news feeds were randomized to show fewer positively and fewer negatively worded posts.[35] The outcome of interest was the valence of the content they subsequently posted. In other words, they tested the hypothesis that seeing more positive content induced one to post more positive content and seeing less negative content induced one to post less negative content.

**Figure 15: Figure from Facebook's Emotional Contagion Study[36]**




98. As Panel C above shows, reducing the frequency of negative posts on someone's feeds results in fewer negative words posted by the "experimental" group compared to the "control" group. Conversely, as Panel B shows, reducing positive posts results in fewer positive words posted (again experimental vs control). But as Panels A & D demonstrate, reduced negative words results in more positive ones and reduced positive posts results in more negative

[35] Kramer ADI, Guillory JE, Hancock JT. Experimental evidence of massive-scale emotional contagion through social networks. *Proceedings of the National Academy of Sciences*. 2014;111(24):8788-8790. doi:doi:10.1073/pnas.1320040111

[36] *Ibid*.

ones.

99. Social media platforms did not create the phenomenon of social contagion, but they provide an extraordinary mechanism to amplify it. In the real world, the negative affect of individuals spreads via the people they have direct contact with and then to the people that those individuals have direct contact with. The online world is decidedly different. The figures below illustrate the social networks of college students in the real-world vs those on Facebook:

**Figures 16 & 17: Real and Online Networks of College Students[37]**







[37] Christakis NA, Fowler JH. *Connected : the surprising power of our social networks and how they shape our lives.* 1st ed. Little, Brown and Co.; 2009:xiii, 338 p., 8 p. of plates.

100. Each yellow dot represents a student, and each line represents a connection between that student and a "friend." Yellow lines represent "real world" connections and red lines represent online ones. The average number of "friends" students listed in their real-world network is 6.6 whereas in their online network it is 110. While it is true that a real-world interaction has more impact on another individual than an online one on *average*, the sheer number of interactions is so much greater online that the potential for social contagion effect from a societal perspective is considerably larger.

**E. Clinical Scores vs. Clinical Diagnoses**

101. Much of the existing literature that assesses psychological harms from social media relies on symptoms of conditions (e.g. depressive or suicidal thoughts, body dissatisfaction) rather than clinically diagnosed disorders (e.g. depression, or body dysmorphic disorder). There are many reasons, both practical and ethical, that studies do not make formal psychiatric diagnoses. First, many research subjects might not agree to get an in-person assessment by a professional, leading to missing data and a non-generalizable sample. Second, there are ethical issues related to making formal diagnoses of study participants, especially if a study does not have the means to provide ongoing care and medication, etc. Lastly, obtaining medical records from individual healthcare providers is extremely challenging and would likely lead to significant under-participation in the study.

102. However, there is also a valid scientific basis for using symptoms rather than diagnoses. Symptom-level data treats mental health as a continuum rather than a dichotomy, which is more consistent with how it is experienced and currently conceptualized.[38,39] People who develop depression are not "symptom free" one day and "depressed" the next, but rather they accumulate and maintain symptoms over some period and some of them eventually cross a

---

[38] Eaton NR, Bringmann LF, Elmer T, et al. A review of approaches and models in psychopathology conceptualization research. *Nature Reviews Psychology*. 2023/10/01 2023;2(10):622-636. doi:10.1038/s44159-023-00218-4

[39] Hankin BL, Fraley RC, Lahey BB, Waldman ID. Is depression best viewed as a continuum or discrete category? A taxometric analysis of childhood and adolescent depression in a population-based sample. *J Abnorm Psychol*. Feb 2005;114(1):96-110. doi:10.1037/0021-843X.114.1.96

"clinical threshold." Similarly, while each eating disorder has individualized onsets and etiology, one does not typically go from having a healthy relationship with food to having a full-fledged eating disorder instantaneously.

103. Self-reported symptoms are also widely used by clinicians in practice, and researchers in peer-reviewed publications, for reasons of consistency, efficiency, and face validity. Furthermore, validated scales are, by definition, predictive of clinical diagnoses. Indeed, researchers frequently utilize self-report of symptoms from validated scales as part of their research designs to inform clinical practice and public health guidelines. There are no data to show self-report of symptoms is unreliable, and in fact it is widely accepted that the only way to know how a patient feels is to ask them what symptoms they are experiencing. The "gold standard" for how one feels is how they *say* the feel. No clinician—certainly no good one—says to a patient who reports that they are sad or suicidal, "No you are not."

104. Moreover, depressive symptoms—such as contemplating suicide—absent a clinical diagnosis of depression, are still extremely distressing thoughts that significantly affect youth mental health, and it is well-recognized in medicine that continuing exacerbation of these symptoms can lead to a clinically diagnosable disorder. In fact, consistent with the FDA recommendation that industry collect patient reported outcomes, it is common for studies of anti-depressant drugs to measure changes in *symptoms* rather than change in diagnosis as measures of drug effectiveness.[40,41]

105. As an example of how self-reported symptoms are widely used, consider that symptoms themselves are used by the CDC for tracking teen mental health and formed the foundation for the Surgeon General's 2021 "Advisory on Youth Mental Health." That report highlighted that 57% of females reported "persistent feelings of sadness in the past year" and 30%

[40] March J, Silva S, Petrycki S, et al. Fluoxetine, cognitive-behavioral therapy, and their combination for adolescents with depression: Treatment for Adolescents With Depression Study (TADS) randomized controlled trial. *Jama*. Aug 18 2004;292(7):807-20. doi:10.1001/jama.292.7.807.

[41] Federal Register/Vol. 74 NW, December 9, 2009/Notices. *Guidance for Industry on Patient-Reported Outcome Measures: Use in Medical Product Development to Support Labeling Claims*. 2009.

reported "seriously considering suicide."[42] On their face, these numbers are alarming and inform public health officials, scientists, and healthcare providers understanding that teen mental health has been declining over the last twenty years or so. As a clinician, I would consider any intervention or treatment that could reduce the likelihood that a patient would report "persistent feelings of sadness" or "seriously contemplating suicide" as worth implementing.

106. Studies of depression and anxiety frequently deploy questions from validated instruments such as the PHQ 9 and GAD-7 which have been studied for their predictive value in large samples of adolescents and have been consistently shown to discriminate between individuals at high and low risk for having or developing clinical diagnoses.[43]

107. For example, in a large, population-based sample of middle and high school students, individuals with a score > 10 on the PHQ-9 (a frequently used cut off) were 25 times more likely to have a diagnosis of depression than those below it. Those with a score of >4 on the GAD-7 were almost 6 times more likely to have a diagnosis of anxiety. Below is a table of the positive and negative predictive values from one study.[44]

**TABLE 3: Positive and Negative Predictive Values of PHQ-9 & GAD-7 Scores from Marlow et. al.**

| Total PHQ-9 Score | Sensitivity | Specificity | Positive Predictive Value |
|---|---|---|---|
| ≥7 | 0.90 | 0.55 | 21% |
| ≥8 | 0.90 | 0.64 | 25% |
| ≥9 | 0.90 | 0.67 | 26% |
| ≥10 | 0.90 | 0.74 | 31% |
| ≥11 | 0.90 | 0.78 | 35% |

[42] Gerneral. OotS. *Social Media and Youth Mental Health: The US Surgeon General's Advisory*. 2023.

[43] Marlow M, Skeen S, Grieve CM, et al. Detecting Depression and Anxiety Among Adolescents in South Africa: Validity of the isiXhosa Patient Health Questionnaire-9 and Generalized Anxiety Disorder-7. *J Adolesc Health*. Jan 2023;72(1s):S52-s60. doi:10.1016/j.jadohealth.2022.09.013

[44] Fonseca-Pedrero E, Díez-Gómez A, Pérez-Albéniz A, Al-Halabí S, Lucas-Molina B, Debbané M. Youth screening depression: Validation of the Patient Health Questionnaire-9 (PHQ-9) in a representative sample of adolescents. *Psychiatry Res*. Oct 2023;328:115486. doi:10.1016/j.psychres.2023.115486

| | | | |
|---|---|---|---|
| ≥12 | 0.90 | 0.85 | 38% |
| ≥13 | 0.90 | 0.89 | 47% |
| **TOTAL GAD-7 Score** | | | |
| ≥4 | 0.86 | 0.49 | 31% |
| ≥5 | 0.81 | 0.63 | 36% |
| ≥6 | 0.72 | 0.68 | 38% |
| ≥7 | 0.67 | 0.74 | 40% |
| ≥8 | 0.64 | 0.77 | 43% |
| ≥9 | 0.64 | 0.82 | 48% |
| ≥10 | 0.53 | 0.85 | 49% |

108. As can be seen, the positive predictive values of both scales are robust and increase as scores increase. Furthermore, at high levels almost half of the selected population will have a diagnosable condition. But the important thing, again, from the continuum framework, is that even without meeting criteria for a clinical diagnosis, children with symptoms are both currently in distress and at risk of subsequently developing a clinical diagnosis. The same theoretical "continuum" approach applies to eating disorders discussed later Section IX.B.

**F. Social Media's Definition and Evolution**

109. I define social media as "a digital ecosystem in which users view, create and share content that *can* be *modified* or *moderated* to varying degrees by the platforms themselves." Note that I deliberately emphasize that content can be modified or moderated, but does not have to be, nor has it always been. The advent of social media can be traced to chatrooms that debuted in 1973. The original Plato "Talkamatic" system, invented at the University of Illinois, used a dial up modem and allowed up to 5 people to participate in online public or private "chats." The chats were contemporaneous and unadulterated or moderated by the platforms themselves. Today, such social media is largely limited to slack channels, discord servers, or gaming platforms.

110. The differences between traditional and social media are illustrated below.

**Figure 16 Traditional vs Social Media**




111. In the case of traditional media, content purveyors create movies, television programs, magazines, etc., and distribute them to users who consume them in their native form. In the case of social media, such commercial content and content created by users themselves, is distributed both by users *and* companies to other users. In addition, that sharing occurs in an ecosystem where features of the platforms—filters, algorithms, likes, etc.—can facilitate or moderate the exchanges.

112. To illustrate this, consider how I might have shared a photo of myself over 5 decades.






113. In 1970, a picture of me taken by my parents might be placed in a photo album on a shelf and brought out periodically to share with family or friends; in 2000, I could text a selfie to a friend. In both cases--one analog and the other digital-- the photo is unaltered. In 2025, a user who uploads a photo to Instagram (for example) is instantaneously offered opportunities to alter it, tag it, share it, etc. Whether they choose any of those options or not, the photo is embedded in those features, and the user is therefore primed to consider if or how it *should* be altered or distributed. In this respect, at least on the platforms at issue in this case, there is often no "content" devoid of the features they proffer.

114. When Facebook debuted in 2004 it presented static pages of individuals with personal information they opted to share and users could scroll through them as they might have done previously with a book. In 2006, Aza Raskin invented the "infinite scroll" to create a seamless experience that reduced friction for encountering new content as a means to keep people engaged. He has come to publicly regret his invention, likening it to cocaine. Since then, multiple

new features have been developed all with the intention of maximizing engagement. In what can be described as an arms race, once one platform developed a new feature, the others quickly emulated it, so that today, they are remarkably similar with respect to what they foist upon their users.

## VII. SOCIAL MEDIA ADDICTION AND PROBLEMATIC USE

### A. Defining Social Media Addiction

115. Although the term "addiction" is used in clinical contexts, it has both colloquial and pejorative uses; hence, clinicians and manuals often opt for terms like "problematic" or "disordered." The relevant scientific literature also uses a variety of terminology to refer to the same construct.

116. Addiction is a construct based on directly measurable psychological and physiological attributes related to reliance on and/or withdrawal from a substrate. It is a complex condition characterized by compulsive engagement in rewarding stimuli despite adverse consequences. It often involves substances like drugs or alcohol. Teenagers and young adults who biologically lack higher cortical functioning including impulse control are more vulnerable to potentially addictive substances and behaviors. Epidemiological studies have shown that earlier onset of drug intake is associated with greater likelihood of development of substance use problems.[45] In fact, the majority of problematic substance users (e.g. tobacco and alcohol) begin usage before the age of 21.[46]

117. Addiction can also be due to tolerance and withdrawal from certain behaviors. Not all behavioral addictions are currently recognized in the Diagnostic and Statistical Manual of Mental Disorder, Fifth Edition, (DSM-5) which is the American Psychiatric Association's (APA) guide to mental and brain-related conditions. However, there is an increasing recognition of the

---

[45] Crews F, He J, Hodge C. Adolescent cortical development: a critical period of vulnerability for addiction. *Pharmacol Biochem Behav*. Feb 2007;86(2):189-99. doi:10.1016/j.pbb.2006.12.001

[46] Goldstein RB, Dawson DA, Grant BF. Antisocial Behavioral Syndromes in Adulthood and Alcohol Use Disorder Treatment over Three-Year Follow-Up: Results from Wave 2 of the National Epidemiologic Survey on Alcohol and Related Conditions. *J Am Psychiatr Nurses Assoc*. Jul 2010;16(4):212-26. doi:10.1177/1078390310375846

need for the DSM-5 to do so. To date, only a single behavioral addiction, gambling, is officially recognized by the DSM-5. The DSM-5 considered including "gaming disorder" in its 2013 edition but determined it was "in need of further study."[47] I am currently a member of a committee that is proposing that gaming disorder be included in a revision (DSM-5-TR). My experience working on a revision to the DSM has affirmed what other have noted: it is a highly deliberative and conservative in its approach. For example, Gamblers Anonymous existed for 57 years before Gambling Addiction was added to the DSM, with countless people being successfully treated for it prior to its official recognition. Further, homosexuality was listed as a mental disorder by the DSM until 1973. By contrast, the World Health Organization (WHO) did recognize the existence of "gaming disorder" as a clinical entity in 2022, and it is included as a diagnosis in the International Classifications of Disease 11 (ICD-11), which is the manual that physicians use to diagnose conditions in patients.[48]

118. Recently, the American Psychiatric Association (the same organization that publishes the DSM) has recognized "technology addiction" as the "excessive and compulsive use of the internet or online activities [that] can lead to negative consequences in various aspects of an individual's life."[49] "Social media addiction" is recognized as its own condition, characterized as "involv[ing] problematic and compulsive use of social media; an obsessive need to check and update social media platforms, often resulting in problems in functioning and disrupted real-world relationships."[50] The APA further recognizes that "children and adolescents are particularly vulnerable to technological addiction because their brains are still developing" and "excessive problematic use of social media" has the potential to develop into a behavioral addiction for children and adolescents.[51]

---

[47] American Psychiatric Association. *Desk reference to the diagnostic criteria from DSM-5*. American Psychiatric Publishing; 2013:xlviii, 395 p.

[48] Organization WH. *International Classification of Diseases Eleventh Revision (ICD-11)*. World Health Organization; 2022.

[49] American Psychiatric Association. Accessed Dec 12, 2025, https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction

[50] *Ibid*.

[51] *Ibid*.

119. The American Academy of Pediatrics also recognizes problematic use and social media addiction and advises parents that "It's also important to recognize that it's not something wrong with the teen using the platform causing them to feel this way; many interactive technologies are specifically designed to capture and hold a user's interest. It can be hard for children and teens to overcome those design features."[52]

120. The National Academy of Sciences, in its 2024 report on *Social Media and Adolescent Health*, made its widely-cited conclusion that "there is not enough evidence that social media causes changes in adolescent health at the population level."[53] That quote, from its press release, received widespread attention. And yet the committee's chair, Sandro Galea, in his



**Signs of Problematic Use**
Understanding a young person's baseline emotional and behavioral state is also very important, because only then will parents be able to spot changes. Heightened intensity of emotions and disengagement from friends, schoolwork, or hobbies could all be warning signs of problematic social media use or gaming addiction—as they are for any number of mental and physical health conditions.

preface to the report states: "The science suggests that some features of social media function can harm some young people's mental health. These include, but are not limited to, algorithmically driven distortions of reality exacerbating harmful content and disinformation, the distraction away from time that can otherwise be used in more healthy ways, and the creation of opportunities where youth can be abused or exploited." Furthermore, the NASEM report includes a handout for parents with the following inset:

121. At best then, the NASEM report should be viewed as recognizing that for some youth, social media does pose reals risks of problematic usage and harms.

122. In summary, there is a long and growing list of professional organizations that

---

[52] Pediatrics. AAo. Accessed Dec 12, 2025, https://www.aap.org/en/patient-care/media-and-children/center-of-excellence-on-social-media-and-youth-mental-health/qa-portal/qa-portal-library/qa-portal-library-questions/problematic-technology-use/?srsltid=AfmBOorKPQQSzENMf3PnJhedPK39d89jvoL7LLSIH9OsEUa5MZ6624M7

[53] Committee on the Impact of Social Media (Washington District of Columbia). *Social media and adolescent health*. National Academies Press; 2024:pages cm.

have in various ways acknowledged the existence of problematic social media use and issued guidelines for measuring and preventing it. Below are some exemplary statements.

**Table 4: Links to Statements from Organizations Acknowledging Problematic Social Media Use**

| Organization | Recommendation(s) |
|---|---|
| American Academy of Pediatrics | https://tinyurl.com/mr44z283 |
| American Psychological Association | https://tinyurl.com/5ver77z8 |
| American Academy of Child and Adolescent Psychiatry | https://tinyurl.com/2kpubr4h |
| National Academy of Science and Medicine | https://tinyurl.com/bdzcu4cs |
| US Surgeon General | https://tinyurl.com/4wzm75b9 |
| Canadian Pediatric Society | https://tinyurl.com/3jumdwfc |
| World Health Organization | https://tinyurl.com/yeypab72 |
| American Society of Addiction Medicine | https://tinyurl.com/ykabhvva |

123. In addition, numerous academic centers across the U.S. include problematic social media in their Grand Rounds educational presentations. I have given several such lectures around the world (e.g. Seattle, WA; Rochester, NY; Doha, Qatar; and Lisbon, Portugal). Furthermore, The AAP National Conference and exhibition had a session this year entitled "Friend or Foe? Educating Patients on Staying Safe on Social Media." The session's learning objective is: "… to describe social media trends and challenges that led to youth injury and death, and evolving data on social media and youth mental health, including self-harm and risk-taking behaviors. Attendees will leave with concrete strategies to educate patients on safe behaviors when using social media."

124. The consequences of social media addiction are profound. In a seminal recent study, Xiao and colleagues conducted a longitudinal latent class analysis among 4285 adolescents in the ABCD data set to assess social media addictive use, mobile phone addictive use, and video game addictive use and subsequent suicidal thoughts and behaviors using a validated measure.[54] Briefly, in this context, validation entails testing how a measure performs compared to a "gold

[54] Xiao Y, Meng Y, Brown TT, Keyes KM, Mann JJ. Addictive Screen Use Trajectories and Suicidal Behaviors, Suicidal Ideation, and Mental Health in US Youths. *JAMA*. 2025;334(3):219-228. doi:10.1001/jama.2025.7829

standard" and is assessed by an "area under the curve" (AUC) graph which tests how well it identifies true positives. The KSADS-COMP used in this study has an AUC of .89-1.0 which is considered "outstanding." The findings are below:

**Figure 17: Associations of Addictive Use Trajectories With Year 4 Follow-Up Suicidal Behaviors, Suicidal Ideation, and Mental Health Outcomes**

| Outcomes, by trajectory[a] | No./total No. (%) With outcome | Without outcome | mean difference (95% CI)[b] | Adjusted RR or mean difference (95% CI)[b] |
|---|---|---|---|---|
| Social media addictive use | | | | |
| Suicidal behaviors | | | RR (95% CI) | RR (95% CI) |
| High-peaking | 36/407 (8.8) | 371/407 (91.2) | 3.00 (2.05 to 4.38) | 2.39 (1.66 to 3.43) |
| Increasing | 105/1326 (7.9) | 1221/1326 (92.1) | 2.61 (1.96 to 3.48) | 2.14 (1.61 to 2.85) |
| Low | 76/2507 (3.0) | 2431/2507 (97.0) | 1 [Reference] | 1 [Reference] |
| Suicidal ideation | | | RR (95% CI) | RR (95% CI) |
| High-peaking | 94/407 (23.1) | 313/407 (76.9) | 1.64 (1.34 to 2.00) | 1.51 (1.25 to 1.83) |
| Increasing | 305/1326 (23.0) | 1021/1326 (77.0) | 1.62 (1.41 to 1.86) | 1.46 (1.28 to 1.67) |
| Low | 357/2507 (14.2) | 2150/2507 (85.8) | 1 [Reference] | 1 [Reference] |
| CBCL internalizing | | | Mean difference (95% CI) | Mean difference (95% CI) |
| High-peaking | 36/403 (8.9) | 367/403 (91.1) | 0.93 (-0.20 to 2.07) | 0.78 (-0.17 to 1.73) |
| Increasing | 138/1315 (10.5) | 1177/1315 (89.5) | 1.33 (0.61 to 2.05) | 1.27 (0.66 to 1.88) |
| Low | 165/2488 (6.6) | 2323/2488 (93.4) | [Reference] | [Reference] |
| CBCL externalizing | | | Mean difference (95% CI) | Mean difference (95% CI) |
| High-peaking | 25/403 (6.2) | 378/403 (93.8) | 2.03 (1.06 to 3.00) | 1.25 (0.45 to 2.04) |
| Increasing | 38/1315 (2.9) | 1277/1315 (97.1) | 1.18 (0.57 to 1.80) | 1.05 (0.54 to 1.56) |
| Low | 45/2488 (1.8) | 2443/2488 (98.2) | [Reference] | [Reference] |
| Mobile phone addictive use | | | | |
| Suicidal behaviors | | | RR (95% CI) | RR (95% CI) |
| High | 146/2085 (7.0) | 1939/2085 (93.0) | 2.52 (1.72 to 3.69) | 2.17 (1.48 to 3.19) |
| Increasing | 41/1040 (3.9) | 999/1040 (96.1) | 1.41 (0.89 to 2.24) | 1.35 (0.86 to 2.12) |
| Low | 30/1115 (2.7) | 1085/1115 (97.3) | 1 [Reference] | 1 [Reference] |
| Suicidal ideation | | | RR (95% CI) | RR (95% CI) |
| High | 435/2085 (20.9) | 1650/2085 (79.1) | 1.57 (1.32 to 1.86) | 1.50 (1.27 to 1.78) |
| Increasing | 173/1040 (16.6) | 867/1040 (83.4) | 1.26 (1.03 to 1.54) | 1.22 (1.01 to 1.48) |
| Low | 148/1115 (13.3) | 967/1115 (86.7) | 1 [Reference] | 1 [Reference] |
| CBCL internalizing | | | Mean difference (95% CI) | Mean difference (95% CI) |
| High | 180/2067 (8.7) | 1887/2067 (91.3) | 0.58 (-0.20 to 1.37) | 0.66 (0.00 to 1.33) |
| Increasing | 79/1030 (7.7) | 951/1030 (92.3) | -0.04 (-0.95 to 0.88) | 0.32 (-0.44 to 1.08) |
| Low | 80/1109 (7.2) | 1029/1109 (92.8) | [Reference] | [Reference] |
| CBCL externalizing | | | Mean difference (95% CI) | Mean difference (95% CI) |
| High | 57/2067 (2.8) | 2010/2067 (97.2) | 0.43 (-0.25 to 1.10) | 0.20 (-0.36 to 0.76) |
| Increasing | 20/1030 (1.9) | 1010/1030 (98.1) | -0.66 (-1.44 to 0.13) | -0.30 (-0.94 to 0.33) |
| Low | 31/1109 (2.8) | 1078/1109 (97.2) | [Reference] | [Reference] |

(Forest plot columns: Favors better | Favors worse)

### B. Validated Social Media Addiction Scales

125. A variety of screening instruments for what has been called "Social Network Use Disorder" have been developed. A systematic review of the scales revealed that two of them have the best validation data to support them: the Social Media Disorder Scale (SMDS) and the Bergen

Social Media Addiction Scale Short Form (BSMAS-SF).[55] Both of these measure features of substance abuse disorder including: salience, tolerance, preoccupation, impaired role performance, loss of control, and withdrawal symptoms. These features are consistent with those considered by the DSM-5.

126. Validation of scales includes collecting normative data from a large and diverse sample of people and then developing a clinical cutoff (the details of how that is done are beyond the scope of this declaration). One might rightly ask if this usage pattern constitutes pathology or simply enthusiastic usage. To test this, researchers assess "convergent validity." Specifically, how does the measured construct correlate with other outcomes we would expect it to predict. For example, we would predict that people with problematic social media usage would have increased risks of other mental health disorders (as is the case with other addictions). To that end, a recent metanalysis of 18 studies that assessed "problematic social media usage" with anxiety and depressive symptoms found a correlation of .348 for anxiety ("medium") and .273 for depressive symptoms (almost "medium").[56]

**C. The Mechanism of Addiction**

127. Addiction (both behavioral and substance-based) is grounded in the brain's dopamine reward system. Exposure to a stimulus is processed in the Ventral Tegmental Area (VTA) of the mid-brain that releases dopamine. When that stimulus is "favorable," the VTA signals the nucleus accumbens (the pleasure center of the brain), which in turn signals the Pre-Frontal Cortex (the executive center of the brain), effectively saying "I liked that," so "do it again," or "get more of it."

---

[55] Schlossarek S, Schmidt H, Bischof A, et al. Psychometric Properties of Screening Instruments for Social Network Use Disorder in Children and Adolescents: A Systematic Review. *JAMA Pediatr*. Apr 1 2023;177(4):419-426. doi:10.1001/jamapediatrics.2022.5741

[56] Shannon H, Bush K, Villeneuve P, Hellemans K, Guimond S. Problematic Social Media Use in Adolescents and Young Adults: Systematic Review and Meta-analysis. *JMIR Ment Health*. 2022;9(4)

**Figure 18: The Dopamine Reward Pathway**




128. This is a generic pathway; it is activated when, for example, parents praise children for behaviors (e.g. saying "thank you"), thereby increasing the probability that the children will act that way more often. In pathological circumstances, given prolonged exposure to intensely pleasurable stimuli, the brain's natural reward pathways can be altered, making it increasingly difficult to experience pleasure from other activities. At a neurobiological level, then, behavioral and substance-based addictions have a final common pathway.

129. Functional magnetic resonance imaging (fMRI) studies have demonstrated that social media usage (and Facebook in particular) activates the nucleus accumbens.[57] Moreover, a three-year longitudinal study of 6th and 7th grade students found changes in functional activation of the brain based on reported habitual checking of social media sites at baseline.[58] Specifically, habitual checkers' brains demonstrated hypoactivation of specific regions in anticipation of social cues compared to non-habitual checkers. This suggests that their brains may be requiring more intense stimuli to activate as a result of repeated activation. Put another way, they may be developing tolerance (a feature of addiction).

[57] Wadsley M, Ihssen N. A Systematic Review of Structural and Functional MRI Studies Investigating Social Networking Site Use. *Brain Sciences*. 2023;13(5):787.

[58] Maza MT, Fox KA, Kwon S-J, et al. Association of Habitual Checking Behaviors on Social Media With Longitudinal Functional Brain Development. *JAMA Pediatrics*. 2023;177(2):160-167. doi:10.1001/jamapediatrics.2022.4924

130. The causes of addiction are multifaceted, involving a combination of genetic, environmental, and psychological factors. Although not determinative, genetics may predispose individuals to addiction, while environmental factors such as peer pressure, stress, or trauma can trigger problematic substance use or behaviors. Mental health conditions like depression and anxiety are also linked to addiction, as individuals may turn to substances or behaviors as a form of self-medication. Early exposure to addictive substances, particularly during childhood, increases the likelihood of addiction later in life.

131. As an internal document opines, "YouTube [redacted] Its vision, as articulated at the time, was summarized in the following slide (highlighting added):

[redacted]

GOOG-CA976-00001597

---

[59] GOOG-CA976-00001406
[60] GOOG-CA976-00001360

132. In fact, [redacted].

GOOG-CA976-00002472

133. For its part, TikTok [redacted] in internal documents. They [redacted][61] However, elsewhere, they state, "[redacted]"[62] They further assert [redacted].[63] That cut-off may be a bit too extreme. From their own data, [redacted].

[61] TikTok-0000700
[62] TikTok-0000701
[63] TikTok-0000702

[redacted]

134. This data suggests that [redacted]. If one assumes that children this age sleep for 8 hours (min) and attend school for 6 hours (min), then TikTok alone, were it not impinging on school time or sleep, would consume [redacted] of their free time. The reality of course is that it is displacing sleep and school attentiveness.[64]

[64] Christakis DA, Mathew GM, Reichenberger DA, Rodriguez IR, Ren B, Hale L. Adolescent Smartphone Use During School Hours. *JAMA Pediatrics*. 2025;179(4):475-478. doi:10.1001/jamapediatrics.2024.6627

### D. The Foundation of Habit: Distinguishing Addiction from Habit

135. Addiction can be distinguished from habit. Although both involve repeated behaviors and activation of the dopamine reward center, they differ in terms of control, dependence, and consequences. A habit is a routine that is performed regularly (brushing one's teeth for example) and often unconsciously. People can typically stop habits without experiencing withdrawal. But habits can become addictions. For example, a habitual use of alcohol after work can progress to alcohol abuse.

136. Much of what we know about the emergence of habit comes from seminal work done by a neuroscientist named Wolfram Schultz with his colleagues and a *macaque* monkey named Julio. In a typical experiment, Julio was seated in a chamber with a device that recorded activity in brain tracts that project to his Nucleus Accumbens (the pleasure center as detailed above). He would stare at a blank screen while being given access to a response bar. At random periodic intervals, a shape would appear on the screen, and if he pushed the lever when it did, a juice reward dispenser delivered blackberry juice (his favorite libation).[65]

**Figure 19: Picture Simulating Electrode Dopamine Experiment**




137. The figure below shows the activity recorded in areas projecting to Julio's nucleus

[65] Ljungberg T, Apicella P, Schultz W. Responses of monkey dopamine neurons during learning of behavioral reactions. *J Neurophysiol*. Jan 1992;67(1):145-63. doi:10.1152/jn.1992.67.1.145

accumbens during the training session in which he was effectively learning that pushing the response lever *when* a shape appeared led to a reward. What can be seen is after the shape appears on the screen and the lever is pushed, there is a spike in activity, a "reward" response, that occurs when the juice is delivered.

**Figure 20: Nucleus Accumbens Stimulation during "Training"**




138. The next figure shows the pattern after Julio is "trained." The reward response occurs the moment he sees the shape appear on the screen and *before* the juice is actually dispensed—which is to say he experiences the reward activation simply because he anticipates it given that he *associates* the shape with pleasure.

**Figure 21: Nucleus Accumbens Stimulation once "Trained"**




139. The formation of habit explains, in part, how many adolescents associate the mere presence of their device with pleasure to such a great enough extent that it can be difficult to

resist. This "habitual" reaction has been documented in studies that assess the *presence* of a phone in a child's bedroom and the occurrence of sleep problems. Figure 22 (below) shows data from a metanalysis (as explained above, metanalyses provide a summary estimate of multiple different studies).

**Figure 22: Summary of Metanalysis Assessing Effect of the Presence of a Phone in a Child's Bedroom and the Occurrence of Sleep Problems**[66]

| Source | Access to a Device: No. of Events | Access to a Device: Total No. | No Access to a Device: No. of Events | No Access to a Device: Total No. | Odds Ratio (95% CI) | Weight, % |
|---|---|---|---|---|---|---|
| Buxton et al,[25] 2015 | 108 | 238 | 289 | 865 | 1.66 (1.24-2.22) | 21.6 |
| Chahal et al,[31] 2013 | 229 | 577 | 888 | 2819 | 1.43 (1.19-1.72) | 26.0 |
| Gamble et al,[32] 2014 | 376 | 884 | 81 | 300 | 2.00 (1.50-2.67) | 21.7 |
| Gradisar et al,[3] 2013 | 45 | 61 | 52 | 92 | 2.16 (1.07-4.37) | 9.1 |
| Kubiszewski et al,[35] 2013 | 55 | 221 | 24 | 111 | 1.20 (0.70-2.07) | 12.6 |
| Lemola et al,[27] 2015 | 118 | 287 | 10 | 75 | 4.54 (2.24-9.19) | 9.0 |
| Total events | 931 | 2268 | 1344 | 4262 | 1.79 (1.39-2.31) | 100 |

Heterogeneity: $\tau^2 = 0.06$; $\chi^2_5 = 13.77$; $P = .02$; $I^2 = 64\%$
Test for overall effect: $z = 4.51$; $P < .001$




140. The summary estimate shows that the mere presence (not necessarily the *usage*) of a device in a bedroom is associated with a 79% increased risk of sleep problems.[67] However, as discussed below, there is evidence that social media on its own is also increasing sleep problems. One plausible explanation is that the habitual usage of phones is activating the reward reflex – for example, by inducing the teen to think of "likes" on the SM platform – and thereby impeding sleep initiation and quality. This will be discussed in greater detail in the "Sleep" section of this declaration (Section IX.C).

141. According to internal documents, in 2018 YouTube [redacted][68] This intentionality in the design

[66] Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association Between Portable Screen-Based Media Device Access or Use and Sleep Outcomes: A Systematic Review and Meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341

[67] *Ibid*.

[68] GOOG-CA976-00000188

of the algorithms to drive engagement presents is especially hazardous for the teenage brain that lacks fully developed executive function.

142. Indeed, Google is cognizant of the negative well-being effects of their platform as this slide from internal communication illustrates:

[redacted]

GOOG-CA976-00001348

143. My interpretation from the context is that [redacted].

144. In a similar fashion, Meta too acknowledges [redacted][69] For teens in particular, Meta acknowledges that “[redacted]

[69] META_BONTA-000000213

[redacted]"[70] Specifically: [redacted][71] In fact, [redacted][72]

145. Consistent with that assertion, Meta [redacted] Meta's main finding was that [redacted]

[redacted]

Meta_BONTA-00000282

[70] META_BONTA-000000579
[71] META_BONTA 000000579
[72] META_BONTA 000000661
[73] META_BONTA-000000273
[74] META_BONTA-000000275
[75] META_BONTA-000000296
[76] META_BONTA-000000282

146. There are two problems with this conclusion. [redacted]

### E. Problematic Social Media Use Can Occur As Habitual, Compulsive, or Addictive

147. Whether it's called compulsive or addictive, problematic usage of digital media is an untoward outcome of its own as it impedes daily functioning. But it also exacerbates all the other direct effects of social media sites since it drives increased exposure to the platforms (See Figure 1).

148. The consequences of addiction extend beyond the individual, affecting their relationships, career, and overall well-being. Psychologically, addiction often results in feelings of isolation, guilt, or shame, further perpetuating its cycle. An essential feature of addiction is that it impedes activities of daily living such that one chooses to indulge in the activity or substance rather than other activities, for example working or socializing. Social media addiction can lead to diminished sleep and missed school. Attempts at reducing usage can cause anxiety, depression, and irritability and conflict when attempted by exogenous agents e.g. parents.[77]

149. Addiction lies at one extreme of a usage and behavior continuum as depicted below:

[77] Radesky J, Weeks HM, Schaller A, Robb M, Mann S, Lenhart ACCAWitLoaYPsSUSF, CA: Common Sense. Constant Companion: A Week in the Life of a Young Person's Smartphone Use. 2023

**Figure 23: Social Network Site Usage Continuum**




150. While addiction is a clinical diagnosis and typically based on established and accepted expert criteria derived from the scientific literature, anything to the "right" of casual usage (shown by red arrows) in the schema above increases the likelihood of untoward mental and physical health effects. One need not meet criteria for a clinical diagnosis of addiction per se to be negatively impacted by a behavior. In that sense, addiction is an identifiable harm resulting from the larger umbrella of problematic usage, which also causes anxiety, depression, and other mental health harms. For example, one need not be diagnosed with "alcoholism" per se to suffer negative health effects of "excessive" drinking. Increases in all-cause mortality can be seen even at "medium" level drinkers.[78]

151. In the case of alcohol abuse, decades of research established a taxonomy that is more nuanced than simply alcohol "abuse" vs "use." The National Institute of Alcohol Abuse and Alcoholism (NIAAA) has established different usage patterns from normative data that have been studied both for their independent effects on functioning and how each might ultimately lead to the clinical entity of Alcohol Use Disorder (Table 5). Any behavior beyond "moderate drinking" i.e. below the thick black line is viewed as problematic and can lead to untoward health effects including but not limited to Alcohol Use Disorder itself. Using normative smartphone usage data, I proposed developing an analogous taxonomy for "Media Use Disorder."

[78] Zhao J, Stockwell T, Naimi T, Churchill S, Clay J, Sherk A. Association Between Daily Alcohol Intake and Risk of All-Cause Mortality: A Systematic Review and Meta-analyses. *JAMA Network Open*. 2023;6(3):e236185-e236185. doi:10.1001/jamanetworkopen.2023.6185

**Table 5: Comparison of NIAAA Alcohol Drinking Pattern Definitions with Provisional Cutpoints from SBU MEDiA Study Patterns**

| NIAAA Alcohol Drinking Patterns | SBU MEDiA Study Usage Patterns |
|---|---|
| **Moderate Drinking** | **Moderate Media Use** |
| Two drinks or less in a day for men and one drink or less in a day for women, when alcohol is consumed. Drinking less is better for health than drinking more. | Less than 5 hours per day (<50th percentile) |
| **Binge Drinking** | **Binge Media Use** |
| Five or more drinks (male) or four or more drinks (female), in about two hours. | More than 4 hours in a continuous session* |
| **High-Intensity Drinking** | **High-Intensity Media Use** |
| 10 or more standard drinks (or alcohol drink equivalents) for males and eight or more for females. | 12 hours or more in one day (95th percentile) |
| **Heavy Drinking** | **Heavy Media Use** |
| • Consuming five or more drinks on any day or 15 or more per week (male)<br>• Consuming four or more on any day or eight or more drinks per week (female) | 9 hours or more per day (85th percentile) or 60 hours per week (85th percentile) |
| **Alcohol Misuse** | **Media Misuse** |
| Alcohol misuse refers to drinking in a manner, situation, amount, or frequency that could cause harm to the person who drinks or to those around them. Alcohol misuse includes binge drinking and heavy alcohol use. | Media misuse entails binge, high-intensity, and heavy viewing that include inappropriate timing (e.g., school or sleeping hours), inappropriate content (e.g., cyberbullying, pro-eating disorder content), or viewing during dangerous situations (e.g., distracted driving). |
| **Alcohol Use Disorder** | **Media Use Disorder** |
| AUD is a medical condition characterized by an impaired ability to stop or control alcohol use despite adverse social, occupational, or health consequences. It encompasses the conditions that some people refer to as alcohol abuse, alcohol dependence, alcohol addiction, and the colloquial term, alcoholism. | MUD is characterized by an impaired ability to stop or control media use despite adverse social, occupational/school-related, or mental health consequences. Various validated measures exist related to social media use. |

*The definition of binge smartphone use should be empirically derived. This provisional cut point of 4 hours of continuous viewing is based on a systematic review of definitions of binge-watching overall media use.

152. Notably, TikTok [redacted]

[redacted] The effectiveness of a screen limit intervention should be measured by reductions in usage. After all, that is their point. If they fail to reduce usage at least in some individuals, they are not working and should be revamped or reimagined. [redacted]

153. Some of the best and most granular data as well as the largest sample sizes are found in research conducted by the companies themselves, e.g. Cheng et al. which measured Facebook addiction using the Bergen scale in over 20,000 users.[85] In that study, Meta's own researchers found that a significant percentage of users had problematic use.[86] The published

[79] TikTok-00000135
[80] TikTok-00000582
[81] TikTok-00000167
[82] TikTok-00000119
[83] TikTok-00000167
[84] TikTok-00000002
[85] Cheng J, Burke M, Davis EG. Understanding Perceptions of Problematic Facebook Use: When People Experience Negative Life Impact and a Lack of Control. presented at: Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems; 2019; Glasgow, Scotland Uk. https://doi.org/10.1145/3290605.3300429
[86] *Ibid*.

paper states: "We estimate as an upper bound that 3.1 percent of Facebook users in the U.S. experience problematic use."[87] But Facebook [redacted] As Bejar states in his deposition "[redacted] Bejar further states in his deposition that Meta [redacted].[90]

154. Despite the warnings about using the term "addiction" internally, it happened frequently as evinced by this exchange.[91]

[redacted]

155. And despite [redacted] Meta acknowledged as recently as 2022 [redacted]

[87] *Ibid.*
[88] Bejar Depo. 136:16-21
[89] Haugen Depo. 87:14-20
[90] Bejar Depo. 143:1-25
[91] META_Bonta-00000001

[redacted]

META_BONTA-00000017

[redacted]

META_BONTA-00000100

156. But perhaps the most compelling data from industry documents are their own usage data. Recall that objective measures of actual time spent on platforms are challenging for

outside researchers to obtain, but a Meta employee [redacted].

157. By their own data, [redacted]

[redacted]

META_BONTA-00000195

158. The same study [redacted]

---

[92] META_BONTA-00000195
[93] META_BONTA-00000198

[redacted]:

[redacted]

159. [redacted]

## F. Fear of Missing out (FOMO)

160. "Fear of Missing Out" (FOMO) is a relatively recently defined construct (circa 2004) whereby affected individuals are apprehensive that not checking social media sites will result in missing opportunities afforded to one's "friends" online. It has been defined as "the uneasy and sometimes all-consuming feeling that you're missing out – that your peers are doing, in the know about, or in possession of more or something better than you."[95] FOMO can result in a compulsive need to maintain connection to social media to mitigate it, although paradoxically

[94] George Volichenko Deposition Transcript at 81:1-4

[95] Aad G, Abbott B, Abdallah J, et al. Search for new particles in two-jet final states in 7 TeV proton-proton collisions with the ATLAS detector at the LHC. *Phys Rev Lett*. Oct 15 2010;105(16):161801.

frequent checking of one's social media profile can confirm that, in fact, others are having fun that does not include the affected individual. Several design aspects of social media—including notifications, likes, infinite scroll, and friends' maps or friends you may know features—take advantage of this psychological phenomenon to drive usage. FOMO-driven social media usage can at once provide reassurance (or even opportunities for engagement) and distress. Accordingly, and not surprisingly, higher levels of FOMO are associated with both more positive and negative attitudes about social media use.[96] Although it clearly is contiguous with and has features in common with addiction or habitual usage, I specifically call it out as its own construct as it supports the complicated and heterogenous relationship between individuals and social media use.

161. The original and most widely used scale for FoMo was developed in 2010 by Przybylski[97] and it is presented below:

[96] Akbari M, Seydavi M, Palmieri S, Mansueto G, Caselli G, Spada MM. Fear of missing out (FoMO) and internet use: A comprehensive systematic review and meta-analysis. *Journal of Behavioral Addictions*. 31 Dec. 2021 2021;10(4):879-900. doi:https://doi.org/10.1556/2006.2021.00083

[97] Przybylski AK, Murayama K, DeHaan CR, Gladwell V. Motivational, emotional, and behavioral correlates of fear of missing out. *Computers in Human Behavior*. 2013/07/01/ 2013;29(4):1841-1848. doi:https://doi.org/10.1016/j.chb.2013.02.014

**Figure 24: The Final 10-Item of the Fear of Missing Out Scale**

**Table 3: The final 10-item version of the Fear of Missing Out scale (FoMoS)**

Below is a collection of statements about your everyday experience. Using the scale provided please indicate how true each statement is of your general experiences. Please answer according to what really reflects your experiences rather than what you think your experiences should be. Please treat each item separately from every other item.

| Not at all true of me | Slightly true of me | Moderately true of me | Very true of me | Extremely true of me |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

1. I fear others have more rewarding experiences than me.
2. I fear my friends have more rewarding experiences than me.
3. I get worried when I find out my friends are having fun without me.
4. I get anxious when I don't know what my friends are up to.
5. It is important that I understand my friends "in jokes".
6. Sometimes, I wonder if I spend too much time keeping up with what is going on.
7. It bothers me when I miss an opportunity to meet up with friends.
8. When I have a good time, it is important for me to share the details online (e.g. updating status).
9. When I miss out on a planned get-together it bothers me.
10. When I go on vacation, I continue to keep tabs on what my friends are doing.

162. It is notable that only a single item from the scale, (#8), makes specific reference to being "online." In fact, as a construct, FoMo could very well have existed before or despite the internet. To that end, some have argued that FoMo should be viewed as being both a "trait" (something that is stable and enduring) and a "state" (something that is temporary and situational).[98] Humans have likely, for example, worried that their friends "were having fun without them" for decades (if not millennia) but there was no ready way to either deliberately or inadvertently check if any or all of them were. What is more, design features of apps (e.g. friend locations and alerts) do something that was previously impossible: passively and seamlessly track your friends so as to alert you when they may have congregated without you at a fun location near you. So, while SMs may not have created FoMo, the use of SM can greatly exacerbate it, increase its prevalence, or induce it at least temporarily.

[98] Wegmann E, Oberst U, Stodt B, Brand M. Online-specific fear of missing out and Internet-use expectancies contribute to symptoms of Internet-communication disorder. *Addictive Behaviors Reports*. 2017;5:33-42. doi:https://doi.org/10.1016/j.abrep.2017.04.001

163. Conceptually, FOMO and social media use are mutually reinforcing. That is, the drive to compulsively check SM to reduce FOMO leads to problematic SM use and in turn additional FOMO. In support of this, a 2020 metanalysis of 33 studies included 13 which analyzed the relationship between FOMO and social media use, 14 which analyzed the relationship between FOMO and problematic social media use and the remaining six studies which examined both relationships.[99] The metanalytic results are summarized in the figures below. FOMO had a moderate correlation with SM use (r=.32) and a moderate/strong correlation with problematic SM use (r=.49).

**Figure 25: FOMO and Problematic Social Media Use**

| Study or Subgroup | Correlation | SE | Weight | Correlation IV, Random, 95% CI |
|---|---|---|---|---|
| Alt 2015 | 0.829 | 0.058 | 5.3% | 0.83 [0.72, 0.94] |
| Bailey 2018 | -0.05 | 0.058 | 5.3% | -0.05 [-0.16, 0.06] |
| Barry 2017 | 0.365 | 0.095 | 4.7% | 0.36 [0.18, 0.55] |
| Beyens 2016 | 0.549 | 0.05 | 5.4% | 0.55 [0.45, 0.65] |
| Blackwell 2017 | 0.373 | 0.07 | 5.1% | 0.37 [0.24, 0.51] |
| Buglass 2017 | 0.255 | 0.045 | 5.5% | 0.26 [0.17, 0.34] |
| Chai 2019 | 0.213 | 0.028 | 5.6% | 0.21 [0.16, 0.27] |
| Dempsey 2019 | -0.192 | 0.059 | 5.3% | -0.19 [-0.31, -0.08] |
| Franchina 2018 | 0.141 | 0.019 | 5.7% | 0.14 [0.10, 0.18] |
| Przybylski 2013 | 0.424 | 0.022 | 5.7% | 0.42 [0.38, 0.47] |
| Roberts 2019 | 0.472 | 0.098 | 4.7% | 0.47 [0.28, 0.66] |
| Roberts 2019 (1) | 0.576 | 0.047 | 5.4% | 0.58 [0.48, 0.67] |
| Rogers 2019 | 0.213 | 0.103 | 4.6% | 0.21 [0.01, 0.41] |
| Salim 2017 | 0.202 | 0.056 | 5.3% | 0.20 [0.09, 0.31] |
| Scott 2018 | 0.472 | 0.101 | 4.6% | 0.47 [0.27, 0.67] |
| Tomczyk 2018 | 0.604 | 0.037 | 5.5% | 0.60 [0.53, 0.68] |
| Wang 2018 | 0.182 | 0.035 | 5.6% | 0.18 [0.11, 0.25] |
| Wolniewicz 2018 | 0.192 | 0.058 | 5.3% | 0.19 [0.08, 0.31] |
| Yin 2015 | 0.326 | 0.04 | 5.5% | 0.33 [0.25, 0.40] |
| **Total (95% CI)** | | | **100.0%** | **0.32 [0.23, 0.42]** |




164. The stronger effect size for problematic usage is consistent with FOMO being a driver of excessive social media use.

165. A recent (2025) randomized controlled trial of social media reduction (too recent to be included in any metanalyses to date) conducted in 220 college students with at least two

[99] Fioravanti G, Casale S, Benucci SB, et al. Fear of missing out and social networking sites use and abuse: A meta-analysis. *Computers in Human Behavior*. 2021/09/01/ 2021;122:106839. doi:https://doi.org/10.1016/j.chb.2021.106839

symptoms of anxiety or depression asked participants in the intervention arm to reduce social media use to no more than 1 hour per day (the control arm could continue as usual).[100] The researchers used daily screen shots of phone screentime reports to measure social media usage and assessed FOMO, depression, anxiety, and sleep as outcomes after 3 weeks of treatment. FOMO results using the Przybylski measure are presented below; depression, anxiety and sleep outcomes are presented in their respective sections later in this declaration.[101]

**Figure 26: FOMO Results Using Przybylski measure[48]**




166. Students in the control arm used social media 188.76 min per day and students in the intervention arm used social media an average of 78.25 min per day (a reduction of approximately 50%).[102] As can be seen in the figure, FOMO was significantly reduced in the intervention compared to the control. The experimental design of this study presents a very strong

[100] Davis CG, Goldfield GS. Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. *Psychology of Popular Media*. 2025;14(1):1-11. doi:10.1037/ppm0000536
[101] *Ibid*.
[102] *Ibid*.

argument that social media use plays a causal role in FOMO for people with underlying depression or anxiety.

167. An internal presentation by Shruti Bhutada, wellbeing lead at Meta, illustrated [redacted].

168. The below conclusions were based on [redacted].[103] Ultimately, Bhutada noted in the presentation that: "[redacted]."[104]

## VIII. DESIGN FEATURES OF SOCIAL MEDIA THAT DRIVE USAGE AND ADDICTIVE BEHAVIOR

### A. Psychological Modeling of Addictive and Habit-Forming Features

169. Social Media platforms embody numerous design features that promote addiction, problematic use, and attendant harms. This includes design features that exploit intermittent reward, social comparison metrics, and "flow" state. I will discuss each of these in turn, but they all work in tandem to keep users hooked and have their foundations in behavioral psychology, the "father" of which is BF Skinner.

170. Skinner (1904 –1990) was an American psychologist, and the Edgar Pierce Professor of Psychology at Harvard University until 1974. He conducted foundational research related to how behaviors are reinforced through the "Skinner" box he invented. Briefly, rats were placed in a box that had a light, a loudspeaker, a response lever, a food dispenser and an electrified grid. The lights and the loudspeaker provided stimuli. These conditioned the rat to pay attention and press the lever when they were activated. Pressing the response lever would in turn dispense (or not dispense) food. The electrified grid could be used to "punish" failure to press the response lever when a stimulus had been delivered.

[103] META_BONTA-00000326
[104] META_BONTA-00000350

171. Skinner found that rewarding reaction to the stimulus, by dispensing food if the rat pushed the lever when the light flashed, made the rat more attentive to the light. Conversely, "punishing" the rat for failing to respond to the stimulus by delivering a low-level shock via the grid also made it more attentive. Neither of these results are especially surprising (at least not now) to us. But the most interesting of Skinner's findings were that intermittent unpredictable rewards were more effective than predictable ones. In other words, the rat became more attentive to a stimulus if not every reaction yielded a reward. This unexpected finding was long ago incorporated into such things as slot machines, where gamblers cannot predict which pull will result in payouts, and as they play they are constantly hearing others around them win, reminding them that their next pull might be a jackpot. All three of these addictive design features are "built in" to social media sites and are reflected in the model shown on the right is taken from a book by Nir Eyal titled *Hooked: How to Build Habit Forming Products*.[105]

**The Hook Model**




172. Google uses [redacted]

173. Meta documents reveal how [redacted][109]

[105] Eyal N. *HOOKED*. Penguin; 2014.
[106] GOOG-CA976-00002219
[107] GOOG-CA976-00002219
[108] GOOG-CA976-00002739
[109] META_BONTA-0000000839

[redacted][110] [redacted]

### B. Engagement Algorithms

174. At the heart of every social media platform's engagement driven strategy is their proprietary recommendation algorithms. These algorithms are optimized to maximize engagement rather than healthy interactions with a person's social network. They accomplish this in a variety of ways. One way they drive time spent on social media is by inferring the interests of the user (which may or may not be expressed by the user in any direct way) and feeding the user an aggregation of posts that, while most likely to keep the user using, may lead the user down problematic rabbit holes. Another way they drive time spent on social media is by utilizing the intermittent variable reward mechanism that Skinner discovered (*e.g.*, likes, notifications, comments) which contribute to addiction to the platforms themselves.

175. The addictive power of an engagement-optimized algorithm is recognized within the medical and academic literature. In the chapter regarding "Problematic Internet Use," the authors' consensus was that "Attention focused designs intended to generate, or possibly exploit, potentially addictive features (e.g., "likes") and conditioned responses (e.g., notifications)

[110] META_BONTA-0000000839

alongside powerful algorithm-based technologies may lead youth to stay online longer than either intended or recommended."[111] It is also acknowledged by industry itself: a Meta employee stated to the LA Times: "No one wakes up thinking they want to maximize the number of times they open Instagram that day, but that's exactly what our product teams are trying to do."[112] This strategy deploys what some have called "attention capture deceptive designs,"[113] or "dark patterns," which exploit users' vulnerabilities by presenting them with content that is intended to be irresistible without their explicit consent.

176. Allcott et al directly measured addictive features of Facebook, Instagram, Snapchat, and YouTube using a very robust experimental design in 2000 users.[114] Their sophisticated economic analysis concludes that self-control problems magnified by habit formation might be responsible for 31 percent of social media use.

177. The level of sophistication and intentionality in designing the algorithm is evinced by company documents. For example, Google documents [redacted]

*GOOG-CA976-00000152*

---

[111] Handbook on children and screens p.182

[112] Rosenblatt J. *Los Angeles Times*. March 13, 2023.

[113] Roffarello AM, Lukoff K, Russis LD. Defining and Identifying Attention Capture Deceptive Designs in Digital Interfaces. presented at: Proceedings of the 2023 CHI Conference on Human Factors in Computing Systems; 2023; Hamburg, Germany. https://doi.org/10.1145/3544548.3580729

[114] Allcott H, Gentzkow M, Song L. Digital Addiction. *American Economic Review*. 2022;112(7):2424-63.

It goes on to state the following:

[redacted]

*GOOG-CA976-00000153*

178. Put more succinctly (and simply) there is literally a formula that tests how various features, characteristics, ratings, etc. affect viewers' watch behaviors.

179. In a 2019 offsite, they [redacted]

[115] GOOG-CA976-00002275

[redacted]

GOOG-CA976-0000227

180. TikTok, for its part, states the following: "[redacted]"[116] TikTok further [redacted].

[redacted]

TikTok-0000851

181. Meta created a [redacted].[117]

[116] TikTok-00000582
[117] META_BONTA-00000880

[redacted]

182. In his deposition, Boland opined on the ways that Meta [redacted][118] Tom Cunningham, a lead data scientist at Meta stated that [redacted]

183. This [redacted]. In his deposition George Volichenko (Software Engineer) refers to [redacted][121]

184. Instagram leaders had [redacted]:

[118] Boland Depo. 91:16-20
[119] Cunningham Depo. 29:6-13
[120] Cunningham Depo. 81
[121] Volichenko Depo. 131:13-24

[redacted]

*META_BONTA-00001053*

185. And as recently as October 24, 2023, [redacted]

### C. Infinite Scroll

186. Infinite or Endless Scroll feature has also been linked to prolonging engagement at the cost of displacing children's developmental opportunities.[124] This feature is also linked to behaviors that create a user-sided "time distortion" that results in users spending more time on the Defendants' platforms than they originally intended.[125] Some have alleged that these effects are mitigated by "active" use of their platforms—e.g., generating content or posting content. However, this hypothesis has not been widely accepted, particularly since there is evidence that children are more likely to "watch, play, or scroll through content created by others than they are to use their devices to produce their own content.[126]

---

[122] META_BONTA-0000000877

[123] META_BONTA-0000000882

[124] Munzer T, Torres C, Domoff SE, et al. Child Media Use During COVID-19: Associations with Contextual and Social-Emotional Factors. *J Dev Behav Pediatr*. Dec 1 2022;43(9):e573-e580. doi:10.1097/DBP.0000000000001125

[125] Flayelle M, Brevers D, King DL, Maurage P, Perales JC, Billieux J. A taxonomy of technology design features that promote potentially addictive online behaviours. *Nature Reviews Psychology*. 2023/03/01 2023;2(3):136-150. doi:10.1038/s44159-023-00153-4

[126] Rideout V, Peebles A, Mann S, Robb MB. *Common sense census: media use by tweens and teens, 2021*. 2022.

187. An essential, foundational feature of infinite scroll is "queuing" up content. As users scroll through their feeds, algorithms dictate what will appear next. And those algorithms are remarkably effective. Speaking on a panel at CES, YouTube Chief Product officer, Neal Mohan reported that 70% of the time spent on YouTube is based on "what [its] recommendations engines are putting in front of you."[127]

188. To test the effect that infinite scroll has on usage patterns, Neyman conducted a study wherein undergraduate students utilized two downloadable Chrome extensions: (1) "Time Stats," which measured how much time the students spent on various websites and (2) "Stop Scrolling Facebook," which prompted the user every 5 minutes to ask if they wanted to keep scrolling on Facebook.[128] One group (the control arm) was randomized to download only "time stats" and the other (the intervention arm) to download both "time stats" and the "stop scrolling extension" prompt.[129] After one week, the intervention arm was instructed to remove the "Stop Scrolling Extension" and the control arm was instructed to install it. At follow up, the participants without the stop scrolling prompt spent, on average, twice as long on Facebook. This demonstrates that infinite scroll increases usage, but breaking the flow with a prompt to stop scrolling can help decrease usage. Overall time spent on Facebook was low for both arms of the study, which is largely attributable to the study being conducted on a laptop versus smartphone. This limitation, however, does not impact the finding that infinite scroll increases usage of social media. And when considered in conjunction with the vast body of literature that shows increased usage of social media increases the risk of various harms, it provides support that infinite scroll is a feature that increases the risk of harm.

189. A more recent study of Facebook and YouTube deployed a similar approach wherein two different designs, "nudging" and "redesign," were compared to a control phase. [130]

[127] CNET. https://www.cnet.com/tech/services-and-software/youtube-ces-2018-neal-mohan/

[128] Neyman CJ. A Survey of Addictive Software Design. *Digital Commons*. 2017;https://digitalcommons.calpoly.edu/cscsp/111/

[129] *Ibid*.

[130] Roffarello AM, Russis LD. Nudging Users or Redesigning Interfaces? Evaluating Novel Strategies for Digital Wellbeing Through inControl. presented at: Proceedings of the 2023

(continued…)

"Nudging" alerted people to their scroll time (akin to Neyman) and "Redesign" restructured websites' home pages to minimize recommendations. In a sense, this study de-engineered these addictive features and measured time spent on each platform.[131] Results are presented below.

**Figure 27: Daily Average Time Spent on Facebook (a) and YouTube (b) in the Control, Redesign, and Nudging Phases[58]**




**Figure 5: Daily average time spent on Facebook (a) and YouTube (b) in the control, redesign, and nudging phases.**

190. Both strategies resulted in large and significant reductions in time spent on Facebook.[132] This provides additional support that these features increase the risk of harm. Time on YouTube was reduced but the difference did not achieve statistical significance.

191. In a 2019 strategic offsite, Google [redacted][133] TikTok asserts that [redacted][134] As for Meta, in her deposition, Natalie Troxel, PhD stated "[redacted]

ACM Conference on Information Technology for Social Good; 2023; Lisbon, Portugal. https://doi.org/10.1145/3582515.3609523

[131] *Ibid.*
[132] *Ibid.*
[133] GOOG-CA976-00002275
[134] TikTok-00000816

[redacted]

### D. Autoplay

192. Academics recognize that autoplay is a feature that is designed to prolong engagement at the cost of displacing "important developmental opportunities for young children" and is even associated with greater child behavioral difficulties."[138] It has also been linked to difficulties controlling device use more broadly.

193. A study of 120 YouTube users revealed that "autoplay" was associated with reduced agency and increased view time.[139] In a different experimental study of features of "autoplay" that randomized participants to different versions of it (e.g. on or off, controlling the "next video" button, or having the platform automatically play the next video), completely passive autoplay was associated with a reduced sense of control and greater perception of "going down a rabbit hole."[140]

194. Google touts [redacted] Google went so far as to [redacted]

---

[135] Troxel Depo. 71:14-21

[136] Troxel Depo. 85:2-9

[137] Troxel Depo. 74:2-12

[138] Munzer T, Torres C, Domoff SE, et al. Child Media Use During COVID-19: Associations with Contextual and Social-Emotional Factors. *J Dev Behav Pediatr*. Dec 1 2022;43(9):e573-e580. doi:10.1097/DBP.0000000000001125

[139] Lukoff K, Lyngs U, Zade H, et al. How the Design of YouTube Influences User Sense of Agency. presented at: Proceedings of the 2021 CHI Conference on Human Factors in Computing Systems; 2021; Yokohama, Japan. https://doi.org/10.1145/3411764.3445467

[140] Chen C, Kang J, Sajjadi P, Sundar SS. Preventing users from going down rabbit holes of extreme video content: A study of the role played by different modes of autoplay. *International Journal of Human-Computer Studies*. 2024/10/01/ 2024;190:103303. doi:https://doi.org/10.1016/j.ijhcs.2024.103303

[141] GOOG-CA976-00001614

[142] GOOG-CA976-00002415

[redacted] TikTok likewise attributes [redacted][144]

## IX. SOCIAL MEDIA AND SPECIFIC HARMS

195. I will now turn to a discussion of specific harms caused by or associated with social media use by minors. Following the above framework, I will first discuss the literature regarding the relationship between social media and the harm identified. I have not cited every single study reviewed or possible, but rather focused on a synthesis of the totality of the evidence. I will then discuss exemplar internal documents that discuss that harm.

### A. Body Dysmorphic Disorder

196. In this section, I will review the existing scientific literature supporting a causal relationship between social media use and body image and eating disorders mediated through the pathways of depression, body image, anxiety, and problematic/addictive use (highlighted right Fig. 29). As discussed before, problematic or addictive use remains relevant for these pathways as it drives additional time online (or on sites) which in turn drives the other downstream outcomes.




**Figure 29: Conceptual Model (Eating Disorders)**

197. Body Dysmorphic Disorder (BDD) involves obsessive thoughts, repetitive behaviors, and mental acts in response to perceived appearance flaws and may focus on a particular feature of one's body (nose, hair, chin for example). The DSM-5 criteria for the

[143] GOOG-CA976-00002927
[144] TikTok-00000816

diagnosis are below:

> A. Preoccupation with one or more perceived defects or flaws in physical appearance that are not observable or appear slight to others.
>
> B. At some point during the course of the disorder, the individual has performed repetitive behaviors (e.g., mirror checking, excessive grooming, skin picking, reassurance seeking) or mental acts (e.g., comparing his or her appearance with that of others) in response to the appearance concerns.
>
> C. The preoccupation causes clinically significant distress or impairment in social, occupational or other areas of functioning.
>
> D. The appearance preoccupation is not better explained by concerns with body fat or weight in an individual whose symptoms meet diagnostic criteria for an eating disorder.

*Document 1: DSM-5 Body Dysmorphic Disorder Criteria*

198. Eating Disorders (ED) involve disturbances in thoughts and behaviors related to eating, weight, and shape. Body Dysmorphic Disorder (BDD) and eating disorders, such as anorexia nervosa or bulimia nervosa, share similarities in that both involve a preoccupation with appearance and a distorted self-image. Individuals with BDD focus intensely on perceived flaws in their physical appearance, often unrelated to weight, which may lead to compulsive behaviors like mirror checking or seeking cosmetic procedures. In contrast, eating disorders specifically center on weight, body shape, and food behaviors, with associated actions like extreme dieting, binge eating, or purging. While both conditions stem from deep psychological distress and can co-occur, their core focus differs: BDD is rooted in an obsession with minor or nonexistent physical imperfections, whereas eating disorders primarily involve concerns about weight and eating patterns. Both require specialized treatments, often involving therapy, to address underlying issues of self-esteem and anxiety.

199. Both ED and BDD cause considerable distress and dysfunction. In many cases, body dysmorphic disorder precedes the onset of eating disorder.[145] This finding suggests that body dysmorphic concerns may serve as a risk factor for the development of some eating disorders. Individuals with BDD and ED experience functional impairment in their daily lives but

[145] Grant JE, Phillips KA. Is anorexia nervosa a subtype of body dysmorphic disorder? Probably not, but read on. *Harv Rev Psychiatry*. Mar-Apr 2004;12(2):123-6. doi:10.1080/10673220490447236

those with BDD often suffer more than those with ED. They have a higher rate of suicidality, including suicide ideation and suicide attempts, and more severe levels of depression.[146]

200. Based on DSM-5 criteria, the lifetime prevalence of eating disorders is approximately 8% in girls and women and 2% in boys and men.[147] One metanalysis estimated the prevalence of BDD at 11% but noted that there was considerable heterogeneity in the samples meaning that the estimates varied widely depending on the source population.[148] A single population-based study (using random digit dialing) in the U.S. puts the prevalence at about 4% and found it to be equally common in men and women.[149]

201. Using clinically diagnosed eating disorders or body dysmorphic disorders as an outcome in research cannot be readily done due to limitations on sample size, ethical considerations, and other feasibility concerns. Instead, risk factors can and have been developed based on acquisition of features or symptoms that are predictive of developing a diagnosis. Much like with depression and anxiety discussed in Section IX.D above, eating disorders should be viewed as a continuum.

202. One risk factor for developing eating disorders is "body dissatisfaction." There is a solid theoretical and empirical foundation for using it as an outcome. Neumark-Sztainer followed over 2500 adolescents from 1999-2004.[150] At baseline, body satisfaction was assessed using the Body Shape Satisfaction Scale which includes satisfaction with 10 body parts (height, weight,

---

[146] Krebs G, Fernández de la Cruz L, Rijsdijk FV, et al. The association between body dysmorphic symptoms and suicidality among adolescents and young adults: a genetically informative study. *Psychol Med*. May 2022;52(7):1268-1276. doi:10.1017/s0033291720002998

[147] Galmiche M, Déchelotte P, Lambert G, Tavolacci MP. Prevalence of eating disorders over the 2000–2018 period: a systematic literature review. *The American Journal of Clinical Nutrition*. 2019/05/01/ 2019;109(5):1402-1413. doi:https://doi.org/10.1093/ajcn/nqy342

[148] McGrath LR, Oey L, McDonald S, Berle D, Wootton BM. Prevalence of body dysmorphic disorder: A systematic review and meta-analysis. *Body Image*. 2023/09/01/ 2023;46:202-211. doi:https://doi.org/10.1016/j.bodyim.2023.06.008

[149] Koran LM, Abujaoude E, Large MD, Serpe RT. The Prevalence of Body Dysmorphic Disorder in the United States Adult Population. *CNS Spectrums*. 2008;13(4):316-322. doi:10.1017/S1092852900016436

[150] Neumark-Sztainer D, Paxton SJ, Hannan PJ, Haines J, Story M. Does body satisfaction matter? Five-year longitudinal associations between body satisfaction and health behaviors in adolescent females and males. *J Adolesc Health*. Aug 2006;39(2):244-51. doi:10.1016/j.jadohealth.2005.12.001

body shape, waist, hips, thighs, stomach, face, body build and shoulders).[151] Participants were divided into quartiles and outcomes were assessed 5 years later (time 2). Results were as follows:

**Figure 30: Time 2 Health Behaviors by Time 1 Body Satisfaction in Females**

Table 2
Females: Time 2 health behaviors by Time 1 body satisfaction: adjusted percentages and means

| | n | Dieting % past year | Healthy weight control % past year | Unhealthy weight control % past year | Very unhealthy weight control % past year | Binge eating % past year | Smoking % monthly | Physical activity (MVPA) Hours/wk M (SD) | Fruit and vegetable intake Servings/day M (SD) |
|---|---|---|---|---|---|---|---|---|---|
| Body satisfaction[a] | | | | | | | | | |
| Low | 386–433 | 65.1 | 88.8 | 68.2 | 32.7 | 19.8 | 30.5 | 3.92 (.16) | 3.35 (.10) |
| Low-middle | 292–330 | 58.4 | 82.7 | 66.4 | 20.0 | 14.5 | 29.0 | 3.78 (.18) | 3.36 (.11) |
| High-middle | 253–279 | 52.6 | 83.1 | 57.5 | 15.7 | 12.4 | 27.1 | 4.22 (.20) | 3.51 (.12) |
| High | 201–227 | 47.1 | 87.2 | 53.3 | 15.7 | 12.3 | 26.5 | 4.42 (.22) | 3.69 (.14) |
| *p* Value | | < .001 | .628 | < .001 | < .001 | .012 | .190 | .028 | .037 |
| Body satisfaction[b] | | | | | | | | | |
| Low | 347–383 | 59.0 | 85.8 | 62.0 | 27.5 | 17.5 | 29.4 | 3.92 (.18) | 3.40 (.11) |
| Low-middle | 273–300 | 57.4 | 81.6 | 65.6 | 19.9 | 13.3 | 28.4 | 3.79 (.19) | 3.31 (.12) |
| High-middle | 239–257 | 54.2 | 83.8 | 60.1 | 17.2 | 13.7 | 27.8 | 4.25 (.21) | 3.49 (.13) |
| High | 191–211 | 50.4 | 88.4 | 57.4 | 19.8 | 14.3 | 25.9 | 4.45 (.23) | 3.69 (.15) |
| *p* Value | | .041 | .317 | .164 | .029 | .385 | .338 | .034 | .079 |

[a] Adjusted for race, SES, age, and Time 1 behaviors.
[b] Adjusted for race, SES, age, Time 1 behaviors, and BMI.

**Figure 31: Time 2 Health Behaviors by Time 1 Body Satisfaction in Males**

Table 3
Males: Time 2 health behaviors by Time 1 body satisfaction: adjusted percentages and means

| | n | Dieting % past year | Healthy weight control % past year | Unhealthy weight control % past year | Very unhealthy weight control % past year | Binge eating % past year | Smoking % monthly | Physical activity (MVPA) Hours/wk M (SD) | Fruit and vegetable intake Servings/day M (SD) |
|---|---|---|---|---|---|---|---|---|---|
| Body satisfaction[a] | | | | | | | | | |
| Low | 116–130 | 46.2 | 74.6 | 50.1 | 13.9 | 11.3 | 40.0 | 5.72 (.36) | 3.32 (.20) |
| Low-middle | 231–262 | 30.9 | 64.7 | 34.0 | 6.3 | 4.8 | 30.5 | 6.12 (.25) | 2.99 (.14) |
| High-middle | 258–293 | 24.8 | 62.6 | 33.6 | 5.7 | 3.8 | 29.9 | 6.25 (.23) | 3.12 (.13) |
| High | 307–347 | 18.4 | 55.5 | 24.0 | 4.7 | 3.1 | 28.4 | 6.67 (.22) | 3.13 (.12) |
| p-value | | < .001 | < .001 | < .001 | < .001 | < .001 | .011 | < .024 | .535 |
| Body satisfaction[b] | | | | | | | | | |
| Low | 106–115 | 36.4 | 64.4 | 40.1 | 7.1 | 11.0 | 35.8 | 6.15 (.39) | 3.44 (.21) |
| Low-middle | 219–238 | 29.4 | 64.0 | 32.1 | 5.8 | 3.3 | 27.0 | 5.95 (.26) | 2.86 (.14) |
| High-middle | 243–270 | 23.3 | 62.7 | 33.2 | 5.8 | 3.3 | 29.6 | 6.17 (.24) | 3.09 (.13) |
| High | 288–324 | 21.1 | 58.2 | 26.7 | 6.0 | 3.4 | 29.2 | 6.51 (.23) | 3.09 (.12) |
| p Value | | < .001 | .187 | .009 | .690 | .002 | .244 | .376 | .060 |

[a] Adjusted for race, SES, age, and Time 1 behaviors.
[b] Adjusted for race, SES, age, Time 1 behaviors, and BMI.

203. Together, these tables show that body dissatisfaction at Time 1 is associated with a 2-to-3-fold increase in the prevalence of unhealthy weight control, very unhealthy weight control, binge eating, and smoking 5 years later.[152]

204. The Figure below is from a metanalysis limited to the studies that allowed for

[151] *Ibid*.
[152] *Ibid*.

pooling and combining data relating social media usage and body image problems and disordered eating. Although the figure is presented in a way that makes it too small to see the individual studies, all bars to the right of the central bar show a positive correlation between social media usage and disordered eating behaviors. The overall (summary) effect size was 0.11 (small).[153]

[153] Zhang J, Wang Y, Li Q, Wu C. The Relationship Between SNS Usage and Disordered Eating Behaviors: A Meta-Analysis. *Front Psychol*. 2021;12:641919. doi:10.3389/fpsyg.2021.641919

**Figure 32: Metanalysis of SM and Disordered Eating Behaviors**



205. A more comprehensive systematic review of 40 studies examining the relationship between social media use and BDD found that the two are correlated.[154] The studies were too heterogenous to perform a metanalysis and derive a summary estimate. A separate metanalysis that evaluated 48 studies that experimentally manipulated social comparisons revealed a negative significant effect size of .24 (moderate) on body image wellbeing and self-esteem in spite of the heterogeneity of the included studies.[155]

206. This figure, adapted from the version first published in Choukas-Bradley et. al. (2022) in Clinical Child and Family Psychology Review, indicates the perfect-storm of social media use, vulnerable adolescent development, and subsequent eating disorder and body image conditions.[156] Academics have recognized that specific features such as highly visual posts, quantifiable feedback or metrics (such as the like button), the public and permanent nature of social media, and social media's 24/7 availability all drive body image concerns. Notably, appearance and beauty filters are missing from this list, though they are recognized in the literature as contributing to body image issues and eating disorders.[157]

207. From a scientific standpoint, there is consistency across multiple studies as the overwhelming majority, but not all of them find an association between social media and BDD. Although the preponderance of existing research linking social media to BDD is cross-sectional and relies on self-report of social media usage, there have been some longitudinal and laboratory based experimental studies. Much like smoking, experimentally testing whether social media exposure leads to BDD is impractical to the point of impossibility. Accordingly, experimental

---

[154] Ryding FC, Kuss DJ. The use of social networking sites, body image dissatisfaction, and body dysmorphic disorder: A systematic review of psychological research. *Psychology of Popular Media*. 2020;9(4):412-435. doi:10.1037/ppm0000264

[155] Kleemans M, Daalmans S, Carbaat I, Anschütz D. Picture Perfect: The Direct Effect of Manipulated Instagram Photos on Body Image in Adolescent Girls. *Media Psychology*. 2018/01/02 2018;21(1):93-110. doi:10.1080/15213269.2016.1257392

[156] Handbook of Children and Screens page 151.

[156] Fioravanti G, Bocci Benucci S, Ceragioli G, Casale S. How the exposure to beauty ideals on social networking sites influences body image: A systematic review of experimental studies. *Adolescent Research Review*. 2022:No Pagination Specified-No Pagination Specified. doi:10.1007/s40894-022-00179-4

[157] *Ibid*.

manipulations typically bring subjects into a laboratory, randomize them to see (or not see) various idealized images of themselves or others, and conduct pre- and post-exposure assessments of how they feel about their bodies comparing their feelings before and after.

208. For example, one laboratory study randomized 130 undergraduate female students to see 18 Instagram images. The intervention group saw "fitspiration" ones of women in fitness clothing or engaging in exercise and the control arm saw women at travel destinations. Mood and body dissatisfaction as well as self-esteem were measured both at baseline and after the exposures. Both body dissatisfaction and self-esteem were significantly lower in the "fitspiration" group.[158] A systematic review (again a metanalysis was not feasible) of 43 experimental studies found moderate to large effects of such approaches.[159]

209. More recently, Schroeder and Behn-Morawitz randomized individuals to three groups.[160] Group 1 used a slim beauty filter on their self-image. Group 2 watched a video of a person using a slim beauty filter. Group 3 used a color filter on their self-image that did not alter their appearance and served as the control. Afterwards, the following outcomes were assessed: Body Ideal Discrepancy; desire for weight loss, self-objectification, anti-fat attitudes, and preference for filtered image. The theory being tested was that both experimental conditions would induce body dysmorphic cognition compared to controls which would in turn induce the outcomes of interest. Results revealed that participants in both experimental conditions reported significantly greater body dysmorphic cognition compared to controls.[161] The outcomes are summarized in Figure 7 below.

---

[158] Tiggemann M, Zaccardo M. "Exercise to be fit, not skinny": The effect of fitspiration imagery on women's body image. *Body Image*. 2015/09/01/ 2015;15:61-67. doi:https://doi.org/10.1016/j.bodyim.2015.06.003

[159] Fioravanti G, Bocci Benucci S, Ceragioli G, Casale S. How the exposure to beauty ideals on social networking sites influences body image: A systematic review of experimental studies. *Adolescent Research Review*. 2022:No Pagination Specified-No Pagination Specified. doi:10.1007/s40894-022-00179-4

[160] Schroeder M, Behm-Morawitz E. Digitally curated beauty: The impact of slimming beauty filters on body image, weight loss desire, self-objectification, and anti-fat attitudes. *Comput Hum Behav*. 2025;165(C):9. doi:10.1016/j.chb.2024.108519

[161] Schroeder M, Behm-Morawitz E. Digitally curated beauty: The impact of slimming beauty filters on body image, weight loss desire, self-objectification, and anti-fat attitudes. *Comput Hum Behav*. 2025;165(C):9. doi:10.1016/j.chb.2024.108519

**Figure 35: Table 3 from Schroeder (2025)**

| Dependent Variable | Contrast | b | SE | LLCI | ULCI |
|---|---|---|---|---|---|
| Body ideal discrepancy | X1 | 0.148 | 0.12 | −0.083 | 0.392 |
| | X2 | 0.065 | 0.06 | −0.037 | 0.198 |
| Self-objectification | X1* | 0.572 | 0.26 | 0.123 | 1.122 |
| | X2* | 0.252 | 0.15 | 0.025 | 0.590 |
| Preference for filtered image | X1 | −0.051 | 0.11 | −0.278 | 0.179 |
| | X2 | −0.022 | 0.05 | −0.141 | 0.082 |
| Desire to lose weight | X1* | −0.406 | 0.16 | −0.756 | −0.110 |
| | X2* | −0.179 | 0.10 | −0.414 | −0.024 |
| Anti-fat attitudes | X1* | −0.273 | 0.10 | −0.482 | −0.101 |
| | X2* | −0.12 | 0.06 | −0.265 | −0.021 |

*Note.* The indirect effects model results for X1 indicate the difference between Condition 1 and Condition, and the results for X2 indicate the difference between Condition 1 and Condition 3. Condition 1 (i.e., using the slimming beauty filter) was indicated as the reference group.

* Denotes significant total indirect effects for the outcome variable.

210. There were statistically significant differences for both experimental conditions for all outcomes except body ideal discrepancy and preference for filtered image. Given the negative feelings the experimental conditions engendered, it is not surprising that there was no preference for the filtered image and in fact the point estimate was negative although not significant.

211. There also appears to be a dose response relationship: the more time spent on social media sites, the greater the risk of BDD. Studies that assessed the correlation between appearance-focused social media vs. general social media usage found larger effect sizes (r=0.31 vs 0.11).[162] While problematic, idealized images have existed in media for decades, the advent of social media – with features that promote social comparison, 24/7 access, filters, and engagement algorithms that create rabbit holes – is particularly harmful to mental health. In other words, while the images are problematic, their capacity to cause harm is greatly increased by the characteristics of social media, including personalized, algorithmically driven feeds.

212. Finally, there appears to be some ability to reverse or reduce the risk by mediating social media usage. A systematic review of media literacy programs' effects on body

[162] Saiphoo AN, Vahedi Z. A meta-analytic review of the relationship between social media use and body image disturbance. *Comput Hum Behav*. 2019;101:259-275.

dissatisfaction found some modest evidence of benefit. In particular, training adolescents to recognize that online portrayals are unrealistic or even doctored reduced the risk of BDD.[163] In addition, a cornerstone of effective BDD psychotherapeutic treatment is Cognitive Behavioral Therapy which, among other things, counsels subjects to be aware of and actively mitigate the effects SM has on them.

213. George Volichenko, a product engineer at Instagram, in his deposition on December 6, 2024, [redacted]

214. Internal documents also reflect [redacted]

[163] McLean SA, Paxton SJ, Wertheim EH. The role of media literacy in body dissatisfaction and disordered eating: A systematic review. *Body Image*. Dec 2016;19:9-23. doi:10.1016/j.bodyim.2016.08.002

[164] Volichenko Depo. 40:18-24

[165] Volichenko Depo. 44:9

[redacted]

*META_BONTA-00001041*

215. It is my opinion to a reasonable degree of medical and scientific certainty that the overwhelming evidence supports a causal relationship between social media use and body dysmorphia. In my opinion this occurs through a variety of mechanisms, including social comparison that is enhanced and facilitated by the design of the SM platforms, including algorithmically driven personalized feeds.

**B. Eating Disorder**

216. In addition to the link between social media use and BDD discussed above, there are reasons to plausibly believe that social media usage can cause eating disorders. A brief summary of clinical eating disorders taken from Dane and Bhatia's derivation is in figure below.[166]

[166] Dane A, Bhatia K. The social media diet: A scoping review to investigate the association between social media, body image and eating disorders amongst young people. *PLOS Glob Public Health*. 2023;3(3):e0001091. doi:10.1371/journal.pgph.0001091

**Figure 36: Summary of Clinical Eating Disorders**

| | |
|---|---|
| **CLINICAL EATING DISORDERS** | |
| **Anorexia** | An intense fear of weight gain and/or a disturbed body image that motivates severe dietary restriction or other weight loss behaviours |
| **Bulimia** | Recurrent episodes of binge eating and compensatory behaviours, e.g., purging, to prevent weight gain |
| **Binge eating disorder** | Recurrent episodes of compulsive overeating that leads to distress without attempts to compensate for weight gain |
| **Avoidant/restrictive food intake disorder** | The avoidance or restrictive intake of food in the absence of body image concerns and fear of weight gain |
| **Pica** | Eating non-nutritive or non-food substances for a period of one month or more |
| **Rumination disorder** | Involves regurgitation of food after eating in the absence of nausea, involuntary retching, or disgust |
| **SUBCLINICAL OTHER SPECIFIC FEEDING AND EATING DISORDERS** | |
| **Orthorexia Nervosa** | A pathological fixation with healthy or 'clean' eating, avoidance of unhealthy foods and rigid dietary and exercise practices- violations of which cause severe emotional distress |
| **Atypical anorexia** | Majority of symptoms of anorexia are present, but the individual is classified as being within the normal BMI range |
| **Atypical bulimia** | Mimics clinical bulimia but occurs less frequently and with shorter duration |
| **Atypical binge eating disorder** | Mimics clinical binge eating disorder but occurs less frequently and with shorter duration |
| **Purging disorder** | Purging or using laxatives as a mean to control weight |
| **Night eating disorder** | Repeatedly eating at night, either after an evening meal or waking up from sleep |
| **COMMON PATHOLOGY** | |
| **Dieting, binging, purging, restricting, avoidance of certain food groups, compulsive or compensatory exercise behaviours and the use of laxatives or weight loss pills** | |
| Adapted from [1, 2, 5, 6] | |
| https://doi.org/10.1371/journal.pgph.0001091.t001 | |

217. In terms of psychobiological plausibility, much of the basis for a linkage between social media usage and eating disorders is discussed in the BDD section (IX.A) immediately prior and relates to social comparisons either with one's "friends" or with other idealized images that are frequently posted to, or shared via, social media. It also includes risk created by tailored algorithms that can create rabbit holes or filter bubbles and provide extensive exposure of harmful content to a user.

218. A 2022 study by Fairplay, investigated the so called "Pro-Eating Disorder" Bubble, namely an ecosystem of Instagram accounts that actively promote unhealthy eating habits and techniques to both optimize them and avoid detection. [167] The researchers in this study created test accounts that showed an interest in pro-eating disorder content by using vocabulary

[167] Fairplay. *Designing for Disorder: Instagram's Pro-eating Disorder. Bubble*. 2022. chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://fairplayforkids.org/wp-content/uploads/2022/04/designing_for_disorder.pdf

such as "Thinspo" and "TW (trigger warning)" in their biographies. Over 5 weeks of inactivity, one such account gained an additional 686 followers who had been algorithmically directed to the account and chose to follow it presumably in search of content. Within that same report, a first-hand account of "Kelsey" a 17-year-old Southern California high school student is reported. Among other things, she alleges that "pro-eating disorder" content was "always pushed towards [her] from the moment I opened my account." She goes on "I have never searched for those things and yet they pop up on my screen, whereas images or reminders of positive things, such as body positivity influencers, et cetera, I have to actively search for them in order for them to appear on my phone."

219. In terms of effect size, a recent metanalysis of 87 effect sizes from 22 studies produced a summary estimate of the association between self-reported social media use and various validated measures of eating disorders.[168] All studies included were published between 2010 and 2020 and the included sample had 5,031 males and 8,270 females. Notably, there was considerable heterogeneity in the studies driven in large part by BMI of respondent, sample source (e.g. college students, children, adolescents, clinical populations), and survey methods (e.g. online vs. paper and pencil). The summary estimate showed a "weak" but significant correlation between social media usage and disordered eating (0.09 [95% CI .06, .11]). The overall association, while small, must be taken in the context of the limitations of the data collection methodologies as well as the very high likelihood that there is significant variability in susceptibilities amongst included participants.

220. The primary predictor variable was some self-reported measure of social media usage and the primary outcome was some measure of disordered eating. For many people, social media usage may not include much (or any) portrayals of idealized bodies. In fact, for some people, social media usage might be affirming of their current body habits and thus have a "protective" effect against disordered eating. Again, the limited granularity about what content is pushed and therefore consumed limits the ability to discern both a more precise estimate of effect

[168] Zhang J, Wang Y, Li Q, Wu C. The Relationship Between SNS Usage and Disordered Eating Behaviors: A Meta-Analysis. *Front Psychol*. 2021;12:641919. doi:10.3389/fpsyg.2021.641919

but also who is more likely to be affected and makes it difficult for independent scientists to study this problem. This is (yet) another example of the kind of lacuna in research that could be filled with industry data.

221. Several longitudinal studies confirm that there is a temporal association between exposure to social media images of ideal bodies and subsequent eating disorder symptoms.[169,170,171] From a dose response (biologic gradient) standpoint, if increased exposure to content might drive (or be associated with) eating disorders, one might posit that more time spent on the internet might increase risk. To that end, a metanalysis of studies that tested the association between problematic internet use and eating disorders including 39 studies from 21 countries found an effect size of (0.21 [95% CI 0.14, 0.28]).[172] This effect size is still small but twice the size of the overall effect size of general usage and eating disorders.

222. Experimental data are sparse because, much as with BDD, manipulations of exposure with sufficient frequency and long enough follow up to document differences in the development of eating disorders is sufficiently impractical as to be essentially impossible. But shorter-term laboratory based experimental approaches such as the one performed by Tiggman and summarized above, shows that there are at least short-term effects on one's body image based on what one is presented on social media.

223. It is my opinion that to a reasonable degree of medical and scientific certainty, social media usage increases the risk of eating disorders and body image conditions in adolescents. This is in part due to several design features—including algorithmically driven

---

[169] Brown Z, Tiggemann M. Attractive celebrity and peer images on Instagram: Effect on women's mood and body image. *Body Image*. 2016/12/01/ 2016;19:37-43. doi:https://doi.org/10.1016/j.bodyim.2016.08.007

[170] Kim M, Park W. Who is at risk on Facebook? The effects of Facebook News Feed photographs on female college students' appearance satisfaction. *The Social Science Journal*. 2016/12/01/ 2016;53(4):427-434. doi:https://doi.org/10.1016/j.soscij.2016.08.007

[171] Puccio F, Kalathas F, Fuller-Tyszkiewicz M, Krug I. A revised examination of the dual pathway model for bulimic symptoms: The importance of social comparisons made on Facebook and sociotropy. *Computers in Human Behavior*. 2016/12/01/ 2016;65:142-150. doi:https://doi.org/10.1016/j.chb.2016.08.018

[172] Ioannidis K, Taylor C, Holt L, et al. Problematic usage of the internet and eating disorder and related psychopathology: A multifaceted, systematic review and meta-analysis. *Neurosci Biobehav Rev*. Jun 2021;125:569-581. doi:10.1016/j.neubiorev.2021.03.005

personalized feeds—that exacerbate social comparison, provide idealized beauty standards, and pull children into filter bubbles or rabbit holes. A review of the internal documents provides further support that Defendants recognized that social media increased the risk of or exacerbated eating disorders, negative social comparison, body image conditions, and low self-esteem.

### C. Sleep Problems

224. Sleep is essential for maintaining overall health and well-being. It plays a crucial role in various bodily functions, including the repair and rejuvenation of cells, muscles, and tissues. During sleep, the brain consolidates memories and processes information which can help improve cognitive function, memory retention, and problem-solving skills. Lack of sleep, on the other hand, has been linked to a higher risk of developing chronic health conditions such as heart disease, diabetes, and obesity. It also weakens the immune system, making the body more vulnerable to infections. Moreover, sleep is vital for mental and emotional health. A well-rested brain is better equipped to manage stress, regulate emotions, and maintain a positive mood.

225. The pathways linking screen time (and SM use) specifically are called out in red in 37 to the right. For simplicity, we will focus only on the direct path between SM use and sleep (which again is enhanced by compulsive/addictive screen use). But both depression and anxiety (discussed in subsequent sections of this declaration IX.D) have reciprocal relationships with sleep, and in fact sleep disturbance is a core symptom of both.[173]




**Figure 37 Conceptual Model Sleep Problems**

226. Sleep deprivation can lead to irritability and difficulty concentrating, which

[173] Gregory AM, Sadeh A. Sleep, emotional and behavioral difficulties in children and adolescents. *Sleep Med Rev*. Apr 2012;16(2):129-36. doi:10.1016/j.smrv.2011.03.007

negatively impacts daily performance, including at school. In the long term, insufficient sleep can contribute to mental health disorders like depression and anxiety. Therefore, maintaining a healthy sleep routine is crucial for both physical and mental well-being.

227. There are several plausible psychobiological/environmental mechanisms by which this relationship is causal:

a.) Psychological arousal: Social media, by virtue of the engaging (and enraging) content its algorithms are designed to surface, can inhibit the relaxation process that is essential to inducing sleep.

b.) Displacement: Peri-bedtime spent on social media effectively displaces time that could be spent sleeping. Simply put, a child in bed on their phone is postponing or delaying sleep.

c.) Melatonin inhibition: Decades of research have established that emitted light suppresses secretion of the sleep-inducing hormone, melatonin. [174]

d.) Alerts or Notifications: Audible or visual alerts from social media sites indicating updates can disrupt or delay sleep.

e.) Fear of Missing Out (FOMO): As discussed elsewhere in this declaration, FOMO mitigation drives social media use.

228. In terms of the association between social media and sleep problems, there have been several systematic reviews performed.[175] A comprehensive systematic review summarized 42 studies of social media use and sleep quality including both cross sectional and longitudinal studies.[176] It reported that five cohort studies found excessive social media use at baseline to be a risk factor for poor sleep quality a follow up. In addition, among the 24 cross sectional studies identified, 23 found positive associations between frequent social media use and poor sleep

---

[174] Lewy AJ, Wehr TA, Goodwin FK, Newsome DA, Markey SP. Light suppresses melatonin secretion in humans. *Science*. Dec 12 1980;210(4475):1267-9. doi:10.1126/science.7434030

[175] *Ibid*.

[176] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414

quality.

229. In terms of temporality and effect size, a few longitudinal studies have examined the relationship between social media and insomnia. In one study, 1098 adolescents (13-19 years of age) were followed serially over 4 months with monthly assessments of nomophobia, social media addiction, and insomnia.[177] Insomnia was associated with both nomophobia (B=.20 p<.001) and addictive social media usage (B=.49 p<.001). A systematic review and metanalysis of 23 *longitudinal* studies of screen use and sleep in adolescents found an effect size of -.12 for social media usage -.19 for dysfunctional media usage at baseline and subsequent sleep health at follow up.[178] A systematic review and metanalysis of 16 *experimental* studies of screen time reduction in children is summarized below.[179]

**Figure 38: 28 Metanalysis Of Experimental Studies Of Screen Use And Sleep**




[177] Lin CY, Potenza MN, Ulander M, et al. Longitudinal Relationships between Nomophobia, Addictive Use of Social Media, and Insomnia in Adolescents. *Healthcare (Basel)*. Sep 11 2021;9(9)doi:10.3390/healthcare9091201

[178] Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping … that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence. *Computers in Human Behavior*. 2023/09/01/ 2023;146:107813. doi:https://doi.org/10.1016/j.chb.2023.107813

[179] Martin KB, Bednarz JM, Aromataris EC. Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. *Journal of Sleep Research*. 2021;30(3):e13130. doi:https://doi.org/10.1111/jsr.13130

230. The overall effect of screen time reduction interventions resulted in a significant increase of 11 minutes of sleep. Since that metanalysis was published, Bartel and colleagues performed a within person experiment in 14–18-year-old adolescents wherein their baseline sleep was monitored for a week after which they were given individual phone stoppage time 1 hour before bed for one school week. During the phone restriction week, adolescents stopped using their phones 80 min earlier, turned their lights out 17 minutes earlier and slept 21 minutes longer.[180]

231. Finally, the Davis and Goldfield study (detailed in the FOMO section of this declaration, Section VII.F), also assessed sleep after 3 weeks of social media reduction. The intervention group slept almost 30 minutes more per night based on self-report. To understand the implications of this effect size, consider that among teens, evidence from the school start time literature show that average differences as small as 10-20 minutes of sleep per night are adversely associated with academic, cognitive, and motor vehicle crash outcomes.[181]

232. FOMO occurs throughout the day of course but there are, at least in theory, other structural societal constraints exist as a barrier to checking social media continuously (e.g. school for children although school cell policies have until very recently been nonexistent or not enforced effectively).[182] However, at the end of the day, when children are in bed, those other constraints are largely gone and FOMO can preclude the mental relaxation that is requisite to induce sleep.

233. In addition, there is some evidence of coherence. Functional magnetic imaging studies have shown that various areas of the brain are differentially activated by episodic or

---

[180] Bartel K, Scheeren R, Gradisar M. Altering Adolescents' Pre-Bedtime Phone Use to Achieve Better Sleep Health. *Health Communication*. 2019/03/21 2019;34(4):456-462. doi:10.1080/10410236.2017.1422099

[181] Wheaton AG, Chapman DP, Croft JB. School Start Times, Sleep, Behavioral, Health, and Academic Outcomes: A Review of the Literature. *J Sch Health*. May 2016;86(5):363-81. doi:10.1111/josh.12388

[182] Tandon PS, Zhou C, Hogan CM, Christakis DA. Cell Phone Use Policies in US Middle and High Schools. *JAMA Netw Open*. May 1 2020;3(5):e205183. doi:10.1001/jamanetworkopen.2020.5183

chronic usage of social media.[183] In particular, both the nucleus accumbens, discussed earlier, and the amygdala, which is part of the "arousal" circuitry of the brain, could plausibly impact sleep and both are preferentially stimulated by social media use. Additional features of social media that interrupt sleep include addictive engagement through the algorithmic delivery of intermittent variable rewards and increased anxiety and depressive symptoms that are also a byproduct of the design of social media, including algorithmically driven personalized feeds.

234. Furthermore, while the evidence reviewed herein will be deliberately limited to social media use and sleep, there is a broader literature linking *overall* screen use to disordered sleep and as discussed in section elsewhere in this declaration, social media use constitutes a significant percentage of that use. In fact, 60% of emerging adults report using screens and social media prior to bedtime.[184] Reviewing the totality of existing data, a recent expert consensus panel (which I was a member of) convened by the National Sleep Foundation reached consensus meaning that at least 80% of the 16 experts agreed that: (1) in general, screen use impairs sleep health among children and adolescents, (2) the content of screen use before sleep impairs sleep health of children and adolescents, and (3) behavioral strategies and interventions may attenuate the negative effects of screen use on sleep health.[185] I would assert that it's the presentation of content that impairs sleep—not necessarily the content itself—as well as addictive features such as algorithmically driven personalized feeds or infinite scroll that directly contribute to impairing sleep.

---

[183] Wadsley M, Ihssen N. A Systematic Review of Structural and Functional MRI Studies Investigating Social Networking Site Use. *Brain Sciences*. 2023;13(5):787.

[184] Hale L, Kirschen GW, LeBourgeois MK, et al. Youth Screen Media Habits and Sleep: Sleep-Friendly Screen Behavior Recommendations for Clinicians, Educators, and Parents. *Child Adolesc Psychiatr Clin N Am*. Apr 2018;27(2):229-245. doi:10.1016/j.chc.2017.11.014

[185] Hartstein LE, Mathew GM, Reichenberger DA, et al. The impact of screen use on sleep health across the lifespan: A National Sleep Foundation consensus statement. *Sleep Health*. Aug 2024;10(4):373-384. doi:10.1016/j.sleh.2024.05.001

235. Google was aware that [redacted]

236. Instagram went so far as to [redacted]

237. In my opinion, to a reasonable degree of medical and scientific certainty, a causal relationship exists between social media use and sleep problems.

---

[186] GOOG-CA976-00002412
[187] GOOG-CA976-00001366
[188] GOOG-CA976-00002419
[189] GOOG-CA976-00002428
[190] GOOG-CA976-00002438
[191] META_BONTA-00000568at Slide 12
[192] META_BONTA-00000568 at Slide 18
[193] META_BONTA-00000566

### D. Depression and Anxiety

#### 1. The Relationship Between Depression and Anxiety

238. Depression and anxiety are closely intertwined, with many individuals experiencing symptoms of both conditions simultaneously. While they are distinct mental health disorders, they often co-occur, creating a cycle of emotional and physical challenges that can amplify their individual impacts. Depression is primarily characterized by persistent feelings of sadness, hopelessness, and a loss of interest in previously enjoyable activities. On the other hand, anxiety involves excessive worry, fear, and a heightened state of arousal or tension. Despite these differences, they share common symptoms such as fatigue, difficulty concentrating, and sleep disturbances, making it difficult to differentiate between the two at times.

239. To the right is the SM effects conceptual model (Figure 39) which now highlights in red the pathways of relevance to this section. Depression and anxiety are mutually enhancing as reflected by the bidirectional arrow between them. Therefore, studies showing an increase in either can be interpreted as demonstrating an increase in both. Similarly, sleep problems, body image and self-esteem issues (addressed in sections IX.A, IX,B, and IX.C, previously) also increase the risk of both anxiety and depression.




**Figure 39 Conceptual Model: Depression and Anxiety**

240. The relationship between depression and anxiety can be explained through shared biological, psychological, and environmental factors. Biologically, both conditions are associated with dysregulation in the brain's neurotransmitters, particularly serotonin, dopamine, and norepinephrine. This overlap suggests that individuals predisposed to one condition may have an increased risk of developing the other. Psychologically, negative thought patterns such as

catastrophizing or ruminating can fuel both anxiety and depression, creating a feedback loop where worry about the future exacerbates feelings of hopelessness and vice versa. Environmental factors, such as chronic stress, trauma, or significant life changes, can also act as triggers for both conditions.

241. This interrelationship is reflected in the scientific literature where studies often evaluate both depression and anxiety simultaneously in the context of the same research protocol often labeling them as "internalizing" symptoms. Depression and anxiety are mutually enhancing as reflected by the bidirectional arrow between them. Therefore, studies showing an increase in either can be interpreted as demonstrating an increase in both. Similarly, sleep problems, body image and self-esteem issues (addressed in other parts of this Section IX) also increase the risk of both anxiety and depression.

242. In a very recent study, Nagata and colleagues used the ABCD dataset, a very large, longitudinal, comprehensive, observational cohort of US adolescents followed prospectively starting at age 9. Among other variables, the dataset includes self-reported daily social media usage and depressive symptoms derived from the validated Child Behavior Checklist.[194] Mean daily social media use jumped from 7 minutes at age 9 (when technically it should be 0) to 73 minutes at age 13. The lead author reports that 2/3 of the sample had social media accounts by age 12 and on average had more than 3 accounts.[195] Notably, in this sample of almost 12,000 children, higher social media usage in year 1 was associated with increased depressive symptoms in year 2 and higher social media usage in year 2 was associated with increased depressive symptoms in year 3. All of these analyses were within person so by design they explicitly control for individual characteristics including antecedent mental health symptoms.

243. Notably, Year 3 was 2022 (during COVID) so pandemic effects are also accounted

[194] Nagata JM, Otmar CD, Shim J, et al. Social Media Use and Depressive Symptoms During Early Adolescence. *JAMA Network Open*. 2025;8(5):e2511704-e2511704. doi:10.1001/jamanetworkopen.2025.11704

[195] Nagata JM, Memon Z, Talebloo J, et al. Prevalence and Patterns of Social Media Use in Early Adolescents. *Acad Pediatr*. May-Jun 2025;25(4):102784. doi:10.1016/j.acap.2025.102784

for in the analysis because they affected the comparison group as well. In other words, COVID affected everyone in the study, but higher social media usage was still associated with increased depression. Lastly, they did not find that depressive symptoms predicted increased subsequent social media usage which argues against the reverse causality argument levied by many of the social media companies' experts in various cases. This is particularly true when reviewed in the context of other existing literature and clinical patient presentations.

244. In this, the largest, and arguably one of the best longitudinal studies of the effects of social media usage on US children, the association is significant and robust, albeit relatively small on a population level. The social media companies' experts repeatedly argue that small effects on a population level are not clinically relevant. This misses the point. Many youths may not suffer adverse mental health effects from social media so the average effect at a population level may appear small, but for a sizeable fraction, the effects are large and significant—enough so that interventions are warranted. Estimates of the global prevalence of social media addiction vary between 5 and 25% depending on the criteria used to define it.[196] In his deposition Zuckerberg himself, [redacted][197] By way of comparison, only 15 percent of lifetime smokers develop lung cancer, yet youth smoking prevention and cession is universally recognized by physicians as a public health imperative.

### 2. Depression

245. Depression is a clinically diagnosable mental health disorder characterized by persistent and pervasive feelings of sadness, hopelessness, and a lack of interest or pleasure in activities, often accompanied by physical symptoms such as changes in appetite, sleep disturbances, and fatigue. A clinical diagnosis of "depression" entails having a constellation of "depressive" symptoms of sufficient intensity and frequency absent an alternative explanation for them. The DSMV-R criteria for depression are below:

---

[196] Cheng C, Lau Y-c, Chan L, Luk JW. Prevalence of social media addiction across 32 nations: Meta-analysis with subgroup analysis of classification schemes and cultural values. *Addictive Behaviors*. 2021/06/01/ 2021;117:106845. doi:https://doi.org/10.1016/j.addbeh.2021.106845

[197] Zuckerberg Depo. 275:2-3

**Figure 40: DSMV-R Criteria for Depression**

Five or more of the following A Criteria (at least one includes A1 or A2)

- ✓ A1 Depressed mood—indicated by subjective report or observation by others (in children and adolescents, can be irritable mood)
- ✓ A2 Loss of interest or pleasure in almost all activities—indicated by subjective report or observation by others.
- ✓ A3 Significant (more than 5 percent in a month) unintentional weight loss/gain or decrease/increase in appetite (in children, failure to make expected weight gains).
- ✓ A4 Sleep disturbance (insomnia or hypersomnia).
- ✓ A5 Psychomotor changes (agitation or retardation) severe enough to be observable by others.
- ✓ A6 Tiredness, fatigue, or low energy, or decreased efficiency with which routine tasks are completed.
- ✓ A7 A sense of worthlessness or excessive, inappropriate, or delusional guilt (not merely self-reproach or guilt about being sick).
- ✓ A8 Impaired ability to think, concentrate, or make decisions—indicated by subjective report or observation by others.
- ✓ A9 Recurrent thoughts of death (not just fear of dying), suicidal ideation, or suicide attempts.

✓ The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

✓ The symptoms are not due to the direct physiological effects of a substance (e.g., drug abuse, a prescribed medication's side effects) or a medical condition (e.g., hypothyroidism).

✓ There has never been a manic episode or hypomanic episode.

246. Depression typically lasts for weeks or longer and significantly impairs an individual's ability to function in daily life. While depressive symptoms can be part of a broader diagnosis of depression, they may also appear independently and be a cause of distress without reaching a clinical diagnostic threshold. Accordingly, some studies, and hence some meta-analyses, use depressive *symptoms* while others use the clinical diagnosis of depression. For example, the CDC as part of its ongoing Youth Risk Behavior Survey (YRBS) has been assessing adolescents' feelings of sadness or hopelessness during the past year as well as whether they have

seriously considered attempting suicide. It recently published 10-year trend data shown below.[198]

**Figure 41: Prevalence of Suicidal Ideation Over Time**




**Figure 42: Prevalence of Sadness Over Time**




247. While not measures of clinical (DSMV-R) "depression," these data (particularly for females) have caused many to declare a "public health crisis" for teenagers in America and some have implicated social media usage as the cause.[199,200] Although it is true that the rise of these depressive symptoms and the increase in depression and anxiety diagnoses mirror the rise of social media usage, that correlation in and of itself does not prove causation.

248. A 2021 metanalysis of 62 studies evaluating social media usage and depression

[198] Black MH, Milbourn B, Chen NTM, et al. The use of wearable technology to measure and support abilities, disabilities and functional skills in autistic youth: a scoping review. *Scand J Child Adolesc Psychiatr Psychol*. 2020;8:48-69. doi:10.21307/sjcapp-2020-006

[199] Twenge JM. *iGen : why today's super-connected kids are growing up less rebellious, more tolerant, less happy? : and completely unprepared for adulthood : and what that means for the rest of us*. Atria Books,; 2018:1 online resource.

[200] Haidt J. *The anxious generation : how the great rewiring of childhood is causing an epidemic of mental illness*. Penguin Press,; 2024:1 online resource.

symptoms found a significant but "weak" association (r=.11). However, the association between problematic social media use and depressive symptoms was moderate (r=.29).[201] The majority of the included studies were observational, cross-sectional, and relied on self-report of social media usage, weaknesses that reflect the current state of existing knowledge as well as the quality of the data available to most scientists outside of industry. A recent meta-analysis found that the risk of depression increased 13% with each hour of daily social media use.[202] In the chapter regarding social media use and depressive symptoms, the authors concluded that there are "consistent links between social media use and depression and evidence of causality."[203]

249. One of the largest and best longitudinal, observational studies followed 6,595 subjects between 2013 to 2016 as part of the Population Assessment of Tobacco and Health (PATH) study. Participants' self-reported social media usage at ages 13-16 was used to predict depression and anxiety (internalizing) symptoms at ages 14-17 adjusting for baseline (ages 12-15) internalizing problems. Three to six hours of social media at ages 13-16 was associated with a 60% increased relative risk of internalizing problems at ages 14-17 and greater than 6 hours per day was associated with a 78% increased risk.[204]

250. A subsequent systematic review of longitudinal studies of "screen time" and mental health in young people reported that 1.5 out of 4 studies of social media usage found associations for depression and 2 out of 2 found associations for internalizing symptoms (including the PATH study cited above).[205] Overall, the authors conclude that there are small

---

[201] Cunningham S, Hudson CC, Harkness K. Social Media and Depression Symptoms: a Meta-Analysis. *Res Child Adolesc Psychopathol*. Feb 2021;49(2):241-253. doi:10.1007/s10802-020-00715-7

[202] Liu M, Kamper-DeMarco KE, Zhang J, Xiao J, Dong D, Xue P. Time Spent on Social Media and Risk of Depression in Adolescents: A Dose-Response Meta-Analysis. *Int J Environ Res Public Health*. Apr 24 2022;19(9)doi:10.3390/ijerph19095164

[203] *Ibid*.

[204] Riehm KE, Feder KA, Tormohlen KN, et al. Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. *JAMA Psychiatry*. 2019;76(12):1266-1273. doi:10.1001/jamapsychiatry.2019.2325

[205] Tang S, Werner-Seidler A, Torok M, Mackinnon AJ, Christensen H. The relationship between screen time and mental health in young people: A systematic review of longitudinal studies. *Clinical Psychology Review*. 2021/06/01/ 2021;86:102021. doi:https://doi.org/10.1016/j.cpr.2021.102021

(r=.10) but significant associations between screen time and depressive symptoms in adolescents.[110]

251. Not included in that systematic review, because it was published subsequently, is perhaps the best observational study to date. Braghieri et al deployed a "quasi-experimental" design wherein they tested the effect of the "rollout" of Facebook to 775 college campuses between 2004 (the year it launched) to 2006.[206] Mental health outcomes were derived from the NHCA survey that is administered on a semi-annual basis to US college students since 1998. It includes many questions related to psychological health and well-being and the researchers used all of them to create a composite score. The individual outcomes and the composite one are displayed to the right. The blue "dots" represent the point estimates and the bars represent the 95% confidence intervals. Being on the right of the red line means the outcome is worse than before. Dots with bars that do not cross the red midline are statistically significant.

**Figure 43: Effects of Introduction of Facebook to College Campuses**




[206] Braghieri L, Levy Re, Makarin A. Social Media and Mental Health. *American Economic Review*. 2022;112(11):3660–93. doi:10.1257/aer.20211218

252. As can be seen, all but one of the dots falls to the right of the red line and the summary estimate is that the introduction of Facebook to a college campus resulted in statistically significant a .085 standard deviation unit decrease in overall mental health at that campus. To help benchmark that estimate, the authors compare it to the effect of job loss and find it to be about 22% of that. They further estimate that the introduction of Facebook to a college campus increases the percent of students who would meet the clinical diagnosis of depression or anxiety by 2%. Given a baseline estimate of 25% for depression and 16% for anxiety, this represents an 8% and 13% relative increase of each respectively. Next, the authors conducted a "dose-response" analysis in which they estimate the mental health effects based on the number of semesters given students were exposed. Those results are shown in the figure below.

**Figure 44: Effect on Mental Health on College Campuses by Exposure to Facebook**




253. Again, these findings are consistent with the hypothesis that additional exposure to Facebook results in increased risk of poorer mental health at the campus level.

254. Two features of this analysis make the estimates conservative. First, the observed

effect is at the *college* level without knowledge of whether or not individuals actually used Facebook or not. For example, if only 50% of students at college Y signed up for it, then the measured effect is diluted by the 50% that did not. Second, the selected years were just after the launch of Facebook when friends were largely limited to other college students, considerably less content was available (infinite scroll had not yet been invented), and sophisticated algorithms had not yet been deployed. In effect then, the study measured the impact of what by today's standards is an anemic version of Facebook and social media in general in terms of its command of one's attention, its ability to deliver maximally engaging content, and the amount and type of content delivered.

255. A just published experimental trial used a "blocking" technology to effectively make smart phones "dumb" for 2 weeks by preventing them from accessing WiFi and the internet but allowing calls and text messages. [207] Over a four week trial, they assessed attention, mental health, and subjective well-being in 467 adults who were randomly assigned to use the blocker for the first two weeks or the last two weeks. The results on mental health and well-being are presented below.[208]

**Figure 45: Mental Health and Subjective Well-Being**




[207] Castelo N, Kushlev K, Ward AF, Esterman M, Reiner PB. Blocking mobile internet on smartphones improves sustained attention, mental health, and subjective well-being. *PNAS Nexus*. Feb 2025;4(2):pgaf017. doi:10.1093/pnasnexus/pgaf017

[208] *Ibid*.

256. Both mental health and subjective well-being improved from T1 to T2 (baseline to 2 weeks later) and then regressed somewhat after the blocking was turned off (Effect Sizes .57 & .46 respectively p<.001). Similarly, the delayed intervention group saw considerable improvements in both once they got the blocking program installed at T2. Although the blocking software would effectively prohibit all internet use, based on the preponderance of time spent on social media, it predominately reduced time spent on social media.

257. Finally, the Davis social media reduction trial (discussed in Section VII.F) also assessed depression after three weeks of a 50% reduction in social media use.[209] Those results, presented below, show a difference of 2.36 points on the Center for Epidemiologic Studies of Depression Scale 10 (CES-D10) after the 3-week intervention.

**Figure 46: Effect of Reducing SMU on Symptoms of Depression**




*Note.* Error bars represent standard errors. SMU = social media use; CES = Center for Epidemiological Studies.

[209] Davis CG, Goldfield GS. Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. *Psychology of Popular Media*. 2025;14(1):1-11. doi:10.1037/ppm0000536

258. Although a clinically meaningful difference in the CES-D10 has not been widely established, the observed effect size in this study (Cohen's d) is .42 (.50 =medium). One important distinction of this study is that participants needed to be showing signs of distress at enrollment to be eligible for inclusion. The baseline average score on the CES-D10 was over 14 with above 10 being a clinically concerning score, and over 70% of subjects were above that threshold. As the authors indicate, it may be that social media usage is especially harmful to the mental health of individuals who are already showing signs of mental distress.

259. The largest publicly available experiment of Facebook effects is a National Bureau of Economic Research (NBER) working paper entitled "The Welfare Effects of Social Media."[210] In it, the authors recruited 2,743 users and elicited their willingness to accept payment to deactivate their accounts. Those randomized to the "treatment group" were paid $102 to do so for four weeks (longer than the 1-week threshold identified by Thrule as critical).[211] They measured a suite of outcomes using text message, surveys, and emails among other ways. Most relevant to this declaration are the items related to subjective well-being. As before, they looked at each item individually and then created a composite index of all of them.

[210] Allcott H, Braghieri L, Eichmeyer S, Gentzkow M. The Welfare Effects of Social Media. *American Economic Review*. 2020;110(3):629–76. doi:10.1257/aer.20190658

[211] Thrul J, Devkota J, AlJuboori D, Regan T, Alomairah S, Vidal C. Social media reduction or abstinence interventions are providing mental health benefits – reanalysis of a published meta-analysis. *Psychology of Popular Media*. In press;

**Figure 47: Effects on Subjective Well-Being**




260. Again, to benchmark the effect size of .09, the authors compared it to the effectiveness of psychological interventions including self-help therapy, group training, and individual therapy. For those they used a summary estimate derived from a metanalysis of 39 randomized controlled trials. They concluded that deactivating Facebook increases subjective well-being by about 25-40% as much as standard psychological treatments, a key finding Meta cites in a presentation related to the potential harm it is causing in 2019.

261. A metanalysis assessed the effects of experimental evaluations of "digital detox" on mental health outcomes. Again, these studies tested the putative benefits of a period of abstinence from social media sites.[212] There was considerable and statistically significant heterogeneity in both the approaches and the outcomes (p<.000001). While the overall effect of "detox" on well-being was null (which is not surprising given the heterogeneity) the effects on depression was moderate and significant with an effect size of -.29 (see below).

[212] Ramadhan RN, Rampengan DD, Yumnanisha DA, et al. Impacts of digital social media detox for mental health: A systematic review and meta-analysis. *Narra J*. Aug 2024;4(2):e786. doi:10.52225/narra.v4i2.786

**Figure 48: Summary of Metanalyses of Experimental Evaluations of 'Digital Detox on Mental Health Outcomes**

| | Intervention Group | | | Control Group | | | | Std. Mean Difference | Std. Mean Difference |
|---|---|---|---|---|---|---|---|---|---|
| Study or Subgroup | Mean | SD | Total | Mean | SD | Total | Weight | IV, Random, 95% CI | IV, Random, 95% CI |
| Brailovskaia et al 2020 | 3.99 | 4.39 | 140 | 4.79 | 4.63 | 146 | 56.4% | -0.18 [-0.41, 0.06] | |
| Lambert et al., 2022 | 4.84 | 3.89 | 74 | 6.95 | 4.45 | 66 | 33.7% | -0.50 [-0.84, -0.17] | |
| Reed et al., 2023 | 15.64 | 1.22 | 17 | 15.93 | 1.69 | 16 | 9.9% | -0.19 [-0.88, 0.49] | |
| Total (95% CI) | | | 231 | | | 228 | 100.0% | -0.29 [-0.51, -0.07] | |
| Heterogeneity: Tau² = 0.01; Chi² = 2.52, df = 2 (P = 0.28); I² = 20% | | | | | | | | | |
| Test for overall effect: Z = 2.53 (P = 0.01) | | | | | | | | | |




262. This study also neglected to include the Allcott experiment for unclear reasons, which would have further enhanced the results and made them more robust given its findings.[213]

263. There are many explanations as to why social media use is linked to depression. Among the many mechanistic pathways (including loss of sleep, body dysmorphia, etc.) by which time spent on social media might adversely affect children's mental health and well-being, one must consider unwanted harmful online sexual experiences. This is addressed in detail in Section IX.I below. Other pathways include features that lead to social comparison and negative body image and body image comparisons. Time spent on social media can replace otherwise positive mental health activities, including time with friends and family. Social media use can interfere with sleep, which is associated with depressive symptoms in children. Finally, rabbit holes can trap children in a depressive spiral.

264. In my opinion, to a reasonable degree of medical and scientific certainty, the totality of the evidence supports a causal relationship between social media use and depressive symptoms. There are numerous mechanistic pathways that explains this relationship. These include addictive design, features that increase negative social comparison, and algorithms for personalized feeds that create problematic rabbit holes.

### 3. Anxiety

265. Like depression, anxiety can be both a clinical diagnosis and a constellation of

---

[213] Marciano L, Schulz PJ, Camerini A-L. Cyberbullying Perpetration and Victimization in Youth: A Meta-Analysis of Longitudinal Studies. *Journal of Computer-Mediated Communication*. 2020;25(2):163-181. doi:10.1093/jcmc/zmz031

problematic symptoms. The DSM-5 (Diagnostic and Statistical Manual of Mental Disorders, 5th Edition) outlines specific criteria for diagnosing 6 different types of anxiety disorders including: Generalized Anxiety Disorder, Panic Disorder, Social Anxiety Disorder, Specific Phobia, Separation Anxiety, and Agoraphobia. Each disorder has its unique set of criteria, but all share the common feature of excessive fear or worry. Since the specific disorders are rarely clinically diagnosed in SM research studies, a full summary of each will not be provided but all share these general criteria. The fear, anxiety, or avoidance must:

- Cause significant distress or impairment in functioning.
- Not be due to substances, medications, or a medical condition.
- Not be better explained by another mental health disorder.

From a mechanistic standpoint, both FOMO and social comparison can create anxiety. For example, several of the questions from Przybylski's FOMO scale are proxies for anxiousness:

a. I fear others have more rewarding experiences than me.
b. I fear my friends have more rewarding experiences than me.
c. I get worried when I find out my friends are having fun without me.
d. I get anxious when I don't know what my friends are up to.

266. As for social comparisons, research has shown that "upward" comparisons (comparing oneself to someone that one deems "superior") outnumber downward ones on social media and that the effects of these comparisons is predominately negative.[214]

267. Considerably fewer studies have examined anxiety symptoms than depression and fewer still an "anxiety diagnosis" as detailed above although many have examined both depressive and anxiety symptoms together as "internalizing" symptoms or overall "mental health." Tang et al.'s systematic review of longitudinal studies of SM and mental health in young people identified two studies that assessed social media use and subsequent psychological distress

[214] Midgley C, Thai S, Lockwood P, Kovacheff C, Page-Gould E. When every day is a high school reunion: Social media comparisons and self-esteem. *Journal of Personality and Social Psychology*,. 2021;121(2):285-307.

and both found significant correlations.[215][216] One of those, by Riehm et al., warrants a deeper dive as it was a large (6595 people) prospective study.[217] Their measure of "internalizing" symptoms included the following questions:

**Figure 49: Questions to Measure Whether a Person "Internalizes" Symptoms of Anxiety**

| | |
|---|---|
| Internalizing Problems[a] | 1. Feeling very trapped, lonely, sad, blue, depressed, or hopeless about the future? |
| | 2. Sleep trouble, such as bad dreams, sleeping restlessly, or falling asleep during the day? |
| | 3. Feeling very anxious, nervous, tense, scared, panicked, or like something bad was going to happen? |
| | 4. Becoming very distressed and upset when something reminded you of the past? |

268. They found that between three and six hours of social media use per day was associated with a 60% increased risk of internalizing problems even when adjusting for co-variates, including baseline risk of internalizing problems. More than 6 hours per day of social media use was associated with a 78% increased risk of internalizing problems. In addition, Bragheiri et al.'s quasi-experimental study of the Facebook rollout published after Tang's systematic review did specifically examine the effect size for having a diagnosis of an "anxiety disorder in the past year" and found a significant effect size of .07.[218] Finally, the Allcott et. al. experiment (summarized in the depression) did include "feeling anxious" as an outcome and found a significant treatment effect of .09 (larger than for depression), meaning that abstaining from Facebook for a period of one week resulted in a reduction in anxiety. In addition, the Davis SM reduction study in college students (detailed in the FOMO section) also found significant reduction in anxiety symptoms using the Generalized Anxiety Disorder 7 (GAD-7) of 2.35 points

[215] Tang S, Werner-Seidler A, Torok M, Mackinnon AJ, Christensen H. The relationship between screen time and mental health in young people: A systematic review of longitudinal studies. *Clinical Psychology Review*. 2021/06/01/ 2021;86:102021.

[216] Riehm KE, Feder KA, Tormohlen KN, et al. Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. *JAMA Psychiatry*. 2019;76(12):1266-1273. doi:10.1001/jamapsychiatry.2019.2325

[217] *Ibid*.

[218] Braghieri L, Levy Re, Makarin A. Social Media and Mental Health. *American Economic Review*. 2022;112(11):3660–93. doi:10.1257/aer.20211218

(Cohen's d .38).[219] Again, the experimental nature of the design of both of these studies allows for causal inferences to be made.

269. I conclude to a reasonable degree of medical and scientific certainty that the evidence supports a causal relationship between social media use and anxiety symptoms.

**E. Suicide, Suicidal Ideation, and Self Harm**

270. Suicide and suicidal ideation are significant public health concerns that impact individuals across all demographics. Suicide, the act of intentionally ending one's own life, is often preceded by intense emotional pain, feelings of hopelessness, and mental health struggles, such as depression, anxiety, or trauma. According to the Centers for Disease Control, suicide is a leading cause of death among adolescents in the United States. In 2021, it was the second leading cause of death for individuals aged 10–14 and 20–24, and the third leading cause for those aged 15–19.

271. Suicidal ideation refers to thinking about, planning, or considering suicide, ranging from fleeting thoughts to detailed planning. These experiences can stem from a combination of factors, including biological, psychological, social, and environmental influences. Suicidal ideation as well as self-injurious actions (self-harm) frequently precedes suicide attempts and is a significant risk factor for them.[220, 221] Because suicide itself remains relatively rare, most studies focus on the elevated odds of self-harm and suicidal ideation occurring as a proxy for suicide risk.

---

[219] Davis CG, Goldfield GS. Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. *Psychology of Popular Media*. 2025;14(1):1-11. doi:10.1037/ppm0000536

[220] Franklin JC, Ribeiro JD, Fox KR, et al. Risk factors for suicidal thoughts and behaviors: A meta-analysis of 50 years of research. *Psychol Bull*. Feb 2017;143(2):187-232. doi:10.1037/bul0000084

[221] Ribeiro JD, Franklin JC, Fox KR, et al. Self-injurious thoughts and behaviors as risk factors for future suicide ideation, attempts, and death: a meta-analysis of longitudinal studies. *Psychol Med*. Jan 2016;46(2):225-36. doi:10.1017/S0033291715001804

272. Returning to Figure 50 (to the right), we see the multiple pathways by which SM usage can lead to suicide. We have already identified SM as a risk factor for depression, anxiety, eating disorder, body image, and sleep disturbances all of which are independent risk factors for suicide. Here we will focus on the evidence linking SM usage to suicidal ideation and suicide itself irrespective of mechanism.




**Figure 50 Conceptual Model: Depression and Anxiety**

273. A recent *Morbidity and Mortality Weekly Report* from the Department of Health and Human Services analyzed cross sectional Youth Risk Behavior Survey data of U.S. high school students.[222] They dichotomized self-reported social media use as "frequent" if the respondent replied that they used them "several times a day" which 77% reported that they did. Their results are summarized below:

[222] Young E, McCain J, Mercado M, al. e. Frequent Social Media Use and Experiences with Bullying Victimization, Persistent Feelings of Sadness or Hopelessness, and Suicide Risk Among High School Students — Youth Risk Behavior Survey, United States, 2023. *MMWR Suppl 2024;*. 2024;73(4):23-30.

**Figure 51: Unadjusted Prevalence Estimates and Adjusted Prevalence Ratios for Bullying, Mental Health, and Suicide Risk Among High School Students**

**TABLE 4. Prevalence estimates, unadjusted, and adjusted prevalence ratios for bullying victimization, mental health, and suicide risk among high school students, stratified by frequency of social media use — Youth Risk Behavior Survey, United States, 2023***

| | Frequent social media use | | | |
|---|---|---|---|---|
| | Yes | No | | |
| Health behavior and experience (past 12 months) | % (95%CI) | % (95%CI) | PR† (95% CI) | aPR§ (95% CI) |
| **Bullying victimization** | | | | |
| Bullied at school | 19.9 (18.3–21.4) | 19.0 (12.9–27.1) | 1.05 (0.72–1.52) | 1.31 (1.12–1.53)¶ |
| Electronically bullied | 17.0 (15.7–18.4) | 15.9 (8.1–28.7) | 1.07 (0.57–2.02) | 1.54 (1.26–1.88)¶ |
| **Mental health** | | | | |
| Persistent feelings of sadness or hopelessness | 42.6 (40.4–44.8) | 31.9 (25.3–39.3) | 1.33 (1.07–1.65)¶ | 1.35 (1.23–1.47)¶ |
| **Suicide risk** | | | | |
| Seriously considered attempting suicide | 20.2 (18.8–21.8) | 18.7 (12.8–26.6) | 1.08 (0.75–1.55) | 1.21 (1.06–1.37)¶ |
| Made a suicide plan | 16.6 (15.1–18.2) | 17.5 (10.3–27.9) | 0.95 (0.58–1.55) | 1.16 (1.00–1.35)¶ |
| Attempted suicide | 9.5 (8.4–10.8) | 9.5 (6.6–13.5) | 1.00 (0.70–1.43) | 1.11 (0.89–1.39) |

**Abbreviations:** aPR = adjusted prevalence ratio; PR = prevalence ratio.
* N = 20,103 respondents. The total number of students answering each question varied. Data might be missing because 1) the question did not appear in that student's questionnaire, 2) the student did not answer the question, or 3) the response was set to missing because of an out-of-range response or logical inconsistency. Percentages in each category are calculated on the known data. A total of 15,203 students responded to the social media item.
† Logistic regression models estimated health behaviors and experiences between those who did and did not use social media at least several times a day.
§ Adjusted for age, race and ethnicity, sex, and sexual identity estimated health behaviors and experiences behaviors between those who did and did not use social media at least several times a day.
¶ Estimates were considered statistically significant if the 95% CIs did not include 1.0. Certain statistically significant aPRs have 95% CIs that include 1.0 because of rounding.

274. As can be seen in the above figure, "frequent" social media use was associated with a 35% increased risk of "persistent feeling of sadness," a 21% increased risk of "seriously considering attempting suicide," and a 16% increased risk of "making a suicide plan." All of those associations were statistically significant. The authors acknowledge that these associations are cross-sectional and therefore causality cannot be established. It could credibly be asserted that the causality is reversed and that "persistent feelings of sadness" beget social media usage for example. Or more likely, that there is a dyadic, mutually reinforcing relationship where searching for self-harm videos (because one is considering it) activates the algorithm which both saturates a person's feed with similar content which increases their likelihood of emulating it: the "downward spiral" acknowledged in internal documents.

275. There are at least two mechanisms by which social media usage can spur suicidal thoughts and actions: emulation and increased despair (they are not mutually exclusive). Suicide as a contagious phenomenon has been reported for years. Niederkrotenthaler and colleagues meta-analyzed studies that examined the risk of suicide after a celebrity suicide was reported in

the media.[223] They found that the risk of suicide in the intervening 1-8 days was increased by 13% and the risk of suicide using the method deployed by the celebrity was increased by 30%.[120] This provides strong evidence for "emulation" effects both in the the act itself as well as the methods chosen, but further, social media is assuredly one of the mechanisms by which the information was disseminated.

276. As for increased despair, the link between social media usage and depression was discussed in section IX.D.2 but there are also pathways to despair via cybervictimization/cyberbullying and sextortion (discussed in later sections). A 2021 systematic review and metanalysis by Nesi et al summarized 61 articles relating social media usage to self-injurious thoughts and behaviors (suicidal ideation and self-harm in the model).[224] Their results are summarized below:

[223] Niederkrotenthaler T, Braun M, Pirkis J, et al. Association between suicide reporting in the media and suicide: systematic review and meta-analysis. *BMJ*. 2020;368:m575. doi:10.1136/bmj.m575

[224] Nesi J, Burke TA, Bettis AH, et al. Social media use and self-injurious thoughts and behaviors: A systematic review and meta-analysis. *Clinical Psychology Review*. 2021/07/01/ 2021;87:102038. doi:https://doi.org/10.1016/j.cpr.2021.102038

**Figure 52: Associations Between Social Media Use Variables and Self-Injurious Thoughts and Behaviors**

Associations between social media use variables and self-injurious thoughts and behaviors.

| | *k* | *N* | Effect size analyses | | |
|---|---|---|---|---|---|
| | | | OR | 95% CI | *p* |
| Cybervictimization | | | | | |
| Suicidal Ideation | 45 | 135,424 | 2.93 | 2.43–3.54 | <.001 |
| Suicide Plans | 10 | 40,760 | 3.07 | 2.18–4.34 | <.001 |
| Suicide Attempts | 25 | 106,417 | 3.38 | 2.59–4.41 | <.001 |
| NSSI | 3 | 532 | 4.36 | 2.32–8.20 | <.001 |
| Cyberbullying perpetration | | | | | |
| Suicidal Ideation | 5 | 2444 | 1.89 | 1.54–2.32 | <.001 |
| Suicide Plans | 1 | 650 | 1.87 | 1.41–2.48 | <.001 |
| Suicide Attempts | 3 | 1890 | 1.65 | 1.25–2.18 | <.001 |
| SITB-related social media use | | | | | |
| Suicidal ideation | 5 | 3871 | 2.79 | 1.85–4.21 | <.001 |
| Suicide plans | 3 | 10,980 | 3.78 | 1.90–7.55 | <.001 |
| Suicide attempts | 5 | 11,735 | 3.94 | 2.20–7.07 | <.001 |
| NSSI | 2 | 245 | 2.98 | 1.46–6.11 | .003 |
| Frequency of social media use | | | | | |
| Suicidal ideation | 6 | 2974 | 1.45 | 0.95–2.23 | .089 |
| Suicide plans | 2 | 391 | 1.47 | 0.33–6.43 | .612 |
| VNSSI | 3 | 570 | 2.03 | 0.79–5.21 | .143 |
| Problematic social media use | | | | | |
| Suicidal ideation | 4 | 21,391 | 2.81 | 1.72–4.59 | <.001 |
| Sexting | | | | | |
| Suicidal Ideation | 2 | 586 | 2.37 | 0.98–5.73 | .057 |
| Suicide Attempts | 1 | 11,707 | 4.24 | 3.13–5.44 | <.001 |
| NSSI | 2 | 6103 | 3.07 | 2.53–3.74 | <.001 |
| Importance of social media | | | | | |
| Suicidal ideation | 3 | 858 | 1.05 | 0.96–1.15 | .291 |
| Suicide plans | 2 | 391 | 1.02 | 0.71–1.49 | .902 |
| NSSI | 2 | 391 | 1.25 | 1.06–1.47 | .007 |

*k* = number of unique effects; CI = confidence interval; NSSI = non-suicidal self-injury; SITB = self-injurious thoughts and behaviors.
Note that only outcomes for which at least one effect was identified are listed for each social media predictor. Effect size estimates where $k < 3$ should be considered unstable and interpreted with a degree of caution.

277. Cybervictimization, cyberbullying perpetration, self-injurious thoughts and behavior related social media, and problematic social media use were all associated with increased odds of self-injurious thoughts and behaviors with odds ratios between 1.7 and 3.9. The vast majority of the included studies are cross-sectional and while the association is plausibly causal based on the theoretical mechanisms discussed above, reverse causality once again cannot be excluded when studies are merely correlational.

278. However, there have been a few, well done longitudinal studies that have evaluated the risks posed by social media sites with respect to suicidal ideation. Arendt and colleagues conducted a prospective panel survey of 729 U.S. adults ages 18-29 years.[225] At baseline, participants were asked the following question: *Please think about the social networking site Instagram: How often, if ever, have you seen a post on Instagram showing someone who intentionally harms him- or herself, for example, by cutting? Was it more than once, just once, or never?*

279. Overall, 43% reported having seen it once or more than once. The outcome of interest at wave 2 (1 month after baseline) was the answer to the question: *Since the first survey, have you ever engaged in self-harming behavior, such as cutting your wrists.* The results of their regression analysis are presented below:

**Figure 53: Regression Analysis of Effects of Exposure to Self-Harm on Social Media**

| Outcome = self-harming behavior | Cross-sectional evidence (predicting wave 1 outcome) | | | | Panel evidence (predicting wave 2 outcome) | | | |
|---|---|---|---|---|---|---|---|---|
| | *B* | *SE* | *OR* | *p* | *B* | *SE* | *OR* | *p* |
| | Step 2 (effect of Instagram exposure) $\Delta\chi^2_{(2)} = 20.30$, $\Delta R^2 = .044$, $p < .001$ | | | | Step 2 (effect of Instagram exposure) $\Delta\chi^2_{(2)} = 28.10$, $\Delta R^2 = .064$, $p < .001$ | | | |
| Age | 0.02 | 0.03 | 1.02 | .515 | −0.08 | 0.04 | 0.93 | .046 |
| Gender *D1* (male) | −1.57 | 0.78 | 0.21 | .045 | 1.47 | 1.17 | 4.37 | .209 |
| Gender *D2* (female) | −1.00 | 0.75 | 0.37 | .179 | 1.48 | 1.14 | 4.40 | .195 |
| Education | −0.13 | 0.06 | 0.88 | .035 | −0.08 | 0.07 | 0.92 | .281 |
| Race | 0.26 | 0.22 | 1.30 | .236 | −0.56 | 0.25 | 0.57 | .028 |
| Self-harm exposure via other sources | 0.16 | 0.05 | 1.18 | .003 | 0.02 | 0.07 | 1.02 | .787 |
| Self-harming behavior (wave 1) | – | – | – | – | 1.64 | 0.24 | 5.17 | <.001 |
| Instagram exposure *D1* (*just once*) | 0.68 | 0.25 | 1.97 | .007 | 1.58 | 0.30 | 4.87 | <.001 |
| Instagram exposure *D2* (*more than once*) | 1.05 | 0.24 | 2.87 | <.001 | 0.79 | 0.32 | 2.20 | .013 |

*SE*: standard error; *OR*: odds ratio; $R^2$: Nagelkerke's $R^2$; *D*: dummy variable; cross-sectional evidence full model: $\Delta\chi^2_{(8)} = 55.52$, $R^2 = .124$, $p < .001$; panel evidence full model: $\Delta\chi^2_{(9)} = 110.74$, $R^2 = .270$, $p < .001$.
This table only reports step 2 of the hierarchical model (i.e. full model). Both Instagram dummies were added in step 2. Therefore, the change in $\chi^2$ of step 2 indicates whether Instagram exposure explains additional variance.

---

[225] Arendt F, Scherr S, Romer D. Effects of exposure to self-harm on social media: Evidence from a two-wave panel study among young adults. *New Media & Society*. 2019/11/01 2019;21(11-12):2422-2442. doi:10.1177/1461444819850106

280. Focus on the wave 2 outcomes outlined in red which adjust for baseline characteristics and risk factors (wave 1) including exposure to others' sources of self-harm (e.g. newspapers, news reports etc.).

281. Exposure to self-harming behavior on Instagram was associated with an almost 5-fold increased odds of self-harm at 1 month follow-up. Further, the authors used the validated Eltz suicide risk prediction scale to assess suicidal risk.[226] Specifically, participants were asked to rate six items:

a. I think of suicide

b. I have thoughts about how to end my life

c. I feel it would be less painful to die than to keep living, given the way things are

d. I feel the world is not worth continuing to live in

e. I feel people would be better off if I were dead

g. In order to punish others, I think of suicide.

282. Again, adjusting for baseline risk factors, exposure to self-harm images on Instagram was associated with a significantly elevated score on the suicide risk score (p<.006).

283. Those statistics are tragically illustrated by the story of 14-year-old Molly Russell, a British girl who while battling depression, was inundated with graphic self-harm images, videos, and messages on social media (including Instagram) and took her life in 2017. After a five-year investigation, including a proceeding at which Meta witnesses were summoned to testify, the coroner concluded:

> At the time that these sites were viewed by Molly some of these sites were not safe as they allowed access to adult content that should not have been available for a 14-year-old child to see. The way that the platforms operated meant that Molly had access to images, video clips and text concerning or concerned with self-harm, suicide or that were otherwise negative or depressing in nature. The platform operated in such a way using algorithms as to result in some circumstances of binge periods of images, video clips and text, some of which were selected and

[226] Eltz M, Evans AS, Celio M, et al. Suicide probability scale and its utility with adolescent psychiatric patients. *Child Psychiatry Hum Dev*. Jun 2007;38(1):17-29. doi:10.1007/s10578-006-0040-7

provided without Molly requesting them.[227]

284. In 2019, a full two years after Molly's tragic death, Instagram reported that "[redacted]"[228]

285. [redacted]

*META_BONTA-00001133*

286. Further, when Ms. Jayakumar was asked at her deposition (in 2025), "[redacted]"[229]

287. In March of 2020 Instagram [redacted]:

[redacted]

[227] https://www.judiciary.uk/wp-content/uploads/2022/10/Molly-Russell-Prevention-of-future-deaths-report-2022-0315_Published.pdf
[228] Jayakumar Depo. 213:5-7
[229] Jayakumar Depo. 221:9-11
[230] Jayakumar Depo. 227:5-11

[redacted][231]

288. [redacted]

289. [redacted][232]

**F. Attentional Capacity**

290. There are at least two mechanisms whereby digital media usage in general, and social media use in particular may diminish one's ability to focus also known as attentional capacity. One is direct, and the other indirect. The direct pathway is mediated through the "scan and shift" hypothesis which states that the frequent diversions afforded by digital media can condition the brain to expect high levels of input—to seek distraction—impeding its ability to focus on a specific task at length.[233] The second pathway is mediated through the displacement of other activities. Simply put, time spent on digital devices comes at the expense of other activities (e.g. physical activity and sleep) which can impact attentional capacity.

291. Some have thought that the mere presence of a phone is distracting and negatively impacts learning and attention, leading to what they call "brain drain."[234] This phenomenon recapitulates what we discussed in the sleep section (Section IX.C) where a metanalysis found that the presence of a phone in the bedroom is associated with sleep disorders. Bottger and colleagues conducted a focused metanalysis of "brain drain" by synthesizing 22 studies that assessed smartphone presence and cognitive function.[235] There was significant heterogeneity in

[231] Jayakumar Depo. 227:13-17

[232] Jayakumar Depo. 69:2-10

[233] Jensen PS, Mrazek D, Knapp PK, et al. Evolution and revolution in child psychiatry: ADHD as a disorder of adaptation. *J Am Acad Child Adolesc Psychiatry*. Dec 1997;36(12):1672-9; discussion 1679-81. doi:10.1097/00004583-199712000-00015

[234] Ward AF, Duke K, Gneezy A, Bos MW. Brain Drain: The Mere Presence of One's Own Smartphone Reduces Available Cognitive Capacity. *Journal of the Association for Consumer Research*. 2017;2(2):140-154. doi:10.1086/691462

[235] Böttger T, Poschik M, Zierer K. Does the Brain Drain Effect Really Exist? A Meta-Analysis. *Behav Sci (Basel)*. Sep 11 2023;13(9)doi:10.3390/bs13090751

the studies. Nevertheless, applying a random effects approach, the summary results are as follows:

**Figure 54: Summary of Metanalyses of Relationship Between Smartphones and Cognitive Function**




292. Overall, the presence of a smartphone was associated with a small but statistically significant negative effect (-0.138) on cognition. Sub-analyses reported that the effects were

larger for memory and lower for attention and general cognitive performance.[236]

293. The Castelo et. al. study of making smartphones "dumb" detailed in Section IX.D.1. also assessed attentional capacity using both self-reported attention and the "gold standard" approach of continuous performance task (CPT).[237] Briefly, the CPT measures how well people can focus on a tedious task over time by having them stare at a blank screen and push buttons when prompted to do so based on the appearance of a specific symbol. It is based on a procedure used to screen cadets for service as radar operators during WWII, a task for which focused attention was of paramount importance to alert commanders to incoming aircraft. The results are presented below.

**Figure 55: Sustained Attention Ability[238]**




294. The effect size was .24 (p<.008). To put that into perspective, the authors report

[236] *Ibid*.

[237] Castelo N, Kushlev K, Ward AF, Esterman M, Reiner PB. Blocking mobile internet on smartphones improves sustained attention, mental health, and subjective well-being. *PNAS Nexus*. Feb 2025;4(2):pgaf017. doi:10.1093/pnasnexus/pgaf017

[238] *Ibid*.

that it is the same magnitude of a 10-year age related decline in cognition and about ¼ of the magnitude of difference between healthy adults and those with ADHD.

295. Ra and colleagues conducted a large longitudinal study.[239] His team surveyed 2587 15–16-year-old adolescents in 10 Los Angeles high schools without ADHD symptoms at baseline over the course of 2 years. High-frequency digital media use (defined as past-week use of 14 different media activities, such as checking social media, liking or commenting on others' posts, online browsing, or streaming videos) many times a day was associated with an 11% increased risk of attentional problems at 12 and 24 months of follow-up (p<.001). Briefly, an effect size of .11, if true, has significant public health implications at scale and a p. value of less than .001 means that there is less than a 1/1000 chance that the association *is a false positive*. The major limitations of this study were that it relied on self-report of media usage and that it was observational meaning there could still be residual confounding, although the authors adjusted for multiple possible confounders including depression, delinquent behavior, socioeconomic status, substance use, etc.

296. I next used the web of science database to see what studies have cited this high profile one since its publication. That strategy yielded several relevant studies as well as a systematic review "Longitudinal associations between digital media use and ADHD symptoms in children and adolescents."[240] Because that systematic review includes all the relevant studies I identified except one that was published after it was published, I will present its findings and then the subsequent study briefly.

297. Thorell and colleagues' systematic review identified 25 relevant studies related to use of digital devices and subsequent ADHD symptoms.[241] The studies were too heterogenous

[239] Ra CK, Cho J, Stone MD, et al. Association of Digital Media Use With Subsequent Symptoms of Attention-Deficit/Hyperactivity Disorder Among Adolescents. *JAMA.* 2018;320(3):255-263. doi:10.1001/jama.2018.8931

[240] Thorell LB, Burén J, Ström Wiman J, Sandberg D, Nutley SB. Longitudinal associations between digital media use and ADHD symptoms in children and adolescents: a systematic literature review. *Eur Child Adolesc Psychiatry*. Aug 2024;33(8):2503-2526. doi:10.1007/s00787-022-02130-3

[241] *Ibid*.

(varying ages, follow-up periods, outcome measures, digital media usage measures etc.) to create a meta-analytic summary estimate so they were summarized in narrative format. Also notable was that some studies assessed the role of problematic screen use either at baseline or at follow-up. They also explored the bidirectionality of the relationship, meaning they looked both at screen use predicting ADHD symptoms and ADHD symptoms predicting screen use. Below is a summary figure from their paper. The most robust analyses are those that are within subject (meaning they looked at changes to individuals over time) or those that are between subjects but controlled for baseline levels (highlighted in red).

**Figure 56: Summary of the Number of Studies Showing Significant Associations Between ADHD Symptom Levels and Digital Media (DM)**



298. Overall, the authors (rightly in my opinion) concluded that the majority (74%) of studies found significant associations between digital media and subsequent ADHD symptoms. The effect sizes were on in general less than .30. Although these are not experimental studies, they are longitudinal and within subject which supports causality versus merely cross-sectional observational study.

299. Again, the primary limitations of the studies were reliance on self-reported media use and the observational nature of them all even though they were longitudinal. As before, experimental studies in this space, with sufficiently long follow up periods, would be exceedingly difficult to deploy. Further, relevant to this case, digital media usage included all forms although as expected the predominant forms were social media sites as detailed above.

300. Deng and colleagues used the over 11,000 individuals from the ABCD study, a large, national US cohort of early adolescents followed longitudinally with extensive and comprehensive data collection to look at online social activity *specifically* and subsequent ADHD symptoms over a 3-year follow-up period adjusting for baseline characteristics.[242] The social media sites they examined are presented below. Overall, the most frequently used platforms were TikTok (36%), YouTube (22%), Instagram (17%) and Snapchat (14%). The rest comprised ~11% of usage. They found a small effect but highly statistically significant effect size of .07 (p<.001). Again, this overall effect may be more pronounced in specific sub populations at greater risk of ADHD.

[242] Deng H, Song K, Geng X, et al. Online social activity time predicts ADHD problems in youth from late childhood to early adolescence in the ABCD study. *Eur Child Adolesc Psychiatry*. Jul 2025;34(7):2195-2204. doi:10.1007/s00787-024-02620-6

**Figure 57: Chart Summarizing the Number of Individuals Who Most Frequently Used Each Platform 2-year and 3-year Follow-ups[129]**




301. It is my opinion to a reasonable degree of medical and scientific certainty, that social media usage causes cognitive impairment and ADHD symptomology. This observation is well-supported in the literature and occurs through both direct and indirect mechanisms.

## G. School Performance

302. Children spend more time in school than in any other place but their homes. Accordingly, all untoward outcomes of SM ultimately impact their school experience and their school performance. For that reason, the "School" section of this declaration is situated at the end: all paths ultimately lead to it. I have




**Model 5**

added some additional red arrows to highlight this to the conceptual model (model 5) to the right.

303. The problems students bring to school, they also bring into the classroom where teachers-- tasked with educational responsibilities-- must also address or attempt to overcome

them. Suffice it to say that sleep-deprived, distracted, anxious, depressed, bullied students are more challenging to teach.

304. There are concerns about cell phone usage during school hours which can detract from learning, distract teachers, increase bullying, and reduce opportunities for physical play and in person interaction. Reliable data using passive sensing during school time are limited. In the context of the same study reference above, Common Sense Media assessed it and reported that children spend a median of 43 minutes per day on phones during school hours.[243] I have also published on this issue. Our study using both Android and iOS data (also referenced above) found that children in school spend an average of 1.5 hours (95% CI, 1.31-1.73) on smartphones during the 6.5 hours of school, accounting for approximately 27% of average 24-hour phone use of 5.59 hours daily. Furthermore, in our sample, 25% of adolescents spent more than 2 hours on their phone during school.[244] Results from this study are presented below.

**Figure 58: Summary of Adolescent Daily Smartphone Use**

| Characteristic | No. of participants[a] | Minimum | 25th Percentile | Median | 75th Percentile | Maximum | Participants, %[b] |
|---|---|---|---|---|---|---|---|
| Smartphone use, h | | | | | | | |
| 24-h Smartphone use | 117 | 0.16 | 3.62 | 5.49 | 7.04 | 19.18 | 5.59 (5.06-6.12) |
| 24-h Social media use | 117 | 0.00 | 0.47 | 2.00 | 3.13 | 6.31 | 2.14 (1.84-2.45) |
| School-day smartphone use | 117 | 0.04 | 0.68 | 1.11 | 2.16 | 5.84 | 1.52 (1.31-1.73) |
| School-day social media use | 117 | 0.00 | 0.20 | 0.39 | 0.76 | 2.46 | 0.60 (0.49-0.71) |
| Smartphone application use during school day, min | | | | | | | |
| Messaging and chat | 88 | 1.00 | 2.69 | 5.82 | 26.92 | 186.96 | 19.46 (13.39-25.53) |
| Instagram | 82 | 1.18 | 8.64 | 13.32 | 26.42 | 269.42 | 24.61 (17.91-31.31) |
| TV, movie, or video streaming | 68 | 1.22 | 4.02 | 7.86 | 21.67 | 132.49 | 17.19 (10.99-23.39) |
| Music, media, and podcasts | 58 | 1.01 | 1.81 | 3.21 | 4.82 | 99.49 | 4.48 (2.79-6.17) |
| Email | 53 | 1.02 | 1.33 | 2.74 | 5.21 | 15.63 | 3.92 (2.94-4.89) |
| TikTok | 48 | 1.17 | 6.05 | 9.23 | 35.75 | 71.99 | 18.88 (13.23-24.54) |
| Shopping and entertainment | 47 | 1.01 | 1.28 | 2.22 | 4.45 | 39.02 | 5.21 (3.01-7.41) |
| Games | 44 | 1.01 | 3.11 | 9.68 | 18.88 | 100.29 | 13.43 (8.84-18.02) |
| Facebook | 40 | 1.18 | 2.97 | 7.33 | 20.27 | 87.39 | 19.88 (11.05-28.71) |
| Utilities | 39 | 1.03 | 1.30 | 2.38 | 5.51 | 21.40 | 4.27 (2.82-5.71) |

[243] Radesky J, Weeks HM, Schaller A, Robb M, Mann S, Lenhart ACCAWitLoaYPsSUSF, CA: Common Sense. Constant Companion: A Week in the Life of a Young Person's Smartphone Use. 2023

[244] Christakis DA, Mathew GM, Reichenberger DA, Rodriguez IR, Ren B, Hale L. Adolescent Smartphone Use During School Hours. *JAMA Pediatrics*. 2025;179(4):475-478. doi:10.1001/jamapediatrics.2024.6627

305. By any measure, more than 2 hours of phone usage during school negatively impacts the time and attention available for learning and engaging with fellow students and teachers.

306. By number of users, the top 5 most frequented apps or categories (excluding internet browsers) were messaging, Instagram, video streaming, audio, and email. This study found that teens spend approximately 25% of the school day on their phones either in or out of class but in either case it diminishes engagement in human face to face interactions that are foundational to socio-emotional and cognitive learning. Studies in this area continue.

307. A highly publicized and recently completed cross-sectional study in England assessed the association between school phone policies, phone use during school hours, and mental well-being. They found that although restrictive policies result in less phone use during school hours, there was no significant differences in mental well-being.[245] The median cell phone usage in restrictive schools was about 45 minutes less than non-restrictive ones. However, the 10th-90th percentiles were the same. They also reported that social media time *during* school was associated with small increases in anxiety (.06) and depression (0.11). And *overall* social media usage per week was cross-sectionally associated with decreased well-being, and increased anxiety and depression consistent with many other similar studies discussed in greater detail elsewhere in the report. This study suggests that phone policies alone—or failure to enforce them better-- are not effective at fully addressing children's mental health.

308. A US study evaluated the impact of deploying and enforcing a cell phone ban in FL schools.[246] They found that cell phone bans were associated with a 1.1 percentile improvement in test scores in the second year after they were in place, with a larger effect (1.4%) for males. Further, they found cell phone bans were associated with a decrease in unexcused absences. Consistent with that, a recent Norwegian study found school cell phone bans

[245] Goodyear VA, Randhawa A, Adab P, et al. School phone policies and their association with mental wellbeing, phone use, and social media use (SMART Schools): a cross-sectional observational study. *The Lancet Regional Health – Europe*. 2025;51doi:10.1016/j.lanepe.2025.101211

[246] Figlio D, O'zek U. The impact of cellphone bans in schools on student outcomes: Evidence from Florida. *CESinfo Working papers*. 2025.

associated with a 60% reduction in consultations for psychological symptoms during middle school and a .08 standard deviation increase in GPA and .22 standard deviation increase in math scores for girls.[247] The author contextualizes these findings by reporting that reducing class size by one student has effect sizes of 0-.05 standard deviations. A quasi-experimental study of phone bans in Spanish schools found an increase of .6-.8 years of learning in math and .72 years in science.[248]

309. Finally, it should be noted that all the above mental health harms – increased depression, anxiety, negative social comparison, FOMO, sleep disruption, body image issues and eating disorders – do not dissipate in the classroom. These conditions instead adversely affect the learning environment. A recent National Education Association report documented marked increases in student mental health issues at school, an inability of students to concentrate, and negative impacts such as cyberbullying and underdeveloped social skills that carry over into the classroom.[249]

310. The literature on social media's direct effects on school performance is minimal but steadily growing. However, a recent study by Nagata and colleagues used the ABCD data to look longitudinally at the effect of social media use trajectories on cognitive development.[250] Adjusting for baseline performance as well as other covariates, they found the following:

[247] Abrahamsson S. Smartphone Bans, Student Outcomes and Mental Health. *NHH Dept of Economics Discussion Paper No 01, Available at SSRN: https://ssrncom/abstract=4735240 or http://dxdoiorg/102139/ssrn4735240*. 2024.

[248] Beneito P, Vicente-Chirivella Ó. Banning mobile phones in schools: evidence from regional-level policies in Spain. *Applied Economic Analysis*. 2022;30(90):153-175. doi:10.1108/aea-05-2021-0112.

[249] Association. NE. 2025. https://www.nea.org/resource-library/impact-social-media-and-personal-devices-mental-health

[250] Nagata JM, Wong JH, Kim KE, et al. Social Media Use Trajectories and Cognitive Performance in Adolescents. *JAMA*. 2025;334(21):1948-1950. doi:10.1001/jama.2025.16613

**Figure 59: Cognitive Functioning Scores Across Social Media Trajectories (Ages 9-13 Years) in the Adolescent Brain Cognitive Development Study (N=6554)[a]**

Table. Cognitive Functioning Scores Across Social Media Time Trajectories (Ages 9-13 Years) in the Adolescent Brain Cognitive Development Study (N = 6554)[a]

| | Social media time trajectory | | | | |
|---|---|---|---|---|---|
| | No or very low use, unadjusted mean (SD) | Low increasing, unadjusted mean (SD) | | High increasing, unadjusted mean (SD) | |
| Flanker test | 97.6 (14.2) | 95.4 (14.0) | | 94.3 (14.6) | |
| Oral reading recognition | 103.5 (16.9) | 99.4 (15.9) | | 96.7 (14.1) | |
| Picture sequence memory | 108.2 (16.2) | 104.7 (16.5) | | 100.3 (16.1) | |
| Pattern comparison processing speed | 108.3 (20.8) | 107.8 (20.7) | | 106.9 (21.3) | |
| Picture vocabulary | 106.3 (15.6) | 99.6 (14.6) | | 94.8 (14.4) | |
| Total composite score | 104.8 (10.6) | 101.4 (10.4) | | 98.6 (10.4) | |
| | Adjusted mean (95% CI) | Adjusted mean (95% CI) | | Adjusted mean (95% CI) | |
| Flanker test | 96.9 (96.4 to 97.4) | 96.2 (95.7 to 96.8) | | 96.0 (94.3 to 97.7) | |
| Oral reading recognition | 102.2 (101.8 to 102.7) | 100.8 (100.3 to 101.3) | | 100.5 (99.3 to 101.8) | |
| Picture sequence memory | 107.5 (106.9 to 108.0) | 105.4 (104.8 to 106.1) | | 103.0 (101.1 to 104.8) | |
| Pattern comparison processing speed | 107.7 (107.0 to 108.4) | 108.4 (107.5 to 109.2) | | 109.3 (107.1 to 111.6) | |
| Picture vocabulary | 104.2 (103.8 to 104.6) | 102.1 (101.6 to 102.6) | | 100.3 (98.9 to 101.7) | |
| Total composite score | 103.6 (103.3 to 103.9) | 102.8 (102.4 to 103.1) | | 101.8 (101.0 to 102.7) | |
| | Difference in mean (95% CI) | Difference in mean (95% CI) | P value | Difference in mean (95% CI) | P value |
| Flanker test | [Reference] | −0.67 (−1.45 to 0.11) | .09 | −0.90 (−2.72 to 0.92) | .33 |
| Oral reading recognition | [Reference] | −1.39 (−2.10 to −0.68) | <.001 | −1.68 (−3.08 to −0.28) | .02 |
| Picture sequence memory | [Reference] | −2.03 (−2.91 to −1.15) | <.001 | −4.51 (−6.48 to −2.54) | <.001 |
| Pattern comparison processing speed | [Reference] | 0.65 (−0.48 to 1.78) | .26 | 1.61 (−0.75 to 3.98) | .18 |
| Picture vocabulary | [Reference] | −2.09 (−2.78 to −1.41) | <.001 | −3.85 (−5.34 to −2.37) | <.001 |
| Total composite score | [Reference] | −0.85 (−1.30 to −0.40) | <.001 | −1.76 (−2.72 to −0.81) | <.001 |

[a] Sampling weights based on the American Community Survey were used to represent population estimates for unadjusted and adjusted means. Models represent the abbreviated output from the linear regression models with adjustment for age, sex, race and ethnicity, household income, parent education, attention-deficit/hyperactivity symptoms, depression symptoms, respective baseline cognitive score, other screen time, and site location.

311. Briefly, compared to little or no social media use, low and increasing use or high and increasing use was associated with significant differences in oral reading, picure sequence memory, pattern comparison processing speed, and picture vocabulary. Some of these are consistent with what might expect with decreases in attentional capacity or exectuive function consistent with Section IX.F.

### H. Cyberbullying and Risky Behaviors

312. Many studies connect social media use to an increase in cyberbullying and risky behaviors. These behaviors impact the school environment. “Risky behaviors” can include drug or alcohol use, sexting, high risk sexual encounters, weapon carrying, or violence perpetration. Cyberbullying includes sending hurtful messages, spreading gossip about others, and getting

others to disclose private information that is then shared online.[251] It is recognized in the medical and scientific community that these behaviors tend to occur among peers from school. This necessitates the need for schools to address cyberbullying, notwithstanding the difficulties in doing so.

313. The mechanism driving an increased risk in risky behaviors with social media use can be explained by examining Social Cognitive Theory, or SCT. Dr Albert Bandura (1925-2021) was a world-renowned professor of social science and psychology at Stanford University who originated SCT, a psychological theory that explains how people learn by observing others, emphasizing the dynamic interaction between a person's thoughts, behaviors, and their environment, with a key concept being "reciprocal determinism" where these factors continuously influence each other. Essentially, SCT posits that people learn not just through direct experience but also by watching and imitating others, with their own cognitive processes playing a significant role in how they interpret and apply what they observe.

314. In his early, pioneering work, Dr. Bandura demonstrated through a series of experiments that children would imitate novel behaviors—even unusual or violent ones—if they saw them modeled and they were even more likely to imitate them if they were performed by people or characters (including cartoons) the children respected.

315. SCT informs behaviors at all ages but younger people, especially those without fully developed pre-frontal cortices, are more prone to its effects. Adolescents are especially developmentally suspectable to behavioral suggestions as they seek to differentiate their emerging “adult” identity from their childhood one, to adapt behaviors that they perceive as “cool,” popular, or desirable, but lack the self-control to limit the impulse to take undue risk. SM provides copious opportunities for pre-teens, teens, and emerging adults to emulate behaviors – good and bad. Notably, SM companies are eager to take credit for the spread of virtuous behaviors via their platforms (e.g. the Ice Bucket Challenge for ALS research) but equally eager to distance themselves from the pernicious ones (e.g. Blue Whale Challenge as a suicide pact).

---

[251] Nagata JM, Wong JH, Kim KE, et al. Social Media Use Trajectories and Cognitive Performance in Adolescents. *JAMA*. 2025;334(21):1948-1950. doi:10.1001/jama.2025.16613

But the mechanism is the same for both; they are, if you will, two sides of the same Bandurian SCT coin.

316. A metanalyses of 27 cross sectional studies examining the association between self-reported risky behaviors and self-reported social media use found a small to medium effect size (.21) (see below for summary table).[252] The modest effect size should be interpreted as conservative because the predictor variable was *overall* social media use and the key driver would be the content viewed (e.g. content depicting risky behavior) which was not collected. Further, the effect is likely to be greater among adolescent boys given their predisposition, but data were not stratified by gender.

**Figure 60: Forest Plot for the Association Between Social Media Use and Risky Behaviors[253]**

**Forest Plot for the Association between Social Media Use and Risky Behaviors**

| Study name | Correlation | Lower limit | Upper limit | Z-Value | p-Value |
|---|---|---|---|---|---|
| Baker & Pelfry (2016) | 0.13 | 0.09 | 0.17 | 6.50 | 0.00 |
| Brunborg, Andreas, & Kvaak (2017) | 0.24 | 0.16 | 0.31 | 6.00 | 0.00 |
| Doornward et al. (2014) | 0.17 | 0.11 | 0.22 | 5.67 | 0.00 |
| Gommans et al. (2015) | 0.24 | 0.20 | 0.27 | 12.00 | 0.00 |
| Gregg et al. (2018) | 0.24 | 0.12 | 0.34 | 4.00 | 0.00 |
| Huang et al. (2012) | 0.05 | 0.01 | 0.09 | 2.50 | 0.01 |
| Huang, Soto, Fujimoto, & Valente (2014) | 0.18 | 0.12 | 0.23 | 6.00 | 0.00 |
| Kaufman et al. (2014) | 0.12 | 0.10 | 0.14 | 12.00 | 0.00 |
| Koutamanis, Vossen, & Valkenburg (2015) | 0.58 | 0.53 | 0.63 | 16.75 | 0.00 |
| Landry (2015) | 0.16 | 0.08 | 0.23 | 4.00 | 0.00 |
| Landry, Gonzalez, Wood, & Vyas (2013) | 0.20 | 0.10 | 0.29 | 4.00 | 0.00 |
| Larm, Aslunda, & Nilsson (2017) | 0.28 | 0.25 | 0.32 | 14.50 | 0.00 |
| Macapagal et al. (2018) | 0.24 | 0.10 | 0.36 | 3.43 | 0.00 |
| Merrill (2018) | 0.05 | 0.03 | 0.07 | 5.00 | 0.00 |
| Ohannessian (unpublished) | 0.27 | 0.06 | 0.46 | 2.55 | 0.01 |
| Ohannessian & Vannucci (unpublished) | 0.23 | 0.17 | 0.28 | 7.67 | 0.00 |
| Nesi & Prinstein (2018) | 0.14 | 0.06 | 0.21 | 3.50 | 0.00 |
| Nesi, Rothenberg, Hussong, & Jackson (2017) | 0.02 | -0.06 | 0.10 | 0.50 | 0.62 |
| Pegg, O'Donnell, Lala, & Barber (2018) | 0.23 | 0.15 | 0.30 | 5.75 | 0.00 |
| Romo et al. (2017) | 0.27 | 0.16 | 0.38 | 4.67 | 0.00 |
| Sampasa-Kanyinga & Chaput (2016) | 0.39 | 0.37 | 0.40 | 41.00 | 0.00 |
| Self-Brown et al. (2018) | 0.11 | 0.03 | 0.19 | 2.75 | 0.01 |
| Spilkova, Chomynova, & Csemy (2017) | 0.14 | 0.12 | 0.16 | 14.00 | 0.00 |
| Stevens et al. (2017) | 0.26 | 0.15 | 0.37 | 4.50 | 0.00 |
| Tsitsika et al. (2014) | 0.22 | 0.20 | 0.24 | 22.00 | 0.00 |
| van Oosten & van den Bosch (2017) | 0.12 | 0.06 | 0.18 | 4.00 | 0.00 |
| Whiteley et al. (2011) | 0.31 | 0.26 | 0.36 | 10.67 | 0.00 |
| | 0.21 | 0.16 | 0.25 | 8.23 | 0.00 |




[252] Vannucci A, Simpson EG, Gagnon S, Ohannessian CM. Social media use and risky behaviors in adolescents: A meta-analysis. *Journal of Adolescence*. 2020/02/01/ 2020;79:258-274. doi:https://doi.org/10.1016/j.adolescence.2020.01.014

[253] *Ibid*.

317. "Risky behaviors" in the context of this study were defined as drug or alcohol use, sexting, high risk sexual encounters, weapon carrying, or violence perpetration. These are the most common adolescent risk behaviors but the mechanism underlying undertaking them is the same as that for other less common "risky behaviors" (i.e. subway surfing).

318. This metanalytic summary is not without limitations, most notably that the studies were all cross-sectional so causality cannot be proven; and it could be that risk taking adolescents also seek risk taking posts online. There was also significant heterogeneity among studies, making combining the results questionable and conservative.

319. Longitudinal studies of SM exposure to risky behavior and subsequent risk taking are limited but there are ample studies of other media exposures (e.g. tobacco and alcohol use and in movies and advertising) and subsequent drinking and smoking.[254] Bridge *et al* demonstrated the increased risk of committing suicide after viewing suicidal content.[255] Mechanistically, social media effectively magnifies these effects. Traditional exposure to tobacco and alcohol use or suicide is both limited and controllable (e.g. movie ratings) but SM exposure is algorithmically amplified and potentially available at every hour of the day and night.

320. Finally, a metanalytic summary of 29 studies examined the effects of exposure to tobacco on social networking sites and subsequent smoking.[256] In the figure below which includes both cross-sectional and longitudinal studies, exposure to tobacco use on SMs was associated with a 1.5 to 2.4 increased risk of smoking (depending on how it was defined) and even when the analysis was restricted to longitudinal studies the risk remained 1.5 times higher (data not shown).

[254] Donaldson SI, Dormanesh A, Perez C, Majmundar A, Allem JP. Association Between Exposure to Tobacco Content on Social Media and Tobacco Use: A Systematic Review and Meta-analysis. *JAMA Pediatr*. Sep 1 2022;176(9):878-885. doi:10.1001/jamapediatrics.2022.2223.

[255] Bridge JA, Greenhouse JB, Ruch D, et al. Association Between the Release of Netflix's 13 Reasons Why and Suicide Rates in the United States: An Interrupted Time Series Analysis. *J Am Acad Child Adolesc Psychiatry*. Feb 2020;59(2):236-243. doi:10.1016/j.jaac.2019.04.020.

[256] *Supra* note 258.

**Figure 61: Forest Plot of 3-Level Meta-analysis for Exposure to Tobacco Content on Social Media and Lifetime Tobacco Use, Including e-Cigarettes, Cigarettes, and Other Tobacco Use**[138]

| Study | Effect size | Odds ratio (95% CI) | Relative weight, % |
|---|---|---|---|
| Lifetime e-cigarette use | | | |
| Donaldson et al,[54] 2022 | 2 | 0.92 (0.58-1.45) | 5.4 |
| Camenga et al,[49] 2018 | 3 | 1.23 (0.82-1.84) | 2.4 |
| Camenga et al,[49] 2018 | 4 | 1.28 (0.53-3.09) | 1.4 |
| Camenga et al,[49] 2018 | 2 | 1.30 (0.54-3.13) | 1.4 |
| Hébert et al,[16] 2017 | 10 | 1.87 (0.88-3.98) | 1.6 |
| Camenga et al,[49] 2018 | 1 | 2.20 (1.37-3.53) | 2.2 |
| Hébert et al,[16] 2017 | 4 | 2.25 (1.64-3.09) | 2.6 |
| Choi,[52] 2016 | 6 | 2.69 (2.18-3.32) | 2.5 |
| Majmundar et al,[59] 2021 | 2 | 2.81 (1.72-4.59) | 5.3 |
| Sawdey et al,[64] 2017 | 1 | 3.94 (1.94-8.00) | 3.1 |
| Sawdey et al,[64] 2017 | 2 | 4.00 (1.94-8.25) | 3.1 |
| Amin et al,[47] 2020 | 1 | 5.04 (2.23-11.41) | 3.0 |
| Amin et al,[47] 2020 | 3 | 5.87 (2.61-13.21) | 3.0 |
| Random-effects model | | 2.38 (1.57-3.61) | 36.9 |
| Heterogeneity: $I^2$ = 73%; $\tau^2$ = 0.2750; $P$ < .001 | | | |
| Lifetime cigarette use | | | |
| Septiono et al,[65] 2021 | 3 | 0.83 (0.70-0.98) | 2.0 |
| Dunlop et al,[55] 2016 | 2 | 0.94 (0.75-1.18) | 5.8 |
| Coreas et al,[53] 2021 | 1 | 1.20 (1.01-1.42) | 5.9 |
| Hébert et al,[16] 2017 | 3 | 1.26 (0.71-2.24) | 2.0 |
| Hébert et al,[16] 2017 | 9 | 1.38 (0.49-3.88) | 1.1 |
| Septiono et al,[65] 2021 | 5 | 1.60 (1.35-1.90) | 2.0 |
| Septiono et al,[65] 2021 | 1 | 1.62 (1.36-1.92) | 2.0 |
| Septiono et al,[65] 2021 | 4 | 1.67 (1.42-1.96) | 2.0 |
| Majmundar et al,[58] 2019 | 1 | 1.72 (0.95-3.12) | 3.2 |
| Choi,[52] 2016 | 2 | 2.21 (1.90-2.57) | 2.6 |
| Bauhoff et al,[48] 2017 | 1 | 2.37 (1.39-4.04) | 5.2 |
| Random-effects model | | 1.44 (1.16-1.78) | 33.7 |
| Heterogeneity: $I^2$ = 90%; $\tau^2$ = 0.0970; $P$ < .001 | | | |
| Lifetime other tobacco use | | | |
| Majmundar et al,[58] 2019 | 3 | 0.82 (0.27-2.45) | 1.7 |
| Majmundar et al,[58] 2019 | 4 | 1.26 (0.37-4.33) | 1.5 |
| Soneji et al,[40,41,42] 2018 and 2019 | 1 | 1.28 (0.98-1.67) | 5.7 |
| Cavazos-Rehg et al,[50] 2014 | 1 | 2.00 (1.72-2.33) | 5.9 |
| Choi,[52] 2016 | 4 | 2.20 (1.88-2.58) | 2.5 |
| Roby et al,[63] 2020 | 5 | 3.10 (1.50-6.41) | 1.2 |
| Roby et al,[63] 2020 | 1 | 4.11 (2.87-5.88) | 1.7 |
| Roby et al,[63] 2020 | 3 | 5.17 (3.59-7.45) | 1.7 |
| Soneji et al,[66] 2019 | 1 | 10.09 (4.02-25.34) | 4.2 |
| Roby et al,[63] 2020 | 2 | 18.23 (11.90-27.93) | 1.6 |
| Roby et al,[63] 2020 | 4 | 21.27 (13.75-32.90) | 1.6 |
| Random-effects model | | 2.92 (1.31-6.49) | 29.4 |
| Heterogeneity: $I^2$ = 96%; $\tau^2$ = 1.0875; $P$ < .001 | | | |
| Random-effects model | | 2.18 (1.54-3.08) | 100 |
| Heterogeneity: $I^2$ = 94%; $\tau^2$ = 0.5228; $P$ < .001 | | | |




321. In summary, it is my opinion that to a reasonable degree of medical and scientific certainty, social media via the algorithms it developed and deployed and addictive design increases the risk of both risky behaviors and cyberbullying. These effects impact the school environment, as these issues tend to arise between classmates.

### I. Unwanted Interactions from Adults

322. As discussed extensively in Section V above, children are uniquely vulnerable by virtue of both brain and social development, and social media is a largely unregulated

environment that can pose unique dangers that exploit these vulnerabilities. When children are being constantly pulled back online by the addictive features of social media, it's more likely that they will experience unwanted interactions with adults especially if the algorithms have already begun to target them. This is even more harmful when one considers that children are being targeted in a forum in which their ability to access crucial in-person support is limited.

## X. RESPONDING TO SELECTED HIGH PROFILE DISSENTING STUDIES

323. As discussed in sections above, this declaration prioritizes systematic reviews and metanalyses (the top of the pyramid in Figure 1) over individual studies and experimental or longitudinal studies over cross-sectional ones. It does so because of the sheer volume of studies, the heterogeneity of methods and populations, and the at times conflicting results. That said, several individual studies because of their size, scope, or novelty have garnered considerable attention in both the press and in academic circles and present arguments that countervail my findings. I will selectively review a few of them here and place them into the larger context of the declaration.

### A. Orben and Przybylski (2019)[257]

324. Briefly, this paper used three large existing publicly available data sets, Monitoring the Future (MTF), Youth Risk and Behavior Survey (YRBS) and the Millenium Cohort Study (MCS) to look at the associations between a number of variables including "technology use" and wellbeing. Technology use was defined based on existing variables within each database but included summations of "TV use," "mobile phone use," "electronic device use," "computer use," and "internet use," among others. They found that although there were small, negative associations between "technology use" and diminished wellbeing, the size of the association was smaller than other observed variables including substance use, bullying, sleep, fruit consumption, and about the same size as eating "potatoes." In that context, they conclude

[257] Orben A, Przybylski AK. The association between adolescent well-being and digital technology use. *Nat Hum Behav*. Feb 2019;3(2):173-182. doi:10.1038/s41562-018-0506-1

that "the outsized weight given to digital screen time in the scientific and public discourse might not be merited."[258]

325. There are several notable limitations of the analyses, some of which the authors themselves acknowledge:

326. First, the study is cross-sectional and accordingly cannot draw causal inferences. Second, the measure of technology use is heterogenous, blunt, and dated. For example, "computer use" includes doing homework or video chatting—neither of which have been implicated, either theoretically or empirically, in wellbeing effects. Mobile phone use (the term itself is dated) includes talking on the phone, which again is not viewed as being harmful. Including variables that are unlikely to have associations, dilutes variables that do or might and biases findings towards the null.

327. Third, all of these measures relied on self-report of media usage which correlates only weakly to moderately (r=.38) with actual usage.[259]

328. Fourth, some of the studies collected data from as far back as 2007 which explains why the surveys included questions about "cell phones" instead of "smartphones," and "television" which is no longer a predominate media type. The media landscape has evolved considerably since then. In fact, teen usage of Facebook peaked in 2014-15—a full 17 years after initial data collection.

329. Fifth, they treat mediators as confounders in their analyses. As previously noted, a mediator is in the causal pathway and should not be adjusted for, but rather examined, as a means of explaining a mechanism that links an exposure to an outcome (having a high paying job in the previous mentioned example linking college with subsequent wealth). Orben and Przybylski adjust for such things as negative attitudes towards school and time spent with parents (among other things). These could very plausibly be in the causal pathway between time on SM and wellbeing. In fact, Kelly et al., using one of the same databases that Orben used, the Millennial

[258] *Ibid*.
[259] *Ibid*.

Cohort Study, looked at social media use and subsequent depression and found starkly different results. Their primary findings are presented in below extracted from their paper.[260]

**Figure 62: Summary of Multivariable Regressions of Depressive Symptom Scores by Social Media Use[141]**

Multivariable regressions, depressive symptom scores by social media use.

| | Model 0 (M0) | | Model 1: M0 + online harassment | | Model 2: M0 + sleep | | Model 3: M0 + self-esteem | | Model 4: M0 + body image | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Social media use in hours/weekday | | | | | | | | | |
| Panel A: girls (n = 5496) | | | | | | | | | | |
| None | 0.74*** | (0.62 to 0.89) | 0.84* | (0.71 to 0.99) | 0.87 | (0.74 to 1.02) | 0.77** | (0.65 to 0.91) | 0.88 | (0.76 to 1.01) |
| <1 h | 0.88** | (0.80 to 0.96) | 0.94 | (0.86 to 1.02) | 0.93 | (0.86 to 1.00) | 0.87*** | (0.80 to 0.95) | 0.96 | (0.89 to 1.03) |
| 1 to <3 h (ref) | | | | | | | | | | |
| 3 to <5 h | 1.26*** | (1.15 to 1.37) | 1.17*** | (1.08 to 1.26) | 1.18*** | (1.09 to 1.28) | 1.20*** | (1.10 to 1.30) | 1.17*** | (1.08 to 1.26) |
| >5 h | 1.50*** | (1.39 to 1.62) | 1.30*** | (1.21 to 1.40) | 1.28*** | (1.19 to 1.38) | 1.26*** | (1.17 to 1.35) | 1.30*** | (1.21 to 1.40) |
| Wald test, F(4,387) | 48 | P < 0.00005 | 21 | P < 0.00005 | 22 | P < 0.00005 | 31 | P < 0.00005 | 21 | P < 0.00005 |
| Panel B: boys (n = 5408) | | | | | | | | | | |
| None | 1.01 | (0.91 to 1.11) | 1.11* | (1.01 to 1.23) | 1.06 | (0.97 to 1.16) | 0.98 | (0.89 to 1.08) | 1.10* | (1.01 to 1.20) |
| <1 h | 0.99 | (0.92 to 1.07) | 1.03 | (0.95 to 1.11) | 1.01 | (0.94 to 1.09) | 0.99 | (0.92 to 1.07) | 1.01 | (0.94 to 1.09) |
| 1 to <3 h (ref) | | | | | | | | | | |
| 3 to <5 h | 1.21*** | (1.08 to 1.35) | 1.16** | (1.04 to 1.30) | 1.15* | (1.03 to 1.27) | 1.18** | (1.06 to 1.32) | 1.17** | (1.05 to 1.31) |
| >5 h | 1.35*** | (1.23 to 1.50) | 1.27*** | (1.15 to 1.39) | 1.21** | (1.10 to 1.34) | 1.31*** | (1.18 to 1.44) | 1.30*** | (1.19 to 1.42) |
| Wald test, F(4,387) | 13 | P < 0.00005 | 8 | P < 0.00005 | 5 | P = 0007 | 11 | P < 0.00005 | 10 | P < 0.00005 |

Notes: All regressions adjust for covariates: family income and structure at age 14, internalising scores at age 11, and age and are weighted with sample weights. Confidence intervals are in parentheses. Sample sizes are unweighted. Regression coefficients have been exponentiated to aid interpretation.

* p < 0.05.
** p < 0.01.
*** p < 0.001.

330. In their analysis, using 1-3 hours of usage at baseline as a comparator (Model 0 above), increased social media usage (3 to <5 and > 5 hours per day) was associated with a 21-50% increased risk of subsequent depression (red squares). Models 1-4 go on to explore the *mechanisms* (sleep, self-esteem, and body image) that might explain this association by adding *mediators* to see if they are significant. They are, as seen in the blue squares in the figure above. Adding "online harassment" (Model 1); "sleep" (Model 2); "self-esteem" (Model 3) and "body image" (Model 4) all attenuated the odds of increased media's association with depression. In statistical terms, as we explored in section earlier, this means they are in the causal pathway: social media use's association with depressive symptoms goes *through* each of them. Finally, the technology exposure variable was only measured as duration without respect to content (including SM in particular).

[260] Kelly Y, Zilanawala A, Booker C, Sacker A. Social Media Use and Adolescent Mental Health: Findings From the UK Millennium Cohort Study. *EClinicalMedicine*. Dec 2018;6:59-68. doi:10.1016/j.eclinm.2018.12.005

### B. Ferguson (2024)[261]

331. This meta-analysis of social media's effects on mental health concluded that "*meta-analytic evidence for causal effects was statistically no different than zero.*" This meta-analysis claimed to synthesize the existing experimental data linking (or failing to link) SM usage and mental health. Several things stood out as I read that meta-analysis. First, it had a single author. While not in and of itself dispositive, single authorship is unusual in today's days of "team science" and especially unusual for systematic reviews and meta-analysis where subjective assessment of content is part of the adjudication process. In fact, most guidelines for how to conduct and publish systematic reviews discuss how consensus should be achieved and reported when authors disagree about relevance, findings, etc. Indeed, the ROBIS criteria, widely accepted as one of the sources of best practices state: "To minimize the potential for bias and errors in these processes, titles and abstracts should be screened independently by at least two reviewers and full-text inclusion assessment should involve at least two reviewers (either independently or with one performing the assessment and the second checking the decision)."[262] Second, the author simply reports that 27 studies were identified as meeting criteria but does not provide a diagram of how many studies the search strategy yielded and how many studies were excluded for what reasons, as is customary or systematic review. Third, there was considerable heterogeneity both in terms of approaches, outcomes, and duration in the included studies. Following best practices, heterogeneity is assessed *prior* to any summary estimate, and where it is too great, either statistically or conceptually, summary estimates are not generated. This was not done here although the author notes in the discussion that the summary estimate "*masks considerable heterogeneity between studies.*"

332. My concerns with this particular meta-analysis led me to conduct a deeper dive into it and unsurprisingly I found, given its contentiousness, that there was considerable

---

[261] Ferguson CJ. Do social media experiments prove a link with mental health: A methodological and meta-analytic review. *Psychology of Popular Media*. 2024:No Pagination Specified-No Pagination Specified. doi:10.1037/ppm0000541

[262] Whiting P, Savović J, Higgins JP, et al. ROBIS: A new tool to assess risk of bias in systematic reviews was developed. *J Clin Epidemiol*. Jan 2016;69:225-34. doi:10.1016/j.jclinepi.2015.06.005

conversation in the scientific "twitter sphere" especially since it ran counter to the prevailing scientific and public consensus about the role SM may play in mental health outcomes. Many scientists criticized its findings including David Stein, whose Substack post on it begins:

> Ferguson published a 'review' that repeatedly but falsely implied that the experiments revealed there were no benecial [sic] impacts of SM time reductions on depression and anxiety. Ferguson misdirects the public in this manner persistently within his review, and even the title as well as the Keywords: social media, mental health, depression, anxiety information displayed at start of the review do mislead the public to think the review is about impacts on genuine MH disorders like depression and anxiety.[263]

333. Stein goes on to point out multiple errors of omission (missing studies) and commission (incorrect methodologies applied, wrong effect sizes with opposite signage used, inclusion of studies that do not measure mental health etc.) and concludes: "In short, Ferguson's paper stands and falls on de facto censorship of evidence."

334. Both Stein and Thrule go on to reanalyze the data and reach the *opposite* conclusion of Ferguson. I found a pre-print of Thrule's analysis online and inquired it if it had been peer- reviewed and published yet.[264] Here is the reply I received to an email I sent (Nov 13, 2024).

> *Hi Dimitri,*
>
> *Thanks for your note. The re-analysis is already in press at Psychology of Popular Media, the same journal that published the Ferguson meta-analysis in the first place. I submitted corrected proofs a couple of weeks ago, so hopefully it will be online soon. I think they are waiting to get a response from Chris Ferguson to publish the re-analysis and his response together.*
>
> *Thanks,*
> *Johannes*

335. In particular, the author of this re-analysis found that duration of abstinence from social media matters. This is not surprising. Short term outcomes during a period of abstinence

---

[263] https://shoresofacademia.substack.com?utmsource=navbar&utmmedium=web

[264] Thrul J, Devkota J, AlJuboori D, Regan T, Alomairah S, Vidal C. Social Media Reduction or Abstinence Interventions Are Providing Mental Health Benefits-Reanalysis of a Published Meta-Analysis. Psychol Pop Media. 2025;14(2):207-209. doi:10.1037/ppm0000574.

might be worse as someone is going through "active withdrawal" from an addiction. In fact, Thrule et. al. report that: "Stratified analyses indicated that interventions of less than 1 week resulted in significantly worse mental health outcomes (d=-0.168, SE=0.058, p=.004), while interventions of 1 week or longer resulted in significant improvements (d=0.169, SE=0.065, p=.01)."[265] These findings are entirely consistent with what one would expect if studying abstention amongst people with an addiction. In effect then, this metanalysis, despite its conclusion, does more to *affirm* SM addiction than the *refute* it.

336. In spite of its many and considerable limitations—enough that it should not be taken seriously—Ferguson's study results are summarized below.

**Figure 62: Meta-Analytic Results of Social Media and Mental Health Outcomes**[266]

**Table 1**
*Meta-Analytic Results of Social Media and Mental Health Outcomes*

| Random-effects model ($k = 27$) | | | | |
|---|---|---|---|---|
| Estimate ($d$) | $Z$ | $p$ | CI lower bound | CI upper bound |
| 0.088 | 1.63 | .104 | −0.018 | 0.197 |

| Heterogeneity statistics | | | | | | |
|---|---|---|---|---|---|---|
| Tau | Tau$^2$ | $I^2$ | $H^2$ | $df$ | $Q$ | $p$ |
| 0.114 | 0.013 ($SE = 0.0053$) | 75.2% | 4.025 | 26.000 | 91.64 | <.001 |

*Note.* Tau$^2$ estimator: maximum-likelihood. For the purposes of analysis in jamovi, values $d$ were converted to $r$ and then converted back again. CI = confidence interval.

337. His "flawed" summary estimate of the effect size .088 (small by accepted standards) and his p. value is .10 which is technically "statistically" insignificant. Recall two things we discussed earlier in this report. First, a p- value of .10 means that there is a 10% chance that the result is spurious (ie a 90% chance it is the truth). Second, even effect sizes of this magnitude can have large population effects at scale. Ferguson subsequently "amended" and corrected this meta-analysis allegedly in response to these critiques but did not redress them.

[265] Thrul J, Devkota J, AlJuboori D, Regan T, Alomairah S, Vidal C. Social media reduction or abstinence interventions are providing mental health benefits – reanalysis of a published meta-analysis. *Psychology of Popular Media*. In press

[266] Supra note 265.

**C. Ferguson, Kaye, Branley-Bell, Markey (2025)[267]**

338. The considerable flaws, missteps, and overstatement in the metanalysis by Ferguson discussed above are enough to call into question his credibility and other papers he has worked on, all of which have been heavily criticized.

339. I'll begin my critique of this paper by making a table of the 30 systematic reviews and metanalyses cited in this report. They were selected based on the criteria listed in section IV.B. I have highlighted the title of this Ferguson one in light blue below:

| |
|---|
| Do social media experiments prove a link with mental health: A methodological and meta-analytic review. |
| Alcohol use and risk of suicide: a systematic review and Meta-analysis |
| Exposure and Risks of Ischemic Heart Disease and Stroke Events: Review and Meta-Analysis |
| Cyberbullying Perpetration and Victimization in Youth: A Meta-Analysis of Longitudinal Studies. |
| Are active and passive social media use related to mental health, wellbeing, and social support outcomes? A meta-analysis of 141 studies. |
| Interplay between social media use, sleep quality, and mental health in youth: A systematic review. |
| Association Between Daily Alcohol Intake and Risk of All-Cause Mortality: A Systematic Review and Meta-analyses |
| Prevalence of social media addiction across 32 nations: Meta-analysis with subgroup analysis of classification schemes and cultural values. |
| Psychometric Properties of Screening Instruments for Social Network Use Disorder in Children and Adolescents: A Systematic Review |
| Problematic Social Media Use in Adolescents and Young Adults: Systematic Review and Meta-analysis |
| Media and Depression Symptoms: a Meta-Analysis. |
| Fear of missing out (FOMO) and internet use: A comprehensive systematic review and meta-analysis |
| Fear of missing out and social networking sites use and abuse: A meta-analysis |
| Prevalence of body dysmorphic disorder: A systematic review and meta-analysis. |
| The Relationship Between SNS Usage and Disordered Eating Behaviors: A Meta-Analysis. |
| The use of social networking sites, body image dissatisfaction, and body dysmorphic disorder: A systematic review of psychological research. |
| A Meta-Analysis of the Effects of Social Media Exposure to Upward Comparison Targets on Self-Evaluations and Emotions. |

[267] Ferguson CJ, Kaye LK, Branley-Bell D, Markey P. There is no evidence that time spent on social media is correlated with adolescent mental health problems: Findings from a meta-analysis. *Professional Psychology: Research and Practice*. 2025;56(1):73-83. doi:10.1037/pro0000589.

| |
|---|
| The role of the media in body image concerns among women: a meta-analysis of experimental and correlational studies. |
| How the exposure to beauty ideals on social networking sites influences body image: A systematic review of experimental studies. |
| A meta-analytic review of the relationship between social media use and body image disturbance |
| The role of media literacy in body dissatisfaction and disordered eating: A systematic review. |
| A scoping review to investigate the association between social media, body image and eating disorders amongst young people. |
| Problematic usage of the internet and eating disorder and related psychopathology: A multifaceted, systematic review and meta-analysis. |
| "Using digital media or sleeping … that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence[95] |
| Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. |
| School Start Times, Sleep, Behavioral, Health, and Academic Outcomes: A Review of the Literature |
| Effects of school start time on students' sleep duration, daytime sleepiness, and attendance: a meta-analysis |
| The use of wearable technology to measure and support abilities, disabilities and functional skills in autistic youth: a scoping review |
| The relationship between screen time and mental health in young people: A systematic review of longitudinal studies |
| Impacts of digital social media detox for mental health: A systematic review and meta-analysis |
| Self-injurious thoughts and behaviors as risk factors for future suicide ideation, attempts, and death: a meta-analysis of longitudinal studies |
| Association between suicide reporting in the media and suicide: systematic review and meta-analysis |
| Social media use and self-injurious thoughts and behaviors: A systematic review and meta-analysis |
| Prevalence estimates and nature of online child sexual exploitation and abuse: a systematic review and meta-analysis |
| Longitudinal associations between digital media use and ADHD symptoms in children and adolescents: a systematic literature review |
| A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. |
| There is no evidence that time spent on social media is correlated with adolescent mental health problems: Findings from a meta-analysis |

340. A casual read will notice a salient difference in the titles. Some pose questions; many are entirely descriptive; only one is definitively declarative, and negatively so at that. In scientific settings, proving a negative is exceedingly difficult to do as it requires ruling out all possibilities (viz “There are no black swans”). Even the reviews above that *do* find significant associations are more circumspect in their titles. Ferguson’s title is definitive and polemical. Ironically in the introduction to his paper, he states, “Specifically concerning academic debate, the issue of social media use and mental health remains polarized.” And later in the introduction he cites multiple methodological issues with the existing literature including reliance on self-report, absence of content etc. Yet he then goes on to summarize and synthesize those same studies and concludes that there is no evidence. As such, his title is incendiary and designed to draw attention, rather than accurately convey the current state of science. What is more, his own results—using “flawed” and “limited” studies—report the following:

**Figure 64: Meta-Analytic Results of Social Media and Mental Health Outcomes**[268]

*Meta-analytic Results of Social Media and Mental Health Outcomes*

| Effect size | *k* | β | 95% CI | Homogeneity test | $I^2$ | τ | Publication bias? |
|---|---|---|---|---|---|---|---|
| All studies | 79 | .061 | [.047, .075] | $X^2(78) = 4404.45, p < .001$ | 98.8 | .055 | No |
| Biological sex | | | | | | | |
| Male | 27 | .044 | [.025, .062] | $X^2(26) = 164.79, p < .001$ | 94.7 | .040 | No |
| Female | | 29 .075 | [.050, .101] | $X^2(28) = 388.10, p < .001$ | 97.9 | .063 | No |
| Study type | | | | | | | |
| Correlational | 48 | .072 | [.05, .090] | $X^2(47) = 4167.83, p < .001$ | 99.3 | .057 | No |
| Longitudinal | 30 | .044 | [.023, .066] | $X^2(29) = 169.54, p < .001$ | 83.6 | .049 | No |
| Data set | | | | | | | |
| Bespoke | 21 | .044 | [.012, .070] | $X^2(12) = 167.61, p < .001$ | 89.2 | .046 | No |
| National survey | 53 | .067 | [.050, .084] | $X^2(52) = 99.21, p < .001$ | 99.2 | .058 | Yes |
| Dissertation | 5 | .045 | [.016, .074] | $X^2(4) = 1.81, p = .770$ | 57.2 | 0 | No |

*Note.* $k$ = number of studies; β = pooled effect size estimate; CI = confidence interval; $I^2$ = heterogeneity statistic.

341. As demonstrated in the red box above, all of his results do in fact show a significant, albeit small, correlation between social media and health outcomes. Given the imprecision of the data, those findings alone could be interpreted as positive. Perhaps mindful of that, in his discussion, Ferguson states, “Overall, our findings indicate that the current research literature is unable to provide *strong* evidence for a clinically relevant link between time spend on social media and mental health issues in youth.” (*emphasis added*). Finally, it is odd that this meta review does not include some experimental and quasi-experimental studies that provide

[268] Supra note 265.

much stronger evidence of a causal linkage. These same studies were omitted from his prior metanalysis as well.[269] [270][271]

**D. Hancock et al. (2022, last revised 2025)[272]**

342. I had not identified as one to consider including previously because the literature search in it was completed in 2018. Furthermore, it has only, to my knowledge, been "published" on a pre-print server (SSRN) and not in the peer-reviewed literature. Briefly, pre-print servers are a mechanism devised to provide rapid dissemination of findings in an open access platform that allows for commentary. Their intended purpose—and their biggest selling points—are the open and rapid dissemination of new knowledge with an opportunity to incorporate feedback and improve the science prior to peer review which remains the gold standard of quality in biomedical journals. Many papers uploaded to preprint servers are never published in peer reviewed journals at all but the theory is that the eventual submission will be improved by providing a period of open vetting. Experts urge caution in accepting the findings of pre-print servers for exactly this reason. This particular paper was first posted to the server in 2022 and updated in Jan of 2025. It has not, to my knowledge, been published in a journal yet. Nevertheless, I reviewed it.

343. There was considerable heterogeneity in the included studies and so the authors appropriately deployed a random effect model as discussed earlier. In their first analysis they included all 226 studies to look at the association of social media use with overall well-being and found no effect. Next, they looked at two outcomes relevant to this report: anxiety and depression. The forest plots for both are presented below. There are several notable findings. First, visually, if one scans from top to bottom, there is a notable temporal trend towards stronger associations over time and the authors note that for depression in particular, there was a statistically significant trend towards increased effect size. This is especially notable as the final

---

[269] *Ibid*.

[270] Allcott H, Braghieri L, Eichmeyer S, Gentzkow M. The Welfare Effects of Social Media. *American Economic Review*. 2020;110(3):629–76. doi:10.1257/aer.20190658

[271] Allcott H, Gentzkow M, Song L. Digital Addiction. *American Economic Review*. 2022;112(7):2424-63.

[272] Hancock et al. "Psychological Well-Being and Social Media Use: A Meta-Analysis of Associations between Social Media Use and Depression, Anxiety, Loneliness, Eudaimonic, Hedonic and Social Well-Being"

included study was in 2015. There are many possible explanations for this including the evolution of SM algorithms and usage patterns over time. Second, the overall effect sizes, which the authors characterize as "small" are .13 and .12 for depression and anxiety respectively. Both effects were statistically significant and consistent with quasi-experimental and experimental studies referenced previously in this report.

**Figure 65: Depression**[273]




[273] National Academies of Sciences E, Medicine. *Social Media and Adolescent Health*. The National Academies Press; 2024:274.

**Figure 65: Anxiety**[274]




**Orben (2020)**[275]

344. This short review article by a noted skeptic of the association between SM and adverse effects concludes that the field is "dominated by many cross-sectional studies" and the overall effect sizes are negative "but very small." This review neglects that there are longitudinal studies and even some quasi-experimental studies that find significant effects that even when small, have significant public health implications at scale as well as the fact that there are subgroups for whom the effects are even larger.

**E. NASEM Report**[276]

345. The National Academy of Medicine is a highly respected independent body of scientists which, among other things, commissions and publishes reports on important medical topics. I have served as a panelist on such reports, and for 6 years was a member of their Board of Children Youth and Families. In general, I have tremendous respect for the institution and the

[274] Hancock et al. "Psychological Well-Being and Social Media Use: A Meta-Analysis of Associations between Social Media Use and Depression, Anxiety, Loneliness, Eudaimonic, Hedonic and Social Well-Being"

[274] Allem JP. Social Media and Adolescent Health. *Am J Public Health*. Oct 2024;114(10):980-982. doi:10.2105/ajph.2024.30778

[275] Orben A. Teenagers, screens and social media: a narrative review of reviews and key studies. *Social Psychiatry and Psychiatric Epidemiology*. 2020/04/01 2020;55(4):407-414. doi:10.1007/s00127-019-01825-4

[276] National Academies of Sciences E, Medicine. *Social Media and Adolescent Health*. The National Academies Press; 2024:274.

work they do. That said, there are several notable things that negatively impact the methodology and findings of this report.

a. Lack of relevant expertise on the committee. The National Academy Handbook on committee selection states, "Committee members are chosen based on their knowledge and experience in the various aspects of the topics to be investigated."[277] Of the 10 members of the panel, only 2 have actively researched social media and adolescent mental health. Others have researched related topics including AI and social media, bullying, etc, and some appear to have no relevant research experience at all. There was only one member in a school of Public Health even though the report, and its implications, are squarely grounded in a public health issue.[152]

b. Conflict of Interest. At least two of the panelists have had their research supported by digital media companies. One received an unrestricted gift from Google and the other from Instagram. The NAM policy is that even *research* support from a relevant industry would be disqualifying from serving.

c. The majority of expert reviewers of the report, while established and credible academic scientists, were likewise, by and large, not media researchers and at least one of them espouses a very clear contrarian position about the effects of media on adolescent health. The combination of a paucity of experts on the panel and reviewers with a firmly entrenched position critiquing their work can result in undue influence and effects.

d. When discussing the "positive" effects of social media on adolescent health, panelists relied on the same types of studies as those showing harm which is to say studies that were mostly observational, often cross-sectional, relied on self-reported usage etc. However, none of those limitations were mentioned as

---

[277] Coyne SM, Rogers AA, Zurcher JD, Stockdale L, Booth M. Does time spent using social media impact mental health?: An eight year longitudinal study. *Computers in Human Behavior*. 2020/03/01/ 2020;104:106160. doi:https://doi.org/10.1016/j.chb.2019.106160

problems in that section in the same way they were in the chapter on harms. Furthermore, the section chose to call out one of the longitudinal studies of social media use by Coyne et al.[278] That study did in fact not find significant negative effects of social media usage on adolescent wellbeing. However, although the demographics and sampling frame are not reported in detail in the cited paper, they are from the Flourishing Families Study. Below is a description of how that panel was assembled.

**Figure 67: Description of Sample from Coyne et. al[279]**

> The researchers chose a northern section of Seattle and the Provo area for their data collection. The Seattle sector includes unusual diversity within a relatively small area and also has a low crime rate, offering a safety factor for the students. The Provo area offers the possibility of comparing and contrasting Latter-day Saint families to others. To recruit families, they sent letters of invitation to every family in the area with one or two parents and at least one child in the 10-to 13-year-old age range. From those that responded, they chose a random sample, ending up with 500 families in Seattle and 200 in Provo. The Seattle group "mirrors the north Seattle census statistics," says Day, with a wide range of education levels and financial situations; about 20 percent are families of color. The Provo area families, as expected, are less diverse.

346. And here, from a separate paper using the same sample, is a description of the demographics.[280]

[278] National Academies of Sciences E, Medicine. *Social Media and Adolescent Health*. The National Academies Press; 2024:274.

[279] Coyne SM, Rogers AA, Zurcher JD, Stockdale L, Booth M. Does time spent using social media impact mental health?: An eight year longitudinal study. *Computers in Human Behavior*. 2020/03/01/ 2020;104:106160. doi:https://doi.org/10.1016/j.chb.2019.106160

[280] Padilla-Walker LM, Christensen KJ. Empathy and Self-Regulation as Mediators Between Parenting and Adolescents' Prosocial Behavior Toward Strangers, Friends, and Family. *Journal of Research on Adolescence*. 2011;21(3):545-551. doi:https://doi.org/10.1111/j.1532-7795.2010.00695.x

**Figure 68: Description of Sample from Padilla-Walker et. al.**

At Time 1, participants were 500 (163 single-parent and 337 two-parent) families, 96% of whom had complete data for Time 2 (*N* = 478, 154 single-parent and 324 two-parent families). Regarding ethnicity, 86% of fathers, 75% of mothers, and 69% of children were European American, 6% of fathers, 14% of mothers, and 13% of children were African American, and 8% of fathers, 11% of mothers, and 18% of children were from other ethnic groups or were multiethnic. Seventy percent of fathers and 59% of mothers reported having a bachelor's degree or higher. Average monthly income for fathers was US$6,572 (*SD* = 5,316.46) and for mothers was US$3,538 (*SD* = 8,231.68). Ninety-five percent of fathers and 66% of mothers reported being currently married (never divorced); 10% of mothers were single parents, never been married, 4% were separated, 15% were divorced, 3% were cohabiting, and 2% were widowed.

347. As would be expected given the sampling frame, it is not remotely representative of the US population. Why they singled out that longitudinal study when there are several other larger and more representative ones as well as several experimental deprivation ones is unclear.[281][282][283][284][285]

348. Further, the report goes on to say, "Social media can be valuable to adolescents who otherwise may feel excluded or lack offline support, including patients with rare diseases or disabilities, and those who struggle with obesity or mental illness, or come from marginalized

[281] Kramer ADI, Guillory JE, Hancock JT. Experimental evidence of massive-scale emotional contagion through social networks. *Proceedings of the National Academy of Sciences*. 2014;111(24):8788-8790. doi:doi:10.1073/pnas.1320040111

[282] Braghieri L, Levy Re, Makarin A. Social Media and Mental Health. *American Economic Review*. 2022;112(11):3660–93. doi:10.1257/aer.20211218

[283] Niederkrotenthaler T, Braun M, Pirkis J, et al. Association between suicide reporting in the media and suicide: systematic review and meta-analysis. *BMJ*. 2020;368:m575. doi:10.1136/bmj.m575

[284] Hunt MG, Marx R, Lipson C, Young J. No More FOMO: Limiting Social Media Decreases Loneliness and Depression. *Journal of Social and Clinical Psychology*. 2018;37(10):751-768. doi:10.1521/jscp.2018.37.10.751

[285] Bridge JA, Greenhouse JB, Ruch D, et al. Association Between the Release of Netflix's 13 Reasons Why and Suicide Rates in the United States: An Interrupted Time Series Analysis. *Journal of the American Academy of Child & Adolescent Psychiatry*. 2020/02/01/ 2020;59(2):236-243. doi:10.1016/j.jaac.2019.04.020

groups such as LGBTQ+ young people." For this quote, cite an AAP guideline that I am an author on.[286] That particular statement was based on our opinion and not on any original science (which they fail to cite). Finally, the report states that "At its most extreme end, isolation and related mental health problems can manifest in suicidal thoughts and self-harm. Some evidence indicates that supportive online communities can decrease risks of suicidal ideation and improve wellbeing.[287] That study (authored by a member of the committee) did indeed find benefits, but on Reddit. There are multiple salient differences between Reddit and social media sites including the demography of users, the site's features (generally anonymous, organized by topics rather than individuals, no algorithmic display of content, pictures etc) and of course Reddit is not a defendant in this suit.

## XI. CONCLUSION

349. As a leading expert on the effects of digital media on children—with more than 25 years of experience as a pediatrician, researcher, public health scientist, chief science officer, and journal editor—it is my considered judgment that social media platforms are both contributing to and intensifying harm in millions of children in the United States and globally by disseminating an addictive and unsafe product. Specifically, they are partially responsible for the alarming rise in depression, anxiety, sleep disturbances, body dysmorphia, eating disorders, suicide and self-harm, and school-related difficulties. These effects are widespread, though not evenly distributed. Certain subgroups—those already vulnerable—are disproportionately affected. Tragically, social media algorithms and personalized feeds have amplified this inequity, often identifying and targeting children based on their susceptibility. As a result, children who engage with harmful content—knowingly or not—are frequently shown more of it, due to platform design elements operating without their or their parents' knowledge or consent.

350. It is no surprise—at least not to me—that platforms engineered by some of the brightest computer scientists and behavioral experts in the world, under business models focused on

[286] Reid Chassiakos YL, Radesky J, Christakis D, Moreno MA, Cross C. Children and Adolescents and Digital Media. *Pediatrics*. Nov 2016;138(5)doi:10.1542/peds.2016-2593

[287] De Choudhury M, Kıcıman E. The Language of Social Support in Social Media and its Effect on Suicidal Ideation Risk. *Proc Int AAAI Conf Weblogs Soc Media*. May 2017;2017:32-41.

maximizing user engagement, have proven especially addictive to young users. While some external experts dispute the conclusiveness of the research, in my view—and in that of many scientists in the field—the available evidence, combined with well-established psychological theory, supports a causal link between social media use and adverse outcomes in youth. Critics often highlight that many studies are cross-sectional and that effect sizes are modest. Both points are true. Yet there is also a growing body of longitudinal and experimental research demonstrating harm. Moreover, the principle of differential susceptibility tells us that population averages obscure significant impacts on the most vulnerable—and even small effect sizes, when applied at scale, translate into harm for millions of children.

351. Despite this, the pace of scientific discovery has been slowed—deliberately so—by social media companies' refusal to cooperate with independent researchers. Their own internal documents, some of which have been made public, acknowledge the harms their platforms pose to children. Yet time and again, they have failed to act in the best interest of their youngest users. Instead, they have chosen to roll out features that maximize user engagement. Engaging children and adolescents was not a side effect—it was a growth strategy, pursued aggressively and competitively across the industry.

352. In sum, these platforms were consciously and systematically engineered to maximize engagement and growth—at the direct expense of children's well-being.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February, in Washington DC.

Dimitri Christakis

# EXHIBIT A

# CURRICULUM VITAE
# Dimitri A. Christakis, MD, MPH

## CONTACT INFORMATION

Dimitri A. Christakis, MD, MPH
University of Washington Department of Pediatrics, Division of General Pediatrics
Seattle Children's Research Institute, Center for Child Health, Behavior and Development
1920 Terry Ave.
Seattle, WA 98101
206-884-8237
dachris@u.washington.edu

## 1. PERSONAL DATA

Place of Birth: New Haven, Connecticut, USA

## 2. EDUCATION

| | |
|---|---|
| 1982-1986 | BA, English Literature, *cum laude,* Yale University; New Haven, CT |
| 1988-1993 | MD, University of Pennsylvania, School of Medicine: Philadelphia, PA |
| 1996-1998 | MPH, University of Washington, School of Public Health; Seattle, WA |

## 3. POSTGRADUATE TRAINING

| | |
|---|---|
| 1993-1996 | Resident, Pediatrics, University of Washington/Seattle Children's Hospital; Seattle, WA |
| 1996-1998 | Fellow, Pediatric, Robert Wood Johnson Clinical Scholars Program, University of Washington; Seattle, WA |

## 4. FACULTY POSITIONS HELD

| | |
|---|---|
| 1996-1998 | Acting Instructor, Department of Pediatrics, University of Washington; Seattle, WA |
| 1998-1999 | Acting Assistant Professor, Department of Pediatrics, University of Washington; Seattle, WA |
| 2000-2003 | Adjunct Assistant Professor, Department of Health Services, School of Public Health, University of Washington; Seattle, WA |
| 2000-2003 | Assistant Professor, Department of Pediatrics, University of Washington; Seattle, WA |
| 2003-2006 | Associate Director, Robert Wood Johnson Clinical Scholars Program |
| 2003-2007 | Adjunct Associate Professor, Department of Health Services, School of Public Health, University of Washington; Seattle, WA |
| 2003-2007 | Associate Professor, Department of Pediatrics, University of Washington; Seattle, WA |

| | |
|---|---|
| 2003-2007 | Director, Child Health Institute, Associate Professor, Department of Pediatrics, University of Washington; Seattle, WA |
| 2007-Present | Adjunct Professor, Department of Health Services, School of Public Health, University of Washington; Seattle, WA |
| 2007-Present | Professor, Department of Pediatrics, University of Washington; Seattle, WA |
| 2007-2024 | Director, Center for Child Health, Behavior and Development, Seattle Children's Research Institute; Seattle, WA |
| 2008-Present | George Adkins Professor of Pediatrics University of Washington |
| 2013-Present | Adjunct Professor, Department of Psychiatry, University of Washington; Seattle, WA |
| 2007-present | Adjunct Professor, School of Public Health |

## 5. HOSPITAL POSITIONS HELD

| | |
|---|---|
| 1998-present | Attending Physician Pediatrics, University of Washington, Seattle Children's Hospital; Seattle, WA |

## 6. CURRENT (NON-UW) EMPLOYMENT

Chief Health Officer, *Special Olympics International* (2023-present)
Chief Science Officer, *Children & Screens Institute of Digital Media* (2023-present)
Editor in Chief, *JAMA Pediatrics* (2018-present)
Expert Witness, Social Media Litigation (10/23-present)

## 7. HONORS

| | |
|---|---|
| 1986 | Graduated with distinction in major field of study, Yale University |
| 1986 | Cum Laude, Yale University |
| 1992 | Nicholas Padis Memorial Prize for graduate academic excellence, University of Pennsylvania |
| 2010 | Academic Pediatric Association, Research Award for Lifetime Contribution |
| 2018 | Elected Member Washington State Academy of Sciences |

## 8. BOARD CERTIFICATION

| | |
|---|---|
| 1994-present | Certified, American Board of Pediatrics, General Pediatrics |
| 1994-present | Diplomate, National Board of Medical Examiners, Number 412061 |

## 9. CURRENT STATE LICENSE

| | |
|---|---|
| 1993-Present | State of Washington Medical License: Number MD00032924 |

## 10. DIVERSITY, EQUITY AND INCLUSION ACTIVITIES (optional)

Please see other sections for a comprehensive list of my DEI-related committees, activities, publications, and grants.

## 11. PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 1993-present | American Academy of Pediatrics |
| 1995-present | Ambulatory Pediatrics Association |
| 2002-2015 | Society for Pediatric Research |
| 2006-2015 | American Pediatric Society |

## 12. EDITORIAL RESPONSIBILITIES

| | |
|---|---|
| 1999-2000 | Editorial Board, *Effective Clinical Practice* |
| 2000-2015 | Associate Editor, *Archives of Pediatrics and Adolescent Medicine* |
| 2015-2018 | Associate Editor, *JAMA Pediatrics* |
| 2018-present | Editor in Chief, *JAMA Pediatrics* |

## 13. SPECIAL NATIONAL RESPONSIBILITIES

| | |
|---|---|
| 1999-2002 | Editorial board, Effective Clinical Practice |
| 2000-2018 | Associate Editor, Archives of Pediatrics and Adolescent Medicine |
| 2001-2004 | Associate Member, American Board of Pediatrics |
| 2004-2017 | Member, American Board of Pediatrics |
| 2006-2008 | Member NHLBI expert panel on Cardiovascular Disease Guidelines |
| 2004-2010 | Member HSOD study section |
| 2008-2014 | Member AAP Executive Committee on Children and Media |
| 2014-2023 | Advisory Board, Children and Screens: Institute for Digital Media |
| 2017-2023 | Member, National Academy of Medicine Board of Children, Youth, & Families |
| 2018-present | Editor in Chief, *JAMA Pediatrics* |

## 14. SPECIAL LOCAL RESPONSIBILITIES

| | |
|---|---|
| 1994-1998 | Member, Children’s Hospital Ethics Committee |
| 2000-2008 | Director, Child Health Institute, University of Washington |

## 15. RESEARCH FUNDING

**Active Funding**
N/A 10/20/2023 – 10/19/2025
Special Olympics Total Award Amount: $526,332
**Global Health Prevention, Promotion and Policy Advocacy**
Assist and advise SOI in developing prevention and advocacy strategies for individuals with ID. Facilitate the development of strategy, plan operationalization, roll out, and

maintenance of global faculty advisory boards ("GFABs") across Special Olympics Health to provide expert guidance on inclusive health practices across medical specialties. Serve as faculty for the global virtual university. Advise SOI on the creation and development of a published annual report on inclusive health programming and advances for people with ID. Assist SOI to work collaboratively with stakeholders, including GFABs, university partners, and regional health teams to provide strategic vision and support to the Special Olympics Health Research and Evaluation agenda against metrics of research productivity.
Role: Principal Investigator

NU27DD000021 9/1/2021-8/31/2026
U.S. Centers for Disease Control and Prevention Total Award Amount $100 million
Support ongoing screening and health promotion to individuals with intellectual and developmental disabilities participating in Special Olympics in the United States
Role: PI

SOE-2022C2-28963_COI 08/01/2023-07/31/2025
PCORI Total Award Amount: $710,000
**Developing a multi-dimensional measure of adolescent engagement in research**
Aim 1: Refine a conceptual model of adolescent engagement in research using concept mapping methods that elevate and synthesize adolescent perspectives. Aim 2: Develop a measure of adolescent engagement that reflects the conceptual model from Aim 1. Aim 3: Test the reliability and validity of the newly developed measure.
Role: MPI

R21 HD107230 Kroshus/Christakis 4/1/2022 – 3/31/2024
NICHD Total Award Amount: $400,000
Using shared decision making to improve family media use planning
This project seeks to develop and conduct a pilot test of the efficacy and feasibility of a developmentally appropriate and scalable approach to supporting family media planning involving adolescents. We will partner with a diverse group of families to produce a novel interactive and mobile accessible Media Discussion and Planning Tool (MDPT).
Role: MPI

OT2HL161847-01 11/01/2021 – 05/31/2025
The Children's Hospital of Philadelphia Total Subaward Amount: $456,588
**The RECOVER Post-Acute Sequelae of SARS-CoV-2 (PASC) Electronic Health Record (EHR) Cohort Study**
*Major Goals: The purpose of this study is to leverage the National Patient-Centered Clinical Research Network (PCORnet®) data to perform studies on post-acute sequelae of SARS-CoV-2 infections in children and adolescents and describe and evaluate the phenotypic expression of pediatric PASC.

Role: Subaward Site PI

1P30HS029755-01 09/1/2023-08/31/2028
The Children's Hospital of Philadelphia (Prime: AHRQ) Total Subaward Amount: $0
**PEDSnet Scholars: A National Pediatric Learning Health System Embedded Scientist Training and Research Program**
The major goal of this study is to establish a national, pediatric embedded Learning Health System (LHS) scientist training and research center with administrative, education and training, research and data analysis, and scientist development cores.
Role: Mentor

R01MH135568 12/07/2023-11/30/2028
National Institutes of Health Total Award Amount: $4,322,176
**Atypical Development in Infants and Toddlers: Computational Attentional Signatures through Mobile Eye Tracking**
This study builds and deploys a tablet-based system for collecting information about infant and toddler attention patterns associated with autism. We use this system in two groups of 2-year-old toddlers with and without autism who we follow up with at 3-years (one group in lab, the other remote), and also collect data from a large community sample of 3- to 36-months old infants to help establish developmental baselines.
Role: Co-Investigator

**Pending Funding**
Pending 01/01/2025 –12/31/2028
The Children's Hospital of Philadelphia / PCORI (Prime) Total Subaward Amount: $1,121,538
**PEDSnet: Advancing Pediatric Patient-Centered Outcomes Research in PCORnet**
To support continued research through PEDSnet, a Pediatric Learning Health System, devoted to advancing patient-centered outcomes research for children and youth.
Role: Subaward Site PI

Pending 04/01/2025 – 03/31/2030
National Institutes of Health Total Award Amount: $4,190,394
**Mobile Media Use in Toddlers and Their Parents: Impacts on Language and Self Regulation**
Our core hypothesis is that media use, content, and context diminish toddler initiation of joint attention and responses to adult joint attention bids as well as disrupt self-regulatory growth, and these are the mechanisms through which mobile media use results in poorer language and executive functioning outcomes. We will test these hypotheses in a naturalistic longitudinal study of 180 toddlers, tested at four timepoints

over three years. We also propose to identify risk factors related to environmental, child, & family characteristics that influence media use and child outcomes. Results will be interpreted with the aim of developing harm reduction guidelines, public health messaging related to mobile media use in early childhood, individual susceptibility based on risk factors to inform pediatric screening questions, and intervention strategies.
Role: MPI

Pending 04/01/2025 – 09/30/2025
National Institutes of Health Total Award Amount: $4,190,394
**2025 Digital Media and Developing Minds International Scientific Congress**
This proposal is to request support for the 2025 Digital Media and Developing Minds International Scientific Congress. 1) The conference is to be held at the Westin Washington, DC Downtown on July 13-16, 2025. To foster communication between transdisciplinary research, clinical, education, and policy experts examining technology and digital media use from birth through adolescence and its impacts on cognitive, mental, and physical health and development; 2) To sponsor young and underrepresented minority (URM) investigators, such as trainees and junior faculty, and encourage them to pursue innovative research and practice related to child development and digital media; 3) To function as a venue at which young and URM scientists (as well as other often underrepresented groups, such as women in science) can build meaningful relationships with leading experts in the field while also showcasing their own research; 4) To bring together leading scientists researching digital media and child development with other professionals actively working with youth, families, and communities to create safer online environments and healthier digital media user habits; and
5) To disseminate the information of this meeting through session recordings and summaries on the Institute's website (www.childrenandscreens.org) and translate into accessible information for the public.
Role: Mentor

**Completed Funding**

1991-1993
National Research Service Award/Measey Foundation Grant $14,500
**PTSD in long term Cancer Survivors**
Role: PI

1998-1999
University of Washington Royalty Research Fund $40,000
**Continuity of care in children**
Role: Co-PI

1998-2001
Packard Family Foundation $750,000
**Pediatric Evidence based Medicine**
Role: Co-PI

1999-2003
RWJ Generalist Faculty Award $237,000
**Continuity of Care and Health Outcomes in Children**
Role: PI

R01 2000-2003
Agency for Health Care Research and Quality $920,264
**Getting Evidence to the Point of Care**
Role: Co-PI

2001-2004
Nesholm Family Foundation $150,000
**Infrastructure support for the Child Health Institute**
Role: PI

R01 2001-2004
National Heart Lung and Blood Institute $920,000
**Quality of Care for Children with Complex Chronic Disease**
Role: Co-PI

R01 2001-2004
Agency for Health Care Research and Quality $1.5 million
**Computer Asthma Management System**
Role: Co-PI

2002-2004
Robert Wood Johnson $304,293
**Childhood Antecedents of Adult Disease**
Role: Co-PI

2002-2003
WA State Department of Health and Human Services $125,000
**Disease Management Evaluation**
Role: PI

R03 2002-2003
Agency for Health Care Research and Quality $100,000
**Medical Homes for Children**
Role: Co-PI

R03 2002-2003

Agency for Health Care Research and Quality $100,000
**Diagnostic Decision Aid for Pediatric Sinusitis**
Role: PI

2003-2004
Seattle Children's Hospital Fund for Excellence $20,000
**Rotavirus and afebrile seizures in children**
Role: PI

2003-2004
University of Washington, Royalty Research Fund $39,000
**Community Health Kiosks**
Role: PI

R01 2004-2009
NIH/NICHD $3 million
**Promoting Prevention via the internet**
Role: PI

2005-2006
Mega Bloks, Private funding $49,846
**A randomized controlled trial of block distribution**
Role: PI

2005-2006
Children's Hospital Outcomes Steering Award $27,246
**Pilot study of television reduction in young children**
Role: PI

2005-2007
FDA $150,000
**Post marketing safety of Pharmaceuticals in a Medicaid Population**
Role: PI

R01 2006-2011
National Heart Lung and Blood Institute $3.7 million
**AsthmaNet: An internet based asthma management program**
Role: PI

R21 2009-2011
National Institute on Drug Abuse $52,212
**Facebook: A Screening Tool to Identify Alcohol Use Among Female College Freshmen**
Role: Co-PI

R21 2009-2010

National Institute on Alcohol Abuse and Alcoholism $418,235
**Use of Social Networking Web sites For Problem Drinking Screening in Adolescents**
Role: Co-PI

R01 2008-2013
National Institute for Child Health and Development $3.6 million
**Media Impact on Preschool Behavior**
Role: PI

R01 2010-2015
National Institute on Aging $1.8 million
**Using Media to Explore Mechanisms of Behavior Change Among College Students**
Role: Co-PI

2015-2016
Catherine Meyer Foundation $100,000
**Building a relax App for children**
Role: PI

R01 2012-2018
NIH/NICHD $3.75 million
**Promoting Optimal Parenting**
Role: PI

R01 2013 – 2018
Oregon Research Institute/NIH
**Evaluating an online parenting support system disseminated by pediatric practices**
Role: Co-Investigator

Hearst Family Foundation 05/01/2016 – 04/30/2018
**Promoting parental child interactions in primary care**
Role: PI

R01 2013 – 2018
NIH/NIMH
**Healthy Sleep Intervention for Preschool Children**
Role: Co-Investigator

Seattle Children's Innovation Award 2016 – 2018
**Cricket Crate**
Role: PI

R34 2016 –2019

NIH
**SM BASICS: Development and testing of a social media enhanced intervention**

Role: Consultant

R21 2017 – 2023
NIH/NCI
**Preschoolers Learning & Active in Play (PLAY)**
Role: Co-Investigator

2018 – 2019
PCORI
**PCRF – PCORnet 2.0/PCRnet Clinical Research Network Infrastructure Contract**
Role: Co-Investigator

R01 2018 – 2023
NIH/NIMH
**Complex versus Essential Autism: A Developmental Study of Risk**
Role: Co-Investigator

R61 2018 – 2023
NIH/NCCIH
**Mind-Body Interventions to Mitigate Effects of Media Use on Sleep in Early Adolescents**

CDRN-1306-0556 2015 – 2020
CHOP (Prime PCORI)
**PEDSNet: A National Pediatric Learning Health System (Phase 3)**
Role: Site PI

2020 - 2022
The Task Force for Global Health
**COVID-19 Electronic Health Data Initiative**
Role: PI

2021 – 2022
The Children's Hospital of Philadelphia / PCORI (Prime)
**Evaluation of the Growth of Children with Achondroplasia**
Role: Site PI

Role:

R21 2020 – 2022
NIH/NICHD
**Attentional attributes of early child media usage**
Role: Principal Investigator

2020 – 2021
NSF
**RAPID Contextualizing and extending Protection Motivation Theory to optimize and target health communication related to COVID-19 across diverse US families**
Role: Co-Investigator

2021-2024
Children's Hospital of Philadelphia (Prime: PCORI)
**PEDSnet: Advancing Pediatric Patient-Centered Outcomes Research in PCORnet**
Role: Subaward PI

**16. BIBLIOGRAPHY**

**h Index 104**

(a) Peer-reviewed publications

1. Whittingham TS, Lust WD, **Christakis DA**, Passonneau JV. Metabolic stability of hippocampal slice preparations during prolonged incubation. J Neurochem. 1984 Sep;43(3):689-96. doi: 10.1111/j.1471-4159.1984.tb12788.x. PMID: 6086837.

2. Hershenson MB, O'Rourke PP, **Christakis DA**, Coopes BJ, Crone RK. Oxygen extraction in lamb skeletal muscle. Pediatr Res. 1990 Aug;28(2):101-5. doi: 10.1203/00006450-199008000-00005. PMID: 2395598.

3. **Christakis DA,** Feudtner C. Ethics in a short white coat: the ethical dilemmas that medical students confront. Acad Med. 1993 Apr;68(4):249-54. doi: 10.1097/00001888-199304000-00003. PMID: 8466599.

4. Kazak A, **Christakis D**, Alderfer M, Lawrence M. Young adolescent cancer survivors and their parents: Adjustment, learning problems, and gender. *Journal of Family Psychology.* 1994; 8:74-84.

5. Feudtner C, **Christakis DA**. Making the rounds. The ethical development of medical students in the context of clinical rotations. Hastings Cent Rep. 1994 Jan-Feb;24(1):6-12. PMID: 8045775.

6. Feudtner C, **Christakis DA**, Christakis NA. Do clinical clerks suffer ethical erosion? Students' perceptions of their ethical environment and personal development. Acad Med. 1994 Aug;69(8):670-9. doi: 10.1097/00001888-199408000-00017. PMID: 8054117.

7. Stuber ML, **Christakis DA**, Houskamp B, Kazak AE. Posttrauma symptoms in childhood leukemia survivors and their parents. Psychosomatics. 1996 May-Jun;37(3):254-61. doi: 10.1016/S0033-3182(96)71564-5. PMID: 8849502.

8. Feudtner C, **Christakis D**, Schwartz P. Ethics and the art of confrontation: lessons from the John Conley essays. JAMA. 1996 Sep 4;276(9):755-6. doi: 10.1001/jama.276.9.755. PMID: 8769561.

9. Hundert EM, Hafferty F, **Christakis DA**. Characteristics of the informal curriculum and trainees' ethical choices. *Acad Med.* 1996; 71: 631-2.

10. Hundert EM, Hafferty F, **Christakis D**. Characteristics of the informal curriculum and trainees' ethical choices. Acad Med. 1996 Jun;71(6):624-42. doi: 10.1097/00001888-199606000-00014. PMID: 9125919.

11. Kazak AE, Barakat LP, Meeske K, **Christakis D**, Meadows AT, Casey R, Penati B, Stuber ML. Posttraumatic stress, family functioning, and social support in survivors of childhood leukemia and their mothers and fathers. J Consult Clin Psychol. 1997 Feb;65(1):120-9. doi: 10.1037//0022-006x.65.1.120. PMID: 9103741.

12. **Christakis DA**, Wright JA, Rivara FP. Promethazine use in pediatric gastroenteritis: Towards a better understanding of use, risk, and benefit. *Ambulatory Child Health.* 1998; (4): 181-7.

13. **Christakis DA**, Rivara FP. Pediatricians' awareness of and attitudes about four clinical practice guidelines. Pediatrics. 1998 May;101(5):825-30. doi: 10.1542/peds.101.5.825. PMID: 9565409.

14. **Christakis DA**, Wright JA, Koepsell TD, Emerson S, Connell FA. Is greater continuity of care associated with less emergency department utilization? Pediatrics. 1999 Apr;103(4 Pt 1):738-42. doi: 10.1542/peds.103.4.738. PMID: 10103295.

15. Saha S, **Christakis DA**, Saint S, Whooley MA, Simon SR. A survival guide for generalist physicians in academic fellowships part 1: getting started. J Gen Intern Med. 1999 Dec;14(12):745-9. doi: 10.1046/j.1525-1497.1999.12138.x. PMID: 10632819; PMCID: PMC1496867.

16. Saha S, Saint S, **Christakis DA**, Simon SR, Fihn SD. A survival guide for generalist physicians in academic fellowships part 2: preparing for the transition to junior faculty. J Gen Intern Med. 1999 Dec;14(12):750-5. doi: 10.1046/j.1525-1497.1999.12148.x. PMID: 10632820; PMCID: PMC1496859.

17. **Christakis DA**, Stewart L, Bibus D, Stout JW, Zerr DM, MacDonald JK, Gale JL. Providers' perceptions of an immunization registry. Am J Prev Med. 1999 Aug;17(2):147-50. doi: 10.1016/s0749-3797(99)00055-0. PMID: 10490059.

18. **Christakis DA**, Harvey E, Zerr DM, Feudtner C, Wright JA, Connell FA. A trade-off analysis of routine newborn circumcision. Pediatrics. 2000 Jan;105(1 Pt 3):246-9. PMID: 10617731.

19. **Christakis DA**, Davis R, Rivara FP. Pediatric evidence-based medicine: past, present, and future. J Pediatr. 2000 Mar;136(3):383-9. doi: 10.1067/mpd.2000.104262. PMID: 10700697.

20. **Christakis DA**, Saint S, Saha S, Elmore JG, Welsh DE, Baker P, Koepsell TD. Do physicians judge a study by its cover? An investigation of journal attribution bias. J Clin Epidemiol. 2000 Aug;53(8):773-8. doi: 10.1016/s0895-4356(99)00236-x. PMID: 10942858.

21. * Garrison MM, **Christakis DA**, Harvey E, Cummings P, Davis RL. Systemic corticosteroids in infant bronchiolitis: A meta-analysis. Pediatrics. 2000 Apr;105(4):E44. doi: 10.1542/peds.105.4.e44. PMID: 10742365.

22. Saint S, **Christakis DA**, Baldwin LM, Rosenblatt R. Is hospitalism new? An analysis of medicare data from Washington State in 1994. Eff Clin Pract. 2000 Jan-Feb;3(1):35-9. PMID: 10788035.

23. **Christakis DA**, Mell L, Wright JA, Davis R, Connell FA. The association between greater continuity of care and timely measles-mumps-rubella vaccination. Am J Public Health. 2000 Jun;90(6):962-5. doi: 10.2105/ajph.90.6.962. PMID: 10846516; PMCID: PMC1446264.

24. Feudtner C, **Christakis DA**, Connell FA. Pediatric deaths attributable to complex chronic conditions: a population-based study of Washington State, 1980-1997. Pediatrics. 2000 Jul;106(1 Pt 2):205-9. PMID: 10888693.

25. Garrison MM, **Christakis DA**. A systematic review of treatments for infant colic. Pediatrics. 2000 Jul;106(1 Pt 2):184-90. PMID: 10888690.

26. Saint S, **Christakis DA**, Saha S, Elmore JG, Welsh DE, Baker P, Koepsell TD. Journal reading habits of internists. J Gen Intern Med. 2000 Dec;15(12):881-4. doi: 10.1046/j.1525-1497.2000.00202.x. PMID: 11119185; PMCID: PMC1495716.

27. **Christakis DA**, Feudtner C. Informational errors. Eff Clin Pract. 2000 Nov-Dec;3(6):301-4. PMID: 11151531.

28. Valentine JM, Neff J, Park AN, Maynard C, **Christakis DA**, Hicks-Thomson JH, Sharp V. Pediatric hospitalization patterns for selected chronic health conditions using hospital abstract reporting systems data: Methods and findings. *Health Services and Outcomes Research Methodology.* 2000; (1)3-4: 335-50.

29. **Christakis DA**, Johnston BD, Connell FA. Methodologic issues in pediatric outcomes research. Ambul Pediatr. 2001 Jan-Feb;1(1):59-62. doi: 10.1367/1539-4409(2001)001<0059:miipor>2.0.co;2. PMID: 11888373.

30. **Christakis DA**, Zimmerman FJ, Wright JA, Garrison MM, Rivara FP, Davis RL. A randomized controlled trial of point-of-care evidence to improve the antibiotic prescribing practices for otitis media in children. Pediatrics. 2001 Feb;107(2):E15. doi: 10.1542/peds.107.2.e15. PMID: 11158489.

31. **Christakis DA**, Mell L, Koepsell TD, Zimmerman FJ, Connell FA. Association of lower continuity of care with greater risk of emergency department use and hospitalization in children. Pediatrics. 2001 Mar;107(3):524-9. doi: 10.1542/peds.107.3.524. PMID: 11230593.

32. **Christakis DA**, Feudtner C, Pihoker C, Connell FA. Continuity and quality of care for children with diabetes who are covered by medicaid. Ambul Pediatr. 2001 Mar-Apr;1(2):99-103. doi: 10.1367/1539-4409(2001)001<0099:caqocf>2.0.co;2. PMID: 11888380.

33. Barlow WE, Davis RL, Glasser JW, Rhodes PH, Thompson RS, Mullooly JP, Black SB, Shinefield HR, Ward JI, Marcy SM, DeStefano F, Chen RT, Immanuel V, Pearson JA, Vadheim CM, Rebolledo V, **Christakis D**, Benson PJ, Lewis N; Centers for Disease Control and Prevention Vaccine Safety Datalink Working Group. The risk of seizures after receipt of whole-cell pertussis or measles, mumps, and rubella vaccine. N Engl J Med. 2001 Aug 30;345(9):656-61. doi: 10.1056/NEJMoa003077. PMID: 11547719.

34. Garrison MM, **Christakis DA**. Infant colic. Pediatr Case Rev. 2001 Oct;1(1):19-24. doi: 10.1097/00132584-200110000-00003. PMID: 12865700.

35. Carroll AE, Garrison MM, **Christakis DA**. A systematic review of nonpharmacological and nonsurgical therapies for gastroesophageal reflux in infants. Arch Pediatr Adolesc Med. 2002 Feb;156(2):109-13. doi: 10.1001/archpedi.156.2.109. PMID: 11814369.

36. Gallaher MM, **Christakis DA**, Connell FA. Health care use by children diagnosed as having developmental delay. Arch Pediatr Adolesc Med. 2002 Mar;156(3):246-51. doi: 10.1001/archpedi.156.3.246. PMID: 11876668.

37. **Christakis DA**, Wright JA, Zimmerman FJ, Bassett AL, Connell FA. Continuity of care is associated with high-quality careby parental report. Pediatrics. 2002 Apr;109(4):e54. doi: 10.1542/peds.109.4.e54. PMID: 11927727.

38. Van Niel CW, Feudtner C, Garrison MM, **Christakis DA**. Lactobacillus therapy for acute infectious diarrhea in children: a meta-analysis. Pediatrics. 2002 Apr;109(4):678-84. doi: 10.1542/peds.109.4.678. PMID: 11927715.

39. Feudtner C, Silveira MJ, **Christakis DA**. Where do children with complex chronic conditions die? Patterns in Washington State, 1980-1998. Pediatrics. 2002 Apr;109(4):656-60. doi: 10.1542/peds.109.4.656. PMID: 11927711.

40. Zerr DM, Garrison MM, Marr K, **Christakis DA**. Fluconazole versus amphotericin for candidemia: A meta-analysis. *Journal of Clinical Outcomes Management.* 2002 9(4): 191-6.

41. Feudtner C, **Christakis DA**, Zimmerman FJ, Muldoon JH, Neff JM, Koepsell TD. Characteristics of deaths occurring in children's hospitals: implications for supportive care services. Pediatrics. 2002 May;109(5):887-93. doi: 10.1542/peds.109.5.887. PMID: 11986451.

42. Neff JM, Valentine J, Park A, Hicks-Thomson J, **Christakis DA**, Muldoon J, Churchill S. Trends in pediatric hospitalizations of children in washington state by insurance and chronic condition status, 1991-1998. Arch Pediatr Adolesc Med. 2002 Jul;156(7):703-9. doi: 10.1001/archpedi.156.7.703. PMID: 12090839.

43. Saha S, Saint S, **Christakis DA**. Impact factor: a valid measure of journal quality? J Med Libr Assoc. 2003 Jan;91(1):42-6. PMID: 12572533; PMCID: PMC141186.

44. **Christakis DA**, Wright JA, Zimmerman FJ, Bassett AL, Connell FA. Continuity of care is associated with well-coordinated care. Ambul Pediatr. 2003 Mar-Apr;3(2):82-6. doi: 10.1367/1539-4409(2003)003<0082:cociaw>2.0.co;2. PMID: 12643780.

45. DiGiuseppe DL, **Christakis DA**. Continuity of care for children in foster care. Pediatrics. 2003 Mar;111(3):e208-13. doi: 10.1542/peds.111.3.e208. PMID: 12612273.

46. Carroll AE, Tarczy-Hornoch P, O'Reilly E, **Christakis DA**. Resident documentation discrepancies in a neonatal intensive care unit. Pediatrics. 2003 May;111(5 Pt 1):976-80. doi: 10.1542/peds.111.5.976. PMID: 12728074.

47. **Christakis DA**, Lozano P. Continuity of care is associated with early and sustained treatment for ADHD. *J Clin Outcomes Manage* 2003; 10(7): 371-375.

48. Sox CM, Cooper WO, Koepsell TD, DiGiuseppe DL, **Christakis DA**. Provision of pneumococcal prophylaxis for publicly insured children with sickle cell disease. JAMA. 2003 Aug 27;290(8):1057-61. doi: 10.1001/jama.290.8.1057. PMID: 12941678.

Li ST, DiGiuseppe DL, **Christakis DA**. Antiemetic use for acute gastroenteritis in children. Arch Pediatr Adolesc Med. 2003 May;157(5):475-9. doi: 10.1001/archpedi.157.5.475. PMID: 12742884.

50. Richardson LP, DiGiuseppe D, Garrison M, **Christakis DA**. Depression in Medicaid-covered youth: differences by race and ethnicity. Arch Pediatr Adolesc Med. 2003 Oct;157(10):984-9. doi: 10.1001/archpedi.157.10.984. PMID: 14557159.

51. Garrison MM, **Christakis DA**, Ebel BE, Wiehe SE, Rivara FP. Smoking cessation interventions for adolescents: a systematic review. Am J Prev Med. 2003 Nov;25(4):363-7. doi: 10.1016/s0749-3797(03)00213-7. PMID: 14580641.

52. **Christakis DA**, Garrison MM, Ebel BE, Wiehe SE, Rivara FP. Pediatric smoking prevention interventions delivered by care providers: a systematic review. Am J Prev Med. 2003 Nov;25(4):358-62. doi: 10.1016/s0749-3797(03)00214-9. PMID: 14580640.

53. Carroll AE, Sox CM, Tarini BA, Ringold S, **Christakis DA**. Does presentation format at the Pediatric Academic Societies' annual meeting predict subsequent publication? Pediatrics. 2003 Dec;112(6 Pt 1):1238-41. doi: 10.1542/peds.112.6.1238. PMID: 14654591.

Carroll AE, **Christakis DA**. Pediatricians and personal digital assistants: what type are they using? AMIA Annu Symp Proc. 2003;2003:130-4. PMID: 14728148; PMCID: PMC1479942.

55. **Christakis DA**, Kazak AE, Wright JA, Zimmerman FJ, Bassett AL, Connell FA. What factors are associated with achieving high continuity of care? Fam Med. 2004 Jan;36(1):55-60. PMID: 14710331.

56. Carroll AE, **Christakis DA**. Pediatricians' use of and attitudes about personal digital assistants. Pediatrics. 2004 Feb;113(2):238-42. doi: 10.1542/peds.113.2.238. PMID: 14754932.

57. Carroll AE, Tarczy-Hornoch P, O'Reilly E, **Christakis DA**. The effect of point-of-care personal digital assistant use on resident documentation discrepancies. Pediatrics. 2004 Mar;113(3 Pt 1):450-4. doi: 10.1542/peds.113.3.450. PMID: 14993533.

58. Zimmerman FJ, **Christakis DA**, Vander Stoep A. Tinker, tailor, soldier, patient: work attributes and depression disparities among young adults. Soc Sci Med. 2004 May;58(10):1889-901. doi: 10.1016/S0277-9536(03)00410-6. PMID: 15020006.

59. **Christakis DA**, Zimmerman FJ, DiGiuseppe DL, McCarty CA. Early television exposure and subsequent attentional problems in children. Pediatrics. 2004 Apr;113(4):708-13. doi: 10.1542/peds.113.4.708. PMID: 15060216.

60. Richardson LP, DiGiuseppe D, **Christakis DA**, McCauley E, Katon W. Quality of care for medicaid-covered youth treated with antidepressant therapy. Arch Gen

Psychiatry. 2004 May;61(5):475-80. doi: 10.1001/archpsyc.61.5.475. PMID: 15123492.

61. Garrison MM, Richardson LP, **Christakis DA**, Connell F. Mental illness hospitalizations of youth in Washington State. Arch Pediatr Adolesc Med. 2004 Aug;158(8):781-5. doi: 10.1001/archpedi.158.8.781. PMID: 15289251.

McCarty CA, Ebel BE, Garrison MM, DiGiuseppe DL, **Christakis DA**, Rivara FP. Continuity of binge and harmful drinking from late adolescence to early adulthood. Pediatrics. 2004 Sep;114(3):714-9. doi: 10.1542/peds.2003-0864-L. PMID: 15342844.

63. Rivara FP, Ebel BE, Garrison MM, **Christakis DA**, Wiehe SE, Levy DT. Prevention of smoking-related deaths in the United States. Am J Prev Med. 2004 Aug;27(2):118-25. doi: 10.1016/j.amepre.2004.04.014. PMID: 15261898.

64. **Christakis DA**, Wright JA. Can continuity of care be improved? Results from a randomized pilot study. Ambul Pediatr. 2004 Jul-Aug;4(4):336-9. doi: 10.1367/A03-166R.1. PMID: 15264940**.**

65. Taylor JA, Brownstein D, **Christakis DA**, Blackburn S, Strandjord TP, Klein EJ, Shafii J. Use of incident reports by physicians and nurses to document medical errors in pediatric patients. Pediatrics. 2004 Sep;114(3):729-35. doi: 10.1542/peds.2003-1124-L. PMID: 15342846.

66. Rivara FP, **Christakis DA**, Cummings P. Duplicate publication. Arch Pediatr Adolesc Med. 2004 Sep;158(9):926. doi: 10.1001/archpedi.158.9.926. PMID: 15351761.

67. Rivara FP, Garrison MM, Ebel B, McCarty CA, **Christakis DA**. Mortality attributable to harmful drinking in the United States, 2000. J Stud Alcohol. 2004 Jul;65(4):530-6. doi: 10.15288/jsa.2004.65.530. PMID: 15376828.

68. **Christakis DA**, Ebel BE, Rivara FP, Zimmerman FJ. Television, video, and computer game usage in children under 11 years of age. J Pediatr. 2004 Nov;145(5):652-6. doi: 10.1016/j.jpeds.2004.06.078. PMID: 15520768.

69. Galbraith AA, Semura J, McAninch-Dake B, Anderson N, **Christakis DA**. Emergency department use and perceived delay in accessing illness care among children with Medicaid. Ambul Pediatr. 2004 Nov-Dec;4(6):509-13. doi: 10.1367/A04-008R.1. PMID: 15548103.

70. Wiehe SE, Garrison MM, **Christakis DA**, Ebel BE, Rivara FP. A systematic review of school-based smoking prevention trials with long-term follow-up. J Adolesc Health. 2005 Mar;36(3):162-9. doi: 10.1016/j.jadohealth.2004.12.003. PMID: 15737770.

71. Carroll AE, Zimmerman FJ, Rivara FP, Ebel BE, **Christakis DA**. Perceptions about computers and the internet in a pediatric clinic population. Ambul Pediatr. 2005 Mar-Apr;5(2):122-6. doi: 10.1367/A04-114R1.1. PMID: 15780015.

72. Zerr DM, Garrison MM, Allpress AL, Heath J, **Christakis DA**. Infection control policies and hospital-associated infections among surgical patients: variability and associations in a multicenter pediatric setting. Pediatrics. 2005 Apr;115(4):e387-92. doi: 10.1542/peds.2004-2014. PMID: 15805339.

73. **Christakis DA**, Cowan CA, Garrison MM, Molteni R, Marcuse E, Zerr DM. Variation in inpatient diagnostic testing and management of bronchiolitis. Pediatrics. 2005 Apr;115(4):878-84. doi: 10.1542/peds.2004-1299. PMID: 15805359.

74. Zimmerman FJ, Glew GM, **Christakis DA**, Katon W. Early cognitive stimulation, emotional support, and television watching as predictors of subsequent bullying among grade-school children. Arch Pediatr Adolesc Med. 2005 Apr;159(4):384-8. doi: 10.1001/archpedi.159.4.384. PMID: 15809395.

75. Cohen AL, Rivara FP, Davis R, **Christakis DA**. Compliance with guidelines for the medical care of first urinary tract infections in infants: a population-based study. Pediatrics. 2005 Jun;115(6):1474-8. doi: 10.1542/peds.2004-1559. PMID: 15930206.

76. Zerr DM, Blume HK, Berg AT, Del Beccaro MA, Gospe SM Jr, Allpress AL, **Christakis DA**. Nonfebrile illness seizures: a unique seizure category? Epilepsia. 2005 Jun;46(6):952-5. doi: 10.1111/j.1528-1167.2005.65204.x. PMID: 15946338.

77. Zimmerman FJ, **Christakis DA**. Children's television viewing and cognitive outcomes: a longitudinal analysis of national data. Arch Pediatr Adolesc Med. 2005 Jul;159(7):619-25. doi: 10.1001/archpedi.159.7.619. PMID: 15996993.

78. Fishman PA, Ebel BE, Garrison MM, **Christakis DA**, Wiehe SE, Rivara FP. Cigarette tax increase and media campaign cost of reducing smoking-related deaths. Am J Prev Med. 2005 Jul;29(1):19-26. doi: 10.1016/j.amepre.2005.03.004. PMID: 15958247.

79. Robertson AS, Rivara FP, Ebel BE, Lymp JF, **Christakis DA**. Validation of parent self reported home safety practices. Inj Prev. 2005 Aug;11(4):209-12. doi: 10.1136/ip.2005.009019. PMID: 16081748; PMCID: PMC1730257.

80. McCarty CA, Zimmerman FJ, Digiuseppe DL, **Christakis DA**. Parental emotional support and subsequent internalizing and externalizing problems among children. J Dev Behav Pediatr. 2005 Aug;26(4):267-75. doi: 10.1097/00004703-200508000-00002. PMID: 16100499.

81. **Christakis DA**, Wright JA, Taylor JA, Zimmerman FJ. Association between parental satisfaction and antibiotic prescription for children with cough and cold symptoms. Pediatr Infect Dis J. 2005 Sep;24(9):774-7. doi: 10.1097/01.inf.0000176616.11643.17. PMID: 16148842.

82. Sox CM, **Christakis DA**. Pediatricians' screening urinalysis practices. J Pediatr. 2005 Sep;147(3):362-5. doi: 10.1016/j.jpeds.2005.05.009. PMID: 16182676.

83. Thompson DA, **Christakis DA**. The association between television viewing and irregular sleep schedules among children less than 3 years of age. Pediatrics. 2005 Oct;116(4):851-6. doi: 10.1542/peds.2004-2788. PMID: 16199693.

84. Galbraith AA, Grossman DC, Koepsell TD, Heagerty PJ, **Christakis DA**. Medicaid acceptance and availability of timely follow-up for newborns with Medicaid. Pediatrics. 2005 Nov;116(5):1148-54. doi: 10.1542/peds.2004-2584. PMID: 16264002.

85. Bowman SM, Zimmerman FJ, **Christakis DA**, Sharar SR, Martin DP. Hospital characteristics associated with the management of pediatric splenic injuries. JAMA. 2005 Nov 23;294(20):2611-7. doi: 10.1001/jama.294.20.2611. PMID: 16304075.

86. Garrison MM, Jeffries H, **Christakis DA**. Risk of death for children with down syndrome and sepsis. J Pediatr. 2005 Dec;147(6):748-52. doi: 10.1016/j.jpeds.2005.06.032. PMID: 16356424.

87. Cohen AL, **Christakis DA**. Primary language of parent is associated with disparities in pediatric preventive care. J Pediatr. 2006 Feb;148(2):254-8. doi: 10.1016/j.jpeds.2005.10.046. PMID: 16492438.

88. Hollingworth W, Ebel BE, McCarty CA, Garrison MM, **Christakis DA**, Rivara FP. Prevention of deaths from harmful drinking in the United States: the potential effects of tax increases and advertising bans on young drinkers. J Stud Alcohol. 2006 Mar;67(2):300-8. doi: 10.15288/jsa.2006.67.300. PMID: 16562413.

89. **Christakis DA**, Zimmerman FJ. Media as a public health issue. Arch Pediatr Adolesc Med. 2006 Apr;160(4):445-6. doi: 10.1001/archpedi.160.4.445. PMID: 16585492.

90. Mendoza JA, Drewnowski A, Cheadle A, **Christakis DA**. Dietary energy density is associated with selected predictors of obesity in U.S. Children. J Nutr. 2006 May;136(5):1318-22. doi: 10.1093/jn/136.5.1318. PMID: 16614423.

91. **Christakis DA**. The hidden and potent effects of television advertising. JAMA. 2006 Apr 12;295(14):1698-9. doi: 10.1001/jama.295.14.1698. PMID: 16615175.

92. Sox CM, Koepsell TD, Doctor JN, **Christakis DA**. Pediatricians' clinical decision making: results of 2 randomized controlled trials of test performance characteristics. Arch Pediatr Adolesc Med. 2006 May;160(5):487-92. doi: 10.1001/archpedi.160.5.487. PMID: 16651490.

93. Tarini BA, Carroll AE, Sox CM, **Christakis DA**. Systematic review of the relationship between early introduction of solid foods to infants and the development of allergic disease. Arch Pediatr Adolesc Med. 2006 May;160(5):502-7. doi: 10.1001/archpedi.160.5.502. PMID: 16651493.

94. Carroll AE, Rivara FP, Ebel B, Zimmerman FJ, **Christakis DA**. Household computer and Internet access: The digital divide in a pediatric clinic population. AMIA Annu Symp Proc. 2005;2005:111-5. PMID: 16779012; PMCID: PMC1560660.

95. **Christakis DA**, Zimmerman FJ. Early television viewing is associated with protesting turning off the television at age 6. MedGenMed. 2006 Jun 1;8(2):63. PMID: 16926802.

96. **Christakis DA**, Rivara FP. Publication ethics: editors' perspectives. J Pediatr. 2006 Jul;149(1 Suppl):S39-42. doi: 10.1016/j.jpeds.2006.04.050. PMID: 16829242.

97. Tarini BA, **Christakis DA**, Welch HG. State newborn screening in the tandem mass spectrometry era: more tests, more false-positive results. Pediatrics. 2006 Aug;118(2):448-56. doi: 10.1542/peds.2005-2026. PMID: 16882794.

98. **Christakis DA**, Zimmerman FJ, Rivara FP, Ebel B. Improving pediatric prevention via the internet: a randomized, controlled trial. Pediatrics. 2006 Sep;118(3):1157-66. doi: 10.1542/peds.2006-0209. PMID: 16951011.

99. Thakkar RR, Garrison MM, **Christakis DA**. A systematic review for the effects of television viewing by infants and preschoolers. Pediatrics. 2006 Nov;118(5):2025-31. doi: 10.1542/peds.2006-1307. PMID: 17079575.

100. **Christakis DA**, Garrison MM, Zimmerman FJ. Television viewing in US day care settings. *Communication Reports*. 2006 19(2) 111-120.

101. Mendoza JA, Drewnowski A, **Christakis DA**. Dietary energy density is associated with obesity and the metabolic syndrome in U.S. adults. Diabetes Care. 2007 Apr;30(4):974-9. doi: 10.2337/dc06-2188. Epub 2007 Jan 17. PMID: 17229942.

102. Thompson DA, **Christakis DA**. The association of maternal mental distress with television viewing in children under 3 years old. Ambul Pediatr. 2007 Jan-Feb;7(1):32-7. doi: 10.1016/j.ambp.2006.09.007. PMID: 17261480.

103. Thompson DA, Lozano P, **Christakis DA**. Parent use of touchscreen computer kiosks for child health promotion in community settings. Pediatrics. 2007 Mar;119(3):427-34. doi: 10.1542/peds.2006-2669. PMID: 17332194.

104. Tarini BA, Garrison MM, **Christakis DA**. Institutional variation in ordering complete blood counts for children hospitalized with bronchiolitis. J Hosp Med. 2007 Mar;2(2):69-73. doi: 10.1002/jhm.169. PMID: 17427246.

105. **Christakis DA**, Zimmerman FJ. TV and Kids. A primer for pediatricians. *Contemporary Pediatrics*. April 2007.

106. Goldin AB, Sawin RS, Garrison MM, Zerr DM, **Christakis DA**. Aminoglycoside-based triple-antibiotic therapy versus monotherapy for children with ruptured appendicitis. Pediatrics. 2007 May;119(5):905-11. doi: 10.1542/peds.2006-2040. PMID: 17473090.

107. Zimmerman FJ, **Christakis DA**, Meltzoff AN. Television and DVD/video viewing in children younger than 2 years. Arch Pediatr Adolesc Med. 2007 May;161(5):473-9. doi: 10.1001/archpedi.161.5.473. PMID: 17485624.

108. Davis RL, Wright J, Chalmers F, Levenson L, Brown JC, Lozano P, **Christakis DA**. A cluster randomized clinical trial to improve prescribing patterns in ambulatory pediatrics. PLoS Clin Trials. 2007 May 18;2(5):e25. doi: 10.1371/journal.pctr.0020025. PMID: 17525793; PMCID: PMC1876598.

109. Rivara FP, Cummings P, Ringold S, Bergman AB, Joffe A, **Christakis DA**. A comparison of reviewers selected by editors and reviewers suggested by authors. J Pediatr. 2007 Aug;151(2):202-5. doi: 10.1016/j.jpeds.2007.02.008. PMID: 17643779.

110. Zimmerman FJ, **Christakis DA**, Meltzoff AN. Associations between media viewing and language development in children under age 2 years. J Pediatr. 2007 Oct;151(4):364-8. doi: 10.1016/j.jpeds.2007.04.071. Epub 2007 Aug 7. PMID: 17889070.

111. Mendoza JA, Zimmerman FJ, **Christakis DA**. Television viewing, computer use, obesity, and adiposity in US preschool children. Int J Behav Nutr Phys Act. 2007 Sep 25;4:44. doi: 10.1186/1479-5868-4-44. PMID: 17894878; PMCID: PMC2131753.

112. **Christakis DA**, Zimmerman FJ, Garrison MM. Effect of block play on language acquisition and attention in toddlers: a pilot randomized controlled trial. Arch Pediatr Adolesc Med. 2007 Oct;161(10):967-71. doi: 10.1001/archpedi.161.10.967. PMID: 17909140.

113. Zimmerman FJ, **Christakis DA**. Associations between content types of early media exposure and subsequent attentional problems. Pediatrics. 2007 Nov;120(5):986-92. doi: 10.1542/peds.2006-3322. PMID: 17974735.

114. **Christakis DA**, Zimmerman FJ. Violent television viewing during preschool is associated with antisocial behavior during school age. Pediatrics. 2007 Nov;120(5):993-9. doi: 10.1542/peds.2006-3244. PMID: 17974736.

115. Tarini BA, **Christakis DA**, Lozano P. Toward family-centered inpatient medical care: the role of parents as participants in medical decisions. J Pediatr. 2007 Dec;151(6):690-5, 695.e1. doi: 10.1016/j.jpeds.2007.05.022. Epub 2007 Sep 17. PMID: 18035155.

116. Rivara FP, **Christakis DA**. The march of science. Arch Pediatr Adolesc Med. 2007 Dec;161(12):1214-5. doi: 10.1001/archpedi.161.12.1214. PMID: 18056569.

117. Moreno MA, Fost NC, **Christakis DA**. Research ethics in the MySpace era. Pediatrics. 2008 Jan;121(1):157-61. doi: 10.1542/peds.2007-3015. PMID: 18166570.

118. Zerr DM, Englund JA, Robertson AS, Marcuse EK, Garrison MM, **Christakis DA**. Hospital-based influenza vaccination of children: an opportunity to prevent subsequent hospitalization. Pediatrics. 2008 Feb;121(2):345-8. doi: 10.1542/peds.2007-2812. PMID: 18245426.

119. Cooper WO, Ray WA, Arbogast PG, Garrison M, Dudley JA, **Christakis DA**. Health plan notification and feedback to providers is associated with increased filling of preventer medications for children with asthma enrolled in Medicaid. J Pediatr. 2008 Apr;152(4):481-8. doi: 10.1016/j.jpeds.2007.08.046. Epub 2007 Nov 5. PMID: 18346500.

120. Thompson DA, Flores G, Ebel BE, **Christakis DA**. Comida en venta: after-school advertising on Spanish-language television in the United States. J Pediatr. 2008 Apr;152(4):576-81. doi: 10.1016/j.jpeds.2007.09.011. Epub 2007 Nov 5. PMID: 18346518.

121. Bowman SM, Zimmerman FJ, **Christakis DA**, Sharar SR. The role of hospital profit status in pediatric spleen injury management. Med Care. 2008 Mar;46(3):331-8. doi: 10.1097/MLR.0b013e318160b492. PMID: 18388849.

122. Tieder JS, Cowan CA, Garrison MM, **Christakis DA**. Variation in inpatient resource utilization and management of apparent life-threatening events. J Pediatr. 2008 May;152(5):629-35, 635.e1-2. doi: 10.1016/j.jpeds.2007.11.024. Epub 2008 Jan 22. PMID: 18410764.

123. Galbraith AA, Semura JI, McAninch-Dake RJ, Anderson N, **Christakis DA**. Language disparities and timely care for children in managed care Medicaid. Am J Manag Care. 2008 Jul;14(7):417-26. PMID: 18611093.

124. **Christakis DA**. The effects of infant media usage: what do we know and what should we learn? Acta Paediatr. 2009 Jan;98(1):8-16. doi: 10.1111/j.1651-2227.2008.01027.x. Epub 2008 Sep 12. PMID: 18793294.

125. Moreno MA, Vanderstoep A, Parks MR, Zimmerman FJ, Kurth A, **Christakis DA**. Reducing at-risk adolescents' display of risk behavior on a social networking web site: a randomized controlled pilot intervention trial. Arch Pediatr Adolesc Med. 2009 Jan;163(1):35-41. doi: 10.1001/archpediatrics.2008.502. PMID: 19124701.

126. Moreno MA, Parks MR, Zimmerman FJ, Brito TE, **Christakis DA**. Display of health risk behaviors on MySpace by adolescents: prevalence and associations. Arch Pediatr Adolesc Med. 2009 Jan;163(1):27-34. doi: 10.1001/archpediatrics.2008.528. PMID: 19124700.

127. Sox CM, Doctor JN, Koepsell TD, **Christakis DA**. The influence of types of decision support on physicians' decision making. Arch Dis Child. 2009 Mar;94(3):185-90. doi: 10.1136/adc.2008.141903. Epub 2009 Jan 8. PMID: 19131417.

128. Blume HK, Garrison MM, **Christakis DA**. Neonatal seizures: treatment and treatment variability in 31 United States pediatric hospitals. J Child Neurol. 2009 Feb;24(2):148-54. doi: 10.1177/0883073808321056. PMID: 19182150.

129. **Christakis DA**, Gilkerson J, Richards JA, Zimmerman FJ, Garrison MM, Xu D, Gray S, Yapanel U. Audible television and decreased adult words, infant vocalizations, and conversational turns: a population-based study. Arch Pediatr Adolesc Med. 2009 Jun;163(6):554-8. doi: 10.1001/archpediatrics.2009.61. PMID: 19487612.

130. Moreno MA, Briner LR, Williams A, Walker L, **Christakis DA**. Real use or "real cool": adolescents speak out about displayed alcohol references on social networking websites. J Adolesc Health. 2009 Oct;45(4):420-2. doi: 10.1016/j.jadohealth.2009.04.015. Epub 2009 Jun 16. PMID: 19766949.

131. Zimmerman FJ, Gilkerson J, Richards JA, **Christakis DA**, Xu D, Gray S, Yapanel U. Teaching by listening: the importance of adult-child conversations to language development. Pediatrics. 2009 Jul;124(1):342-9. doi: 10.1542/peds.2008-2267. PMID: 19564318.

132. Goldin AB, Garrison M, **Christakis D**. Variations between hospitals in antireflux procedures in children. Arch Pediatr Adolesc Med. 2009 Jul;163(7):658-63. doi: 10.1001/archpediatrics.2009.103. PMID: 19581550.

133. Tarini BA, Lozano P, **Christakis DA**. Afraid in the hospital: parental concern for errors during a child's hospitalization. J Hosp Med. 2009 Nov;4(9):521-7. doi: 10.1002/jhm.508. PMID: 19653281.

134. Perkins JA, Oliaei S, Garrison MM, Manning SC, **Christakis DA**. Airway procedures and hemangiomas: treatment patterns and outcome in U.S. pediatric hospitals. Int J Pediatr Otorhinolaryngol. 2009 Sep;73(9):1302-7. doi: 10.1016/j.ijporl.2009.06.005. Epub 2009 Jul 9. PMID: 19592117.

135. **Christakis DA**, Moreno MA. Trapped in the net: will internet addiction become a 21st-century epidemic? Arch Pediatr Adolesc Med. 2009 Oct;163(10):959-60. doi: 10.1001/archpediatrics.2009.162. PMID: 19805719.

136. **(Christakis DA)** Council on Communications and Media. From the American Academy of Pediatrics: Policy statement--Media violence. Pediatrics. 2009 Nov;124(5):1495-503. doi: 10.1542/peds.2009-2146. Epub 2009 Oct 19. PMID: 19841118.

137. **Christakis DA**, Garrison MM. Preschool-aged children's television viewing in child care settings. Pediatrics. 2009 Dec;124(6):1627-32. doi: 10.1542/peds.2009-0862. Epub 2009 Nov 23. PMID: 19933733.

138. **Christakis DA**, Zimmerman FJ. Young children and media: Limitations of current knowledge and future directions for research. *American Behavioral Scientist,* April 2009; vol. 52, 8: pp. 1177-1185.

139. Thompson DA, Sibinga EM, Jennings JM, Bair-Merritt MH, **Christakis DA**. Television viewing by young Hispanic children: evidence of heterogeneity. Arch Pediatr Adolesc Med. 2010 Feb;164(2):174-9. doi: 10.1001/archpediatrics.2009.257. PMID: 20124147; PMCID: PMC2828343.

140. **Christakis DA**, Rivara FP. Influence of experiences from birth to 5 years of age on emotional and psychological health. Arch Pediatr Adolesc Med. 2010 May;164(5):491-2. doi: 10.1001/archpediatrics.2010.67. PMID: 20439803.

141. Moreno MA, Briner LR, Williams A, Brockman L, Walker L, **Christakis DA**. A content analysis of displayed alcohol references on a social networking web site. J Adolesc Health. 2010 Aug;47(2):168-75. doi: 10.1016/j.jadohealth.2010.01.001. Epub 2010 Mar 20. PMID: 20638009; PMCID: PMC2907358.

142. Tandon PS, Wright J, Zhou C, Rogers CB, **Christakis DA**. Nutrition menu labeling may lead to lower-calorie restaurant meal choices for children. Pediatrics. 2010 Feb;125(2):244-8. doi: 10.1542/peds.2009-1117. Epub 2010 Jan 25. PMID: 20100765.

143. **Christakis DA**. Making research matter: promoting dissemination and sustainability. Acad Pediatr. 2010 Sep-Oct;10(5):283-4. doi: 10.1016/j.acap.2010.06.009. Epub 2010 Aug 4. PMID: 20685191.

144. **Christakis DA**. Internet addiction: a 21st century epidemic? BMC Med. 2010 Oct 18;8:61. doi: 10.1186/1741-7015-8-61. PMID: 20955578; PMCID: PMC2972229.

145. Moreno MA, Brockman L, Rogers CB, **Christakis DA**. An evaluation of the distribution of sexual references among "Top 8" MySpace friends. J Adolesc Health. 2010 Oct;47(4):418-20. doi: 10.1016/j.jadohealth.2010.02.015. Epub 2010 Apr 3. PMID: 20864013; PMCID: PMC2946400.

146. Tandon PS, Zhou C, Lozano P, **Christakis DA**. Preschoolers' total daily screen time at home and by type of child care. J Pediatr. 2011 Feb;158(2):297-300. doi: 10.1016/j.jpeds.2010.08.005. Epub 2010 Oct 27. PMID: 20980020.

147. Martin ET, Kerin T, **Christakis DA**, Blume HK, Gospe SM Jr, Vinje J, Bowen MD, Gentsch J, Zerr DM. Redefining outcome of first seizures by acute illness. Pediatrics. 2010 Dec;126(6):e1477-84. doi: 10.1542/peds.2010-1138. Epub 2010 Nov 22. PMID: 21098153; PMCID: PMC3040576.

148. O'Keeffe GS, Clarke-Pearson K; Council on Communications and Media. The impact of social media on children, adolescents, and families. Pediatrics. 2011 Apr;127(4):800-4. doi: 10.1542/peds.2011-0054. Epub 2011 Mar 28. PMID: 21444588.

149. Moreno MA, Jelenchick L, Cox E, Young H, **Christakis DA**. Problematic internet use among US youth: a systematic review. Arch Pediatr Adolesc Med. 2011 Sep;165(9):797-805. doi: 10.1001/archpediatrics.2011.58. Epub 2011 May 2. PMID: 21536950; PMCID: PMC3215336.

150. Myaing MT, Garrison MM, Rivara FP, **Christakis DA.** Differences between opt-in and actively recruited participants in a research study. *Journal of Clinical Medicine and Research.* 2011 May; vol 3(5);68-72.

151. **Christakis DA**, Moreno MM, Jelenchick L, Myaing MT, Zhou C. Problematic internet usage in US college students: a pilot study. BMC Med. 2011 Jun 22;9:77. doi: 10.1186/1741-7015-9-77. PMID: 21696582; PMCID: PMC3141542.

152. Garrison MM, Liekweg K, **Christakis DA**. Media use and child sleep: the impact of content, timing, and environment. Pediatrics. 2011 Jul;128(1):29-35. doi: 10.1542/peds.2010-3304. Epub 2011 Jun 27. PMID: 21708803; PMCID: PMC3124101.

153. Strasburger VC, (**Christakis DA**) Council on Communications and Media, Children, adolescents, obesity, and the media. Pediatrics. 2011 Jul;128(1):201-8. doi:

10.1542/peds.2011-1066. Epub 2011 Jun 27. Erratum in: Pediatrics. 2011 Sep;128(3):594. PMID: 21708800.

154. Moreno MA, **Christakis DA**, Egan KG, Jelenchick LA, Cox E, Young H, Villiard H, Becker T. A pilot evaluation of associations between displayed depression references on Facebook and self-reported depression using a clinical scale. J Behav Health Serv Res. 2012 Jul;39(3):295-304. doi: 10.1007/s11414-011-9258-7. PMID: 21863354; PMCID: PMC3266445.

155. Garrison MM, Lozano P, **Christakis DA**. Controller medication use and sleep problems in pediatric asthma: a longitudinal case-crossover analysis. Arch Pediatr Adolesc Med. 2011 Sep;165(9):826-30. doi: 10.1001/archpediatrics.2011.139. PMID: 21893649.

156. **Christakis DA**. The effects of fast-paced cartoons. Pediatrics. 2011 Oct;128(4):772-4. doi: 10.1542/peds.2011-2071. Epub 2011 Sep 12. PMID: 21911351.

157. Van Cleve WC, **Christakis DA**. Unnecessary care for bronchiolitis decreases with increasing inpatient prevalence of bronchiolitis. Pediatrics. 2011 Nov;128(5):e1106-12. doi: 10.1542/peds.2011-0655. Epub 2011 Oct 10. PMID: 21987704.

158. Meischke H, Lozano P, Zhou C, Garrison MM, **Christakis D**. Engagement in "My Child's Asthma", an interactive web-based pediatric asthma management intervention. Int J Med Inform. 2011 Nov;80(11):765-74. doi: 10.1016/j.ijmedinf.2011.08.002. Epub 2011 Sep 29. PMID: 21958551; PMCID: PMC3255480.

159. Moreno MA, Brockman LN, Wasserheit JN, **Christakis DA**. A pilot evaluation of older adolescents' sexual reference displays on Facebook. J Sex Res. 2012;49(4):390-9. doi: 10.1080/00224499.2011.642903. Epub 2012 Jan 12. PMID: 22239559; PMCID: PMC3501730.

160. Brown A (**Christakis DA**). Council on Communications and Media. Media use by children younger than 2 years. Pediatrics. 2011 Nov;128(5):1040-5. doi: 10.1542/peds.2011-1753. Epub 2011 Oct 17. PMID: 22007002.

161. Milteer RM, Ginsburg KR, (**Christakis DA**). Council On Communications And Media; Committee On Psychosocial Aspects Of Child And Family Health. The importance of play in promoting healthy child development and maintaining strong parent-child bond: focus on children in poverty. Pediatrics. 2012 Jan;129(1):e204-13. doi: 10.1542/peds.2011-2953. Epub 2011 Dec 26. PMID: 22201149.

162. Moreno MA, **Christakis DA**, Egan KG, Brockman LN, Becker T. Associations between displayed alcohol references on Facebook and problem drinking among college students. Arch Pediatr Adolesc Med. 2012 Feb;166(2):157-63. doi:

10.1001/archpediatrics.2011.180. Epub 2011 Oct 3. PMID: 21969360; PMCID: PMC3266463.

163. Zimmerman FJ, Ortiz SE, **Christakis DA**, Elkun D. The value of social-cognitive theory to reducing preschool TV viewing: a pilot randomized trial. Prev Med. 2012 Mar-Apr;54(3-4):212-8. doi: 10.1016/j.ypmed.2012.02.004. Epub 2012 Feb 14. PMID: 22349644.

164. Tandon PS, Zhou C, **Christakis DA**. Frequency of parent-supervised outdoor play of US preschool-aged children. Arch Pediatr Adolesc Med. 2012 Aug;166(8):707-12. doi: 10.1001/archpediatrics.2011.1835. PMID: 22473885.

165. Bjornson KF, Yung D, Jacques K, Burr RL, **Christakis D**. StepWatch stride counting: accuracy, precision, and prediction of energy expenditure in children. J Pediatr Rehabil Med. 2012;5(1):7-14. doi: 10.3233/PRM-2011-0186. PMID: 22543888.

166. Moreno MA, Jelenchick LA, Koff R, Eickhoff J, Diermyer C, **Christakis DA**. Internet use and multitasking among older adolescents: An experience sampling approach. *Computers in Human Behavior*. 28 (2012) 1097-1102.

167. Tandon PS, Garrison MM, **Christakis DA**. Physical activity and beverages in home- and center-based child care programs. J Nutr Educ Behav. 2012 Jul-Aug;44(4):355-9. doi: 10.1016/j.jneb.2011.10.009. Epub 2012 May 6. PMID: 22564855.

168. **Christakis DA**, Garrison MM, Lozano P, Meischke H, Zhou C, Zimmerman FJ. Improving parental adherence with asthma treatment guidelines: a randomized controlled trial of an interactive website. Acad Pediatr. 2012 Jul-Aug;12(4):302-11. doi: 10.1016/j.acap.2012.03.006. Epub 2012 Jun 11. PMID: 22694878; PMCID: PMC3527015.

169. **Christakis DA**, Joffe A, Keren R, Davis MM, Shah SS, Rivara FP. Introducing JAMA pediatrics. Arch Pediatr Adolesc Med. 2012 Jul 1;166(7):663. doi: 10.1001/archpediatrics.2012.1363. PMID: 22751885.

170. Garrison MM, **Christakis DA**. The impact of a healthy media use intervention on sleep in preschool children. Pediatrics. 2012 Sep;130(3):492-9. doi: 10.1542/peds.2011-3153. Epub 2012 Aug 6. PMID: 22869826; PMCID: PMC3428755.

171. **Christakis DA**, Ramirez JS, Ramirez JM. Overstimulation of newborn mice leads to behavioral differences and deficits in cognitive performance. Sci Rep. 2012;2:546. doi: 10.1038/srep00546. Epub 2012 Jul 31. PMID: 22855702; PMCID: PMC3409385.

172. Moreno MA, **Christakis DA**, Egan KG, Jelenchick LA, Cox E, Young H, Villiard H, Becker T. A pilot evaluation of associations between displayed depression references on Facebook and self-reported depression using a clinical scale. J Behav Health Serv Res. 2012 Jul;39(3):295-304. doi: 10.1007/s11414-011-9258-7. PMID: 21863354; PMCID: PMC3266445.

173. Tandon PS, Zhou C, **Christakis DA**. The frequency of outdoor play for preschool age children cared for at home-based child care settings. Acad Pediatr. 2012 Nov-Dec;12(6):475-80. doi: 10.1016/j.acap.2012.06.010. Epub 2012 Sep 12. PMID: 22980727.

174. Brockman LN, Pumper MA, **Christakis DA**, Moreno MA. Hookah's new popularity among US college students: a pilot study of the characteristics of hookah smokers and their Facebook displays. BMJ Open. 2012 Dec 12;2(6):e001709. doi: 10.1136/bmjopen-2012-001709. PMID: 23242241; PMCID: PMC3533013.

175. Tandon PS, Saelens BE, Zhou C, Kerr J, **Christakis DA**. Indoor versus outdoor time in preschoolers at child care. Am J Prev Med. 2013 Jan;44(1):85-8. doi: 10.1016/j.amepre.2012.09.052. PMID: 23253655.

176. **Christakis DA**, Frintner MP, Mulligan DA, Fuld GL, Olson LM. Media education in pediatric residencies: a national survey. Acad Pediatr. 2013 Jan-Feb;13(1):55-8. doi: 10.1016/j.acap.2012.10.003. PMID: 23312857.

177. **Christakis DA**, Garrison MM, Herrenkohl T, Haggerty K, Rivara FP, Zhou C, Liekweg K. Modifying media content for preschool children: a randomized controlled trial. Pediatrics. 2013 Mar;131(3):431-8. doi: 10.1542/peds.2012-1493. Epub 2013 Feb 18. PMID: 23420911; PMCID: PMC3581844.

178. **Christakis DA**, Liekweg K, Garrison MM, Wright JA. Infant video viewing and salivary cortisol responses: a randomized experiment. J Pediatr. 2013 May;162(5):1035-40. doi: 10.1016/j.jpeds.2012.10.032. Epub 2012 Nov 16. PMID: 23164310.

179. Njoroge WF, Elenbaas LM, Garrison MM, Myaing M, **Christakis DA**. Parental cultural attitudes and beliefs regarding young children and television. JAMA Pediatr. 2013 Aug 1;167(8):739-45. doi: 10.1001/jamapediatrics.2013.75. PMID: 23778788.

180. **Christakis DA**. Breastfeeding and cognition: Can IQ tip the scale? JAMA Pediatr. 2013 Sep;167(9):796-7. doi: 10.1001/jamapediatrics.2013.470. PMID: 23896823.

181. Bjornson KF, Zhou C, Stevenson R, **Christakis D**, Song K. Walking activity patterns in youth with cerebral palsy and youth developing typically. Disabil Rehabil. 2014;36(15):1279-84. doi: 10.3109/09638288.2013.845254. Epub 2013 Oct 25. PMID: 24160855; PMCID: PMC4295907.

182. Bjornson KF, Zhou C, Stevenson R, **Christakis DA**. Capacity to participation in cerebral palsy: evidence of an indirect path via performance. Arch Phys Med Rehabil. 2013 Dec;94(12):2365-2372. doi: 10.1016/j.apmr.2013.06.020. Epub 2013 Jul 5. PMID: 23835350; PMCID: PMC4060892.

183. **Christakis DA**, Zimmerman FJ. Rethinking reanalysis. JAMA. 2013 Dec 18;310(23):2499-500. doi: 10.1001/jama.2013.281337. PMID: 24346985.

184. Ameenuddin N, **Christakis DA**, Clarke-Pearson K, et al. Media: Wired Kids and Your Practice [online course]. *PediaLink. American Academy of Pediatrics.* 2014 March 26.

185. Radesky JS, Silverstein M, Zuckerman B, **Christakis DA**. Infant self-regulation and early childhood media exposure. Pediatrics. 2014 May;133(5):e1172-8. doi: 10.1542/peds.2013-2367. Epub 2014 Apr 14. PMID: 24733868; PMCID: PMC4006432.

186. **Christakis DA**. Interactive media use at younger than the age of 2 years: time to rethink the American Academy of Pediatrics guideline? JAMA Pediatr. 2014 May;168(5):399-400. doi: 10.1001/jamapediatrics.2013.5081. PMID: 24615347.

187. Brockman LN, **Christakis DA**, Moreno MA. Friending Adolescents on Social Networking Websites: A Feasible Research Tool. J Interact Sci. 2014;2(1):10.1186/2194-0827-2-1. doi: 10.1186/2194-0827-2-1. PMID: 25485226; PMCID: PMC4255910.

188. Jelenchick LA, Eickhoff J, **Christakis DA**, Brown RL, Zhang C, Benson M, Moreno MA. The Problematic and Risky Internet Use Screening Scale (PRIUSS) for Adolescents and Young Adults: Scale Development and Refinement. Comput Human Behav. 2014 Jun 1;35:10.1016/j.chb.2014.01.035. doi: 10.1016/j.chb.2014.01.035. PMID: 24882938; PMCID: PMC4035908.

189. Jelenchick LA, **Christakis DA**. Problematic Internet Use During Adolescence and Young Adulthood. Adolesc Med State Art Rev. 2014 Dec;25(3):605-20. PMID: 27120888.

190. McCormick E, Kerns SE, McPhillips H, Wright J, **Christakis DA**, Rivara FP. Training pediatric residents to provide parent education: a randomized controlled trial. Acad Pediatr. 2014 Jul-Aug;14(4):353-60. doi: 10.1016/j.acap.2014.03.009. PMID: 24976347.

191. Tandon PS, Saelens BE, **Christakis DA**. Active play opportunities at child care. Pediatrics. 2015 Jun;135(6):e1425-31. doi: 10.1542/peds.2014-2750. Epub 2015 May 18. PMID: 25986016; PMCID: PMC4444799.

192. Moreno MA,*Jelenchick LA, **Christakis DA.** Problematic Internet Use Among Young Adults: A Conceptual Framework *Computers in Human Behavior.* 29(4), 1879–1887. https://doi.org/10.1016/j.chb.2013.01.053.

193. Jelenchick LA, Eickhoff J, Zhang C, Kraninger K, **Christakis DA**, Moreno MA. Screening for Adolescent Problematic Internet Use: Validation of the Problematic and Risky Internet Use Screening Scale (PRIUSS). Acad Pediatr. 2015 Nov-Dec;15(6):658-65. doi: 10.1016/j.acap.2015.07.001. PMID: 26547545.

194. Jelenchick LA, Eickhoff JE, **Christakis DA**, *Moreno MA**.** An exploratory factor analysis of the Young Internet Addiction Scale. *Psychiatry Research* 35: 10.1016/

195. Waite WM, **Christakis D**. The Impact of Mailed Samples of Infant Formula on Breastfeeding Rates. Breastfeed Med. 2016 Jan-Feb;11(1):21-5. doi: 10.1089/bfm.2015.0099. Epub 2015 Dec 24. PMID: 26701801.

196. Waite WM, **Christakis D**. Relationship of maternal perceptions of workplace breastfeeding support and job satisfaction. Breastfeed Med. 2015 May;10(4):222-7. doi: 10.1089/bfm.2014.0151. Epub 2015 Apr 1. PMID: 25831141.

197. **Christakis DA**. Rethinking Attention-Deficit/Hyperactivity Disorder. JAMA Pediatr. 2016 Feb;170(2):109-10. doi: 10.1001/jamapediatrics.2015.3372. PMID: 26746874.

198. *Jelenchick LA, Eickhoff J, Zhang C, Kraninger K, **Christakis DA**, Moreno MA. Screening for Adolescent Problematic Internet Use: Validation of the Problematic and Risky Internet Use Screening Scale (PRIUSS). Acad Pediatr. 2015 Nov-Dec;15(6):658-65. doi: 10.1016/j.acap.2015.07.001. PMID: 26547545.

199. *Waite WM, **Christakis D**. The Impact of Mailed Samples of Infant Formula on Breastfeeding Rates. Breastfeed Med. 2016 Jan-Feb;11(1):21-5. doi: 10.1089/bfm.2015.0099. Epub 2015 Dec 24. PMID: 26701801.

200. *Radesky JS, **Christakis DA**. Keeping Children's Attention: The Problem With Bells and Whistles. JAMA Pediatr. 2016 Feb;170(2):112-3. doi: 10.1001/jamapediatrics.2015.3877. PMID: 26720712.

201. **Christakis DA**. Rethinking Attention-Deficit/Hyperactivity Disorder. JAMA Pediatr. 2016 Feb;170(2):109-10. doi: 10.1001/jamapediatrics.2015.3372. PMID: 26746874.

202. *Radesky JS, **Christakis DA**. Increased Screen Time: Implications for Early Childhood Development and Behavior. Pediatr Clin North Am. 2016 Oct;63(5):827-39. doi: 10.1016/j.pcl.2016.06.006. PMID: 27565361.

203. **Christakis DA**. Focusing on the Smaller Adverse Childhood Experiences: The Overlooked Importance of Aces. JAMA Pediatr. 2016 Aug 1;170(8):725-6. doi: 10.1001/jamapediatrics.2016.0392. PMID: 27295168.

204. Ravinder S, Donckels EA, Ramirez JS, **Christakis DA**, Ramirez JM, Ferguson SM. Excessive Sensory Stimulation during Development Alters Neural Plasticity and Vulnerability to Cocaine in Mice. eNeuro. 2016 Aug 23;3(4):ENEURO.0199-16.2016. doi: 10.1523/ENEURO.0199-16.2016. PMID: 27588306; PMCID: PMC4994069.

205. **Christakis DA** COUNCIL ON COMMUNICATIONS AND MEDIA. Virtual Violence. Pediatrics. 2016 Aug;138(2):e20161298. doi: 10.1542/peds.2016-1298. Epub 2016 Jul 18. Erratum in: Pediatrics. 2016 Oct;138(4):null. PMID: 27432848.

206. *Wright DR, Lozano P, Dawson-Hahn E, **Christakis DA**, Haaland WL, Basu A. Parental Predictions and Perceptions Regarding Long-Term Childhood Obesity-Related Health Risks. Acad Pediatr. 2016 Jul;16(5):475-481. doi: 10.1016/j.acap.2016.02.007. Epub 2016 Feb 12. PMID: 26875508; PMCID: PMC4931970.

207. **Christakis DA**. In Support of Breastfeeding Support in Primary Care. JAMA Pediatr. 2016 Dec 1;170(12):1138-1139. doi: 10.1001/jamapediatrics.2016.3390. PMID: 27784036.

208. Radesky JS, **Christakis DA**. COUNCIL ON COMMUNICATIONS AND MEDIA. Media and Young Minds. Pediatrics. 2016 Nov;138(5):e20162591. doi: 10.1542/peds.2016-2591. PMID: 27940793.

209. Thomas MB, Stapleton HM, Dills RL, Violette HD, **Christakis DA**, Sathyanarayana S. Demographic and dietary risk factors in relation to urinary metabolites of organophosphate flame retardants in toddlers. Chemosphere. 2017 Oct;185:918-925. doi: 10.1016/j.chemosphere.2017.07.015. Epub 2017 Jul 4. PMID: 28763939.

210. Wright DR, Lozano P, Dawson-Hahn E, **Christakis DA**, Haaland WL, Basu A. Parental optimism about childhood obesity-related disease risks. Int J Obes (Lond). 2017 Oct;41(10):1467-1472. doi: 10.1038/ijo.2017.103. Epub 2017 May 3. PMID: 28465611; PMCID: PMC5626577.

211. **Christakis DA**, Ramirez JSB, Ferguson SM, Ravinder S, Ramirez JM. How early media exposure may affect cognitive function: A review of results from observations in humans and experiments in mice. Proc Natl Acad Sci U S A. 2018 Oct 2;115(40):9851-9858. doi: 10.1073/pnas.1711548115. PMID: 30275319; PMCID: PMC6176595.

212. *Tandon PS, Saelens BE, Zhou C, **Christakis DA**. A Comparison of Preschoolers' Physical Activity Indoors versus Outdoors at Child Care. Int J Environ Res Public Health. 2018 Nov 5;15(11):2463. doi: 10.3390/ijerph15112463. PMID: 30400603; PMCID: PMC6265760.

213. Sathyanarayana S, Flynn JT, Messito MJ, Gross R, Whitlock KB, Kannan K, Karthikraj R, Morrison D, Huie M, **Christakis D**, Trasande L. Melamine and cyanuric acid exposure and kidney injury in US children. Environ Res. 2019 Apr;171:18-23. doi: 10.1016/j.envres.2018.10.038. Epub 2018 Nov 2. PMID: 30641369.

214. *Tandon PS, Sasser T, Gonzalez ES, Whitlock KB, **Christakis DA**, Stein MA. Physical Activity, Screen Time, and Sleep in Children With ADHD. J Phys Act Health. 2019 Jun 1;16(6):416-422. doi: 10.1123/jpah.2018-0215. Epub 2019 May 5. PMID: 31056020.

215. **Christakis DA**. The Challenges of Defining and Studying "Digital Addiction" in Children. JAMA. 2019 Jun 18;321(23):2277-2278. doi: 10.1001/jama.2019.4690. PMID: 31095260.

216. **Christakis DA**, Lowry SJ, Goldberg G, Violette H, Garrison MM. Assessment of a Parent-Child Interaction Intervention for Language Development in Children. JAMA Netw Open. 2019 Jun 5;2(6):e195738. doi: 10.1001/jamanetworkopen.2019.5738. PMID: 31199447; PMCID: PMC6575141.

217. Galbraith AA, Carroll AE, **Christakis D**. JAMA Pediatrics Call for Papers on Election-Year Policies and Children's Health. JAMA Pediatr. 2019 Jul 22. doi: 10.1001/jamapediatrics.2019.2636. Epub ahead of print. PMID: 31329219.

218. **Christakis DA**. Decision to Publish Study on Maternal Fluoride Exposure During Pregnancy. JAMA Pediatr. 2019 Aug 19. doi: 10.1001/jamapediatrics.2019.3120. Epub ahead of print. PMID: 31424484.

219. *Tandon PS, Downing KL, Saelens BE, **Christakis DA**. Two Approaches to Increase Physical Activity for Preschool Children in Child Care Centers: A Matched-Pair Cluster-Randomized Trial. Int J Environ Res Public Health. 2019 Oct 21;16(20):4020. doi: 10.3390/ijerph16204020. PMID: 31640110; PMCID: PMC6843925.

220. Browne DT, May S, Hurst-Della Pietra P, **Christakis D**, Asamoah T, Hale L, Delrahim-Howlett K, Emond JA, Fiks AG, Madigan S, Prime H, Perlman G, Rumpf HJ, Thompson D, Uzzo S, Stapleton J, Neville R; Media Impact Screening Toolkit Workgroup of Children and Screens: Institute of Digital Media and Child Development. From 'screen time' to the digital level of analysis: protocol for a scoping review of digital media use in children and adolescents. BMJ Open. 2019 Nov 25;9(11):e032184. doi: 10.1136/bmjopen-2019-032184. PMID: 31772098; PMCID: PMC6887049.

221. Trasande L, Aldana SI, Trachtman H, Kannan K, Morrison D, **Christakis DA**, Whitlock K, Messito MJ, Gross RS, Karthikraj R, Sathyanarayana S. Glyphosate exposures and kidney injury biomarkers in infants and young children. Environ

Pollut. 2020 Jan;256:113334. doi: 10.1016/j.envpol.2019.113334. Epub 2019 Oct 23. PMID: 31677874; PMCID: PMC7307380.

222. **Christakis DA**. JAMA Pediatrics-The Year in Review, 2019. JAMA Pediatr. 2020 May 1;174(5):415-416. doi: 10.1001/jamapediatrics.2020.0412. PMID: 32202600.

223. Madigan S, McArthur BA, Anhorn C, Eirich R, **Christakis DA**. Associations Between Screen Use and Child Language Skills: A Systematic Review and Meta-analysis. JAMA Pediatr. 2020 Jul 1;174(7):665-675. doi: 10.1001/jamapediatrics.2020.0327. PMID: 32202633; PMCID: PMC7091394.

224. **Christakis DA**. Early Media Exposure and Autism Spectrum Disorder: Heat and Light. JAMA Pediatr. 2020 Jul 1;174(7):640-641. doi: 10.1001/jamapediatrics.2020.0659. PMID: 32310269.

225. **Christakis DA**. School Reopening-The Pandemic Issue That Is Not Getting Its Due. JAMA Pediatr. 2020 Oct 1;174(10):928. doi: 10.1001/jamapediatrics.2020.2068. PMID: 32401279.

226. **Christakis DA**. Pediatrics and COVID-19. JAMA. 2020 Sep 22;324(12):1147-1148. doi: 10.1001/jama.2020.14297. PMID: 32960248.

227. **Christakis DA**, Van Cleve W, Zimmerman FJ. Estimation of US Children's Educational Attainment and Years of Life Lost Associated With Primary School Closures During the Coronavirus Disease 2019 Pandemic. JAMA Netw Open. 2020 Nov 2;3(11):e2028786. doi: 10.1001/jamanetworkopen.2020.28786. Erratum in: JAMA Netw Open. 2021 Jan 4;4(1):e2037247. PMID: 33180132; PMCID: PMC7662136.

228. Dibner KA, Schweingruber HA, **Christakis DA**. Reopening K-12 Schools During the COVID-19 Pandemic: A Report From the National Academies of Sciences, Engineering, and Medicine. JAMA. 2020 Sep 1;324(9):833-834. doi: 10.1001/jama.2020.14745. PMID: 32761241.

229. Kroshus E, Hawrilenko M, Tandon PS, **Christakis DA**. Plans of US Parents Regarding School Attendance for Their Children in the Fall of 2020: A National Survey. JAMA Pediatr. 2020 Aug 14;174(11):1–10. doi: 10.1001/jamapediatrics.2020.3864. Epub ahead of print. PMID: 32797152; PMCID: PMC7428818.

230. Browne, D. T., May, S. S., Colucci, L., Hurst-Della Pietra, P., **Christakis, D.**, Asamoah, T., Hale, L., Delrahim-Howlett, K., Emond, JA., Fiks, AG., Madigan, S., Perlman, G., Rumpf, HJ., Thompson, D., Uzzo, S., Stapleton, J., Neville, R., Prime, H., MIST Working Group. From screen time to the digital level of analysis; a scooping review of measures for digital media use in children and adolescents.

BMJ open, 2021 May 19; 11(5), e046367. Doi: 10.1136/bmjopen-2020-046367. PMID: 34011597 PMCID: PMC8137212.

231. Freedman DS, Goodwin Davies AJ, Phan T-LT, Cole FS, Pajor N, Rao S, Eneli I, Kompaniyets L, Lange SJ, **Christakis DA**, et al. Measuring BMI change among children and adolescents. Pediatric Obesity 2022;17(6):e12889. Doi: 10.1111/ijpo12889. PMID 35064761

232. Christopher B. Forrest, MD, PhD, Evanette K. Burrows, MPH, Asuncion Mejias, MD, PhD, Hanieh Razzaghi, MPH, **Dimitri Christakis, MD, MPH**, Ravi Jhaveri, MD, Grace M. Lee, MD, Nathan M. Pajor, MD, Suchitra Rao, MD, Deepika Thacker, MD,h L. Charles Bailey, MD, PhD. Severity of Acute COVID-19 in Children <18 Years Old March 2020 to December 2021. Pediatrics. 2022;149(4):e2021. DOI: 10.1542/peds.2021-055765 PMID: 35322270

233. Jason P. Block, MD; Tegan K. Boehmer, PhD; Christopher B. Forrest, MD, PhD; Thomas W. Carton, PhD; Grace M. Lee, MD; Umed A. Ajani, MBBS2; **Dimitri A. Christakis, MD**; Lindsay G. Cowell, PhD; Christine Draper; Nidhi Ghildayal, PhD; Aaron M. Harris, MD; Michael D. Kappelman, MD; Jean Y. Ko, PhD; Kenneth H. Mayer, MD; Kshema Nagavedu, MPH; Matthew E. Oster, MD; Anuradha Paranjape, MD; Jon Puro, MPA; Matthew D. Ritchey; David K. Shay, MD; Deepika Thacker, MD; Adi V. Gundlapalli, MD, PhD. Cardiac Complications After SARS-CoV-2 Infection and mRNA COVID-19 Vaccination — PCORnet, United States, January 2021–January 2022. MMWR Morb Mortal Wkly Rep. 2022 Apr 8;71(14):517-523. doi: 10.15585/mmwr.mm7114e1. PMID: 35389977; PMCID: PMC8989373

234. Suchitra Rao, Grace M. Lee, Hanieh Razzaghi, Vitaly Lorman, Asuncion Mejias, Nathan M. Pajor, Deepika Thacker, Ryan Webb, Kimberley Dickinson, L. Charles Bailey, Ravi Jhaveri, **Dimitri A. Christakis**, Tellen D. Bennett, Yong Chen, Christopher B. Forrest. Clinical features and burden of post-acute sequelae of SARS-CoV-2 infection in children and adolescents: an exploratory EHR-based cohort study from the RECOVER program. medRxiv 2022.05.24.22275544; doi: https://doi.org/10.1101/2022.05.24.22275544 PMID: 35665016 PMCID: PMC9164455

235. Bibbins-Domingo K, Shields B, Ayanian JZ, Bonow RO, Bressler NM, **Christakis D**, Disis ML, Josephson SA, Kibbe MR, Öngür D, Piccirillo JF, Redberg RF, Rivara FP, Shinkai K, Easley TJ. JAMA. Public Access to Scientific Research Findings and Principles of Biomedical Research-A New Policy for the JAMA Network 2023 Jan 3;329(1):23-24. doi: 10.1001/jama.2022.23451. PMID: 36516049

236. Schlossarek S, Schmidt H, Bischof A, Bischof G, Brandt D, Borgwardt S, Browne DT, **Christakis D**, Hurst-Della Pietra P, Demetrocvics Z, Rumpf HJ. Psychometric Properties of Screening Instruments for Social Network Use Disorder in Children

and Adolescents: A Systematic Review JAMA Pediatr. 2023 Apr 1;177(4):419-426. doi:10.1001/jamapediatrics.2022.5741. PMID: 36806892

237. Kroshus E, Hawrilenko M, Tandon PS, Browning A, Steiner MK, **Christakis DA**. Mindfulness (N Y). 2023;14(5):1192-1203. doi: 10.1007/s12671-023-02104-9. Epub Structural Inequities in Self-compassion and Parental Burnout 2023 Apr 19. DOI: 10.1007/s12671-023-02104-9 PMID: 37304655 PMCID: PMC10113733

238. *Gina M. Sequeira, M.D., M.S., Nicole F. Kahn, Ph.D., M.Ed., Colbey Ricklefs, M.D., M.P.H., Wanda Pratt, Ph.D., **Dimitri Christakis, M.D., M.P.H.,** Laura P. Richardson, M.D., M.P.H. Barriers Pediatric PCP's Identify To Providing Gender-Affirming Care For Adolescents Published: June 09,2023 DOI:https://doi.org/10.1016/j.jadohealth.2023.04.007 PMID: 37294258 PMCID: PMC9929719

239. Mejias A, Schuchard J, Rao S, Bennett TD, Jhaveri R, Thacker D, Bailey LC, **Christakis DA,** Pajor NM, Razzaghi H, Forrest CB, Lee GM. J Pediatr. Leveraging Serologic Testing to Identify Children at Risk For Post-Acute Sequelae of SARS-CoV-2 Infection: An Electronic Health Record-Based Cohort Study from the RECOVER Program 2023 Jun;257:113358. doi: 10.1016/j.jpeds.2023.02.005. Epub 2023 Feb 22. PMID: 36822507 PMCID PMC9943558

240. Definition of Postacute Sequelae of SARS-CoV-2 Infection RECOVER Consortium. JAMA. 2023 Jun 13;329(22):1934-1946. doi: 10.1001/jama.2023.8823. PMID: 37278994 PMCID: PMC102141179

241. Josephine Elia*, Kathleen Pajer, Raghuram Prasad, Andres Pumariega, Mitchell Maltenfort, Levon Utidjian, Elizabeth Shenkman, Kelly Kelleher, Suchitra Rao, Peter A. Margolis, **Dimitri A. Christakis**, Antonio Y. Hardan, Rachel Ballard and Christopher B. Forrest, Electronic health records identify timely trends in childhood mental health conditions, Elia et al. Child and Adolescent Psychiatry and Mental Health (2023) 17:107 Published Sept. 2023 https://doi.org/10.1186/s13034-023-00650-7 PMID: 37710303 PMCID: PMC10503059

242. Froehlich TE, Spinks-Franklin A, **Christakis DA**. JAMA Pediatr. Ending Developmental-Behavioral Pediatrics Faculty Requirement for Pediatric Residency Programs-Desperate Times Do Not Justify Desperate Actions 2023 Oct 1;177(10):999-1000. doi: 10.1001/jamapediatrics.2023.2829. PMID: 37578767

243. **Christakis DA**, Iezzoni LI. JAMA. Calling on the USPSTF to Address Ableism and Structural Ableism 2023 Oct 10;330(14):1327-1328. doi: 10.1001/jama.2023.17092. PMID: 3774771

244. *Kahn NF, Sequeira GM, Reyes V, Garrison MM, Orlich F, **Christakis DA**, Aye T, Conard LAE, Dowshen N, Kazak AE, Nahata L, Nokoff NJ, Voss RV, Richardson

LP. Mental health of youth with Autism Spectrum Disorder and gender dysphoria. *Pediatrics* published online: 11/1/2023 (doi: 10.1542/peds.2023-063289) PMID: 37909059

245. Jackson SL, Woodruff RC, Nagavedu K, Fearrington J, Rolka DB, Twentyman E, Carton TW, Puro J, Denson JL, Kappelman MD, Paranjape A, Thacker D, Weiner MG, Goodman AB, Lekiachvili A, Boehmer TK, Block JP; PCORnet Collaboration Authors *. J Am Heart Assoc. Association Between Hypertension and Diabetes Control and COVID-19 Severity: National Patient-Centered Clinical Research Network, United States, March 2020 to February 2022 2023 Nov 7;12(21):e030240. doi: 10.1161/JAHA.122.030240. Epub 2023 Oct 18. PMID: 37850404 PMCID PMC10727406

246. Wu Q, Tong J, Zhang B, Zhang D, Chen J, Lei Y, Lu Y, Wang Y, Li L, Shen Y, Xu J, Bailey LC, Bian J, **Christakis DA**, Fitzgerald ML, Hirabayashi K, Jhaveri R, Khaitan A, Lyu T, Rao S, Razzaghi H, Schwenk HT, Wang F, Witvliet MI, Tchetgen EJT, Morris JS, Forrest CB, Chen Y.medRxiv [Preprint]. Real-world Effectiveness of BNT162b2 Against Infection and Severe Diseases in Children and Adolescents 2023 Nov 13:2023.06.16.23291515. doi: 10.1101/2023.06.16.23291515. PMID: 38014095 PMICD: PMC10680874

247. Cheng JW, **Christakis DA**, Kieran K, Niessen BA, Fernandez N, Merguerian PA, Chang EK, Shnorhavorian M.J Pediatr Urol. Association between YouTube® videos and health literacy with postoperative healthcare utilization following pediatric urologic surgery: A randomized trial 2023 Nov 25:S1477-5131(23)00526-0. doi: 10.1016/j.jpurol.2023.11.025. Online ahead of print. PMID: 38071113

248. Rao S, Jing N, Liu X, Lorman V, Maltenfort M, Schuchard J, Wu Q, Tong J, Razzaghi H, Mejias A, Lee GM, Pajor NM, Schulert GS, Thacker D, Jhaveri R, Christakis DA, Bailey LC, Forrest CB, Chen Y. Sci Rep. Rao S, Jing N, Liu X, Lorman V, Maltenfort M, Schuchard J, Wu Q, Tong J, Razzaghi H, Mejias A, Lee GM, Pajor NM, Schulert GS, Thacker D, Jhaveri R, **Christakis DA**, Bailey LC, Forrest CB, Chen Y. Sci Rep. 2023 Nov 28;13(1):21005. doi: 10.1038/s41598-023-47655-y. PMID: 38017007 PMICD: PMC10684592

249. *Kahn NF, Sequeira GM, Reyes V, Garrison MM, Orlich F, **Christakis DA**, Aye T, Conard LAE, Dowshen N, Kazak AE, Nahata L, Nokoff NJ, Voss RV, Richardson LP. Pediatrics. Mental Health of Youth With Autism Spectrum Disorder and Gender Dysphoria. 2023 Dec 1;152(6):e2023063289. doi: 10.1542/peds.2023-063289. PMID: 37909059

250. *Kahn NF, Sequeira GM, Asante PG, et al. Estimating Transgender and Gender-Diverse Youth Populations in Health Systems and Survey Data. *Pediatrics*. Jun 1 2024;153(6)doi:10.1542/peds.2023-065197

251. Bose-Brill S, Hirabayashi K, Schwimmer E, et al. Pediatric Nirmatrelvir/Ritonavir Prescribing Patterns During the COVID-19 Pandemic. *Hosp Pediatr*. Aug 1 2024;14(8):e341-e348. doi:10.1542/hpeds.2023-007132

252. *Kahn NF, Asante PG, Coker TR, Kidd KM, **Christakis DA**, Richardson LP, Sequeira GM. LGBT Health. 2024 Jan 8. Demographic Differences in Gender Dysphoria Diagnosis and Access to Gender-Affirming Care Among Adolescents Online ahead of print. DOI: 10.1089/lgbt.2023.0273 PMID: 38190267

253. Hirsch AG, Conderino S, Crume TL, Liese AD, Bellatorre A, Bendik S, Divers J, Anthopolos R, Dixon BE, Guo Y, Imperatore G, Lee DC, Reynolds K, Rosenman M, Shao H, Utidjian L, Thorpe LE; DiCAYA Study Group. Using electronic health records to enhance surveillance of diabetes in children, adolescents and young adults: a study protocol for the DiCAYA Network BMJ Open. 2024 Jan 17;14(1):e073791. doi: 10.1136/bmjopen-2023-073791.PMID: 38233060 PMCID: PMC10806714

254. Zhang Y, Romieu-Hernandez A, Boehmer TK, Azziz-Baumgartner E, Carton TW, Gundlapalli AV, Fearrington J, Nagavedu K, Dea K, Moyneur E, Cowell LG, Kaushal R, Mayer KH, Puro J, Rasmussen SA, Thacker D, Weiner MG, Saydah S, Block JP; Association between SARS-CoV-2 infection and select symptoms and conditions 31 to 150 days after testing among children and adults PCORnet Network Partners. BMC Infect Dis. 2024 Feb 10;24(1):181. doi: 10.1186/s12879-024-09076-8. PMID: 38341566 PMCID: PMC10859007

255. *Nicole F. Kahn, Peter G. Asante, Jessy Guler, Valentino Reyes, Yomna Anan, Kevin Bocek, Kacie M. Kidd, Laura P. Richardson, **Dimitri A. Christakis**, Wanda Pratt & Gina M. Sequeira (2024) Caregiver Perspectives on Receiving Gender-Affirming Care with Their Transgender and Gender Diverse Adolescents via Telemedicine, LGBTQ+ Family: An Interdisciplinary Journal, 02/20/2024 DOI: 10.1080/27703371.2024.2317139 PMID: 37697934 PMCID: PMC10698727

256. *Sequeira GM, Asante PG, Bocek K, Kahn NF, Sethness JL, Hodax JK, Kidd KM, Pratt W, **Christakis DA**, Richardson LP. Evaluating an Electronic Consultation Platform to Support Pediatric Primary Care Providers in Caring for Transgender and Nonbinary Adolescents Telemed J E Health. 2024 Feb;30(2):595-600. doi: 10.1089/tmj.2023.0266. Epub 2023 Aug 25. PMID: 37624647 PMCID: PMC10877380

257. Hutton, J.S., Piotrowski, J.T., Bagot, K., Blumberg, F., Canli, T., Chein, J., **Christakis, D.A**., Grafman, J., Griffin, J.A., Hummer, T., Kuss, D., Lerner, M.D., Marcovitch, S., Paulus, M.P., Perlman, G., Romeo, R., Thomason, M.E., Turel, O., Weinstein, A., West, G., Hurst-Della Pietra, P., Potenza, M.N. (in press). Digital Media and Developing Brains: Concerns and Opportunities. Current Addiction Reports. (2024) 03/04/2024 https://doi.org/10.1007/s40429-024-00545-3

258. Zhang D, Tong J, Jing N, Yang Y, Luo C, Lu Y, **Christakis DA**, Güthe D, Hornig M, Kelleher KJ, Morse KE, Rogerson CM, Divers J, Carroll RJ, Forrest CB, Chen Y. Learning competing risks across multiple hospitals: one-shot distributed algorithms J Am Med Inform Assoc. 2024 Mar 8:ocae027. doi: 10.1093/jamia/ocae027. Online ahead of print. PMID: 38456459

259. Bibbins-Domingo K, Flanagin A, Sietmann C, Bonow RO, Navar AM, Shinkai K, Roberson ML, Ayanian JZ, Ponce N, Inouye SK, Durant RW, Simon MA, Rivara FP, Vela M, Josephson SA, Rawls A, Disis MLN, Florez N, Bressler NM, Scott AW, Piccirillo JF, Osazuwa-Peters N, **Christakis DA**, Duncan AF, Öngür D, Bagot KS, Kibbe MR, Backhus LM, Malani PN. Advancing Equity at the JAMA Network-Self-Reported Demographics of Editors and Editorial Board Members JAMA. 2024 Mar 12;331(10):837-839. doi: 10.1001/jama.2024.1709. PMID: 38334991

260. **Christakis DA** JAMA Pediatrics-The Year in Review, 2023 JAMA Pediatr. 2024 Mar 18. doi: 10.1001/jamapediatrics.2024.0203. Online ahead of print. PMID: 38497984

261. *Kahn NF, Sequeira GM, Asante PG, Kidd KM, Coker TR, **Christakis DA**, Karrington B, Aye T, Conard LAE, Dowshen N, Kazak AE, Nahata L, Nokoff NJ, Voss RV, Richardson LP. Estimating transgender and gender diverse youth populations in health systems and survey data. Pediatrics. 2024;153(6):e2023065197. PMID: 38752289 DOI: 10.1542/peds.2023-065197

262. Sethness JL, Sequeira GM, Kidd KM, Evans YN, Lin Y-H, Pratt W, **Christakis D**, Richardson LP, Kahn NF. Caregiver reasons for accessing their transgender and gender-diverse adolescent's patient portal account. Journal of Adolescent Health PMID: 39001752 DOI: 10.1016/j.jadohealth.2024.06.002

263. *Sequeira GM, Kahn NF, Kyweluk MA, Kidd KM, Asante PG, Karrington B, Bocek K, Lucas R, **Christakis DA**, Pratt W, Richardson LP. Desire for Gender-affirming Medical Care Before Age 18 in Transgender and Nonbinary Young Adults. *LGBT Health.* 2024 PMID: 38800949 DOI: 10.1089/lgbt.2023.0436

264. *Kahn NF, Asante PG, Kidd KM, Sethness JL, Angelino AC, Kyweluk MA, Coker TR, Herring N, **Christakis DA**, Pratt W, Richardson LP, Sequeira GM. Indigenous, Black, and Latine adolescents disproportionately experience barriers to pediatric gender-affirming care. Annals of LGBTQ Public and Population Health.

265. *Kahn NF, Asante PG, Guler J, et al. Caregiver perspectives on receiving gender-affirming care with their transgender and gender diverse adolescents via telemedicine. *LGBTQ Fam*. 2024;20(3):190-200. doi:10.1080/27703371.2024.2317139

266. Hartstein LE, Mathew GM, Reichenberger DA, et al. The impact of screen use on sleep health across the lifespan: A National Sleep Foundation consensus statement. *Sleep Health*. Aug 2024;10(4):373-384. doi:10.1016/j.sleh.2024.05.001

267. **Christakis DA**. On Scientific Publication and Politics. *JAMA Pediatr*. Oct 1 2024;178(10):971. doi:10.1001/jamapediatrics.2024.2999

268. Chen J, Lei Y, Wu Q, et al. Vaccine Effectiveness Among 5- to 17-year-old Individuals with Prior SARS-CoV-2 Infection: An EHR-Based Target Trial Emulation Study from the RECOVER Project. *medRxiv*. Feb 8 2025;doi:10.1101/2025.02.07.25321814

269. Botdorf M, Dickinson K, Lorman V, et al. EHR-based Case Identification of Pediatric Long COVID: A Report from the RECOVER EHR Cohort. *medRxiv*. Aug 26 2024;doi:10.1101/2024.05.23.24307492

270. Bibbins-Domingo K, Flanagin A, Sietmann C, et al. Advancing Equity at the JAMA Network-Self-Reported Demographics of Editors and Editorial Board Members. *JAMA*. Mar 12 2024;331(10):837-839. doi:10.1001/jama.2024.170

271. Wu Q, Zhang B, Tong J, et al. Real-world effectiveness and causal mediation study of BNT162b2 on long COVID risks in children and adolescents. *EClinicalMedicine*. Jan 2025;79:102962. doi:10.1016/j.eclinm.2024.102962

272. Hall A, Furniss A, Tartaglia NN, et al. Neurodevelopmental and Mental Health Outcomes in a National Clinical Sample of Youth With Sex Chromosome Trisomies Compared With Matched Controls. *J Dev Behav Pediatr*. Mar-Apr 01 2025;46(2):e208-e215. doi:10.1097/DBP.0000000000001342

273. Li L, Zhou T, Lu Y, et al. Kidney Function Following COVID-19 in Children and Adolescents. *JAMA Netw Open*. Apr 1 2025;8(4):e254129. doi:10.1001/jamanetworkopen.2025.4129

274. Lorman V, Bailey LC, Song X, et al. Pediatric Long COVID Subphenotypes: An EHR-based study from the RECOVER program. *PLOS Digit Health*. Apr 2025;4(4):e0000747. doi:10.1371/journal.pdig.0000747

275. Lu Y, Tong J, Zhang D, et al. Risk of neuropsychiatric and related conditions associated with SARS-CoV-2 infection: a difference-in-differences analysis. *Nat Commun*. Jul 24 2025;16(1):6829. doi:10.1038/s41467-025-61961-1

276. Perlis RH, **Christakis DA**, Bressler NM, et al. Artificial Intelligence in Peer Review. *JAMA*. Aug 28 2025;doi:10.1001/jama.2025.15827

277. Zhang B, Thacker D, Zhou T, et al. Cardiovascular post-acute sequelae of SARS-CoV-2 in children and adolescents: cohort study using electronic health records. *Nat Commun*. Apr 11 2025;16(1):3445. doi:10.1038/s41467-025-56284-0

278. Zhang D, Stein R, Lu Y, et al. Pediatric Gastrointestinal Tract Outcomes During the Postacute Phase of COVID-19. *JAMA Netw Open*. Feb 3 2025;8(2):e2458366. doi:10.1001/jamanetworkopen.2024.58366

279. **Christakis DA**, Neely J, Spalding W, Opel DJ. How Artificial Intelligence Can Promote Inclusive Health. *JAMA Pediatr*. May 1 2025;179(5):492-493. doi:10.1001/jamapediatrics.2025.0096

280. **Christakis DA**, Mathew GM, Reichenberger DA, Rodriguez IR, Ren B, Hale L. Adolescent Smartphone Use During School Hours. *JAMA Pediatr*. Apr 1 2025;179(4):475-478. doi:10.1001/jamapediatrics.2024.6627

281. **Christakis DA**, Hale L. Toward Defining Problematic Media Usage Patterns in Adolescents. *JAMA*. Jun 17 2025;333(23):2045-2046. doi:10.1001/jama.2025.6113

282. **Christakis DA**. There Are No Sacred Deer in Science. *JAMA Pediatr*. Jun 16 2025;doi:10.1001/jamapediatrics.2025.1597

283. **Christakis DA**, Lia NJ, Hale L. Adult attitudes about school smartphone bans. *JAMA Pediatr*. Jan 5 2026;doi:10.1001/jamapediatrics.2025.5736

284. Nagata JM, Otmar CD, Nayak S, Li EJ, Ramappa S, Ganson KT, Lavender JM, Testa A, **Christakis DA**, Baker FC. Longitudinal Associations Between Social Media Addiction and ADHD Symptoms in Adolescents *JAMA Psychiatry.* In Press

285. Nagata JM, Kim KE, Huang OH, Sportsman D, Hale L, Baker FC, **Christakis DA**. Smartphone use during school hours by US youth in the Adolescent Brain and Cognitive Development Study. *JAMA*. Jan 5 2026;doi:10.1001/jama.2025.23235

286. *Osuna, A., Pepper, M., Zollars, F., Kiche, S., Wennberg, J., Rodriguez, B., Coker, T. R., **Christakis, D. A**., Shic, F., & Bearss, K. (2025). An Exploratory Study of Internet Use and Safety Concerns for Adults with Intellectual and Developmental Disabilities. Journal of Autism and Developmental Disorders.

287. Lei Y, Zhou T, Zhang B, et al. Post-Acute Dyslipidemia and Abnormal BMI in Children and Adolescents with COVID-19: A Cohort Study from the RECOVER Initiative. *J Pediatr*. Jan 19 2026:114996. doi:10.1016/j.jpeds.2026.114996

288. Allen AJ, Nguyen N, Lorman V, et al. Respiratory and Other Infections Following COVID. *Pediatrics*. Sep 1 2025;156(3)doi:10.1542/peds.2024-068280

289. Bunnell HT, Reedy C, Lorman V, et al. A natural language processing pipeline for identifying pediatric long COVID symptoms and functional impacts in freeform clinical notes: a RECOVER study. *JAMIA Open*. Oct 2025;8(5):ooaf089. doi:10.1093/jamiaopen/ooaf089

290. Camfield C, Sethness JL, Sequeira GM, et al. Adolescent and Parent Reports of Health Care Transition Readiness Among Transgender and Gender Diverse Adolescents. *J Adolesc Health*. Dec 2025;77(6):1168-1174. doi:10.1016/j.jadohealth.2025.08.018

291. Chen Y, Lei Y, Chen J, et al. Vaccine Effectiveness Among 5- to 17-year-old Individuals with Prior SARS-CoV-2 Infection: An EHR-Based Target Trial Emulation Study from the RECOVER Project. *Res Sq*. Jul 3 2025;doi:10.21203/rs.3.rs-6945998/v1

292. Davis SM, Marshall TE, Swenson KS, et al. Reference Growth Charts for Children With 47,XXY/Klinefelter Syndrome. *Pediatrics*. Dec 1 2025;156(6) doi:10.1542/peds.2025-072193

293. Hale L, Christakis DA. Norwegian excellence: high-quality research in a healthy population. *Sleep*. Dec 11 2025;48(12)doi:10.1093/sleep/zsaf294

294. Hall A, Furniss A, Tartaglia NN, et al. Neurodevelopmental and Mental Health Outcomes in a National Clinical Sample of Youth With Sex Chromosome Trisomies Compared With Matched Controls. *J Dev Behav Pediatr*. Mar-Apr 01 2025;46(2):e208-e215. doi:10.1097/DBP.0000000000001342

295. Kahn NF, Asante PG, Kidd KM, et al. Indigenous, Black, and Latine adolescents disproportionately experience barriers to pediatric gender-affirming care. *Ann LGBTQ Public Popul Health*. Jul 2025;6(2):215-222.

296. Kahn NF, Spence C, Bocek K, et al. Facilitators of Gender-Affirming Medical Care for Transgender and Nonbinary Adolescents. *Transgend Health*. Sep 2025;10(4):407-412. doi:10.1089/trgh.2024.0157

297. Kidd KM, Kahn NF, Asante PG, et al. Transgender and Nonbinary Young Adult-Perceived Facilitators of Parental Consent for Gender-Affirming Medical Care as a Minor. *Transgend Health*. Sep 2025;10(4):386-393. doi:10.1089/trgh.2024.0230

298. Osuna A, Pepper M, Zollars F, et al. An Exploratory Study of Internet Use and Safety Concerns for Adults With Intellectual and Developmental Disabilities. *J Autism Dev Disord*. Dec 12 2025;doi:10.1007/s10803-025-07166-3

299. Rivara FP, Richmond TS, Hargarten S, et al. Toward a Safer World by 2040: The JAMA Summit Report on Reducing Firearm Violence and Harms. *JAMA*. Dec 23 2025;334(24):2208-2219. doi:10.1001/jama.2025.18076

300. Sequeira GM, Kahn NF, Chamonica Hernandez M, et al. Mental Health Care Utilization, Unmet Care Needs, and Barriers to Receiving Care in Adolescence Among Transgender and Nonbinary Young Adults. *Transgend Health*. Sep 2025;10(4):394-400. doi:10.1089/trgh.2024.0140

301. Thottan A, Kuzik N, Saunders T, Christakis D, Blocker K, Tremblay MS. Cross-sectional examination of internet addiction and sleep outcomes in U.S. children and adolescents. *Sleep Med*. Sep 2025;133:106657. doi:10.1016/j.sleep.2025.106657

302. *Osuna A, Kennedy J, Zhou C, **Christakis DA**. Anxiety, Depression, and Care Barriers in Adults with Intellectual and Developmental Disabilities *JAMA Network Open*, In press.

303. **Christakis DA**, Diekema D. Promoting Health Equity for People with Intellectual and Developmental Disabilities Through Research. *JAMA Internal Medicine*. In Press

304. **Christakis DA**, Shriver T. Achieving health equity for people with IDD. *AJPH* In press.

*Author mentored by Christakis

(b) Collaborative Authorship

None

(c) MedEdPORTAL or other Peer-Reviewed Curricula

None

(d) Book Chapters

1. Kazak A, **Christakis D**. Caregiving issues in families of children with chronic medical conditions *Family Caregiving across the Life Cycle*. Kahana, E., Biegel, D., Wykle, M. (Editors). London: Sage Publications, 1994: 331-355.

2. Kazak A, **Christakis D**. Family responses to the stress from childhood cancer. *Intense Stress and Mental Disturbance in Children*. Pfeffer, CR. (Editor) Washington, DC: American Psychiatric Association Press, 1996: 277-306.

3. **Christakis DA**. Television viewing and attention problems. *Encyclopedia of Media and Children*. In press.

(e) Published Books, Video, Software

1. Migita D, **Christakis DA**. *The Saint-Frances Guide to Pediatrics*. Lippincott Williams. Philadelphia, PA. 2003.

2. Garrison MM, **Christakis DA**. *A teacher in the living Room: Electronic media and babies, toddlers, and Preschoolers.* Kaiser Family Foundation. Dec 2005.

3. **Christakis DA**, Zimmerman FJ. *The Elephant in the Living Room: Make Television Work for your Kids.* Rodale, New York, NY. 2006.

4. **Christakis DA,** Hale L. (Editors). *Handbook of Children and Screens: Digital Media, Development, and Well-Being from Birth Through Adolescence.* Springer *2025*

(f) Other Publications

(1). Book reviews and letters

1. Kazak A, **Christakis D**. Constant companion: living with chronic illness. [review] *Bulletin of the Menninger Clinic*. 1992; 56(4): 541-2..

2. Kazak A, **Christakis D**. Supporting families with a child with disability. [review] *The Child, Youth and Family Services Quarterly* 1992; 15: 12

3. **Christakis D**, Feudtner C. Becoming a doctor. [letter] *New England Journal of Medicine* 1994*;* 330:720

4. **Christakis DA**. Evidence-based Medicine: It's a Matter of Interpretation. *PediatricBasics*. 2000; 93:

5. **Christakis, DA**. Parental Smoking Cessation Counseling. *Arch Pediatr Adolesc Med.* 2001; 155: 15-16.

6. **Christakis DA**. Does Continuity of Care Matter? *West J Med* 2001 Jul;175(1):4.

7. **Christakis DA**. Systematic Reviews: A critical first step. *Arch Pediatr Adolesc Med.* 2001; 155: 636.

8. Juul-Dam N, Brunner S, Katzenellenbogen R, Silverstein M, **Christakis DA**. Does problem-based learning improve residents' self-directed learning? *Arch Pediatr Adolesc Med.* 2001; 155(6): 673-5.

9. **Christakis DA**. Evaluating articles about treatment. *Contemporary Pediatrics* 2003; May: 79-85.

10. **Christakis DA**. Continuity of care: process or outcome? *Ann Fam Med.* 2003 Sep-Oct;1(3):131-3.

11. Rivara FP, **Christakis DA,** Cummings P. Duplicate publication. What it is and how we determine it. *Arch Pediatr Adolesc Med*. 2004 Sep;158(9):926.

12. **Christakis DA**, Zimmerman FJ. Media as a public health issue. Arch Pediatr Adolesc Med, 2006. **160**(4): p. 445-6.

13. **Christakis DA.** What to do about the new and growing digital divide? *Arch Pediatr Adolesc Med*. 2007 Feb;161(2):204-5.

14. **Christakis DA**. Towards 21st century TV alchemy: Can we turn a toxic into a tonic. *Pediatrics* September 2007.

15. **Christakis DA**, Moreno MA. Trapped in the net: will internet addiction become a 21st-century epidemic? *Arch Pediatr Adolesc Med*. 2009 Oct;163(10):959-60.

(2). Selected Non-peer reviewed publications

1. Kazak A, **Christakis D**. Constant companion: living with chronic illness. [review] *Bulletin of the Menninger Clinic*. 1992; 56(4): 541-2.

2. Kazak A, **Christakis D**. Supporting families with a child with disability. [review] *The Child, Youth and Family Services Quarterly* 1992; 15:12.

3. **Christakis D**, Feudtner C. Becoming a doctor. [letter] *New England Journal of Medicine* 1994*;* 330:720.

4. **Christakis DA.** Evidence-based Medicine: It's a Matter of Interpretation. *Pediatric Basics*. 2000; 93: 12-16.

5. **Christakis DA.** Parental Smoking Cessation Counseling: It's about time. *Arch Pediatr Adolesc Med.* 2001; 155: 15-16.

6. **Christakis DA.** Does Continuity of Care Matter? *West J Med* 2001 Jul;175(1):4.

7. **Christakis DA.** Systematic Reviews: A critical first step. *Arch Pediatr Adolesc Med.* 2001; 155: 636.

8. Juul-Dam N, Brunner S, Katzenellenbogen R, Silverstein M, **Christakis DA.** Does problem-based learning improve residents' self-directed learning? *Arch Pediatr Adolesc Med.* 2001; 155(6): 673-5.

9. **Christakis DA**. Evaluating articles about treatment. *Contemporary Pediatrics* 2003; May: 79-85.

10. **Christakis DA**. Continuity of care: process or outcome? *Ann Fam Med.* 2003 Sep-Oct;1(3):131-3.

11. Rivara FP, **Christakis DA,** Cummings P. Duplicate publication. What it is and how we determine it *Arch Pediatr Adolesc Med*. 2004 Sep;158(9):926.

12. Radesky JS, **Christakis DA.** Keeping Children's Attention: The Problem With Bells and Whistles. *JAMA Pediatr*. 2015 Dec 23:1-2. doi: 10.1001/jamapediatrics.2015.3877.

## 17. INVITED TALKS

(a) National/International

| | |
|---|---|
| 1993 | "*The Ethical Life of Medical Students,*" Presentation at the AMA and Directors of Medical Education Conference on Teaching and Assessing Professional Behavior: Models for Physicians in Training. Chicago, IL. |
| 1995 | *"Social Ecological Approach to Medical Student Ethical Development,"* Speech delivered at Association of American Medical Colleges' forum of promoting medical student ethical development. Washington, DC. |
| 1996 | *"Ethics and the art of confrontation,"* Speech delivered at the 107th Association of American Medical Colleges meeting. San Francisco, CA. |
| 1997 | *"Ethical Development of Trainees: Bridging the Knowledge-Behavior Gap,"* Keynote address. Canadian Bioethics Society Annual Meeting. Halifax, Nova Scotia |
| 1999 | "*Methodologic issues in Pediatric Outcomes Research,"* AHCPR conference, Washington, DC. |
| 1999 | *"Pediatric Evidence Based Medicine,"* American Academy of Pediatrics annual meeting. Washington, DC. |
| 2001 | *"Pediatric Evidence Based Medicine: Where it has come from; Where it is going."* Keynote address at Children's Hospital of Providence annual CME, Anchorage, AK. |
| 2003 | *"Television and attention problems in children."* The Cornfeld Endowed Lecture: Children's Hospital of Philadelphia. |
| 2004 | *"Studying the elephant in the family room: Medical and Social Science perspectives on the effects of television on young children."* Keynote address. Brain and Behavior Conference, Florence, AL. |

| | |
|---|---|
| 2006 | *Mediatrics: What pediatricians should know about early television viewing and child health outcomes*. Grand Rounds. Mott Children's Hospital Ann Arbor MI. |
| 2006 | *TV advertising as the hidden hand in the childhood obesity crisis.* NY State Obesity Summit. Albany, NY |
| 2008 | *Mediatrics: What pediatricians should know about infant TV viewing and language development.* Oregon Pediatric Society Annual Meeting, Portland, OR |
| 2008 | *TV's effects on early language and cognition*. Learning and the Brain Conference, San Francisco CA |
| 2008 | *Infant TV viewing and child development,* Sidbury invited professorship and Grand Rounds Duke University, Durham NC |
| 2008 | Visiting Professor and Keynote Speaker, Annual Hsin Yi Family Foundation Conference, Taipei Taiwan |
| 2008 | *Infant TV's effects on children's language development and attention spans.* Keynote speaker, Laverne University conference on child development |
| 2009 | *On the Hazards of a Technologized Infancy*. Boston University Visiting Professor. |
| 2010 | *The effects of early media on child development*. Plenary talk Excellence in Pediatrics Conference, London, England |
| 2010 | *Media and children: what physicians need to know.* Invited Lecture Karolinska Institute, Stockholm Sweden |
| 2011 | *Media Matters: What parents need to know.* Invited Community Lecture. London, Ontario |
| 2011 | *Of Mice and Children: Media's effects on infant development.* First Annual Health Services Research Conference, University of Indiana |
| 2012 | *Infant Media Effects:* University of Utah Visiting Professorship |
| 2013 | AAP Peds 21 Plenary Presentation |
| 2014 | Resources for Infant Development Annual Meeting Keynote, Los Angeles CA |
| 2014 | Sharjah Ladies Club, UAE |
| 2015 | National Academy of Sciences Sackler Symposium Keynote |
| 2016 | AAP Peds 21 Plenary Talk |
| 2016 | Majlis Presentation, His Highness Mohammed bin Zayed Al Nahyan |
| 2017 | Keynote Lecture Minnesota Spring Pediatric Congress |
| 2017 | Yale Goldenring Endowed Lecture |
| 2019 | WISE conference speaker, Qatar |
| 2020 | University of Alabama Bradford Dean Lecture |

(b) Regional

| | |
|---|---|
| 2007 | *21st century well child care: The role of information technology.* Health Plans of Washington Summit. Chelan, WA. |

(c) Local

1995 *“Professional Development of Physicians in Training,”* Grand Rounds at the Children’s Hospital and Medical Center Seattle, WA.

2003 *“Can Information Technology Bridge the Quality Chasm?”* Grand rounds Children’s Hospital and Regional Medical Center; Seattle, WA.

2005 *“Studying the elephant in the family room: Television and children.”* Seattle Children’s Hospital and Regional Medical Center Grand Rounds.

2009 *On the Hazards of a Technologized Infancy.* Harborview Medical Center Psychiatry Grand Rounds