ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE (SB 332901)
WILLIAM BELLAMY (SB 347029)
CHRISTOPHER KISSEL (SB 333937)
SAMUEL SOKOLSKY (SB 348173)
ZELDA VASSAR (SB 313789)
MEGHAN H. STRONG (SBN 324503)
SHIWON CHOE (SB 320041)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-4400
Fax: (415) 703-5480
E-mail: Shiwon.Choe@doj.ca.gov
*Attorneys for Defendant, Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **TIKTOK, INC.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 5:25-cv-09789-EJD<br><br>**DECLARATION OF DR. JENNY S. RADESKY, M.D. IN SUPPORT OF DEFENDANT'S OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Dept: 4 (Fifth Floor)<br>Judge: Honorable Edward J. Davila<br>Trial Date: None set.<br><br>Action Filed: November 12, 2024 |

| | |
|---|---|
| **META PLATFORMS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant | Case No. 5:25-cv-09792-EJD<br><br>**DECLARATION OF DR. JENNY S. RADESKY, M.D. IN SUPPORT OF DEFENDANT'S OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |
| **GOOGLE LLC; YOUTUBE, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant | Case No. 5:25-cv-09795-EJD<br><br>**DECLARATION OF DR. JENNY S. RADESKY, M.D. IN SUPPORT OF DEFENDANT'S OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |

## TABLE OF CONTENTS

DECLARATION OF JENNY S. RADESKY, M.D. .......... 2
BACKGROUND & QUALIFICATIONS .......... 2
OPINIONS .......... 9
**I. YOUTH RISKS ON SOCIAL MEDIA FEEDS .......... 9**
A. Minors are avid users of social media and increasingly report that it negatively impacts them .......... 9
B. Why teens are more vulnerable to social media design .......... 15
C. Scientific consensus about social media harms .......... 18
D. Prevalence of relevant online harms to minors .......... 19
**II. SOCIAL MEDIA FEEDS TRAINED ON ENGAGEMENT INCREASE RISKS TO MINORS .......... 34**
A. Reduced agency, problematic/addictive-like social media use, and extended usage .......... 39
B. Profiling and preference amplification .......... 42
C. Unconnected and trending content .......... 45
**III. INDUSTRY SELF-REGULATION HAS BEEN INSUFFICIENT .......... 50**
**IV. CALIFORNIA'S PROTECTING OUR KIDS FROM SOCIAL MEDIA ADDICTION ACT .......... 55**
CONCLUSIONS .......... 56

**DECLARATION OF JENNY S. RADESKY, M.D.**

I, Jenny S. Radesky, M.D., declare and state as follows:

1. I submit this declaration in support of Defendant's Omnibus Opposition to Plaintiffs' Motions for Preliminary Injunction.

**BACKGROUND & QUALIFICATIONS**

2. I am a tenured Associate Professor of Pediatrics and Director of the Division of Developmental Behavioral Pediatrics at University of Michigan Medical School and C.S. Mott Children's Hospital. In this role, I lead a team of 11 clinicians and researchers who aim to understand, treat, and advocate for children's developmental, emotional, and educational needs. This work requires theoretical and practical knowledge about child development, parent-child relationships, and the ways children's individual differences—such as mood regulation, executive functioning, trauma exposure, or social skills—shape the way they interact with their families and environments.

3. I am a board-certified practicing Developmental Behavioral Pediatrician with clinical expertise in developmental delays, autism spectrum disorder, attention deficit hyperactivity disorder, mood dysregulation, disruptive behavior disorders, learning disabilities, intellectual disability, parent-child relational problems, and trauma/stressor-related disorders. I have helped build clinical programs that address the growing behavioral health needs of children in Michigan, including a multidisciplinary autism assessment clinic, an early autism recognition program in primary care offices, and a school advocacy team. I work closely with legal advocates, clinical psychologists, special educators, and outpatient therapists to coordinate care for complex patients, and therefore understand the multiple levels of children's experiences that contribute to their health and well-being.

4. I have been researching and publishing in the field of child social-emotional

development and digital media for the past 15 years. My research areas include: 1) how early childhood media use is linked with emotion regulation and executive functioning; 2) how parent smartphone use affects parenting stress, parent-child interaction, and child social-emotional development; 3) how parents and children use mobile devices, which we study using passive sensing methods to capture data directly from smartphones and tablets; 4) analysis of educational content/interactive design, including manipulative "dark pattern" design, in apps and platforms popular with children; 5) assessment of the amount, type, and design of advertising in apps and platforms used by children; 6) examination of data collection by apps used by young children, and how this differs by child socioeconomic status; and 7) interviewing parents and children about their conceptualizations of digital privacy and persuasive design. I also mentor a number of pediatric trainees and doctoral students who study topics including smart home design, child-computer interaction (i.e., how different design affordances influence child behavior and parent-child interaction), and children's interactions with artificial intelligence.

5. I have published 81 peer-reviewed articles (in addition to 6 under review or in press), many in high-impact journals such as *Journal of the American Medical Association, Pediatrics, JAMA Pediatrics,* and *Pediatric Research.* I have also published 18 non-peer-reviewed articles and 9 book chapters, am the editor of a developmental behavioral pediatrics textbook, *Encounters with Children, Fifth Edition*, and have a forthcoming book for parents (*Connecting: Raising Kids in the Digital World*), to be published Fall 2026. My published research has been cited 16,839 times.

6. I founded and run a research program on children and media at the University of Michigan Medical School, studying how modern forms of digital media—including smartphones, tablets, interactive apps, mobile games, advertising, and video-sharing platforms like YouTube—and their unique design features influence child social-emotional development. I

have a strong track record of funding from the Eunice Kennedy Shriver National Institute of Child Health and Development (NICHD), including funding totaling over $5.4 million in awards including a K23 Career Development Award and R03, R21, R41, R01, and a P01 awards. Over the past 8 years, I have also received funding from several internal university grants, nonprofit organizations like Common Sense Media and the Boston Children's Hospital Digital Wellness Lab, and the Blue Cross Blue Shield Foundation. As a researcher, I understand the ethical and privacy standards around collection, storage, and destruction of sensitive data about children.

7. Throughout my research career, I have sought cross-disciplinary collaborations with computer engineers, information scientists, privacy researchers, developmental psychologists, public health researchers, and policy-oriented researchers in the United States and internationally, so that my research can reflect the complex ways children interact with modern media. Through these collaborations, my knowledge has extended beyond pediatrics into understanding data collection and marketing methods, how app-based data is collected and stored, monetization practices (e.g., in-app purchases, advertising) used in digital products, and how policy changes might impact business practices.

8. I have intentionally designed my research studies so that they can easily be translated into practical parenting approaches or policies. My research has directly informed the Bright Futures Guidelines for Pediatric Health Supervision, multiple American Academy of Pediatrics (AAP) policy statements, petitions and complaints to the Federal Trade Commission (FTC) regarding manipulative advertising and interactive design in children's apps, and has been cited in U.S. Congressional testimony.

9. I have also served in a leadership role at the AAP since 2015, when I was recruited to join the Executive Committee of the AAP Council on Communications and Media. I was lead

author on two AAP policy statements—*Media and Young Minds* (2016)[1] and *Digital Advertising to Children* (2020)[2] —which included exhaustive reviews of the research literature on children and digital media. I am immediate past Chair of the Council on Communications and Media. Under my leadership, the AAP broadened its digital media guidance to not only recommend behavior change by pediatric clinicians and families, but also recommend changes in technology policy and digital design.

10. Through the AAP and as an independently-solicited research and clinical expert, I have provided guidance to parents about healthy relationships with technology through my work with HealthyChildren.org, PBS Parents, Common Sense Media, and CNN. I also designed the AAP Family Media Plan, an online tool to help parents develop balanced relationships with media. My work has been referenced in U.S. and international media outlets, including Time Magazine, The New York Times, WIRED, CBS News and NPR, among others, and I have been a guest on the TODAY Show twice to discuss my expertise. I offered guidance specific to families coping during the COVID-19 pandemic through my work with Noggin, Scary Mommy, Common Sense Media, and the University of Michigan C.S. Mott Children's Hospital.

11. I also serve as the Co-Medical Director of the AAP's Center of Excellence on Social Media and Youth Mental Health. This Center was founded in 2022 and funded by the Substance Abuse and Mental Health Services Administration to create and disseminate resources on healthy social media use to teens, caregivers, teachers, clinicians, and others who support youth wellbeing. However, resources are not enough. As a Center of Excellence leader, I have heard repeatedly from parents, academics, and other experts that **technology design change is**

---

[1] Radesky, J.S. and Christakis, D. (2016) "Media and young minds." *Pediatrics* 138.5.

[2] Radesky, J.S, et al. (2020) "Digital advertising to children." *Pediatrics* 146.1.

**needed to improve children and teens' mental health online**, rather than expecting children and families to shoulder all of the burden. This message is prominent in the 2023 National Academies of Science report *Social Media and Adolescent Health*,[3] the U.S. Surgeon General's Advisory on social media and mental health,[4] and the Biden-Harris Interagency Task Force on Kids Online Health and Safety report published in July 2024.[5]

12. From July 2024 to June 2025, I served as a Senior Behavioral Expert for the U.S. Federal Trade Commission (FTC) through an Intergovernmental Personnel Agreement with the University of Michigan. In this governmental role, I advised FTC teams on enforcement of the Children's Online Privacy Protection Act and Section 5 of the FTC Act. Through this experience, I have built greater understanding of the policy and enforcement landscape and how design decisions—or lack of appropriate oversight or transparency of digital products used by minors—impact user health and wellbeing.

13. Based on my expertise in children and digital technology, I am regularly invited to speak at both medical and technological conferences nationally and internationally. I have been invited to give Grand Rounds at children's hospitals around the U.S., regularly give plenary lectures at pediatric conferences in the U.S. and internationally (Switzerland, Slovenia), and have

---

[3] National Academies of Sciences, Engineering, and Medicine. 2024. Social media and adolescent health. Washington, DC: The National Academies Press. https://doi.org/10.17226/27396.

[4] Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory (2023). https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf

[5] Online Health and Safety for Children and Youth: Best Practices for Families and Guidance for Industry. Kids Online Health and Safety Task Force (2024). https://www.samhsa.gov/sites/default/files/online-health-safety-children-youth-report.pdf

been asked to train early childhood providers throughout the U.S. and internationally (Canada, Italy, Denmark, Norway, Hong Kong, United Arab Emirates). I have also been invited to speak at conferences with technology industry audiences, including Common Sense Media and the MIPCOM Conference (Cannes, France).

14. I am regularly asked to speak to government bodies on issues related to children's health and technology. My experience providing testimony includes Michigan State Senate Committee on Education in April 2021 regarding children's mental health and remote schooling; U.S. House of Representatives Subcommittee on Health of the Committee on Energy and Commerce in October 2021 regarding children's health and technology; and an informational hearing for California Assembly Committee on Privacy and Consumer Protection and Arts, Entertainment, Sports, Tourism, and Internet Media in March 2022 about children and digital technology. I have been an invited speaker at Federal Trade Commission Workshops about children's online privacy (October 2019), dark patterns (April 2021), and stealth advertising (October 2022). I recently testified at the U.S. Senate Commerce Committee hearing (January 15, 2026) about children's wellbeing, digital media, and engagement-prolonging design.

15. I am on the Steering Committee for Designed with Kids in Mind, a coalition of groups committed to the wellbeing of children and online users across the U.S. This work puts me in frequent contact with other experts in my field. I also collaborate with experts in the United Kingdom (U.K.), European Union (E.U.), and colleagues who work in the technology industry.

16. I also serve on the Board on Children Youth and Families for the National Academies of Science, Medicine, and Engineering.

17. I have served on advisory boards for two for-profit companies, the scientific advisory board for Noggin/CBS and the Board of Directors for Melissa & Doug Toys. This work required understanding the ways companies identify their audiences/consumers, child-centered

approaches in digital and non-digital product design, and how companies approach marketing and data collection.

18. My medical training at Harvard Medical School prepared me to understand complex social, cultural, psychological, and technological determinants of health in parents and children. At Harvard, I completed additional coursework in public health and epidemiology and an honors thesis focusing on preventive health. I completed my pediatrics residency at Seattle Children's Hospital between 2007 and 2010, when mobile technologies were first bursting onto the market and into family life. I witnessed smartphones, tablets, and mobile apps being introduced into family communication and routines as a primary care pediatrician in 2010-2011, working at a clinic that served many families working in Seattle's tech sector. I then completed subspecialty fellowship training in Developmental Behavioral Pediatrics at Boston Medical Center, New England's largest safety-net hospital, from 2011-2014, which solidified my expertise in child development, parent-child relationships, and the systems that shape child wellbeing.

19. My *curriculum vitae*, which sets forth my experience and credentials more fully, is attached as Exhibit A.

20. I am being compensated in the above-entitled case at an hourly rate of $400/hour for preparing this declaration. My compensation is not in any way dependent on the outcome of this or any related proceeding.

21. The opinions in this declaration are my expert opinions, which are based on my clinical and research expertise in developmental behavioral pediatrics, public health, and media research; my experience reviewing the scientific literature about children and digital technology and writing AAP policy statements; my experience translating the scientific literature for teaching parents and professionals nationally and internationally; my experience as a board member at for-profit companies; and my conversations with domestic and international experts doing work at the

intersection of technology and child development. My testimony represents my expertise as a pediatrician and researcher, not the views of the University of Michigan, American Academy of Pediatrics, or U.S. Federal Trade Commission.

22. I have reviewed court filings in these matters including, but not limited to, the complaints, motions for preliminary injunction and supporting briefs, documents, and declarations. I have also reviewed documents produced by Plaintiffs to Defendant in these matters.

23. If called to testify, I could and would testify competently to the truth of the matters discussed in this declaration.

## OPINIONS

24. I have reviewed California's Protecting Our Kids from Social Media Addiction Act ("the Act" or SB 976). In my expert opinion, it is an essential piece of legislation to reduce the risk of problematic and addictive-like social media use and displacement of experiences crucial to youth well-being, including emotional regulation and sleep. In this declaration, I will first review scientific evidence about teens' self-reported negative experiences on social media; the prevalence of conditions related to social media including problematic (addictive-like) media use, sleep disorders, and mental health disorders; and how engagement-based social media feeds contribute to these risks. Finally, I will review the ineffectiveness of platform measures to reduce problematic overuse of their products.

### I. YOUTH RISKS ON SOCIAL MEDIA FEEDS

#### A. Minors are avid users of social media and increasingly report that it negatively impacts them

25. Almost all U.S. teens use some form of social media. In the most recent 2025 Pew

Research Center survey of U.S. teens age 13-17 years,[6] 76% reported using YouTube daily (43% several times a day, 17% almost constantly), 61% reported using TikTok daily (34% several times a day, 21% almost constantly), and 61% reported using Instagram daily (31% several times a day, 12% almost constantly).

26. Thus, a significant proportion of U.S. teens report being constantly connected to social media platforms. However, teens do not perceive all of this time on social media to be time well spent. In qualitative studies, teens report spending more time online than they intend, feel pressure to engage, and find it hard to stop using platforms.[7,8] Nearly three-quarters of teenagers believe that technology companies manipulate users to spend more time on their products.[9]

27. In Pew's 2024 survey of teens' social media use,[10] 45% of teens said they spend

---

[6] Faverio M, Sidoti O. Teens, Social Media and AI Chatbots 2025. (2025). Pew Research Center. Available at: https://www.pewresearch.org/internet/2025/12/09/teens-social-media-and-ai-chatbots-2025/.

[7] Weinstein, Emily, and Carrie James. *Behind their screens: What teens are facing (and adults are missing)*. MIT Press, 2022.

[8] 5Rights Foundation. (2021). *Pathways: How digital design puts children at risk.* Available at: https://5rightsfoundation.com/uploads/Pathways-how-digital-design-puts-children-at-risk.pdf.

[9] Rideout, V., & Robb, M. B. (2018). Social media, social life: Teens reveal their experiences. San Francisco, CA: Common Sense Media. Retrieved from https://www.commonsensemedia.org/sites/default/files/research/report/2018-social-mediasocial-life-executive-summary-web.pdf.

[10] Faverio M, Anderson M, Park E. Teens, Social Media, and Mental Health (April 22, 2025). Pew Research Center. Available at: https://www.pewresearch.org/internet/2025/04/22/teens-social-media-and-mental-health/.

too much time on social media, which is up from 36% in 2022. This is an important finding, because the over the past approximately 5 years, social media platforms have been increasingly deploying short-form content feeds, algorithmically personalized to optimize engagement, to compete with TikTok.[11] This has been described as [redacted] in YouTube internal documents, [redacted][12]

28. Before short-form algorithmic feeds were the dominant form of social media consumption, teens' experiences on social media revolved more around friendships and engaging with information and culture. For example, in the 2018 Pew Research report *Teens' Social Media Habits and Experiences*,[13] 81% of teens said social media made them feel more connected to friends and 68% felt that social media made them feel they have people who will support them through tough times. These positive experiences on social media have been decreasing since the

[11] Seyton, L. How TikTok's rise sparked a short-form video race. CNBC (April 26, 2025). Available at: www.cnbc.com/2025/04/26/how-tiktoks-rise-sparked-a-short-form-video-race.html.

[12] GOOG-CA976-00000865.

[13] Anderson, M. and Jiang, J. Teens' Social Media Habits and Experiences. (2018) Pew Research Center. Available at: www.pewresearch.org/internet/2018/11/28/teens-social-media-habits-and-experiences/.

rise of short-form feeds, as shown in the chart from Pew Research Center (2024) below:[14]




29. This same 2024 Pew Research survey showed an increase in the proportion of teens who believe that social media platforms have a mostly negative effect on people their age (48%, up from 32% in 2022), while there was a decrease in belief that social media has a mostly positive effect (11%, down from 24% in 2022; see chart below). The main areas of harm reported by teens in 2025 included sleep (45%), productivity (40%), and mental health (19%).[15]

---

[14] Id., Faverio

[15] Ibid.




30. Large-scale studies estimate that teens spend several hours per day using social media. According to Common Sense Media's 2021 Tween and Teen Census,[16] 8-to-18-year-olds reported that their average daily time on social media was 2 hours 4 minutes for boys and 2 hours 16 minutes for girls.

31. A 2023 Gallup Panel survey (Familial and Adolescent Health Survey) of 1,591 adolescents estimated that teens spent an average of 4.8 hours per day on social media apps; a large proportion (37%) of teens reported spending 5 hours or more on social media.[17]

---

[16] Rideout, V., Peebles, A., Mann, S., & Robb, M. B. (2022). Common Sense census: Media use by tweens and teens, 2021. San Francisco, CA: Common Sense. Available at: https://www.commonsensemedia.org/sites/default/files/research/report/8-18-census-integrated-report-final-web_0.pdf.

[17] Rothwell, J. Parenting mitigates social media-linked health issues. Gallup News (Oct

(continued…)

32. More recent research tracking teens' smartphones (conducted by my lab in partnership with Common Sense Media)[18] has calculated objective daily use of social media mobile apps. In a study of 203 11-to-17-year-olds, we calculated the following total average daily durations:

a. TikTok average duration was 2 hours/day, ranging up to 7 hours 48 minutes;

b. YouTube average duration was 1 hour 23 minutes/day, ranging up to 10 hours 13 minutes;

c. Instagram average duration was 38 minutes/day, ranging up to 2 hours 56 minutes.

33. The above estimates do not include use of social media on computers, so underestimate the total daily exposure. However, tracking smartphones helped us understand whether they were being used during times that could be harmful to youth wellbeing, such as during school hours or overnight. During school hours (Monday through Friday, 8 a.m. to 3 p.m., excluding holidays), 97% of participants used their phones. The app category that took up the highest proportion of time during school hours was social media, including YouTube (comprising 58% of smartphone use during school hours).[19]

34. Overnight, YouTube and social media use made up nearly all of smartphone use

---

27, 2023). Available at: https://news.gallup.com/poll/513248/parenting-mitigates-social-media-linked-mental-health-issues.aspx.

[18] Radesky, J., Weeks, H.M., Schaller, A., Robb, M., Mann, S., and Lenhart, A. (2023). Constant Companion: A Week in the Life of a Young Person's Smartphone Use. San Francisco, CA: Common Sense. Available at: https://www.commonsensemedia.org/sites/default/files/research/report/2023-cs-smartphone-research-report_final-for-web.pdf.

[19] Ibid.

overnight on school nights (86% of all overnight smartphone duration), followed by mobile games.[20]

35. Finally, a recent study in Europe asked teens to complete nightly surveys for 100 days in which they looked at their phone's screen time output and copied down the top 3 social media apps they had used.[21] When summed, the average daily smartphone-based use of social media was 2 hours and 40 minutes, with an average of 87.9 minutes/day on TikTok, 60.4 minutes/day on YouTube, and 34.7 minutes/day on Instagram.

36. Taken together, these findings suggest that teens spend considerable time engaging with social media apps on a daily basis; yet, over the past few years as short-form feeds have dominated social media user experience, teens describe more unintended overuse and perceive this time as less supportive. In addition, social media use is occurring at times of day that interrupt other important healthy activities such as school and sleep.

**B. Why teens are more vulnerable to social media design**

37. Children and teens differ from adults in several ways that make them more susceptible to social media designs.[22] Children and teens have underdeveloped executive functions, meaning they have less impulse control, perspective taking, or critical thinking about digital media. They are more susceptible to rewards, both concrete/token-type rewards (e.g.,

---

[20] Ibid.

[21] van der Wal, A., Beyens, I., Janssen, L. H., & Valkenburg, P. M. (2026). Diverse platforms, diverse effects: Evidence from a 100-day study on social media and adolescent mental health. *Current Psychology*, *45*(1), 36.

[22] Nesi, J. (2020). The impact of social media on youth mental health: challenges and opportunities. *North Carolina medical journal*, *81*(2), 116-121.

coins, badges, likes) as well as social rewards from peers or parasocial relationships.

38. During the late school-age (8-10 years) and adolescent years (11-17 years), minors start showing more risk-taking and exploration behaviors.[23] This helps them individuate from their parents and come to a sense of their own identity. Some teens are more prone to risky behaviors because of sensation-seeking or pleasure-seeking personalities. Because of the general sense of invulnerability teens experience, they often do not pay attention to the risks or future consequences of their immediate behavior,[24] such as spending money or exploring sexually explicit images.

39. Children and teens' behavior is more reinforced by immediate gratification from rewards or high-pleasure experiences than thinking about the long-term consequences of their actions, which can lead to unhealthy habit formation.[25] This is coupled with reduced self-monitoring, meaning that teens can easily lose track of time and go into a dissociative mental state while scrolling social media feeds.[26] Research with teens points to certain design features,

---

[23] Romer, D. (2010). Adolescent risk taking, impulsivity, and brain development: Implications for prevention. *Developmental Psychobiology: The Journal of the International Society for Developmental Psychobiology, 52*(3), 263-276.

[24] National Academies of Sciences, Engineering, and Medicine (2024). Social media and adolescent health. Washington, DC: The National Academies Press. https://doi.org/10.17226/27396.

[25] De Decker, Annelies, et al. "Associations of reward sensitivity with food consumption, activity pattern, and BMI in children." *Appetite* 100 (2016): 189-196.

[26] Baughan, A., Zhang, M. R., Rao, R., Lukoff, K., Schaadhardt, A., Butler, L. D., & Hiniker, A. (2022, April). "I don't even remember what I read": How design influences dissociation on social media. In *Proceedings of the 2022 CHI Conference on Human Factors in Computing Systems* (pp. 1-13).

such as infinite feeds containing a mixture of intermittently novel and boring content, as contributing to this mental state of weakened self-monitoring and self-control.[27]

40. Teen brain development underlies these cognitive and emotional changes, as described by Costello and colleagues (2023):

> [The] naturally uneven pace of development of different regions of the brain during adolescence exacerbates vulnerability to the harms posed by social media use. For instance, during adolescence, brain regions that process emotions (e.g., the amygdala) develop faster, while brain regions responsible for decision-making, reasoning, and impulse control (i.e., frontal regions) develop more slowly and continue to develop well into young adulthood. This lopsided neural development is associated with heightened emotionality and sensitivity to emotion-inducing social media content, since adolescents' abilities to regulate emotional responses is hindered.[28]

41. This increased vulnerability in teens is also described in internal industry documents. For example:

a. Meta: "[redacted][29]

b. TikTok: "[redacted]

[27] Ibid.

[28] Costello, N., Sutton, R., Jones, M., Almassian, M., Raffoul, A., Ojumu, O., ... & Austin, S. B. (2023). Algorithms, addiction, and adolescent mental health: An interdisciplinary study to inform state-level policy action to protect youth from the dangers of social media. *American Journal of Law & Medicine*, *49*(2-3), 135-172.

[29] META_BONTA-00000886, p. 2.

[redacted][30]

c. YouTube: "[redacted][31]

### C. Scientific consensus about social media harms

42. It is widely accepted in pediatric and public health communities that online harms to minors from social media occur and need to be mitigated.

43. In advisories in spring 2023, the American Psychological Association[32] and the Office of the U.S. Surgeon General[33] released advisories regarding social media and youth mental health. These reports reviewed research on several harms related to social media use, including, among other things, problematic/excessive social media use, mental health effects, and sleep disruption.

44. The National Academies of Sciences, Engineering, and Medicine (NASEM) conducted a consensus study released in December 2023 (*Social Media and Adolescent Health*)

---

[30] TIKTOK-0000582

[31] GOOG-CA976-00001252.

[32] American Psychological Association (2023). Health Advisory on Social Media Use in Adolescence. Available at: https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.pdf.

[33] Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory (2023). https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf.

that involved an in-depth review of published research and input from international scholars.[34] The adolescent health and wellbeing harms enumerated in this report included: 1) negative social comparison, 2) displacement of healthy activities, 3) sleep disruption, 4) interference with attention and learning, and 5) overuse and problematic use, among others.

45. The Biden-Harris Interagency Task Force on Kids Online Health and Safety involved a review of research literature in addition to listening sessions with families, youth, and experts across the U.S. The Task Force Report, released in July 2024, affirmed the child harm risks described in the NASEM report and provided additional focus on several topic areas that were raised during their nationwide information gathering, including problematic/excessive use.

46. **Thus, there is national consensus that problematic (addictive-like) use, displacement of healthy behaviors, and sleep disruption can result from excessive social media use in minors.** Many studies suggest that these harms are disproportionately experienced by more vulnerable youth, for example those with pre-existing mental health disorders,[35] but they can also arise in youth with no mental health history.

### D. Prevalence of relevant online harms to minors

47. The online harms most relevant to short-form engagement-optimized feeds include problematic/addictive-like use, sleep disruption, and mental wellbeing. While mental wellbeing is a large umbrella that includes mood disorders, attention deficits, suicidality, eating disorders, etc., I will limit my discussion to studies linking engagement-based feeds to overall mental health. It is

---

[34] National Academies of Sciences, Engineering, and Medicine (2024). Social media and adolescent health. Washington, DC: The National Academies Press. https://doi.org/10.17226/27396.

[35] *Id.*, National Academies of Science, Engineering, and Medicine

also important to recognize that problematic/addictive-like use and poor sleep are mechanisms by which social media influences mental health.

48. **Problematic, compulsive and addictive-like** use of digital media, video games, and social media is defined as use that impairs functioning, over which the user has no control, and which gets in the way of other daily activities and/or causes problems such as interpersonal conflict, poor grades, or health problems.[36] Although nomenclature has varied as the clinical and research conceptualization of problematic and addictive media use have evolved over the past 2 decades, I will use the term "problematic social media use" to describe social media use that gets in the way of daily functioning such as completing schoolwork, socializing, physical activity or sleep; causes arguments; is compulsive and addictive-like in that it feels out of control to the user. Where researchers have measured the specific constructs of "social media addiction" (which is framed around the DSM-5 behavioral addiction criteria), I will use the term addiction or addictive-like use.

49. Problematic social media use is associated with higher depression symptoms and stress.[37] Longitudinal research suggests that adolescents with problematic social media use

[36] Carter, M. C., Powell, N., Bediou, B., Tsappis, M., Bickham, D., & Rich, M. (2025). Placing problematic media use in context: a research synthesis, person-centric framework, and chart review among a clinical sample of US youth. *Frontiers in Psychiatry*, *16*, 1574502.

[37] Shannon, H., Bush, K., Villeneuve, P. J., Hellemans, K. G., & Guimond, S. (2022). Problematic social media use in adolescents and young adults: systematic review and meta-analysis. *JMIR mental health*, *9*(4), e33450.

subsequently develop more attention and impulsivity problems,[38] depressive feelings,[39] and lower school grades.[40]

50. Social media addiction, usually defined using the Bergen Social Media Addiction scale, had prevalence rates of 5-7% of teens globally before 2020.[41] However, more recent data from the Adolescent Brain Cognitive Development (ABCD) Study, a multi-site longitudinal study in the U.S., shows higher prevalence rates of compulsive, addictive-like social media use over the years 2016-2022.[42] Using a 6-item Social Media Addiction Questionnaire, the authors found that 31.3% of teens belonged to an increasing trajectory of social media addiction symptoms between ages 11 and 15, while 9.6% were in a trajectory in which social media addiction symptoms peaked around age 13-14 and then decreased (see graph below). Both of these addictive use

[38] Boer, M., Stevens, G., Finkenauer, C., & van den Eijnden, R. (2020). Attention deficit hyperactivity disorder-symptoms, social media use intensity, and social media use problems in adolescents: Investigating directionality. *Child development*, *91*(4), e853-e865.

[39] Boer, M., Stevens, G. W., Finkenauer, C., de Looze, M. E., & van den Eijnden, R. J. (2021). Social media use intensity, social media use problems, and mental health among adolescents: Investigating directionality and mediating processes. *Computers in Human Behavior*, *116*, 106645.

[40] Van Den Eijnden, R., Koning, I., Doornwaard, S., Van Gurp, F., & Ter Bogt, T. (2018). The impact of heavy and disordered use of games and social media on adolescents' psychological, social, and school functioning. *Journal of behavioral addictions*, *7*(3), 697-706.

[42] Xiao, Y., Meng, Y., Brown, T. T., Keyes, K. M., & Mann, J. J. (2025). Addictive screen use trajectories and suicidal behaviors, suicidal ideation, and mental health in US youths. *JAMA*.

trajectories were associated with over twice the risk of suicidal behavior.




51. When teens are asked about their compulsive symptoms, prevalence of problematic relationships with social media and technology are found in approximately 30-40% of U.S. teens. In a nationally representative U.S. sample of 11-to-15-year-old girls conducted by Common Sense Media published in 2023, over one-third stated that they felt "addicted" to social media.[43]

52. In my lab's study examining the mobile device use of 203 11-to-17-year-olds cited above,[44] (in which social media took up the highest proportion of school- and nighttime phone use), we also surveyed participants with the Tech Impairment Scale and found that:

a. 14% often found it difficult to stop using technology once they start;

b. 33% often were short of sleep due to being on their phone or the internet late at

---

[43] Nesi, J., Mann, S. and Robb, M. B. (2023). Teens and mental health: How girls really feel about social media. San Francisco, CA: Common Sense. Retrieved from https://www. commonsensemedia.org/sites/default/files/research/report/ how-girls-really-feel-about-social-media-researchreport_final_1.pdf

[44] *Id.*, Radesky et al. (2023)

night;

c. 39% often neglected daily obligations (school or family life) because they are using technology;

d. 30% often felt restless, frustrated, or irritated when they could not access the internet or check their phone;

e. 31% often used technology to escape from their sorrow or get relief from negative feelings;

f. 42% often chose to spend more time online over going out with others.

53. In summary, problematic, compulsive, and addictive-like use of social media is recognized by global mental health experts and researchers and causes significant decreases in functioning in teens. Newer publications suggest that prevalence of problematic and compulsive media use is increasing in prevalence in recent years. Researchers hypothesize that problematic and compulsive use of media is driven in part by designs that prolong view time and encourage the user to return to the platform repeatedly.[45]

54. Meta's own internal documents [redacted]:

a. [redacted]

[45] Domoff, S. E., Borgen, A. L., & Radesky, J. S. (2020). Interactional theory of childhood problematic media use. *Human behavior and emerging technologies*, *2*(4), 343-353.

[redacted][46]

b. [redacted][47]

c. [redacted][48]

d. [redacted][49]

e. [redacted][50]

f. [redacted]

---

[46] META_BONTA-00000001

[47] Larry Birnbaum Depo Tr. 182:17–183:16

[48] META_BONTA-00000003

[49] META_BONTA-00000192

[50] META_BONTA-00000147

[redacted][51]

55. TikTok internal documents [redacted]:

a. [redacted][52]

b. [redacted][53]

---

[51] META_BONTA-00000568

[52] TIKTOK-0000575

[53] TIKTOK-0005043

c. [redacted][54]

d. [redacted][55]

e. [redacted][56]

56. YouTube internal documents [redacted]

a. [redacted]

[54] TIKTIK-0001921

[55] TIKTOK-0000529

[56] TIKTOK-0000529

[redacted][57]

b. [redacted][58]

c. [redacted][59]

57. In summary, problematic and addictive-like social media use, characterized by loss of agency and compulsive feelings to use social media despite negative effects on functioning, is common in U.S. teens and is has been described as a problem by internal teams at [redacted], [redacted], and [redacted].

58. **Sleep disruption** or poor sleep quality is extremely common in the U.S. According to data from the Centers for Disease Control and Prevention from 2021, 35% of

[57] GOOG-CA976-00001333

[58] GOOG-CA976-00002260

[59] GOOG-CA976-00001333

children under 14 years have insufficient sleep.[60] The prevalence of sleep disruption increases in the teen years: the same 2021 CDC data shows 77% of U.S. high schoolers do not sleep the recommended 8-10 hours overnight.[61] Eight to ten hours of sleep per night is crucial to child health to support neurological development, bone growth, and regulated endocrine system. Children and adolescents with insufficient sleep have a higher risk of obesity, diabetes, injuries, poor mental health, and attention problems.

59. A large body of observational evidence links longer digital media use to shorter sleep duration, later bedtimes, more overnight awakenings, and daytime sleepiness.[62]

60. In our study tracking 11-to-17-year-olds' smartphones, over half (59%) of participants used their phones overnight on school nights, with TikTok (used by 17.2% of participants overnight), Instagram (14.3%), and YouTube (26.6%) being some of the most frequently used apps.[63]

61. In this study, we interviewed teens to ask about their overnight technology use, and many discussed the negative spiral between technology use and poor sleep – for example, one 10th grader reported the following: "*I might say that for certain apps, like TikTok, it's really hard to fall asleep once you use it close to when you're gonna go to sleep. I can't use it within an hour,*

---

[60] Centers for Disease Control and Prevention: https://www.cdc.gov/sleep/data-research/facts-stats/children-sleep-facts-and-stats.html.

[61] Centers for Disease Control and Prevention: https://www.cdc.gov/sleep/data-research/facts-stats/high-school-students-sleep-facts-and-stats.html.

[62] Brautsch, L. A., Lund, L., Andersen, M. M., Jennum, P. J., Folker, A. P., & Andersen, S. (2023). Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep medicine reviews*, *68*, 101742.

[63] *Id.*, Radesky et al. (2023)

*or else I'd struggle . . . and then "ll just get back on the app 'cause I'm not sleeping anyway.*"

62. TikTok internal documents reveal that [redacted][64]

63. In the TikTok document [redacted][65]

64. Internal YouTube documents suggest that [redacted][66]

65. A 2022 internal presentation at Meta noted [redacted][67]

66. Experimental research supports a causal effect of screen media and social media use on sleep. A large-scale experiment in 12-to-19-year-olds found that reducing the use of screen media after 9 pm for two weeks improved teens' sleep onset, total sleep duration, and daytime

---

[64] TIKTOK-0000132

[65] TIKTOK-0000132

[66] GOOG-CA976-00002260

[67] META_BONTA-00000568

attention.[68]

67. Another social media 'detox' intervention study in 295 young adults (18-to-24-year-olds) found that a 1-week reduction in social media use was associated with significantly decreased insomnia symptoms (Cohen *d*, −0.44, indicating a moderate effect size).[69]

68. **Mental health disorders** in U.S adolescents have been rising in prevalence since 2010.[70] In 2023, the U.S. Centers for Disease Control and Prevention Youth Behavior Risk Survey found that 40% of high school students had persistent feelings of sadness or hopelessness, 20% seriously considered attempting suicide, and 9% attempted suicide.[71]

69. Multiple systematic reviews and meta-analyses have found small but significant correlations between time spent on social media and teen depression, anxiety symptoms, and

---

[68] Perrault, A. A., Bayer, L., Peuvrier, M., Afyouni, A., Ghisletta, P., Brockmann, C., ... & Sterpenich, V. (2019). Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents. *Sleep*, *42*(9), zsz125.

[69] Calvert, E., Cipriani, M., Dwyer, B., Lisowski, V., Mikkelson, J., Chen, K., ... & Torous, J. (2025). Social Media Detox and Youth Mental Health. *JAMA Network Open*, *8*(11), e2545245-e2545245.

[70] https://www.childtrends.org/publications/child-and-adolescent-mental-health-outcomes-are-declining-despite-continued-improvements-in-well-being-indicators.

[71] Centers for Disease Control and Prevention . Youth Risk Behavior Survey Data Summary & Trends Report: 2013–2023 . U .S . Department of Health and Human Services; 2024. Available at: www.cdc.gov/yrbs/dstr/pdf/YRBS-2023-Data-Summary-Trend-Report.pdf.

suicidality,[72,73,74] with impacts that are heterogeneous between individuals.[75] However, many of these included studies that were conducted before the shift towards algorithmically-driven short-form video in social media platforms. Newer evidence has helped elucidate the evolution of risks and benefits as social media design has changed. A 2026 study of over 479 teens who reported their social media duration and mental wellbeing on a daily basis for 100 days, cited above,[76] examined within-person correlations between time spent on the most popular platforms and daily fluctuations in wellbeing. The researchers found that participants had the most negative daily correlations between time spent on feed-based platforms (TikTok, Instagram, and YouTube) compared to platforms used primarily for messaging (see table below).

**Table 3** Overall within-person effects of the top five social media platforms on mental health

| | Well-being | Self-esteem | Friendship closeness |
|---|---|---|---|
| TikTok | −0.09*** | −0.08*** | −0.09*** |
| Instagram | −0.05*** | −0.06*** | −0.04** |
| YouTube | −0.08*** | −0.09*** | −0.11*** |
| Snapchat | 0.03*** | 0.01 | 0.09*** |
| WhatsApp | −0.00 | 0.01 | 0.17*** |

Statistically significant negative coefficients indicate overall negative within-person effects, statistically significant positive coefficients indicate overall positive within-person effects

*< 0.05. **< 0.01. ***< 0.001

---

[72] Cabezas-Klinger, H., Fernandez-Daza, F. F., & Mina-Paz, Y. (2025). Associations Between Social Media Use and Mental Disorders in Adolescents and Young Adults: A Systematic Review and Meta-Analysis of Recent Evidence. *Behavioral Sciences*, *15*(11), 1450.

[73] Yigiter, M. S., Demir, S., & Dogan, N. (2024). The relationship between problematic social media use and depression: A meta-analysis study. *Current Psychology*, *43*(9), 7936-7951.

[74] Purba, A. K., Thomson, R. M., Henery, P. M., Pearce, A., Henderson, M., & Katikireddi, S. V. (2023). Social media use and health risk behaviours in young people: systematic review and meta-analysis. *bmj*, *383*.

[75] *Id.*, National Academies of Science, Engineering and Medicine.

[76] *Id.*, van der Wal

This suggests that algorithm-driven feeds of video content may be a specific mechanism of risk for teen mental health, as described in section II.

70. Randomized controlled trial (RCT) evidence suggests that taking a break from social media (including Facebook, Instagram, TikTok, and Twitter) improves mental health symptoms.[77] An RCT of 154 adults found that participants who were randomly assigned to stop using social media for 1 week experienced significant improvements in wellbeing, depression and anxiety symptoms. Effects of the intervention on mental health were partially explained by reduction in time spent on TikTok.

71. Additionally, the aforementioned 1-week "social media detox" study found that young adults who opted to take a break from social media had reduced symptoms of anxiety by 16.1% and depression by 24.8%.[78]

72. Short-form media consumption has also been associated with weaker attention span and lower wellbeing in dozens of studies. A recently published meta-analysis of 98,299 participants over 71 studies found that "increased short-form video use was associated with poorer cognition (moderate mean effect size, r = -.34), with attention (r = -.38) and inhibitory control (r = -.41) yielding the strongest associations. Similarly, increased SFV use was associated with poorer mental health (weak mean effect size, r = -.21), with stress (r = -.34) and anxiety (r = -.33) showing the strongest associations. These findings were consistent across youth and adult

---

[77] Lambert, J., Barnstable, G., Minter, E., Cooper, J., & McEwan, D. (2022). Taking a one-week break from social media improves well-being, depression, and anxiety: a randomized controlled trial. *Cyberpsychology, Behavior, and Social Networking*, *25*(5), 287-293.

[78] Id., Calvert

samples and across different SFV platforms."[79]

73. The authors explain these findings through several potential mechanisms, including displaced sleep, dysregulated emotional responses, decreased pleasure in everyday sources of reward, and habituation through repeated exposure to highly stimulating, fast-paced content "as neurocognitive processes become oriented toward brief, high-reward interactions rather than prolonged, goal-directed tasks."[80]

74. In summary, problematic, and compulsive, and addictive-like social media use, sleep problems, and mental health problems are highly prevalent in U.S. teens. Causal evidence of harm can take several forms. First, youth report of harmful or negative experiences, such as those described in the Pew Research reports[81] and in internal platform research,[82] should not be undervalued. Secondly, large population-based observational studies[83] can elucidate directionality of effects (e.g., increases in problematic social media use predict increases in depression symptoms) after adjusting for other possible confounding factors. In public health, we regularly rely on such longitudinal evidence as sufficient for planning harm reduction strategies (e.g., removing lead from gasoline based on longitudinal evidence of lead exposure predicting

---

[79] Nguyen, L., Walters, J., Paul, S., Monreal Ijurco, S., Rainey, G. E., Parekh, N., Blair, G., & Darrah, M. (2025). Feeds, feelings, and focus: A systematic review and meta-analysis examining the cognitive and mental health correlates of short-form video use. *Psychological bulletin*, *151*(9), 1125–1146. https://doi.org/10.1037/bul0000498.

[80] *Ibid.*

[81] Id., Faverio

[82] META_BONTA-00000003; TIKTOK-0000575

[83] See Boer (2020); Boer (2021); Van Den Eijnden (2018)

cognitive delays),[84] particularly when mechanisms of harm are clearly identified (in this case, evidence that social media use is occurring when teens should be sleeping or focusing on school).[85] Finally, experimental research provides the most robust evidence of causality. As I cited above, there are several studies showing that reducing social media use, including platforms that are largely feed-based, leads to an improvement in sleep and mental health symptoms.[86] Taken together, this evidence suggests a causal role of social media overuse and problematic (addictive-like) use on negative youth mental health outcomes.

## II. Social Media Feeds Trained on Engagement Increase Risks to Minors

75. Social media platforms monetize young users' time online through data collection and targeted advertising. Researchers have estimated, through a simulated revenue model informed by business marketing data and public survey data, that major social media platforms generate nearly $11 billion in annual advertising revenue from all children ages 0-17 years.[87] The estimated profits derived from children ages 0–12 years old were $959.1 million on YouTube and $801.1 million on Instagram; those derived from teens ages 13–17 years old were $4 billion on Instagram, $2 billion on TikTok, and $1.2 billion on YouTube.[88] This study estimated that a significant proportion of total advertising revenue was derived from minors, including 35% on

[84] Thomas, V. M. (1995). The elimination of lead in gasoline. *Annual Review of Energy and the Environment*, *20*(1), 301-324.

[85] Id., Radesky (2023)

[86] See Calvert (2025), Lambert (2022).

[87] Raffoul, A. et al., Social Media Platforms Generate Billions of Dollars in Revenue from U.S. Youth: Findings from a Simulated Revenue Model, 18 PLoSONE 12 (2023), https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0295337.

[88] Ibid.

TikTok, 27% on YouTube, and 16% on Instagram.[89]

76. Algorithmic feeds are a primary means by which social media platforms increase engagement, and in turn, revenue from users. In the Federal Trade Commission's social media 6b Staff Report,[90] companies including Facebook, YouTube, and ByteDance (which created TikTok) reported using algorithms trained to "predict the probability that content is likely to be interesting or relevant to a particular user." In response to the 6b request, companies described complex algorithmic machine learning models that weighed or ranked a large number of data points, also called "signals," with the end goal of boosting user engagement. Data points included user profile information, viewing history and engagement (e.g., what the user clicked on, liked, commented on, followed, searched for, etc.), device/location information, attributes such as age/gender, engagement patterns of other users (including users with similar characteristics), and popularity of the content (e.g., volume of views, comments, time other viewers spent watching). The FTC noted that "several Companies acknowledged that User Engagement and activity history (including of similar users) often were heavily weighted or carried the most weight in content recommendation Algorithms."[91]

77. Algorithmic feeds trained on engagement increase the amount of time spent on platforms. In a recent workshop in which academics and platform employees explored

---

[89] Ibid.

[90] United States Federal Trade Commission. (2024). *A Look Behind the Screens: Examining the Data Practices of Social Media and Video Streaming Services.* Available at: https://www.ftc.gov/system/files/ftc_gov/pdf/Social-Media-6b-Report-9-11-2024.pdf.

[91] *Ibid.*

alternatives to engagement-based feeds,[92] internal platform experiments were discussed that examined the effect of different algorithmic designs. The platforms reported "maintaining long-term experiments which assigned users to a chronologically ranked feed. Those users had substantially lower time spent and retention, with the effects remaining over months or years" when compared to the full production ranking function.

78. For example: In 2020, Facebook and Instagram ran experiments with semi-chronological feeds; they found that time spent declined by 20% on Facebook and 10% on Instagram over the following 3 months.[93]

79. Meta's internal documents [redacted]:

a. [redacted][94]

b. [redacted][95]

c. [redacted]

---

[92] Cunningham, T., Pandey, S., Sigerson, L., Stray, J., Allen, J., Barrilleaux, B., ... & Milli, S. (2025). Ranking by engagement and non-engagement signals: Learnings from industry. *Annals of the New York Academy of Sciences*, *1551*(1), 19-32.

[93] Guess, A. M., Malhotra, N., Pan, J., Barberá, P., Allcott, H., Brown, T., ... & Tucker, J. A. (2023). How do social media feed algorithms affect attitudes and behavior in an election campaign?. *Science*, *381*(6656), 398-404.

[94] META_BONTA_0000856

[95] META_BONTA_0000883

[redacted][96]

80. TikTok's internal documents [redacted]:

a. [redacted][97]

81. In addition, YouTube employees [redacted]:

a. [redacted][98]

b. [redacted]

---

[96] META_BONTA-00000880

[97] TIKTOK-0000636

[98] GOOG-CA976-00001515

[redacted][99]

c. [redacted][100]

d. [redacted][101]

e. [redacted][102]

82. As platforms tailor their recommendations to users' engagement patterns, user watch time increases. This was demonstrated by recent analysis of data donated by young adult TikTok users: viewing amounts increased from 107 videos per day at baseline (when users started their accounts) to 233 videos per day after 80 days, once the algorithm had adapted to the user's

[99] GOOG-CA976-00000962

[100] GOOG-CA976-00000898

[101] GOOG-CA976-00002653

[102] GOOG-CA976-00001232

preferences.[103]

83. Thus, it is well-documented that training algorithmic recommender feeds based on engagement signals leads to more user watch time. In the following sections, I review evidence that links engagement-based feeds to A) compulsive social media use, reduced user agency, and extended usage, B) profiling-based preference amplification, C) harmful unconnected and trending accounts.

### A. Reduced agency, problematic/addictive-like social media use, and extended usage

84. Social media feeds trained on engagement extend minors' time online and reduce their ability to disengage to do other healthy things, such as sleep or focus on homework.

85. An in-depth research study with 42 children aged 7-17 and their caregivers, youth described that feeds that constantly provide new content are an engagement-prolonging design that tap into their novelty-seeking and reduced impulse control.[104] "Frequently cited examples of these [engagement-prolonging designs] were features that automatically serve users with content, removing the need for them to make any decisions or actively seek content to engage with. … These feeds enable children to keep scrolling (sometimes for hours) without ever needing to

---

[103] Zannettou, S., Nemes-Nemeth, O., Ayalon, O., Goetzen, A., Gummadi, K. P., Redmiles, E. M., & Roesner, F. (2024, May). Analyzing User Engagement with TikTok's Short Format Video Recommendations using Data Donations. In *Proceedings of the CHI Conference on Human Factors in Computing Systems* (pp. 1-16).

[104] OfCom. (2022). *Research into risk factors that may lead children to harm online.* Available at: https://www.ofcom.org.uk/siteassets/resources/documents/research-and-data/online-research/keeping-children-safe-online/risk-factors-that-may-put-children-at-harm-online/children-risk-factors-report.pdf?v=328565.

actively search for something, and without the platform prompting or encouraging them to stop."[105]

86. Research on YouTube suggests that its homepage, filled with a feed of recommended videos, reduces users' sense of agency because it distracts them from searching or finding the video they initially intended.[106]

87. Internal YouTube documents suggest that [redacted][107]

88. Additionally, research with adults has found that an extended time spent scrolling social media feeds can leads to regret and self-blame that has been called the "30-minute Ick Factor"[108] – meaning that after about 30 minutes, users feel that their scrolling is less meaningful and they feel less in control of disengaging. This aligns with internal TikTok documents

---

[105] Ibid, page 36

[106] Lukoff, K., Lyngs, U., Zade, H., Liao, J. V., Choi, J., Fan, K., ... & Hiniker, A. (2021, May). How the design of youtube influences user sense of agency. In *Proceedings of the 2021 CHI Conference on Human Factors in Computing Systems* (pp. 1-17).

[107] GOOG-CA976-00000884

[108] Tran, J. A., Yang, K. S., Davis, K., & Hiniker, A. (2019, May). Modeling the engagement-disengagement cycle of compulsive phone use. In *Proceedings of the 2019 CHI conference on human factors in computing systems* (pp. 1-14).

suggesting that approximately 35 minutes of scrolling is needed before users have trouble disengaging, as reported by National Public Radio after reviewing the unredacted Kentucky Attorney General's October 2024 complaint against TikTok.[109]

89. Internal documents from Meta support that [redacted][110]

90. Feeds that predict what the user might click on next also can contribute to prolonged or compulsive use. As algorithmic expert Arvind Narayanan wrote: "For every single post in the user's feed, the algorithm receives feedback about whether and how the user engaged with it. That is why the primary objective of almost every recommendation algorithm on social media platforms is to rank the available content according to how likely it is that the user in question will engage with it."[111] This engagement is likely to be due to fast-brain "System 1" responses, which are automatic reactions that represent capture of attention or solicitation of emotion, but not the user's "System 2" responses (their rational and deliberative mode of thought that aligns with longer-term values).[112]

---

[109] National Public Radio, Oct 11 2024: TikTok executives know about app's effect on teens, lawsuit documents allege. Available at: https://www.npr.org/2024/10/11/g-s1-27676/tiktok-redacted-documents-in-teen-safety-lawsuit-revealed.

[110] Larry Birnbaum Depo Tr. 184:3–8

[111] Narayanan, A. (2023). Understanding social media recommendation algorithms.Knight First Amendment Institute at Columbia University. Available at: https://academiccommons.columbia.edu/doi/10.7916/khdk-m460

[112] Id, Narayananan, *supra*, p. 36

91. For example, a user may “dwell on an angry video that they enjoy in the moment but regret later. By default, implicit-feedback-based feeds cater to our basest impulses.”[113]

92. In an experiment on the Twitter feed, Milli et al (2025) found that the engagement-based algorithm significantly amplified posts that expressed negative emotions (anger, sadness, anxiety) and led readers to feel more intense emotions (anger, sadness, anxiety, and happiness) compared to what they would have seen on a chronological feed of accounts they follow.[114]

93. Therefore, the combination of an endless stream of content that has been selected by the algorithm to engage the user, often through capturing the user’s attention and emotions, along with children and teens’ weaker self-monitoring, impulse control, and higher susceptibility to emotional arousal, can reduce teens’ agency when using social media. This loss of agency and self-control manifests as prolonged usage sessions and/or compulsive, addictive-like patterns of engagement with social media.

### B. Profiling and preference amplification

94. Minors are profiled by social media platforms based on their behavioral history on the platform, which informs the algorithmic recommendation. Narayanan describes this as: “most major recommendation algorithms try to answer the question: How did users similar to this user engage with posts similar to this post?”[115] The three main types of signals are network (following, commenting), behavior (what posts they watch/click/engage with), and demographics (attributes

---

[113] Id, Narayananan, *supra*, p. 36

[114] Milli, S., Carroll, M., Wang, Y., Pandey, S., Zhao, S., & Dragan, A. D. (2025). Engagement, user satisfaction, and the amplification of divisive content on social media. *PNAS nexus*, *4*(3), pgaf062.

[115] Id, Narayananan, p. 26

such as age, gender, geography).

95. This can lead to minors being recommended accounts and posts that nudge them in new, unhealthy directions. In the aforementioned in-depth study of 47 minors' experiences on social media, it was reported that "There was evidence of this being experienced by children across the sample who were using social media and video-sharing platforms, with the 'feed' of content shifting over time to reflect particular types of content they'd shown previous engagement with. An unintended consequence of the platform suggesting more content that the user has shown an interest in over time is that it can include hazardous content. In particular this was seen with feeds that presented a mixture of content from users/accounts that the child proactively followed, but also content that they were not following."[116] Examples included:

a. "*My feed at the time was probably more car-related and more meme-related. But then as you start going to the gym, you start watching videos on people and you start looking at more like influencers I'd say, and your friends will say 'oh look at this person, he goes to the gym'. And then over time your feed just slowly becomes more of the gym.*" – 17 year old male.

b. "*Samira,13, was keenly interested in K-Pop and followed some K-Pop accounts on a video-sharing social media platform. She saw a large amount of K-Pop and other recommended content on her feed often placed alongside health and beauty content. As the amount of this K-Pop and body-focused content grew on her feed, some of it began to include references to dieting and restricted eating, which Samira's parents felt had fed into her negative eating behaviour.*"[117]

---

[116]Ofcom, *supra*, p. 35

[117] Ibid.

96. Eating disorder-related content can be recommended to teens through a process some companies call "preference amplification." In other words, when teens with a tendency toward poor body image engage with posts about dieting or fitness, this content can be amplified in their feed. Teens have reported that they have a hard time getting eating disorder content out of their recommendation feed once they have engaged with it.[118]

97. In a study conducted by the Center for Countering Digital Hate, researchers posed as 13-year-olds in the US, UK, Australia, and Canada. Accounts were given female names, but one of the accounts also contained the string of letters "loseweight" (as users with body dissatisfaction will put similar words in their usernames). Researchers recorded the first 30 minutes of content that appeared in the TikTok "For You" feed and found that the vulnerable accounts with "loseweight" in the username were served 3 times more harmful content than standard accounts, and 12 times more self-harm and suicide videos.[119] This suggests that profiling occurs rapidly on engagement-based feeds.

98. In the deposition of James Beser (YouTube), it was noted that [redacted]

---

[118] Farthing, R. (2022) "Designing for Disorder." Fairplay: https://fairplayforkids.org/wp-content/uploads/2022/04/designing_for_disorder.pdf

[119] Center for Countering Digital Hate. TikTok bombards teens with self harm and eating disorder content within minutes of joining the platform. (December 15, 2022). Available at: https://counterhate.com/blog/tiktok-bombards-teens-with-self-harm-and-eating-disorder-content-within-minutes-of-joining-the-platform/

[120] GOOG-CA976-00000629

99. An internal study at Meta, shared by a whistleblower and published in Reuters,[121] also supports the idea that vulnerable accounts are served more problematic posts. This study followed over 1,000 high schoolers for 1 school year and found that the roughly 30% of teens who reported that Instagram makes them feel badly about themselves were more likely to be recommended problematic content in their feeds, including content Meta classifies as "eating disorder adjacent content," "mature themes," "risky behavior," "harm & cruelty" and "suffering" than teens who did not have these same self-image problems. This problematic content accounted for 27% of what appeared on vulnerable teens' feeds, compared to 3% of non-vulnerable teens.

100. In one 2021 report, TikTok's [redacted][122]

101. Therefore, there is evidence that algorithmic amplification of teen interests can lead to recommendations for increasingly unhealthy activities and accounts.

**C. Unconnected and trending content**

102. In the aforementioned workshop on engagement-based feeds, one problem recognized by platform employees was that posts that get more engagement are often of lower quality; that is, quality metrics often have a negative correlation with engagement prediction.

---

[121] Horwitz, J. Instagram shows more 'eating disorder adjacent' content to vulnerable teens, internal Meta research shows. *Reuters* (October 20, 2025). Available at: https://www.reuters.com/business/instagram-shows-more-eating-disorder-adjacent-content-vulnerable-teens-internal-2025-10-20/; https://www.reuters.com/investigates/special-report/assets/usa-tech-meta-teens/Viewing-Content-on-IG_Redacted.pdf

[122] TIKTOK-0000490

Evidence for this, as cited in Cunningham (2025)[123] includes:

a. "In a preregistered field experiment, academic researchers randomly hid toxic content on users' feeds on Facebook, Twitter, and YouTube and found that decreasing exposure to toxic content led to decreased user engagement."[124]

b. Mark Zuckerberg wrote, "as a piece of content gets close to that line [of what is allowed], people will engage with it more on average— even when they tell us afterwards, they don't like the content."[125]

c. In 2019, an internal Facebook analysis also found that items with higher predicted engagement rates had a significantly higher likelihood of being classified as low-quality using Facebook's own internal Feed Unified Scoring System (FUSS).[126]

d. An internal Facebook analysis also found that "for posts with very high reach (especially the top 1–2 percentile) GFTW [good for the world] prevalence is lower and BFTW [bad for the world] prevalence is higher than average." Here, GFTW and BFTW are averages over user responses to survey questions about whether

---

[123] Id, Cunningham

[124] Beknazar-Yuzbashev, G., Jiménez Durán, R., McCrosky, J., & Stalinski, M. (2022). Toxic content and user engagement on social media: Evidence from a field experiment. Social Science Research Network. https://doi.org/10.2139/ssrn.4307346.

[125] Zuckerberg, M. (2018). A blueprint for content governance and enforcement. https://www.facebook.com/notes/751449002072082/.

[126] Allen, J. (2019). How Communities Are Exploited On Our Platforms: A Final Look At The "Troll Farm" Pages. https://s3.documentcloud.org/ documents/21063547/oct-2019-facebook-troll-farms-report.pdf.

these posts are good for the world or bad for the world, respectively.[127]

e. A meta-analysis from 2021 found that on Twitter, "each message is 12% more likely to be shared for each additional moral-emotional word."[128]

f. Over 2021 and 2022, Facebook released datasets of their 20 most-viewed links and posts. Between 60% and 80% of these posts failed some basic quality checks, either "the account behind it is anonymous, is posting unoriginal content, using spammy page or group networks, or the post or link violated Facebook's community standards."[129]

103. Therefore, engagement-based feeds introduce young viewers to a lower-quality experience that may have more emotional, attention-grabbing, or spammy content.

104. Internal Meta documents released by whistleblower Frances Haugen, and compiled by The Harvard Shorenstein Center, revealed the risk of negative social comparison through recommendations for "unconnected content" (i.e., accounts the user doesn't follow) that is trending due to high engagement. Often, such trending content contains celebrities or features women's bodies and can become concentrated in the feeds of most vulnerable teens. For example, in an internal survey of over 50,000 Instagram users in 2020, it was found that negative comparison was driven more by top accounts, which appeared in teen girls' feeds 5 times as often

---

[127] FBArchive. (2020). How much of news feed is good for the world. FBArchive. https://fbarchive.org/doc/odoc2025266473

[128] Brady,W. J., & Van Bavel, J. J. (2021). Estimating the effect size of moral contagion in online networks: A pre-registered replication and meta-analysis. https://osf.io/s4w2x.

[129] Integrity Institute. (2022). Widely viewed content dashboard [public, v20220826]. Looker Studio. http://lookerstudio.google.com/reporting/28bc32fd-a067-4b4a-9be0-637e8c9bd917/page/0Z3mC?feature=opengraph.

as friends' posts.[130]

105. Social media creators, in an attempt to trend and accrue more ad revenue, often compete for attention through various methods. One method is to post attention-grabbing thumbnails that use violent, scary, or sexualized images.[131] Teens themselves endorse posting more extreme or sexy content to get more followers.[132]

106. Parents are frustrated with engagement-driven feeds as well. In interviews, parents report feeling frustrated with the unpredictable negative content that appears in their child's social media feed, the embedded links in content that can take minors to unsafe activities (e.g., pornography), and the rude/unrealistic norms that trending creators can instill in viewers.[133]

---

[130] Harvard Kennedy School Shorenstein Center on Media, Politics and Public Policy. (2023). *Discussion Paper: Case Study on Youth Online Harms – Project Daisy*, Appendix A (p.14). Available at: https://shorensteincenter.org/wp-content/uploads/2023/11/Discussion-Paper_Youth-Online-Harms-and-Project-Daisy_For-Shorenstein-Publication.pdf

[131] Radesky, J., Bridgewater, E., Black, S., O'Neil, A., Sun, Y., Schaller, A., ... & Campbell, S. W. (2024). Algorithmic Content Recommendations on a Video-Sharing Platform Used by Children. *JAMA Network Open*, *7*(5), e2413855-e2413855.

[132] OfCom. (2022) Research into risk factors that may lead children to harm online. Available at: https://www.ofcom.org.uk/siteassets/resources/documents/research-and-data/online-research/keeping-children-safe-online/risk-factors-that-may-put-children-at-harm-online/children-risk-factors-report.pdf?v=328565.

[133] Radesky, J.S., Bradley, B., Martin, E., Williams, E., Kearney, C., Kistin, C. (2024). *Harnessing Parent Wisdom: Community-informed solutions for social media and youth mental health.* American Academy of Pediatrics Center of Excellence on Social Media and Youth Mental Health. Available at:

(continued…)

107. For example, dangerous online challenges can trend rapidly and reach a large number of users before being identified and taken down by platforms.[134] Children and teens may be attracted to risky behavior in online challenges and use performance of these challenges as a way to reaffirm belonging and achieve public recognition.[135]

108. Recommendation of trending videos can also lead to teens seeing violent and frightening videos,[136] which may trend at times of war or social unrest. For example, Black teens report being recommended more racialized violence on their social media feeds,[137] which is distressing and contributes to trauma symptoms.[138] In news reports, it was estimated that one-

---

https://downloads.aap.org/AAP/PDF/Community_Informed_Solutions_for_Social_Media_and_Youth_Mental_Health.pdf.

[134] Bonifazi, G., Cecchini, S., Corradini, E., Giuliani, L., Ursino, D., & Virgili, L. (2024). Investigating community evolutions in TikTok dangerous and non-dangerous challenges. *Journal of Information Science*, *50*(5), 1170-1194.

[135] Ferreira Deslandes, S., Coutinho, T., Ramos de Souza Costa Ferreira, T., & Matassoli Duran Flach, R. (2021). Online challenges among children and adolescents: Self-inflicted harm and social media strategies. *Salud colectiva*, *16*, e3264.

[136] Boyd, R. W., & Swanson, W. S. (2016). The evolution of virtual violence: how mobile screens provide windows to real violence. *Pediatrics*, *138*(2).

[137] Hopelab, Common Sense Media, and NORC. *A Double-edged Sword: How diverse communities of youth people think about the multifaceted relationship between social media and mental health.* Common Sense Media. Available at: https://www.commonsensemedia.org/sites/default/files/research/report/2024-double-edged-sword-hopelab-report_final-release-for-web-v2.pdf

[138] Tynes, B. M., Willis, H. A., Stewart, A. M., & Hamilton, M. W. (2019). Race-related

(continued…)

third of Americans saw graphic video footage of Charlie Kirk's assassination in their social media feeds,[139] with younger viewers being more likely to have seen viewed it. Such unintentional viewing of violent and graphic content causes emotional distress in youth.[140]

109. In summary, there is experimental evidence that engagement-optimized feeds extend time online, recommend more emotional posts, and can introduce minors to violent and dangerous posts that they did not search for.

## III. INDUSTRY SELF-REGULATION HAS BEEN INSUFFICIENT

110. Internal company data and independent audits demonstrate that industry self-regulation has been ineffective.

111. **YouTube introduced short-form "snackable" content even to younger users and implemented ineffective parental supervision tools**. YouTube has millions of young viewers (from infancy through elementary school age) and does not appear to have considered the developmental appropriateness of short-form "snackable" content at this age during the deployment of Shorts. Young children's attention spans are shaped by their daily experiences, including practice focusing on cognitively challenging experiences, yet in internal documents [redacted]

traumatic events online and mental health among adolescents of color. *Journal of Adolescent Health*, *65*(3), 371-377.

[139] Collins, L.M. Graphic images of Charlie Kirk shooting impact many Americans. Desert News (Sept 17, 2025). Available at: www.deseret.com/politics/2025/09/17/charlie-kirk-shooting-graphic-violence-social-media-morning-consult-poll/

[140] COUNCIL ON COMMUNICATIONS AND MEDIA, Christakis, D., Hill, D., Ameenuddin, N., Chassiakos, Y. L. R., Corss, C., ... & Swanson, W. S. (2016). Virtual violence. *Pediatrics*, *138*(2), e20161298.

[redacted][141]

112. Creation of YouTube Kids was intended to put "made for kids" (abbreviated as MFK) content in a family-friendly interface with more controls [redacted]. However, internal data showed that [redacted][142]

113. In addition, Supervised Experiences (SupeX) has had minimal adoption. None of my patients' parents know that it exists. [redacted][143]

114. **Instagram Teen Accounts have been found to be flawed by independent evaluators.** Audits of Instagram teen accounts in January through May 2025 by the 5 Rights Foundation found that these accounts 1) recommend adult account to minors; 2) contained designs to prolong engagement: "Although there are now screen time reminders, our avatars remained subject to persistent notifications, autoplay, infinite scrolling, and prompts to interact with suggested content. Even after logging off, our accounts received app notifications and emails

[141] GOOG-CA976-00002654

[142] GOOG-CA976-00001215

[143] GOOG-CA976-00001216–1217

prompting us to re-engage with the app." 3) inappropriate advertising: "From the moment our avatar accounts were created, we observed consistent exposure to influencer advertising and product placement on Instagram. These were often presented in ways to resemble organic posts, making it difficult to distinguish advertising from genuine content. In some cases, ad disclaimers were either buried deep at the bottom of a caption or absent altogether, despite the clear promotional message. Recommended product placements included age-inappropriate products such as lingerie presented with sexualised imagery."; and 4) amplified sexualized posts, misinformation, and harmful challenges.[144]

115. Similarly, an audit of Instagram Teen Accounts published in September 2025, performed by Fairplay and several research collaborators, found that:

a. "Users of Teen Accounts are able to view content that promotes suicide, self-harm and eating disorders, with autocomplete suggestions actively recommending search terms and accounts related to suicide, self-harm, eating disorders and illegal substances."

b. Instagram's algorithm incentivizes children under 13 to perform risky sexualized behaviors for likes and views and encourages them to post content that received highly sexualized comments from adults.

c. Teen Accounts are able to send and receive grossly offensive and misogynistic comments and messages to one another without the promised interventions by the platform.

d. Teen Accounts can view content that features sexual descriptions and posts that

---

[144] 5 Rights Foundation. Is Instagram now safe for teens? Instagram Teen Accounts case study. April 2025. Available at:

describe demeaning sexual acts.

e. Test accounts were algorithmically recommended Reels featuring children as young as 6, and found many public accounts under 13 using Instagram features to announce their age."[145]

116. **TikTok's Digital Wellness features are ineffective.** Internal documentation showing the effectiveness of Screen Time Management tools (which show teens their average TikTok usage and allows them to set time limits) and Take a Break (TAB) reminders (which occur after a certain period of usage) do not reduce the problems identified by digital wellbeing teams, including overuse and nighttime use. In addition, Family Pairing was rushed to market, had several design flaws, and is under-adopted.

117. TikTok [redacted][146]

118. A [redacted] report [redacted]

[145] *Teen Accounts, Broken Promises: How Instagram is Failing to Protect Minors*. Fairplay (Sept 24, 2025). Available at: fairplayforkids.org/wp-content/uploads/2025/09/Teen-Accounts-Broken-Promises-How-Instagram-is-failing-to-protect-minors.pdf.

[146] TIKTOK-0001921

[147] TIKTOK-0000153

119. [redacted][148]

120. Take a Break reminders [redacted][149]

121. Family Pairing, intended to help parents monitor their teen's TikTok account, was introduced in 2020. [redacted][150]

122. [redacted][151]

123. In addition, TikTok's teams [redacted][152] For a teen spending an

---

[148] TIKTOK-0000143

[149] TIKTOK-0000285

[150] TIKTOK-0001193

[151] TIKTOK-0000200

[152] TIKTOK-0000132

extra hour on TikTok after midnight, a 5% decrease would only amount to 3 minutes less, which would not make a significant difference on total sleep quality.

124. In summary, because platforms have not changed to essential design that contributes to extended and compulsive use—engagement-based personalized feeds—their attempts to support teen wellbeing have not led to significant improvements. Instead, features only offer reminders to take a break or that they have reached a time limit that are ineffective in activating self-regulation in teens.

## IV. CALIFORNIA'S PROTECTING OUR KIDS FROM SOCIAL MEDIA ADDICTION ACT

125. The Protecting Our Kids from Social Media Addiction Act would prevent online services and mobile apps from offering an addictive feed to minors.

126. Restricting the ability of companies to furnish such feeds to minors, and giving minors alternate feeds that are shaped by the accounts they follow (not algorithmically predicting what they might engage with next), would accomplish two important outcomes.

127. First, the law addresses a key mechanism leading to mental health and sleep harms in youth: engagement-based algorithmic feeds. Engagement-based algorithms contribute to extended and compulsive use, as well as profiling-based harms that can introduce minors to unconnected or trending content that is unhealthy, violent, or harmful.

128. It is my opinion that engagement-based social media feeds meet revenue goals of platforms but reduce user agency and autonomy, leading to an increasing proportion of teens who feel they spend too much time on social media, compulsively feel the need to be connected to it, or feel guilty when it disrupts their sleep or learning.

129. The law does not prevent platforms from providing safety filters or content moderation for teens. Rather, it provides children and teens more autonomy to search for and follow what they want online, rather than decisions about what they should watch being made for

them by a computer that is acting in the interest of more advertising revenue. Youth advocacy groups have called for improved control over what they see on social media feeds[153] to prevent the negative experiences that come with unwanted, upsetting content showing up on their feed.

130. Finally, minors would be able to more easily disengage from a feed that is not actively trying to engage them for longer periods of time, and go pursue the activities that are healthy, support their education, and/or give them a sense of purpose.

## CONCLUSIONS

131. Children and teens have generated billions of dollars in revenue for internet services and mobile apps that keep them engaged through addictive feeds and design features that capture and hold onto their attention. These design features—including algorithmic feeds designed to increase user engagement that have dominated social media platforms over the past 5 years—contribute to extended use and feelings of frustration and regret. In our individualistic society, users typically blame themselves for being "addicted" or wasting their time online; yet, this is not a matter of individual weakness in children and teens. At a digital ecosystem level, the designs at the root of these feelings are pervasive, are purposeful, and are wholly changeable.

132. In my years as a clinician and expert on digital media and children, I have repeatedly heard from families that automated, algorithm-driven feeds make parenting harder because they introduce inappropriate accounts and prolong media use. Parents describe their children stumbling upon frightening videos or dangerous challenges; teens describe being fed violent images or beauty influencers who make them feel "less than;" and many wonder why a computer should be making decisions about how they spend their time. This raises important questions about autonomy; this Act allows young users to have more control over what appears in

[153] See Design It For Us campaign: https://designitforus.org/.

their feed and families to place boundaries around how these technologies consume young peoples' valuable time and attention.

133. Over the past few years, investigations into the internal research conducted by large online platforms have revealed insights about experiments run on design features and how they engage users. It is clear from internal documents that platform employees knew about the risk of compulsive, addictive-like use and yet have not created effective self-regulatory strategies. While YouTube, TikTok, and Meta competed for teen engagement by introducing engagement-based short-form algorithmic feeds over the past few years, teen experiences on social media have worsened and rates of problematic and addictive-like use have increased.

134. California has an opportunity to ensure that children and teens have access to internet services and mobile apps that provide them opportunities to learn and connect with friends (not strangers), seek out their interests without being taken on a detour by algorithmic recommendations, and then disengage from technology as they wish. I appreciate your consideration of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2026, at Ann Arbor, Michigan.

Jenny S. Radesky, M.D.

# EXHIBIT A

# Jenny Radesky, M.D.

**Division Director**
**Associate Professor of Pediatrics**
**734-647-3759 - jradesky@umich.edu**

## Education and Training

**Education**

| | |
|---|---|
| 08/1997-05/2001 | BA, Johns Hopkins University, Baltimore, MD |
| 08/2002-06/2007 | MD, Harvard Medical School, Boston, MA |

**Postdoctoral Training**

| | |
|---|---|
| 07/2007-06/2010 | Residency, Pediatrics, University of Washington/Seattle Childrens Hospital, Pediatrics, Seattle, WA |
| 07/2011-06/2014 | Clinical Fellow, Developmental Behavioral Pediatrics, Boston University School of Medicine, Pediatrics, Boston, MA |

## Certification And Licensure

**Certification**

| | |
|---|---|
| 10/2010-12/2020 | American Board of Pediatrics, General |
| 01/2015-12/2025 | American Board of Pediatrics, Developmental Behavioral Pediatrics |

**Licensure**

| | |
|---|---|
| | Michigan, Controlled Substance |
| | Michigan, Medical License |
| 01/2016-Present | Michigan, Medical License |
| 01/2016-Present | Michigan, DEA License |
| 01/2016-Present | Michigan, Controlled Substance |

## Work Experience

**Academic Appointment**

| | |
|---|---|
| 07/2014-01/2016 | Assistant Professor, Pediatrics, Boston University School of Medicine, Boston |
| 01/2016-08/2022 | Assistant Professor, Pediatrics, University of Michigan - Ann Arbor, Ann Arbor |
| 09/2022-Present | Associate Professor in Pediatrics - Development - Behavioral, Pediatrics, University of Michigan - Ann Arbor, Ann Arbor, (Tenured) |

**Clinical Appointments**

| | |
|---|---|
| 08/2010-06/2011 | Pediatrician, Pediatric Associates Inc, Bellevue, WA |

## Research Interests

- My research examines parent mobile device use, young children's use of mobile and interactive media, parent-child interaction, and social-emotional development.

## Clinical Interests

- Advocacy, underserved populations, autism spectrum disorder, early childhood

## Grants

### Current Grants

R21HD117004:*Early infant affinity toward screens:*
Co-I (Principal Investigator:Tiffany Munzer)
NIH-DHHS-US
08/2025 - 07/2027
$429,000

P01HD109907:*Growing up in a Digital World: A synergistic approach to understanding media use in children ages 1-8:*
PI of UM Site
NIH-DHHS-US-SubK sourced funding through Georgetown University
09/2022 - 08/2026
$276,244

K23HD105988:*Longitudinal associations of maternal mobile device use and maternal-infant wellbeing:*
Consultant on (Principal Investigator:Tiffany Munzer)
NIH-DHHS-US
07/2022 - 06/2027
$837,000

R01HD102370:*Technology Use and Emerging Executive Functioning in Early Childhood:*
PI
NIH-DHHS-US
04/2021 - 03/2026
$2,873,938

### Submitted - Open

R01:*Supporting healthy media use in school-aged children:*
PI
NIH-DHHS-US
07/2026 - 06/2029
$2,372,591

R21:*Automated Detection of Persuasive Design for Problematic Media Use Research:*
PI of UM Site
NIH-DHHS-US-SubK sourced funding through SRI International
04/2026 - 03/2028
$83,732

R21:*Development of a Community-Based Intervention to Support Healthy Early Childhood Media Use:*
PI
NIH-DHHS-US
12/2025 - 11/2027
$429,000

*Trustworthy AI for Understanding and Supporting Challenging Behaviors in Autism Spectrum Disorder:*
Mentor (Principal Investigator: Neelkamal Soares)
UK Research Foundation
10/2025 - 09/2027
$140,012

### Past Grants

*Children and Technology Advisor - Jenny Radesky - FTC IPA:*
PI
FTC-US
07/2024 - 06/2025
$63,115

P01HD109907:*Growing up in a Digital World: A synergistic approach to understanding media use in children ages 0-8:*
PI of UM Site
NIH-DHHS-US-SubK sourced funding through Georgetown University
09/2023 - 08/2024
$28,409

*SAMHSA Center of Excellence on Social Media and Mental Health:*
PI of UM Site
SAMHSA-DHHS-US-SubK sourced funding through American Academy of Pediatrics
09/2022 - 09/2025
$417,949

*Planning the Metaverse for Kids: Social Gaming Walk-Through Study:*
PI
Children's Hospital Corporation
06/2022 - 05/2024
$121,830

*Teen Smartphone Pilot:*
PI
Common Sense Media
02/2022 - 05/2023
$60,798

*Pediatric Early Autism Recognition System: PEARS:*
Mentor (Principal Investigator: Nicole Hamp)
BCBSM
09/2021 - 12/2022
$9,100

R21NR019402:*Healthy Digital Habits in Parents of Infants:*
PI of UM Site
NIH-DHHS-US-SubK sourced funding through Parkview Hospital, Inc
05/2021 - 04/2023
$57,255

*YouTube Content Analysis:*
PI
Common Sense Media
02/2021 - 04/2022
$45,600

*YouTube Content Analysis:*
PI
Common Sense Media
01/2020 - 01/2021
$21,386

R41HD:*Beyond Screen Time: Developing an objective mobile media measurement tool:*
PI of UM Site
NIH-DHHS-US-SubK sourced funding through Open Lattice, Inc.
10/2019 - 08/2020
$51,166

R41HD100230:*Beyond Screen Time: Developing an objective mobile media measurement tool:*
Funded by
Eunice Kennedy Shriver National Institute of Child Health and Human Development
09/2019 - 08/2020
$150,000

R21HD094051:*Longitudinal associations between preschooler emotion regulation, executive function, and digital media use.:*
PI
NIH-DHHS-US
08/2018 - 07/2021
$429,000

R03HD094077:*Parent-toddler interactions during electronic versus print book reading:*
PI
NIH-DHHS-US
08/2018 - 07/2020
$156,000

K23HD092626:*Parent Mobile Device Use and Parent-Child Interaction:*
PI
NIH-DHHS-US
08/2017 - 05/2022
$793,103

*Electronic versus print books: Differences in parent-toddler interactions and toddler behavioral regulation:*
Mentor (Principal Investigator: Tiffany Munzer)
Academic Pediatric Association
03/2017 - 10/2018
$14,780

## Honors and Awards

**National**

| | |
|---|---|
| 2017 | AAP Communication and Collaboration Award, American Academy of Pediatrics |
| 2019 | Student Research Award, Academic Pediatric Association, Mentor, Marisa Meyer |
| 2023 | AAP Innovation Award, American Academy of Pediatrics, For the Family Media Plan |

**Institutional**

| | |
|---|---|
| 2001 | Phi Beta Kappa, Johns Hopkins University |
| 2007 | New England Pediatric Society Prize, Harvard Medical School |
| 2007 | Presidential Scholars Program, Public Service Initiative, Harvard Medical School, Provided loan forgiveness for graduates who worked in subspecialities focusing on public service |
| 2013 - 2014 | Zuckerman Fellowship, Boston University School of Medicine, Pediatrics |

| | |
|---|---|
| 2017 - 2018 | Elizabeth Caroline Crosby Award, University of Michigan, ADVANCE Program |
| 2018 | Top Teacher Award, University of Michigan Medical School, Pediatrics |

## Study Sections, Editorial Boards, Journal & Abstract Review

### Study Sections

**International**

| | |
|---|---|
| 2020 - Present | Advisory Board (supported by UNICEF), Power of Zero Anti-Bullying Initiative, (Standing Member) |
| 2025 - 2024 | Sesame Workshop Digital Wellbeing Advisory Panel, Sesame Workshop, United States, (Ad Hoc) |

**National**

| | |
|---|---|
| 2019 - 2022 | Study Section, NICHD Study Section, (Ad Hoc) |
| 2020 - Present | Advisory Board, Common Sense Media Early Childhood Initiative, (Standing Member) |
| 2021 - Present | Advisory Board, Child Trends News Service for 2 NSF grants, Child Trends, (Standing Member) |
| 2023 - 2024 | Rudd Center Healthy Eating Research Digital Advertising Expert Panel, (Standing Member) |
| 2024 - Present | Board on Children Youth and Families, National Academies of Science, Engineering, and Medicine, (Standing Member) |
| 2024 | SBIR Study Section, NICHD Study Section, (Ad Hoc) |
| 2024 | SBIR/STTR Study Section, National Institutes of Child Health and Development, (Ad Hoc) |
| 2025 - Present | This Council working group will advise the Governor on youth online safety and educational technology policy., State of California Governor Gavin Newsom Innovation Council, United States |

### Editorial Boards / Journal & Abstract Reviews

**Editorial Boards**

| | |
|---|---|
| 2017 - 2020 | Editor, Developmental Behavioral Pediatrics, New England Journal of Medicine Journal Watch: Pediatrics and Adolescent Medicine |
| 2018 - 2019 | Editor, Challenging Cases, Journal of Developmental Behavioral Pediatrics |
| 2019 - 2020 | Guest Editor, Cyberpsychology, Behavior, and Social Networking special issue on Children and Smartphones |

**Journal Review**

| | |
|---|---|
| 2011 - 2023 | JAMA Pediatrics |
| 2012 | Archives of Disease in Childhood |
| 2013 | International Journal of Affective Disorders |
| 2014 - 2023 | Pediatrics |
| 2015 | Infancy |
| 2015 | Early Human Development |
| 2015 - 2017 | Maternal Child Health Journal |
| 2015 - 2024 | Journal of Developmental Behavioral Pediatrics |
| 2017 | PLOS One (Ad Hoc) |
| 2017 - 2020 | Computers in Human Behavior (Ad Hoc) |

| | |
|---|---|
| 2018 - 2019 | Child Development (Ad Hoc) |
| 2019 | BMJ Open |
| 2020 | Infant Behavior and Development |
| 2020 - 2023 | Acta Paediatrica |
| 2021 | Journal of Children and Media |
| 2021 | New England Journal of Medicine (Ad Hoc) |
| 2021 | Journal of Medical Internet Research (Ad Hoc) |
| 2021 - 2024 | JAMA Network Open |

## Teaching

### Mentorship

**Faculty Member**

| | |
|---|---|
| 07/2019 - Present | Tiffany Munzer, University of Michigan Medical School, Multiple publications and national presentations |
| 09/2022 - Present | Elizabeth Milkovich, Children's Mercy Hospital, Applying for K23 award |
| 09/2023 - Present | Sarah DeHaan, University of Michigan Medical School, General Pediatrics, Mentoring as mini-fellow in DBP; Project in progress |

**Clinical Fellow**

| | |
|---|---|
| 07/2016 - 06/2019 | Tiffany Munzer, University of Michigan Medical School, Multiple publications and conference presentations |
| 07/2018 - 06/2021 | Chioma Torres, University of Michigan Medical School, 3 publications |
| 08/2019 - Present | Nicole Hamp, University of Michigan Medical School, 1 publication, 1 national presentation, 1 manuscript in preparation |
| 01/2020 - 06/2021 | Kimberley Levitt, University of Michigan Medical School, 1 publication, 1 manuscript in preparation |

**Resident**

| | |
|---|---|
| 07/2018 - 05/2019 | Rebecca Lane, University of Michigan Medical School, Publication of review/commentary |
| 08/2022 - Present | Sarah Frankl, University of Michigan Medical School, Pediatric Neurology, Manuscript in preparation |

**Medical Student**

| | |
|---|---|
| 09/2021 - 09/2023 | Nirmeen Chouaib, Michigan State University, Manuscript |

**Graduate Student**

| | |
|---|---|
| 07/2019 - Present | Kaiwen Sun, University of Michigan School of Information, Multiple publications and international presentations |

**Undergraduate Student**

| | |
|---|---|
| 10/2017 - 01/2021 | Marisa Meyer, University of Michigan, 2 publications; 2 national presentations; 2019 APA best abstract award; Mentee won Dept of Psychology award for her thesis, which I mentored |
| 07/2019 - 09/2020 | Fangwei Zhao, University of Michigan, Publication |
| 09/2019 - 09/2022 | Caroline McLaren, University of Michigan, 2 publications |
| 05/2024 - Present | Madalynn Woods, University of Michigan, Psychology, SRCD abstract, manuscript in submission |

### Teaching Activity

**International**

| | |
|---|---|
| 01/2024 | Keynote at Early Childhood Conference, VIA University, Denmark |

**National**

| | |
|---|---|
| 04/2015 | Pediatric Academic Societies State-of-the-Art Plenary: "Parent media use and parent-child interaction." (San Diego, CA) |
| 04/2016 | 2016 Pediatric Academic Societies Topic Symposium: "Digital Technology and the Word Gap: Barrier or Opportunity?" (Baltimore, MD) |
| 05/2017 | 2017 Pediatric Academic Societies Plenary Lecture. "Digital Media Use and Cognitive Self-Regulation." (San Francisco, CA) |
| 05/2017 | 2017 Pediatric Academic Societies, Developmental Behavioral Pediatrics Special Interest Group. "Digital Media and Child Development: Policy Perspectives." (San Francisco, CA) |
| 10/2017 | 2017 Society for Developmental Behavioral Pediatrics, Annual Conference. "Autism Spectrum Disorder and Digital Media." (Cleveland, OH) |
| 11/2017 | Obesity Week Conference. "Using technology to measure technology." (Washington D.C.) |
| 05/2018 | 2018 Pediatric Academic Societies, Invited Science Chair, "Digital Media and Vulnerable Populations." (Toronto, Canada) |
| 11/2018 | 2018 American Academy of Pediatrics National Conference and Exhibition: "Digital Media and Early Childhood: The Good, The Bad, and the Unknown." (Orlando, FL) |
| 04/2019 | Pediatrics Academic Societies Annual Conference, Topic Symposium "Digital Natives: The Changing Nature of Children's Media Use" (Baltimore MD) |
| 10/2019 | American Academy of Pediatrics National Conference and Exhibition. "Social Media: The Good, Bad, and Unknown" (New Orleans, LA) |
| 10/2019 | American Academy of Pediatrics National Conference and Exhibition. "Advertising in Apps for Young Children." (New Orleans, LA) |
| 10/2019 | American Academy of Pediatrics National Conference and Exhibition Plenary Presentation: "Gamified Childhood" (New Orleans, LA) |
| 10/2020 | 2020 American Academy of Pediatrics National Conference an Exhibition, "Digital Health: Helping Families Navigate Digital Media." (Virtual Conference) |
| 03/2023 | Lecture regarding social media, technology, and youth mental health, Fairfax School Health Advisory Council, Guest Lecturer |
| 07/2023 | Training on children and media for social workers and child welfare professionals in California, Center for Innovation and Resources, Inc |
| 09/2023 - 11/2023 | ECHO 6-week course on Social Media and Youth Mental Health, American Academy of Pediatrics, ECHO Course Director |
| 09/2023 | Expert roundtable on social media and youth mental health, White House Interagency Task Force on Kids Online Safety, Roundtable member |
| 11/2023 | Training for educators on child/adolescent social media use, National Center for Safe Secure Learning Environments, Panelist |
| 11/2023 - 02/2024 | ECHO 6-week course on Social Media and Youth Mental Health, American Academy of Pediatrics, ECHO Course Lead |
| 12/2023 | Web-based Workshop on Healthy Media Use, Boston Public Schools |
| 09/2024 | Workshop: Strengths-based approaches to supporting healthy media use in primary care, American Academy of Pediatrics, Workshop director |
| 01/2025 | Social Media and Youth Mental Health, SUNY Stony Brook Medical School, Pediatrics, Grand Rounds speaker |
| 02/2025 | Social Media and Youth Mental Health, University of Wisconsin - Lacrosse, |

| | |
|---|---|
| | Adolescent Health Symposium, Guest Lecturer |
| 02/2025 | Screens and Young Children: Strengths-based Approaches to Engaging Families (Training for early childhood providers), Wisconsin Early Childhood Health Consultation, Lecturer |
| 02/2025 - 03/2025 | ECHO for Parents: Social Media and Youth Mental Health, American Academy of Pediatrics, Lecturer |
| 03/2025 | How to Advocate for Health Social Media Policies, AAP Center of Excellence on Social Media and Youth Mental Health, Guest Lecturer |
| 04/2025 | Presentation to developmental behavioral pediatrics fellows on leadership and advocacy, Maternal Child Health Bureau, Presenter |
| 04/2025 | Training for child professionals on social media and youth mental health, Project Harmony, Guest Lecturer |
| 04/2025 | Training on Social Media and Youth Mental Health, Iowa Chapter, American Academy of Pediatrics, Keynote |
| 07/2025 | Presentation on the AAP Center of Excellence on Social Media and Youth Mental Health, Virginia Department of Health and Human Services |
| 07/2025 | Webinar on child media use, reading, and AI, Campaign for Grade-Level Reading, Presenter |
| 08/2025 | Social Media and Youth Mental Health, Tennessee Chapter of the American Academy of Pediatrics, Keynote Speaker |
| 09/2025 | Training for Community Advocates on AAP Center of Excellence resources on social media and youth mental health, Drug Free Baltimore Coalition, Presenter |
| 09/2025 | To Ban or Not to Ban? School Phone Policies and Youth Wellbeing, American Academy of Pediatrics National Conference and Exhibition, Faculty |
| 10/2025 | Parent training: Social Media and Youth Mental Health, Boston Public Schools Parent University, Presenter |
| 10/2025 | Social Media and Youth Mental Health, Illinois Chapter of the American Academy of Pediatrics, Keynote speaker |
| 02/2026 | The Tech-Wise Parent: A Developmental Guide to Navigating Youth and Their Digital World, The Wellness Institute, Guest Lecturer |

**Regional**

| | |
|---|---|
| 03/2014 | Steven J. Parker Memorial CME Course in Developmental Behavioral Pediatrics. "Smartphone: Friend or Foe?" (Boston, MA) |
| 03/2015 | Steven J. Parker Memorial CME Course in Developmental Behavioral Pediatrics. "Colic, Tantrums, and Sleep: Self-regulation Problems in Early Childhood" (Boston, MA) |
| 05/2015 | New England School Nurse Association Annual Continuing Education Conference. "Digital Technology Use and Child Development." (Portsmouth, NH) |
| 04/2016 | Michigan Head Start Medical Advisory Committee. "Mobile Media Use and Child Social-Emotional Development." (Lansing, MI) |
| 09/2016 | Michigan Chapter, American Academy of Pediatrics 2016 Annual Conference. "The ABCs of IEPs." (Boyne, MI) |
| 11/2016 | Saint Joseph's Hospital Pediatric Grand Rounds. "Digital Technology and the Word Gap: Barrier or Opportunity?" (Ypsilanti, MI) |
| 04/2017 | HighScope International Conference. "Family Technology Use: How to Implement Evidence-based Family-Centered Practices" (Detroit, MI) |
| 06/2017 | Saint Joseph's Hospital Pediatric Grand Rounds. "The ABCs of IEPs." (Ypsilanti, MI) |
| 08/2017 | Washtenaw Intermediate School District Early Childhood Conference. "Digital Media and Early Childhood: The New AAP Guidelines and Early Childhood |

| | |
|---|---|
| | Education." (Ann Arbor, MI) |
| 03/2018 | Michigan Head Start Association annual meeting. "Preschoolers and Touchscreens." (Ann Arbor, MI) |
| 10/2018 | Michigan Department of Health and Human Services Autism Training Program: "The ASD Team: Perspective from a Developmental Behavioral Pediatrician" (Michigan statewide webinar) |
| 03/2019 | Michigan Head Start Association Annual Conference. "Apps and Young Brains." (Ann Arbor, MI) |
| 08/2019 | Hurley Children's Hospital Grand Rounds "Digital Media and Early Childhood: The Good, The Bad, and the Unknown." (Flint, MI) |
| 01/2020 | Osher Lifelong Learning Institute. "Digital Media and Parent-Child Interaction." (Ann Arbor, MI) |
| 07/2020 | Ascension Hospital Pediatrics Grand Rounds: "Beyond Screen Time: The Importance of Relationships, Design, and Disparities." (Detroit, MI - presented virtually) |
| 10/2020 | Ann Arbor Public Schools, Lawton Elementary School Parent-Teacher Organization. "Surviving Remote Learning" (Ann Arbor, MI - presented virtually) |
| 10/2022 | Media and Child Wellbeing: Thinking Beyond Screen Time, Ann Arbor Public Schools PTO, Guest Lecturer |
| 11/2022 | Screen Media and Child Wellbeing, Michigan Medicine Project Healthy Schools, Guest Lecturer |
| 01/2023 | Pediatric Early Autism Recognition System, UM Collaborative Office Rounds, Guest Lecturer |
| 05/2023 | Parent workshop about media and child development, Unified Child and Family Head Start |
| 08/2023 | Professional Training on Children and Media - Early Childhood and Elementary Teachers, Oakland Intermediate School District |
| 10/2023 | Workshop for parents about healthy media use, Saline Public Schools, Workshop Leader |
| 02/2024 | Workshop for parents about healthy digital relationships with media, Emerson School |
| 02/2024 | Webinar on Digital Media and Child Mental Health, MC3 |
| 03/2024 | Webinar for early child care providers about media use, Child Care Network of Southeast Michigan, Guest lecturer |
| 04/2024 | Webinar for parents about healthy screen use, Monroe Intermediate School District, Guest lecturer |
| 05/2024 | Webinar on social media and youth mental health, Coalition for a Drug-Free Baltimore, Guest lecturer |
| 01/2025 | Fellow lecture: Problematic Media Use, Cincinatti Children's Hospital / Akron Children's Hospital, Developmental Behavioral Pediatrics, Guest lecturer |
| 02/2025 | Social Media and Student Mental Health, Marquette/Alger Intermediate School District, Guest Lecturer |
| 05/2025 | Half-day workshop on social media, problematic media use, and mental health, Ottawa County Community Mental Health, Lecturer |
| 07/2025 | ECHO presentation on Social Media and Youth Mental Health, Upper Peninsula Health Services, Guest Lecturer |
| 09/2025 | Training for parents: Social media and youth mental health, Ottawa County Community Mental Health, Presenter |
| 10/2025 | Family session: Screenagers - Digital Media and Youth Mental Health, The Guidance Center, Presenter |

| | |
|---|---|
| 11/2025 | Parent Webinar: Taming Screen Time, Southwest Ohio Association for the Education of Young Children |
| 02/2026 | Social Media, Video Gaming, and Adolescent Wellbeing, MC3 Michigan Child Psychiatry Access Program, Guest Lecturer |

**Institutional**

| | |
|---|---|
| 04/2012 | Pediatric Grand Rounds, Boston Medical Center: "Unsoothable infant crying and risk of maternal depression." |
| 11/2012 | Pediatric Case of the Week, Boston Medical Center: "We don't want meds: Nonpharmacologic approaches to ADHD management." |
| 04/2013 | Pediatric Grand Rounds, Boston Medical Center: "Behavioral antecedents of early media exposure." |
| 01/2014 - 01/2015 | Fellow Support Rounds (monthly), Boston Medical Center Division of Developmental Behavioral Pediatrics |
| 01/2014 - 01/2015 | Media and Early Childhood Development lecture, pediatric interns |
| 04/2014 | Pediatric Grand Rounds, Boston Medical Center. "Patterns of Mobile Device Use by Caregivers of Young Children During Fast Food Meals"/"Are Children with Self-Regulation Problems Differentially Susceptible to Early Parenting?" |
| 07/2015 | Pediatric Grand Rounds, University of Michigan. "Mobile Media Use, Parent-Child Interaction, and Child Social-emotional Development." |
| 09/2015 | Pediatric Grand Rounds, Boston University School of Medicine. "Mobile Media Use, Parent-Child Interaction, and Child Social-emotional Development." |
| 12/2015 | Harvard Combined Neonatology Fellowship Research Lecture Series. "Mobile Media Use, Parent-Child Interaction, and Child Development." |
| 12/2016 | University of Michigan Interactive and Social Computing Consortium. "Early Childhood Media Use." |
| 03/2017 | University of Michigan Autism Spectrum Disorder CME. "After ASD Diagnosis: IEPs, Non-ABA Treatment Options, and Parent Support" |
| 07/2017 | University of Michigan Department of Pediatrics Grand Rounds. "Digital Media and Early Childhood: Update on the New AAP Guidelines." |
| 09/2017 | University of Michigan CHEAR (Child Health Evaluation and Research) Unit conference. "Using apps to measure parent and child mobile device use: Opportunities and Limitations." |
| 10/2017 | University of Michigan Child Psychology Trainee Lunch Series. "Digital Media and Early Childhood." |
| 12/2018 | University of Michigan T32 Training Program in Developmental Science: "Digital Media and Early Childhood: Clinical Cases and Evidence Base" |
| 03/2019 | University Center for Child and Family, Ann Arbor, MI – Trainee case conference: "Media and Mental Health." |
| 01/2020 | University of Michigan School of Communication and Media invited lecture. "Naturalistic Methods for Studying Child and Parent Media Use." |
| 01/2020 | Michigan Privacy Symposium, University of Michigan School of Information. "Children and Technology." |
| 01/2020 | Center for Human Growth and Development T32 seminar, "Working with the Media" |
| 05/2020 | Michigan Medicine Department of Pediatrics Grand Rounds: "Beyond Screen Time: The Importance of Relationships, Design, and Disparities." |
| 09/2020 | Michigan Medicine Pediatrics Residency, "Attachment and Parenting in Early Childhood" |
| 04/2021 | Child Psychology Practicum Lecture, Department of Psychiatry, Michigan Medicine |

| | |
|---|---|
| 08/2023 | Autism Bootcamp, Developmental Behavioral Pediatrics Fellowship |
| 12/2023 | Noon conference: Strategic Science to Inform Child Policy, University of Michigan Medical School, Pediatrics, Division of Child Neurology |
| 01/2025 | Tenure Track career development panel, University of Michigan Medical School, Panel speaker |
| 11/2025 | Noon Conference: Screens and Early Childhood Development, University of Michigan Pediatrics Residency |
| 11/2025 | Grand Rounds: The Digital World, AI, and Youth Wellbeing, University of Michigan Medical School, Pediatrics |
| 02/2026 | Webinar for Families: Taming Screen Time, University of Michigan School of Social Work, Guest Lecturer |

### Dissertation Committees

| | |
|---|---|
| 01/2021 - 2025 | Kaiwen Sun, Interactive Media and Child Development, University of Michigan, School of Information, Committee Member |
| 10/2021 - 2024 | Olivia Richards, University of Michigan, School of Information, Committee Member |

**Preliminary Committee**

| | |
|---|---|
| 06/2024 - Present | Cami Goray, Public perceptions of digital privacy and age assurance, University of Michigan, School of Information, Committee Member |

## Memberships in Professional Societies

| | |
|---|---|
| 2002 - 2020 | Member, Massachusetts Medical Society |
| 2007 - Present | Fellow, American Academy of Pediatrics |
| 2012 - Present | Member, Society for Developmental Behavioral Pediatrics |
| 2012 - Present | Member, Academic Pediatric Association |
| 2014 - 2016 | Member, Contextual Influences Working Group, Bridging the Word Gap National Research Network |
| 2018 - Present | Member, Society for Pediatric Research |

## Committee/Service

**International**

| | |
|---|---|
| 2019 - 2023 | Board of Directors, Melissa and Doug, LLC, Board of Directors |

**National**

| | |
|---|---|
| 2015 - Present | Council on Communications and Media, American Academy of Pediatrics, Member |
| 2016 | National Conference and Exhibition Peds21 Planning Committee, American Academy of Pediatrics, Other, Abstract Chairperson |
| 2017 | Council on Communications and Media, Media Visiting Professor Selection Committee, American Academy of Pediatrics, Member |
| 2018 | NICHD Strategic Planning Committee, National Institutes of Child Health and Development, Member |
| 2021 - 2023 | Council on Communications and Media, American Academy of Pediatrics, Vice Chair |
| 2023 - 2025 | Council on Communications and Media, American Academy of Pediatrics, Chair |
| 2023 | Interagency Task Force on Social Media and Youth Mental Health, United States Government, Other, Scientific subject matter expert |

**Regional**

| | |
|---|---|
| 2016 - Present | Medical Advisory Board, Autism Alliance of Michigan, Member |
| 2017 - 2023 | Board of Directors, Child Care Network of Southeast Michigan, Secretary |
| 2019 | Flint Water Crisis Community Advisory Board, University of Michigan, Member |
| 2019 - 2020 | Autism Evaluation and Treatment Working Group, Michigan Department of Health and Human Services, Member |

**Institutional**

| | |
|---|---|
| 2007 - 2010 | Residency curriculum planning committee, University of Washington/Seattle Children's Hospital, Member |
| 2008 - 2009 | Intern selection committee, University of Washington/Seattle Children's Hospital, Member |
| 2015 | Department of Pediatrics, Chair's Strategic Planning Committee, Boston University School of Medicine, Member |
| 2018 | Zero to Thrive Faculty Selection Committee, University of Michigan Medical School, Member |
| 2020 - 2022 | Admissions Interviewer, University of Michigan Medical School, Member |
| 2020 - 2023 | Department of Pediatrics Research Symposium Planning Committee, University of Michigan Medical School, Officer |
| 2023 | Health Equity Steering Committee, University of Michigan, Member |

**Departmental**

| | |
|---|---|
| 2022 - Present | Tenure Track Promotions Committee, University of Michigan Medical School Department of Pediatrics, Member |

## Scholarly Activities

## Presentations

### Visiting Professorship

**Keynote**

1. Digital Media and Parent-Child Relationships, University of Lille, 11/2019, Lille, France
2. Beyond Screen Time: Researching Media Through Relational and Design Lenses, **Radesky J**, Oregon Health Sciences University, 06/2025, Portland, Oregon
3. Youth and Digital Media: Practice and Policy, Radesky J, Lectures to early childhood researchers, pediatric trainees, primary care providers, researchers, and policymakers, University of Wisconsin School of Medicine and Public Health; School of Human Ecology, 12/2025, Madison, WI

**Speaker**

1. Social Media and Youth Mental Health, **Radesky J**, Cleveland Clinic, 02/2025, Cleveland, OH

### Extramural Invited Presentation

**Keynote**

1. AAP Council on Communications and Media Visiting Professorship, University of Illinois, Chicago, 05/2016, Chicago
2. Digital Media and Literacy/Social-Emotional Development., Akron Children's Hospital, 05/2017, Akron, OH
3. Commercialism is the Missing Link, Children's Screen Time Action Network, 04/2018, Boston, MA
4. Empowering Parents in the Digital Age: Supporting Parent-Child Interactions, Denver Health (Early Childhood Lectureship), 04/2018, Denver, CO
5. Digital Media and the Dyad, World Association of Infant Mental Health, 05/2018, Rome, Italy

6. Digital Media and Parent-Child Interaction, Hospital for Sick Kids Infant Mental Health Program, 02/2019, Toronto, Canada

7. (Keynote Presentations) "Practical Strategies for Addressing Digital Media in Primary Care" and "Digital Media and Early Childhood Outcomes.", University of Wisconsin - Madison, 09/2019, Madison, WI

8. The Digital Playground, MIPJunior, 10/2020, Cannes, France (Presented virtually)

9. Keynote Lecture: Moving Beyond "Screen Time:" Advocating for a Child-Centered Digital Environment, ACM Interaction Design and Children, 06/2021, Athens, Greece (virtual)

10. Digital Media and Child Development: Beyond Screen Time, **Radesky J**, Slovenian Pediatric Society, 09/2022, Bled, Slovenia

11. Stretching Beyond Your Comfort Zone: How Different Lenses and Methods Can Improve Child Health Research, **Radesky J**, Georgetown University Medical Center - Collaborative for Research and Education to Advance Children's Health, 12/2022, Washington, DC (virtual)

12. Social Media and Adolescent Mental Health, **Radesky J**, Hassenfeld Child Health Innovation Institute, 05/2023, Providence, RI

13. Assessing and Managing the Effects of Social Media on Children, **Radesky J**, Lecture for pediatricians on social media and child mental health, Inaugural Rucola Lecture in Pediatrics, 11/2023, Chicago, IL (virtual)

14. Digital Media and Early Childhood, **Radesky J**, Presentation to early childhood practitioners in Denmark, Danish Early Childhood Annual Conference (Smabornekonferencen), 01/2024, Nyborg, Denmark

15. Digital Wellbeing in Early Childhood: Research Updates, **Radesky J**, Digital wellbeing advisory board keynote, Sesame Workshop, 02/2024, New York, NY

16. Screens and Young Children: Strengths-based approaches to support early mental and relational health, **Radesky J**, New York State Early Childhood Technical Assistance Center, 05/2024, New York, NY (virtual)

17. The 5 Cs of Media Use: Early Childhood, **Radesky J**, American Academy of Pediatrics, 05/2024, Washington, DC

18. What Ever Happened to Children’s Television?, **Radesky J**, International Conference on Infant Studies, 07/2024, Glasgow, Scotland

19. Social Media and Student Mental Health, **Radesky J**, Mental Health America – New York State. 2024 Summer Academy for Mental Health, 08/2024, New York, NY (virtual)

20. New approaches to address social media and youth mental health, **Radesky J**, American Academy of Pediatrics National Conference and Exhibition, 09/2024, Orlando, FL

21. Healthy relationships with social media, from birth to adolescence, **Radesky J**, Montana Chapter AAP, 10/2024, Helena, MT

22. Social Media and Adolescent Mental Health, **Radesky J**, Vermont Child Health Improvement Program, 10/2024, Burlington, VT

23. Navigating the Digital World, **Radesky J**, Invited speaker series for the public at Michigan Theater, Michigan Theater, 02/2025, Jackson, MI

24. Inaugural Antoinette Parisi Eaton Endowed Lectureship in Prevention, **Radesky J**, Nationwide Children's Hospital, 08/2025, Columbus, OH

**<u>Speaker</u>**

1. Digital Media and Parent-Child Interaction., Reach Out and Read, 05/2017, Denver, CO

2. A Pediatric Perspective on the Impact of Early Media Exposure, National Institute of Child Health and Development, 01/2018, Bethesda, MD

3. Differences in parent-toddler interactions when reading electronic versus print books, Munzer T, Reach Out and Read National Leadership Conference, 05/2018, Cincinnati, OH

4. Digital Media and Parent-Child Interaction, University of California - San Francisco Department of Pediatrics Grand Rounds, 06/2018, San Francisco, CA

5. Parent Technology Use and Parent-Child Interaction, Digitaler Alltag mit Kindren (Digital Everyday Life with Children) conference, Universitats-Kinderspital, 08/2018, Zurich, Switzerland

6. Parent Technology Use and Parent-Child Interaction, Public Health Ontario - Infant Mental Health, 10/2018, Ontario, Canada

7. How Early Childhood Programs Can Support Media Literacy Education, National Leadership Forum, Alliance for Media Literacy in Early Childhood. Erikson Institute, 01/2019, Chicago, IL

8. Screen Media Best Practices: Integrating Media Guidance into Parent-Child Work, ZERO TO THREE, 10/2019, Fort Lauderdale, FL

9. The Digital Playground: App Design, Data Collection, and Policy Implications, U.S. Federal Trade Commission COPPA Workshop, 10/2019, Washington, DC

10. Early use of old (and new) Media and Children's Cognitive Development., University of California - San Diego Department of Pediatrics (Welsh Lectureship), 01/2020, San Diego, CA

11. Digital Media and Parent-Child Interaction, Connecticut Children's Hospital Grant Rounds, 04/2020, Hartford, CT

12. How Digital Media are Shaping Children's Relationships with Parents and the World, ZERO TO THREE Board of Directors Annual Meeting, 05/2020, Washington, DC

13. Advocating for Children's Digital Environments, Reach Out and Read, 06/2020, Webinar

14. Digital Media, Parent-Child Interaction, and Social-emotional Development, Mind HK (Hong Kong Mental Health Conference), 11/2020, Hong Kong (virtual)

15. Advertising and Children, Institute for Digital Media and Child Development, 11/2020, New York, NY (virtual)

16. Demystifying Digital Design and its Impact on Parent-Child Interaction, ZERO TO THREE New York, 01/2021, New York, NY (virtual)

17. Families and Digital Media Use During COVID-19, Connecticut Children's Hospital, 03/2021, Hartford, CT

18. "Optimal Defaults" in Children's Digital Spaces: Relevance for Policy, Research, and Clinical Guidance, Children's Hospital of Philadelphia Grand Rounds, 04/2021, Philadelphia, PA

19. The Science Behind Why Pediatricians Prescribe Play, US Play Coalition National Conference, 04/2021, Virtual

20. The Digital Environment and Child Development: Sorting Facts from Fears, Pediatric Academic Societies, 05/2021, Virtual

21. Examining follow-up care for children at-risk of developmental delay to reduce health disparities., Harris S, Bruni T, **Radesky J**, Munzer T, Mohammed L, Koval L, Pediatric Academic Societies, 01/2022, Denver, CO

22. The role of design and monetization in media's effect on child wellbeing, **Radesky J**, National Academy of Science, 02/2023, Washington, DC (virtual)

23. Strategic Science for Child Technology Policy, **Radesky J**, Designed with Kids in Mind Advocacy Coalition, 02/2023, Washington, DC

24. Spokesperson Training: Social Media and Mental Health, **Radesky J**, Training for AAP spokespeople, American Academy of Pediatrics, 08/2023, Washington, DC (virtual)

25. Social Media and Mental Health in Children and Adolescents, **Radesky J**, Training for pediatricians and mental health professionals, North Dakota Child Psychiatry Access Program, 09/2023, North Dakota, US (virtual)

26. Important Concepts in Social Media and Youth Mental Health, **Radesky J**, AAP COCM H-session, American Academy of Pediatrics, 10/2023, Washington, DC

27. Digital Media, Causality, and Mental Health, **Radesky J**, Invited workshop on social media, child wellbeing, and the law, Columbia Knight First Amendment Institute, 01/2024, New York, NY

28. The Evidence Base for Child Technology Regulation, **Radesky J**, Training for AAP leaders, American Academy of Pediatrics, 03/2024, Washington, DC (virtual)

29. Beyond Screen Time: Researching Child media Use Through Relational and Design Lenses, **Radesky J**, New York University, 05/2024, New York, NY (virtual)

30. Social Media and Youth Mental Health, **Radesky J**, Ascension Hospital Pediatric Grand Rounds,

06/2024, New Jersey (virtual)

31. Child Development in a Virtual World, **Radesky J**, National Academies of Science Engineering and Medicine, 09/2024, Washington, DC (virtual)

32. Social Media and Youth Mental Health, **Radesky J**, Tecnologico de Monterrey Medical School, 11/2024, Monterrey, Mexico (virtual)

33. Children's Vulnerabilities to Anthropomorphic Generalized AI, **Radesky J**, Georgetown University, 06/2025, Washington, DC

34. Children's Digital Environments, **Radesky J**, National Institutes of Health ECHO Program, 09/2025, Bethesda, MD

35. Helping Families Navigate the Digital World with the 5 Cs of Media Use, **Radesky J**, ZERO TO THREE, 10/2025, Baltimore, MD

36. Screens, Smartphones, and Gaming: Practical Strategies for Neurodiverse Youth, **Radesky J**, The Help Group, 11/2025, Los Angeles, CA

37. Navigating Early Childhood Screen Time with the 5 Cs, **Radesky J**, National Association for the Education of Young Children, 11/2025, Orlando, FL

**Panel**

1. Children and Technology, Common Sense Media, 02/2018, Washington, DC

2. What do children understand about IoT, and how are they vulnerable?, IoT of Toys Conference - Developing a US-EU Public Interest Strategy, 02/2018, Washington, DC

3. Hooked on Tech?, Family Online Safety Institute, 11/2018, Washington, DC

4. Senate Roundtable: Children and Media Research Advancement Act, United States Senate, 02/2019, Washington, DC

5. NSFK: Getting to Quality Content, Common Sense Media, 05/2019, Mountain View, CA

6. Mobile and Interactive Media Use by Children: Design and Policy Implications, Seton Hall Law School Privacy Conference, 11/2019, Newark, NJ

7. House of Representatives Round Table regarding the Children and Media Research Advancement Act, United States House of Representatives, 05/2020, Washington, DC

8. Thinking Beyond Screen Time: Developmental Processes and Design, New York Academy of Sciences, 07/2020, New York, NY (webinar)

9. How Do Dark Patterns Target Kids and Teens?, Federal Trade Commission Workshop on Dark Patterns in Technology Design, 04/2021, Washington, DC

10. Children with Special Needs During COVID-19, New York University, 05/2021, Virtual

11. Stealth Advertising and Children: Developmental Considerations, **Radesky J**, U.S. Federal Trade Commission, 10/2022, Washington, DC (virtual)

12. Roundtable with Surgeon General Vivek Murthy regarding Social Media and Youth Mental Health, **Radesky J**, U.S. Surgeon General's Office, 03/2023, Washington, DC (virtual)

13. New York Child Mental Health Summit: Keynote Panel on Youth and Social Media, **Radesky J**, New York State Governor's Office, 06/2023, New York, NY

14. Children and Social Media, **Radesky J**, Children's Health Fund, 07/2023, New York, NY (virtual)

15. Parenting and Media, **Radesky J**, Research presentation on parent-child relationships and media, Children and Screens: Institute for Digital Media and Child Development, 09/2023, Washington, DC

16. Commercialism and Childhood, **Radesky J**, Presentation on commercial influences in media, Children and Screens: Institute for Digital Media and Child Development, 09/2023, Washington, DC

17. Commercial Determinants of Child Health, **Radesky J**, Annual PRISM Social Media Research Conference, PRISM Institute, University of California San Francisco, 12/2023, San Francisco, CA

18. SAMHSA Mental Health Conference: School mental health panel, **Radesky J**, Substance Use and Mental Health Services Administration, 05/2024, Washington, DC

19. Tablets and Teaching: Updates on Do's and Don'ts in Early Education, **Radesky J**, New America,

01/2025, Washington, DC (virtual)

20. Early Childhood and Media: Guiding Healthy Habits, Webinar for parents and pediatric providers, Columbia University Medical Center, 02/2025, New York, NY

21. Early Childhood in the Digital Age, **Radesky J**, Common Sense Media Summit on Kids and Families, 03/2025, San Francisco, CA

22. Anthropomorphic AI and Youth Wellbeing, **Radesky J**, The Impact Guild, 09/2025, Los Angeles, CA (virtual)

23. Roundtable: Architecting a Thriving Digital Future, **Radesky J**, Clinton Global Initiative, 09/2025, New York, NY

24. U.S. Senate Commerce Committee hearing: "Plugged Out: Examining the Impact of Technology on America's Youth", Radesky J, United States Senate, 01/2026, Washington, DC

**Seminar**

1. Digital Media and Parent-Child Interaction, Georgetown University Developmental Science Colloquia, 04/2018, Washington, DC

2. Youth-centered approaches to researching media and child wellbeing, **Radesky J**, National Institutes of Mental Health Director's Innovation Speaker Series, 11/2024, Bethesda, MD

**Intramural Invited Presentation**

**Keynote**

1. Promoting Mental Wellbeing and Healthy Relationships with Social Media, **Radesky J**, University of Michigan Fundamentals of Nursing Conference, 05/2024, Ann Arbor, MI

**Panel**

1. Enhancing Your National Reputation, Michigan Medicine, Faculty Development, 09/2023, Ann Arbor, Michigan

## Publications/Scholarship

(Co-First Author *; Corresponding author **; Co-Last author ***)

## Peer Reviewed

**Journal Article**

1. Danet M, Miller A, Weeks H, Kaciroti NA, **Radesky J**: Children aged 3-4 years were more likely to be given mobile devices for calming purposes if they had weaker overall executive functioning. *Acta Paediatrica*.111(7): 1383-1389, PM35238076

2. Suh B, Kirkorian H, Kucher S, Barr R, Torres C, **Radesky J**: Measuring Parents' Regulatory Media Use for Themselves and Their Children. *Frontiers in Developmental Psychology*.PM41487697 (In Press)

3. Sun K, Gelman S, **Radesky J**, Yip J, Schaub F: "Why is Everything in the Cloud?":Co-Designing Visual Cues Representing Data Processes with Children. *Interaction Design for Children*.(In Press)

4. Baughan A, Alsabeh D, **Radesky J**, Rich M, Hiniker A: Investigating Attention and Normative Dissociation in Children's Online Social Games. *Interaction Design for Children*.(In Press)

5. Harris S, Bruni T, Munzer T, **Radesky J**, Dwyer D, Koval E, Mohammed L: Improving Response to Developmental Screening Through Integrated Behavioral Health in Pediatric Primary Care. *Clinical Pediatrics*.PM41506644 (In Press)

6. Munzer T, Milkovich L, Madigan S, Tomopoulos S, Parga-Belinkie J, Ajumobi T, Cross C, Gerwin R: Digital Ecosystems, Children, and Adolescents: Technical Report. *Pediatrics*.PM41556931

7. **Radesky JS**, Miller AL, Rosenblum KL, Chen Y, Kaciroti N, Lumeng J: Maternal mobile device use during a parent-child interaction task. PM25454369

8. Oken E, Ning Y, Rifas-Shiman SL, **Radesky JS**, Rich-Edwards JW, Gillman MW: Associations of physical activity and inactivity before and during pregnancy with glucose tolerance. *Obstet Gynecol*.108(5): 1200-1207, 11/2006. PM17077243

9. **Radesky JS**, Oken E, Rifas-Shiman SL, Kleinman KP, Rich-Edwards JW, Gillman MW: Diet during

early pregnancy and development of gestational diabetes. *Paediatr Perinat Epidemiol*.22(1): 47-59, 01/2008. PM18173784

10. Oken E, **Radesky JS**, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW: Maternal fish intake during pregnancy, blood mercury levels, and child cognition at age 3 years in a US cohort. *Am J Epidemiol*.167(10): 1171-1181, 05/2008. PM18353804

11. Johnson L, **Radesky J**, Zuckerman B: Cross-cultural parenting: reflections on autonomy and interdependence. *Pediatrics*.131(4): 631-633, 04/2013. PM23509169

12. **Radesky JS**, Zuckerman B, Silverstein M, Rivara FP, Barr M, Taylor JA, Lengua LJ, Barr RG: Inconsolable infant crying and maternal postpartum depressive symptoms. *Pediatrics*.131(6): e1857-e1864, 06/2013. PM23650295

13. Kistin CJ, **Radesky J**, Diaz-Linhart Y, Tompson MC, O'Connor E, Silverstein M: A qualitative study of parenting stress, coping, and discipline approaches among low-income traumatized mothers. *J Dev Behav Pediatr*.35(3): 189-196, 04/2014. PM24633062

14. **Radesky JS**, Kistin CJ, Zuckerman B, Nitzberg K, Gross J, Kaplan-Sanoff M, Augustyn M, Silverstein M: Patterns of mobile device use by caregivers and children during meals in fast food restaurants. *Pediatrics*.133(4): e843-e849, 04/2014. PM24616357

15. **Radesky JS**, Silverstein M, Zuckerman B, Christakis DA: Infant self-regulation and early childhood media exposure. *Pediatrics*.133(5): e1172-e1178, 05/2014. PM24733868

16. **Radesky JS**: The social-ecological context of media use and school success. *J Pediatr (Rio J)*.91(4): 318-319, 01/2015. PM25976266

17. **Radesky JS**, Schumacher J, Zuckerman B: Mobile and interactive media use by young children: the good, the bad, and the unknown. *Pediatrics*.135(1): 1-3, 01/2015. PM25548323

18. **Radesky JS**, Kistin C, Eisenberg S, Gross J, Block G, Zuckerman B, Silverstein M: Parent Perspectives on Their Mobile Technology Use: The Excitement and Exhaustion of Parenting While Connected. *J Dev Behav Pediatr*.37(9): 694-701, 01/2016. PM27802256

19. **Radesky JS**, Peacock-Chambers E, Zuckerman B, Silverstein M: Use of Mobile Technology to Calm Upset Children: Associations With Social-Emotional Development. *JAMA Pediatr*.170(4): 397-399, 04/2016. PM26928293

20. **Radesky JS**, Carta J, Bair-Merritt M: The 30 Million-Word Gap: Relevance for Pediatrics. *JAMA Pediatr*.170(9): 825-826, 09/2016. PM27379489

21. **Radesky JS**, Christakis DA: Increased Screen Time: Implications for Early Childhood Development and Behavior. *Pediatr Clin North Am*.63(5): 827-839, 10/2016. PM27565361

22. Reid Chassiakos YL, **Radesky J**, Christakis D, Moreno MA, Cross C, COUNCIL ON COMMUNICATIONS AND MEDIA: Children and Adolescents and Digital Media. *Pediatrics*.138(5)11/2016. PM27940795

23. COUNCIL ON COMMUNICATIONS AND MEDIA: Media Use in School-Aged Children and Adolescents. *Pediatrics*.138(5)11/2016. PM27940794

24. COUNCIL ON COMMUNICATIONS AND MEDIA: Media and Young Minds. *Pediatrics*.138(5)11/2016. PM27940793

25. **Radesky JS**, Eisenberg S, Kistin CJ, Gross J, Block G, Zuckerman B, Silverstein M: Overstimulated Consumers or Next-Generation Learners? Parent Tensions About Child Mobile Technology Use. *Ann Fam Med*.14(6): 503-508, 11/2016. PM28376436

26. Peacock-Chambers E, **Radesky JS**, Parker SE, Zuckerman B, Lumeng JC, Silverstein M: Infant Regulatory Problems and Obesity in Early Childhood. *Acad Pediatr*.17(5): 523-528, 07/2017. PM28669453

27. Coyne SM, **Radesky J**, Collier KM, Gentile DA, Linder JR, Nathanson AI, Rasmussen EE, Reich SM, Rogers J: Parenting and Digital Media. *Pediatrics*.140(Suppl 2): S112-S116, 11/2017. PM29093044

28. **Radesky JS**, Leung C, Appugliese D, Miller AL, Lumeng JC, Rosenblum KL: Maternal mental representations of the child and mobile phone use during parent-child mealtimes. *Journal of Developmental Behavioral Pediatrics*.39(4)01/2018

29. McDaniel BT, **Radesky JS**: Technoference: Parent Distraction With Technology and Associations With Child Behavior Problems. *Child Dev*.89(1): 100-109, 01/2018. PM28493400

30. Cliff DP, Howard SJ, **Radesky JS**, McNeill J, Vella SA: Early Childhood Media Exposure and Self-Regulation: Bidirectional Longitudinal Associations. *Acad Pediatr*.18(7): 813-819, 01/2018. PM29704999

31. **Radesky J**, Leung C, Appugliese D, Miller AL, Lumeng JC, Rosenblum KL: Maternal Mental Representations of the Child and Mobile Phone Use During Parent-Child Mealtimes. *J Dev Behav Pediatr*.39(4): 310-317, 05/2018. PM29485515

32. Munzer TG, Miller AL, Peterson KE, Brophy-Herb HE, Horodynski MA, Contreras D, Sturza J, Lumeng JC, **Radesky J**: Media Exposure in Low-Income Preschool-Aged Children Is Associated with Multiple Measures of Self-Regulatory Behavior. *J Dev Behav Pediatr*.39(4): 303-309, 05/2018. PM29538186

33. McDaniel BT, **Radesky JS**: Technoference: longitudinal associations between parent technology use, parenting stress, and child behavior problems. *Pediatr Res*.84(2): 210-218, 08/2018. PM29895837

34. Yogman M, Garner A, Hutchinson J, Hirsh-Pasek K, Golinkoff RM, COMMITTEE ON PSYCHOSOCIAL ASPECTS OF CHILD AND FAM, COUNCIL ON COMMUNICATIONS AND MEDIA: The Power of Play: A Pediatric Role in Enhancing Development in Young Children. *Pediatrics*.142(3)09/2018. PM30126932

35. **Radesky J**, Moreno MA: How to Consider Screen Time Limits…for Parents. *JAMA Pediatr*.172(10): 996, 10/2018. PM30177990

36. Domoff SE, **Radesky JS**, Harrison K, Riley H, Lumeng JC, Miller AL: A Naturalistic Study of Child and Family Screen Media and Mobile Device Use. *J Child Fam Stud*.28(2): 401-410, 02/2019. PM31105418

37. Hiniker A, **Radesky JS**, Livingstone S, Blum-Ross A: Moving Beyond" The Great Screen Time Debate" in the Design of Technology for Children. *Extended Abstracts of the 2019 CHI Conference on Human Factors in Computing Systems*.n/a: 1-6, 05/2019

38. Lane R, **Radesky J**: Digital Media and Autism Spectrum Disorders: Review of Evidence, Theoretical Concerns, and Opportunities for Intervention. *J Dev Behav Pediatr*.40(5): 364-368, 06/2019. PM30973425

39. Munzer TG, Miller AL, Weeks HM, Kaciroti N, **Radesky J**: Parent-Toddler Social Reciprocity During Reading From Electronic Tablets vs Print Books. *JAMA Pediatr*.173(11): 1076-1083, 11/2019. PM31566689

40. Barr R, Kirkorian H, **Radesky J**, Coyne S, Nichols D, Blanchfield O, Rusnak S, Stockdale L, Ribner A, Durnez J, Epstein M, Heimann M, Koch F-S, Sundqvist A, Birberg-Thornberg U, Konrad C, Slussareff M, Bus A, Bellagamba F, Fitzpatrick C: Beyond Screen Time: A Synergistic Approach to a More Comprehensive Assessment of Family Media Exposure During Early Childhood. *Front Psychol*.11: 1283, 01/2020. PM32754078

41. **Radesky J**, Chassiakos YL R, Ameenuddin N, Navsaria D, COUNCIL ON COMMUNICATION AND MEDIA: Digital Advertising to Children. *Pediatrics*.146(1)07/2020. PM32571990

42. **Radesky JS**, Weeks HM, Ball R, Schaller A, Yeo S, Durnez J, Tamayo-Rios M, Epstein M, Kirkorian H, Coyne S, Barr R: Young Children's Use of Smartphones and Tablets. *Pediatrics*.146(1)07/2020. PM32482771

43. Munzer TG, Miller A, Wang Y, Kaciroti N, **Radesky J**: Tablets, toddlers, and tantrums: The immediate effects of tablet device play. 08/2020. PM32735726

44. Kiefner-Burmeister A, Domoff S, **Radesky J**: Feeding in the Digital Age: An Observational Analysis of Mobile Device Use during Family Meals at Fast Food Restaurants in Italy. *Int J Environ Res Public Health*.17(17)08/2020. PM32825541

45. Domoff SE, Borgen AL, **Radesky JS**: Interactional theory of childhood problematic media use. *Human Behavior and Emerging Technologies*.2(4)10/2020. PM36381426

46. Zhao F, Egelman S, Weeks HM, Kaciroti N, Miller AL, **Radesky JS**: Data Collection Practices of Mobile Applications Played by Preschool-Aged Children. *JAMA Pediatr*.174(12): e203345, 12/2020. PM32897299

47. Torres C, **Radesky JS**, Levitt KJ, McDaniel BT: Is it fair to simply tell parents to use their phones less? A qualitative analysis of parent phone use. *Acta Paediatrica*.110: 2594-2596, 04/2021. PM33905125

48. Yeo SL, Schaller A, Robb MB, **Radesky JS**: Frequency and Duration of Advertising on Popular Child-Directed Channels on a Video-Sharing Platform. *JAMA Netw Open*.4(5): e219890, 05/2021. PM33983402

49. Sun K, **Radesky JS**, Gelman S, Sugatan C, Schaub F: They see you're a girl if you pick a pink robot with a skirt": How Children Conceptualize Data Processing and Digital Privacy Risks. *Proceedings of the*

*2021 CHI Conference on Human Factors in Computing Systems*.2021: 1-34, 05/2021

50. **Radesky JS**: Establishing Early Literacy Habits in a Profit-Driven Digital World. *Pediatrics*.147(6)06/2021. PM34031230

51. Hiniker A, Wang A, Tran J, Zhang M, **Radesky J**, Sobel K, Hong S: Can Conversational Agents Change the Way Children Talk to People?. *Proceedings of Interaction Design and Children Conference 2021*.2021: 338-349, 06/2021

52. DeHudy A, **Radesky J**, Schellpfeffer N, Ambrose M, Hashikawa AN: Exploring Camp Policies and Leadership Opinions on Digital Media Use in Camps. *Journal of Youth Development*.16(4): 88-102, 10/2021

53. Sun K, Zou Y, **Radesky J**, Brooks C, Schaub F: Child Safety in the Smart Home: Parents' Perceptions, Needs, and Mitigation Strategies. *Proceedings of the ACM on Human Computer Interaction*.5(CSCW2)10/2021. DOI:10.1145/3479858

54. Munzer TG, Miller AL, Yeo S, Wang Y, McCaffery H, Kaciroti N, **Radesky J**: Parent Verbalizations and Toddler Responses With Touchscreen Tablet Nursery Rhyme Apps. *Pediatrics*.148(6)12/2021. PM34841433

55. **Radesky J**, Hiniker A: From Moral Panic to Systemic Change: Making Child-Centered Design the Default. *Int J Child Comput Interact*.3103/2022. PM35340408

56. **Radesky JS**, Seyfried JL, Weeks HM, Kaciroti N, Miller AL: Video-Sharing Platform Viewing Among Preschool-Aged Children: Differences by Child Characteristics and Contextual Factors. *Cyberpsychol Behav Soc Netw*.25(4): 230-236, 04/2022. PM35426731

57. Levitt KJ, Munzer T, Torres C, Schaller A, McCaffery H, **Radesky JS**: Remote and Hybrid Schooling During COVID-19: Associations with Child Behavior and Sleep. *J Dev Behav Pediatr*.43(5): e288-e295, 06/2022. PM35583945

58. **Radesky J**, Hiniker A, McLaren C, Akgun E, Schaller A, Weeks HM, Campbell S, Gearhardt AN: Prevalence and Characteristics of Manipulative Design in Mobile Applications Used by Children. *JAMA Netw Open*.5(6): e2217641, 06/2022. PM35713902

59. Meyer MF, Broman AT, Gnadt SE, Sharma S, Antony KM: A standardized post-cesarean analgesia regimen reduces postpartum opioid use. *J Matern Fetal Neonatal Med*.35(25): 8267-8274, 12/2022. PM34445918

60. Munzer T, Torres C, Domoff SE, Levitt KJ, McCaffery H, Schaller A, **Radesky JS**: Child Media Use During COVID-19: Associations with Contextual and Social-Emotional Factors. *J Dev Behav Pediatr*.43(9): e573-e580, 12/2022. PM36106745

61. **Radesky JS**, Kaciroti N, Weeks HM, Schaller A, Miller AL: Longitudinal Associations Between Use of Mobile Devices for Calming and Emotional Reactivity and Executive Functioning in Children Aged 3 to 5 Years. *JAMA Pediatr*.177(1): 62-70, 01/2023. PM36508199

62. Hamp N, DeHaan SL, Cerf CM, **Radesky JS**: Primary Care Pediatricians' Perspectives on Autism Care. *Pediatrics*.151(1)01/2023. PM36550067

63. Kucirkova NI, Livingstone S, **Radesky JS**: Faulty screen time measures hamper national policies: here is a way to address it. *Front Psychol*.14: 1243396, 01/2023. PM37575444

64. Gale M, Shawcroft J, Coyne SM, Brown S, **Radesky J**: McDonalds, Mom, Media, and Me: An Observational Study of Parent and Adolescent Media Use During Public Family Mealtime. *Translational Issues in Psychological Science*.9(3): 216-227, 01/2023. DOI:10.1037/tps0000368

65. Moreno MA, **Radesky J**: Putting Forward a New Narrative for Adolescent Media: The American Academy of Pediatrics Center of Excellence on Social Media and Youth Mental Health. *J Adolesc Health*.73(2): 227-229, 08/2023. PM37227337

66. McDaniel BT, Pater J, Cornet V, Mughal S, Reining L, Schaller A, **Radesky J**, Drouin M: Parents' Desire to Change Phone Use: Associations with Objective Smartphone Use and Feelings About Problematic Use and Distraction. *Comput Human Behav*.14811/2023. PM37842187

67. **Radesky J**: AI, Parenting, and Child Development. *J Dev Behav Pediatr*.45(1): e2-e3, 01/2024. PM38347670

68. Kucirkova N, Livingstone S, **Radesky J**: Advancing the understanding of children's digital engagement: responsive methodologies and ethical considerations in psychological research. *Front Psychol*.15: 1285302, 01/2024. PM38716271

69. Henderson D, Bailes T, Sturza J, Robb MB, **Radesky J**, Munzer T: YouTube for young children: What are infants and toddlers watching on the most popular video-sharing app?. *Front Dev Psychol*.201/2024. PM39582732

70. McDaniel BT, Uva S, Pater J, Cornet V, Drouin M, **Radesky J**: Daily smartphone use predicts parent depressive symptoms, but parents' perceptions of responsiveness to their child moderate this effect. *Front Dev Psychol*.201/2024. PM39391205

71. McDaniel BT, **Radesky J**, Pater J, Galovan AM, Harrison A, Cornet V, Reining L, Schaller A, Drouin M: Heavy users, mobile gamers, and social networkers: Patterns of objective smartphone use in parents of infants and associations with parent depression, sleep, parenting, and problematic phone use. *Hum Behav Emerg Technol*.2024(1)01/2024. PM39483684

72. Hamp N, **Radesky J**, Weeks HM, Miller AL, Kaciroti N: Novel Profiles of Family Media Use: Latent Profile Analysis. *JMIR Pediatrics and Parenting*.01/2024. PM40048153

73. Sun K, Li J, Zou Y, **Radesky J**, Brooks C, Schaub F: Unfulfilled Promises of Child Safety and Privacy: Portrayals and Use of Children in Smart Home Marketing. *Proceedings of the ACM on Human Computer Interaction*.8(CSCW1)04/2024. DOI:10.1145/3637422

74. **Radesky J**, Bridgewater E, Black S, O'Neil A, Sun Y, Schaller A, Weeks HM, Campbell SW: Algorithmic Content Recommendations on a Video-Sharing Platform Used by Children. *JAMA Netw Open*.7(5): e2413855, 05/2024. PM38809550

75. Torres C, Schaller A, Munzer T, Levitt KJ, **Radesky JS**: Experience of Children With Special Education Needs During COVID-19. *Journal of Developmental and Behavioral Pediatrics*.45(3): e251-e256, 05/2024. DOI:10.1097/DBP.0000000000001267

76. Munzer TG, Miller AL, Weeks HM, Kaciroti N, **Radesky J**: Greater mobile device-prompted phone pickups are associated with daily parent stress. *Acta Paediatr*.113(8): 1868-1875, 08/2024. PM38698532

77. Moreno MA, **Radesky JS**: Benefits and Harms of Proposed Social Media Legislation. *JAMA Pediatr*.178(9): 857-858, 09/2024. PM39037793

78. **Radesky JS**, Weeks HM, McCaffery H, Kaciroti N, Lumeng JC, Miller AL: Maternal Mobile Device Use and Mealtime Interactions With Children. *J Dev Behav Pediatr*.45(6): e545-e551, 11/2024. PM39377734

79. Moreno MA, **Radesky J**, Walsh MC, Tomopoulos S: The Family Media Plan. *Pediatrics*.154(6)12/2024. PM39587884

80. Mallawaarachchi S, Cliff DP, Neilsen-Hewett C, White SL J, **Radesky J**, Horwood S, Johnson D, Kervin L, Howard SJ: Effects of Persuasive App Design and Self-Regulation on Young Children’s Digital Disengagement. *Human Behavior and Emerging Technologies*.2025(1)01/2025. DOI:10.1155/hbe2/8187768

81. Moreno MA, **Radesky J**, Owings-Fonner N: Navigating the complexities of adolescent health and social media. *Lancet Child Adolesc Health*.9(6): 365-367, 06/2025. PM40209728

82. Piper DJ, Cockroft R, Suh B, **Radesky J**, Sundqvist A, Koch F-S, Fitzpatrick C, Gueron-Sela N, Swit C, Coyne SM, Kirkorian H, Kerr ML, Barr R: The Intersection of COVID Lockdown Policies and Parent Resources with Children's Media Exposure in Canada, the United States, Israel, Sweden, and New Zealand. *J Child Media*.06/2025. PM41018273

83. Griffith SF, Hart KC, Casanova SM, Goodman AC, **Radesky JS**, Forehand R, Bagner DM: Promoting Healthy Screen Media Use in Young Children With Externalizing Behavior Problems Through an Adapted Parenting Intervention: Results of an Open Trial. *Cogn Behav Pract*.32(3): 430-442, 08/2025. PM40832366

84. Suh B, Barr R, Kerr ML, **Radesky J**, Kirkorian H: Development and Validation of the Parental Media Motivations (MEMO) Scales for Child and Parent Media Use in the United States. *J Child Media*.01/2026. PM41624492

85. Munzer T, Parga-Belinkie J, Milkovich L, Tomopoulos S, Ajumobi T, Cross C, Gerwin R, Madigan S: Digital Ecosystems, Children, and Adolescents: Policy Statement. *Pediatrics*.01/2026. PM41556917

86. Foutry C, Hofer C, **Radesky JS**, David OA, Danet M: The role of parental emotional factors in toddler's amount of screen use. *Infant Behav Dev*.82: 102178, 01/2026. PM41564613

## Non-Peer Reviewed

**Case Reports**

1. **Radesky JS**, Sugar NF: Femur fracture in an infant. *BMJ*.338: b1583, 05/2009. PM19439767

2. **Radesky J**, Reddy A, Steiner N, Augustyn M: "When the prescription pad is not enough": attention-deficit hyperactivity disorder management 2.0. *J Dev Behav Pediatr*.34(2): 138-140, 02/2013. PM23369960

3. Radesky J, Reddy A, Steiner N, Augustyn M: "When the Prescription Pad Is Not Enough": Attention-Deficit Hyperactivity Disorder Management 2.0. *J Dev Behav Pediatr*.38 Suppl 1: S32-S34, 01/2017. PM28141715

4. Herzig L, de Lacy N, Capone G, **Radesky J**: Intellectual Disability and Psychotropic Medications. *J Dev Behav Pediatr*.39(7): 591-593, 09/2018. PM30134288

5. Fogler J, Kuhn J, Prock L, **Radesky J**, Gonzalez-Heydrich J: Diagnostic Uncertainty in a Complex Young Man: Autism Versus Psychosis. *J Dev Behav Pediatr*.40(1): 72-74, 01/2019. PM30601773

6. Quist M, Chopp D, Wilson CM, **Radesky J**: Ineffective Homeschooling in a Child with a Learning Disability. *J Dev Behav Pediatr*.40(2): 152-153, 01/2019. PM30648985

7. Fogler JM, Stein D, Barbaresi WJ, Bridgemohan C, Steinbauer-Schütz A, Dirmhirn A, Holzinger D, **Radesky J**, Fellinger J: High-Functioning Autism, Severe Anxiety, and Bullying in a 26 Year Old. *J Dev Behav Pediatr*.40(4): 312-314, 05/2019. PM31008802

**Commentary on Website**

1. **Radesky JS**: PBS Parents Blog, 01/2018

2. **Radesky JS**: The Stuck Inside Guide Blog, 01/2020. https://www.melissaanddoug.com/blogpost/?postId=our-best-play-ideas-for-when-kids-are-stuck-at-home

3. Harness J, Chang T, **Radesky J**: Social media: Top setting tips to promote positive boundaries, mental health for young people, 11/2022. https://medicine.umich.edu/dept/psychiatry/news/archive/202211/social-media-top-setting-tips-promote-positive-boundaries-mental-health-young-people

**Comparative Study**

1. Kleinman KP, Oken E, **Radesky JS**, Rich-Edwards JW, Peterson KE, Gillman MW: How should gestational weight gain be assessed? A comparison of existing methods and a novel method, area under the weight gain curve. *Int J Epidemiol*.36(6): 1275-1282, 12/2007. PM17715174

**Editorial**

1. **Radesky JS**, Christakis DA: Keeping Children's Attention: The Problem With Bells and Whistles. *JAMA Pediatr*.170(2): 112-113, 02/2016. PM26720712

2. Silverstein M, **Radesky J**: Embrace the Complexity: The US Preventive Services Task Force Recommendation on Screening for Autism Spectrum Disorder. *JAMA*.315(7): 661-662, 02/2016. PM26881368

3. Erkoboni D, **Radesky J**: The Elephant in the Examination Room: Addressing Parent and Child Mobile Device Use as a Teachable Moment. *J Pediatr*.198: 5-6, 07/2018. PM29936972

4. **Radesky J**: Digital Media and Symptoms of Attention-Deficit/Hyperactivity Disorder in Adolescents. *JAMA*.320(3): 237-239, 07/2018. PM30027231

5. **Radesky JS**: Smartphones and Children: Relationships, Regulation, and Reasoning. *Cyberpsychol Behav Soc Netw*.23(6): 361-362, 06/2020. PM32511012

6. **Radesky JS**: Young children's online-offline balance. *Acta Paediatr*.110(3): 748-749, 03/2021. PM33200422

**Interview**

1. **Radesky JS**, Rosenblum K, Cousino M, Marcus S: Thrive With Your Family Webinar, 01/2020. https://www.mottchildren.org/thrive-with-your-family

2. **Radesky JS**, Tribble A, Marcus S: Back2School Facebook Live, 01/2020

**Letter**

1. Yuan N, Weeks HM, Ball R, Newman MW, Chang Y-J, **Radesky JS**: How much do parents actually

use their smartphones? Pilot study comparing self-report to passive sensing. *Pediatr Res*.86(4): 416-418, 10/2019. PM31195401

2. Woods M, Alsabeh D, Schaller A, Weeks HM, Miller AL, **Radesky JS**: Delay of gratification, inhibitory control, and use of media to regulate emotions in toddlers. *Pediatr Res*.01/2026. PM41611955

**Note**

1. Oken E, **Radesky JS**, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW: Maternal fish intake during pregnancy, blood mercury levels, and child cognition at age 3 years in a US cohort. *Obstetrical and Gynecological Survey*.63(9): 557-558, 09/2008. DOI:10.1097/01.ogx.0000325908.86375.18

**Other**

1. **Radesky J**, Hiniker A: Problematic Media Use as a Content-Agnostic, Enforceable Harm. *Journal of Online Trust and Safety*.3(1)DOI:10.54501/jots.v3i1.258

2. **Radesky JS**, Schaller A, Yeo SL, Weeks HM, Robb MB: Young kids and YouTube: How ads, toys, and games dominate viewing, 01/2020. https://www.commonsensemedia.org/sites/default/files/research/report/2020_youngkidsyoutube-report_final-release_forweb_1.pdf

**Patient Education Material**

1. **Radesky JS**, Schaller A, Yeo SL, Robb MB: How to be a YouTube Sleuth, 01/2020

**Video**

1. Albright D, Malas N, Cousino M, **Radesky J**: Thrive with your Family: Episode 5- Children with Chronic Illness During the Pandemic, 05/2020. https://www.youtube.com/watch?v=xAh3-ZGURCA

## Books

1. Barr R, Kirkorian H, Coyne S, **Radesky J**. *Early Childhood and the Digital World*. Cambridge University Press, Cambridge, (In Press)

2. **Radesky JS**, Kistin CE. *Dixon and Stein's Encounters With Children, 5th Ed*. 5, Elselvier, Amsterdam, Netherlands, (2024)

## Chapters

1. **Radesky JS**, Zuckerman B: Preventing Early Infant Sleep and Crying Problems and Postnatal Depression. In Cabana MD *2015 Year Book of Pediatrics.*,Elsevier, Philadelphia, PA, (2015)

2. **Radesky J**, Kucirkova N: Digital media and young children's learning: How early is too early and why? Review of research on 0–2-year-olds.. In Sheehy K, Holliman A Ed. *Education and New Technologies*,Routledge, Oxford UK, (2017)

3. **Radesky JS**, Zuckerman B: Learning from apps in the home: Parents and play.. In Kucirkova N *Apps, Technology, and Younger Learners.*,Routledge, Oxford UK, (2017)

4. Chassiakos YL R, **Radesky J**, Dimitri C, Moreno MA, Cross C: Children and Adolescents and Digital Media. *Pediatric Clinical Practice Guidelines & Policies*,American Academy of Pediatrics (AAP), (2017), 567-584, DOI:10.1542/9781610020862-part04-children

5. **Radesky JS**: Digital Media. In Augustyn M, Zuckerman B Ed. *Zuckerman Parker Handbook of Developmental Behavioral Pediatrics.*,Wolters Kluwer, (2018)

6. **Radesky JS**, Domoff S: Mobile Media and Parenting.. In Hobbs R, Mihailidis P Ed. *The International Encyclopedia of Media Literacy.*,Wiley-Blackwell, (2019)

7. **Radesky JS**: Mobile Media and Parent-Child Interaction. In Donohue C *Exploring key issues in early childhood and technology: Evolving perspectives and innovative approaches.*,Routledge, (2019)

8. **Radesky J**: Should we give different media guidance for young children with ADHD, autism?. *Pediatric Collections: Autism Spectrum Disorder*,American Academy of Pediatrics (AAP), (2020), 372-373, DOI:10.1542/9781610024716-part09-ch036

9. **Radesky JS**, Rosenblum K: A relationship-based framework for early childhood media use. *Contemporary Issues in Perinatal Education Knowledge into Practice*,(2022), 188-197,

DOI:10.4324/9781003223771-29

10. **Radesky JS**, Kistin CJ: Preface. *Dixon and Stein's Encounters with Children*,Elsevier, (2024), ix-x, DOI:10.1016/b978-0-443-10704-7.00031-0

11. Kistin CJ, **Radesky JS**: 12 Eight to Nine Months: Exploring and Clinging* * Original chapter by Maria Trozzi and Suzanne D. Dixon. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 161-172, DOI:10.1016/b978-0-443-10704-7.00012-7

12. **Radesky JS**: 19 Six to Seven Years: Reading, Relationships, and Playing by the Rules* * Previous edition chapter by Martin T. Stein.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 273-291, DOI:10.1016/b978-0-443-10704-7.00019-x

13. **Radesky JS**, Kistin CJ: 20 Seven to 10 Years: The World of Middle Childhood* * Original chapter by Robert D. Wells and Martin T. Stein.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 293-310, DOI:10.1016/b978-0-443-10704-7.00020-6

14. **Radesky JS**, Kistin CJ: 14 Fifteen to Eighteen Months: Declaring Independence and Pushing the Limits* * Previous chapter by Maria Trozzi and Martin T. Stein.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 191-210, DOI:10.1016/b978-0-443-10704-7.00014-0

15. **Radesky JS**: 13 One Year: One Giant Step Forward* * Previous edition chapter by Suzanne D. Dixon and Michael J. Hennessy.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 173-189, DOI:10.1016/b978-0-443-10704-7.00013-9

16. **Radesky JS**, Kistin CJ: 2 Understanding Children: Theories, Concepts, and Insights* * Based on prior edition chapter by Suzanne D. Dixon.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 9-28, DOI:10.1016/b978-0-443-10704-7.00002-4

17. **Radesky JS**: 4 Use of Drawing by Children at Health Encounters* * Previous chapter authors: John B. Welsh, Susan L. Instone, and Martin T. Stein.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 45-60.e2, DOI:10.1016/b978-0-443-10704-7.00004-8

18. Kistin CJ, **Radesky JS**: 1 The Importance of Child Behavior and Development in Life Course Health* * Original chapter by Suzanne D. Dixon and Martin T. Stein.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 1-7, DOI:10.1016/b978-0-443-10704-7.00001-2

19. **Radesky JS**, Kistin CJ: 21 Eleven to 14 Years: Early Adolescence—Age of Rapid Changes* * Previous edition authors are Jennifer Maehr and Marianne E. -Felice.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 311-329, DOI:10.1016/b978-0-443-10704-7.00021-8

20. Kistin CJ, **Radesky JS**: 27 Resources for Families: An Annotated Bibliography* * Previous edition chapter by Martin T. Stein and Suzanne D. Dixon.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 413-420, DOI:10.1016/b978-0-443-10704-7.00027-9

21. **Radesky JS**: 15 Two Years: Language Leaps* * Previous chapter by Suzanne D. Dixon.. *Dixon and Stein's Encounters with Children*,Elsevier, (2026), 211-227, DOI:10.1016/b978-0-443-10704-7.00015-2

## Software / Apps

1. **Radesky J**, Tomopoulos S, Moreno M. American Academy of Pediatrics Family Media Plan. Update of American Academy of Pediatrics Family Media Plan, an evidence-informed resource for families. 07/2022. http://www.healthychildren.org/mediaplan

## Preprints

1. Hamp N, **Radesky J**, Weeks HM, Miller AL, Kaciroti N: Novel Profiles of Family Media Use: Latent Profile Analysis (Preprint), JMIR Preprints, DOI:10.2196/preprints.59215

2. Suh B, Barr R, Kerr ML, **Radesky J**, Kirkorian H: Development and Validation of the Media Motivations (MEMO) Scales for Children and Parents, PsyArXiv, DOI:10.31234/osf.io/gwqdn_v1

3. Coyne SM, Hirschi T, Gale M, Jones B, Van Alfen M, Almeida LM, Christensen-Duerden C, Nelson L, Holmgren H, Porter C, Fraser A, Reschke PJ, Booth M, Swit C, Kerr M, Barr R, Kirkorian H, **Radesky J**, Densley R: 'I've let screens take over': Maternal Guilt About Media and Relations to Children's Problematic Media Use, SSRN Electronic Journal, DOI:10.2139/ssrn.5529557

4. Chen Y, Fu Y, Chen Z, **Radesky J**, Hiniker A: The Engagement-Prolonging Designs Teens Encounter on Very Large Online Platforms, arXiv, 11/2024. DOI:10.48550/arxiv.2411.12083

5. Fu Y, Schwamm S, Baughan A, Powell NM, Kronberg Z, Owens A, Izenman ER, Alsabeh D, Hunt E, Rich M, Bickham D, **Radesky J**, Hiniker A: Understanding Children's Avatar Making in Social Online Games, arXiv, 02/2025. DOI:10.48550/arxiv.2502.18705

## Abstract/Posters

1. Ogur BR, Hirsh D, Baumer N, Casey C, Epstein J, Foster D, Himes N, **Radesky J**, Siegel J, Wright J, Bor DH: Tales of the Cambridge integrated clerkship, *JOURNAL OF GENERAL INTERNAL MEDICINE*.20: 36-37, 2005

2. Ogur B, Baumer N, Casey C, Graubard M, Podgurski L, **Radesky J**, Siegel J, Tang M, Gutterson WA, Hirsh D: Themes of longitudinal learning, *JOURNAL OF GENERAL INTERNAL MEDICINE*.22: 190-191, 2007

3. **Radesky JS**, Zuckerman B, Silverstein M, Rivara FP, Barr M, Taylor J, Lengua LJ, Barr RG: Unsoothable infant crying and maternal postpartum depression, Oral Presentation, Pediatric Academic Societies Annual Meeting, Boston, MA, 2012

4. **Radesky JS**, Silverstein M, Zuckerman B, Christakis DA: Behavioral antecedents of early media exposure, Oral Presentation, Pediatric Academic Societies Annual Meeting, Washington, DC, 2013

5. **Radesky JS**, Zuckerman B, Silverstein M: Are infants with self-regulation problems differentially susceptible to early parenting?, Oral Presentation, Pediatric Academic Societies Annual Meeting, Vancouver, BC Canada, 2014

6. **Radesky JS**, Kistin CJ, Zuckerman B, Nitzberg K, Gross J, Kaplan-Sanoff M, Augustyn M, Silverstein M: Patterns of mobile device use by caregivers and young children during fast food meals, Oral Presentation, Pediatric Academic Societies Annual Meeting, Vancouver, BC Canada, 2014

7. **Radesky JS**, Eisenberg S, Kistin C, Zuckerman B, Silverstein M: Parent views regarding mobile device use by young children: Implications for anticipatory guidance, Oral Presentation, Pediatric Academic Societies Annual Meeting, San Diego, CA, 2015

8. **Radesky JS**, Domoff S, Sturza J, Lumeng J, Miller A: Modifiers of parent-child interaction during digital media use, Oral Presentation, Pediatric Academic Societies Annual Meeting, Baltimore, MD, 2016

9. McDaniel B, **Radesky JS**: Technology interference in parent-child activities: Bidirectional associations with internalizing and externalizing child behavior, Poster, Society for Research in Child Development Special Topics Meeting, Irvine, CA, 2016

10. Munzer T, **Radesky JS**: Preschooler screen media use is associated with multiple measures of self-regulation, Poster, Pediatric Academic Societies, San Francisco CA, 2017

11. DeHudy A, Hashikawa AN, Ambrose M, **Radesky J**: Unplugging and Learning: Benefits and drawbacks of digital media use while at summer camp, Poster, Pediatric Academic Societies Annual Meeting, Toronto, CA, 2018

12. **Radesky JS**, Weeks H, Yuan N, Ho T, Chung S, Newman M: How do parents of young children use their smartphones? Implications for parent-child interaction, Oral Presentation, American Psychological Association Mind, Tech, & Society Conference, Washington DC, 2018

13. Munzer T, Miller A, Weeks H, Kaciroti N, Lumeng J, **Radesky J**: Parent-toddler reading engagement differs when reading electronic versus print books, Oral Presentation, Pediatric Academic Societies, Toronto, Canada, 2018

14. Erkoboni D, Caputo C, **Radesky J**: Defining Clinician-Librarian Partnerships to Promote Constructive Digital Media Use for At-risk Youth, Poster, Pediatric Academic Societies, Toronto, Canada, 2018

15. Hiniker A, Lee B, Kientz JA, **Radesky JS**: Let's Play! Digital and Analog Play between Preschoolers and Parents, Oral Presentation, CHI: Computer-Human Interaction, Montreal, Canada, 2018, *Proceedings of the 2018 CHI Conference on Human Factors in Computing Systems*.: 1-13

16. Meyer M, Adkins V, Yuan N, Chang S, **Radesky J**: Advertising in young children's apps: A content analysis, Poster, Pediatric Academic Societies, Toronto, Canada, 2018

17. Munzer TG, Miller AL, Weeks HW, **Radesky JS**: Predictors of positive parent-child interactions around digital media, Oral Presentation, Society for Research in Child Development, Baltimore, MD, 2019

18. McDaniel B, **Radesky JS**: The Distracted Family: Associations between Parent Distraction with Technology, Parenting, and Child Distraction with Technology, Oral Presentation, Society for Research in

Child Development, Baltimore, MD, 2019

19. Meyer M, McLaren C, **Radesky J**: Educational quality of children's apps: A content analysis, Oral Presentation, Pediatric Academic Societies, Baltimore, MD, 2019

20. Hiniker A, **Radesky JS**, Livingstone S, Blum-Ross A: Moving Beyond" The Great Screen Time Debate" in the Design of Technology for Children, Oral Presentation, CHI: Computer-Human Interaction, Glasgow, UK, 2019, *Extended Abstracts of the 2019 CHI Conference on Human Factors in Computing Systems*.: 1-6

21. **Radesky JS**, McDaniel B: Longitudinal associations between early childhood externalizing behavior, parenting stress, and media use, Oral Presentation, Society for Research in Child Development, Baltimore, MD, 2019

22. Sun K, Sugatan C, Afnan T, Simon H, Gelman SA, **Radesky JS**, Schaub F: "They See You're a Girl if You Pick a Pink Robot with a Skirt": A Qualitative Study of How Children Conceptualize Data Processing and Digital Privacy Risks, *CHI*.: 687:1-687:1, 2021

23. Torres C, Levitt K, Munzer T, Schaller A, **Radesky JS**: Experience of Michigan Children with Special Education Needs during COVID-19, Poster, Society of Developmental and Behavioral Pediatrics, Austin, TX, 2021

24. **Radesky J**: Parent smartphone use and parent-child interaction, Oral Presentation, National Council on Family Relations, Minneapolis, MN, 2022

25. Landesman R, **Radesky J**, Hiniker A: Let Kids Wonder, Question and Make Mistakes: How the Designers of Children's Technology Think about Child Well-being, *Proceedings of Idc 2023 22nd Annual ACM Interaction Design and Children Conference Rediscovering Childhood*.: 310-321, 2023. DOI:10.1145/3585088.3589371

26. Fu Y, Schwamm S, Baughan A, Powell NM, Kronberg Z, Owens A, Izenman ER, Alsabeh D, Hunt E, Rich M, Bickham D, **Radesky J**, Hiniker A: Understanding Children's Avatar Making in Social Online Games, *Conference on Human Factors in Computing Systems Proceedings*.2025. DOI:10.1145/3706598.3713262

27. **Radesky J**, Miller A, Weeks H, Schaller A: Parent Regulatory Uses of Media, Oral Presentation, Society for Research in Child Development, Minneapolis, MN, 2025

28. **Radesky J**, Hiniker A: Problematic Media Use as a Content-Agnostic, Enforceable Harm, Oral Presentation, Stanford Trust and Safety Research Conference, Palo Alto, CA, 2025, *Journal of Online Trust and Safety*.3(1)DOI:10.54501/jots.v3i1.258