ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE (SBN 332901)
WILLIAM BELLAMY (SBN 347029)
SHIWON CHOE (SBN 320041)
CHRISTOPHER J. KISSEL (SBN 333937)
SAMUEL SOKOLSKY (SBN 348173)
MEGHAN H. STRONG (SBN 324503)
ZELDA VASSAR (SBN 313789)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
E-mail: Asha.Albuquerque@doj.ca.gov
William.Bellamy@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Christopher.Kissel@doj.ca.gov
Samuel.Sokolsky@doj.ca.gov
Meghan.Strong@doj.ca.gov
Zelda.Vassar@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIKTOK INC,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 5:25-cv-09789-EJD<br><br>**DECLARATION OF DR. EVA H. TELZER, PHD IN SUPPORT OF DEFENDANT'S OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| **META PLATFORMS, INC.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 5:25-cv-09792-EJD<br><br>**DECLARATION OF DR. EVA H. TELZER, PHD IN SUPPORT OF DEFENDANT'S OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |
| **GOOGLE LLC and YOUTUBE, LLC,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 5:25-cv-09795-EJD<br><br>**DECLARATION OF DR. EVA H. TELZER, PHD IN SUPPORT OF DEFENDANT'S OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |

## TABLE OF CONTENTS

**Page**


Declaration of Dr. Eva H. Telzer ........ 1

Background and Qualifications ........ 1

- I. Academic Background ........ 1
- II. Research and Publication History ........ 2
- III. Honors, Grants and Awards ........ 4
- IV. Current Professional Activity ........ 6
- V. Teaching Responsibilities ........ 8
- VI. Community Service ........ 8

Opinions ........ 10

- I. Summary Of Key Opinions ........ 10
- II. Design Features of Social Media Platforms Are Driving Causation of the Risks of Harms to Minors ........ 11
- III. Social Media Is An Independent Risk Factor Beyond Typical Adolescent Experiences ........ 25
  - A. Brain Development in Adolescents Makes Them Especially Susceptible to Social Media and Its Harm ........ 27
    - 1. Defining Adolescence ........ 27
    - 2. Brain Development and Neural Plasticity ........ 28
    - 3. Functional Changes in Brain Development ........ 30
    - 4. Affective Salience ........ 31
    - 5. Motivational Relevance (i.e., Reward Sensitivity) ........ 32
    - 6. Social Cognition and Mentalizing ........ 35
    - 7. Executive Control ........ 36
  - B. Social Media and Adolescent Brain Development ........ 38
    - 1. Neurobiological Changes That Make Algorithms on Social Media Especially Potent ........ 39
    - 2. Unique Features of Social Media ........ 44
    - 3. Evidence of the Neurobiological Effects of Social Media in Adolescents ........ 48
      - a. Impairments in Executive Control Coupled with Hypersensitivity to Rewards ........ 50
      - b. The Motivational Value of Algorithmically Tailored Social Media ........ 66
      - c. Problematic and Addiction-like Social Media Use ........ 72
      - d. Habitual Social Media Use ........ 83
      - e. Links to ADHD ........ 87
      - f. Social Comparison and Body Image ........ 89

**TABLE OF CONTENTS**
(continued)

**Page**

g. Adolescent Sleep ........ 98

IV. Meta's, Google's, and Tiktok's Internal Documents Show That They Designed Their Social Media Platforms to Increase Engagement and Compulsive Use, Which Cause Harm Among Children and Adolescents ........ 113

A. Internal Documents Show That Meta's, Google's, and TikTok's Platforms Are Designed to Increase Engagement and Compulsive Use ........ 114

1. Meta ........ 114

2. Google ........ 121

3. TikTok ........ 129

B. Internal Documents Show That Meta, Google, and TikTok Consider Children and Adolescents to Be Vulnerable and Susceptible to Social Media Addiction, Addictive-Like Behavior, and Related Harms ........ 133

1. Meta ........ 134

2. Google ........ 137

3. TikTok ........ 140

V. Conclusions ........ 140

**DECLARATION OF DR. EVA TELZER**

I, Dr. Eva Telzer, declare under the penalty of perjury that the following is true and correct:

1. I submit this declaration in support of Defendant's Omnibus Opposition to Plaintiffs' Motions for Preliminary Injunction.

**BACKGROUND AND QUALIFICATIONS**

2. A true and correct copy of my curriculum vitae is attached hereto as Exhibit A. I am currently being paid a rate of $750 per hour.

3. I have reviewed court filings in these matters including, but not limited to, the complaints, motions for preliminary injunction and supporting briefs, documents, and declarations. I have also reviewed documents produced by Plaintiffs to Defendant in these matters.

4. This Declaration is based on my own personal knowledge and experience. If I am called as a witness, I could and would testify competently to the truth of the matters discussed in this Declaration.

## I. Academic Background

5. I am a Professor of Psychology and Neuroscience at the University of North Carolina Chapel Hill (UNC). I also hold a faculty appointment in the Biomedical Research Imaging Center in the School of Medicine at UNC.

6. I received my undergraduate degree in Psychology at Mount Holyoke College in 2004, where I graduated magna cum laude with highest honors in Psychology. I received a prestigious postbaccalaureate intramural research training award to work at the National Institutes of Health (NIH) from 2004-2006 where I was trained in developmental cognitive neuroscience. I completed my Masters (2007) and PhD (2012) in Psychology (with a focus on developmental psychology) at the University of California Los Angeles (UCLA).

7. I began my faculty career at the University of Illinois Urbana Champaign as an Assistant Professor (2012). I was recruited to UNC in 2016 where I was awarded tenure early (2019) and was promoted to Full Professor (2023).

## II. RESEARCH AND PUBLICATION HISTORY

8. I am a developmental cognitive neuroscientist, with expertise in complex methodological and analytical tools including the use of laboratory-based computer tasks, ecological momentary assessment (EMA), functional magnetic resonance imaging (fMRI) in developmental populations, and longitudinal techniques for analyzing neuroimaging data.

9. I have published over 240 peer reviewed research articles, reviews, and commentaries. Many of these publications address the links between social media and technology use and adolescents' health and well-being, with a particular focus on brain development. I have used rigorous longitudinal methods and brain imaging to show that adolescents' social media behaviors are related to depressive symptoms, daily social connection, body image, sleep, and changes in the brain's functional development.

10. In 2023, I published a groundbreaking study in JAMA Pediatrics examining how habitual checking behaviors on social media relates to longitudinal functional brain development. This is the first study to show that social media use early in adolescence is related to functional changes in the developing brain (Maza et al., 2023).[1]

11. In 2024, I published a study in Social Cognitive Affective Neuroscience showing early neural vulnerabilities in adolescents that predict addiction-like social media behaviors and depressive symptoms over a 5-year period (Flannery et al., 2024).[2]

12. I have published 14 book chapters in edited volumes. One of these book chapters,

---

[1] Maza, M.T., Fox, K.A., Kwon, S., Flannery, J.E[†]., Lindquist, K.A., Prinstein, M.J., & Telzer, E.H. (2023). Habitual checking behaviors on social media relate to longitudinal functional brain development. *JAMA Pediatrics, 177*, 160-167. https://doi.org/10.1001/jamapediatrics.2022.4924

[2] Flannery, J.S., Burnell, K., Kwon, S., Jorgensen, N.A., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2024). Developmental changes in brain function linked with addiction-like social media use two years later. *Social Cognitive Affective Neuroscience*, *19*, nsae008. https://doi.org/10.1093/scan/nsae008

published in 2024 in The Handbook of Media Psychology, provides a comprehensive review on how social media shapes the developing brain of adolescents (Rich et al., 2024).[3] In 2022, I edited a handbook on Adolescent Digital Media Use and Mental Health.[4] This handbook gathered writing from experts around the world to discuss the role of social media on adolescents' body image, disordered eating, sleep, depression and anxiety, brain development, health risk behaviors, addiction, and suicide and self-injury (Nesi et al., 2022). Notably, The Handbook of Digital Media and Adolescent Mental Health was used by relevant legislative and federal agency staffs to develop bills and reports (e.g., Kids Online Safety Act).

13. My papers have been cited over 18,000 times. I have an h-index of 72 and an i10-index of 197. These statistics place me in the 99th percentile of the most highly cited Professors in Psychology (Ruscio & Prajapati, 2013).[5] The U.S. Surgeon General cited my research in the "Social Media and Youth Mental Health Advisory" in 2023 (Office of the Surgeon General, 2023).[6]

14. My research on social media has been featured in the *New York Times* (Barry, 2023), CNN (Holcombe, 2023), and many other news outlets, and I have been an expert guest on Good Morning America (Instagram Announces "Quiet Mode" to Help Protect Teens, 2023),

---

[3] Telzer, E.H., & Maza, M.T[†]. (2024). Social media and the developing brain. In G.J. Rich F., K. Kumar, & Farley (Eds). *Handbook of Media Psychology – The Science and the Practice.* Springer Press. https://doi.org/10.1007/978-3-031-56537-3

[4] Nesi, J., Telzer, E.H., & Prinstein, M.J. Eds. (2022). *The Handbook of Adolescent Social Media Use and Mental Health*. Cambridge University Press. https://doi.org/10.1017/9781108976237

[5] Ruscio, J., & Prajapati, B. (2013). Citation-based indices of scholarly impact: Databases and norms. *APS Observer*, *26*(7).

[6] Office of the Surgeon General (OSG). Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory. Washington (DC): US Department of Health and Human Services; 2023. https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf

CNN This Morning Weekend (Social Media Could Be a Brain-Changer for Teens, 2022), and CNN The Whole Story with Anderson Cooper (The Whole Story on the Battle Between Tech Giants and Families, 2023). I have been a guest on multiple podcasts and radio shows, including WUNC's Due South (*Kids and phones: a call for social media regulations; why teen brains like 'likes'; new phone goes old school*, 2025), Marketplace Tech (The Infinite Scroll, 2025), and Children and Screens (*Adolescent brain development and social media use*, 2024).

15. I have been invited to give presentations and provide expert advice to school districts, legislators, and the public regarding the role of social media on youth development.

16. I have been a reviewer and assisted in organizing the program for several conferences (Review Panel Chair, Society for Research on Adolescence Biannual Meeting, 2018, 2020, 2023; Reviewer, Annual Meeting of the Cognitive Science Society, 2017; Reviewer, Society for Research on Child Development Biannual Meeting, 2017; Reviewer, Society for Research on Adolescence Biannual Meeting, 2016; Review Committee, Social and Affective Neuroscience Society Annual Meeting 2016). I also served on and chaired the program committee for the Flux Congress Society for Developmental Cognitive Neuroscience. I served on the program committee for the Flux Congress Society for Developmental Cognitive Neuroscience Meeting in Berlin Germany (September, 2018) and Paris France (September, 2022) which involved selecting and inviting speakers for the invited program, reviewing submitted abstracts and selecting the speakers as well as nominating travel awards. I also organized the Flux Congress Society for Developmental Cognitive Neuroscience Satellite Meeting on "Big Data Little Brains" (May, 2018). This involved the initial conception of the idea to promote the use of big data in developmental cognitive neuroscience. I organized the entire program, including inviting renowned speakers from the U.S. and abroad. This endeavor had 31 speakers, 73 poster presentations, and 170 attendees from 23 states and 4 countries.

## III. Honors, Grants and Awards

17. I have received several national and international awards recognizing my research contributions. In 2015 I was awarded an Association for Psychological Science Rising Star Award. In 2018 I was awarded an Early Career Award from the Society of Research on

Adolescence. In 2019 I was awarded a Young Investigator Award from the Flux Congress Society for Developmental Cognitive Neuroscience. In 2020 I was awarded the American Psychological Association's Boyd McCandless Award for Early Career Contribution to Developmental Psychology. In 2022 I was awarded the American Psychological Association Distinguished Scientific Award for Early Career Contribution to Psychology.

18. I have had continuous external funding totaling over $10,000,000, including 2 R01s from the National Institute of Drug Abuse (R01DA039923; R01DA051127), 2 NSF grants (SES1459719; BCS1539651), 4 private foundation grants from the Jacobs Foundation, the Brain and Behavior Research Foundation, the Templeton Foundation, and the Winston Family Foundation, as well as 3 diversity supplements to support students with a focus on increasing underrepresented populations in drug abuse and addiction research. I also spearheaded a gift of $10,000,000 from the Winston Family Foundation to launch the Center on Technology Use, Brain, and Psychological Development. I am additionally a co-investigator on multiple NIH grants. I have been the primary investigator or co-investigator on over 25 funded grants.

19. In 2015, I was awarded over $2.8 million from the National Institute of Drug Abuse to study the role of family and peer contexts on longitudinal changes in brain development and risk for drug use.

20. In 2015, I was awarded over $150K from the National Institute of Mental Health to examine how chronic peer stress sensitizes the developing brain to social threat and contributes to the emergence of depression in adolescent girls.

21. In 2018, I was awarded an Early Career Research Fellowship from the Jacobs Foundation to study trajectories of prosocial behavior and risk taking across adolescence.

22. In 2020, I was awarded over $3.2 million from the National Institute of Drug Abuse to conduct longitudinal research examining how peer influence and changes in the developing brain place adolescents at risk for drug abuse.

23. In 2022, I was asked to join a $6.1 million Center grant funded by the National Institute of Human Development to be a co-investigator examining the links between digital media use and neural activation related to social influence in adolescents.

24. In 2024, I was awarded over $2 million from the Templeton Foundation to examine how peers influence character development on social media via changes in brain development.

25. I review grants for several national and international funding agencies, including serving as an ad hoc reviewer for the National Science Foundation, European Research Council, Russel Sage Foundation, Israel Science Foundation, the Social Sciences and Humanities Research Council of Canada, and the Graduate Women in Science (GWIS) National Fellowship Program. I am a member of the College of Reviewers for Developmental Sciences at the National Science Foundation (2016-present). My most prestigious service in this area was the invitation to serve as a member of the Psychosocial Development, Risk, and Prevention (PDRP) Study Section at the National Institutes of Health. This invitation is usually reserved for tenured faculty, but my successful grant history, including an R01 from the NIH, prompted an early career invitation as an Assistant Professor. I was a member of PDRP from 2016-2020.

## IV. CURRENT PROFESSIONAL ACTIVITY

26. **Developmental Social Neuroscience Lab**. In 2012, I founded the Developmental Social Neuroscience Lab, a group of researchers that currently includes three postdoctoral scholars, six graduate students, six full time research staff, and two Research Assistant Professors, that I directly supervise. The mission of my lab is to understand the complex role of the social context on adolescent brain development, with a focus on social relationships and long-term psychological and behavioral adjustment.

27. **Winston Center on Technology and Brain Development**. As a leading public research university, the University of North Carolina at Chapel Hill is dedicated to providing solutions for the betterment of society. The ubiquitous presence of technology has substantially changed our society, affecting public discourse, close personal relationships, and psychological development, with measurable impacts on cognitive, neural, social, cultural, emotional, and behavioral functioning. The generation of science regarding the associations between technology use and psychological development has become a national priority. In addition, there is an ongoing urgent need to further disseminate the results from this science and produce resources

that can be used for outreach and engagement for parents, teachers, and teenagers.

28. In 2020, a $3 million gift from the Winston Family Foundation established the Winston Family Initiative in Adolescent Brain Development and Technology, and in 2023, a $10 million gift from the Winston Family Foundation established the Winston National Center on Technology Use, Brain, and Psychological Development. As the founding co-Director of the Winston Center, I oversee a team of over 20 scientists, teachers, students, and faculty, guiding the research and teaching directions, and ensuring that our science remains rigorous and unbiased. As such, the Center does not take funds from social media companies to support our research. Since launching, The Winston Center has become an influential authority on the role of social media and youth development and is the only center in the world devoted to using neuroscience techniques to conduct rigorous science to understand how social media shapes the developing brain. The goal of the center is to ensure that science is used to guide decisions by parents, teachers, policymakers, and youth to reduce the potential harms caused by social media.

29. **Editorial Positions at Academic Journals**. Since 2021, I have been the Associate Editor for Child Development. Child Development is the flagship journal of the Society for Research on Child Development and has been publishing the most rigorous research in the field for nearly 100 years. As the expert in developmental cognitive neuroscience on the editorial board, I oversee publications of papers that use neuroimaging to understand child development.

30. Since 2020, I have been the Associate Editor for Social Cognitive Affective Neuroscience (SCAN). SCAN is an interdisciplinary journal that integrates across fields including neuroscience, social psychology, and developmental psychology. As one of two experts in developmental psychology on the editorial board, I oversee most submissions that use child or adolescent populations.

31. I just began as a Section Editor at the newly founded journal, Brain and Environment (BRAEN). BRAEN was founded to fill an important gap, bridging research on neuroscience and the environment. As the inaugural section editor for this journal, I was invited to oversee all submitted articles related to social media.

## V. TEACHING RESPONSIBILITIES

32. **Courses taught (graduate and undergraduate)**. In 2020, I designed and created a new course for undergraduates - Social Media, Technology, and Adolescent Brain Development (PSYC 180). I cover topics including parenting in the digital age, how social media shapes body image, neural development in the context of social media, how social media impacts sleep, peer relationships and cyberbullying. Across multiple semesters, I have taught nearly 400 students in this course. In 2021, I received a teaching commendation for PSYC 180. This award is based on receiving the highest student evaluations in the department.

33. Since 2012, I have been teaching an advanced undergraduate course—Adolescent Development (PSYC 471). I cover topics including family relationships, peer relationships and cyberbullying, social media, neural development in adolescence, risk taking and peer influence, school and academic achievement, pubertal development and body image. This course enrolls between 30-120 students per semester.

34. Since 2012, I have been teaching a PhD graduate level course on developmental social neuroscience (PSYC 768). This course covers topics related to adolescent brain development in the context of peer and family relationships, digital media, risk taking, and mental health.

35. **Mentorship and training**. I have mentored 16 PhD students (7 of whom are current). Of those who graduated, most have gone on to academic careers at competitive universities, including Northwestern University, University of Delaware, University of Washington at St Louis, UCLA, and Bar Ilan University.

36. I have mentored 14 postdoctoral scholars (3 of whom are current). My prior postdoctoral scholars have gone on to successful careers in academia, including tenure track positions at Virginia Tech, Texas Tech, Tufts University, Cal Polytechnic State University San Luis Obispo, Georgia State University, and the University of Georgia.

## VI. COMMUNITY SERVICE

37. I am committed to connecting my research with the populations that I study by engaging in outreach activities that focus on connecting youth and parents to science related to

brain development, adolescence, and social media. Through the Carolina Millennial Scholars Program, my lab hosts a "Brain Academy" for middle school boys from under-represented backgrounds (Fall of 2016, 2017, 2018), during which we hold hands-on workshops with tours of our lab, mock scan sessions, mini-experiments, and we discuss ways for them to get involved in research and science. My lab hosted a similar program for Project Uplift, a program for academically gifted high school students from underrepresented populations (2018). I also participate in the annual UNC Science Expo, during which my lab sets up a booth to provide families with hands-on activities to teach them about the brain in a fun and engaging way.

38. I publish in Frontiers for Young Minds, an open access journal written for child and adolescent readers and peer reviewed by youth with the aim of making cutting-edge science available to younger audiences by having youth and scientists to work together to create articles that are both scientifically accurate and exciting. I have published 3 articles with my students in Frontiers for Young Minds (Bezdek & Telzer, 2017; Jorgensen & Telzer, 2020; Mcbride & Telzer, 2020).

39. I regularly give talks, expert advice, and seminars to the public, including to schools, parent groups, and government agencies. For example, I was the keynote speaker to talk about the role of social media for adolescent mental health for Tulsa Public Schools Adolescent Summit and Gestalt Community Schools Teen Social Media Summit. I served as an expert to the school administrators, counselors, and teachers, discussing their concerns about social media in school.

40. I gave a workshop on social media and the developing brain for continuing education credit at the National Academy of Neuropsychology and the Vermont Psychological Association.

41. I was an invited speaker for the American Psychological Association Capitol Hill Fly-In Summit on Social Media in Washington DC in 2023.

42. I was invited by the Qatar Foundation to the 2025 WISE 12 Summit in Doha Qatar to be an expert panelist on a roundtable on "child and adolescent digital addiction", where I provided expertise on the role of social media and brain development to the Ministers of Education, Communications, and Social Development and Family.

43. In my community I am an expert consulting with schools; I was sought after for advice on phone policies in schools. I am working with the Chapel Hill school district, providing expert advice to the administrators and talking to parent groups. In addition, we have partnered with the North Carolina Collaboratory to conduct research in middle schools around the state. Our ultimate goal is to advise the NC State Board of Education and Members of the NC General Assembly on policies for phones in schools.

## OPINIONS

### I. SUMMARY OF KEY OPINIONS

44. As presented in the following declaration, I hold the following opinions to a reasonable degree of scientific certainty:

a. Based on the totality of the literature, the known and unknown impacts on adolescent brain development, and my professional experience and training, it is my opinion that the risks of social media outweigh the potential benefits of social media in adolescents.

b. Social media leads to, contributes, and causes risks including depression and poor mental health, loss of sleep, poor body image and negative self-esteem, and functional and structural changes in areas of the brain associated with addiction, executive control, social belonging, and social comparison.

c. Adolescents are particularly vulnerable to the harms of social media due to their still maturing brains.

d. Design features of social media platforms are driving causation of the risks, and social media is an independent risk factor beyond typical adolescent experiences.

e. Recommendation algorithms contribute to, exacerbate, and increase the addictive nature of social media's harms on adolescents.

## II. DESIGN FEATURES OF SOCIAL MEDIA PLATFORMS ARE DRIVING CAUSATION OF THE RISKS OF HARMS TO MINORS

45. Unlike traditional media, social media platforms are engineered in way that maximizes engagement through features such as infinite scroll, algorithmic content delivery, intermittent rewards (likes and notifications), and public performance metrics (follower counts, likes, comments)[7]. These design elements create an experience that mirrors behavioral addiction models, reinforcing repetitive checking behaviors and amplifying social comparison, fear of missing out (FOMO), and dependence on external validation.

46. There are many empirical studies identifying the harms associated with the features of social media, including experimental studies that randomly assign participants to conditions with features of social media manipulated (e.g., beauty filters, likes)[8,9] allowing for strong causal conclusions to be drawn, as well as fMRI studies showing how social media features (e.g., likes,

---

[7] Vidal, C., & Sussman, C. (2025). Problematic Social Media Use or Social Media Addiction in Pediatric Populations. *Pediatric Clinics*, *72*(2), 291-304, https://doi.org/10.1016/j.pcl.2024.08.005; Costello, N., Sutton, R., Jones, M., Almassian, M., Raffoul, A., Ojumu, O., ... & Austin, S. B. (2023). Algorithms, addiction, and adolescent mental health: An interdisciplinary study to inform state-level policy action to protect youth from the dangers of social media. *American Journal of Law & Medicine*, *49*(2-3), 135-172. https://doi.org/10.1017/amj.2023.25; De, D., El Jamal, M., Aydemir, E., & Khera, A. (2025). Social media algorithms and teen addiction: neurophysiological impact and ethical considerations. Cureus, 17(1). https://doi.org/10.7759/cureus.77145

[8] Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2016). Picture Perfect: The Direct Effect of Manipulated Instagram Photos on Body Image in Adolescent Girls. *Media Psychology*, *21*(1), 93–110. https://doi.org/10.1080/15213269.2016.1257392

[9] Tiggemann, M., Hayden, S., Brown, Z., & Veldhuis, J. (2018). The effect of Instagram "likes" on women's social comparison and body dissatisfaction. *Body image*, *26*, 90-97. https://doi.org/10.1016/j.bodyim.2018.07.002

algorithms)[10,11] affect neural processing of social media and mental health. Importantly, this research is largely agnostic to the content of particular social-media posts, underscoring that it is not necessarily the content itself that is harmful, but the features attached to that content.

47. There is evidence that the brain processes social media based on the algorithmic features that determine how that content is delivered. Su et al. (2021) presented participants with personalized recommended TikTok videos and general TikTok videos. They found that participants showed significantly greater neural activation when viewing TikTok videos that were targeted to them by the algorithm compared to generic, non-targeted videos—even though both sets of videos came from the same platform and could feature similar content. The fact that brain regions involved in salience detection (amygdala, insula), social cognition (dmPFC, TPJ), executive control (dlPFC), and reward (striatum) were more active during algorithmically curated content suggests that it is the algorithm's precision in selecting psychologically relevant stimuli that drives attention and engagement, not the content alone.

48. This supports the argument that social media algorithms shape how the brain responds by feeding users material that aligns with their emotional, social, and motivational states, reinforcing use through heightened neural activation. Thus, the brain is not responding merely to the intrinsic properties of a video, but to the way the algorithm selects and sequences that content, creating a tailored and neurobiologically engaging experience. These findings raise critical concerns about how algorithmic design features—not just the content itself—may amplify compulsive use and alter neurodevelopmental pathways, particularly in adolescents whose brains

---

[10] Sherman, L. E., Payton, A. A., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2016). The power of the like in adolescence: Effects of peer influence on neural and behavioral responses to social media. *Psychological Science*, *27*(7), 1027-1035. https://doi.org/10.1177/0956797616645673

[11] Su, C., Zhou, H., Gong, L., Teng, B., Geng, F., & Hu, Y. (2021). Viewing personalized video clips recommended by TikTok activates default mode network and ventral tegmental area. *NeuroImage*, *237*, 118136. https://doi.org/10.1016/j.neuroimage.2021.118136

are highly sensitive to reward and social information.

49. Su et al. (2021) also found that participants with higher problematic TikTok use spent more time spent on TikTok ($r = 0.474$, $p < 0.001$) and had lower self-control SCS ($r = -0.279$, $p < 0.001$), which suggests that more severe TikTok addiction-like symptom is related to lower self-control.

50. A host of empirical research has shown that algorithms target those with poor body image. For instance, individuals with eating disorders are over *4,000% more likely* to be shown videos that are appearance-oriented, featuring dieting and exercise, and showcase toxic eating behaviors, compared to those without an eating disorder.[12] The algorithmic recommendations mediate increased eating disordered symptoms via upward comparison behavior, underscoring that the design of the algorithm contributes to eating disordered symptoms.[13]

51. A scoping review of 50 studies across 17 countries confirms social media use is linked to body dissatisfaction and disordered eating—and that the algorithm's design is a key risk factor.[14] A narrative review also concluded significant harms are posed to adolescents by social

---

[12] Griffiths, S., Harris, E. A., Whitehead, G., Angelopoulos, F., Stone, B., Grey, W., & Dennis, S. (2024). Does TikTok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls. *Body Image*, *51*, 101807. https://doi.org/10.1016/j.bodyim.2024.101807

[13] Dondzilo, L., Rodgers, R. F., & Dietel, F. A. (2024). Association between engagement with appearance and eating related TikTok content and eating disorder symptoms via recommended content and appearance comparisons. *International Journal of Eating Disorders*, *57*(2), 458-462. https://doi.org/10.1002/eat.24117

[14] Dane, A., & Bhatia, K. (2023). The social media diet: A scoping review to investigate the association between social media, body image and eating disorders amongst young people. *PLOS Global Public Health*, *3*(3), e0001091. https://doi.org/10.1371/journal.pgph.0001091

media algorithmic practices by tailoring to user behavior and showing content that becomes increasingly extreme.[15]

52. Researchers from the Center for Countering Digital Hate studied the TikTok algorithm by creating 8 new social media accounts posing as thirteen-year-old girls in the United States, United Kingdom, Australia, and Canada.[16] Half of the new accounts used standard female usernames, and the other half included "loseweight" (indicating potential vulnerability around body image). The researchers recorded the first thirty minutes of content automatically recommended by TikTok to these accounts in their "For You" page. The study found that mental health and body-image content appeared every 39 seconds on average, suicide-related content was recommended within 2.6 minutes, eating disorder content appeared within 8 minutes, and vulnerable accounts were served in their personalized feeds twelve times more self-harm and suicide videos than standard accounts.

53. In a study examining Instagram Teen accounts, AccountableTech[17] had 5 voluntary participants create new accounts on devices that were provided to them solely for use in the study. Participants did not make any changes to the default settings of each phone. Participants cleared the test phone's cookies and browser history and accessed a private browsing window when creating their email accounts to restrict or limit any conflation of their own personal data with that

---

[15] Raffoul, A., Costello, N., Sutton, B., Jones, M., Ojumu, O., Salvia, M., ... & Austin, S. B. (2023). 36. Adolescent mental health and big tech: investigating policy avenues to regulate harmful social media algorithms. *Journal of Adolescent Health*, *72*(3), S12. https://doi.org/10.1016/j.jadohealth.2022.11.055

[16] Center for Countering Digital Hate. (2022). TikTok bombards teens with self harm and eating disorder content within minutes of joining the platform. https://counterhate.com/blog/tiktok-bombards-teens-with-self-harm-and-eating-disorder-content-within-minutes-of-joining-the-platform/

[17] Accountable Tech. (2025). Scary Feeds: The Reality of Teen Accounts. https://accountabletech.org/research/scary-feeds-the-reality-of-teen-accounts/

of the new account. Each participant created a new Instagram account for a hypothetical teen with a predetermined name, age, gender, profile picture, profile bio, and interests. Participants were instructed to engage with their test Teen Accounts as they normally would daily for 2 weeks. The results after 2 weeks shows that the algorithms recommended inappropriate content including sexual content and disordered eating content despite Instagram's promise that the teen accounts are safe and that the accounts restrict access to such harmful content. The results of the study are quoted below:

54. "100% of our participants still received images and reels that would be classified as "sensitive content" within Meta's[18] framework for age-appropriate content limitations."

55. The researchers categorized content that was flagged as sensitive as follows:

a. "Sexual content — Participants received algorithmically recommended sexually suggestive content that referred to sex, sexualizing body parts, and depicted body parts. 55% of all flagged content from our participants represented sexual imagery, sexual behavior, sexual acts, and the sexualization of others….

b. Body image and disordered eating content — Participants received algorithmically recommended content depicting "ideal" body types, body shaming, and eating habits, which have the potential to promote disordered eating and exacerbate insecurity…

c. Alcohol, steroids, and supplements — Participants received algorithmically recommended content that referenced or pointed directly to products, including alcohol and body-shaping supplements. Users received content depicting other people drinking alcohol, or "getting wasted."

d. Hateful content — Participants received algorithmically recommended content that was racist, homophobic, and misogynistic. Some reported examples include referring to certain communities as animals or taunting a specific culture through references to racist cultural stereotypes.

---

[18] Instagram, https://help.instagram.com/1055538028699165?helpref=faq_content

e. Disturbing content — Participants received algorithmically recommended content that depicted gun violence, domestic violence, and even representations of female biological processes for overtly sexualized purposes."

56. The frequency (i.e., percentage of flagged content) of seeing algorithmically recommended sensitive content in these different categories are shown in the Figure below from the publication (see Figure).




57. ***Figure note.*** Overview of findings from the Accountable Tech[19] Study

58. Research on social media and body image provides some of the strongest evidence for causal links between specific platform features and negative outcomes in adolescence,

---

[19] Accountable Tech. (2025). Scary Feeds: The Reality of Teen Accounts. https://accountabletech.org/wp-content/uploads/Scary-Feeds_The-Reality-of-Teen-Accounts.pdf

particularly among girls.[20] A body of experimental studies has shown that exposure to the effects of beauty and cosmetic surgery image filters—as recommended by the algorithms in the users' personalized feeds—can directly harm body satisfaction and contribute to disordered eating behaviors. For example, Kleemans et al. (2018)[21] conducted a randomized experiment in which early-adolescent girls (aged 11–13) were randomly assigned to view either retouched Instagram photos or unedited images of peers (see Figure below).




**Figure 1.** Examples of original versus manipulated Instagram photos emphasizing face, skin, and hair (left), or body (right).

59. Girls who saw the retouched, filtered images reported significantly lower body satisfaction, even though they were aware the photos had been altered. This finding underscores that beauty filters can distort appearance norms and increase self-comparison, even in young

---

[20] Raffoul, A., Costello, N., Sutton, B., Jones, M., Ojumu, O., Salvia, M., ... & Austin, S. B. (2023). 36. Adolescent mental health and big tech: investigating policy avenues to regulate harmful social media algorithms. *Journal of Adolescent Health*, *72*(3), S12. https://doi.org/10.1016/j.jadohealth.2022.11.055

[21] Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2016). Picture Perfect: The Direct Effect of Manipulated Instagram Photos on Body Image in Adolescent Girls. *Media Psychology*, *21*(1), 93–110. https://doi.org/10.1080/15213269.2016.1257392

users who understand that images are unrealistic. We can be confident in the causal implications of this study because it used an experimental design, randomly assigning participants to view either retouched or unretouched images. This method allows researchers to isolate the specific effect of beauty filters on body image, ruling out alternative explanations such as preexisting differences in body image or the unmanipulated content alone. The random assignment strengthens the internal validity of the study, providing clear evidence that exposure to filtered, idealized images directly causes decreases in body satisfaction—a finding that supports broader concerns about the impact of social media design features (here, filters that mimic the effects of cosmetic surgery) on adolescent mental health. This work is part of a larger, methodologically rigorous field showing that social media's design architecture plays a causal role in shaping developmental outcomes.

60. Further providing evidence that design features amplify body dissatisfaction, Tiggemann et al. (2020)[22] used a randomized experimental design to examine how beauty filters and social endorsement (likes) on Instagram influence body satisfaction. 220 undergraduate women were randomly assigned to view either filtered or unfiltered images that had either high or low like counts. The results revealed that viewing filtered images led to lower body and lower face satisfaction. Results showed images with many likes increased facial dissatisfaction, especially among those invested in Instagram Likes. Although likes didn't impact general body dissatisfaction, they significantly affected facial self-perception, highlighting how visible popularity metrics drive harmful social comparison. This study demonstrates that the combination of features like cosmetic filters and likes on social media [which feed visual perfection and social validation] exerts a powerful influence on how young women evaluate their own appearance. This study provides causal evidence that it is not just the content hosted on social media, but the

---

[22] Tiggemann, M., Hayden, S., Brown, Z., & Veldhuis, J. (2018). The effect of Instagram "likes" on women's social comparison and body dissatisfaction. *Body image*, *26*, 90-97. https://doi.org/10.1016/j.bodyim.2018.07.002

platform's features—filters and social metrics—that distort appearance norms and fuel harmful social comparison.

61. Personalized feeds integrate quantifiable metrics such as likes into the presentation of recommended content.[23] As such, the detrimental effects of beauty filters coupled with likes is amplified by algorithms, which increase the frequency, volume, and concentration of seeing problematic content, particularly for vulnerable populations such as those who already have an eating disorder.[24] Adolescents often interpret quantifiable metrics, alongside high volumes of certain posts, as indicators of value and worth. As Zhou and Moore describe[25], "[t]his hyper-curated environment also fosters upward social comparison, feelings of inadequacy, and diminished self-worth, especially in adolescents with developing identities and unstable self-concepts. The design logic of this system links engagement to visibility, elevating content that provokes intense affective reactions. The result is a steady stream of images and narratives that appear polished, authoritative, or glamorous. For adolescents negotiating questions of self-worth and belonging, this curated stream can become a distorted mirror against which their own lives feel insufficient."

62. Experimental evidence shows that algorithms increase engagement and social media use. In a preregistered study, TikTok users participated in a two-week research study: there was a baseline week during which participants engaged in default highly personalized feed, followed by

---

[23] Zhou, F., & Moore, H. (2025). How Personalized Recommendations Shape Attention and Information Processing in American Youth. *Current Research in Psychological Science*, *1*(1), 1-15. https://doi.org/10.53104/curr.res.psychol.sci.2025.07001

[24] Griffiths, S., Harris, E. A., Whitehead, G., Angelopoulos, F., Stone, B., Grey, W., & Dennis, S. (2024). Does TikTok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls. *Body Image*, *51*, 101807. https://doi.org/10.1016/j.bodyim.2024.101807

[25] Zhou, F., & Moore, H. (2025). How Personalized Recommendations Shape Attention and Information Processing in American Youth. *Current Research in Psychological Science*, *1*(1), 1-15. https://doi.org/10.53104/curr.res.psychol.sci.2025.07001

an experimental week with a less personalized feed.[26] The study leveraged the setting that TikTok implemented in compliance with the European Union's Digital Services Act (DSA; European Commission, 2024) which allows European users to "switch off" the personalization of their feeds. When using this less personalized version of the feed, users see "locally relevant and globally 'popular' videos" (TikTok, 2023) instead of content based on algorithmic inferences about their interests. The setting thus offers the opportunity to experimentally assess how users' TikTok usage and experiences change when they switch from a highly personalized to a less personalized feed. The researchers also collected objective TikTok usage data. The results demonstrate that when the algorithms were less personalized, both daily frequency and duration of TikTok use decreased, and self-regulation increased. These findings provide causal evidence of the role of algorithmic personalization in sustaining user engagement.

63. In a unique collaboration, The Washington Post[27] teamed up with a large group of TikTok users who donated their TikTok data for analysis to investigate how the app's recommendation algorithm drives engagement. As the article discusses, "We created a database of roughly 15 million videos served up to them in a six-month period last year. Our analyses showed just how effective TikTok is at getting even its heaviest users to swipe more and watch more on its platform… According to TikTok's internal documents, revealed as part of a

---

[26] Dekker, C. A., Baumgartner, S. E., & Sumter, S. R. (2025). For you vs. for everyone: The effectiveness of algorithmic personalization in driving social media engagement. *Telematics and Informatics*, 102300. https://doi.org/10.1016/j.tele.2025.102300

[27] Gilbert, C., Sima, R., Shapiro, L., Steckelberg, A., & Ence Morse, C. (2025). *Washington Post*. https://www.washingtonpost.com/wellness/interactive/2025/tiktok-addiction-algorithm-scrolling-mental-health/

multistate lawsuit[28] against the company, it takes just 260 videos, which could be as quick as 35 minutes[29], to form a habit on the app".

64. Results of this project showed that users initially averaging about 30 minutes of daily watch time increased their usage substantially over months, with lighter users approaching over an hour per day and power users continuing to watch four hours or more. The personalized "For You" feed delivers an endless stream of tailored short videos that make disengaging difficult, encouraging frequent app openings, faster swiping, and habit formation. Experts interviewed for the report explained that TikTok's design leverages psychological reward mechanisms and lowers self-control, displacing other activities and fostering compulsive patterns of use. Many participants described difficulty stopping even when aware of negative consequences, such as disrupted routines and reduced productivity. The findings suggest that the algorithm's continuous, hyper-personalized content loop contributes to habitual and potentially addictive patterns of scrolling. The graphic below, which is based on the Su et al., 2021 fMRI study[30] discussed above, demonstrates this feedback loop, whereby personalized videos activate the dopamine system of the brain, leading to

---

[28] *Kentucky v. TikTok, No. 24-CI-00824* (Ky. Cir. Ct. Filed Oct. 8, 2024), Complaint https://www.iccl.ie/wp-content/uploads/2024/12/TikTok-Kentucky.pdf?itid=lk_inline_enhanced-template

[29] Allyn B., Goodman, S., & Kerr, D. (2024). Inside the TikTok documents: Stripping teens and boosting 'attractive' people. NPR. https://www.npr.org/2024/10/12/g-s1-28040/teens-tiktok-addiction-lawsuit-investigation-documents.

[30] Su, C., Zhou, H., Gong, L., Teng, B., Geng, F., & Hu, Y. (2021). Viewing personalized video clips recommended by TikTok activates default mode network and ventral tegmental area. *NeuroImage*, *237*, 118136. https://doi.org/10.1016/j.neuroimage.2021.118136

craving more personalized videos and compulsive use.




65. ***Figure note.*** Graphic from the Washington Post[31] article demonstrating the feedback loop caused by engaging with personalized TikTok videos.

66. Problematic social media use or addiction-like social media is not solely a function of time spent online but is rooted in the design features of these platforms, which exploit cognitive and neural mechanisms to maximize engagement. Social media platforms leverage reinforcement learning principles, using variable reward schedules such as unpredictable likes, comments, and shares.[32] This means that users cannot reliably anticipate when or if they will

[31] Gilbert, C., Sima, R., Shapiro, L., Steckelberg, A., & Ence Morse, C. (2025). *Washington Post*. https://www.washingtonpost.com/wellness/interactive/2025/tiktok-addiction-algorithm-scrolling-mental-health/

[32] Montag, C., Lachmann, B., Herrlich, M., & Zweig, K. (2019). Addictive Features of Social Media/Messenger Platforms and Freemium Games against the Background of

(continued…)

receive a reward on social media. The uncertainty and variable rewards keep users repeatedly checking their feeds, because each visit carries the possibility of a rewarding outcome. This pattern resembles gambling or slot machines, where occasional, irregular rewards create strong motivation to keep trying. Because the brain responds more strongly to rewards that are uncertain, the unpredictability itself becomes a powerful driver of attention and habitual use. Moreover, unpredictable rewards strengthen the habit, as the brain learns to anticipate that another rewarding post, notification, or streak might be just a few swipes away, mirroring the psychological mechanisms underlying behavioral addictions, such as gambling, where unpredictable rewards lead to compulsive behaviors via reward system activation in the brain.[33] Raffoul and colleagues describe that "normal processes of brain development in mid adolescence may heighten vulnerability to exaggerated emotional responses to platform algorithmic practices, such as feeds that are tailored to user behavior and content that becomes increasingly extreme the longer a session continues".[34] Importantly, the culprit to understand addiction-like social media behaviors is not the smartphone itself, the overall time spent on the phone, or even the content with which a user interacts, but rather the use of social media applications installed on smartphones that embed features that are designed to keep users occupied as long as possible.[35]

---

Psychological and Economic Theories. *International Journal of Environmental Research and Public Health*, *16*(14). https://doi.org/10.3390/ijerph16142612

[33] Clark, L., Lawrence, A. J., Astley-Jones, F., & Gray, N. (2009). Gambling near-misses enhance motivation to gamble and recruit win-related brain circuitry. *Neuron*, *61*(3), 481–490. https://doi.org/10.1016/j.neuron.2008.12.031

[34] Raffoul, A., Costello, N., Sutton, B., Jones, M., Ojumu, O., Salvia, M., ... & Austin, S. B. (2023). 36. Adolescent mental health and big tech: investigating policy avenues to regulate harmful social media algorithms. Journal of Adolescent Health, 72(3), S12. https://doi.org/10.1016/j.jadohealth.2022.11.055

[35] Montag, C., Lachmann, B., Herrlich, M., & Zweig, K. (2019). Addictive Features of Social Media/Messenger Platforms and Freemium Games against the Background of

(continued…)

67. Unlike substance use disorders, where addiction is typically dose-dependent—meaning the more of a substance consumed, the greater the risk of addiction—social media addiction does not always follow the same pattern. Instead, it is primarily driven by the features of the platform rather than solely total time spent engaging with it. Indeed, our own work has shown that adolescents who report higher levels of addiction-like social media behaviors and who subjectively indicate they feel addicted to social media do not spend overall more time on social media platforms, as measured objectively. This evidence suggests that the mechanisms underlying social media addiction are not simply about prolonged exposure but rather about how the platform is designed to sustain compulsive engagement.

68. Social media platforms leverage psychological and neurobiological vulnerabilities to maximize user engagement, employing features such as infinite scrolling, algorithmic recommendation, and intermittent reward schedules, all of which mirror mechanisms found in other behavioral addictions. These features create a self-reinforcing loop where users continue engaging, not because of the sheer time available to them, but because the platform makes it difficult to stop. For instance, variable rewards in the form of unpredictable delivery of personally salient feeds activate the brain's dopaminergic reward system. Auto-play functions and personalized recommendations increase the motivational relevance of the content, activating the brain's salience network, which ensures that each piece of content is engaging, while also removing natural stopping points that would otherwise encourage disengagement. The

---

Psychological and Economic Theories. *International Journal of Environmental Research and Public Health*, *16*(14). https://doi.org/10.3390/ijerph16142612; Costello, N., Sutton, R., Jones, M., Almassian, M., Raffoul, A., Ojumu, O., ... & Austin, S. B. (2023). Algorithms, addiction, and adolescent mental health: An interdisciplinary study to inform state-level policy action to protect youth from the dangers of social media. *American Journal of Law & Medicine*, *49*(2-3), 135-172. https://doi.org/10.1017/amj.2023.25; De, D., El Jamal, M., Aydemir, E., & Khera, A. (2025). Social media algorithms and teen addiction: neurophysiological impact and ethical considerations. Cureus, 17(1). https://doi.org/10.7759/cureus.77145

problematic behaviors, therefore, are not solely about how much time an adolescent is using social media but about how the platform interacts with their cognitive and emotional vulnerabilities.

69. Addiction-like social media use is also not tied to the specific type of content on the platform but rather to the features that facilitate compulsive use. Features like infinite scrolling, autoplay, and algorithmic recommendations create a continuous loop of engagement. Unlike other addictions, which are often tied to specific substances or behaviors, social media addiction is content agnostic, meaning that users can develop addictive behaviors regardless of what they are consuming. A user may become deeply engaged with certain types of content because the social media platform continuously amplifies more of that content, even though it may not hold intrinsic addictive qualities. This process can lead to users becoming engrossed in content that they might otherwise have little interest in, had it not been for the platform's personalized amplification. The key factor is not the subject matter but rather the way the platform detects, amplifies, and delivers personalized content to sustain engagement.[36] Unlike substance use disorders, where addiction is primarily driven by the dose of the substance consumed, problematic social media use is driven by behavioral reinforcement mechanisms embedded within the platform's architecture. These features encourage compulsive engagement regardless of the quantity or type of content being consumed**.**

## III. SOCIAL MEDIA IS AN INDEPENDENT RISK FACTOR BEYOND TYPICAL ADOLESCENT EXPERIENCES

70. While adolescence has always been a time of heightened sensitivity to peers and social status, social media has completely transformed adolescents' expectant and normative

[36] Costello, N., Sutton, R., Jones, M., Almassian, M., Raffoul, A., Ojumu, O., ... & Austin, S. B. (2023). Algorithms, addiction, and adolescent mental health: An interdisciplinary study to inform state-level policy action to protect youth from the dangers of social media. *American Journal of Law & Medicine*, *49*(2-3), 135-172. https://doi.org/10.1017/amj.2023.25; De, D., El Jamal, M., Aydemir, E., & Khera, A. (2025). Social media algorithms and teen addiction: neurophysiological impact and ethical considerations. Cureus, 17(1). https://doi.org/10.7759/cureus.77145

drive for social rewards to an unhealthy level. What is fundamentally different now is the medium through which these dynamics unfold and features that transform peer relationships. Social media hasn't just mirrored adolescent behavior; it has amplified, accelerated, and commercialized it in ways never before possible:

71. Algorithmic Amplification: Social media doesn't passively host teen behavior — it actively shapes it via targeted amplification. The platforms' algorithm design exploits adolescents' vulnerabilities to maximize engagement.

72. Commercialization of Adolescence: Social media turns teen identity into data. Their clicks, fears, and insecurities are monetized by companies targeting them with ads, influencers, engagement-maximizing algorithms, and content selected to manipulate their attention and behavior.

73. While sensitivity to peers is not unique to social media, social media amplifies this sensitivity at scale. Classic developmental theories, like Elkind's concept of the *imaginary audience*[37], describe how adolescents often feel as if they are constantly being watched and judged by their peers, [redacted][38] On platforms like Instagram, TikTok, and Snapchat, adolescents aren't just imagining who's watching—they receive immediate, countable feedback in the form of likes, views, comments, and shares, creating a constant stream of social evaluation that is visible, persistent, and sometimes algorithmically broadcast to even wider audiences. Digital context amplifies adolescents' sensitivity to peer feedback. In this way, social media doesn't just reflect adolescents' peer sensitivity—it amplifies and exploits it, shaping how they present themselves, make decisions, and interpret their social worth. While peer sensitivity is not unique to the digital age, social media intensifies it, turning normative developmental tendencies into potential vulnerabilities. While the imaginary audience is a well-documented feature of adolescent development, social media transforms this psychological

---

[37] Elkind, D., & Bowen, R. (1979). Imaginary audience behavior in children and adolescents. *Developmental Psychology*, *15*(1), 38. https://doi.org/10.1037/0012-1649.15.1.38

[38] META_BONTA-00000892

construct into an interactive, algorithmically amplified spotlight, where peer evaluation is no longer imagined but constant, quantifiable, and inescapable.

74. While adolescents have always been sensitive, in part due to neurobiological changes that take place during that phase of life, social media has redefined this. It exploits that sensitivity at scale, with algorithms that have never existed in human development before. This is not just a new setting, it is a structural transformation of adolescence.

75. Social media has dramatically changed the landscape of adolescent development, providing unprecedented opportunities for social interactions around the clock. Social media allow immediate access to social information at any time it is desired and is designed to hold users' engagement by maximizing social rewards. Indeed, nearly all adolescents in the United States are on social media, with 67% using it every day.[39] While social media has profound and significant influences on society as a whole, children and adolescents are uniquely impacted by it due to neurobiological changes in the developing brain.

### A. Brain Development in Adolescents Makes Them Especially Susceptible to Social Media and Its Harm

76. Before detailing how social media impacts youth, I will describe the important changes in the developing brain that make youth especially susceptible to social media and its harms.

#### 1. Defining Adolescence

77. Adolescence is the developmental stage that marks the transition from childhood to adulthood. Based on evidence of continued neurocognitive development, the age range of 10–24 years reflects a scientifically accurate definition of adolescence.[40] The start of adolescence typically begins around the onset of puberty, which occurs when hormones begin to be released in the brain,

---

[39] Rideout, V., Peebles, A., Mann, S., & Robb, M. B. (2022, March 9). The Common Sense Census: Media Use by Tweens and Teens. *Common Sense*.

[40] Sawyer, S. M., Azzopardi, P. S., Wickremarathne, D., & Patton, G. C. (2018). The age of adolescence. *The Lancet Child & Adolescent Health*, *2*(3), 223-228.

approximately two years prior to any physical changes seen on the body. Adolescence can be divided into separate and important developmental stages, including early adolescence (approximately 10-14 years), mid adolescence (approximately 15-17 years), late adolescence[41] (approximately 18-21 years), and emerging adulthood (approximately between 22-24 years).

**2. Brain Development and Neural Plasticity**

78. Prior to the first magnetic resonance imaging (MRI) scans of children in the 1990s, many thought the brain was done developing in childhood. Thanks to the advent of MRI, we now know that the brain continues to undergo significant development well into the 20s and beyond . In fact, adolescence is marked by dramatic changes in brain development, second only to infancy.

79. Research has increasingly focused on how the brain changes over time through neural plasticity—the brain's ability to reorganize in response to experience. Heightened periods of neural plasticity tend to be present in early-ontogeny (i.e., infancy) and mid-ontogeny (i.e., adolescence; see Figure). Indeed, adolescence is recognized as one of the most sensitive periods of neural plasticity, second only to early postnatal development. This plasticity is important because it means that the environment and social context have a particularly strong influence on shaping the developing brain. This heightened plasticity allows adolescents to learn and adapt to their world, but it also makes them more vulnerable to negative environmental factors such as stress or social media exposure. The plasticity of the adolescent brain underscores the importance of supportive environments to foster healthy cognitive, emotional, and social development, and the particularly detrimental effects of negative environments that will have long term impacts on the brain and health. Importantly, once the brain reaches full maturity, its ability to undergo significant neural changes is greatly reduced, helping to preserve the stability of existing neural

---

[41] This age range is sometimes referred to as young adulthood in the literature (e.g., Casey et al., 2020) and sometimes combined with the period of emerging adulthood (Arnett, 2007). However, based on scientific data demonstrating that this developmental period is more similar to adolescence than to adulthood (e.g., Cohen et al., 2016), it is more accurate to refer to this age range is late adolescence.

circuits. This means that experiences in adolescence have long-term effects on the brain that cannot be reversed later in adulthood. Heightened plasticity during adolescence underscores the profound influence of social environments on adolescent development, shaping neural pathways that have long-term implications for behavior and mental health into adulthood–neural pathways that cannot be undone once the brain reaches maturity.




80. ***Figure note.*** Neuroscience research has identified sensitive periods of neural plasticity during which social contexts have a particular influence on development. (a) The figure demonstrates peaks in neural plasticity during two periods of development. Early-ontogeny (i.e., infancy) represents the first period of heightened neural plasticity, during which early rearing environments can shape brain development. Mid-ontogeny (i.e., adolescence) represents a second period of heightened neural plasticity during which time social experiences, such as social media, can shape brain development. (b) Brain systems undergo developmental change at different rates and have unique sensitive periods. Since the neural circuits responsible for simple processes, like vision, serve as the foundation for more complex functions, such as face recognition, the timing and order of sensitive periods for each system follow a cascading order. During adolescence, brain regions particularly involved in social sensitivity are highly plastic. This makes social experiences

like peer relationships or social media have strong impacts on the developing brain. Figure created by Eva Telzer published in invited review paper in Annual Review of Developmental Psychology.[42]

**3. Functional Changes in Brain Development**

81. Adolescence is a time of important changes in how the brain works, as revealed in studies using functional magnetic resonance imaging, or fMRI. Whereas MRI methods allow us to measure the size of the brain, fMRI is a tool that allows us to measure how the brain functions, including which regions or networks of regions are involved or activated during different psychological states. For instance, fMRI allows us to determine which regions of the brain are activated in real time when individuals view algorithmically personalized social media feeds.

82. Research using fMRI to examine functional changes in the brain show that adolescence is a unique and sensitive period that is distinct from childhood and adulthood. Several important functional changes in the developing brain occur during adolescence. This includes functional changes in the (a) affective salience network, which supports adolescents' tendency to find social contexts more emotional (i.e., more pleasurable/aversive), (b) motivational relevance network, which supports adolescents' motivation to achieve rewards or avoid punishments, (c) social cognition (or mentalizing) network, which supports adolescents' ability to consider and weigh the feelings, motivations, and intentions of others, and (d) executive control network, which

---

[42] Telzer, E.H., Escalante, E., Jack, D., & Tsai, R. (2025). How Social and Cultural Processes Shape Adolescents: An Ecocultural Transactional Framework of Adolescent Brain Development. *Annual Review of Developmental Psychology.*

supports executive control processes that help adolescents regulate and control their behaviors. See figure below for a visual of these networks.




83. ***Figure note.*** Brain slices showing networks of the brain involved in social cognition (green), executive control (blue), motivational relevance (red), and affective salience. Figure created by Eva Telzer.

84. The functional changes in each of these developing brain networks are detailed below.

**4. Affective Salience**

85. The affective salience network is closely tied to how individuals experience the emotional significance of experiences[43]. Regions of the affective salience network include the amygdala, insula, and dorsal anterior cingulate cortex (dACC). Areas of the affective salience network tend to peak in sensitivity during adolescence when processing emotionally salient cues[44].

[43] Lindquist, K. A., Satpute, A. B., Wager, T. D., Weber, J., & Barrett, L. F. (2016). The Brain Basis of Positive and Negative Affect: Evidence from a Meta-Analysis of the Human Neuroimaging Literature. *Cerebral Cortex*, *26*(5), 1910–1922. https://doi.org/10.1093/cercor/bhv001

[44] Hare, T. A., Tottenham, N., Galvan, A., Voss, H. U., Glover, G. H., & Casey, B. J. (2008). Biological substrates of emotional reactivity and regulation in adolescence during an emotional go-nogo task. *Biological Psychiatry*, *63*(10), 927–934.

(continued…)

During adolescence, this network shows heightened reactivity, particularly to novel, socially relevant, and emotionally charged information, reflecting the brain's increased sensitivity to cues that signal potential reward or threat. This heightened salience processing helps adolescents learn from their social environment, but it also makes emotionally salient stimuli more likely to capture attention.

**5. Motivational Relevance (i.e., Reward Sensitivity)**

86. Adolescence is a period marked by an orientation to seek out and receive rewards and avoid punishments. During adolescence, there is significant reorganization in the structure and function of brain regions involved in the valuation of and motivation to seek rewards, including the ventral striatum, ventromedial prefrontal cortex, ventral tegmental area, and caudate. Developmentally, adolescents show a peak in activation in regions of the motivational relevance network during reward processing, particularly in social contexts, which then declines into adulthood.[45]

---

https://doi.org/10.1016/j.biopsych.2008.03.015

[45] Braams, B. R., van Duijvenvoorde, A. C. K., Peper, J. S., & Crone, E. A. (2015). Longitudinal changes in adolescent risk-taking: a comprehensive study of neural responses to rewards, pubertal development, and risk-taking behavior. *The Journal of Neuroscience*, *35*(18), 7226–7238. https://doi.org/10.1523/JNEUROSCI.4764-14.2015; Chein, J., Albert, D., O'Brien, L., Uckert, K., & Steinberg, L. (2011). Peers increase adolescent risk taking by enhancing activity in the brain's reward circuitry.

*Developmental Science*, *14*(2), F1-10. https://doi.org/10.1111/j.1467-7687.2010.01035.x; Galvan, A., Hare, T. A., Parra, C. E., Penn, J., Voss, H., Glover, G., & Casey, B. J. (2006). Earlier development of the accumbens relative to orbitofrontal cortex might underlie risk-taking behavior in adolescents. *The Journal of Neuroscience*, *26*(25), 6885–6892. https://doi.org/10.1523/JNEUROSCI.1062-06.2006

87. A seminal study by Galvan et al., (2006)[46] provided the first insights into the heightened reward sensitivity of adolescents compared to both children and adults. Using fMRI, the researchers examined brain activity in response to monetary rewards across different age groups. The study revealed that adolescents exhibit heightened activation in the nucleus accumbens (NAcc), a key region of the brain's reward circuitry, when receiving monetary rewards. This heightened response was significantly greater than that observed in both children and adults, suggesting that the adolescent brain is uniquely tuned to respond more intensely to rewarding stimuli. The heightened reactivity observed in adolescents suggests that they may be more sensitive to rewards than adults, making them more likely to seek out and repeat behaviors that provide immediate gratification. This seminal study fundamentally shifted our understanding of why adolescents are more likely to engage in impulsive, reward-driven behaviors. It provided empirical evidence that adolescents have unique neurobiological vulnerabilities that influence their behavior. See Figure of results of this study below.




[46] Galvan, A., Hare, T. A., Parra, C. E., Penn, J., Voss, H., Glover, G., & Casey, B. J. (2006). Earlier development of the accumbens relative to orbitofrontal cortex might underlie risk-taking behavior in adolescents. *The Journal of Neuroscience*, *26*(25), 6885–6892. https://doi.org/10.1523/JNEUROSCI.1062-06.2006

88. ***Figure note.*** Bars show the level of nucleus accumbens activation when children (white bar), adolescents (grey bar), and adults (black bar) received rewards. Adolescents showed the highest level of activation in the nucleus accumbens, providing the first evidence that adolescents are hypersensitive to rewards. Figure from Galvan et al., 2006

89. In a more recent study using a longitudinal method, Schreuders et al., 2018 scanned the same youth across time. Each participant was scanned 3 times across 5 years. Participants played a game where they could win or lose money. The researchers found a curvilinear age pattern, where adolescents showed the highest sensitivity to winning money in the nucleus accumbens relative to children and adults.[47] Again, this shows that adolescents are hypersensitive to rewards. See figure of results below.




90. ***Figure note.*** The figure shows the amount of nucleus accumbens activation participants showed across age from 10 to 30 years when winning money. Adolescents

[47] Schreuders, E., Braams, B. R., Blankenstein, N. E., Peper, J. S., Güroğlu, B., & Crone, E. A. (2018). Contributions of reward sensitivity to ventral striatum activity across adolescence and early adulthood. *Child Development*, *89*(3), 797–810. https://doi.org/10.1111/cdev.13056

demonstrated the highest level of nucleus accumbens activation. Figure from Shreuders et al., 2018

**6. Social Cognition and Mentalizing**

91. Adolescence is a period of development in which social relationships become increasingly important and complex, relying more on advanced social cognitive skills, including mentalizing and perspective-taking. It has been proposed that social cognition is so essential to the survival and reproductive fitness of humans that our brains include regions specialized for social cognitive processes, putatively referred to as the Social Brain Network.[48] Regions of the social brain include the medial prefrontal cortex (mPFC), the temporoparietal junction (TPJ), the posterior superior temporal sulcus (pSTS), the precuneus, and the temporal poles. Areas within the social brain network continue to develop structurally across adolescence before relatively stabilizing in the early twenties.[49] The maturation of social cognitive brain regions increases the importance of social relationships in adolescence[50], which enhances adolescents' concerns about what others are thinking. As soon as adolescents can understand that other people have distinct thoughts and perspectives, they become preoccupied with the notion that other people's thoughts are focused on their own behavior or appearance. This causes heightened self-consciousness in regions involved in self-processing (e.g., the medial prefrontal cortex) and greater attunement to and concern over peer evaluation, being accepted by peers, and engagement in greater social comparison.[51]

[48] Blakemore, S.-J. (2008). Development of the social brain during adolescence. *Quarterly Journal of Experimental Psychology*, *61*(1), 40–49. https://doi.org/10.1080/17470210701508715

[49] Mills, K., Lalonde, F., Clasen, L. S., Giedd, J. N., & Blakemore, S.-J. (2014). Developmental changes in the structure of the social brain in late childhood and adolescence. *Social Cognitive and Affective Neuroscience*, *9*(1), 123–131. https://doi.org/10.1093/scan/nss113

[50] Blakemore, S.-J., & Mills, K. L. (2014). Is adolescence a sensitive period for sociocultural processing? *Annual Review of Psychology*, *65*, 187–207. https://doi.org/10.1146/annurev-psych-010213-115202

[51] Crone, E. A., & Konijn, E. A. (2018). Media use and brain development during

(continued…)

Adolescents more frequently interpret themselves as being the target of social evaluation leading to such phenomena as the *imaginary audience*, whereby they imagine that their behavior (or social media posts) is the focus of everyone else's concern.

**7. Executive Control**

92. Teens often face unpredictable, complex, and rapidly changing social challenges that require them to engage in effective executive control to meet their goals. Executive control functions typically refer to a series of top-down psychological processes which include inhibitory control, working memory, and cognitive flexibility. Adolescence is a developmental period during which executive control is still developing.[52] The executive control network includes key regions of the prefrontal cortex (PFC) including the dorsolateral and ventrolateral prefrontal cortex as well as the inferior parietal cortex. While children rely on parietal brain regions to complete executive control tasks, by adolescence, prefrontal connections become predominant and continue strengthening and maturing into adulthood.[53]

93. During adolescence, the motivational relevance and affective salience networks undergo rapid development, contributing to heightened sensitivity to rewards and socially and emotionally salient cues in their environment.[54] These neural systems, which are involved in emotion and reward processing, become more reactive and sensitive during adolescence.[55]

---

adolescence. *Nature Communications*, *9*(1), 588. https://doi.org/10.1038/s41467-018-03126-x

[52] Crone, E. A., & Dahl, R. E. (2012). Understanding adolescence as a period of social-affective engagement and goal flexibility. *Nature Reviews. Neuroscience*, *13*(9), 636–650. https://doi.org/10.1038/nrn3313

[53] Luna, B., Paulsen, D. J., Padmanabhan, A., & Geier, C. (2013). Cognitive Control and Motivation. *Current Directions in Psychological Science*, *22*(2), 94–100. https://doi.org/10.1177/0963721413478416

[54] Steinberg, L. (2008). A Social Neuroscience Perspective on Adolescent Risk-Taking. *Developmental Review : DR*, *28*(1), 78–106. https://doi.org/10.1016/j.dr.2007.08.002

[55] Galván, A. (2021). Adolescent brain development and contextual influences: A decade

(continued…)

Meanwhile, as illustrated above, executive functions in the PFC, which support decision-making, cognitive control, impulse control, and emotion regulation, continue to mature well into the twenties.[56] Maturation of the PFC and its connectivity with networks involved in social cognition, affective salience, and motivational relevance continues throughout adolescence and does not show mature top-down regulation until early adulthood.[57]

94. Heightened reward-system activation, coupled with later and more gradual development of the brain's executive control system, is particularly important for understanding the development of both emotion regulation and the ability to use the brain's "brake system" to inhibit impulsive behavior. The temporal gap between these systems is thought to create a developmental window of vulnerability in adolescence during which youth are highly sensitive to rewarding and thrilling experiences at the developmental period when their PFC is not yet able to effectively engage in cognitive control.[58]

---

in review. *Journal of Research on Adolescence*, *31*(4), 843–869. https://doi.org/10.1111/jora.12687

[56] Gogtay, N., Giedd, J. N., Lusk, L., Hayashi, K. M., Greenstein, D., Vaituzis, A. C., Nugent, T. F., Herman, D. H., Clasen, L. S., Toga, A. W., Rapoport, J. L., & Thompson, P. M. (2004). Dynamic mapping of human cortical development during childhood through early adulthood. *Proceedings of the National Academy of Sciences of the United States of America*, *101*(21), 8174–8179. https://doi.org/10.1073/pnas.0402680101

[57] Casey, B. J., Simmons, C., Somerville, L. H., & Baskin-Sommers, A. (2022). Making the sentencing case: psychological and neuroscientific evidence for expanding the age of youthful offenders. *Annual Review of Criminology*, *5*(1), 321–343. https://doi.org/10.1146/annurev-criminol-030920-113250

[58] Casey, B. J. (2015). Beyond simple models of self-control to circuit-based accounts of adolescent behavior. *Annual Review of Psychology*, *66*, 295–319. https://doi.org/10.1146/annurev-psych-010814-015156

**B. Social Media and Adolescent Brain Development**

95. Developmental neuroscience research shows that during adolescence, subcortical reward-related regions (e.g., ventral striatum) mature earlier than prefrontal systems involved in cognitive control, biasing behavior toward novelty seeking, reward sensitivity, and social exploration in ways that historically promoted skill acquisition, peer bonding, and survival-relevant learning. However, the modern social environment differs dramatically from the conditions under which these neural systems evolved, amplifying these inclinations in ways that can be harmful.[59] Social media platforms provide constant, algorithmically amplified social rewards, social comparison, and opportunities for risk exposure that are immediate, quantifiable, and socially salient, exploiting adolescents' heightened reward sensitivity and susceptibility to peer evaluation. As a result, neural tendencies that once supported adaptive exploration can become a vulnerability. Thus, adolescent neurodevelopment reflects an evolutionary mismatch in which biologically normative reward-seeking and risk-taking are increasingly shaped by digital contexts that magnify potential harms beyond what the developing brain is equipped to regulate.

---

[59] Spear, L. P. (2000). The adolescent brain and age-related behavioral manifestations. *Neuroscience and Biobehavioral Reviews*, *24*(4), 417–463. https://doi.org/10.1016/s0149-7634(00)00014-2

96. The neural systems I outlined in the section above overlap with the systems supporting social media use, as outlined in a 2015 model describing the "Emerging Neuroscience of Social Media". See Figure below from Meshi et al., 2015[60]




Figure 2. Proposed Brain Networks Involved in Social Media Use. Extensive neuroimaging research into social cognition with offline paradigms has revealed several key brain networks that may be involved in social media use. (i) The mentalizing network (brain regions in blue): dorsomedial prefrontal cortex (DMPFC), temporoparietal junction (TPJ), anterior temporal lobe (ATL), inferior frontal gyrus (IFG), and the posterior cingulate cortex/precuneus (PCC); (ii) the self-referential cognition network (brain regions in red): medial prefrontal cortex (MPFC) and PCC; and (iii) the reward network (brain regions in green): ventromedial prefrontal cortex (VMPFC), ventral striatum (VS), and ventral tegmental area (VTA). Adapted and reproduced, with permission, from [87,88].

97. Below, I detail how neurodevelopment in key neurobiological systems—including those involved in social processing, executive function, motivational relevance (i.e., reward sensitivity), and affective salience—make social media use during this time uniquely powerful, as adolescents become more attuned to social interactions and feedback while also experiencing shifts in impulse control, emotional reactivity, and reward processing that make digital engagement particularly compelling. I then turn to evidence of the neurobiological effects of social media in adolescents.

### 1. Neurobiological Changes That Make Algorithms on Social Media Especially Potent

98. One central aspect of adolescent neurodevelopment is the increasing importance of peers and social relationships. During adolescence, the "social brain" undergoes significant development, particularly in systems involved in mentalizing—the ability to infer what others are

[60] Meshi, D., Tamir, D. I., & Heekeren, H. R. (2015). The emerging neuroscience of social media. *Trends in cognitive sciences*, *19*(12), 771-782. https://doi.org/10.1016/j.tics.2015.09.004

thinking, feeling, and intending—and in peer salience, the heightened importance of social information coming from peers. Changes in the structure and function of the "social brain" network, which includes regions such as the medial prefrontal cortex, superior temporal sulcus, and temporoparietal junction, lead to greater sensitivity to cues about social acceptance, status, and belonging, and they devote more cognitive and emotional resources to understanding how they are perceived by others and their peers.[61] Recommender algorithms on social media amplify this sensitivity by continuously presenting adolescents with socially rich information and signals about what is popular or trending. Because adolescents are actively mentalizing—asking "What do others think of me?" and "Where do I fit in?"—algorithmic recommendations are often interpreted by the adolescent brain as if they were meaningful social signals, shaping beliefs about norms, popularity, and personal value. Over time, this can influence self-concept, preferences, and behavior. In this way, recommender algorithms supply a constant stream of socially relevant cues at a stage when the brain is especially tuned to detect, interpret, and learn from them. The salience of social interactions during this period may explain why adolescents are drawn to social media and why digital social experiences have lasting effects on their emotional well-being and mental health.

99. Additionally, adolescence is characterized by shifts in reward processing, with an increased sensitivity to appetitive, novel, and arousing stimuli due to changes in the dopamine system and the maturation of the ventral striatum.[62] This makes social media particularly enticing, as its unpredictable, fast-paced, and reward-based structure aligns with the adolescent brain's heightened response to novelty and rewards. Features such as algorithms and recommender systems capitalize on these neurobiological tendencies, reinforcing habitual use and making social media

---

[61] Blakemore, S.-J., & Mills, K. L. (2014). Is adolescence a sensitive period for sociocultural processing? *Annual Review of Psychology*, *65*, 187–207. https://doi.org/10.1146/annurev-psych-010213-115202

[62] Steinberg, L. (2008). A Social Neuroscience Perspective on Adolescent Risk-Taking. *Developmental Review : DR*, *28*(1), 78–106. https://doi.org/10.1016/j.dr.2007.08.002

difficult to resist. As outlined by Zhou & Moore (2025)[63], "Personalized recommendation systems exploit these neurodevelopmental traits by consistently offering emotionally gratifying content that triggers dopaminergic reward circuits. This conditioning can lead to habitual engagement with low-effort, high-reward media stimuli, reinforcing short-term gratification over long-term planning." Adolescents' heightened reward processing may reinforce attention and engagement to certain feeds, further training the algorithm to show them rewarding feeds, creating a feedback loop that is especially powerful for adolescents. In this way, the design of algorithmic feeds aligns closely with the developmental profile of the adolescent reward system, making these platforms particularly salient and habit-forming for teens. Over time, this can strengthen addictive habits, as well as shape preferences and expectations about social interaction. Adolescents may therefore be more likely than adults to develop problematic social media behaviors, especially if they struggle with impulse control or delaying gratification.

100. Compounding these effects is affective salience, or the degree to which social experiences are emotionally salient and capture and hold attention. While reward sensitivity governs an adolescent's motivation to seek rewards or avoid punishments, affective salience determines how intensely social experiences are felt. Adolescents experience heightened emotional reactivity, meaning that social interactions—both positive and negative—carry greater emotional weight than they do in childhood or adulthood.[64] This is driven in part by increased activity in the amygdala, which processes emotional significance, as well as an imbalance between these systems and the still-developing prefrontal cortex, which regulates emotional responses.[65] Recommender

---

[63] Zhou, F., & Moore, H. (2025). How Personalized Recommendations Shape Attention and Information Processing in American Youth. *Current Research in Psychological Science*, *1*(1), 1-15. https://doi.org/10.53104/curr.res.psychol.sci.2025.07001

[64] Silvers, J. A., McRae, K., Gabrieli, J. D. E., Gross, J. J., Remy, K. A., & Ochsner, K. N. (2012). Age-related differences in emotional reactivity, regulation, and rejection sensitivity in adolescence. *Emotion*, *12*(6), 1235–1247. https://doi.org/10.1037/a0028297

[65] Tottenham, N., & Galván, A. (2016). Stress and the adolescent brain: Amygdala-

(continued…)

algorithms on social media are designed to prioritize content that elicits strong emotional engagement. Posts that provoke excitement, humor, outrage, admiration, or social comparison are more likely to be amplified because they generate clicks, shares, and prolonged viewing. For adolescents, whose salience networks are already biased toward emotionally and socially meaningful information, algorithmically curated feeds can therefore have an outsized impact. The systematic and repeated prioritization of salient feeds by recommender systems will therefore interact with a brain network that is biologically tuned to notice, react to, and learn from emotionally significant signals.

101. At the same time, executive functions, such as cognitive control, attentional regulation, decision-making, and the ability to weigh short-term rewards against longer-term consequences, are still developing, particularly within the prefrontal cortex, which continues to mature into early adulthood.[66] The executive control network is central to understanding why algorithmically curated social media has particularly strong effects on adolescents, because this network supports the very capacities that are required to regulate engagement. Unlike reward and salience systems, which mature relatively early, the executive control network develops more gradually and continues to refine its efficiency and connectivity throughout adolescence and into early adulthood. Recommender algorithms place sustained demands on executive control. Infinite scrolling of emotionally salient posts coupled with variable rewards continuously compete for attention and encourage immediate engagement rather than reflective decision-making. For adolescents, whose executive control system is still developing, this creates an environment in which externally driven cues can easily override internally set goals, such as limiting social media use, focusing on schoolwork, or disengaging from endless, curated feeds.

---

prefrontal cortex circuitry and ventral striatum as developmental targets. *Neuroscience and Biobehavioral Reviews*, *70*, 217–227. https://doi.org/10.1016/j.neubiorev.2016.07.030

[66] Casey, B. J., Heller, A. S., Gee, D. G., & Cohen, A. O. (2019). Development of the emotional brain. *Neuroscience Letters*, *693*, 29–34. https://doi.org/10.1016/j.neulet.2017.11.055

102. Importantly, when reward and salience networks are strongly activated, as they often are by algorithmic feeds, executive control is more likely to be compromised or temporarily downregulated. This imbalance helps explain why adolescents may intend to stop scrolling or use platforms purposefully yet find themselves repeatedly drawn back by algorithmically salient feeds. From this perspective, recommender systems systematically shift the balance toward reward and salience signals at a time when executive regulation is still maturing. These recommender systems exploit developmental differences in the brain's capacity to regulate attention, emotion, and behavior. If an adolescent struggles to regulate attention and inhibit impulses, they may find it especially difficult to disengage from social media, reinforcing compulsive use.

103. As described by Zhou & Moore (2025)[67] "[f]rom a neurodevelopmental perspective, [algorithms] may interfere with the maturation of the prefrontal cortex… The adolescent brain's heightened neuroplasticity intensifies the consolidation of behaviors that are consistently reinforced by external cues. Personalization magnifies this effect by removing friction and uncertainty from the user experience. When content reliably produces affective responses aligned with preexisting preferences, the brain learns to anticipate reward without engaging higher-order cognitive processes, increasing vulnerability to compulsive usage patterns, particularly among youth with weaker impulse regulation."

104. Together, these neurodevelopmental factors help explain why adolescents are particularly susceptible to the pull of social media, why some are at greater risk for problematic use, and how social media shapes brain development in ways that extend beyond adolescence. As outlined in their article Algorithms, Addiction, And Adolescent Mental Health, Costello et al (2023)[68], describe:

---

[67] Zhou, F., & Moore, H. (2025). How Personalized Recommendations Shape Attention and Information Processing in American Youth. *Current Research in Psychological Science*, *1*(1), 1-15. https://doi.org/10.53104/curr.res.psychol.sci.2025.07001

[68] Costello, N., Sutton, R., Jones, M., Almassian, M., Raffoul, A., Ojumu, O., ... & Austin, S. B. (2023). Algorithms, addiction, and adolescent mental health: An interdisciplinary study to

(continued…)

> Neuroscience research has identified unique characteristics of the adolescent brain that place adolescents, rather than adults or younger children, at particular risk to negative mental health effects of social media use. These characteristics include: (1) the heightened sensitivity to social cues, (2) increased emotional responses as a product of underdeveloped judgment regions and more mature emotion processing regions, and (3) social media's ability to activate reward processing regions in the brain to motivate continued engagement. Social media platforms that are highly visual or image-based, where digitally altered and unrealistic images of body shape and thinness are common, compound the links between social media use and subsequent mental health harms. Adolescents are especially sensitive to peer feedback that communicates social preferences and have exaggerated emotional responses because of the brain's reduced ability to regulate emotional responses. Persistent exposure to social media content is driven by algorithms and platform practices that engage sensitive reward processing structures to motivate teens to stay on platforms longer. Altogether, the interaction of normative adolescent neurodevelopment with features of social media platforms, particularly those that are image-based, increases mental health risks to young people[.]

105. As such, social media can have reinforcing, cascading effects on psychosocial development and health behaviors across this developmental period, with critical implications for mental health outcomes. Before addressing these issues, I discuss the unique features of social media that contribute to its impact on adolescents.

### 2. Unique Features of Social Media

106. There are several unique features of social media that distinguish it from other forms of social interaction and contribute to its impact on adolescents. These features of social media have unique and potent influences on adolescent development, making social media distinct and unlike

---

inform state-level policy action to protect youth from the dangers of social media. *American Journal of Law & Medicine*, *49*(2-3), 135-172. https://doi.org/10.1017/amj.2023.25

any social landscape adolescents have previously navigated. In their T*ransformation Framework*, Nesi et al. (2018) outline the unique features of social media[69]:

107. **Publicness**. Social media platforms enable wide audiences to view, like, share, and comment on content, making it far more public than most offline interactions. Adolescents are especially concerned about how others view them and literally construct an "imaginary audience" whereby they have a heightened sense of self-consciousness and imagine that their behavior is the focus of everyone else's concern[70]. Due to its publicness, social media has added another level of stress and worry about being judged. The imagined audience is now so much bigger—rather than a few classmates, it might be everyone in one's social network. Additionally, tagging in photos or posts can make content more publicly visible than originally intended, sometimes leading to social stress or embarrassment.

108. **Visualness.** Social media has become predominantly a visual medium, with an emphasis on images, videos, and aesthetic presentation. Adolescents often curate their online identities, using photo-editing apps, beauty filters, and carefully selected angles to present idealized versions of themselves. The prevalence of appearance-enhancing filters can lead to body image concerns and appearance-based social comparisons, especially among adolescents who frequently see unrealistic portrayals of beauty online. Tagging in photos also adds social pressure, as adolescents may feel the need to control how they are presented by others in public spaces. Additionally, disappearing or ephemeral content (such as Instagram Stories) encourages frequent sharing of visual updates. The emphasis on instance, visually engaging content reinforces the importance of aesthetics and appearance-driven social validation, shaping adolescent self-

---

[69] Nesi, J., Choukas-Bradley, S., & Prinstein, M. J. (2018). Transformation of Adolescent Peer Relations in the Social Media Context: Part 1-A Theoretical Framework and Application to Dyadic Peer Relationships. *Clinical Child and Family Psychology Review*, *21*(3), 267–294. https://doi.org/10.1007/s10567-018-0261-x

[70] Elkind, D. (1967). Egocentrism in Adolescence. *Child Development*, *38*(4), 1025. https://doi.org/10.2307/1127100

presentation and peer dynamics in unique ways. This focus on visuals also affects how adolescents curate their online identities, often prioritizing visually appealing content to gain approval, as well as the application of appearance-enhancing filters.

109. **Availability**. Social media platforms are accessible 24/7, providing constant opportunities for interaction, feedback, and connection. Features such as notifications, streaks (on Snapchat[71],) , and status indicators ("active now") contribute to compulsive checking and a fear of missing out (FOMO)[72]. Adolescents may feel pressured to stay constantly updated and respond immediately to messages and maintain Snapchat streaks or active posting habits, which can interfere with sleep and other daily activities. One of the most addictive aspects of social media is the endless scroll coupled with algorithmically tailored feeds, where platforms continuously load new content without a stopping point. This design feature keeps adolescents passively engaged for extended periods, making it easy to lose track of time and prioritizing social media over sleep, schoolwork, or in-person interactions. The combination of constant accessibility and infinite content fosters a sense of urgency to stay updated, reinforcing habitual use, contributing to digital stress[73], and interfering with mental well-being and self-regulation.

110. **Algorithmically Driven Engagement**. Social media platforms use algorithms that prioritize engagement. These algorithms provide a personalized experience that the platforms predict will be engaging, based sometimes on inferred preferences and on what the users have

---

[71] Snapchat is not part of this lawsuit, but it nevertheless helps to briefly discuss it and some of its features here and elsewhere to help explicate these and other aspects of social media more generally.

[72] *Griffiths, M.D. & Kuss, D.J. (2017). Adolescent social media addiction (revisited). Education and Health, 35, 59-62.*

[73] Nick, E.A., Kilic, Z., Nesi, J., Telzer, E.H., Lindquist, K.A., & Prinstein, M.J. (2022). Adolescent digital stress: Frequencies, correlates, and longitudinal association with depressive symptoms. *Journal of Adolescent Health, 70*, 336-339. https://doi.org/10.1016/j.jadohealth.2021.08.025

previously liked or interacted with. Recommendation algorithms predict engagement and recommend feeds based on how other similar users (e.g., demographics such as age or geolocation) engaged with a particular post. When a user first joins the platform for instance, demographic information is largely used to infer preferences since there is little else to rely on. Social media platforms are designed to provide content to increase engagement and retain viewers, using algorithms that populate individual feeds with material that entices users to stay engaged for longer periods[74]. Adolescents may find themselves drawn into endless scrolling loops, repeatedly exposed to trending challenges, viral beauty standards, posts promoting suicide and self-harm, posts showing violence or extreme viewpoints. Features like "For You" pages and recommended posts amplify this effect, shaping adolescents' worldview, self-esteem, and behaviors based on what the platform determines will keep them engaged. Although not proposed in the original transformation framework by Nesi et al. (2018), this is one of the most salient features making social media uniquely potent in terms of transforming adolescents' social landscape.

111. Algorithms further affect adolescents by maximizing profits via advertising companies that target specific demographics.[75] Targeting adolescents with advertisements can distort social norms and embed persuasive content within emotionally salient social contexts, which can cause them to spend money or otherwise make decisions they would not have made. These risks are heightened when adolescents are in psychologically vulnerable states, such as feeling insecure or dissatisfied with their bodies. An adolescent who engages with content related to

---

[74] Costello, N., Sutton, R., Jones, M., Almassian, M., Raffoul, A., Ojumu, O., ... & Austin, S. B. (2023). Algorithms, addiction, and adolescent mental health: An interdisciplinary study to inform state-level policy action to protect youth from the dangers of social media. *American Journal of Law & Medicine*, *49*(2-3), 135-172. https://doi.org/10.1017/amj.2023.25

[75] Costello, N., Sutton, R., Jones, M., Almassian, M., Raffoul, A., Ojumu, O., ... & Austin, S. B. (2023). Algorithms, addiction, and adolescent mental health: An interdisciplinary study to inform state-level policy action to protect youth from the dangers of social media. *American Journal of Law & Medicine*, *49*(2-3), 135-172. https://doi.org/10.1017/amj.2023.25

appearance, weight, or self-improvement may subsequently be shown ads for dieting products, cosmetic enhancements, fitness programs, or appearance-focused influencers. This is highlighted in former Facebook Executive Sarah Wynn-Williams book (2025)[76] referencing a 2017 leaked document: "offering advertisers the opportunity to target 13- to- 17- year-olds across its platforms, including Instagram, during moments of psychological vulnerability when they feel 'worthless', 'insecure', 'stressed', 'defeated', 'anxious', 'stupid', 'useless', and like a failure. Or to target them when they're worried about their bodies and thinking of losing weight. Basically, when a teen is in a fragile emotional state".

**3. Evidence of the Neurobiological Effects of Social Media in Adolescents**

112. It is well established in the field of neuroscience that environmental factors play a crucial role in shaping brain development and function.[77] From experiences in the home and

[76] Wynn-Williams, S. 2025. *Careless People: A Cautionary Tale of Power, Greed, and Lost Idealism*. Flatiron Books.

[77] Kolb, B., & Whishaw, I. Q. (1998). Brain plasticity and behavior. *Annual Review of Psychology*, 49(1), 43–64. https://doi.org/10.1146/annurev.psych.49.1.43; Nelson, C.A., de Haan, M., & Thomas, K. M. (2015). *Neuroscience of cognitive development: the role of experience and the developing brain*. John Wiley & Sons, Inc. https://doi.org/10.1002/9780470939413; Nelson, C. A., & Gabard-Durnam, L. J. (2020). Early adversity and critical periods: Neurodevelopmental consequences of violating the expectable environment. *Trends in Neurosciences*, 43(3), 133–143. https://doi.org/10.1016/j.tins.2020.01.002

parenting[78], to peer environments[79], to school settings[80], the brain exhibits a remarkable degree of plasticity in response to environmental experiences. In recent years, the rapid proliferation of digital technology and social media platforms has introduced a new and pervasive environmental influence. This has prompted a growing body of scientific inquiry into how these new social media environments affect neural processes, cognitive development, socioemotional functioning, and mental health. A growing body of rigorous peer-reviewed literature (discussed in detail below) has documented the neural and behavioral consequences of social media experiences.

---

[78] Miller, J. G., Ho, T. C., Kirshenbaum, J. S., Chahal, R., Gifuni, A. J., & Gotlib, I. H. (2021). Testing a developmental model of positive parenting, amygdala–subgenual anterior cingulate cortex connectivity, and depressive symptoms in adolescents before and during the COVID-19 pandemic. *Biological Psychiatry Global Open Science*, *1*(4), 291-299 https://doi.org/10.1016/j.bpsgos.2021.07.005; Whittle, S., Pozzi, E., Rakesh, D., Kim, J. M., Yap, M. B., Schwartz, O. S., ... & Vijayakumar, N. (2022). Harsh and inconsistent parental discipline is associated with altered cortical development in children. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging*, 7(10), 989-997. https://doi.org/10.1016/j.bpsc.2022.02.001

[79] Raufelder, D., Neumann, N., Domin, M., Lorenz, R. C., Gleich, T., Golde, S., ... & Hoferichter, F. (2021). Do belonging and social exclusion at school affect structural brain development during adolescence? *Child Development*, *92*(6), 2213-222. https://doi.org/10.1111/cdev.13613

[80] Rakesh, D., Zalesky, A., & Whittle, S. (2023). The role of school environment in brain structure, connectivity, and mental health in children: A multimodal investigation. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging*, *8*(1), 32-41. https://doi.org/10.1016/j.bpsc.2022.01.006

**a. Impairments in Executive Control Coupled with Hypersensitivity to Rewards**

113. Puberty induces key hormonal changes that result in the reorganization of dopaminergic pathways in reward-related brain regions.[81] As a result, adolescents show a heightened sensitivity to rewards and an increased tendency to seek out exciting, novel experiences. Adolescents, relative to children and adults, show amplified responses to reward in a key brain region in the dopamine system—the ventral striatum.[82] Adolescents exhibit greater ventral striatum activation relative to children and adults when anticipating social rewards and avoiding social punishments (e.g., receiving social acceptance or avoiding rejection from peers), when engaging in thrilling behaviors in front of peers.[83] Because of their heightened reward sensitivity, adolescents

---

[81] Urošević, S., Collins, P., Muetzel, R., Lim, K. O., & Luciana, M. (2014). Pubertal status associations with reward and threat sensitivities and subcortical brain volumes during adolescence. *Brain and Cognition*, *89*, 15–26. https://doi.org/10.1016/j.bandc.2014.01.007

[82] The ventral striatum and nucleus accumbens are used interchangeably to refer to the same region.

[83] Schreuders, E., Braams, B. R., Blankenstein, N. E., Peper, J. S., Güroğlu, B., & Crone, E. A. (2018). Contributions of reward sensitivity to ventral striatum activity across adolescence and early adulthood. *Child Development*, *89*(3), 797–810. https://doi.org/10.1111/cdev.13056; Chein, J., Albert, D., O'Brien, L., Uckert, K., & Steinberg, L. (2011). Peers increase adolescent risk taking by enhancing activity in the brain's reward circuitry. *Developmental Science, 14*(2), F1-10. https://doi.org/10.1111/j.1467-7687.2010.01035.x; Guyer, A. E., McClure-Tone, E. B., Shiffrin, N. D., Pine, D. S., & Nelson, E. E. (2009). Probing the neural correlates of anticipated peer evaluation in adolescence. *Child Development*, *80*(4), 1000–1015. https://doi.org/10.1111/j.1467-8624.2009.01313.x; Sherman, L. E., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2018). What the brain "Likes": neural correlates of providing feedback on social media. *Social Cognitive and Affective Neuroscience*, *13*(7), 699–707. https://doi.org/10.1093/scan/nsy051; Somerville, L. H., Hare, T., & Casey, B. J. (2011).

(continued…)

experience greater feelings of reward, particularly when algorithms feed adolescents highly salient and rewarding posts with intermittent rewards that keep them coming back for more.

114. Given the unprecedented access adolescents have to social information on digital platforms, regulation of emotions and behaviors driven by cognitive control networks is particularly important during this time. Navigating social media requires users to regulate their emotional responses and behaviors online. Unfortunately, adolescents' protracted development of the executive control network may lead to difficulty initiating and sustaining self-regulatory processes which can impact their ability to control responses within rewarding social media contexts. Features like infinite scrolling, autoplay, and push notifications continuously offer quick bursts of stimulation, reducing opportunities for adolescents to practice patience and self-regulation. Recommender algorithms that continuously feed the user with appetitive and highly salient posts, keep adolescents highly engaged. As they become accustomed to rapid feedback and highly personalized feeds, the ability to delay gratification may weaken, making it more challenging for adolescents to develop long-term self-discipline and impulse control.

115. Adolescence is a critical period for brain development, particularly in regions responsible for cognitive control and emotion regulation. As social media use becomes increasingly prevalent among youth, researchers have begun to explore its potential psychological consequences, particularly for those with underdeveloped executive control systems. One emerging concern is that adolescents whose executive control network is relatively less mature may be at heightened risk for the detrimental effects of social media on emotional well-being.

116. To test this hypothesis, researchers conducted a multimethod study to examine the links between time spent on social media and negative affect, with a focus on whether adolescents with weaker connectivity in the executive control network are most vulnerable to these effects.[84]

---

Frontostriatal maturation predicts cognitive control failure to appetitive cues in adolescents. *Journal of Cognitive Neuroscience*, *23*(9), 2123–2134. https://doi.org/10.1162/jocn.2010.21572

[84] Kang, Y., Ahn, J., Cosme, D., Mwilambwe-Tshilobo, L., McGowan, A., Zhou, D., Boyd, Z. M., Jovanova, M., Stanoi, O., Mucha, P. J., Ochsner, K. N., Bassett, D. S., Lydon-

(continued…)

They employed ecological momentary assessment (EMA) to track real-time fluctuations in mood in relation to social media use and functional magnetic resonance imaging (fMRI) to assess executive control network connectivity, specifically within the frontoparietal network of the brain. Their results revealed that late adolescents who spent more time on social media experienced greater increases in negative affect. Moreover, weaker average functional connectivity within the frontoparietal system was identified as a risk factor, amplifying the negative emotional consequences of social media use. Specifically, for adolescents with weaker frontoparietal functional connectivity, spending extended time on social media predicted subsequent increases in negative affect (see Figure).




117. ***Figure note.*** Figure depicts the temporal relationship between time spent on social

---

Staley, D., & Falk, E. B. (2023). Frontoparietal functional connectivity moderates the link between time spent on social media and subsequent negative affect in daily life. *Scientific Reports*, *13*(1), 20501. https://doi.org/10.1038/s41598-023-46040-z

media and subsequent negative affect. Individuals with the weakest (shown by the dotted light blue line) and mean (shown by the dashed medium blue line) levels of functional connectivity within the frontoparietal system at baseline reported greater increases in negative affect following longer than their usual social media use, using time varying reports collected twice a day. FC = functional connectivity; SD = standard deviation. Figure from Kang et al., 2023

118. These findings highlight the critical role of the frontoparietal system in regulating emotions and mitigating negative emotional experiences. The frontoparietal network is implicated in cognitive control over emotions, and disruptions or immaturities in this system have been linked to greater difficulties in emotion regulation. Importantly, the researchers also found that lower frontoparietal functional connectivity was associated with higher depressive and anxiety symptoms, as well as greater challenges in regulating emotions. This underscores the significant mental health risks that social media poses, particularly for adolescents with underdeveloped cognitive control systems, underscoring how individual differences in brain development renders some youth particularly vulnerable to its negative effects.

119. Social media is a major source of distraction that can hinder users from successfully fulfilling important tasks by tempting them to use social media instead. Social Media Distraction refers to the process by which social media cues draw individuals' attention away from a task that they originally pursued[85]. Social media distraction can be external (i.e., from the environment), such as receiving a notification or seeing a continuous feed of highly personalized and salient posts that are hard to look away from, or internal (i.e., from within a person), for example when a user

---

[85] Koessmeier, C., & Büttner, O. B. (2021). Why are we distracted by social media? distraction situations and strategies, reasons for distraction, and individual differences. *Frontiers in Psychology*, *12*, 711416. https://doi.org/10.3389/fpsyg.2021.711416; Wei, Z., Guo, Y., Tsang, M. H. L., Montag, C., Becker, B., & Kou, J. (2024). Social media distractions alter behavioral and neural patterns to global-local attention: The moderation effect of fear of missing out. *Computers in Human Behavior*, *157*, 108258. https://doi.org/10.1016/j.chb.2024.108258

starts thinking about social media (e.g., the feeling of scrolling endlessly on their personalized feed). Due especially to mobile access to social media, this permeates into classrooms.

120. Distractions are caused by task-irrelevant stimuli that interrupt goal-directed behavior[86]. Such distractions should be ignored when people want to focus on a task that requires their attention to fulfill a goal. For instance, when doing homework, focusing on a lesson in class, or studying, social media cues are distracting by drawing the attention away from the primary task at hand. As discussed by Koessmeier & Büttner (2021), there are 3 possible reactions to social media distractions: (1) *ignoring* the distraction and going on with the task; (2) *stopping* the task to use social media instead; or (3) starting to *multitask* (frequent switching between the task and social media). Most adolescents react with option 2 or 3. One explanation for why users engage in social media instead of ignoring it when engaged in a task is a failure of self-control. To forego the short-term reward of using social media for the benefit of long-term goals, social media users need to exert self-control. Social Media Self-Control Failure occurs when people fail in controlling their social media use when it conflicts with other goals and obligations.[87] Social media's strong pull and hedonic appeal lead individuals to override their primary goals and tasks.

121. One study of individuals ages 18 to 69 years identified two types of Social Media Distraction: Social Distraction and Task-related Distraction.[88] *Social Distraction* refers to an increased susceptibility to social media distractions because of striving for social connection and

[86] Clapp, W. C., & Gazzaley, A. (2012). Distinct mechanisms for the impact of distraction and interruption on working memory in aging. *Neurobiology of Aging*, *33*(1), 134–148. https://doi.org/10.1016/j.neurobiolaging.2010.01.012

[87] Du, J., van Koningsbruggen, G. M., & Kerkhof, P. (2018). A brief measure of social media self-control failure. *Computers in Human Behavior*, *84*, 68–75. https://doi.org/10.1016/j.chb.2018.02.002

[88] Koessmeier, C., & Büttner, O. B. (2021). Why are we distracted by social media? distraction situations and strategies, reasons for distraction, and individual differences. *Frontiers in Psychology*, *12*, 711416. https://doi.org/10.3389/fpsyg.2021.711416

fulfilling others' expectations, suggesting that social cravings may motivate multitasking and result in social media self-control failure because social media is rewarding. *Task-related Distraction*, on the other hand, refers to an increased susceptibility to social media distractions in order to avoid unpleasant tasks, or to make uncomfortable situations more pleasant.[89] Fear of Missing out (FoMO) emerged as a significant predictor of both social and task-related distraction. This suggests that users neglect their tasks in favor of not missing out on things online. Excessive social media use and a failure to engage in social media self-control therefore may occur due to anxiety about being disconnected from others.

122. An experimental fMRI study in late adolescence examined the neural mechanism of social media distraction.[90] The researchers manipulated social information distractions from social media during an attention task and found that social media distraction caused a decrease in behavioral accuracy for both global and local (i.e., detailed) attention, while nonsocial information (e.g., Web browser "downloading done" alerts) distraction only affected global attention accuracy. This suggests that online social media information distracts attention more profoundly. At the brain level, compared to non-social-media distraction, social online media information disrupts attention via the default mode network and stronger engagement of the visual network.

123. With smartphones providing constant mobile access, social media distraction—when social media diverts attention from an ongoing task—readily permeates classrooms. Adolescence is a period of heightened vulnerability to distraction, given ongoing maturation of

---

[89] Clapp, W. C., & Gazzaley, A. (2012). Distinct mechanisms for the impact of distraction and interruption on working memory in aging. *Neurobiology of Aging*, *33*(1), 134–148. https://doi.org/10.1016/j.neurobiolaging.2010.01.012

[90] Wei, Z., Guo, Y., Tsang, M. H. L., Montag, C., Becker, B., & Kou, J. (2024). Social media distractions alter behavioral and neural patterns to global-local attention: The moderation effect of fear of missing out. Computers in Human Behavior, 157, 108258. https://doi.org/10.1016/j.chb.2024.108258

prefrontal cognitive control systems alongside sensitivity to rewarding social information.[91] The constant availability of smartphones therefore will increase social media distraction during school hours, creating unique challenges for adolescents' ability to regulate attention and maintain focus on academic tasks. This is particularly challenging for students' learning, because repeated exposure to algorithmic reward structures makes it more difficult to resist using the platforms, creating challenges with maintaining sustained attention and engaging in effortful cognitive processes required for learning.

124. In a recently published study, we took a fine-grained approach to examine adolescents' smartphone use during school by examining screen time at each hour of the school day.[92] We further tested how smartphone use during school is associated with cognitive control, a key developmental process underlying academic success and self-regulation.

125. Across a sample of 79 adolescents in middle and high school, we computed screentime for each hour of the day. Adolescents were on their phone during every hour of the school day, ranging from a mean of 16.01 minutes at 8 am to 22.26 minutes at 2 pm. Adolescents spent about one-third (2.22 total hours) of the school day on their phones, accounting for 28% of their average 24-hour phone use of 8.02 hours daily. This ranged from a minimum of 8 minutes on




[91] Casey BJ. Beyond simple models of self-control to circuit-based accounts of adolescent behavior. *Annual Review of Psychology*. 2015 Jan 3;66(1):295-319

[92] Telzer, E.H., & Burnell, K. (in press). Adolescents' smartphone use during school hours and links to cognitive control. *JAMA Network Open.*

their phone during school to a maximum of 5.33 hours. There was not a single participant in the sample who did not use their phone during school. See Figure separated by middle school and high school students.

126. ***Figure note.*** Hourly screentime among the younger and older cohort across the school day. Screentime was significantly higher across the school day in the older cohort. Screentime increased across the school day (e.g., from 8am to 12pm $t(77)=2.19$, $p=.031$, from 10am to 2pm $t(77)=2.13$, $p=.036$.)

127. These findings extend two recent studies[93] that aggregated smartphone use across the school day. By analyzing smartphone use hourly, our data reveal that engagement is not confined to breaks such as lunch but is ubiquitous across every hour of the school day. This pattern suggests that smartphone use is a continuous and pervasive source of distraction, underscoring how embedded smartphones have become in adolescents' daily lives, even in structured academic contexts.

128. Next, we examined the distribution of screentime across social media, entertainment and other screentime for each hour of the school day (among a subset of the sample who had this data available). These categories were determined by the Screentime iOS metric, which characterizes Instagram, Facebook, Snapchat, and TikTok as social media, and YouTube as entertainment. Adolescents spent 35.41 minutes total on social media. This ranged from a minimum of almost 2 minutes on social media during school to a maximum of nearly 3 hours. There was not a single participant in the sample who did not use social media on their phone during school. For entertainment, adolescents spent an average of 13.52 minutes total during school hours. This ranged

---

[93] Burnell, K., Maheux, A. J., Shapiro, H., Flannery, J. E., Telzer, E. H., & Kollins, S. H. (2025). Smartphone engagement during school hours among US youths. *JAMA Network Open*, *8*(8), e2523991-e2523991. https://doi.org/10.1001/jamanetworkopen.2025.23991; Christakis, D. A., Mathew, G. M., Reichenberger, D. A., Rodriguez, I. R., Ren, B., & Hale, L. (2025). Adolescent smartphone use during school hours. JAMA pediatrics, 179(4), 475-478. https://doi.org/10.1001/jamapediatrics.2024.6627.

from a minimum of 0 minutes during school to a maximum of 1.76 hours. Only 14% of participants in the sample did not use entertainment on their phone during school. Adolescents used social media and entertainment during every hour of the school day (see Figure). Social media and entertainment accounted for 69.8% of their total screentime during school hours.




129. ***Figure note.*** Total screentime on social media (Snapchat, Instagram, Facebook), entertainment (YouTube), and other screentime at each hour of the school day.

130. The finding that social media and entertainment accounted for over 70% of screentime during school hours is consistent with prior research showing that the majority of smartphone use during school is used for social media.[94] The prevalence of social media use throughout the school day may reflect both the high salience of online social interactions and the difficulty of disengaging from digital content, due to the features of social media platforms that

[94] Burnell, K., Maheux, A. J., Shapiro, H., Flannery, J. E., Telzer, E. H., & Kollins, S. H. (2025). Smartphone engagement during school hours among US youths. *JAMA Network Open*, *8*(8), e2523991-e2523991. https://doi.org/10.1001/jamanetworkopen.2025.23991; Christakis, D. A., Mathew, G. M., Reichenberger, D. A., Rodriguez, I. R., Ren, B., & Hale, L. (2025). Adolescent smartphone use during school hours. JAMA pediatrics, 179(4), 475-478. https://doi.org/10.1001/jamapediatrics.2024.6627

increase engagement (e.g., algorithms). Unlike the delayed rewards of academic achievement, algorithmically curated social media feeds provide immediate and variable reinforcement, known to drive compulsive behaviors.[95] As a result, adolescents may become conditioned to seek constant stimulation. Repeated exposure to these algorithmic reward structures may condition adolescents to seek frequent stimulation and novelty, making it more difficult to tolerate boredom, maintain sustained attention, and engage in the deep, effortful cognitive processes required for learning. Personalized algorithms serve content that maximizes clicks and watch time, often at the expense of cognitive depth. This has contributed to a decline in sustained attention spans among youth, as outlined in a recent model outlining the cognitive impact of algorithms (see Figure).[96] Indeed, empirical work shows adolescents with high exposure to personalized short-video feeds on

---

[95] Lindström, B., Bellander, M., Schultner, D. T., Chang, A., Tobler, P. N., & Amodio, D. M. (2021). A computational reward learning account of social media engagement. *Nature communications*, *12*(1), 131. https://doi.org/10.1038/s41467-020-19607-x

[96] Clemente-Suárez, V. J., Beltrán-Velasco, A. I., Herrero-Roldán, S., Rodriguez-Besteiro, S., Martínez-Guardado, I., Martín-Rodríguez, A., & Tornero-Aguilera, J. F. (2024). Digital Device Usage and Childhood Cognitive Development: Exploring Effects on Cognitive Abilities. Children, 11(11), 1299. https://doi.org/10.3390/children11111299

platforms such as TikTok and YouTube report reduced ability to sustain attention on academic tasks, and dependency on algorithmic personalization predicts lower working memory.[97]




131. ***Figure note.*** Figure by Clemente-Suarez et al.,[98] discussing how cognitive overload is particularly detrimental during the early developmental stages, where foundational cognitive and learning skills are being established.

---

[97] Xu, Z., Gao, X., Wei, J., Liu, H., & Zhang, Y. (2023). Adolescent user behaviors on short video application, cognitive functioning and academic performance. *Computers & Education*, *203*, 104865. https://doi.org/10.1016/j.compedu.2023.104865

[98] Clemente-Suárez, V. J., Beltrán-Velasco, A. I., Herrero-Roldán, S., Rodriguez-Besteiro, S., Martínez-Guardado, I., Martín-Rodríguez, A., & Tornero-Aguilera, J. F. (2024). Digital Device Usage and Childhood Cognitive Development: Exploring Effects on Cognitive Abilities. Children, 11(11), 1299. https://doi.org/10.3390/children11111299

132. To test the links between smartphone use during school and cognitive processes among adolescents, we examined whether more compulsive smartphone use during school hours was associated with cognitive control, measured with an experimental task. We found that frequency of phone pickups—but not total screen time—during school hours was linked with poorer cognitive control (See Figure).




133. ***Figure note.*** Average pickups per hour during school predicts lower cognitive control. In our task, cognitive control was operationalized as d-prime. The signal detection theory metric d-prime measures the ability to discriminate between signal and noise, reflecting the precision of inhibitory control and attentional focus. A higher d-prime indicates better cognitive control, as it captures the sensitivity to accurately identify targets while minimizing errors.

134. This finding is consistent with theories of attentional fragmentation and cognitive load. Repeated pickups create recurrent task switching, which disrupts sustained attention and depletes limited executive resources. Within the limited capacity model of mediated message processing, frequent interruptions draw on finite cognitive resources needed to maintain goal-directed behavior.[99] In parallel, the interference hypothesis suggests that frequent pickups

[99] Lang, A. (2000). The limited capacity model of mediated message processing. *Journal of Communication*, *50*(1), 46-70. https://doi.org/10.1111/j.1460-2466.2000.tb02833.x

repeatedly redirect attention away from activities essential for learning and social development.[100] Frequent, brief interruptions likely fragment attention and diminish sustained focus, consistent with prior work showing that digital interruptions can impair learning and academic performance[101] and increasing social media use is linked to later poorer cognitive performance.[102] Related work on task switching and media multitasking further demonstrates costs to executive control from frequent attentional shifts.[103]

135. As Zhou & More (2025)[104] describe, as a result of algorithms, attentional fragmentation occurs, "which impairs working memory and undermines the brain's capacity for sustained analytical thinking, a cornerstone of academic achievement and meaningful knowledge construction. The novelty of recommended content fosters a state of perpetual cognitive arousal, eroding the ability to tolerate boredom and maintain focus on complex tasks. Over time, repeated exposure to microbursts of stimulation shapes neural pathways that favor rapid shifting over

---

[100] Kushlev, K., & Leitao, M. R. (2020). The effects of smartphones on well-being: Theoretical integration and research agenda. *Current opinion in psychology*, *36*, 77-82. https://doi.org/10.1016/j.copsyc.2020.05.001

[101] Felisoni, D. D., & Godoi, A. S. (2018). Cell phone usage and academic performance: An experiment. *Computers & Education*, *117*, 175-187. https://doi.org/10.1016/j.compedu.2017.10.006

[102] Nagata, J. M., Wong, J. H., Kim, K. E., Richardson, R. A., Nayak, S., Potes, C., ... & Testa, A. (2025). Social media use trajectories and cognitive performance in adolescents. *JAMA*, *334*(21), 1948-1950. https://doi.org/10.1001/jama.2025.16613

[103] Ophir, E., Nass, C., & Wagner, A. D. (2009). Cognitive control in media multitaskers. Proceedings of the National Academy of Sciences, 106(37), 15583-15587. https://doi.org/10.1073/pnas.0903620106

[104] Zhou, F., & Moore, H. (2025). How Personalized Recommendations Shape Attention and Information Processing in American Youth. *Current Research in Psychological Science*, *1*(1), 1-15. https://doi.org/10.53104/curr.res.psychol.sci.2025.07001

deliberate exploration, producing a learned impatience with material that does not immediately gratify curiosity or emotion.

136. Algorithmic priming also shapes expectations about the temporal dynamics of learning. When every click yields immediate and tailored responses, the slower processes of searching, evaluating, and synthesizing information can appear inefficient or frustrating. Habitual exposure to frictionless access establishes norms for speed and relevance that are difficult to reconcile with the slower tempo of rigorous inquiry. Over time, the contrast between the instant gratification of algorithmic feeds and the deferred rewards of deep learning may weaken motivation for sustained academic engagement."

137. Our findings also align with evidence that individuals who engage in problematic social media use perform worse on inhibitory control tasks.[105] Together, these findings suggest that frequent smartphone checking during school reflects broader challenges in self-regulation.

138. Another way to examine impulsivity and impairments with self-regulation is with a behavioral economics task used in addiction research—Delay Discounting—which assesses individuals' tendency to opt for smaller short-term gains over larger long-term gains.[106] Delay discounting is often simplistically referred to as impulsivity. The structure of social media platforms closely mirrors other forms of instant gratification, such as fast food or gambling, where immediate rewards create strong reinforcement loops that make it harder to wait for delayed benefits. Experimental research has demonstrated that adolescents who frequently check social media exhibit greater difficulty in delaying rewards and are more prone to impulsive decision-making. In one experiment, researchers had Instagram users choose between smaller, immediate and larger

[105] Moretta, T., & Buodo, G. (2021). Response inhibition in problematic social network sites use: an ERP study. Cognitive, Affective, & Behavioral Neuroscience, 21(4), 868-880. https://doi.org/10.3758/s13415-021-00879-9

[106] Matta, A. da, Gonçalves, F. L., & Bizarro, L. (2012). Delay discounting: Concepts and measures. *Psychology & Neuroscience*, *5*(2), 135–146. https://doi.org/10.3922/j.psns.2012.2.03

delayed amounts of hypothetical Instagram followers and likes[107] (see Figure). For instance, adolescents had the option to receive 54 followers (or likes) today or wait for more followers at a later point in the future.




139. ***Figure note.*** Figure shows example of the task. A traditional delay discounting task was modified for social media. In this example, participants could choose an immediate smaller reward (54 followers today) or wait longer for more followers (55 followers in 117 days). By increasing the delay and size of the reward, the researchers can quantify adolescents' impulsivity in a social media context. Figure from Schulz van Endert & Mohr, 2022.

140. The researchers found that individuals who receive more likes on their Instagram posts in real life showed greater impulsivity to receive immediate likes on the task. In other words, they were more likely to choose a smaller number of likes immediately than wait longer for more likes. Importantly, impulsivity and the inability to delay gratification is specific to social media behaviors as opposed to other forms of screen time. For instance, late adolescents who spend more time on social media (measured via objectively collected net screen time) show greater impulsivity on an experimental delay discounting task (i.e., prefer smaller immediate rewards rather than wait

[107] Schulz van Endert, T., & Mohr, P. N. C. (2022). Delay discounting of monetary and social media rewards: magnitude and trait effects. *Frontiers in Psychology*, *13*, 822505. https://doi.org/10.3389/fpsyg.2022.822505

for larger rewards), whereas other types of screentime (e.g., shopping, email, messenger, browsing) do not predict delay discounting.[108]

141. Delay discounting on social media may occur through differences in how the brain develops. In a structural MRI study, researchers examined the links between social media addiction, the ability to delay future rewards, and structural volumes of the brain. They found that social media addiction is associated with morphological differences in the insula, such that higher social media addiction predicts lower grey matter volume[109] (see Figure). Moreover, individuals who had higher social media addiction were more impulsive on an experimental delay discounting task. Thus, through morphological differences in the insula, individuals' preferences for immediate rewards are increased, and this impulsivity-prone disposition may result in problematic social media use that can manifest in addiction-like symptoms.




142. ***Figure note.*** Figure shows results of the ROI analysis. Panel A shows the insula ROI. Panel B shows the correlation between social media addiction and grey matter volume in the insula. The x-axis represents social network site addiction (SNS addiction), and y-axis represents grey matter volume in the left insula. Each blue dot represents one participant in the study. Image

---

[108] Schulz van Endert, T., & Mohr, P. N. C. (2020). Likes and impulsivity: Investigating the relationship between actual smartphone use and delay discounting. *Plos One*, *15*(11), e0241383. https://doi.org/10.1371/journal.pone.0241383

[109] Turel, O., He, Q., Brevers, D., & Bechara, A. (2018). Delay discounting mediates the association between posterior insular cortex volume and social media addiction symptoms. *Cognitive, Affective & Behavioral Neuroscience*, *18*(4), 694–704. https://doi.org/10.3758/s13415-018-0597-1

from Turel et al., 2018

143. These findings highlight the impact of social media's rapid feedback loops on the developing brain, shaping behaviors that prioritize immediate digital rewards over long-term goal-directed actions. Adolescents who have trouble controlling their behaviors in online settings may engage with digital media more impulsively, experience more attentional distractibility in response to media, and have more difficulty sustaining goal-relevant behaviors within digital media. Algorithms that are designed to keep adolescents engaging with the platforms by prioritizing highly rewarding and salient feeds, at a developmental period marked by still maturing cognitive skills, may reinforce use and lead to more habitual social media use over time.

### b. The Motivational Value of Algorithmically Tailored Social Media

144. Short video platforms (e.g., TikTok, Instagram Reels, and YouTube Shorts) provide highly engaging, personalized, and brief video posts. These platforms use sophisticated machine learning models to analyze user preferences, engagement patterns, and watch time, continuously refining the experience to capture attention. This creates a highly engaging and targeted stream of material that feels endless, keeping users hooked as they anticipate the next video, which might be even more entertaining or rewarding. Social media algorithms maximize user engagement by targeting posts that are highly motivationally salient, personally relevant, emotionally stimulating, and rewarding. Social media engagement algorithms elicit greater use, most likely by altering how the brain engages with such content.[110] The algorithm makes it difficult for users, particularly adolescents, to disengage, further increasing time spent on social media. This can result in users developing problematic usage.

145. More time spent on algorithmically based social media is linked to shorter attention spans, more frequent social comparison, poorer cognitive and emotion control, weaker real-life

---

[110] Morris, R., Moretta, T., & Potenza, M. N. (2023). The psychobiology of problematic use of social media. *Current Behavioral Neuroscience Reports*, *10*(4), 65–74. https://doi.org/10.1007/s40473-023-00261-8

social skills, and more addictive use and compulsive content consumption.[111] Researchers have examined how the brain processes targeted videos to test how algorithms have so much power to continuously engage individuals' attention. In one study, young adults viewed their personalized recommended videos on TikTok while their brains were scanned.[112] In one condition, they watched videos that were recommended for them based on the algorithms, and in a second condition they viewed general videos that were not recommended for the individual. The results showed dramatic differences in how young adults' brains processed the TikTok-recommended videos relative to the general videos on TikTok. In particular, when users viewed TikTok-recommended videos relative to general, non-targeted videos, they exhibited increased activation in brain regions associated with affective salience (e.g., amygdala, insula), social cognition (e.g., dorsomedial prefrontal cortex, TPJ), and executive control (e.g., dorsolateral prefrontal cortex), and motivational relevance (e.g., striatum). (see Figure)




---

[111] Lazaro, L. G. Long-Term Effects of Algorithm-Driven Content Consumption on Youth Development and Psychological Perceptions. *International Journal of Advanced Multidisciplinary Research and Studies.* 2025; 5(3):204-238.

[112] Su, C., Zhou, H., Gong, L., Teng, B., Geng, F., & Hu, Y. (2021). Viewing personalized video clips recommended by TikTok activates default mode network and ventral tegmental area. *Neuroimage*, *237*, 118136. https://doi.org/10.1016/j.neuroimage.2021.118136

146. ***Figure note.*** Areas of the brain that were activated when viewing TikTok recommended content. Figure from Su et al., 2021

147. Participants also showed significantly higher activation in the ventral tegmental area (VTA) when viewing TikTok-recommended videos relative to the general videos on TikTok (See Figure below). The VTA is a key region of the dopaminergic system and is involved in reward processing.[113] This shows that algorithms induce a higher level of value-based representations for personalized videos.




148. ***Figure note.*** Activation in the ventral tegmental area (shown in panel a) was significantly higher when viewing TikTok-recommended videos (shown in panel b, orange bar) compared to general videos (panel b, blue bar). Figure from Su et al., 2021.

[113] Hou, G., Hao, M., Duan, J., & Han, M.-H. (2024). The formation and function of the VTA dopamine system. *International Journal of Molecular Sciences*, *25*(7). https://doi.org/10.3390/ijms25073875

149. Short-video platforms like TikTok, Instagram Reels, and YouTube Shorts can become addictive due to their unique combination of engagement algorithms, rapid consumption, and unpredictable rewards. Short video addiction (SVA) is characterized by the compulsive and uncontrolled use of short video platforms, where users excessively consume personalized content to the extent that it negatively interferes with other activities.[114] Researchers have examined whether individuals with SVA show differences in structural and functional development of their brains and have found that individuals with SVA show increased morphological volumes in the orbitofrontal cortex (OFC; see Figure below). The OFC is part of the dopaminergic reward system, possibly reflecting more intense pleasure responses during engagement with personalized videos, which may increase vulnerability to addictive behaviors. Moreover, the OFC is also a critical brain region contributing to addictive behaviors and the development of substance use, especially in adolescence.[115]




[114] Gao, Y., Hu, Y., Wang, J., Liu, C., Im, H., Jin, W., Zhu, W., Ge, W., Zhao, G., Yao, Q., Wang, P., Zhang, M., Niu, X., He, Q., & Wang, Q. (2025). Neuroanatomical and functional substrates of the short video addiction and its association with brain transcriptomic and cellular architecture. *Neuroimage*, *307*, 121029. https://doi.org/10.1016/j.neuroimage.2025.121029

[115] Cheetham, A., Allen, N. B., Whittle, S., Simmons, J. G., Yücel, M., & Lubman, D. I. (2012). Orbitofrontal volumes in early adolescence predict initiation of cannabis use: a 4-year longitudinal and prospective study. *Biological Psychiatry*, *71*(8), 684–692. https://doi.org/10.1016/j.biopsych.2011.10.029

150. ***Figure note.*** Morphological volumes in the orbitofrontal cortex (left image) was correlated with short video addiction (right image). X-axis represents short video addiction scores (SVAS) and the y-axis represents grey matter volume in the OFC. Each orange dot represents one participant in the study. Figure from Cheetham et al., 2012.

151. Excessive short-form video consumption also impacts attentional behavior, including self-control, impulsivity, and self-regulation. Due to the rapid, highly stimulating nature of the content, these videos keep the brain in a heightened state of reactivity, which can overstimulate the brain's reward system and reduce cognitive control. Executive functions, such as sustained attention, working memory, and response inhibition, rely on the brain's ability to regulate arousal and maintain cognitive control over goal-directed behavior.[116] However, short-form videos provide quick dopamine boosts, reinforcing a pattern of constant novelty-seeking. The quick, content-rich, and highly stimulating nature of short-form videos may reshape cognitive control processes, making it harder for individuals—particularly adolescents—to sustain attention, resist impulsive behaviors, and engage in effortful thinking. Researchers have examined the link between short-video addiction and self-control using neuroimaging techniques. For instance, with Electroencephalogram (EEG), theta brainwaves are considered a key neural oscillation underlying attention function. Researchers have shown that young adults with short video addiction show lower theta brainwaves, a neural oscillation index reflecting the executive control network in the prefrontal cortex[117] (see Figure below). This finding suggests that short video addiction may impair executive control.

---

[116] Diamond, A. (2013). Executive functions. *Annual Review of Psychology*, *64*, 135–168. https://doi.org/10.1146/annurev-psych-113011-143750

[117] Yan, T., Su, C., Xue, W., Hu, Y., & Zhou, H. (2024). Mobile phone short video use negatively impacts attention functions: an EEG study. *Frontiers in Human Neuroscience*, *18*, 1383913. https://doi.org/10.3389/fnhum.2024.1383913







FIGURE 4
Scatter plot for correlation between addiction tendency (MPSVATQ score) and frontal theta power difference between incongruent target and neutral target of the ANT task.

152. ***Figure note.*** Left panel represent theta brainwaves measured with EEG among those with short video addiction. Right panel shows the correlation among short video addiction scores on the x-axis and lower frontal theta power along the y-axis. Each black dot represents one participant in the study. Figure from Yan et al., 2024.

153. Together, all of these findings suggest that algorithms are particularly engaging because they tap into multiple neural systems that drive attention, emotional salience, and motivation. The heightened activation of affective salience networks indicates that recommended videos are emotionally compelling, making them harder to ignore. The engagement of prefrontal executive control regions might reflect the cognitive effort required to regulate attention and resist compulsive scrolling. Most critically, the increased activation and morphological differences in dopaminergic reward circuits reinforces engagement, making the experience of consuming algorithmically tailored content more pleasurable and potentially habit-forming, especially for adolescents. These neural patterns help explain why algorithm-driven social media use can become problematic. The combination of emotional engagement, social relevance, and dopamine-driven reinforcement makes algorithmically targeted posts more difficult to disengage from. Over time, this pattern of heightened reward sensitivity may reshape neural pathways, reinforcing habitual use and increasing the risk of problematic social media behaviors, particularly among adolescents who already exhibit heightened sensitivity to reward.

### c. Problematic and Addiction-like Social Media Use

154. Social media delivers streams of highly salient incentives that are thought to be powerful drivers of continued and escalating social media use. Designed to maximize user engagement, social media platforms provide adolescent users with a constant supply of socially relevant and highly personalized posts. A key feature of these feeds is their unpredictability. Each scroll carries the possibility of encountering something surprising or entertaining. This intermittent and variable presentation acts as a reinforcement mechanism, encouraging repeated engagement and habit formation. For adolescents, whose reward systems are particularly sensitive to novelty and salience, the uncertainty of what comes next makes each scroll exciting and engaging. The feed functions as a near-constant source of anticipatory reward, where the brain repeatedly registers small dopamine-driven reinforcement signals. This can lead to habitual social media use, reinforcing short-term gratification over longer-term goals.[118]

155. Such rewards are often attained at an intermittent, unpredictable frequency and saliency, operating on a variable ratio reinforcement schedule.[119] Variable ratio schedules are highly resistant to behavior extinction and thus are particularly well-suited for maintaining behavior. As such, it is unsurprising that people continue and increase their social media use over time and, as some evidence suggests, even trade species-typical rewarding behaviors (e.g., face-to-face social interaction, sexual behavior, etc.) for the immediate, easy access rewards delivered via social media.

156. Heightened sensitivity in reward-related brain regions could prompt future engagement with rewarding social media platforms. Over time, this may disrupt the normal

---

[118] Zhou, F., & Moore, H. (2025). How Personalized Recommendations Shape Attention and Information Processing in American Youth. *Current Research in Psychological Science*, *1*(1), 1-15. https://doi.org/10.53104/curr.res.psychol.sci.2025.07001

[119] Flannery, J. S., Maza, M. T., Kilic, Z., & Telzer, E. H. (2022). *Cascading bidirectional influences of digital media use and mental health in adolescence*. Elsevier. https://doi.org/10.1016/bs.acdb.2022.10.003

development of reward circuits and give rise to maladaptive behaviors online. Indeed, adults and adolescents who are more sensitive to receiving rewards on social media increase their engagement on social media.[120] This greater reward sensitivity could prompt adolescents to seek out more immediate rewards and have more trouble with reward reinforcement learning, ultimately resulting in problematic social media use.

157. In the literature, *problematic social media use (PSMU)* is characterized by excessive, compulsive, and poorly regulated engagement with social media that interferes with daily functioning and well-being. It shares features with behavioral addictions, including substance use addiction. In order to understand the rate of problematic social media use in adolescents, my lab adapted items from the Diagnostic Statistical Manual (DSM-5; American Psychiatric Association, 2013) substance use disorder checklist, whereby we replaced the wording for substance use with social media use[121] (see Table). Data were collected in 2021 when adolescents were 16.48 years on average. Symptoms on this scale were referred to as "addiction-like social media use" in the publications and referred herein as problematic social media use. 85% of participants reported that they "sometimes" or "often" spent more time on social media than intended, whereas 52% reported that they "sometimes" or "often" missed social media when not

---

[120] da Silva Pinho, A., Céspedes Izquierdo, V., Lindström, B., & van den Bos, W. (2024). Youths' sensitivity to social media feedback: A computational account. *Science Advances*, *10*(43), eadp8775. https://doi.org/10.1126/sciadv.adp8775; Lindström, B., Bellander, M., Schultner, D. T., Chang, A., Tobler, P. N., & Amodio, D. M. (2021). A computational reward learning account of social media engagement. *Nature Communications*, *12*(1), 1311. https://doi.org/10.1038/s41467-020-19607-x

[121] Burnell, K., Flannery, J. S., Fox, K. A., Prinstein, M. J., & Telzer, E. H. (2025). U.S. adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use. *Journal of Children and Media*, *19*(1), 194–212. https://doi.org/10.1080/17482798.2024.2402272

using it, to the point of interfering with day-to-day activities. Girls scored significantly higher than boys on problematic social media use.

158. These statistics provide evidence that a high proportion of adolescents are experiencing problematic social media use. The majority of adolescents are indicating that they spend so much time on social media that it interferes with their daily activities. Moreover, about one-third of adolescents report levels in the severe range. This is concerning due to its potential negative effects on mental health, sleep, and overall well-being. Research indicates that PSMU is associated with increased levels of anxiety, depression, and psychological distress.[122] In a study across 29 countries, adolescents who engaged in problematic social media use had worse well-being (e.g., lower life satisfaction), poorer school engagement, and worse social well-being.[123]

---

[122] Shannon, H., Bush, K., Villeneuve, P. J., Hellemans, K. G., & Guimond, S. (2022). Problematic Social Media Use in Adolescents and Young Adults: Systematic Review and Meta-analysis. *JMIR Mental Health*, *9*(4), e33450. https://doi.org/10.2196/33450

[123] Boer, M., van den Eijnden, R. J. J. M., Boniel-Nissim, M., Wong, S.-L., Inchley, J. C., Badura, P., Craig, W. M., Gobina, I., Kleszczewska, D., Klanšček, H. J., & Stevens, G. W. J. M. (2020). Adolescents' Intense and Problematic Social Media Use and Their Well-Being in 29 Countries. *The Journal of Adolescent Health*, *66*(6S), S89–S99. https://doi.org/10.1016/j.jadohealth.2020.02.014

These findings suggest that high rates of PSMU among adolescents could contribute to long-term negative developmental outcomes across all domains of functioning.

| | Moderate endorsement | Severe endorsement |
|---|---|---|
| 1. Do you ever feel like you spend more time on social media than you intended? | 52% | 33% |
| 2. Have you ever tried to spend time away from social media, but couldn't do it? | 41% | 20% |
| 3. Do you ever expend extra effort to make sure you will continue to have access to social media at times when you otherwise may not be able to use it? | 47% | 18% |
| 4. Do you ever have a craving or strong desire to use social media? | 41% | 22% |
| 5. Does social media use ever get in the way of things you are supposed to be doing (sleep, exercise, school work)? | 39% | 30% |
| 6. Do you ever use social media even after you realized that it was getting in the way of what you thought was best for you? | 38% | 29% |
| 7. Have you ever been away from social media and felt like you were missing it too much to engage in normal day to day activities? | 37% | 15% |

159. ***Table Note.*** Percent of teens reporting symptoms of problematic social media use**.** From Burnell et al., 2025.[124]

160. As shown above, a majority of adolescents report experiencing problematic social media use, ranging from spending more time on social media than they intended, to craving social media, to social media getting in the way of their daily activities. Not all adolescents are equally prone to develop problematic social media use. Those who do may have individual predispositions, including possible biological vulnerabilities that increase sensitivity to social media cues. Specifically, adolescents who are more sensitive to social rewards may be particularly likely to seek out social media incentives and thus may also be more susceptible to the provocation of

[124] Burnell, K., Flannery, J. S., Fox, K. A., Prinstein, M. J., & Telzer, E. H. (2025). U.S. adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use. *Journal of Children and Media*, *19*(1), 194–212. https://doi.org/10.1080/17482798.2024.2402272

continued use. Thus, we sought to examine neural vulnerabilities that may explain which adolescents develop problematic social media use.

161. We conducted a longitudinal study, examining how the brain develops across puberty, and whether developmental changes in the brain predict which adolescents are most vulnerable to develop problematic social media use and subsequent depression.[125] Across 3 years, starting in 2016 when adolescents were approximately 12 years old, participants came into the lab to undergo an fMRI scan. During the fMRI scan, we took images of their brains as they completed an experimental task during which adolescents received social rewards and punishments. This allowed us to examine longitudinal changes in how the brain processes social rewards and punishments. We followed adolescents annually across puberty and had them complete the same fMRI scan 3 times longitudinally. Two years following the final fMRI scan (in 2021, when adolescents were 16.4 years on average), adolescents completed self-report measures of problematic social media use (described above) as well as self-reported depression.

162. Our findings show that decreases in how the brain responds to social feedback over the course of puberty is associated with the likelihood of developing problematic social media use. As shown in the Figure below, adolescents reporting non-problematic social media use (shown by the blue line) displayed relatively lower responsivity in the brain to social feedback before puberty onset that increased with pubertal development. In contrast, adolescents who developed high problematic social media use (shown by the red line) displayed hyper-responsivity in the brain before puberty onset that decreased across pubertal development.

[125] Flannery, J. S., Burnell, K., Kwon, S.-J., Jorgensen, N. A., Prinstein, M. J., Lindquist, K. A., & Telzer, E. H. (2024). Developmental changes in brain function linked with addiction-like social media use two years later. *Social Cognitive and Affective Neuroscience*, *19*(1). https://doi.org/10.1093/scan/nsae008




163. ***Figure note.*** Changes in social feedback brain responsivity across puberty linked to problematic social media use. Adolescents reporting non-problematic social media use (blue line) displayed relatively lower responsivity to positive social feedback before puberty onset that increased with pubertal development, whereas adolescents reporting high problematic social media use (red line) displayed hyper-responsivity before puberty onset that decreased with pubertal development. Image from Flannery et al., 2024[126].

164. An initial hypersensitivity to social rewards (i.e., elevations in neural social feedback) may drive adolescents to increase their social media use. These adolescents with premature elevations in neural social feedback sensitivity may initially be more sensitive to the

---

[126] Flannery, J. S., Burnell, K., Kwon, S.-J., Jorgensen, N. A., Prinstein, M. J., Lindquist, K. A., & Telzer, E. H. (2024). Developmental changes in brain function linked with addiction-like social media use two years later. *Social Cognitive and Affective Neuroscience*, *19*(1). https://doi.org/10.1093/scan/nsae008

delivery of social feedback via social media. However, recurrent over-exposure to social rewards via social media may, in turn, contribute to desensitization to social rewards across development. This decrease may reflect desensitization to rewarding social feedback and a need for more social reward exposure to get the same reinforcing effects. This hypothesis is based on prior observations of tolerance-build up after repeated administrations of an addictive drug.[127]

165. Increased problematic social media use was also linked to subsequent increases in depression, but only for girls and not boys.[128] This finding corresponds with prior work indicating higher social media use at age 10 is associated with declines in well-being into early and mid-adolescence for girls but not for boys.[129]

166. These findings provide evidence that neurobiologically vulnerable youth are at heightened risk for developing problematic social media use, and especially for girls, this leads to higher rates of depression. These findings are critical for understanding who is most at risk for developing problematic social media behaviors. Identifying that neurobiologically vulnerable youth, particularly those with disrupted reward circuits, are more prone to problematic social media use highlights the role of underlying brain mechanisms in driving compulsive engagement. The similarity to substance use addiction suggests that some adolescents may be more biologically predisposed to the reinforcing effects of social media, making it harder for them to regulate their

---

[127] Miller, N. S., Dackis, C. A., & Gold, M. S. (1987). The relationship of addiction, tolerance, and dependence to alcohol and drugs: a neurochemical approach. *Journal of Substance Abuse Treatment*, *4*(3–4), 197–207. https://doi.org/10.1016/s0740-5472(87)80014-4

[128] Flannery, J. S., Burnell, K., Kwon, S.-J., Jorgensen, N. A., Prinstein, M. J., Lindquist, K. A., & Telzer, E. H. (2024). Developmental changes in brain function linked with addiction-like social media use two years later. *Social Cognitive and Affective Neuroscience*, *19*(1). https://doi.org/10.1093/scan/nsae008

[129] Booker, C. L., Kelly, Y. J., & Sacker, A. (2018). Gender differences in the associations between age trends of social media interaction and well-being among 10-15 year olds in the UK. *BMC Public Health*, *18*(1), 321. https://doi.org/10.1186/s12889-018-5220-4

use and disengage, contributing to depression for girls. As neurobiologically vulnerable adolescents engage with social media, the algorithms respond by supplying even more stimulating or closely tailored feeds. This feedback loop can accelerate the transition from casual use to compulsive engagement, as the platform increasingly optimizes the feed to match the user's reward sensitivities. In this way, platform algorithms may actively amplify existing vulnerabilities, transforming individual differences in social reward processing into sustained behavioral risk.

167. Evidence suggests that individual differences in reward sensitivity are both a precursor to, and consequence of, how adolescents navigate their social media environments. Specifically, adolescents with greater reward sensitivities may be particularly apt to seek out social media incentives and thus are also particularly susceptible to their provocation of continued use, creating a self-reinforcing and cascading cycle across development with potential implications for novelty seeking, reward sensitivity, impulsivity, and habit formation into adulthood[130]. Indeed, previous research has found associations between neural reward sensitivity and increased problematic smartphone use among adolescents, such that adolescents high in problematic smartphone use show amplified reward sensitivity to social rewards, whereas those low in problematic smartphone use do not.[131]

---

[130] Flannery, J. S., Maza, M. T., Kilic, Z., & Telzer, E. H. (2022). *Cascading bidirectional influences of digital media use and mental health in adolescence*. Elsevier. https://doi.org/10.1016/bs.acdb.2022.10.003

[131] Deng, X., Gao, Q., Hu, L., Zhang, L., Li, Y., & Bu, X. (2021). Differences in Reward Sensitivity between High and Low Problematic Smartphone Use Adolescents: An ERP Study. *International Journal of Environmental Research and Public Health*, *18*(18). https://doi.org/10.3390/ijerph18189603

168. Functional magnetic resonance imaging (fMRI) research further found late adolescents who had social media addiction exhibited heightened activation in the ventral striatum when viewing Facebook stimuli[132] (see Figure below).




169. ***Figure note.*** The figure shows ventral striatum activation (left image), which was correlated with social media addiction when viewing Facebook stimuli (right image). The scatterplot shows the correlation between ventral striatum activation (along the x-axis) and social media addiction (along the y-axis). Each black dot represents one participant. Image from Turel et al., 2014.

170. Recommender algorithms are designed to continuously deliver feeds that are novel, emotionally engaging, and personally relevant, creating a stream of unpredictable rewards. For youth with altered reward processing, this unpredictability can produce exaggerated reward anticipation and stronger reinforcement learning, increasing the likelihood that social media use becomes a primary source of stimulation and reward. Heightened reward signals may overwhelm still-maturing executive control systems, making disengagement difficult even when negative consequences are recognized. Indeed, research provides evidence of impaired cognitive control, increased impulsivity, and difficulties in self-regulation among problematic social media users. For

---

[132] Turel, O., He, Q., Xue, G., Xiao, L., & Bechara, A. (2014). Examination of neural systems sub-serving facebook "addiction". *Psychological Reports*, *115*(3), 675–695. https://doi.org/10.2466/18.PR0.115c31z8

instance, individuals with problematic TikTok use self-report lower levels of self-control, indicating difficulties in resisting the urge to engage with the platform despite potential negative consequences.[133] Further, individuals with problematic Facebook use (PFU) performed worse on a cognitive control task containing Facebook-related stimuli, showing lower accuracy compared to those without PFU.[134] This suggests that problematic users struggle with inhibitory control, particularly when faced with cues associated with social media. Their difficulty in suppressing responses to Facebook-related stimuli implies that the platform exerts a strong cognitive pull, making it harder for these individuals to disengage. Indeed, at the neural level, problematic Facebook users showed a reduced Nogo-P3 amplitude when viewing Facebook-stimuli. Reduced Nogo-P3 amplitude is considered a robust finding in substance use disorders. These findings align with broader theories of addiction, which propose that addictive behaviors—whether related to substance use or digital media—stem from dysregulated cognitive control mechanisms.[135]

---

[133] Su, C., Zhou, H., Gong, L., Teng, B., Geng, F., & Hu, Y. (2021). Viewing personalized video clips recommended by TikTok activates default mode network and ventral tegmental area. *Neuroimage*, *237*, 118136. https://doi.org/10.1016/j.neuroimage.2021.118136

[134] Moretta, T., & Buodo, G. (2021). Response inhibition in problematic social network sites use: an ERP study. *Cognitive, Affective & Behavioral Neuroscience*, *21*(4), 868–880. https://doi.org/10.3758/s13415-021-00879-9

[135] Moretta, T., & Buodo, G. (2021). Response inhibition in problematic social network sites use: an ERP study. *Cognitive, Affective & Behavioral Neuroscience*, *21*(4), 868–880. https://doi.org/10.3758/s13415-021-00879-9

171. Other neuroimaging research has shown that social media use impairs the executive control network in the brain. In an experimental social media task where adolescents viewed images depicting risky behavior relative to neutral images, adolescents showed decreased activation in the executive control network, suggesting that viewing risky behaviors online can disinhibit cognitive control.[136] See figure below for Sherman study.




172. ***Figure note.*** Brain activation among adolescents when viewing image of risky images. Top panel shows areas of the brain that show greater activation to risky images. These include areas of the visual cortex as well as the ventrolateral prefrontal cortex. Image from Sherman et al., 2016

173. Excessive social media exposure may alter function in dopaminergic reward pathways in the brain, and in turn, further influence social media use. Neuroimaging research has shown that repeated exposure to the reinforcement schedules administered via social media is associated with altered structure and function of the neurophysiological systems underlying incentive processing.[137] Indeed, higher frequency of daily Facebook checking is linked with smaller

[136] Sherman, L. E., Payton, A. A., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2016). The power of the like in adolescence: effects of peer influence on neural and behavioral responses to social media. Psychological Science, 27(7), 1027–1035. https://doi.org/10.1177/0956797616645673

[137] Turel, O., He, Q., Xue, G., Xiao, L., & Bechara, A. (2014). Examination of neural systems sub-serving facebook "addiction". *Psychological Reports*, *115*(3), 675–695.

(continued…)

ventral striatum gray matter volumes.[138] Further work has demonstrated a positive association between adolescent sensation seeking, disinhibition, and maladaptive smartphone use.[139] Like individuals with drug dependences, when compared to controls, adolescents categorized with digital addictions display altered frontal-striatal connectivity[140] that is thought to also be implicated in impulse control, as well as altered function in regions known to be involved in incentive processing including striatal, insula, anterior cingulate, posterior cingulate, and prefrontal regions.[141] Overall, fMRI evidence has indicated altered brain function among individuals addicted to social media, similar to that of individuals addicted to drugs.

**d. Habitual Social Media Use**

174. Constantly checking social media is often referred to as habitual social media behavior, characterized by automatic, frequent, and constant engagement with social media platforms. Social media algorithms optimize for engagement metrics (clicks, watch time, likes,

---

https://doi.org/10.2466/18.PR0.115c31z8

[138] Montag, C., Markowetz, A., Blaszkiewicz, K., Andone, I., Lachmann, B., Sariyska, R., Trendafilov, B., Eibes, M., Kolb, J., Reuter, M., Weber, B., & Markett, S. (2017). Facebook usage on smartphones and gray matter volume of the nucleus accumbens. *Behavioural Brain Research*, *329*, 221–228. https://doi.org/10.1016/j.bbr.2017.04.035

[139] Wang, J., Wang, P., Yang, X., Zhang, G., Wang, X., Zhao, F., Zhao, M., & Lei, L. (2019). Fear of missing out and procrastination as mediators between sensation seeking and adolescent smartphone addiction. *International Journal of Mental Health and Addiction*, *17*(4), 1049–1062. https://doi.org/10.1007/s11469-019-00106-0

[140] Weinstein, A. M. (2017a). An update overview on brain imaging studies of internet gaming disorder. *Frontiers in Psychiatry*, *8*, 185. https://doi.org/10.3389/fpsyt.2017.00185

[141] Schmitgen, M. M., Horvath, J., Mundinger, C., Wolf, N. D., Sambataro, F., Hirjak, D., Kubera, K. M., Koenig, J., & Wolf, R. C. (2020). Neural correlates of cue reactivity in individuals with smartphone addiction. *Addictive Behaviors*, *108*, 106422. https://doi.org/10.1016/j.addbeh.2020.106422

shares), in part, by using variable-ratio reinforcement schedules, which are known to produce compulsive checking behavior (similar to slot machines).

175. To capture habitual social media use, we asked adolescents to report on the frequency with which they check social media. For 3 of the most popular social media platforms at the time (Facebook, Instagram, and Snapchat), participants were asked how many times per day they checked each platform, with answers grouped into 8 numerical score categories (from less than 1 to 20 times per day). Data were collected in 2016 when participants were in the 6th and 7th grade (average age of 12.8 years). We recoded participants' scores to create an ordinal scale that captured social media checking frequency across a meaningful distribution that could be assessed quantitatively. Reported scores of 8 (i.e., checked >20 times per day) were recoded to 20 times checked. For each participant, the recoded checking behaviors on the 3 social media platforms were summed to create a total social media checking score that ranged from 0 to 54. On average, adolescents self-reported that they checked social media across all platforms 11.85 times per day on average, checking Facebook 1.17 times, Instagram 5.7 times, and Snapchat 4.9 times per day on average (Maza et al., 2023). It should be noted that these averages, however, are artificially low. As part of the measure, the scale went from "less than once per day" to "20 plus times per day" at the highest. Because of this limitation, significantly higher pick-ups were not included. If this measure had included higher response options, then the averages would have significantly increased as well. Habitual social media use can be indicative of *problematic social media use* in adolescence, as it may reflect difficulties in self-regulation, excessive preoccupation with online interactions, and a heightened focus on attaining immediate rewards (e.g., receiving likes), sometimes at the cost of long-term benefits (e.g., sleeping or engaging in schoolwork).

176. We tested how constantly checking social media may affect how the brain develops in key networks involved in processing social rewards. Participants underwent neuroimaging scanning annually for the next 3 years. During the fMRI scan, we took images of their brain during a social reward anticipation task.

177. We found that adolescents who habitually checked their social media accounts showed differences in functional brain development over the next 3 years.[142] Youth who habitually checked their social media showed increases in activation in the affective salience (e.g., amygdala, insula), motivational relevance (e.g., ventral striatum), and executive control (e.g., dorsolateral prefrontal cortex) networks when they anticipated social rewards (see Figure below). Importantly, these regions are rich in dopaminergic pathways.[143] These findings suggest that habitual social media use may be reshaping dopamine pathways, which are critical for reward processing and motivation. In contrast, non-habitual social media users showed a reduction in activation in these same brain regions, indicating a lessened sensitivity to social reward processing and more regulated emotional responses.




Figure 2. Functional Activation in the Right Amygdala During the Anticipation of Social Feedback

A, Right amygdala (x, 22; y, 4; z, −18) activation during social anticipation significantly differed across time as a function of social media checking behaviors. B, The dotted vertical line indicates the mean age of participants when they reported the number of checks at wave 1. The shaded areas represent the spread of the data based on the SE of each group.

a $P < .05$.

178. ***Figure note.*** Figure shows areas of the brain that changed over the study period that depended on adolescents' habitual social media checking behavior (left image). To examine what

[142] Maza, M. T., Fox, K. A., Kwon, S.-J., Flannery, J. E., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2023). Association of habitual checking behaviors on social media with longitudinal functional brain development. *JAMA Pediatrics*, *177*(2), 160–167. https://doi.org/10.1001/jamapediatrics.2022.4924

[143] Haber, S. N. (2011). Neuroanatomy of Reward: A View from the Ventral Striatum. In J. A. Gottfried, J. A. Gottfried, J. A. Gottfried, & J. A. Gottfried (Eds.), *Neurobiology of Sensation and Reward*. CRC Press/Taylor & Francis. https://doi.org/10.1201/b10776-15

the patterns of change show, we plotted the activation for adolescents based on their habitual social media checking behavior (right figure). Age is shown along the x-axis and the amount of activation in the amygdala is shown along the y-axis. The change in activation is plotted separately for adolescents who showed initial low levels of social media checking (orange line), moderate levels of social media checking (green line) and high levels of social media checking (blue line). Adolescents who engage in high, habitual social media checking showed longitudinal increases in activation, becoming hypersensitive to peer feedback across the adolescent period. This starkly contrasts with adolescents who engaged in low levels of social media checking, who showed the opposite pattern of brain activation, showing typical adolescent-expected declines in activation. Figure from Maza et al., 2023[144]

179. For adolescents who habitually check social media, the constant engagement may trigger dopamine responses, reinforcing social media engagement, thus restructuring these neural pathways over time. As a result, habitual social media use may increase the drive for reward-seeking behaviors and create a cycle of reinforcement. Adolescents who habitually use social media may become increasingly attuned to seeking social rewards, further reinforcing patterns of behavior that prioritize engagement on these platforms. When adolescents repeatedly encounter algorithmically curated stimuli that trigger reward anticipation, their neural response systems may become increasingly tuned to these cues. Over time, this heightened sensitivity can create a cycle of reinforcement, where adolescents are drawn back to social media for the dopamine-driven rewards it offers, making it even harder to disengage. Algorithmic feeds capitalize on adolescents' biological sensitivity to reward and social information, and habitual engagement with these feeds further sensitizes them to social media and exacerbates an already sensitive brain during a period

[144] Maza, M. T., Fox, K. A., Kwon, S.-J., Flannery, J. E., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2023). Association of habitual checking behaviors on social media with longitudinal functional brain development. *JAMA Pediatrics*, *177*(2), 160–167. https://doi.org/10.1001/jamapediatrics.2022.4924

when emotional reactivity and reward sensitivity are already heightened. These findings underscore the potential long-term impact of social media on the adolescent brain.

**e. Links to ADHD**

180. Attention deficit hyperactivity disorder (ADHD) is associated with atypical development of the prefrontal cortex and heightened sensitivity to immediate rewards, making it even harder for individuals to regulate attention and behavior[145]. The prefrontal cortex, responsible for executive functions such as impulse control and decision-making, exhibits delayed maturation in individuals with ADHD. The neurobiological characteristics of ADHD manifest themselves on a behavioral level as impaired executive functions, leading to difficulties in sustaining attention and inhibiting impulsive actions and a strong preference for immediate over delayed rewards[146].

181. Social media environments, which are structured around instant feedback, frequent novelty, variable reward schedules (e.g., unpredictable likes or comments), and algorithms that select highly salient and engaging content, can be especially enticing for adolescents with ADHD. These platforms provide continuous bursts of dopamine-driven rewards, reinforcing compulsive engagement and making it even more difficult for individuals with ADHD to resist distractions or delay gratification in other aspects of life, such as academic tasks or long-term goal setting. Indeed,

---

[145] Arnsten , A. F. T. (2009). The emerging neurobiology of attention deficit hyperactivity disorder: the key role of the prefrontal association cortex. *The Journal of Pediatrics*, *154*(5), I-S43. https://doi.org/10.1016/j.jpeds.2009.01.018

[146] Dekkers, T. J., de Water, E., & Scheres, A. (2022). Impulsive and risky decision-making in adolescents with attention-deficit/hyperactivity disorder (ADHD): The need for a developmental perspective. *Current Opinion in Psychology*, *44*, 330–336. https://doi.org/10.1016/j.copsyc.2021.11.002; Marx, I., Hacker, T., Yu, X., Cortese, S., & Sonuga-Barke, E. (2021). ADHD and the Choice of Small Immediate Over Larger Delayed Rewards: A Comparative Meta-Analysis of Performance on Simple Choice-Delay and Temporal Discounting Paradigms. *Journal of Attention Disorders*, *25*(2), 171–187. https://doi.org/10.1177/1087054718772138

adolescents with ADHD demonstrate more problematic social media use than their typically developing peers.[147] For instance, Facebook overuse and addiction is higher in adolescents with ADHD relative to controls.[148] Empirical studies have demonstrated a bidirectional relationship between ADHD symptoms and excessive social media use. For instance, hyperactivity, inattention, and impulsivity are both predictors and consequences of social media addiction over time, suggesting a cyclical exacerbation of symptoms.[149]

182. The appeal of digital media for adolescents with ADHD may lie in the fast-paced exchange of information that offers immediate reward and reinforcement.[150] In their integrative

---

[147] Dekkers, T. J., & van Hoorn, J. (2022). Understanding Problematic Social Media Use in Adolescents with Attention-Deficit/Hyperactivity Disorder (ADHD): A Narrative Review and Clinical Recommendations. *Brain Sciences*, *12*(12). https://doi.org/10.3390/brainsci12121625

[148] Gul, H., Yurumez Solmaz, E., Gul, A., & Oner, O. (2018). Facebook overuse and addiction among Turkish adolescents: are ADHD and ADHD-related problems risk factors? *Psychiatry and Clinical Psychopharmacology*, *28*(1), 80–90. https://doi.org/10.1080/24750573.2017.1383706

[149] Dekkers, T. J., & van Hoorn, J. (2022). Understanding Problematic Social Media Use in Adolescents with Attention-Deficit/Hyperactivity Disorder (ADHD): A Narrative Review and Clinical Recommendations. *Brain Sciences*, *12*(12). https://doi.org/10.3390/brainsci12121625

[150] Beyens, I., Valkenburg, P. M., & Piotrowski, J. T. (2018). Screen media use and ADHD-related behaviors: Four decades of research. *Proceedings of the National Academy of Sciences of the United States of America*, *115*(40), 9875–9881. https://doi.org/10.1073/pnas.1611611114; Ra, C. K., Cho, J., Stone, M. D., De La Cerda, J., Goldenson, N. I., Moroney, E., Tung, I., Lee, S. S., & Leventhal, A. M. (2018). Association of Digital Media Use With Subsequent Symptoms of Attention-Deficit/Hyperactivity Disorder Among Adolescents. *The Journal of the American Medical Association*, *320*(3), 255–263. https://doi.org/10.1001/jama.2018.8931

framework, Dekkers and van Hoorn (2022)[151] suggest that the neurobiological vulnerabilities of adolescents with ADHD make social media even more rewarding, which is especially challenging for those adolescents because of their limited capacity for cognitive control. Thus, from a neurobiological perspective, it is understandable that regular use of social media might quickly turn to problematic use in adolescents with ADHD.

183. Because social media often encourages multitasking and rapid shifts in attention, it may exacerbate attentional difficulties, reducing the ability to sustain focus on less immediately rewarding but important activities, such as schoolwork. Over time, excessive engagement with social media could further entrench impulsive behaviors, making self-regulation even more challenging for adolescents with ADHD. In summary, the interplay between ADHD-related neurodevelopmental differences and the design of social media platforms creates a compelling draw for immediate rewards, posing significant challenges to attention regulation and behavioral control.

#### f. Social Comparison and Body Image

184. **Heightened self-consciousness emerges in adolescence**. Adolescence is a developmental window when the social cognition network in the brain becomes more mature, which facilitates adolescents' ability to consider and weigh the feelings, motivations, and intentions of others.[152] While this promotes some positive social behaviors, such as empathy, this also causes heightened self-consciousness, greater concern about what their peers think of them, and engagement in greater social comparisons.[153]

---

[151] Dekkers, T. J., & van Hoorn, J. (2022). Understanding Problematic Social Media Use in Adolescents with Attention-Deficit/Hyperactivity Disorder (ADHD): A Narrative Review and Clinical Recommendations. *Brain Sciences*, *12*(12). https://doi.org/10.3390/brainsci12121625

[152] Choudhury, S., Blakemore, S.-J., & Charman, T. (2006). Social cognitive development during adolescence. *Social Cognitive and Affective Neuroscience*, *1*(3), 165–174. https://doi.org/10.1093/scan/nsl024

[153] Crone, E. A., & Konijn, E. A. (2018). Media use and brain development during adolescence. *Nature Communications*, *9*(1), 588. https://doi.org/10.1038/s41467-018-03126-x

185. In a classic neuroimaging study, Somerville et al., (2013)[154] brought participants into the lab who ranged in age from 8 to 23 years. Participants were led to believe that a small, one-way video camera was embedded in the head coil of the fMRI scanner. Participants were told that a peer was in another room and would monitor the video and see the participant's face whenever the camera was on. The researchers found peaks in mPFC activation among adolescents (relative to younger children) when they believed their peer was watching them (See Figure). This is a region of the social brain involved in social cognition and in thinking about the self in relation to others. This finding suggests that teens become hypersensitive to their peers, and this heightens their self-consciousness. Indeed, when the researchers asked the participants to report on their mood, adolescents reported the highest level of embarrassment. Just the mere idea that a peer is watching them is enough to increase their feelings of embarrassment and recruit brain regions involved in social processing. These findings underscore that adolescents have heightened social sensitivity, which makes them hyper-aware of their peers, which can have downstream effects on their body image.




[154] Somerville, L. H., Jones, R. M., Ruberry, E. J., Dyke, J. P., Glover, G., & Casey, B. J. (2013). The medial prefrontal cortex and the emergence of self-conscious emotion in adolescence. *Psychological Science*, *24*(8), 1554-1562. https://doi.org/10.1177/0956797613475633

186. ***Figure note.*** Adolescents showed heightened activation in the mPFC when they believed they were being viewed by a peer (left image). The scatterplot (right image) shows age along the x-axis and mPFC activation along the y-axis. Each dot represents one participant in the study. The results show a curvilinear pattern, whereby children show the lowest mPFC activation, which then peaks in adolescence, before stabilizing and decreasing slightly in adulthood. Figure from Somerville et al., 2013.

187. **Adolescence is a critical period for body image concerns.** During adolescence, the body undergoes major physical changes. As their bodies change, and their heightened social sensitivity and self-consciousness increases, body image concerns emerge. These changes are particularly pronounced for girls, as weight gain that often accompanies pubertal development moves girls further from societally-prescribed beauty ideals representing thinness.[155] Because of this, adolescence marks a pivotal developmental phase when body dissatisfaction and disordered eating behaviors often emerge and escalate. By age 12, a significant proportion of boys and girls report dissatisfaction with their bodies[156], with girls experiencing particularly sharp declines in body satisfaction between the ages of 10 and 14.[157] Social media has been implicated as a major risk factor for the development of body image concerns, especially among adolescent girls.[158]

[155] Markey, C. N. (2010). Invited commentary: Why body image is important to adolescent development. *Journal of Youth and Adolescence*, *39*(12), 1387–1391. https://doi.org/10.1007/s10964-010-9510-0

[156] McLean, S. A., Rodgers, R. F., Slater, A., Jarman, H. K., Gordon, C. S., & Paxton, S. J. (2022). Clinically significant body dissatisfaction: prevalence and association with depressive symptoms in adolescent boys and girls. European Child & Adolescent Psychiatry, 31(12), 1921–1932. https://doi.org/10.1007/s00787-021-01824-4

[157] Lacroix, E., Smith, A. J., Husain, I. A., Orth, U., & von Ranson, K. M. (2023). Normative body image development: A longitudinal meta-analysis of mean-level change. Body Image, 45, 238–264. https://doi.org/10.1016/j.bodyim.2023.03.003

[158] Choukas-Bradley, S., Roberts, S. R., Maheux, A. J., & Nesi, J. (2022). The Perfect

(continued…)

Indeed, meta-analytic evidence confirms that social media use is associated with greater body image disturbance, and this association is stronger for younger samples.[159] As such, adolescents' high social media use has prompted numerous high-profile calls for research to prioritize body image concerns.[160]

188. **Social media and body image.** Social media differs from traditional media in many important ways that make body image especially salient.[161] Social media is unique in that it allows youth to be creators of content, to post and comment on each other's posts around the clock. Youth can access, create, interact with, and share media constantly. The most popular social media platforms utilized by adolescents are highly visual and can be persistently accessed, meaning that adolescents have high accessibility to visual depictions of the self and others.

189. Features of social media, including beauty filters and algorithms that tailor content to the individuals, dramatically increases body image concerns in youth. These effects are enhanced by the affordance of quantifiability, in which posts can receive likes and comments to signify social approval. Youth may receive instant feedback on their appearance and self-

---

Storm: A Developmental-Sociocultural Framework for the Role of Social Media in Adolescent Girls' Body Image Concerns and Mental Health. *Clinical Child and Family Psychology Review*, *25*(4), 681–701. https://doi.org/10.1007/s10567-022-00404-5

[159] Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. *Computers in Human Behavior*, *101*, 259–275. https://doi.org/10.1016/j.chb.2019.07.028

[160] Prabhakar, A., & Rice, S. E. (2023). *Report on Mental Health Research Priorities*. White House Office of Science and Technology.

[161] Choukas-Bradley, S., Roberts, S. R., Maheux, A. J., & Nesi, J. (2022). The Perfect Storm: A Developmental-Sociocultural Framework for the Role of Social Media in Adolescent Girls' Body Image Concerns and Mental Health. *Clinical Child and Family Psychology Review*, *25*(4), 681–701. https://doi.org/10.1007/s10567-022-00404-5

expression. Adolescents report using these metrics to understand how a particular post is viewed and interpret receiving few likes or comments as an indicator of lack of physical attractiveness[162].

190. Adolescents often see posts, photos, and videos shared by peers, influencers, or celebrities. These posts are often highly targeted, filtered, and idealized, presenting an unrealistic portrayal of others' lives. Adolescents, who are especially attuned to peer comparison, may internalize these polished representations, leading to feelings of inadequacy or social pressure. This exposure can shape perceptions of social norms, influence self-esteem, and reinforce unattainable beauty standards, leading to poor body image.

191. Numerous experimental studies have examined the effects of idealized social media exposure on body image concerns among young men and women; these studies consistently find causal evidence that such exposure increases body image concerns (see footnote [163] for an in-depth meta-analysis). Studies with teens provide further evidence for these findings. Overall, adolescents who engage in greater social comparison experience poorer well-being outcomes after browsing idealized social media content.[164] An experimental study among 144 adolescent girls found that exposure to idealized Instagram photos increases body image concerns, especially for those higher in social comparison tendencies.[165] In a study among 65 female adolescent dancers, abstaining from

---

[162] Chua, T. H. H., & Chang, L. (2016). Follow me and like my beautiful selfies: Singapore teenage girls' engagement in self-presentation and peer comparison on social media. *Computers in Human Behavior*, *55*, 190–197. https://doi.org/10.1016/j.chb.2015.09.011

[163] Fioravanti, G., Bocci Benucci, S., Ceragioli, G., & Casale, S. (2022). How the exposure to beauty ideals on social networking sites influences body image: A systematic review of experimental studies. *Adolescent Research Review*, *7*(3), 419–458. https://doi.org/10.1007/s40894-022-00179-4

[164] Weinstein, E. (2017b). Adolescents' differential responses to social media browsing: Exploring causes and consequences for intervention. Computers in Human Behavior, 76, 396–405. https://doi.org/10.1016/j.chb.2017.07.038

[165] Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2016). Picture perfect: the

(continued…)

social media for three days reduced body surveillance and body shame.[166] Importantly, recent research suggests that text features can enhance these effects. In a large experiment featuring 613 adolescent girls and boys, viewing positive appearance-oriented social media comments increased body dissatisfaction among girls, a notable amplification effect given that appearance-oriented comments are the norm on major social media platforms such as Instagram, with adolescent girls reporting that leaving non-appearance comments is "weird".[167]

192. Importantly, the features and affordances of social media can enhance exposure to negative beauty standards that may trigger poor body image. One such affordance is the role of algorithms, in which adolescent users are targeted with material based on various proprietary factors that are believed to include demographic characteristics, geographical location, and previous content with which a user engaged, amongst others.[168] Young people recognize the power of these algorithms in shaping the content they view, especially on TikTok.[169] An adolescent

---

direct effect of manipulated instagram photos on body image in adolescent girls. *Media Psychology*, *21*(1), 1–18. https://doi.org/10.1080/15213269.2016.1257392

[166] Roberts, T.-A., Daniels, E. A., Weaver, J. M., & Zanovitch, L. S. (2022). "Intermission!" A short-term social media fast reduces self-objectification among pre-teen and teen dancers. *Body Image*, *43*, 125–133. https://doi.org/10.1016/j.bodyim.2022.08.015

[167] Kvardova, N., Machackova, H., & Gulec, H. (2023). "I wish my body looked like theirs!": How positive appearance comments on social media impact adolescents' body dissatisfaction. *Body Image*, *47*, 101630. https://doi.org/10.1016/j.bodyim.2023.101630; Paddock, D. L., Bell, B. T., & Cassarly, J. (2024). "OMG you look amazing": A systematic examination of the text-based interactions surrounding UK adolescent girls' self-images on Instagram. *Body Image*, *52*, 101839. https://doi.org/10.1016/j.bodyim.2024.101839

[168] Nesi, J., Dredge, R., Maheux, A. J., Roberts, S. R., Fox, K. A., & Choukas-Bradley, S. (2021). *Peer experiences via social media*. https://doi.org/10.31234/osf.io/s8mru

[169] Ramsden, E., & Talbot, C. V. (2024). The role of tiktok in students' health and wellbeing. *International Journal of Mental Health and Addiction*. https://doi.org/10.1007/s11469-

(continued…)

struggling with body image may find themselves in a vicious cycle in which their social media algorithms continually feed them harmful appearance-oriented content (e.g., fitspiration videos), which may further worsen their perceptions about their body[170]. Indeed, qualitative research with adolescents indicates that those in eating disorder recovery have difficulty restricting eating disorder-related content on social media.[171] This is particularly the case for TikTok, where adolescents report being stuck in a "loop" in which disordered eating content is continuously delivered to them. Quantitative research with a predominantly young adult sample confirms these experiences, in which the TikTok algorithms of those with eating disorders were more likely to feed videos that were appearance-oriented, featuring dieting and exercise, and showcased toxic eating behaviors.[172] <u>For toxic eating behaviors, those with eating disorders were over *4,000% more likely* to be fed these videos compared to those without an eating disorder</u>.

193. An additional feature is the prominence of targeted advertisements on social media (i.e. advertisements that are served to a user based on their stated or unstated preferences or demographic variables). Unlike traditional media, it may not always be clear to a user if certain content is an advertisement (e.g., celebrities or influencers promoting a product). Experimental

---

023-01224-6

[170] Rousseau, A., & Rodgers, R. F. (2025). Social media incidental appearance exposure and young people's body image: A conceptual review. *Body Image, 52*, 101838. https://doi.org/10.1016/j.bodyim.2024.101838

[171] Sjöström, D. K., de Mendonca Lindström, T., Kapetanovic, S., & Claesdotter-Knutsson, E. (2024). Helpful or not? A qualitative study on female adolescents' experience of tiktok when recovering from anorexia nervosa. *The International Journal of Eating Disorders, 57*(11), 2217–2227. https://doi.org/10.1002/eat.24265

[172] Griffiths, S., Harris, E. A., Whitehead, G., Angelopoulos, F., Stone, B., Grey, W., & Dennis, S. (2024). Does TikTok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls. *Body Image, 51*, 101807. https://doi.org/10.1016/j.bodyim.2024.101807

research examining young adult women confirms that idealized, beauty-oriented social media advertisements (e.g., advertisements to join a gym) can increase appearance comparisons and reduce body satisfaction.[173] Among 284 late adolescent girls, exposure to Instagram advertisements featuring thin and curvy models was associated with desire to engage in appearance-altering practices.[174] Collectively, advertisements represent yet another social media feature that can perpetrate beauty ideals, which in turn can affect young people's self-perceptions and behaviors.

194. **Body image in the developing brain.** The Body Image Paradigm was designed to study combined media and peer influence effects on adolescents' body image. In the first fMRI study to examine body image concerns in adolescents, this task was used.[175] Adolescents are presented with images of women in bikinis and asked to make judgments on whether the woman is too thin or of normal weight. They are then shown the ostensible ratings of their peers (i.e., the peer norm). When the peer norm deviates from their own judgment, this is associated with increased activity in the dorsal anterior cingulate cortex (dACC) and bilateral insula, regions of the salience network. These effects are largest for participants with low self-esteem (see Figure below). Adolescents also changed their behavior in the direction of the peer norms – when a thin model appeared but their peers rated the models' body size as normal, participants were more likely to

---

[173] Kharkwal, A., Clayton, R. B., Park, J., Ridgway, J. L., & Merle, P. (2025). Are Instagram Gym Advertisements Working Out? An Experimental Study of Model Body-Size and Slogan-Type. *Health Communication*, *40*(2), 210–221. https://doi.org/10.1080/10410236.2024.2342489

[174] Ferdousi, J. S., Bradley, G. L., & Carlini, J. (2023). Through Thick and Thin: Exposure to Instagram Advertisements and Willingness to Engage in Appearance-Altering Practices. *The Journal of Psychology*, *157*(6), 367–388. https://doi.org/10.1080/00223980.2023.2221014

[175] van der Meulen, M., Veldhuis, J., Braams, B. R., Peters, S., Konijn, E. A., & Crone, E. A. (2017). Brain activation upon ideal-body media exposure and peer feedback in late adolescent girls. *Cognitive, Affective & Behavioral Neuroscience*, *17*(4), 712–723. https://doi.org/10.3758/s13415-017-0507-y

change their rating to indicate the model's body was normal. Thus, neural responses upon peer feedback may influence subsequent choice about ideal bodies.




195. ***Figure note.*** Adolescents show increased activity in dorsal anterior cingulate cortex (dACC) and bilateral insula (left image) when making judgments about women's bodies that deviate from the peer norm. Activation in these regions is especially strong among adolescents with low self esteem (right figure). The x-axis represent self-esteem and the y-axis represents activation in the salience network of the brain when viewing women's bodies. Image from van der Meulen et al., 2017.

196. In their 2024 study, Toenders et al., (2024)[176] explored the development of body image in adolescents aged 11 to 24, focusing on the relationship between body estimation and self-concept, as well as the associated neural correlates. The researchers employed a figure rating scale and a body dissatisfaction questionnaire to assess participants' body image over three consecutive years. Body estimation was determined by comparing participants' perceived body size to their actual body mass index (BMI). Additionally, fMRI was used to observe brain activity while participants evaluated their physical appearance traits. The study found that both body estimation and body dissatisfaction increased with age. The neural network that is involved with thinking about one's physical traits is altered for adolescents who have misperceptions about their body size. In particular, adolescents who think their bodies are larger than they are show altered activation in

---

[176] Toenders, Y. J., Dorsman, H., van der Cruijsen, R., & Crone, E. A. (2024). Developing body estimation in adolescence is associated with neural regions that support self-concept. *Social Cognitive and Affective Neuroscience*, *19*(1). https://doi.org/10.1093/scan/nsae042

the inferior parietal lobule (IPL; see Figure below), indicating that adolescents who perceived themselves as larger than their actual size exhibited more neural activity in regions associated with self-concept. This suggests that the neural network involved in processing physical traits is more active in individuals with body size misperceptions. This is consistent with research in women with eating disorders who show reduced activity in the IPL compared with healthy women.[177]






197. ***Figure note.*** Adolescents who think their bodies are larger than they are show altered activation in the inferior parietal lobule (IPL; left image). Right image shows the correlation between misperceptions in body estimation, such that lower scores along the x-axis represent over-estimating one's body. Those who overestimate their body more show greater activation in the IPL while participants evaluated their physical appearance traits. Image from Toenders et al., 2021

**g. Adolescent Sleep**

198. Adolescents today are experiencing a widespread sleep deprivation crisis, with the majority failing to meet recommended sleep guidelines. The American Academy of Sleep Medicine recommends that middle schoolers sleep 9–12 hours per night and high schoolers 8–10 hours per

---

[177] Vocks, S., Busch, M., Grönemeyer, D., Schulte, D., Herpertz, S., & Suchan, B. (2010). Neural correlates of viewing photographs of one's own body and another woman's body in anorexia and bulimia nervosa: an fMRI study. *Journal of Psychiatry & Neuroscience*, *35*(3), 163–176. https://doi.org/10.1503/jpn.090048

night for optimal health. However, adolescent sleep health is notoriously poor, with nearly all adolescents getting insufficient sleep.[178] This chronic sleep deprivation is driven by a combination of biological and environmental factors, including delayed circadian rhythms that naturally shift adolescents toward later sleep times, early school start times that force them to wake up before their bodies are ready, and the pervasive use of electronic devices, particularly social media, before bed.[179]

199. Insufficient sleep during adolescence has been linked to numerous negative outcomes. For instance, poor sleep is linked to both short-term consequences like harmful risk-taking behavior, mood disturbances such as depression, reduced executive functioning, poorer academic performance, and substance use, and long-term consequences like cardiovascular effects, metabolic disorders, cancer, and suicidality.[180] Sleep is critical for adolescent neural development,

---

[178] Keyes, K. M., Maslowsky, J., Hamilton, A., & Schulenberg, J. (2015). The great sleep recession: changes in sleep duration among US adolescents, 1991-2012. *Pediatrics*, *135*(3), 460–468. https://doi.org/10.1542/peds.2014-2707

[179] Brautsch, L. A., Lund, L., Andersen, M. M., Jennum, P. J., Folker, A. P., & Andersen, S. (2023). Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Medicine Reviews*, *68*, 101742. https://doi.org/10.1016/j.smrv.2022.101742; Crowley, S. J., Wolfson, A. R., Tarokh, L., & Carskadon, M. A. (2018). An update on adolescent sleep: New evidence informing the perfect storm model. Journal of Adolescence, 67, 55–65. https://doi.org/10.1016/j.adolescence.2018.06.001

[180] Medic, G., Wille, M., & Hemels, M. E. (2017). Short- and long-term health consequences of sleep disruption. Nature and Science of Sleep, 9, 151–161. https://doi.org/10.2147/NSS.S134864;

Owens, J. A., & Weiss, M. R. (2017). Insufficient sleep in adolescents: causes and consequences. *Minerva Pediatrica*, *69*(4), 326–336. https://doi.org/10.23736/S0026-4946.17.04914-3

mental well being, and physical health, especially during a period where key developmental tasks may be jeopardized due to sleep disruptions.[181]

200. With 60% of adolescents reporting that they use their smartphones an hour before bed and 29% reporting that they sleep with their smartphone in bed, social media use is exacerbating sleep disruptions and causing insufficient sleep.[182] Social media algorithms contribute to this, as they are designed to maintain engagement via recommendation algorithms and autoplay, which can delay sleep onset by keeping adolescents engaged on platforms long after they intend to stop.

201. **Links between Social Media and Sleep**. A growing number of studies have utilized objective measures of sleep (e.g., commercial wearable devices[183]), but few have paired these assessments with objective measures of digital technology use. Wearable sleep trackers (e.g., Fitbits) reliably measure sleep, and wearable sleep-trackers are comparable to polysomnography for assessing sleep sensitivity.[184] Thus, we collected objective measures of sleep, obtained via

---

[181] Brand, S., & Kirov, R. (2011). Sleep and its importance in adolescence and in common adolescent somatic and psychiatric conditions. *International Journal of General Medicine*, *4*, 425–442. https://doi.org/10.2147/IJGM.S11557; Tarokh, L., Saletin, J. M., & Carskadon, M. A. (2016). Sleep in adolescence: Physiology, cognition and mental health. Neuroscience and Biobehavioral Reviews, 70, 182–188. https://doi.org/10.1016/j.neubiorev.2016.08.008

[182] Hysing, M., Pallesen, S., Stormark, K. M., Jakobsen, R., Lundervold, A. J., & Sivertsen, B. (2015). Sleep and use of electronic devices in adolescence: results from a large population-based study. BMJ Open, 5(1), e006748. https://doi.org/10.1136/bmjopen-2014-006748

[183] George, M. J., Rivenbark, J. G., Russell, M. A., Ng'eno, L., Hoyle, R. H., & Odgers, C. L. (2019). Evaluating the use of commercially available wearable wristbands to capture adolescents' daily sleep duration. Journal of Research on Adolescence : The Official Journal of the Society for Research on Adolescence, 29(3), 613–626. https://doi.org/10.1111/jora.12467

[184] Haghayegh, S., Khoshnevis, S., Smolensky, M. H., Diller, K. R., & Castriotta, R. J. (2019). Accuracy of Wristband Fitbit Models in Assessing Sleep: Systematic Review and Meta-

(continued…)

Fitbits, across 14 days. We paired the sleep data obtained via the Fitbits with objective measures of smartphone use, obtained via 14 days of screenshots taken of their iOS screentime. By collecting data each day for 14 days, we obtain very rich data within participants. Within-person associations can capture if an adolescent with greater smartphone use on a given day, relative to their own average, has poorer sleep outcomes that night. This method is particularly rigorous in that it controls for between-person differences and potential confounding factors.

202. **Nighttime smartphone use in our sample.** In 2021, when adolescents were 16.48 years on average, we collected objective measures of smartphone use, as well as objective measures of sleep. According to their Fitbits, participants' average sleep onset was 1:29 am. On an average day, daytime (hours 6 am – 8 pm) screentime use 5.2 hours, ranging from 0 minutes to 13.2 hours, and nighttime (8 pm – 6 am) screentime use was 3.83 hours ranging from 0 minutes to 10 hours (Burnell, Garrett, et al., 2024). On an average day, adolescents picked up their phones 92.75 times during daytime (hours 6 am – 8 pm), ranging from 0 times to 383 times, and 32.89 times during nighttime (8 pm – 6 am), ranging from 0 times to 221 times. On an average day, adolescents received 117.9 notifications during daytime (hours 6 am – 8 pm), ranging from 0 to 687 notification,

---

Analysis. *Journal of Medical Internet Research*, *21*(11), e16273. https://doi.org/10.2196/16273; Lee, T., Cho, Y., Cha, K. S., Jung, J., Cho, J., Kim, H., Kim, D., Hong, J., Lee, D., Keum, M., Kushida, C. A., Yoon, I.-Y., & Kim, J.-W. (2023). Accuracy of 11 wearable, nearable, and airable consumer sleep trackers: prospective multicenter validation study. JMIR MHealth and UHealth, 11, e50983. https://doi.org/10.2196/50983

and 57.29 notifications during nighttime (8 pm – 6 am), ranging from 0 to 247 notifications.









203. ***Figure note.*** Figure shows number of pickups (top panel), total minutes on smartphone (middle panel), and number of notifications received (bottom panel) for each hour of the day. School hours (8am-3pm) are highlighted in yellow, and sleep hours (10pm-5am) are highlighted in grey. School days (dark blue bars) and non-school days (light blue bars) are each shown across the 24-hour day. Image created by Eva Telzer.

204. In another study reported by Common Sense Media[185], a diverse sample of 203 U.S. preadolescents (ages 11 to 12) and adolescents (ages 13 to 17) with their own smartphones participated in 2022. All participants were Android users, as data collection access was not possible on iPhones. An app was installed on participants' phones that collected objective data on their phone usage for 9 days. They examined school night usage as any use Monday through Friday during the hours of midnight to 5 am (excluding holidays). Over half of participants (59%) used their phones on school nights, with a median of about 20 minutes per night, although this ranged from less than a minute to five hours. The app categories that took up the highest proportion of school night use included YouTube (47% of smartphone usage on school nights) and social media (39%).

---

[185] Radesky, J., Weeks, H. M., Schaller, A., Robb, M., Mann, S., & Lenhart, A. (2023). *Constant Companion A Week in the Life of a Young Person's Smartphone Use*. Common Sense Media.




205. ***Figure note.*** Duration of different apps used during nighttime hours on school nights. Figure from Radesky et al., 2023

206. The peak smartphone usage occurred in the afternoon and evening hours. The study had youth advisors (adolescents who inform the study team on youths' experiences as it pertains to the science), who stated that their smartphone is often by their side after school, while doing homework, or when trying to wind down before bed. Compared to younger participants, older teens (16- to 17-year-olds) used their phone more in the overnight hours (see Figure).

**FIGURE 7. Hour-by-hour plots (from midnight to midnight) of average smartphone use* in minutes, split by age group**




*Median is the value that 50% of the users are under and 50% are over. IQR is the Interquartile Range, which is the middle 50% of users, with 25% of users under the first value and 25% of users over the second value. Bar shows the median value; line shows IQR.

207. ***Figure note.*** Hour-by hour plots of total screentime in minutes split by age group. Figure from Radesky et al., 2023

208. **Links between smartphone use and sleep.** We tested whether objectively measured smartphone use during nighttime hours predicted worse sleep health. Indeed, our results unequivocally show that when adolescents engage in greater smartphone use during the night (but not the day), they have poorer sleep outcomes that night.[186] When adolescents increased their screen time relative to their own average, they had later self-reported and Fitbit-recorded sleep onset, and poorer self-reported sleep quality. When adolescents decreased their screen time relative to their own average, they had earlier sleep onset and better self-reported sleep quality.

209. In addition to examining smartphone use at night (before sleep onset), smartphone use during wake-events following sleep onset are especially problematic. Wake events in the

---

[186] Burnell, K., Garrett, S. L., Nelson, B. W., Prinstein, M. J., & Telzer, E. H. (2024). Daily links between objective smartphone use and sleep among adolescents. Journal of Adolescence, 96(6), 1171–1181. https://doi.org/10.1002/jad.12326

middle of the night, especially when prolonged, can significantly disrupt sleep health by interfering with the natural sleep cycle. If the wake event is prolonged, it can take longer to return to the deeper, more restorative stages of sleep, leading to fragmented sleep. Engaging with a smartphone during nighttime wake-events can delay the process of falling back asleep. Thus, smartphone use following a nighttime waking may be particularly disruptive by prolonging the wake event when an adolescent otherwise would be sleeping. Following a wake event, if an adolescent accesses their phone, the immediate stimulation may further disrupt their sleep and prolong sleep latency. In our second set of analyses, we tested whether smartphone use following a wake event in the middle of the night is associated with longer duration of wake events in the same hour. Our results show that during sleeping hours (i.e., after the Fitbit logged sleep onset), if adolescents awoke in the middle of the night, more screen time and more pickups was linked to longer wake durations.[187] In other words, if adolescents woke in the middle of the night and used their smartphone, the wake event was prolonged. This disruption is concerning, as increased sleep fragmentation and more frequent and longer wake events are associated with less overall time sleeping.[188] Over time, frequent wake events and poor sleep consolidation can contribute to chronic sleep deprivation, negatively affecting mood, cognitive performance, and physical health.[189] This is particularly concerning for adolescents, whose developing brains are more sensitive to sleep disturbances and are at higher risk

---

[187] Garrett, S. L., Burnell, K., Armstrong-Carter, E. L., Nelson, B. W., Prinstein, M. J., & Telzer, E. H. (2023). Links Between Objectively-Measured Hourly Smartphone Use and Adolescent Wake Events Across Two Weeks. Journal of Clinical Child and Adolescent Psychology, 1–11. https://doi.org/10.1080/15374416.2023.2286595

[188] Kuula, L., Pesonen, A.-K., Martikainen, S., Kajantie, E., Lahti, J., Strandberg, T., Tuovinen, S., Heinonen, K., Pyhälä, R., Lahti, M., & Räikkönen, K. (2015). Poor sleep and neurocognitive function in early adolescence. *Sleep Medicine*, *16*(10), 1207–1212. https://doi.org/10.1016/j.sleep.2015.06.017

[189] Alhola, P., & Polo-Kantola, P. (2007). Sleep deprivation: Impact on cognitive performance. *Neuropsychiatric Disease and Treatment*, *3*(5), 553–567.

for the mental and physical consequences of chronic sleep disruption. These findings provide strong evidence that nighttime smartphone use impairs adolescents' sleep health.

210. **Why does social media use impair sleep?** Adolescents use their smartphones at night to be on social media. Nighttime social media use impairs sleep for 3 reasons.

211. <u>(1) Social media use displaces sleep time</u>**.** Social media directly displaces sleep by delaying bedtimes, resulting in shorter sleep duration. An experimental intervention study was conducted to test how nighttime social media use impacts bedtime and sleep. Using actigraphy, which is a wearable device that gives us an objective measure of sleep quality, and daily questionnaires of sleep activities and technology use, this study assessed screen time in the evening and sleep habits over 1 month.[190] This included a 2-week baseline in Phase 1, followed by a 40 minute sleep education workshop and a 2 week follow up in Phase 2, in which participants were asked to stop using social media after 9 pm during school nights. By examining sleep time and social media use in the same teens before and after the intervention, we can see how sleep time changes within the same teens before and after they restrict their technology use. Their results confirmed that nighttime social media use displaces sleep time. Adolescents went to bed earlier on school nights in Phase 2 after the technology intervention (shown in the left panel of the figure). In addition, they got more sleep, increasing their sleep duration by 17 minutes after the intervention (shown in the middle panel of the figure). Importantly, their wake-up times did not change between Phase 1 and Phase 2, suggesting that these improvements in sleep duration result from getting to bed earlier. The gains in sleep are even bigger for older adolescents, who got about 30 minutes more sleep after the intervention when their screentime was restricted (shown in the right panel of the figure).

---

[190] Perrault, A. A., Bayer, L., Peuvrier, M., Afyouni, A., Ghisletta, P., Brockmann, C., Spiridon, M., Hulo Vesely, S., Haller, D. M., Pichon, S., Perrig, S., Schwartz, S., & Sterpenich, V. (2019). Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents. *Sleep*, *42*(9). https://doi.org/10.1093/sleep/zsz125




212. ***Figure note.*** Figure demonstrates averages in Phase 1 (grey bar) and Phase 2 (blue bar). Phase 2 represent the time after the technology intervention. The left panel shows bedtime on school nights. Adolescents went to bed significantly earlier on school nights in Phase 2. The middle panel shows their total sleep duration. Adolescents got significantly more sleep (17 minutes more) in Phase 2. The right panel shows the sleep duration across different age groups. Older adolescents (ages 18-19 and 16-17) benefited the most in Phase 2, getting around 30min more sleep. Figure from Perrault et al., 2019.

213. (2) Social media screens are visually stimulating. The blue light emitted from social media displays delays the release of melatonin, preventing the body from falling asleep. In a study that examined how screentime after 9 pm is related to the onset of melatonin release, researchers examined how screentime and non-screentime activities at night relate to the release of melatonin in adolescents.[191] They found that more screentime after 9 pm was related to melatonin being released later in the night. This was not the case for other, non-screen activities after 9 pm (see Figure below).

---

[191] Perrault, A. A., Bayer, L., Peuvrier, M., Afyouni, A., Ghisletta, P., Brockmann, C., Spiridon, M., Hulo Vesely, S., Haller, D. M., Pichon, S., Perrig, S., Schwartz, S., & Sterpenich, V. (2019). Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents. Sleep, 42(9). https://doi.org/10.1093/sleep/zsz125

214. Exposure to screen use thus delays the evening rise of melatonin, which we know is related to feeling sleepy and being able to fall asleep. This delay in melatonin may lead to an increase in alertness. This increased alertness at night might increase cognitive arousal before sleep, lengthening the time taken to fall asleep and impacting sleep duration and quality. Indeed, the researchers also found that screentime at night was related to lower sleep duration.




215. ***Figure note.*** Figure shows the onset of melatonin in adolescents. Researchers examined how screentime and non-screentime activities at night relate to the release of melatonin in adolescents. They found that more screentime after 9pm was related to melatonin being released later in the night (left image). This was not the case for off-screen activities after 9pm (right image). Figure from Perrault, et al., 2015.

216. <u>(3) Nighttime social media use is psychologically stimulating, contributing to digital stress</u>. This increases cognitive arousal before sleep, lengthening the time taken to fall asleep. Due to the increase in digital stress, teens feel pressure to be online around the clock to keep up with the social norms.

217. Moreover, in a longitudinal study of bedtime smartphone use, late adolescents who used their phones more at night developed more digital stress (fear of missing out; availability overload). Greater digital stress contributed to more sleep deprivation and worse academic

performance.[192] Digital stress induces anxiety, fatigue, and reduces self-control, which causes decreased cognitive ability and academic performance.

218. Social media algorithms also increase the likelihood of viewing more arousing media, contributing to higher emotional arousal before bed.[193]

219. Research has also conducted focus groups to understand these effects. Researchers asked a group of adolescents about their experiences using social media, and the reasons for using it to stay up late.[194] Qualitative research is great for understanding these processes from teens' own perspective. When asked about turning off social media at night, adolescents described feelings of threat, with some reporting intrusive thoughts and worry about missing out on interactions or information. Here is a quote from one teen:

220. "As soon as you give into that temptation you're on it for an hour, two hours at least and then—so yeah, I would say it always affects your sleep. And then you're always wondering 'what's everyone else doing? Are they speaking to each other? Am I missing out? Should I be on this? Should I be up?' And then yeah—it affects my sleep." (Daniel, age 15)

---

[192] Lin, Y., & Zhou, X. (2022). Bedtime smartphone use and academic performance: A longitudinal analysis from the stressor-strain-outcome perspective. Computers and Education Open, 3, 100110. https://doi.org/10.1016/j.caeo.2022.100110

[193] Kinsella, J. E., & Chin, B. N. (2024). Mechanisms linking social media use and sleep in emerging adults in the united states. *Behavioral Sciences*, *14*(9), 794, https://doi.org/10.3390/bs14090794; Wang, K., & Scherr, S. (2022). Dance the night away: How automatic TikTok use creates pre-sleep cognitive arousal and daytime fatigue. *Mobile Media & Communication*, *10*(2), 316-336. https://doi.org/10.1177/20501579211056116

[194] Scott, H., Biello, S. M., & Woods, H. C. (2019). Social media use and adolescent sleep patterns: cross-sectional findings from the UK millennium cohort study. *BMJ Open*, *9*(9), e031161. https://doi.org/10.1136/bmjopen-2019-031161

221. This creates tension between social media use and sleep habits. The continuance of online interactions delayed bedtimes, but disengagement from social media could also impact sleep by fueling cognitive arousal.

222. Adolescents also reported greater offline consequences of not being active on social media, especially during the peak time around bedtime when they reported that peers were most active. One teen said: "If like the night before something big happened and then the next day everyone is talking about it and if you've not seen it you're kind of just like 'oh, I've not seen that or I've not been involved'. So it affects the next day as well." (Olivia, age 14)

223. Not being active on social media at bedtime meant that one risked missing online conversations, resulting in feeling left out of face-to-face peer interactions the following day.

224. Finally, adolescents reported the delayed onset of sleep due to difficulties disengaging from social media at bedtime and resisting the temptation to re-engage with incoming notifications, despite attempts to self-regulate. One teen said: "When you're trying to go to sleep and you say 'right I'm going to put my phone down' and then you hear a buzz so you keep checking it [...] You just feel like sometimes you can miss something big [...] and then they ask, your friends ask 'oh yeah, you missed out' or like 'what happened? What happened?' and you're like 'well, I went to sleep.' I think that you feel the need to so that you feel like you are part of something." (Katie, age 13)

225. Algorithmic feeds amplify tendencies that result in sleep deprivation by continuously curating stimulating and socially salient content that encourages ongoing interaction, displacing time that would otherwise be allocated to restorative sleep. Indeed, algorithms designed to maximize engagement lead to increased use of social media at night, stimulating adolescents and disrupting circadian rhythms and reducing sleep quality.[195]

---

[195] Masri-Zada, T., Martirosyan, S., Abdou, A., Barbar, R., Kades, S., Makki, H., ... & Agrawal, D. K. (2025). The Impact of Social Media & Technology on Child and Adolescent Mental Health. *Journal of psychiatry and psychiatric disorders*, *9*(2), 111; Metzler, H., & Garcia, D. (2024). Social drivers and algorithmic mechanisms on digital media. *Perspectives on*

(continued…)

226. **Why is this so concerning? Sleep is essential for functioning.** Adolescents who get inadequate sleep are more likely to be overweight and not engage in enough physical activity, suffer from anxiety and depressive symptoms, engage in unhealthy risk behaviors, including substance use, are more likely to have trouble in school, and with long-term consequences like cardiovascular effects, metabolic disorders, cancer, and suicidality.[196]

227. Sleep disparities also impact brain development. In a study from my lab, we examined how sleep variability (greater changes in their sleep from day-to-day) relates to adolescent brain development. Greater changes in day-to-day sleep time related to lower development of white matter in the brain one year later.[197] White matter is an index of myelination, and should be increasing during adolescence, and so sleep variability is at odds with normative developmental trends in brain maturation. White matter plays a crucial role in facilitating communication between regions of the brain. During adolescence, the brain undergoes significant development, and the maturation of white matter is essential for facilitating cognitive abilities such as learning, processing information efficiently, and regulating emotions.[198] Thus, poor sleep is

---

*Psychological Science*, *19*(5), 735-748.

[196] Medic, G., Wille, M., & Hemels, M. E. (2017). Short- and long-term health consequences of sleep disruption. *Nature and Science of Sleep*, *9*, 151–161. https://doi.org/10.2147/NSS.S134864; Owens, J. A., & Weiss, M. R. (2017). Insufficient sleep in adolescents: causes and consequences. Minerva Pediatrica, 69(4), 326–336. https://doi.org/10.23736/S0026-4946.17.04914-3

[197] Telzer, E. H., Goldenberg, D., Fuligni, A. J., Lieberman, M. D., & Gálvan, A. (2015). Sleep variability in adolescence is associated with altered brain development. Developmental Cognitive Neuroscience, 14, 16–22. https://doi.org/10.1016/j.dcn.2015.05.007

[198] Deoni, S. C. L., O'Muircheartaigh, J., Elison, J. T., Walker, L., Doernberg, E., Waskiewicz, N., Dirks, H., Piryatinsky, I., Dean, D. C., & Jumbe, N. L. (2016). White matter maturation profiles through early childhood predict general cognitive ability. Brain Structure & Function, 221(2), 1189–1203. https://doi.org/10.1007/s00429-014-0947-x

leading to slower or less efficient neural processing which can result in difficulties with attention, problem-solving, and emotional regulation. This underscores the importance of adequate sleep during adolescence, as it directly supports the healthy development of key brain structures essential for overall well-being.[199]




228. ***Figure note.*** Figure shows white matter tracts in the brain that were affected by poor sleep health (left image). When adolescents show patterns of sleep that are not healthy (showing variable sleep across 2 weeks) they show slower development of white matter tracts in their brains one year later. Right panel show the correlation between sleep variability on the x-axis and white matter integrity on the y-axis. Each dot represents one participant in the study. Figure from Telzer et al., 2015.

## IV. META'S, GOOGLE'S, AND TIKTOK'S INTERNAL DOCUMENTS SHOW THAT THEY DESIGNED THEIR SOCIAL MEDIA PLATFORMS TO INCREASE ENGAGEMENT AND COMPULSIVE USE, WHICH CAUSE HARM AMONG CHILDREN AND ADOLESCENTS

229. Internal documents (including those made public as well as those made available to me through this case) show that (1) Meta, Google, and TikTok's platforms are designed to increase

---

[199] Dahl, R. E., & Lewin, D. S. (2002). Pathways to adolescent health sleep regulation and behavior. *The Journal of Adolescent Health*, *31*(6 Suppl), 175–184. https://doi.org/10.1016/s1054-139x(02)00506-2

engagement and compulsive use, which is known to cause harms and (2) those companies are aware that children and adolescents are the most vulnerable users due to their still-developing brains. Below I describe a few examples among many more from the internal documents reviewed.

**A. Internal Documents Show That Meta's, Google's, and TikTok's Platforms Are Designed to Increase Engagement and Compulsive Use**

230. Meta, Google, and TikTok's platforms are designed to increase engagement. The companies have deep knowledge of addiction models, feedback loops, reinforcement learning, and dopamine signals in the brain. The companies know the risk of compulsive, problematic, and addictive use, and design their platforms with intermittent rewards and other functions "similar to slot machines" and "drug[s]" that drive compulsive use.

**1. Meta**

231. Meta's internal research shows that a [redacted][200] In a 2018 [redacted], Meta identified that [redacted][201]

232. Mark Zuckerberg noted that "[redacted]"[202] Meta [redacted][203]

233. In an internal chat, which was an exhibit in Mark Zuckerberg's deposition[204], Meta UX Researchers exclaimed,[205] "[redacted]

---

[200] META_BONTA-00000979

[201] META_BONTA-00000210

[202] Mark Zuckerberg Depo. 274:24-275:6

[203] Mark Zuckerberg Depo. 680:9-683:8

[204] Mark Zuckerberg Depo.

[205] META_BONTA-00000001

"[redacted]"

234. Another exhibit[206] used in Mark Zuckerberg's deposition, which was a leaked document by Frances Haugen, [redacted] a senior data scientist at Meta. [redacted][207] He goes on to describe "[redacted]"[208] Internal comments among Facebook employees to [redacted] post show that [redacted][209]

---

[206] Mark Zuckerberg Depo. 135:13-137:13

[207] Mark Zuckerberg Depo. 140:17-21

[208] Mark Zuckerberg Depo. 141:9-144:15.

[209] Mark Zuckerberg Depo. 148:7-19.

235. In another internal Meta document describing "[redacted]"[210], the Appendix describes [redacted]. The document further details [redacted].

[redacted]

236. ***Figure note.*** Figure[211] from Meta document on "[redacted]"

237. Sean Parker, former president of Facebook, made public statements in an interview in 2017[212] admitting that "the thought process that went into" building Facebook "was all about how we consume as much of your time and conscious attention as possible. And that means that we need to sort of give you a little dopamine hit every once in a while because someone liked or commented on a photo or post or whatever. And that's going to get you to contribute more content . . . it's a social validation feedback loop . . . . [We] understood this consciously, and we did it anyway . . . . [Meta is] exploiting a vulnerability in human psychology . . . God only knows what it's doing to our children's brains"

238. Meta researchers [redacted]

---

[210] META_BONTA-00000148

[211] META_BONTA-00000150

[212]Mike Allen, *Sean Parker unloads on Facebook: "God only knows what it's doing to our children's brains"*, AXIOS (Nov. 9, 2017), https://www.axios.com/2017/12/15/sean-parker-unloads-on-facebook-god-only-knows-what-its-doing-to-our-childrens-brains-1513306792

[redacted][213]

[redacted]

239. ***Figure note.*** Figure[214] from Meta documents demonstrating [redacted].

240. [redacted] This is demonstrated in an internal exchange between [redacted][215] In another

[213] META BONTA-00000839

[214] META BONTA-00000839

[215] META_BONTA-00000882

internal chat[216] [redacted][217]

241. In an internal presentation, [redacted][218] [redacted][219] [redacted][220]

---

[216] META BONTA-00000877

[217] META_BONTA-00000873

[218] META_BONTA-00000896

[219] META_BONTA-00000912

[220] Meshi, D., Tamir, D. I., & Heekeren, H. R. (2015). The emerging neuroscience of social media. *Trends in Cognitive Sciences*, *19*(12), 771-782. https://doi.org/10.1016/j.tics.2015.09.004

[redacted]

242. ***Figure note.*** Slide[221] from presentation by [redacted].

[redacted]

243. ***Figure note.*** Slide[222] from presentation by [redacted].

244. The presentation[223] continues to describe how "[redacted]

[221] META_BONTA-00000912

[222] META_BONTA-00000913

[223] META_BONTA-00000914

[redacted]”

[redacted]

245. ***Figure note.*** Slide[224] from presentation by [redacted]”.

[redacted]

[224] META_BONTA-00000914

246. ***Figure note.*** Slide[225] from presentation by [redacted].

247. Internal documents also underscore that [redacted] an internal email described how "[redacted]"[228] And most concerning, in a deposition,[229] Vaishnavi Jayakumar, a former Meta employee, explained that "[redacted]"[230]

**2. Google**

248. In a Google presentation based on internal research, [redacted] of YouTube UX Research explained that [redacted]

---

[225] META_BONTA-00000916

[226] META_BONTA-00000876

[227] Griffiths, S., Harris, E. A., Whitehead, G., Angelopoulos, F., Stone, B., Grey, W., & Dennis, S. (2024). Does TikTok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls. *Body Image, 51*, 101807. https://doi.org/10.1016/j.bodyim.2024.101807

[228] META_BONTA-00001056

[229] Vaishnavi Jayakumar Depo. 221:9-221:22.

[230] Vaishnavi Jayakumar Depo. 221:24-222:2

[redacted][231]

[redacted]

249. ***Figure note.*** Slide[232] from presentation [redacted]

250. The same presentation showed [redacted][233]

[redacted]

[231] GOOG-CA976-00002470

[232] GOOG-CA976-00002470

[233] GOOG-CA976-00002472

251. ***Figure note.*** Slide[234] from presentation [redacted]

252. Another presentation from Google, titled [redacted]

[redacted]

[redacted][235]

253. ***Figure note.*** Slide[236] from presentation [redacted]

---

[234] GOOG-CA976-00002472

[235] GOOG-CA976-00001410

[236] GOOG-CA976-00001410

254. Another Google presentation[237] on [redacted] See image of slide below.

[redacted]

255. ***Figure note.*** Slide[238] from presentation on "[redacted]"

256. A 2018 strategy document outlines [redacted][239]

[237] GOOG-CA976-00001517

[238] GOOG-CA976-00001526

[239] GOOG-CA976-00000188

257. Other internal documents underscore [redacted]"[240] The document goes on to say that "[redacted]"

[redacted]

258. ***Figure note.*** [redacted]

259. Algorithms concentrate large amounts of problematic content; this concentration, driven by the algorithm, is the problem. Internal documents reflect that YouTube [redacted]. As detailed in one presentation,

[redacted]

---

[240] GOOG-CA976-00000155

[241] GOOG-CA976-00000155

[redacted].[242]

260. Importantly, Google [redacted][243] [redacted].[244]

[redacted]

[242] GOOG-CA976-00005587
[243] GOOG-CA976-00005451
[244] GOOG-CA976-00005676

[redacted]

261. ***Figure note.*** Slides from Google presentation[245]

262. A similar Google presentation stated that "[redacted]"[246]

[redacted]

263. ***Figure note.*** Slide from Google presentation[247]

---

[245] GOOG-CA976-00005676

[246] GOOG-CA976-00005399

[247] GOOG-CA976-00005399

264. Through an internal research study, Google [redacted].[248] The presentation [redacted].

[redacted]

265. ***Figure note.*** Slide from Google presentation[249]

266. Google included a [redacted].[250]

[redacted]

267. ***Figure note.*** Slide from Google presentation[251]

---

[248] GOOG-CA976-00001348-49.

[249] GOOG-CA976-00001349

[250] GOOG-CA976-00002491

[251] GOOG-CA976-00002491

268. The presentation details [redacted].[252]

[redacted]

269. ***Figure note.*** Slide from Google presentation[253]

**3. TikTok**

270. Internal documents from TikTok show [redacted][254]

[252] GOOG-CA976-00002482

[253] GOOG-CA976-00002482

[254] TIKTOK-0000674

[redacted]

271. ***Figure note.*** Image from TikTok [redacted] document[255]

272. Moreover, in a document on [redacted], TikTok acknowledges that "[redacted]"[256] Moreover, an internal chat between TikTok employees indicates "[redacted]"[257]

273. Similar to Meta, TikTok describes how [redacted][258]

[255] TIKTOK-0000674

[256] TIKTOK-0000579

[257] TIKTOK-0000383

[258] TIKTOK-0000670

[redacted]

274. ***Figure note.*** Image from TikTok [redacted] document[259]

275. An internal document [redacted][260] As discussed throughout this declaration, and consistent with empirical studies, [redacted],[261] [redacted]

276. Indeed, in a document describing [redacted], TikTok noted that there is "[redacted]

---

[259] TIKTOK-0000670

[260] TIKTOK-0000392

[261] Griffiths, S., Harris, E. A., Whitehead, G., Angelopoulos, F., Stone, B., Grey, W., & Dennis, S. (2024). Does TikTok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls. *Body Image*, *51*, 101807. https://doi.org/10.1016/j.bodyim.2024.101807

[redacted]"[262] In other words, there is a [redacted]. The document also highlighted [redacted][263] Further, in another internal chat between TikTok employees[264], [redacted].

277. An internal study conducted by TikTok described [redacted][265]

278. Internal documents show that TikTok "[redacted]"[266] The document continued: "[redacted]"[267]

[262] TIKTOK-0000396

[263] TIKTOK-0000396

[264] TIKTOK-0000450

[265] TIKTOK-0000816

[266] TIKTOK-0000578-79

[267] TIKTOK-0000579

279. An internal study conducted by TikTok noted that [redacted][268]

[redacted]

280. ***Figure note.*** Image of TikTok report[269] describing [redacted]

**B. Internal Documents Show That Meta, Google, and TikTok Consider Children and Adolescents to Be Vulnerable and Susceptible to Social Media Addiction, Addictive-Like Behavior, and Related Harms**

281. Internal documents not only acknowledge the harms of social media but show that Meta, Google, and TikTok consider children and adolescents to be the most vulnerable to the potential harms due to their still developing brains, heightened sensation seeking, and inability to engage in control.

---

[268] TIKTOK-0000817

[269] TIKTOK-0000817

**1. Meta**

282. In 2020, [redacted][270]. The email exchange describes the "[redacted]".[271] This model is very consistent with my own model demonstrating a self-perpetuating feedback loop of adolescent mental health and digital media use, where we also describe that adolescents are uniquely impacted by social media due to heightened neurobiological and behavioral sensitivity.[272]

283. Social media platforms are not built to be developmentally sensitive or to optimize healthy development. In fact, social media companies are aware of adolescents' heightened reward sensitivity and how the companies can exploit it. In their presentation "[redacted]" Meta describes how [redacted]. The presentation noted that "[redacted]"[273] The presentation goes on to highlight how "[redacted]"[274] It explains that "[redacted]

[270] META_BONTA-00000559

[271] META_BONTA-00000559

[272] Flannery, J.S., Maza, M.T., Kilic, Z., & Telzer, E.H. (2023). Cascading bidirectional influences of digital media use and mental health in adolescence. *Advances in Child Development and Behavior, 64*, 255-287. https://doi.org/10.1016/bs.acdb.2022.10.003

[273] META_BONTA-00000887

[274] META_BONTA-00000894

[redacted]"[275]

284. "[redacted]" explains that "[redacted]"[276] It goes on to say that "[redacted]"[277]

285. And Meta [redacted][278]

286. Meta was [redacted].[279] It goes on to say that "[redacted]"[280]

287. The presentation further describes how "[redacted]

---

[275] META_BONTA-00000894

[276] META_BONTA-00000890

[277] META_BONTA-00000894

[278] META_BONTA-00000894

[279] META_BONTA-00000892

[280] META_BONTA-00000894

[redacted]"

"[281] Social comparison is heightened in adolescence, due in part to the concept of the imaginary audience, as I discussed above. In [redacted] Meta describes [redacted][282].

288. An expert in adolescence and brain development who I understand to be a current Meta employee based on information available on the Internet,[283] published an fMRI study prior to working at Meta about how likes activate the reward system of the brain.[284] [redacted][285]

---

[281]META_BONTA-00000892

[282]META_BONTA-00000892

[283] Lauren Elizabeth Sherman, LinkedIn, https://www.linkedin.com/in/laurenelizabethsherman/

[284] Sherman, L. E., Payton, A. A., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2016). The power of the like in adolescence: Effects of peer influence on neural and behavioral responses to social media. *Psychological science*, *27*(7), 1027-1035. https://doi.org/10.1177/0956797616645673

[285] META_Bonta-00000963

**2. Google**

289. Google gave a presentation in 2020 explaining that "[redacted]"[286] See Figure

[redacted]

290. ***Figure note.*** Slide[287] from a 2020 Google presentation on "[redacted]"

291. In his deposition, a Google employee named Woojin Kim stated that he had "[redacted]"[288]

[286] GOOG-CA976-00001252

[287] GOOG-CA976-00001252

[288] GOOG-CA976-00004159 (Woojin Kim Depo. 201:23-202:4)

292. In another presentation, Google explained that "[redacted]"[289] See Figure.

[redacted]

293. ***Figure note.*** Slide[290] from Google presentation on YouTube [redacted]

294. In another presentation, Google demonstrated the ways that "[redacted]"[291] See Figure

[289] GOOG-CA976-00001353

[290] GOOG-CA976-00001353

[291] GOOG-CA976-00005664

[redacted]

295. ***Figure note.*** Slide[292] from Google Presentation on "[redacted]"

296. Internal documents stated: "[redacted]"[293] The documents noted that [redacted][294]

[redacted]

297. ***Figure note.*** Image from Google document[295]

---

[292] GOOG-CA976-00005664

[293] GOOG-CA976-00002288

[294] GOOG-CA976-00002288

[295] GOOG-CA976-00002288

### 3. TikTok

298. TikTok's internal documents explain that "[redacted]" They explain that [redacted]"

299. [redacted] one internal document described how [redacted].The document continued: "[redacted]"

## V. CONCLUSIONS

300. While some research has found that social media can offer short-term benefits, such as helping youth feel socially connected, these perceived positives mask deeper, longer-term harms. In fact, the momentary increase in feelings of social connectedness from social media are fleeting in nature.[296] As a developmental neuroscientist, and someone who has conducted empirical research on these issues, as well as edited a handbook on adolescent social media use and mental health,[297] it is increasingly clear that the risks of social media use outweigh the benefits, particularly for adolescents who are the most vulnerable population.

---

[296] Garrett, S.L., Burnell, K., Armstrong-Carter, E.L., Prinstein, M.J., & Telzer, E.H. (2023). Linking video chatting, phone calling, text messaging, and social media with peers to adolescent connectedness. *Journal of Research on Adolescence, 33*(4), 1222-1234

[297] Nesi, J., Telzer, E.H., & Prinstein, M.J. Eds. (2022). *The Handbook of Adolescent Social Media Use and Mental Health*. Cambridge University Press. https://doi.org/10.1017/9781108976237

301. The features of social media cause, contribute to, and exacerbate the harms of social media on youth mental health. In particular, the recommender algorithms systematically prioritize posts that are salient, emotionally engaging, and rewarding, amplifying exposure to stimuli that exploit developmental sensitivities in adolescents. Recommender algorithms activate reward and salience networks in the brain that promote habitual and compulsive use. Over time, this reinforcement can contribute to addiction-like patterns of engagement, particularly among adolescents whose executive control systems are still developing. Repeated interaction with algorithmically curated feeds can reinforce maladaptive patterns of attention, comparison, and engagement, intensify existing vulnerabilities, and make it more difficult for adolescents to disengage.

302. Empirical studies continue to show associations between social media use and increased mental health problems, sleep disruption, loneliness, poor body-image, suicidal thoughts and behaviors, disrupted engagement in school, and alterations in brain circuits involved in reward, emotional regulation, and social processing. Importantly, even when youth report that social media helps them feel less alone or more informed in the short term, this doesn't negate that their attention spans are being fractured, their sleep is being eroded, and their sense of self-worth is increasingly tied to algorithmically driven social metrics. These short-term feelings of connection come at a long-term cost, especially when engagement displaces offline relationships, physical activity, and unstructured downtime critical for healthy brain development.

303. In my opinion, based on the totality and weight of the evidence, my education and research experience, as well as internal documents from Meta, Google, and TikTok, social media use, especially problematic social media use that results from the features of social media (e.g., algorithms) causes and contributes to mental health harms in adolescents.

304. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

305. Executed this 18th day of February, 2025, in Chapel Hill, North Carolina

Eva H. Telzer

# EXHIBIT A

# EVA H. TELZER, PHD

## CURRICULUM VITAE

## A) PERSONAL

Department of Psychology and Neuroscience
Box #3270, 235 E. Cameron Ave
Chapel Hill, NC 27599-3270

Phone: 919-962-6758
Email: ehtelzer@unc.edu
Lab web: DSNLab.web.unc.edu

## B) EDUCATION

2007 – 2012 University of California, Los Angeles, Ph.D., Psychology
2006 – 2007 University of California, Los Angeles, M.A., Psychology
2004 – 2006 National Institutes of Health, Post Baccalaureate Intramural Research Trainee
2000 – 2004 Mount Holyoke College, B.A., Psychology, *Magna cum Laude*

## C) PROFESSIONAL EXPERIENCE

### CURRENT POSITIONS

2022 – present Co-Director, Winston Center on Technology and Brain Development, University of North Carolina at Chapel Hill
2023 – present Professor, Department of Psychology and Neuroscience, University of North Carolina at Chapel Hill
2016 – present Faculty, Biomedical Research Imaging Center, School of Medicine, University of North Carolina at Chapel Hill

### PAST POSITIONS

2022 – 2025 Program Director, Developmental Psychology, Department of Psychology and Neuroscience, University of North Carolina at Chapel Hill
2019 – 2023 Associate Professor, Department of Psychology and Neuroscience, University of North Carolina at Chapel Hill
2016 – 2019 Assistant Professor, Department of Psychology and Neuroscience, University of North Carolina at Chapel Hill
2016 – 2021 Faculty, Carolina Consortium on Human Development, Chapel Hill
2016 – 2018 Adjunct Assistant Professor, Department of Psychology, University of Illinois at Urbana Champaign
2015 – 2016 Faculty, Neuroscience Program, University of Illinois at Urbana Champaign
2012 – 2016 Faculty, Beckman Institute for Advanced Science and Technology, Cognitive Neuroscience Group, University of Illinois at Urbana Champaign
2012 – 2016 Assistant Professor, Department of Psychology, University of Illinois at Urbana Champaign

## D) HONORS

| | |
|---|---|
| 2022 | Distinguished Scientific Award for Early Career Contribution to Psychology, American Psychological Association |
| 2021 | Teaching commendation, PSYC 180, University of North Carolina Chapel Hill |
| 2020 | Teaching commendation, PSYC 781, University of North Carolina Chapel Hill |
| 2020 | Boyd McCandless Award for Early Career Contribution to Developmental Psychology, American Psychological Association Division 7 |
| 2019 | Young Investigator Award, Flux Congress, Society for Developmental Cognitive Neuroscience |
| 2019 | Psychology Club Award for Outstanding Research Mentorship, University of North Carolina Chapel Hill |
| 2018 | Early Career Award, Society for Research on Adolescence |
| 2015 | Rising Star Award, Association for Psychological Science |
| 2014 | List of Teachers Ranked as Excellent by their Students, University of Illinois |
| 2014 | Jacobs Foundation Invited Participant, *Making Connections: How Neural Development and Social Experience Interact to Create Productive and Socially Engaged Youth* |
| 2014 | Jacobs Foundation Young Scholar, *Men as Fathers: Interdisciplinary Perspectives on Fatherhood in the Context of the Family* |
| 2014 | Thornberg Dissertation Award, Society for Research on Adolescence |
| 2013 | List of Teachers Ranked as Excellent by their Students, Outstanding Rating (course ratings in top 10% of all faculty at the College level), University of Illinois |
| 2013, 2014, 2015 | University of Illinois Scholars Travel Award |
| 2013 | Outstanding Dissertation Award, Society for Research on Child Development |
| 2013 | Council of Graduate Schools/ProQuest Distinguished Dissertation, National Finalist |
| 2012 | Millard Madsen Distinguished Dissertation Award, UCLA |
| 2012 | Cognitive Neuroscience Society Graduate Student Award |
| 2011 | Graduate Division Portable Supplement Fellowship, UCLA |
| 2011 | Sackler Colloquia of the National Academy of Sciences Travel Award |
| 2011 | Society for Research on Child Development Travel Award |
| 2010 | Summer Fellow, The European Association for Research on Adolescence and Society for Research on Adolescence |
| 2010 | Summer Fellow, University of Michigan Advanced fMRI Training Course |
| 2010 | Society for Personality and Social Psychology Travel Award |
| 2009 | UCLA Interdisciplinary Relationship Science Program Travel Award |
| 2009 | Fellow, University of Wisconsin Madison Health Emotions Research Institute |
| 2009 | Summer Fellow, UCLA Advanced Neuroimaging Training Program |
| 2008 | Faculty Selected Fellow, The European Society for Developmental Psychology and Jacobs Foundation Summer School on Immigration and Development |
| 2007 | Graduate Summer Research Mentorship Award, UCLA |
| 2007 | Summer Fellow, Sackler Institute for Developmental Psychobiology and John Merck Fund Institute on the Biology of Developmental Disabilities |
| 2007 – 2010 | National Science Foundation, Graduate Research Fellowship |
| 2006 | University First Year Fellowship, UCLA |
| 2004 – 2006 | Intramural Research Training Award, National Institutes of Health |
| 2004 | High Honors, Senior Honors Thesis, Mount Holyoke College |
| 2004 | Magna Cum Laude, Mount Holyoke College |
| 2004 | Mary Lyon Scholar, Mount Holyoke College |

## E) BIBLIOGRAPHY AND PRODUCTS OF SCHOLARSHIP

†mentored student author

## BOOKS

1. Nesi, J., **Telzer, E.H.,** & Prinstein, M.J. Eds. (2022). *The Handbook of Adolescent Social Media Use and Mental Health*. Cambridge University Press. https://doi.org/10.1017/9781108976237
2. Causadias, J.M., **Telzer, E.H.,** & Gonzales, N.A. Eds. (2018). *The Handbook of Culture and Biology.* Wiley Press. https://doi.org/10.1002/9781119181361

## BOOK CHAPTERS

1. Güroğlu, B., & **Telzer, E.H.** (in press). The role of neural structures in peer relations. In B. Laursen, W. M. Bukowski, R. Veenstra, & K. H. Rubin (Eds.) *Handbook of Peer Interactions, Relationships, and Groups*, 3rd edition. Guilford Press.
2. **Telzer, E.H.**, & Carranza, A.F†. (in press). The adolescent brain in action: How neurodevelopment shapes youth engagement in social justice. In G. Carlo, D. Lapsley, & D. Laible (Eds). *Handbook of the Developmental Science of Social Justice.* Edward Elgar Publishing
3. Shipkova, M†., Dai, J†., Lindquist, K.A. & **Telzer, E.H.** (2025). Neurodevelopment of emotional processes in adolescent social contexts. In J. Armony and P. Vuilleumier (Eds). 2nd edition. *The Handbook of Affective Neuroscience*. Cambridge University Press. https://doi.org/10.1017/9781009342919
4. Do, K.T†., Prinstein, M.J., & **Telzer**, **E.H.** (2024). Neurobiological susceptibility to peer influence in adolescence. In K.C. Kadosh (Ed). *Oxford Handbook of Developmental Cognitive Neuroscience*. Oxford University Press. https://doi.org/10.1093/oxfordhb/9780198827474.001.0001
5. **Telzer, E.H.**, & Maza, M.T†. (2024). Social media and the developing brain. In G.J. Rich F., K. Kumar, & Farley (Eds). *Handbook of Media Psychology – The Science and the Practice.* Springer Press. https://doi.org/10.1007/978-3-031-56537-3
6. Flannery, J.S†., Maza, M.T†., Kilic, Z†., & **Telzer, E.H.** (2023). Cascading bidirectional influences of digital media use and mental health in adolescence. *Advances in Child Development and Behavior, 64,* 255-287. https://doi.org/10.1016/bs.acdb.2022.10.003
7. Turpyn, C†. & **Telzer**, **E.H.** (2022). Parenting and brain development. In A.S. Morris & J. Mendez Smith (Eds). *The Cambridge Handbook of Parenting: Interdisciplinary Research and Application.* Cambridge University Press, New York, NY. https://doi.org/10.1017/9781108891400
8. **Telzer, E.H.**, Kwon, S†., & Jorgensen, N.A†. (2022). Neurobiological development in adolescence and early adulthood: Implications for positive youth adjustment. In L. Crockett, G. Carlo, & J. Schulenberg (Eds). *APA Handbook of Adolescent and Young Adult Development.* American Psychological Association. https://doi.org/10.1037/0000298-000
9. **Telzer, E.H.**, van Hoorn, J†., Rogers, C.R†. & Do, K.T†. (2018). Social influence on positive youth development: A developmental neuroscience perspective. *Advances in Child Development and Behavior, 54,* 215-258*.* https://doi.org/10.1016/bs.acdb.2017.10.003
10. Causadias, J.M., **Telzer, E.H.**, & Gonzales, N.A. (2018). Introduction to culture and biology interplay (pgs. 465-488). In J.M. Causadias, E.H., Telzer, & N.A. Gonzales (Eds). *The Handbook of Culture and Biology.* Wiley Press. https://doi.org/10.1002/9781119181361
11. Qu, Y†. & **Telzer**, **E.H.** (2018). Developmental cultural neuroscience (pgs. 3-30). In J.M. Causadias, E.H., Telzer, & N.A. Gonzales (Eds). *The Handbook of Culture and Biology.* Wiley Press. https://doi.org/10.1002/9781119181361

12. Lin, L†. & **Telzer**, **E.H.** (2018). An introduction to cultural neuroscience (pgs. 399-420). In J.M. Causadias, E.H., Telzer, & N.A. Gonzales (Eds). *The Handbook of Culture and Biology.* Wiley Press. https://doi.org/10.1002/9781119181361

13. **Telzer, E.H.**, Fuligni, A.J., & Gálvan, A. (2016). Identifying a cultural resource: Neural correlates of familial influence on risk taking among Mexican-origin adolescents (pgs 209-222). In J.Y. Chiao, S-C Li, R. Seligman, & R. Turner (Eds). *The Oxford Handbook of Cultural Neuroscience.* Oxford University Press, New York, NY. https://doi.org/10.1093/oxfordhb/9780199357376.013.15

14. Fuligni, A.J. & **Telzer, E.H.** (2012). The contributions of immigrant adolescents (pgs 181-202). In A.S. Masten, D. Hernandez, & K. Liebkind (Eds). *Realizing the Potential of Immigrant Youth.* Cambridge University Press, New York, NY. https://doi.org/10.1017/CBO9781139094696

**REFEREED ARTICLES**

1. **Telzer, E.H.,** & Burnell, K. (in press). Smartphone use during school hours and association with cognitive control in youths aged 11-18 years. *JAMA Network Open.*

2. Shipkova, M†. Bonar, A., Capella, J. Feldman, M.J., Field, N.H., Prinstein, M.J., **Telzer, E.H.**, & Lindquist, K.A. (in press). The roles of emotional responding and regulation in adolescent friendship stability: A multimethod fMRI study. *Journal of Research on Adolescence, 36, e70154.* https://doi.org/10.1111/jora.70154

3. Maheux, A.J., Akre-Bhide, S., Boeldt, D., Flannery, J., E., Richardson, Z., Burnell, K., **Telzer, E.H.**, & Kollins, S.H. (in press). Generative AI app use among US youth. *JAMA Network Open.*

4. Capella, J†., Jorgensen, N†., Kwon, S†., Maza, M†., Prinstein, M., Lindquist, K., & **Telzer, E.H.** (in press) Neural sensitivity to peer hierarchies: Risks for depressive symptoms for low status adolescents. *Journal of Research on Adolescence*.

5. Burnell, K., Albani, S.C†., Garrett, S.L†., Prinstein, M.J., & **Telzer, E.H.** (in press). More minutes, fewer steps: Hourly associations between adolescent smartphone use and physical activity. *Journal of Adolescent Health.*

6. Frye, N.G., Lin, Y., Feldman, M.J., Prinstein, M.J., Cohen, J.R., **Telzer, E.H.,** & Lindquist, K.A. (in press). Emotional attention moderates the link between allostatic interoceptive system organization and depression in adolescents. *Affective Science.*

7. Duell, N.T., Alvarez, G. **Telzer, E.H.** & Muscatell, K.A. (in press). Racial/ethnic discrimination shapes adolescent brain connectivity: Social buffers and implications for executive function. *Developmental Cognitive Neuroscience.*

8. Escalante, E.S†., Flannery, J.S†., Perino, M.T., & **Telzer, E.H.** (in press). Differences in Risk Appraisal and Neural Activity in Adolescents with a History of Misconduct. Social Cognitive and Affective Neuroscience.

9. Frye, N.G., Nugiel, T., Alvarez, G.M., Prinstein, M.J., Cohen, J.R., **Telzer, E.H.,** & Lindquist, K.A. (in press). Functional organization of the allostatic interoceptive network in adolescence: Links to peer victimization and prospective depressive symptoms. *Developmental Cognitive Neuroscience.*

10. Pollak, O.H†., Frye, N.G., Nugiel, T., Cohen, J.R., **Telzer, E.H.**, Lindquist, K.A., & Prinstein, M.J. (in press). Testing an interpersonal risk pathway to suicidal ideation in adolescence: Linking neural, psychological, and sociometric indices of socially-relevant factors. *Social Cognitive and Affective Neuroscience.*

11. Flannery, J.S†., Parr, A.C., Lindquist, K.A., & **Telzer, E.H.** (in press). Developmental changes in dopamine-related neurophysiology and associations with substance use and incentive-boosted cognitive control. *Developmental Cognitive Neuroscience.*

12. Burnell, K., Maheux, A.J., Shapiro, H., Flannery, J.E., **Telzer, E.H.,** & Kollins, S.H. (in press). An observational analysis of smartphone engagement during school hours among U.S. youth. *JAMA Network Open.*

13. **Telzer, E.H.,** Escalante, E†., D, Jack†., & Tsai, R†. (in press). How social and cultural processes shape adolescents: An ecocultural transactional framework of adolescent brain development. *Annual Review of Developmental Psychology.*

14. Garrett, S.L†., Burnell, K., Trekels, J†., Prinstein, M., & **Telzer, E.** (in press). Understanding adolescents' family communication during COVID-19: An ecological momentary design study. *Developmental Psychology.*

15. Garrett, S.L†., Shipkova, M†., Prinstein, M.J., **Telzer, E.H.**, & Lindquist, K.L. (in press). Positive and negative sentiment in social media direct messages predicts negative emotion differentiation among adolescents. *Affective Science.*

16. Nesi, J.,* Burnell, K.,* Fox, K.A., Armstrong-Carter, E†., Field, N.H., Maza, M.T†., Garrett, S.L†., Kilic, Z†., Nick, E.A., Nail, M., Turk, Y., Prinstein, M.J., & **Telzer, E.H.** (in press). Objectively-measured smartphone pickups among adolescents: Associations with daily positive and negative affect and mindfulness. *Psychology of Popular Media.* *denotes equal author contribution

17. Rudolph, K.R., Davis, M.M†., Modi, H.H., Skymba, H.V., Finnegan, M.K., Haigler, K., Clapham, R.B., Ye, Z., Dodson, D. & **Telzer, E.H**. (in press). Emotional trade-offs of neural sensitivity to social threat and reward in adolescent girls. *Social Cognitive Affective Neuroscience.*

18. Maheux, A.J., Maes, C., Burnell, K., Bauer, D.J., Prinstein, M.J., & **Telzer, E.H.** (in press). Social media are many things: addressing the components and patterns of adolescent social media use. *Annals of the New York Academy of Sciences*

19. Armstrong-Carter, E†., Kwon., SJ†., Jorgenson, N†., Prinstein, M.J., Lindquist, K.L., & **Telzer, E.H.**, (in press). Socioeconomic status and adolescents' risk-taking behavior: No longitudinal link or differences by neurobiological activation when anticipating social rewards. *Developmental Cognitive Neuroscience.*

20. Field, N.H†., Balkind, E., Burnell, K., Fox, K.A†., Feldman, M.J., Nick, E.A., **Telzer, E.H.**, Lindquist, K.A., & Prinstein, M.J. (in press). Popularity, but not likability, as a risk factor for low empathy: A longitudinal examination of within- and between-person effects of peer status and empathy in adolescence. *Developmental Psychology*. https://doi.org/10.1037/dev0001914

21. Haag, A-C., Nick, E.A., Chen, M.S., **Telzer, E.H.**, Prinstein, M.J., & Bonanno, G.A. (in press). Investigating risk profiles of smartphone activities and psychosocial factors in adolescents during the COVID-19 pandemic. *Journal of Research on Adolescence, 35,* 1-17*.* https://doi.org/10.1111/jora.13045

22. Trekels, J†. & **Telzer, E.H.** (in press). The Swiss Cheese Model of Social Cues: A theoretical perspective on the role of social context in shaping social media's effect on adolescent well-being. *Journal of Communication.*

23. Feldman, M.J†*., Capella, J†*., Bonar, A.S†., Dai, J†., Field, N†., Lewis, K., Prinstein, M., **Telzer, E.H.**, & Lindquist, K.A (in press) Proximity within real world adolescent peer networks predicts neural similarity during affective experience. *Social Cognitive and Affective Neuroscience*. *denotes equal first authorship

24. Armstrong-Carter, E†. & **Telzer, E.H.** (in press). The development of prosocial risk-taking behavior across childhood and adolescence: Mechanisms and opportunities. *Child Development Perspectives.* https://doi.org/10.1111/cdep.12525

25. Garrett, S.L†., Burnell, K., Armstrong-Carter, E.M., Nelson, B.W., Prinstein, M.J., & **Telzer, E.H.** (in press). Links between objectively-measured hourly smartphone use and adolescent wake events across two weeks. *Journal of Clinical Child and Adolescent Psychology*. https://doi.org/10.1080/15374416.2023.2286595

26. Davis, M.M†., Surabhi, D.M., **Telzer, E.H.**, & Rudolph, K.D. (in press). Risk for depressive symptoms among adolescents with a history of adversity: Unique role of stress appraisals. *Child Psychiatry & Human Development.* https://doi.org/10.1007/s10578-023-01538-5

27. Nelson, B†., Pollak, O.H., Clayton, M., **Telzer, E.H.**, & Prinstein, M.J. (in press). An RDoC-based approach to adolescent self-injurious thoughts and behaviors: The interactive role of social affiliation and cardiac arousal. *Development and Psychopathology*. https://doi.org/10.1017/S0954579423000251

28. Fox, K.A†., Nick, E., Nesi, J., **Telzer, E.H.**, & Prinstein, M.J. (in press). Why haven't you texted me back? Adolescents' digital entrapment, friendship conflict, and perceived general health. *Journal of Clinical Child and Adolescent Psychology.* https://doi.org/10.1080/15374416.2023.2261543

29. Jorgensen, N.A†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2025). Early adolescents' ethnic-racial identity in relation to longitudinal growth in perspective taking. *Developmental Psychology, 61,* 105-112. https://doi.org/10.1037/dev0001861

30. Burnell, K., Flannery, J.S†., Fox, K.A†., Prinstein, M.J., & **Telzer. E.H.** (2025). U.S. adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use. *Journal of Children and Media, 19,* 194-212. https://doi.org/10.1080/17482798.2024.2402272

31. Maheux, A.J., Burnell, K., Maza M.T†., Fox, K.A†., **Telzer, E.H**., & Prinstein, M.J. (2025). Annual Research Review: Adolescent social media use is not a monolith: toward the study of specific social media components and individual differences. *Journal of Child Psychology and Psychiatry, 66,* 440-459*.* https://doi.org/10.1111/jcpp.14085

32. Maheux, A.J., Garrett, S.L†., Fox, K.A†., Field, N.H†., Burnell, K., **Telzer, E.H.**, & Prinstein, M.J. (2025). Adolescent social gaming as a form of social media: A call for developmental science. *Child Development Perspectives, 19,* 3-13*.* http://dx.doi.org/10.1111/cdep.12518

33. Trekels, J†., Maza, M.T†., Capella, J†., Jorgensen, N.A†., Kwon, SJ†., Lindquist, K.A., Prinstein, M.J. & **Telzer, E.H.** (2024). Diverse social media experiences and adolescents' depressive symptoms: The moderating role of neurobiological sensitivity to rejected peers. *Social Cognitive and Affective Neuroscience, 19(1),* nsae070*.* https://doi.org/10.1093/scan/nsae070

34. Capella, J†. & **Telzer, E.H.** (2024). A framework for integrating neural development and social networks in adolescence. *Developmental Cognitive Neuroscience, 69,* 101442. https://doi.org/10.1016/j.dcn.2024.101442.

35. Lin, S.C., Pozzi, E., Kehoe, C.E., Havighurst, S., Schwartz, O.S., Yap, M.B.H., Zhao, J., **Telzer, E.H.**, & Whittle, S. (2024). Family and parenting factors are associated with emotion regulation neural function in early adolescent girls with elevated internalizing symptoms. *European Child & Adolescent Psychiatry, 33,* 4381–439*.* https://doi.org/10.1007/s00787-024-02481-z

36. Davis, M.M†., Modi, H.H., Skymba, H.V., Haigler, K., Finnegan, M.K., **Telzer, E.H**., Rudolph, K. R. (2024). Neural sensitivity to peer feedback and depressive symptoms: Moderation by executive function. *Developmental Psychobiology, 66(6),* e22515. https://doi.org/10.1002/dev.22515

37. Kwon, S†., van Hoorn, J†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2024). Age-related changes in ventrolateral prefrontal cortex activation are associated with daily prosocial behaviors two years later. *Developmental Cognitive Neuroscience*, *67,* 101394. https://doi.org/10.1016/j.dcn.2024.101394

38. Burnell, K., Trekels, J., Prinstein, M.J., & **Telzer, E.H.** (2024). Adolescents' social comparison on social media: Links with momentary self-evaluations. *Affective Science, 5,* 295–299. https://doi.org/10.1007/s42761-024-00240-6

39. McClellan, L.M., Fry, C.M., **Telzer, E.H.**, & Rogers, C.R. (2024). Exploring family obligation as a buffer between parental differential treatment and sibling hostility**.** *Journal of Child and Family Studies, 33,* 2746–2757. https://doi.org/10.1007/s10826-024-02814-1

40. Do, KD†. & **Telzer, E.H.** (2024) Longitudinal changes in the value and influence of parent and peer attitudes about externalizing behaviors across adolescence. *Developmental Psychology, 60(8),* 1500–1510. https://doi.org/10.1037/dev0001715 [preregistration]

41. Burnell, K., Garrett, S.L†., Nelson, B.W., Prinstein, M.J., & **Telzer, E.H.** (2024). Daily links between objective smartphone use and sleep among adolescents. *Journal of Adolescence*, 96, 1171-1181. https://doi.org/10.1002/jad.12326

42. Do, K.D†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2024). Neural tracking of perceived parent, but not peer, norms is associated with longitudinal changes in adolescent attitudes about externalizing behaviors. *Journal of Cognitive Neuroscience, 36,* 1221-1237. https://doi.org/10.1162/jocn_a_02152

43. Kwon, S†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2024). Friendship changes differentially predict neural correlates of decision-making for friends across adolescence. *Developmental Cognitive Neuroscience, 65,* 101342. https://doi.org/10.1016/j.dcn.2024.101342

44. Flannery, J.S†., Burnell, K., Kwon, S†., Jorgensen, N.A†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2024). Developmental changes in brain function linked with addiction-like social media use two years later. *Social Cognitive Affective Neuroscience, 19,* nsae008. https://doi.org/10.1093/scan/nsae008

45. Trekels, J†., Nesi, J., Burnell, K., Prinstein, M.J., & **Telzer, E.H.** (2024). Dispositional and social correlates of digital status seeking among adolescents. *Cyberpsychology, Behavior, and Social Networking,* 187-193. https://doi.org/10.1089/cyber.2023.0342

46. Maza, M.T†., Kwon, S†., Jorgensen, N.A†., Capella, J†., Lindquist, K., Prinstein, M.J., & **Telzer, E.H.** (2024). Neurobiological sensitivity to popular peers moderates daily links between social media use and daily affect. *Developmental Cognitive Neuroscience, 64,* 101335. https://doi.org/10.1016/j.dcn.2023.101335 [preregistration]

47. Field, N†., Choukas-Bradley, S., Giletta, M., **Telzer, E.H.**, Cohen, G., & Prinstein, M.J. (2023). Why adolescents conform to high-status peers: Associations among conformity, identity alignment, and self-esteem. *Child Development, 95,* 879-894. http://doi.org/10.1111/cdev.14038

48. Capella, J†., Jorgenson, N.A†., Kwon, S†., Maza, M.T†., Prinstein M.J., Lindquist, K.A., & **Telzer, E.H.** (2023). Adolescents' neural sensitivity to high and low popularity: Longitudinal links to risk-taking and prosocial behavior. *Developmental Cognitive Neuroscience, 63,* 101290. https://doi.org/10.1016/j.dcn.2023.101290

49. Dai, J†., Jorgensen, N.A†., Duel, N†., Capella, J†., Maza, M†., Kwon, S-J†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2023). Neural tracking of social hierarchies in adolescents' real-world social networks. *Social Cognitive Affective Neuroscience, 18,* nsad064. https://doi.org/10.1093/scan/nsad064

50. Duell, N†., Perino, M.T†., McCormick, E.M†., & **Telzer, E.H.** (2023). Differential processing of risk and reward in delinquent and non-delinquent youth. *Social Cognitive and Affective Neuroscience, 18,* nsad040. https://doi.org/10.1093/scan/nsad040

51. Kwon, S†., van Hoorn, J†., Do, K.D†., Burroughs, M†. & **Telzer, E.H.** (2023). Neural representation of donating time and money. *Journal of Neuroscience, 36,* 6297-6305*.* https://doi.org/10.1523/JNEUROSCI.0480-23.2023

52. Garrett, S.L†., Burnell, K., Armstrong-Carter, E.L†., Prinstein, M.J., & **Telzer, E.H.** (2023). Linking video chatting, phone calling, text messaging, and social media with peers to adolescent connectedness. *Journal of Research on Adolescence, 33,* 1222-1234*.* https://doi.org/10.1111/jora.12871

53. Uy, J.P., Fuligni, A.J., Eisenberger, N.I., Crone, E., **Telzer, E.H.**, & Galván, A. (2023). Corticostriatal connectivity during prosocial decision-making relates to giving behavior during adolescence. *Journal of Cognitive Neuroscience, 35,* 1432-1435*.* https://doi.org/10.1162/jocn_a_02024

54. Rogers, C.R†., Jimenez, V†., Benjamin, A†., Rudolph. K.D., & **Telzer, E.H.** (2023). The effect of parents and peers on the neural correlates of risk taking and antisocial behavior during adolescence. *Journal of Youth and Adolescence, 52,* 1674-1684*.* https://doi.org/10.1007/s10964-023-01789-4

55. Maza, M.T†., Hulka, A., **Telzer, E.H**. (2023). The broken pipeline: Challenges in disseminating research on adolescent digital media use. *Translational Issues in Psychological Science, 9,* 238-246. https://doi.org/10.1037/tps0000369

56. Flannery, J.S†., Jorgensen, N.A†., Kwon, S†., Prinstein, M.J., **Telzer, E.H.**, & Lindquist, K.A. (2023). Developmental changes in habenular and striatal social reinforcement responsivity across adolescence linked with substance use. *Biological Psychiatry, 94,* 888-897. https://doi.org/10.1016/j.biopsych.2023.04.018

57. Dai, J†., Kwon, S†., Prinstein, M.J., **Telzer, E.H.**, & Lindquist, K.A. (2023). Neural similarity in nucleus accumbens during decision making for the self and a best friend: Links to adolescents' self-reported susceptibility to peer influence and risk taking. Human Brain Mapping, 44, 3972-3985. http://doi.org/10.1002/hbm.26317

58. Kwon, S†., Flannery, J.E.†, Prinstein M.J., Lindquist, K.A., & **Telzer, E.H.** (2023). Behavioral and neural trajectories of risk taking for peer and parent in adolescence. *Journal of Cognitive Neuroscience, 35,* 802-815*.* https://doi.org/10.1162/jocn_a_01974

59. Armstrong-Carter, E†., Garrett, S.L†., Nick, E.A., Prinstein, M.J., & **Telzer, E.H.** (2023). Momentary links between adolescents' social media use and social experiences and motivations: Individual differences by peer susceptibility. *Developmental Psychology, 59(4),* 707–719. https://doi.org/10.1037/dev0001503 https://doi.org/10.1037/dev0001664

60. Pollak, O.H†., Kwon, S†., Jorgensen, N.A†., Lindquist, K.A., **Telzer, E.H.**, & Prinstein, M.J. (2023). Neural reactivity to social punishment predicts future engagement in nonsuicidal self-injury among peer-rejected adolescents. *Biological Psychiatry, 94,* 40-49*.* https://doi.org/10.1016/j.biopsych.2022.09.030

61. Modi, H.H., Davis, M.M., Troop-Gordon, W., **Telzer, E.H.**, & Rudolph, K.D. (2023). Need for approval and antisocial behavior moderate the effects of socioemotional cues on adolescent girls' cognitive control. *Child Development, 94,* 529-543*.* https://doi.org/10.1111/cdev.13875

62. Davis, M.M†., Modi, H.H†., Skymba, H.V†., Finnegan, M., Haiger, K., **Telzer, E.H.**, & Rudolph, K.D. (2023). Thumbs up or thumbs down: Neural processing of social feedback and links to social motivation in adolescent girls. *Social Cognitive Affective Neuroscience, 18,* nsac055*.* https://doi.org/10.1093/scan/nsac055

63. Jorgensen, N.A†., Muscatell, K.A., McCormick, E.M†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2023). Neighborhood disadvantage, race, and neural sensitivity to social threat and reward among

adolescents. *Social Cognitive Affective Neuroscience, 18*, nsac053. https://doi.org/10.1093/scan/nsac053

64. Bibby, E.S†., Choukas-Bradley, S., Widman, L., Turpyn, C., Prinstein, M.J., & **Telzer, E. H.** (2023). A longitudinal assessment of adolescents' sexual communication with parents, best friends, and dating partners. *Developmental Psychology, 59,* 1300-1314. https://doi.org/10.1037/dev0001556

65. Maza, M.T†., Fox, K.A†., Kwon, S†., Flannery, J.E†., Lindquist, K.A., Prinstein, M.J., & **Telzer, E.H.** (2023). Habitual checking behaviors on social media relate to longitudinal functional brain development. *JAMA Pediatrics, 177*, 160-167. https://doi.org/10.1001/jamapediatrics.2022.4924

66. Barendse, M.E.A., Flannery, J.E†., Cavanagh, C., Aristizabal, M., Becker, S.P., Berfer E., Breaux R., Campione-Barr, N., Church, J.A., Crone, E.A., Dahl, R.E., Dennis-Tiwary, T.A., Dvorsky, M.R., Dziura, S.L., van de Groep, S., Ho, T.C., Killoren, S.E., Langberg, J.M., Larguinho, T.L., Magis-Weinberg, L., Michalska, K.J., Mullins, J.L., Nadel, H., Porter, B.M., Prinstein, M.J., Redcay, E., Rose, A.J., Rote, W.M., Roy, A.K., Sweijen S.W., **Telzer, E.H.**, Teresi, G.I., Thomas, A.G. & Pfeifer, J.H. (2023). Longitudinal change in adolescent depression and anxiety symptoms from before to during the COVID-19 pandemic. *Journal of Research on Adolescence, 33,* 74-91. https://doi.org/10.1111/jora.12781.

67. Armstrong-Carter, E†., Do. K.T†., Duell, N†., Kwon, S†., Lindquist, K.A., Prinstein, M.J., & **Telzer, E.H.** (2023). Adolescents' perceptions of social risk and prosocial tendencies: Developmental change and individual differences. *Social Development, 32,* 188-203. https://doi.org/10.1111/sode.12630

68. Duell, N†., Kwon, S†., Do, K.D†., Turpyn, C.C†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2022). Positive risk taking and neural sensitivity to risky decision making in adolescence. *Developmental Cognitive Neuroscience, 57,* 101142. https://doi.org/10.1016/j.dcn.2022.101142

69. Rogers, C.R†., Fry, C.M†., Lee, T†., Galvan, M., Gates, K.M. & **Telzer, E.H.** (2022). Neural connectivity underlying adolescent social learning in sibling dyads. *Social Cognitive Affective Neuroscience, 17,* 1007-1020. https://doi.org/10.1093/scan/nsac025

70. Li, X†., Jorgensen, N.A†., McElwain, N.L., & **Telzer, E.H.** (2022). Toddler-mother attachment moderates adolescents' behavioral and neural evaluation of trustworthiness. *Social Cognitive Affective Neuroscience, 17,* 828-836. https://doi.org/10.1093/scan/nsac009

71. Armstrong-Carter, E†., Bibby, E†., Burroughs, M†., Flannery, J†., Duell, N†., Nelson, B†., Prinstein, M.J., & **Telzer, E.H.** (2022). Adolescents are more likely to help others on days they take risks and crave social connections. *Journal of Research on Adolescence, 32,* 1421-1432. http://doi.org/10.1111/jora.12705

72. Skymba, H.V., Joyce, C.M., **Telzer, E.H.**, & Rudolph, K.D. (2022). Peer adversity predicts interpersonal needs in adolescent girls. *Journal of Research on Adolescence, 32,* 1566-1579. https://doi.org/10.1111/jora.12741

73. Armstrong-Carter, E†., Fuligni, A.J., Wu, X., Gonzales, N., & **Telzer, E.H.** (2022). A 28-day, two-year study reveals that adolescents are more fatigued and distress on days with greater NO2 and CO air position. *Scientific Reports, 12,* 17015. https://doi.org/10.1038/s41598-022-20602-z

74. **Telzer, E.H.**, Dai, J†., Capella, J.J†., Sobrino, M†., & Garrett, S.L†. (2022). Challenging stereotypes of teens: Reframing adolescence as a window of opportunity. *American Psychologist, 77(9),* 1067–1081. https://doi.org/10.1037/amp0001109

75. Do, K.D†., McCormick, E.M†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2022). Intrinsic connectivity within the affective salience network moderates adolescent susceptibility to negative and positive peer norms. *Scientific Reports, 12,* 17463. https://doi.org/10.1038/s41598-022-17780-1

76. Kwon, S†. & **Telzer, E.H.** (2022). Social contextual risk taking in adolescence. *Nature Reviews Psychology, 1,* 393-406. https://doi.org/10.1038/s44159-022-00060-0

77. Armstrong-Carter, E†. & **Telzer, E.H.** (2022). Biological sensitivity to environmental context fluctuates dynamically within individuals from day to day. *Scientific Reports, 12,* 11134. https://doi.org/10.1038/s41598-022-14481-7

78. Karan, M. Lazar, L., Leschak, C.J., Galvan, A., Eisenberger, N.I., Uy, J.P., Dieffenbach, M.C., Crone, E.A., **Telzer, E.H.**, & Fuligni, A.J. (2022). Giving to others and neural processing during adolescence. *Developmental Cognitive Neuroscience, 56,* 101128. https://doi.org/10.1016/j.dcn.2022.101128

79. Bloom, P., VanTieghem, M., Gabard-Durnam, L., Gee, D.G., Flannery, J., Caldera, C., Goff, B., **Telzer, E.H.,** Humphreys, K.L., Fareri, D.S., Shapiro, M., Algharazi, S., Bolger, N., Aly, M., Tottenham, N. (2022). Age-related change in task-evoked amygdala-prefrontal circuitry: a multiverse approach with an accelerated longitudinal cohort aged 4-22 years. *Human Brain Mapping, 43,* 3221-3244. https://doi.org/10.1002/hbm.25847

80. Nick, E.A., Kilic, Z., Nesi, J., **Telzer, E.H.**, Lindquist, K.A., & Prinstein, M.J. (2022). Adolescent digital stress: Frequencies, correlates, and longitudinal association with depressive symptoms. *Journal of Adolescent Health, 70,* 336-339. https://doi.org/10.1016/j.jadohealth.2021.08.025

81. Kwon, S†., Turpyn, C.C†., Prinstein M.J., Lindquist, K.A., & **Telzer, E.H.** (2022). Self-oriented neural circuitry predicts other-oriented adaptive risks in adolescence: A longitudinal study. *Social Cognitive and Affective Neuroscience, 17,* 161-171. https://doi.org/10.1093/scan/nsab076

82. Duell, N†., Clayton, M.G., **Telzer, E.H.**, & Prinstein, M.J. (2022). Measuring peer influence susceptibility to alcohol use: Preliminary evidence for convergent and predictive validity of a new analogue assessment. *International Journal of Behavioral Development, 46(3),* 190–199. https://doi.org/10.1177/0165025420965729

83. Massing-Schaffer, M., Nesi, J., **Telzer, E.H.**, Lindquist, K.A., & Prinstein, M.J. (2022). Adolescent peer experiences and prospective suicidal ideation: The protective role of online only friendships. *Journal of Clinical Child & Adolescent Psychology, 51,* 49-60. https://doi.org/10.1080/15374416.2020.1750019

84. Nelson, B.W†., Flannery, J.E†., Duell, N†., Flournoy, J., Prinstein, M.J., & **Telzer, E.H.** (2022). Concurrent and prospective associations between Fitbit wearable derived RDoC arousal and regulation constructs and adolescent internalizing symptoms. *Journal of Child Psychology and Psychiatry, 63,* 282-295. https://doi.org/10.1111/jcpp.13471

85. Rogers, C.R†., Chen, X†., Kwon, S†., McElwain, N.L., & **Telzer, E.H.** (2022). The role of early attachment and parental presence in adolescent behavioral and neurobiological regulation. *Developmental Cognitive Neuroscience, 53,* 101046. https://doi.org/10.1016/j.dcn.2021.101046

86. Armstrong-Carter, E†. & **Telzer, E.H.** (2022). Adolescents take more risks on days they have high diurnal cortisol or emotional distress. *Comprehensive Psychoneuroendocrinology, 9,* 100106. https://doi.org/10.1016/j.cpnec.2021.100106

87. Armstrong-Carter, E†., Do, K.T†., Guassi Moreira, J.F†., Prinstein, M.J. & **Telzer, E.H.** (2021). Examining a new prosocial risk-taking scale in a longitudinal sample of ethnically diverse adolescents**.** *Journal of Adolescence, 93,* 222-233. https://doi.org/10.1016/j.adolescence.2021.11.002

88. Nesi, J., Rothenberg, W.A., Bettis, A.H., Massing-Schaffer, M., Fox, K.A., **Telzer, E.H**., Lindquist, K.A., Prinstein, M.J. (2021). Emotional responses to social media experiences among adolescents:

Longitudinal associations with depressive symptoms. *Journal of Clinical Child and Adolescent Psychology, 23,* 1-16. https://doi.org/10.1080/15374416.2021.1955370

89. Turpyn, C.C†., Jorgensen, N.A†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2021). Social neural sensitivity as a susceptibility marker to family context in predicting adolescent externalizing behavior. *Developmental Cognitive Neuroscience, 51,* 100993. https://doi.org/10.1016/j.dcn.2021.100993

90. Fry, C.M., **Telzer, E.H.**, & Rogers, C.R. (2021). Siblings as buffers: Social problems and internalizing and externalizing behaviors across early adolescence. *Journal of Family Psychology, 35,* 939-949. https://doi.org/10.1037/fam0000876

91. Armstrong-Carter, E†. & **Telzer, E.H.** (2021). Bi-directional spillover across days between family assistance and physical health experiences during adolescence. *Journal of Family Psychology, 35,* 875-885. https://doi.org/10.1037/fam0000836

92. VanTieghem, M., Korom, M., Flannery, J., Choy, T., Caldera, C., Humphreys, K.L., Gabard-Durnam, L., Goff, B., Gee, D.G., **Telzer, E.H.**, Shapiro, M., Louie, J.Y., Fareri, D.S., Bolger, N., & Tottenham, N. (2021). Longitudinal changes in amygdala, hippocampus, and cortisol development following early caregiving adversity. *Developmental Cognitive Neuroscience, 48,* 100916 https://doi.org/10.1016/j.dcn.2021.100916

93. Sharp P.B†., Do K.T†., Lindquist K.A., Prinstein M.J., & **Telzer E.H.** (2021). Cognitive control deployment is flexibly modulated by social value in early adolescence. *Developmental Science, 25,* e13140*.* https://doi.org/10.1111/desc.13140

94. Armstrong-Carter, E†. & **Telzer, E.H.** (2021). Family assistance spills over into prosocial behaviors toward friends and positive academic behaviors. *Journal of Research on Adolescence, 31,* 1188-1201*.* https://doi.org/10.1111/jora.12629

95. Duell, N†., van Hoorn, J†., McCormick, E.M†., Prinstein, M.J., & **Telzer, E.H**. (2021). Hormonal and neural correlates of prosocial conformity in adolescents. *Developmental Cognitive Neuroscience, 48,* 100936. https://doi.org/10.1016/j.dcn.2021.100936

96. McCormick, E.M†., Peters, S. Crone, E.A., & **Telzer, E.H.** (2021). Longitudinal network re-organization across learning and development. *Neuroimage, 229,* 117784. https://doi.org/10.1016/j.neuroimage.2021.117784

97. Qu, Y., Jorgensen, N.A†., & **Telzer, E.H.** (2021). A call for greater attention to culture in the study of brain and development. *Perspectives on Psychological Science, 16,* 275-293*.* https://doi.org/10.1177/1745691620931461

98. Armstrong-Carter, E†., Nelson, B.W†., & **Telzer, E.H.** (2021). Prior night sleep moderates the daily spillover between conflict with peers and family and diurnal cortisol. *Developmental Psychobiology, 63,* e22209. http://dx.doi.org/10.1002/dev.22209

99. Armstrong-Carter, E†. & **Telzer, E.H.** (2021). Daily provision of instrumental and emotional support to friends is associated with diurnal cortisol during adolescence. *Developmental Psychobiology, 63,* 1266-1278. https://doi.org/10.1002/dev.22101

100. Fowler, C.H†., Lin, L.C†., Rudolph, K.D., **Telzer, E.H.** (2021). Like me back: Neural correlates of low perceived relational value in peer victimized youth. *Journal of Research on Adolescence, 31,* 435-450. https://doi.org/10.1111/jora.12615

101. **Telzer, E.H.,** Jorgensen, N.A†., Prinstein, M.J., & Lindquist, K.A. (2021). Neurobiological sensitivity to social rewards and punishments moderates link between peer norms and adolescent risk taking. *Child Development, 92,* 731-745*.* https://doi.org/10.1111/cdev.13466

102. Armstrong-Carter, E†. & **Telzer, E.H.** (2021). Understanding prosocial development in the context of systemic inequalities in the US and worldwide. *Current Research in Behavioral Sciences, 2,* 100040*.* https://doi.org/10.1016/j.crbeha.2021.100040

103. Rudolph, K.D., Skymba, H†., Modi, H.H†., Davis, M.M†., Yan Sze, W., Rosswurm, C.P. & **Telzer, E.H.** (2021). How does peer adversity "Get Inside the Brain?" Adolescent girls' differential susceptibility to neural dysregulation of emotion following victimization. *Developmental Psychobiology, 63,* 481-495*.* https://doi.org/10.1002/dev.22022

104. Kwon, S†., Do, K.D†., McCormick, E.M†., & **Telzer, E.H.** (2021). Neural correlates of conflicting social influence on adolescent risk-taking. *Journal of Research on Adolescence, 31,* 139-152*.* https://doi.org/10.1111/jora.12587

105. Rogers, C.R†., Lee, T†., Fry, C.M†., & **Telzer, E.H.** (2021). Where you lead, I'll follow: Exploring sibling similarity in brain and behavior during risky decision-making. *Journal of Research on Adolescence, 31,* 34-51*.* https://doi.org/10.1111/jora.12581

106. Armstrong-Carter, E†. & **Telzer, E.H.** (2021). Advancing measurement and research on youths' prosocial behavior in the digital age. *Child Development Perspectives, 15,* 31-36. https://doi.org/10.1111/cdep.12396

107. Rudolph, K.D., Davis, M.M., Skymba, H.V., Modi, H.H., & **Telzer, E.H.** (2021). Social experience calibrates neural sensitivity to social feedback during adolescence: A functional connectivity approach. *Developmental Cognitive Neuroscience, 47,* 100903. Special Issue on Childhood Adversity and Neurodevelopment. https://doi.org/10.1016/j.dcn.2020.100903*.*

108. McIlvain, G., Clements, R.G., Magoon, E.M., Speilberg, J.M., **Telzer, E.H.**, & Johnson, C.L. (2020). Viscoelasticity of reward and control systems in adolescent risk taking. *Neuroimage, 215,* 116850. https://doi.org/10.1016/j.neuroimage.2020.116850

109. Do. K.D†., McCormick, E.M†., & **Telzer, E.H.** (2020). Neural sensitivity to conflicting attitudes supports greater conformity toward positive over negative influence in early adolescence. *Developmental Cognitive Neuroscience, 45,* 100837. https://doi.org/10.1016/j.dcn.2020.100837

110. Armstrong-Carter, E†. & **Telzer, E.H.** (2020). Family meals buffer the daily emotional risk associated with family conflict. *Developmental Psychology, 56,* 2110-2120. https://doi.org/10.1037/dev0001111

111. Kwon, S†. Turpyn, C.C†., Duell, N†., & **Telzer, E.H.** (2020). Neural underpinnings of social contextual influences on adolescent risk taking. *Current Addiction Reports, 7,* 413-420*.* https://doi.org/10.1007/s40429-020-00328-6

112. McBride, M†., & **Telzer, E.H.** (2020). Why are some kids more sensitive to their environments? *Frontiers for Young Minds, 8,* 1-7*.* https://doi:10.3389/frym.2020.00113

113. Jorgensen, N.A†. & **Telzer, E.H.** (2020). Who does your brain think you are? The neuroscience of thinking about yourself. *Frontiers for Young Minds, 8,* 1-7. https://doi.org/10.3389/frym.2020.529762

114. **Telzer, E.H.,** Fowler, C†., Davis, M.M†., & Rudolph, K.D. (2020). Hungry for inclusion: Chronic peer victimization and heightened social monitoring in adolescent girls. *Development and Psychopathology, 32,* 1495-1508*.* https://doi.org/10.1017/S0954579419001433

115. Armstrong-Carter, E†., Guassi Moreira, J†., Ivory, S†., & **Telzer, E.H.** (2020). Daily links between helping behaviors and emotional well-being during late adolescence. *Journal of Research on Adolescence, 30,* 943-955. https://doi.org/10.1111/jora.12572

116. Nesi, J., **Telzer, E.H.**, & Prinstein, M.J. (2020). Adolescent development in the digital media context. *Psychological Inquiry, 31,* 229-234. https://doi.org/https://doi.org/10.1080/1047840X.2020.1820219

117. Modi, H.H†., Davis, M.M†., Miernicki, M.E†., **Telzer, E.H.**, & Rudolph, K.R. (2020). Maternal antecedents to adolescent girls' neural regulation of emotion. *Journal of Research on Adolescence, 30* 581-598*.* https://doi.org/10.1111/jora.12545

118. van Hoorn, J†., McCormick, E.M†., Perino, M.T†., Rogers, C.R†. & **Telzer, E.H.** (2020). Differential behavioral and neural profiles in youth with conduct problems during risky decision-making. *Journal of Research on Adolescence, 30,* 599-615*.* https://doi.org/10.1111/jora.12546

119. Ravindran, N†., Hu, Y., McElwain, N.L. & **Telzer, E.H.** (2020). Dynamics of mother-adolescent and father-adolescent autonomy and control during a conflict discussion task. *Journal of Family Studies, 34*(3), 312–321. https://doi.org/10.1037/fam0000588

120. Qu, Y., Yang, B., & **Telzer, E.H.** (2020). The cost of academic focus: Daily school problems and biopsychological adjustment in Chinese American families. *Journal of Youth and Adolescence, 49,* 1631-1644. https://doi.org/10.1007/s10964-020-01255-5

121. Lee, T†., Perino, M.T†., McElwain, N., & **Telzer, E.H.** (2020). Perceiving facial affective ambiguity: A behavioral and neural comparison of adolescents and adults. *Emotion, 20(3),* 501–506*.* https://doi.org/10.1037/emo0000558

122. Armstrong-Carter, E†., Ivory, S†., Lin, L.C†. Muscatell, K.A., & **Telzer, E.H.** (2020). Role fulfillment mediates the relationship between daily family assistance and cortisol awakening response in adolescents. *Child Development, 91,* 754-768*.* https://doi.org/10.1111/cdev.13213

123. Chen, X†., McCormick, E.M†., Ravindran, N†., McElwain, N., & **Telzer, E.H.** (2020). Maternal emotion socialization in early childhood predicts adolescents' amygdala-vmPFC functional connectivity to emotion faces. *Developmental Psychology, 56(3),* 503–515. https://doi.org/10.1037/dev0000852 Special issue on *Parental socialization of emotion and self-regulation: Understanding processes and application.*

124. Blankenstein, N.E†., **Telzer, E.H.**, Do, K.T†., van Duijvenvoorde, A.C.K., & Crone, E.A. (2020). Behavioral and neural pathways supporting the development of prosocial and risk-taking behavior across adolescence. *Child Development, 91,* e665-e681*.* https://doi.org/10.1111/cdev.13292

125. Rogers, C.R†., Perino, M.T†., & **Telzer, E.H.** (2020). Maternal buffering of adolescent dysregulation in socially appetitive contexts: From behavior to the brain. *Journal of Research on Adolescence, 30,* 41-52*.* https://doi.org/10.1111/jora.12500

126. Prinstein, M.J., Nesi, J., & **Telzer, E.H.** (2020). Commentary: An updated agenda for the study of digital media use and adolescent development – future directions following Odgers & Jensen (2020). *Journal of Child Psychology and Psychiatry, 61(3),* 349-352 https://doi.org/10.1111/jcpp.13190

127. Callaghan, B.L., Fields, A. Gabard-Durnam, L., Gee, D.G., Caldera, C., Humphreys, K.L., Goff, B., Flannery, J., **Telzer, E.H.**, Shapiro, M., & Tottenham N. (2020). Mind and gut: Associations between mood and gastrointestinal distress in children exposed to adversity. *Development and Psychopathology, 32,* 309-328*.* https://doi.org/10.1017/S0954579419000087

128. Rudolph, K.D., Davis, M.M†., Modi, H.H., Fowler, C†., Kim, Y., & **Telzer, E.H.** (2020). Differential susceptibility to parenting in adolescent girls: Moderation by neural sensitivity to social cues. *Journal of Research on Adolescence, 30,* 177-191. https://doi.org/10.1111/jora.12458

129. Do. K.T†., Sharp, P.B†., & **Telzer, E.H.** (2020). Modernizing conceptions of valuation and cognitive control deployment in adolescent risk taking. *Current Directions in Psychological Science, 29,* 102-109*.* https://doi.org/10.1177/0963721419887361

130. Lee, T†., Qu., Y†., & **Telzer, E.H.** (2019). Neural representation of parental monitoring and links to adolescent risk taking. *Frontiers in Neuroscience, 13,* 1-9*.* https://doi.org/10.3389/fnins.2019.01286 Special issue on *Impact of Social Context on Risk-Taking in Adolescence and Adulthood: Neurocognitive Underpinnings.*

131. Shields, G.S., Ivory, S.L†., & & **Telzer, E.H.** (2019). Three-month cumulative exposure to testosterone and cortisol predicts distinct effects on response inhibition and risky decision-making in adolescents. *Psychoneuroendocrinology, 110,* 104412*.* https://doi.org/10.1016/j.psyneuen.2019.104412

132. Perino, M.T†., Guassi Moreira, J†., & **Telzer, E.H.** (2019). Links between adolescent bullying and neural activation to viewing social exclusion. *Cognitive, Affective, and Behavioral Neuroscience, 19,* 1467-1478*.* https://doi.org/10.3758/s13415-019-00739-7

133. Perino, M.T†., Guassi Moreira, J†., McCormick, E.M†., & **Telzer, E.H.** (2019). Apples to apples? Neural correlates of emotion regulation differences between high and low risk adolescents. *Social Cognitive Affective Neuroscience, 14,* 827-836*.* https://doi.org/10.1093/scan/nsz063

134. Humphreys, K.L., Gabard-Durnam, L., Goff, B., **Telzer, E.H.**, Flannery, J., Gee, D.G., Park, V., Lee, S.S., & Tottenham, N. (2019). Friendship and social functioning following early institutional rearing: The role of ADHD symptoms. *Development and Psychopathology, 31,* 1477-1487*.* https://doi.org/10.1017/S0954579418001050

135. Callaghan, B.L., Gee, D.G., Gabard-Durnam, L., **Telzer, E.H.**, Humphreys, K.L., Goff, B., Shapiro, M., Flannery, J., Lumian, D.S., Fareri, D.S., Caldera, C. & Tottenham N. (2019). Decreased amygdala reactivity to parent cues protects against anxiety following early adversity: an examination across 3-years. *Biological Psychiatry, 4,* 664-671. https://doi.org/10.1016/j.bpsc.2019.02.001

136. Kwon, S†., Ivory, S†., McCormick, E.M†., & **Telzer, E.H.** (2019). Behavioral and neural dysregulation to social rewards and links to internalizing symptoms in adolescents. *Frontiers in Behavioral Neuroscience, 23,* 1-12*.* https://doi.org/10.3389/fnbeh.2019.00158. Special issue on *Social and Non-Social Reward: Neural Mechanisms Implicated in Reward Processing Across Domains and Contexts*

137. McCormick, E.M†., McElwain, N.L., & **Telzer, E.H.** (2019). Alterations in adolescent dopaminergic systems as a function of early mother-toddler attachment: a prospective longitudinal examination. *International Journal of Developmental Neuroscience, 78,* 122-129. https://doi.org/10.1016/j.ijdevneu.2019.06.010

138. Armstrong-Carter, E†., Olson, E.A., & **Telzer, E.H.** (2019). A unifying approach for investigating and understanding youths' help and care for the family. *Child Development Perspectives, 13,* 186-192*.* https://doi.org/10.1111/cdep.12336

139. van Hoorn, J†., Shablack, H†., Lindquist, K., & **Telzer, E.H.** (2019). Incorporating the social context into neurocognitive models of adolescent decision-making: A neuroimaging meta-analysis. *Neuroscience and Biobehavioral Reviews, 101,* 129-142*.* https://doi.org/10.1016/j.neubiorev.2018.12.024

140. Davis, M†., Miernicki, M†., **Telzer, E.H.,** & Rudolph, K.D. (2019). The contribution of childhood negative emotionality and cognitive control to anxiety-linked neural dysregulation of emotion in adolescence. *Journal of Abnormal Child Psychology, 47,* 515-527*.* https://doi.org/10.1007/s10802-018-0456-0

141. Qu, Y†., Lin, L.C†., & **Telzer, E.H.** (2019). Culture modulates the neural correlates underlying risky exploration. *Frontiers in Human Neuroscience, 13,* 1-12. https://doi.org/10.3389/fnhum.2019.00171. Special issue on *The Neuroscience of Cultural Learning: From Acculturation to Radicalization*

142. Do, K.T†. & **Telzer, E.H.** (2019). Corticostriatal connectivity is associated with the reduction of intergroup bias and greater impartial giving in youth. *Developmental Cognitive Neuroscience, 37,* 100628*.* https://doi.org/10.1016/j.dcn.2019.100628

143. Do, K.T†., McCormick, E.M†., & **Telzer, E.H.** (2019). The neural development of prosocial behavior from childhood to adolescence. *Social Cognitive Affective Neuroscience, 14,* 129-139*.* https://doi.org/10.1093/scan/nsy117

144. McCormick, E.M†., Gates, K., & **Telzer, E.H.** (2019). Model-based network discovery of developmental and performance-related differences during risky decision-making. *Neuroimage, 188,* 456-464. https://doi.org/10.1016/j.neuroimage.2018.12.042

145. Sharp, P.B†., Heller, W., & **Telzer, E.H.** (2019). Selective neural sensitivity to familial threat in adolescents with weak family bonds. *Social Neuroscience, 14(1),* 80-89*.* https://doi.org/10.1080/17470919.2017.1397545

146. Lin, L†., Qu, Y†. & **Telzer, E.H.** (2018). Intergroup social influence on emotion processing in the brain. *Proceedings of the National Academy of Sciences, 115,* 10630-10635*.* https://doi.org/10.1073/pnas.1802111115

147. McCormick, E.M†., & **Telzer, E.H.** (2018). Contributions of default mode network stability and deactivation to adolescent task engagement. *Scientific Reports, 8,* 18049. https://doi.org/10.1038/s41598-018-36269-4

148. Lin, L†., Qu, Y†. & **Telzer, E.H.** (2018). Cultural influences on the neural correlates of intergroup perception. *Culture and Brain, 6,* 171-187*.* Special Issue on *Culture and Emotion.* https://doi.org/https://doi.org/10.1007/s40167-018-0070-6

149. Deer, L.K., Shields, G.S., Ivory, S.L†., Hostinar, C.E., & **Telzer, E.H.** (2018). Racial/ethnic disparities in cortisol diurnal patterns and affect in adolescence. *Development and Psychopathology, 30,* 1977-1993. https://doi.org/10.1017/S0954579418001098. Special Issue on *Cultural Development and Psychopathology*.

150. Muscatell, K.A., McCormick, E.M†., & **Telzer, E.H.** (2018). Subjective social status and neural processing of race in Mexican-American adolescents. *Development and Psychopathology, 30,* 1837-1848*.* https://doi.org/10.1017/S0954579418000949. Special Issue on *Cultural Development and Psychopathology.*

151. Johnson, C.L., & **Telzer, E.H.** (2018). Magnetic resonance elastography for examining developmental changes in the mechanical properties of the brain. *Developmental Cognitive Neuroscience, 33,* 176-181*.* https://doi.org/10.1016/j.dcn.2017.08.010. Special Issue on *Methodological Challenges in Developmental Neuroimaging*.

152. **Telzer, E.H.,** McCormick, E.M†., Peters, S., Cosme, D., Pfeifer, P.H., & A.C.K., van Duijvenvoorde (2018). Methodological considerations for developmental longitudinal fMRI research. *Developmental Cognitive Neuroscience, 33,* 149-160*.* https://doi.org/10.1016/j.dcn.2018.02.004. Special Issue on *Methodological Challenges in Developmental Neuroimaging*

153. McIlvain, G., Schwarb, A., Cohen N.J., **Telzer, E.H.**, & Johnson, C.L. (2018). Mechanical properties of the in vivo adolescent human brain. *Developmental Cognitive Neuroscience, 34,* 27-33. https://doi.org/10.1016/j.dcn.2018.06.001

154. van Hoorn, J†., McCormick, E.M†., Rogers, C.R†., Ivory, S†., & **Telzer, E.H.** (2018). Differential effects of parent and peer presence on neural correlates of risk taking in adolescence. *Social Cognitive and Affective Neuroscience, 13,* 944-945. https://doi.org/10.1093/scan/nsy071

155. Rogers, C.R†., McCormick, E.M†., van Hoorn, J†., Ivory, S†., & **Telzer, E.H.** (2018). Neural correlates of sibling closeness and association with externalizing behavior in adolescence. *Social Cognitive Affective Neuroscience, 13,* 977-988. https://doi.org/10.1093/scan/nsy063

156. Sharp, P.B†., Sutton, B.P., Paul, E.J., Cohen, N.J., Kramer, A.F., Heller, W., **Telzer, E.H.**, & Barbey, A.K. (2018). Mindfulness training induces structural connectome changes in insula networks. *Scientific Reports, 8,* 7929. https://doi.org/10.1038/s41598-018-26268-w

157. McCormick, E.M†., van Hoorn, J†., Cohen, J.R., & **Telzer, E.H.** (2018). Functional connectivity in the social brain across childhood and adolescence. *Social Cognitive and Affective Neuroscience, 13,* 819-830. https://doi.org/10.1093/scan/nsy064

158. Guassi Moreira, J†. & **Telzer, E.H.** (2018). Family conflict is associated with longitudinal changes in insular-striatal functional connectivity during adolescent risk taking under maternal influence. *Developmental Science, 21,* e12632. https://doi.org/10.1111/desc.12632

159. van Hoorn, J†., McCormick, E.M†., & **Telzer, E.H.** (2018). Moderate social sensitivity in a risky context supports adaptive decision-making in adolescence: Evidence from brain and behavior. *Social Cognitive Affective Neuroscience, 13,* 546-556. https://doi.org/10.1093/scan/nsy016

160. Guassi Moreira, J†. & **Telzer, E.H.** (2018). Family conflict influences whether adolescents take greater or fewer risks when their parent is affected. *Developmental Science, 21, e12611*. https://doi.org/10.1111/desc.12611

161. Guassi Moreira, J†. & **Telzer, E.H.** (2018). Longitudinal increases in parent-child relationship quality and sensation seeking interact to increase adolescent risk taking. *Emerging Adulthood, 6,* 66-71. https://doi.org/10.1177/2167696817705954

162. Qu, Y†., Pomerantz, E.M., McCormick, E.M†., & **Telzer, E.H.** (2018). Youth's conceptions of adolescence predict longitudinal changes in prefrontal cortex activation and risk taking. *Child Development, 89,* 773-783. https://doi.org/10.1111/cdev.13017. Special issue on *Inflection Points in Brain Development: Evidence for Plasticity during Childhood and Adolescence*.

163. Qu, Y†., Fuligni, A.J., Gálvan, A., & **Telzer, E.H.** (2018). A biopsychosocial approach to examine Mexican-American adolescents' academic achievement and substance use. *The Russel Sage Foundation Journal of the Social Sciences, 4* 84-97. https://doi.org/10.7758/RSF.2018.4.4.05. Special Issue on *Biosocial Pathways of Well-Being across the Life Course.*

164. McCormick, E.M†., Perino, M.T†., & **Telzer, E.H.** (2018). Not just social sensitivity: Adolescent neural suppression of social feedback during risk taking. *Developmental Cognitive Neuroscience, 30,* 134-141. https://doi.org/10.1016/j.dcn.2018.01.012

165. Lee, T†., Qu, Y†., & **Telzer, E.H.** (2018). Dyadic neural similarity during stress in mother-child dyads. *Journal of Research on Adolescence, 28,* 121-123. Special Issue on *Adolescent Brain Development.* https://doi.org/10.1111/jora.12334

166. Guassi Moreira, J†. & **Telzer, E.H.** (2018). Mother still knows best: Maternal influence uniquely modulates adolescent reward sensitivity during risk taking. *Developmental Science, 21,* e12484. https://doi.org/10.1111/desc.12484

167. **Telzer, E.H.**, Miernicki, M.E†., & Rudolph, K. (2018). Chronic peer victimization heightens neural sensitivity to risk taking. *Development and Psychopathology, 30,* 13-26. https://doi.org/10.1017/S0954579417000438

168. McCormick, E.M†. & **Telzer, E.H.** (2018). Not doomed to repeat: Enhanced medial prefrontal cortex tracking of errors promotes adaptive behavior during adolescence. *Journal of Cognitive Neuroscience, 30,* 281-289*.* https://doi.org/10.1162/jocn_a_01206

169. Yuen, C.X†., Fuligni, A.J., Gonzales, N.A., & **Telzer, E.H.** (2018). Family first?: The costs and benefits of family centrality for adolescents with high-conflict families. *Journal of Youth and Adolescence, 47,* 245-259*.* https://doi.org/10.1007/s10964-017-0692-6

170. Garber Bezdek, K†. & **Telzer, E.H.** (2017). Have no fear, the brain is here! How your brain responds to stress. *Frontiers for Young Minds, 5*, 1-8*.* https://doi.org/10.3389/frym.2017.00071

171. Sharp, P.B†. & **Telzer, E.H.** (2017). Structural connectomics of anxious arousal in early adolescence: Translating clinical and ethological findings. *NeuroImage: Clinical, 16,* 604-609*.* https://doi.org/10.1016/j.nicl.2017.09.012

172. Lee, T†., Qu, Y†., & **Telzer, E.H.** (2017). Love flows downstream: mothers' and children's neural representation similarity in perceiving distress of self and family. *Social Cognitive Affective Neuroscience, 12,* 1916–1927*.* https://doi.org/10.1093/scan/nsx125

173. **Telzer, E.H.**, Rogers, C.R†., & van Hoorn, J†. (2017). Neural correlates of social influence on risk taking and substance use in adolescents. *Current Addiction Reports, 4,* 333-341*.* https://doi.org/10.1007/s40429-017-0164-9

174. Flannery, J., Gabard-Durnam, L., Shapiro, M., Goff, B., Caldera, C., Louie, J., Gee, D., **Telzer, E.H.,** Humphreys, K., Lumian, D., Tottenham, N. (2017). Diurnal cortisol after early institutional care - Age matters. *Developmental Cognitive Neuroscience, 25,* 160-166. https://doi.org/10.1016/j.dcn.2017.03.006

175. Fowler, C.H†., Miernicki, M.E†., Rudolph, K.D., & **Telzer, E.H.** (2017). Disrupted amygdala-prefrontal connectivity during emotion regulation links stress-reactive rumination and adolescent depressive symptoms. *Developmental Cognitive Neuroscience, 27,* 99-106*.* https://doi.org/10.1016/j.dcn.2017.09.002

176. **Telzer, E.H.**, Qu, Y†., & Lin, L†. (2017). Neural processes underlying cultural differences in cognitive persistence. *NeuroImage, 156,* 224-231*.* https://doi.org/10.1016/j.neuroimage.2017.05.034

177. Do, K.T†+., Guassi Moreira, J†+. & **Telzer, E.H.** (2017). But is helping you worth the risk?: Defining Prosocial Risk Taking in adolescence. *Developmental Cognitive Neuroscience, 25,* 260-271*.* Special Issue on Sensitive Periods Across Development https://doi.org/10.1016/j.dcn.2016.11.008
+denotes equal author contribution

178. Lee, T†., Miernicki, M.E†., & **Telzer, E.H.** (2017). Behavioral and neural concordance in parent-child dyadic sleep patterns. *Developmental Cognitive Neuroscience, 26,* 77-83*.* https://doi.org/10.1016/j.dcn.2017.06.003

179. VanTieghem, M., Gabard-Durnam, L., Goff, B., Flannery, J., Humphreys, K.L., **Telzer, E.H.,** Caldera, C., Louie, J.Y., Shapiro, M., Bolger, N., & Tottenham, N. (2017). Positive valence bias and parent-child relationship security moderate the association between early institutional care and internalizing symptoms. *Development and Psychopathology, 29,* 519-533. https://doi.org/10.1017/S0954579417000153

180. McCormick, E.M†., Qu, Y†., & **Telzer, E.H.** (2017). Activation in context: Differential conclusions drawn from cross-sectional and longitudinal analyses of adolescents' cognitive control-related neural activity. *Frontiers in Human Neuroscience, 11,* 1-11*.* https://doi.org/10.3389/fnhum.2017.00141

181. Goldenberg, D., **Telzer, E.H.**, Fuligni, A.J., Lieberman, M.D., & Gálvan, A. (2017). Greater response variability in adolescents is associated with increased white matter development. *Social Cognitive Affective Neuroscience, 12,* 436-444. https://doi.org/10.1093/scan/nsw132

182. Lee, T†., Miernicki, M.E†., & **Telzer, E.H.** (2017). Families that fire together smile together: Resting state connectome similarity and daily emotional synchrony in parent-child dyads. *NeuroImage, 152,* 31-37. https://doi.org/0.1016/j.neuroimage.2017.02.078

183. Uddin, M., Jansen, S. & **Telzer, E.H.** (2017). Adolescent depression linked to socioeconomic status? Molecular approaches for revealing premorbid risk factors. *BioEssays, 39,* 1-7. https://doi.org/10.1002/bies.201600194

184. Guassi Moreira, J†., Van Bavel, J., & **Telzer, E.H.** (2017). Neural development of 'us and them'. *Social Cognitive Affective Neuroscience, 12,* 184-196. https://doi.org/10.1093/scan/nsw134

185. McCormick, E.M†. & **Telzer, E.H.** (2017). Adaptive adolescent flexibility: Neurodevelopment of decision-making and learning in a risky context. *Journal of Cognitive Neuroscience, 29,* 413-423. https://doi.org/10.1162/jocn_a_01061

186. Causadias, J., **Telzer, E.H.**, & Lee, R. (2017). Culture biology interplay: An introduction. *Cultural Diversity and Ethnic Minority Psychology, 23,* 1-4. https://doi.org/10.1037/cdp0000121

187. Qu, Y†. & **Telzer**, **E.H.** (2017). Cultural differences in beliefs, practices, and neural mechanisms of emotion regulation. *Cultural Diversity and Ethnic Minority Psychology, 23,* 36-44. https://doi.org/10.1037/cdp0000112

188. McCormick, E.M†. & **Telzer, E.H.** (2017). Failure to retreat: Blunted sensitivity to negative feedback supports risky behavior in adolescents. *NeuroImage, 147, 381-389.* https://doi.org/10.1016/j.neuroimage.2016.12.041

189. Green, S.A., Goff, B., Gee, D.G., Gabard-Durnam, L., Flannery, J., **Telzer, E.H.**, Humphreys, K.L., Louie, J., & Tottenham, N. (2016). Discrimination of amygdala response predicts future separation anxiety in youth with early deprivation. *Journal of Child Psychology and Psychiatry, 10,* 1135-1144. https://doi.org/10.1111/jcpp.12578

190. Perino, M.T†., Miernicki, M.E†. & **Telzer**, **E.H.** (2016). Letting the good times roll: Adolescence as a period of reduced inhibition to appetitive social cues. *Social Cognitive Affective Neuroscience, 11,* 1762-1771. https://doi.org/10.1093/scan/nsw096

191. Rudolph, K., Miernicki, M.E†., Troop-Gordon, W., Davis, M†., & **Telzer, E.H.** (2016). Adding insult to injury: Neural sensitivity to social exclusion is associated with depression in chronically peer-victimized girls. *Social Cognitive Affective Neuroscience, 11(5),* 829-842. https://doi.org/10.1093/scan/nsw021

192. Qu, Y†., Fuligni, A.J., Gálvan, A., Lieberman, M.D., & **Telzer, E.H.** (2016). Links between parental depression and longitudinal changes in youths' neural sensitivity to rewards. *Social Cognitive Affective Neuroscience, 11,* 1262-1271. https://doi.org/10.1093/scan/nsw035

193. Lee, T†. & **Telzer, E.H.** (2016). Negative coupling between the right fronto-parietal and limbic resting state networks predicts increased self-control and later substance use onset in adolescence. *Developmental Cognitive Neuroscience, 20,* 35-42. https://doi.org/10.1016/j.dcn.2016.06.002

194. Silvers, J.A., Lumian, D.S., Gabard-Durnam, L., Gee, D.G., Goff, B., Fareri, D.S., Caldera, C., Flannery, J., **Telzer, E.H.**, Humphreys, K., & Tottenham, N. (2016). Previous institutionalization is followed by broader amygdala-hippocampal-PFC network connectivity during aversive learning in human development. *Journal of Neuroscience, 36,* 6420-6430. https://doi.org/10.1523/JNEUROSCI.0038-16.2016

195. **Telzer, E.H.**, Yuen, C.X†., Gonzales, N.A., & Fuligni, A.J. (2016). Filling gaps in the acculturation gap-distress model: Heritage cultural maintenance and adjustment in Mexican-American adolescents. *Journal of Youth and Adolescence, 45,* 1412-1425. https://doi.org/10.1007/s10964-015-0408-8

196. Welborn, L.B., Lieberman, M.D., Goldenberg, D., Fuligni, A.J., Gálvan, A., & **Telzer, E.H.** (2016). Neural mechanisms of social influence during adolescence. *Social Cognitive Affective Neuroscience, 11,* 100-109*.* https://doi.org/10.1093/scan/nsv095

197. Gabard-Durnam, L., Gee, D.G., Goff, B., Flannery, J., **Telzer, E.H.**, Humphreys, K.L., Lumian, D.S., Fareri, D.S., Caldera, C., & Tottenham, N. (2016). Stimulus-elicited connectivity influences resting-state connectivity years later in human development: A prospective study. *Journal of Neuroscience, 36*, 4771-4784. https://doi.org/10.1523/JNEUROSCI.0598-16.2016

198. Humphreys, K.L., **Telzer, E.H.**, Flannery, J., Goff, B., Gabard-Durnam, L., Gee, D.G., Lee, S.S., & Tottenham, N. (2016). Risky decision-making from childhood through adulthood: Contributions of learning and sensitivity to negative feedback. *Emotion, 16*, 101-109. https://doi.org/10.1037/emo0000116

199. Guassi Moreira, J†., Miernicki, M.E†., & **Telzer, E.H.** (2016). Relationship quality buffers association between co-rumination and depressive symptoms among first year college students. *Journal of Youth and Adolescence, 45,* 484-493*.* https://doi.org/10.1007/s10964-015-0396-8

200. McCormick, E.M†., Qu, Y†., & **Telzer, E.H.** (2016). Adolescent neurodevelopment of cognitive control and risk-taking in negative family contexts. *NeuroImage, 124*, 989-996. https://doi.org/10.1016/j.neuroimage.2015.09.063

201. **Telzer, E.H.** (2016). Dopaminergic reward sensitivity can promote adolescent health: A new perspective on the mechanism of ventral striatum activation. *Developmental Cognitive Neuroscience, 17,* 57-67*.* https://doi.org/10.1016/j.dcn.2015.10.010

202. **Telzer, E.H.**, Ichien, N.I†., & Qu, Y†. (2015). Mothers know best: Redirecting adolescent reward sensitivity to promote safe behavior during risk taking. *Social Cognitive Affective Neuroscience, 10,* 1383-1391*.* https://doi.org/10.1093/scan/nsv026

203. Qu, Y†., Fuligni, A.J., Gálvan, A., & **Telzer, E.H.** (2015). Buffering effect of positive parent-child relationships on adolescent risk taking: A longitudinal neuroimaging investigation. *Developmental Cognitive Neuroscience,15,* 26-34*.* https://doi.org/10.1016/j.dcn.2015.08.005

204. **Telzer, E.H.**, Ichien, N.I†., & Qu, Y†. (2015). The ties that bind: Group membership shapes the neural correlates of ingroup favortism. *NeuroImage, 115,* 42-51*.* https://doi.org/10.1016/j.neuroimage.2015.04.035

205. **Telzer, E.H.**, Flannery, J., Humphreys, K.L., Goff, B., Gabard-Durman, L., Gee, D.G., & Tottenham, N. (2015). "The Cooties Effect": Amygdala reactivity to opposite- versus same-sex faces declines from childhood to adolescence. *Journal of Cognitive Neuroscience, 27,* 1685-1696*.* https://doi.org/10.1162/jocn_a_00813

206. Qu, Y†., Galvan, A., Fuligni, A.J., Lieberman, M.D., & **Telzer, E.H.** (2015). Longitudinal changes in prefrontal cortex activation underlie declines in adolescent risk taking. *Journal of Neuroscience*, *35*(32), 11308-11314. https://doi.org/10.1523/JNEUROSCI.1553-15.2015

207. Guassi Moreira, J†. & **Telzer, E.H.** (2015). Changes in family cohesion and links to depression during the college transition. *Journal of Adolescence, 43,* 72-82*.* https://doi.org/10.1016/j.adolescence.2015.05.012

208. **Telzer, E.H.**, Goldenberg, D., Fuligni, A.J., Lieberman, M.D, & Gálvan, A. (2015). Sleep variability in adolescence is associated with altered brain development. *Developmental Cognitive Neuroscience, 14,* 16-22*.* https://doi.org/10.1016/j.dcn.2015.05.007

209. **Telzer, E.H.**, Tsai, K.M., Gonzales, N., & Fuligni, A.J. (2015). Mexican-American adolescents' family obligation values and behaviors: Links to internalizing symptoms across time and family context. *Developmental Psychology, 51,* 75-86. https://doi.org/10.1037/a0038434

210. Tsai, K.M., **Telzer, E.H.**, Gonzales, N., & Fuligni, A.J. (2015). Parental cultural socialization of Mexican-American adolescents' family obligation values and behaviors. *Child Development, 86,* 1241-1252. https://doi.org/10.1111/cdev.12358

211. Humphreys, K.L., Lee, S.S., **Telzer, E.H.**, Gabard-Durnam, L.J., Goff, B., Flannery, J., & Tottenham, N. (2015). Exploration-exploitation strategy is dependent on early experience. *Developmental Psychobiology, 57,* 313-321. https://doi.org/10.1002/dev.21293

212. **Telzer, E.H.**, Fuligni, A.J., Lieberman, M.D, Miernicki, M.E†., & Gálvan, A. (2015). The quality of adolescents' peer relationships modulates neural sensitivity to risk taking. *Social Cognitive Affective Neuroscience, 10,* 389-398. https://doi.org/10.1093/scan/nsu064

213. Gee, D.G., Gabard-Durman, L., **Telzer, E.H.**, Humphreys, K.L., Goff, B., Shapiro, M., Flannery, J., Hare, T.A., Luniam, D.S., Fareri, D.S., Caldera, C., & Tottenham, N. (2014). Maternal buffering of human amygdala-prefrontal circuitry during childhood but not adolescence. *Psychological Science, 25,* 2067-2078. https://doi.org/10.1177/0956797614550878

214. **Telzer, E.H.**, Fuligni, A.J., Lieberman, M.D, & Gálvan, A. (2014). Neural sensitivity to eudaimonic and hedonic rewards differentially predict adolescent depressive symptoms over time. *Proceedings of the National Academy of Sciences, 111,* 6600-6605. https://doi.org/10.1073/pnas.1323014111

215. **Telzer, E.H.**, Qu, Y†., Goldenberg, D., Fuligni, A.J., Gálvan, A. & Lieberman, M.D. (2014). Adolescents' emotional competence is associated with their parent's neural sensitivity to emotions. *Frontiers in Human Neuroscience, 8,* 1-12. Special Issue Human Explanation: Psychology, Computation, and Neuroscience. https://doi.org/10.3389/fnhum.2014.00558

216. Gabard-Durnam, L., Flannery, J., Goff, B., Gee, D.G., Humphreys, K.L., **Telzer, E.H.**, Hare, T., & Tottenham, N. (2014). The development of human amygdala functional connectivity at rest from 4 to 23 Years: a cross-sectional study. *NeuroImage, 95,* 193-207. https://doi.org/10.1016/j.neuroimage.2014.03.038

217. **Telzer, E.H.**, Gonzales, N., & Fuligni, A.J. (2014). Family obligation values and family assistance behaviors: Protective and risk factors for adolescent substance use. *Journal of Youth and Adolescence. 43,* 270-283. https://doi.org/10.1007/s10964-013-9941-5

218. Gee, D.G., Gabard-Durman, L. Flannery, J., Goff, B., Humphreys, K.L., **Telzer, E.H.**, Hare, T.A., Bookheimer, S.Y., & Tottenham, N. (2013). Early developmental emergence of human amygdala–prefrontal connectivity after maternal deprivation. *Proceedings of the National Academy of Sciences, 110(39),* 15638-15643. https://doi.org/10.1073/pnas.1307893110

219. Olsavsky, A.K., **Telzer, E.H.,** Shapiro, M. Humphreys, K.L., Flannery, J., Goff, B., & Tottenham, N. (2013). Indiscriminate amygdala response to mothers and strangers after early maternal deprivation. *Biological Psychiatry, 11,* 853-860. https://doi.org/10.1016/j.biopsych.2013.05.025

220. **Telzer, E.H.** & Fuligni, A.J. (2013). Positive daily family interactions eliminate gender differences in internalizing symptoms during adolescence. *Journal of Youth and Adolescence, 42,* 1498-1511. https://doi.org/10.1007/s10964-013-9964-y

221. **Telzer, E.H.**, Flannery, J., Shapiro, M., Humphreys, K.L., Goff, B., Gabard-Durman, L., Gee, D.G., & Tottenham, N. (2013). Early experience shapes amygdala sensitivity to race: An international adoption design. *Journal of Neuroscience, 33,* 13484-13488. https://doi.org/10.1523/JNEUROSCI.1272-13.2013

222. Tsai, K.M., **Telzer, E.H.**, & Fuligni, A.J. (2013). Continuity and discontinuity in perceptions of family relationships from adolescent to young adulthood. *Child Development, 84,* 471-484. https://doi.org/10.1111/j.1467-8624.2012.01858.x

223. Goldenberg, D+., **Telzer, E.H+.**, Lieberman, M.D., Fuligni, A.J., & Gálvan, A. (2013). Neural mechanisms of impulse control in sexually risky adolescents. *Developmental Cognitive Neuroscience, 6,* 23-29. https://doi.org/10.1016/j.dcn.2013.06.002
+denotes equal author contribution

224. Goff, B., Gee, D.G., **Telzer, E.H.**, Humphreys, K.L., Gabard-Durnam, L., Flannery, J., & Tottenham, N. (2013). Reduced nucleus accumbens reactivity and adolescent depression following early-life stress. *Neuroscience, 249,* 129-138. https://doi.org/10.1016/j.neuroscience.2012.12.010

225. Fuligni, A.J. & **Telzer, E.H.** (2013). Another way the family can get in the head and under the skin: The neurobiology of family assistance. *Perspectives in Child Development, 7,* 138-142. https://doi.org/10.1111/cdep.12029

226. Tsai, K.M., **Telzer, E.H.**, Gonzales, N., & Fuligni, A.J. (2013). Adolescents' daily assistance to the family in response to maternal need. *Journal of Marriage and Family, 75,* 964-980. https://doi.org/10.1111/jomf.12035

227. Gee, D.G., Humphreys, K.L., Flannery, J., Goff, B., **Telzer, E.H.**, Shapiro, M., Hare, T.A., Bookheimer, S.Y., & Tottenham, N. (2013). A developmental shift from positive to negative connectivity in human amygdala-prefrontal circuitry. *Journal of Neuroscience, 33,* 4584-4593. https://doi.org/10.1523/JNEUROSCI.3446-12.2013

228. **Telzer, E.H.**, Fuligni, A.J., Lieberman, M.D., & Gálvan, A. (2013). The effects of poor quality sleep on brain function during risk taking in adolescence**.** *NeuroImage, 71,* 275-283. https://doi.org/10.1016/j.neuroimage.2013.01.025

229. **Telzer, E.H.**, Fuligni, A.J., Lieberman, M.D, & Gálvan, A. (2013). Meaningful family relationships: Neurocognitive buffers of adolescent risk taking. *Journal of Cognitive Neuroscience, 25,* 374-387. https://doi.org/10.1162/jocn_a_00331

230. **Telzer, E.H.**, Fuligni, A.J., Lieberman, M.D, & Gálvan, A. (2013). Ventral striatum activation to prosocial rewards predicts longitudinal declines in adolescent risk taking. *Developmental Cognitive Neuroscience, 3,* 45-52. https://doi.org/10.1016/j.dcn.2012.08.004

231. **Telzer, E.H.**, Humphreys, K.L., Shapiro, M., & Tottenham, N.L (2013). Amygdala sensitivity to race is not present in childhood but emerges over adolescence. *Journal of Cognitive Neuroscience, 25,* 234-244. https://doi.org/10.1162/jocn_a_00311

232. Tottenham, N.L., Shapiro, M., **Telzer, E.H.**, & Humphreys, K. (2012). Amygdala response to mother. *Developmental Science, 15,* 307-315. https://doi.org/10.1111/j.1467-7687.2011.01128.x

233. Masten, C.L., **Telzer, E.H.**, Fuligni, A.J., Lieberman, M.D., & Eisenberger, N.I. (2012). Time spent with friends in adolescence relates to less neural sensitivity to later peer rejection. *Social, Cognitive, Affective Neuroscience, 7,* 106-114. https://doi.org/10.1093/scan/nsq098

234. Cole, S.W., Arevalo, J.M.G., Manu, K., **Telzer, E.H.**, Kiang, L., Bower, J.E., Irwin, M.R., Fuligni A.J. (2011). Antagonistic pleiotropy at the human IL6 promoter confers genetic resilience to the pro-inflammatory effects of adverse social conditions in adolescence. *Developmental Psychology, 47,* 1173-1180. https://doi.org/10.1037/a0023871

235. **Telzer, E.H.**, Masten, C.L., Berkman, E.T., Lieberman, M.D., & Fuligni A.J. (2011). Neural regions involved in self-control and mentalizing are recruited during prosocial decisions towards the family. *NeuroImage, 58,* 242-249. https://doi.org/10.1016/j.neuroimage.2011.06.013

236. Masten, C.L., **Telzer, E.H.**, & Eisenberger, N.I. (2011). An fMRI investigation of attributing negative social treatment to racial discrimination. *Journal of Cognitive Neuroscience, 23,* 1042-1051. https://doi.org/10.1162/jocn.2010.21520

237. **Telzer, E.H.** (2010). Expanding the acculturation gap-distress model: An integrative review of research. *Human Development, 53,* 313-340. https://doi.org/10.1159/000322476

238. **Telzer, E.H.**, Masten, C.L., Berkman, E.T., Lieberman, M.D., & Fuligni A.J. (2010). Gaining while giving: An fMRI study of the rewards of family assistance among White and Latino youth. *Social Neuroscience, 5,* 508-518. https://doi.org/10.1080/17470911003687913

239. **Telzer, E.H.** & Fuligni, A.J. (2009). Daily family assistance and the psychological well being of adolescents from Latin American, Asian, and European backgrounds. *Developmental Psychology, 45,* 1177-1189. https://doi.org/10.1037/a0014728

240. **Telzer, E.H.** & Fuligni, A.J (2009). A longitudinal daily diary study of family assistance and academic achievement among adolescents from Mexican, Chinese, and European backgrounds. *Journal of Youth and Adolescence, 38,* 560-571. https://doi.org/10.1007/s10964-008-9391-7

241. Fuligni, A.J., **Telzer, E.H.**, Bower, J., Irwin, M.R., Kiang, L., & Cole, S.W. (2009). Daily family assistance and inflammation among adolescents from Latin American and European backgrounds. *Brain, Behavior, and Immunity, 23,* 803-809. https://doi.org/10.1016/j.bbi.2009.02.021

242. Fuligni, A.J., **Telzer, E.H.**, Bower, J., Cole, S.W., Kiang, L., & Irwin, M.R. (2009). A preliminary study of daily interpersonal stress and C-Reactive Protein levels among adolescents from Latin American and European backgrounds. *Psychosomatic Medicine, 71,* 1-5. https://doi.org/10.1097/PSY.0b013e3181921b1f

243. **Telzer, E.H.** & Vázquez-García, H.A. (2009). Skin color and self perceptions of immigrant and U.S. born Latinas: The moderating role of racial socialization and ethnic identity. *Hispanic Journal of Behavioral Sciences, 31,* 357-374. https://doi.org/10.1177/0739986309336913

244. **Telzer, E.H.**, Mogg, K., Bradley, B.P., Mai, X., Ernst, M., Pine, D.S., & Monk, C.S. (2008). Relationship between trait anxiety, prefrontal cortex, and attention bias to angry faces in children and adolescents. *Biological Psychology, 79,* 216-222. https://doi.org/10.1016/j.biopsycho.2008.05.004

245. Monk, C.S., **Telzer, E.H.**, Mogg, K., Bradley, B.P., Mai, X., Louro, H.M.C., Chen, McClure, E.B., Ernst, M., Pine, D.S. (2008). Amygdala and ventrolateral prefrontal cortex activation to masked angry faces in children and adolescents with Generalized Anxiety Disorder. *Archives of General Psychiatry, 65,* 568-576. https://doi.org/10.1001/archpsyc.65.5.568

246. Monk, C.S., Klein, R.G., **Telzer, E.H.**, Schroth, E.A., Mannuzza, S., Moulton III, J.L., Masten, C.L., McClure, E.B., Fromm, S., Blair, J.R., Pine, D.S., Ernst, M. (2007). Amygdala and nucleus accumbens activation to emotional facial expressions in diagnosis free juveniles at risk for major depression. *American Journal of Psychiatry, 165*, 90-98. https://doi.org/10.1176/appi.ajp.2007.06111917

## REFEREED UNPUBLISHED ORAL PRESENTATIONS

### Selected Conference Talks

†mentored student author

1. **Telzer, E.H.** (2025, October). Social media and adolescent brain development. Talk presented at the National Academy of Neuropsychology Annual Meeting, Los Angeles, CA.

2. **Telzer, E.H.** (2025, April). Challenging stereotypes of teens: A developmental neuroscience perspective on the risks and opportunities of adolescence. Keynote address at the Peers Relations Preconference, Society for Research in Child Development, Minneapolis, MN.

3. Capella J†., Jorgensen, N.A†., Field, N†., Feldman M†., Bonar A†., Prinstein M.J., Lindquist K.A., & **Telzer E.H**. (2024, April) Longitudinal relations between adolescents' social network positions and neural sensitivity to social rewards. Talk presented at the Society for Research in Adolescence, Chicago, IL.

4. Field, N†., Burnell, K., Lindquist, K.L., **Telzer, E.H.,** Prinstein, M.J. (2024). Peer socialization of substance use in a daily diary study: The moderating role of peer-status. In Peer influence and peer-status: Points of intersection. Talk presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

5. Maza, M.T†., Aggarwal, N., Baldelli, A., Flannery, J.E., Nick, E., **Telzer, E.H.** (2024, April). By youth for youth: Co-designing a social media fMRI task with adolescents. Talk presented at the Society of Research on Adolescents Annual Meeting, Chicago IL.

6. **Telzer**, **E.H**. & Prinstein, M.J. (2023, October). Social media and adolescent health. Talk presented at the Growing up Together in Society Meeting, Amsterdam, Netherlands.

7. **Telzer**, **E.H**. (2023, September). Social media and the social brain: Implications for diverse youth. Talk presented at the Children and Screens International Scientific Congress, Washington DC.

8. Garrett, S†., Armstrong-Carter, E†., Prinstein, M., & **Telzer, E.H.** (2023, April). Examining differences in the momentary links between adolescents' digital media use and social connectedness. Talk presented at the Society for Research in Adolescence Annual Meeting, San Diego, CA.

9. Field, N., Balkind, E., Burnell, K., Feldman, M., Fox, K., Nick, E., Lindquist, K., **Telzer, E.H**, & Prinstein, M (2023, March). Popularity, but not likeability, as a risk factor for low empathy: A longitudinal examination of within- and between-person associations between peer status and empathy. Talk presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

10. Capella, J†., Feldman, M†., Bonar, A†., Field, N†., Lewis, K., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2023, March). Neural similarity during experiences of emotion is linked to proximity within adolescent peer networks. Talk presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

11. Burnell, K., Field, N†., **Telzer, E. H**, & Prinstein, M. J. (2023, March). Sociometric status and digital status seeking as predictors of COVID-era offline and online behaviors. Talk presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

12. Dai, J†., Jorgensen, N.A†., Duell, N†., Capella, J†., Maza, M.T†., Kwon, S†., Prinstein M.J., Lindquist, K.A., & **Telzer, E.H.** (2023, March). Neural tracking of social hierarchies in adolescents' real-world social networks. Talk presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

13. Flannery, J.S†., Burnell, K†., Kwon, S†., Jorgensen, N.A†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2023, March) Developmental changes in social reward brain responsivity linked with addiction-like social media use two years later. Talk presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

14. Kwon, S†., Flannery, J.E†., Turpyn, C.C†., Prinstein M.J., Lindquist, K.A., & **Telzer, E.H.** (2023, March). Behavioral and neural trajectories of risk taking for peer and parent in adolescence. Talk presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

15. Garrett, S†., Armstrong-Carter, E†., Xu, A†., Prinstein, M., & **Telzer, E.H.** (2023, March). Digital Familism: Individual differences in how adolescents' digital interactions with family relate to their momentary affect. Talk presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

16. Maza, M.T†., Fox, K.A†., Kwon, S†., Flannery, J.E†., Lindquist, K.A., Prinstein, M.J., **Telzer, E.H.** (2022,

September). Habitual checking behaviors on social media relate to longitudinal functional brain development. Talk presented at the Flux Congress Annual Meeting. Paris, France.

17. Kim, S.G†., Hu, K., Rogers, C.R†., McElwain, N.L., & **Telzer, E.H**. (2022, March). Parental autonomy support and control and neural regulation of emotion during adolescence. Flash talk presented at the Society for Affective Science Annual Conference, Virtual Conference.

18. Do, K.T†., Sharp, P.B†., Lindquist, K.A., Prinstein, M.J., & **Telzer, E.H.** (2022, March). Peer status adaptively incentivizes cognitive control deployment in early adolescence. Talk presented at the Society for Research on Adolescence Biennial Meeting, New Orleans, LA.

19. Turpyn, C.C†., Jorgensen, N.A†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2021, April). Susceptibility to family context in predicting adolescent externalizing behaviors: Moderation by social motivational neural sensitivity. Paper presented at Society for Research in Child Development Biennial Meeting, Virtual Conference.

20. Flannery, J.E†., Kwon, S†., Jorgensen, N†., Nelson, B†., Turpyn, C.C†., Duell, N†., Lindquist, K., Prinstein, M., **Telzer E.H.** (2021, April) Covariation in Adolescent Social Behavior and Mood Following COVID-19 Social Restriction: Moderators of Neural Sensitivity. Paper presented at the Society for Research in Child Development Biennial Meeting, Virtual Conference.

21. Duell, N†., van Hoorn, J†., McCormick, E. M†., & **Telzer, E. H.** (2021, March**).** Hormonal and neural correlates of prosocial conformity in adolescents. Paper presented at Society for Research in Adolescence Biennial Meeting, Virtual Conference.

22. Rogers, C.R†., Gates, K.M., Fry, C. M., Lee, T., & **Telzer, E. H.** (2020, September). Directed functional connectivity during adolescent social learning: An example using sibling dyads. In B. McCandliss (Chair), Jacob's Foundation: Science of Learning Symposium. Talk presented at the FLUX Congress. Virtual Conference.

23. **Telzer, E.H.** (August, 2019). For better or for worse: Neurobiological susceptibility to social context. Invited talk presented at the Annual Flux Congress Meeting, New York, NY.

24. Do, K.T†. McCormick, E.M†., & **Telzer, E.H.** (2019, September). Peers exert a stronger prosocial than antisocial influence on adolescent attitudes: Evidence from brain and behavior. Paper presented at the Annual Flux Congress Meeting, New York, NY.

25. **Telzer, E.H.,** Ivory, S†., McCormick, E.M†., & Kwon, S†. (April, 2019) Altered neural connectivity and cognitive control to peer faces: Links to internalizing symptoms in adolescence. Paper presented at the Society for Research in Child Development Biannual Meeting, Baltimore, MD.

26. **Telzer, E.H.,** McElwain, N., McCormick, E.M†., & Qu, Y†. (April, 2019) Family relationship quality and adolescent neural processing of risk. Paper presented at the Society for Research in Child Development Biannual Meeting, Baltimore, MD.

27. **Telzer, E.H.** (September, 2018). Under representation of cultural diversity and high-risk youth samples in research on adolescent motivational processes. Invited talk presented at the Annual Flux Congress Meeting, Berlin Germany.

28. Rogers, C.R†., Lee, T†., Fry, C.M†., & **Telzer, E.H.** (September, 2018). Where you lead, I will follow: Observing older sibling risky behavior changes adolescent brain and behavior. Paper presented at the Annual Flux Congress Meeting, Berlin Germany.

29. van Hoorn, J†., McCormick, E.M†. & **Telzer, E.H.** (April, 2018). Risk taking and peer effects in high-risk youth with externalizing behavior: Perspectives from brain and behavior. Paper presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

30. Rogers, C.R†., McCormck, E.M†., van Hoorn, J†., & **Telzer, E.H.** (April, 2018). Siblings and the teenage

brain: Sibling closeness and birth order modulate adolescent neural activity during safe decision-making. Paper presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

31. Do, K.T†., Guassi Moreira, J†., van Hoorn, J†., & **Telzer, E.H.** (April, 2018). Taking risks to help others: An experimental study of "prosocial risk taking" in late adolescents. Paper presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

32. **Telzer, E.H.** (April, 2018). Moving towards a window of opportunity: New perspectives on the intersection of prosocial and risk-taking behaviors in adolescence. Discussant for symposium at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

33. **Telzer, E.H**. (April, 2018) Integrating neuroimaging with developmental research to better understand risk and resilience processes in adolescence. Roundtable talk presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

34. **Telzer, E.H.**, Fowler, C†., Davis, M., & Rudolph, K.D. (April, 2018). Childhood victimization heightens neural vigilance to peer belonging and subsequent internalizing symptoms in adolescence. Paper presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

35. **Telzer, E.H.**, (April, 2018). Social processes shape the adolescent brain. Invited talk presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

36. **Telzer, E.H.** (April, 2018). Habits of highly effective junior faculty. Invited panel member at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

37. Rogers, C.R†., McCormick, E.M†., van Hoorn, J†., & **Telzer, E.H.** (2017, September). "No, don't do it!" Neural correlates of sibling closeness during risky decision-making. Paper presented at the Annual Flux Congress Meeting, Portland, OR.

38. McCormick, E†. & **Telzer, E.H.** (2017, April). Adaptive adolescent flexibility: neurodevelopment of decision making and learning in a risky context. Paper presented at the Society for Research on Child Development Biannual Meeting, Austin, TX.

39. Lee, T†., Miernicki, M.E†., & **Telzer, E.H**. (2017, April) Neural concordance of resting state intrinsic neural networks in parent-child dyads. Paper presented at the Society for Research on Child Development Biannual Meeting, Austin, TX.

40. **Telzer, E.H.**, (2016, May). Adolescent affective sensitivity as a window of opportunity for healthy development. Invited talk at the Association for Psychological Science Annual Meeting, Chicago, IL.

41. Lee, T†., Qu, Y†., & **Telzer, E.H.** (2016, April). Parent-child relationship quality shapes neural pattern similarity between mothers and their child. Paper presented at the Social Affective Neuroscience Society Annual Meeting, New York, NY.

42. **Telzer, E.H.**, & McCormick, E†. (2016, March). Activation in context. Paper presented at the Society for Research on Adolescence Biannual Meeting, Baltimore, MD.

43. **Telzer, E.H.** (2016, March). Cultural values, family relationships, and neurocognitive processing among adolescents. Invited talk at the Society for Research on Adolescence Biannual Meeting, Baltimore, MD.

44. **Telzer, E.H.** (2015, September). Neural correlates of prosocial behavior and links to well-being. Invited talk at the Society for Research on Child Development Satellite Meeting, Leiden Netherlands.

45. **Telzer, E.H.** (2015, May). Neurodevelopment of amygdala response to social categories. Paper presented at the Association for Psychological Science Annual Meeting, New York, NY.

46. **Telzer, E.H.,** Miernicki, M.E†., & Rudolph, K. (2015, April). Chronic peer victimization and the neural correlates of risk taking following social exclusion. Paper presented at the Society for Research on Child Development Biannual Meeting, Philadelphia, PA.

47. **Telzer, E.H.** & Qu, Y†. (2015, April). Persistence versus giving up: Cultural differences in behavioral and neural processes underlying cognitive control. Paper presented at the Society for Research on Child Development Biannual Meeting, Philadelphia, PA.

48. Rudolph, K., Miernicki, M.E†., Troop-Gordon, W., & **Telzer, E.H.** (2015, April). Social pain in the context of peer victimization: Implications for depression. Paper presented at the Society for Research on Child Development Biannual Meeting, Philadelphia, PA.

49. **Telzer, E.H.,** & Galván, A. (2014, March). The effects of sleep variability on the neural correlates of cognitive and emotional functioning in adolescents. Paper presented at the Society for Research on Adolescence Biannual Meeting, Austin, TX.

50. Qu, Y†. & **Telzer, E.H.** (2014, March). Longitudinal changes in adolescents' neural sensitivity to risk: The impact of parental depression. Paper presented at the Society for Research on Adolescence Biannual Meeting, Austin, TX.

51. **Telzer, E.H.** (2014, March). The role of culture and biology in adolescent development: Examining the interplay of culture, genetics, and neuroscience. Invited panelist at the Society for Research on Adolescence Biannual Meeting, Austin, TX.

52. **Telzer, E.H.** (2013, May). Early experience and the neurodevelopment of cultural biases. Paper invited at the Jean Piaget Society Annual Meeting, Chicago, IL.

53. **Telzer, E.H.** (2013, June). Identifying a cultural resource: Neural mechanisms underlying familial influence on risk taking among Mexican-origin adolescents. Plenary talk invited at the International Association of Cross-Cultural Psychology, Los Angeles, CA.

54. **Telzer, E.H.** & Tottenham, N. (2013, May). The role of experience on the neurodevelopment of amygdala response to race. Paper presented at the American Psychological Society Annual Meeting. Washington D.C.

55. **Telzer, E.H.** (2013, April). Identifying a cultural resource: Neural mechanisms underlying familial influence on risk taking among Mexican-origin adolescents. Paper invited at the International Cultural Neuroscience Consortium Conference, Chicago, IL.

56. **Telzer, E.H.,** Fuligni, A.J., Lieberman, M.D., & Galván, A. (2013, April). The rewards of giving: Ventral striatum activation to prosocial rewards predicts declines in adolescent risk taking. Paper presented at Society for Research on Child Development Biannual Meeting, Seattle, WA.

57. **Telzer, E.H.,** Fuligni, A.J., Lieberman, M.D., & Galván, A. (2013, April). Neural sensitivity to prosocial and risky rewards differentially predicts internalizing symptoms. Paper presented at the Society for Research on Child Development Biannual Meeting, Seattle, WA.

58. **Telzer, E.H.,** Qu, Y†., Humphreys, K., Flannery, J., & Tottenham, N. (2013, April). The impact of early exposure on race-related amygdala activity: An international adoption design. Paper presented at the Society for Affective Neuroscience Annual Meeting, San Francisco, CA.

59. **Telzer, E.H.,** Fuligni, A.J., Lieberman, M.D., & Galván, A. (2012 April). The effects of inadequate sleep on brain function during risk taking in adolescence. Paper presented at the Cognitive Neuroscience Society Annual Meeting, Chicago, IL.

60. **Telzer, E.H.,** Fuligni, T, Lieberman, M.D., & Galván, A. (2012, March). An fMRI study of familial influence on adolescent risk taking. Paper presented at the Society for Research on Adolescence Biannual Meeting, Vancouver, Canada.

61. **Telzer, E.H.,** Fuligni, A.J., Gonzales, N., Weisner, T, Lieberman, M.D., & Galván, A. (2012, January). Behavioral and neural mechanisms underlying familial influence on adolescents' substance use. Paper presented at the Society for Personality and Social Psychology Annual Meeting**,** San Diego, California.

62. **Telzer, E.H.**, Masten, C.L., Berkman, E.T., Lieberman M.D., & Fuligni, A.J. (2010, March). Thinking about helping the family: A cross-cultural fMRI investigation of adolescents' family assistance behaviors. Paper presented at the Society for Research on Adolescence Biannual Meeting, Philadelphia, PA.

63. **Telzer, E.H.**, Masten, C.L., Lieberman M.D., & Fuligni, A.J. (2009, April). Gaining while giving: An fMRI investigation of the rewards of family assistance among White and Latino adolescents. Paper presented at the Society for Research in Child Development Biennial Meeting, Denver, CO.

**Selected Conference Poster Presentations**
†mentored student author

1. Carranza, A†., Flannery, J.S†., Wulfekuhle, G., Cohen, J.R., Lindquist, K.A., & **Telzer E.H**. (2025, September). Graph theory analysis of connectivity patterns in response to short-form social media content in adolescents. Poster presented at the Annual Flux Congress Meeting, Dublin Ireland.

2. Escalante, E†., Capella, J†., Jack, D†., Burnell, K., Maheux, A., & **Telzer, E.H**. (2025, September). Adolescents' problematic social media use and depression. An fNIRS study. Poster presented at the Annual Flux Congress Meeting, Dublin Ireland.

3. Jack, D†., Capella, J†., Dai, J., Trekels, J†., Maza, M.T†., Tsai, R†. Pelletier-Baldelli, A., Lindquist, K.S., Prinstein, M.J., & **Telzer, E.H.** (2025, September). Need for approval moderates the links between neural sensitivity to low popular peers and digital status seeking among adolescents. Poster accepted at the Annual Flux Congress Meeting, Dublin Ireland.

4. Do, K†., van Hoorn, J., Guassi Moreira, J., & **Telzer, E.H.** (2025, September). When risk taking benefits others: behavioral and neural correlates of prosocial risk taking in late adolescence. Poster presented at the Annual Flux Congress Meeting, Dublin Ireland

5. Flannery, J.S†., Parr, A.C., Lindquist, K.A., & **Telzer, E.H.** (2024, May). The role of dopamine-related neurophysiology in incentive-boosted cognitive control and associations with substance use. Poster presented at the Society of Biological Psychiatry, Austin, Texas

6. Albani, S†., Burnell, K., Prinstein, M.J., & **Telzer, E.H.** (2024, April). Hourly Level Associations Between the Motivations of Social Media Use and Affect Amongst Adolescents. Poster presented at the Society for Research on Adolescents Annual Meeting, Chicago, IL.

7. Bellassai, J.J†., Burnell, K., Lindquist K., Prinstein, M.J., & **Telzer, E.H.** (2024, April). Navigating the Digital Landscape: The Interplay of Social Media Experiences, Empathy, and Gender Among Adolescents. Poster presented at The Society for Research on Adolescence Annual Meeting, Chicago, IL.

8. Escalante, E†., Flannery, J†., Maza, M†., Perino, M†., & **Telzer, E.H.** (2024, April). Adolescent misconduct in the brain: Differences in risk appraisal and neural activity. Poster presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

9. Flesch, J†., Garrett, S†., Lindquist, K., Prinstein, M., & **Telzer, E.H.** (2024, April). Linking Instagram Direct Messages with Adolescent Social Development. Poster presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

10. Fox, K.A†., Maheux, A. J., Burnell, K., Nesi, J., Prinstein, M.J., & **Telzer, E.H.** (2024, April). Adolescents' motivations to use social media and affective experiences. In A. Tuck (Chair). *Social Media Use and*

*Adolescent Emotions: Integrating Individual Differences and Specific Experiences*. Talk presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

11. Jack, D.B†., Capella, J†., Dai, J†., Trekels, J†., Maza, M.T†., Tsai, R.Y†., Baldelli, A., Lindquist, K.A., Prinstein, M.J., & **Telzer, E.H.** (2024, April). Poster presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

12. Jorgensen, N.A†., Lindquist, K.A., Prinstein, M.J., Safa, D., & **Telzer, E.H.** (2024, April). Early Adolescents' Ethnic-Racial Identity in Relation to Longitudinal Growth in Perspective Taking. Poster presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

13. Kwon, S.J†., Prinstein, M.J., Lindquist, K.L., & **Telzer, E.H.** (2024, April). Age-related changes in the ventrolateral prefrontal cortex activation are associated with daily prosocial behaviors two years later. Poster presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

14. Slocum, A.S†., Burnell, K., Lindquist K., Prinstein, M.J., & **Telzer, E.H.** (2024, April). Bidirectional influences of both positive and negative social media experiences and alexithymia in adolescents. Poster presented at the Society for Research on Adolescence 2024 Annual Meeting. Poster presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

15. Sobrino, M†., Maria, M.T†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2024, April). Navigating Adversity: The Power of Resilience in Adolescent Risk-Taking. Poster presented at The Society for Research on Adolescence Annual Meeting, Chicago, IL.

16. Tsai, Y.H†., Maheux, A.J., Bauer, D.J., Dai, J†., Crone, E.A., Lindquist, K.A., Prinstein, M.J., & **Telzer, E.H.** (2024, April). Do Peers and Family Matter as Much Over Time? Tracing the Trajectories of Peer and Family Identity During Adolescence. PPoster presented at the Society for Research on Adolescence Annual Meeting, Chicago, IL.

17. Xu, A†., Nick, E., **Telzer, E.H.**, & Prinstein, M.J. (2023, April). Friendships on- and off-line: the effect that posting on instagram has on friendship quality. Poster presented at the Society for Research on Adolescence Biannual Meeting, San Diego, CA.

18. Netschytailo, H†., Duell, N†., Prinstein, M. J., & **Telzer, E. H.** (2023, April). Resiliency and the Behavioral Effects of Household Adversity. Poster presented at the Society for Research on Adolescence Biannual Meeting, San Diego, CA.

19. Garrett, S†., Albani, S†., Burnell, K., Armstrong-Carter, E†., Prinstein, M., & **Telzer, E.H.** (2023, March). Examining the bidirectional momentary links between adolescents' objectively-measured smartphone use and momentary affect. Poster presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

20. Shipkova, M†., Capella, J†., Bonar, A†., Feldman, M. J†., Field, N†., Lewis, K., Prinstein, M., **Telzer, E. H.**, & Lindquist, K. A. (2023, March). The roles of emotion regulation and reactivity in adolescent friendship stability. Poster presented at the Society for Affective Science, Long Beach, CA

21. Dai, J†., Kwon, S†., Prinstein M.J., **Telzer, E.H**., & Lindquist, K.A. (2023, March). Neural similarity for self and peer predicts adolescents' risk taking and peer influence. Poster presented at the Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

22. Duell, N†., Bender, E., Alvarez, G. M., **Telzer, E. H.**, & Muscatell, K. A. (2022, September). Familism moderates the effect of discrimination on self-regulation via brain connectivity. Poster presented at the Flux Congress Annual Meeting, Paris, France.

23. Kwon, S†., Prinstein M.J., Lindquist, K.A., & **Telzer, E.H.** (2022, September). Neurodevelopmental changes in friendship stability and adaptive risk taking for best friend in adolescence. Poster presented at the Flux Congress Annual Meeting, Paris, France.

24. Bonar, A.S†., Feldman, M.J.†, Capella, J†., Nick, E.A., Field, N.H†., Drummond, T.H., Lewis, K. Prinstein, M.J., **Telzer E.H.**, & Lindquist, K.A (2022, September). Does adolescents' neural reactivity to affective images predict their social network centrality? Poster presented at the Flux Congress Annual Meeting, Paris, France.

25. Flannery, J.S†., Kwon, S†., Jorgensen, N.A†., Prinstein M.J., Lindquist, K.A., & **Telzer, E.H.** (2022, September). Developmental changes in ventral medial prefrontal cortex social reward responsivity linked with social media addiction two years later. Poster presented at the Flux Congress Annual Meeting, Paris, France.

26. Capella, J†., Feldman, M.J., Bonar, A.S., Dai, J†., Nick, E., Field, N.H., Lewis, K., Prinstein, M.J., Kindquist, K.A., & **Telzer, E.H.** (2022, September). Neural similarity in representation of positive images in the ventral medial prefrontal cortex is linked to social network proximity in adolescence. Poster presented at the Flux Congress Annual Meeting. Paris, France.

27. Flannery J.S†., Jorgensen N.A†., Kwon S†., Prinstein M.J., **Telzer E.H.**, & Lindquist K.A., (2022, April). Developmental changes in social reinforcement responsivity across adolescence linked with drug use. Poster presented at the Society for Affective Science Annual Meeting, Virtual Conference.

28. Maza, M.T†., Kwon, S†., Jorgensen, N.A†., Capella, J†., Prinstein, M.J. Lindquist, K.A., & **Telzer, E.H.** (2021, September). Neurobiological sensitivity to popularity moderates individual differences between social media use and affect. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting, Virtual Conference.

29. Capella, J†., Jorgensen, N.A†., Kwon, S†., Maza, M.T†., Prinstein, M.J. Lindquist, K.A., & **Telzer, E.H.** (2021, September). Neural sensitivity to popularity predicts risk-taking and prosocial behavior in adolescence. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting, Virtual Conference.

30. Do, K.T†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2021, September). Adolescents' internalization of parent and peer risk attitudes: A longitudinal fMRI study. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting, Virtual Conference.

31. Kwon, S†., Flannery, J.E†., Turpyn, C.C†., Prinstein M.J., Lindquist, K.A., & **Telzer, E.H.** (2021, September). Longitudinal behavioral and neural trajectories of vicarious risk taking for parent and peer across adolescence. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting, Virtual Conference.

32. Flannery, J.E†., Jorgensen, N.A†., Turpyn, C†., Kwon, S†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2021, September) Whole brain longitudinal changes in adolescent social reward and punishment processing. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting (virtual).

33. Villa, R†., Turpyn, C†., & **Telzer, E.H.** (2021, April). Parental impulsivity as a predictor of adolescent risk behavior: Moderating role of parent-adolescent relationship quality. Poster presented at Society for Research in Child Development Biennial Meeting, Virtual Conference.

34. Do, K.T†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2021, April). Developmental changes in the intrinsic value of learning parent and peer risk norms in adolescence. Poster presented at the Society for Research in Child Development Biennial Meeting, Virtual Conference.

35. Jorgensen, N.A†., Duell, N†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2021, April). Neural sensitivity to social status and adolescent social functioning. Poster to be presented at the meeting of the Social & Affective Neuroscience Society, Virtual Conference.

36. Li, X†., Jorgensen, N.A†., McElwain, N.L., McCormick, E.M†., & **Telzer, E.H.** (2021, March). Toddler-mother attachment modulates adolescents' evaluation of trustworthiness: Evidence from

behavioral and neural responses. Poster presented at the meeting of the Society for Research on Adolescence, Virtual Conference.

37. Bibby, E.S†., Widman, L., Turpyn, C., Choukas-Bradley, S., Nesi, J., Prinstein, M.J., & **Telzer, E.H**. (2021, February). A multi-wave assessment of race, ethnic, and gender differences in adolescents' sexual communication with parents, peers, and partners. Poster presented at the Annual Convention: Society of Personality and Social Psychology, Virtual Conference

38. Jorgensen, N.A†., McCormick, E.M†., Lindquist, K.A., Prinstein, M. †J., & **Telzer, E. H.** (2020, October). The culture of socioeconomic status and social reward and threat processing in adolescence. Poster presented at the meeting of the International Cultural Neuroscience Society, Virtual Conference.

39. Turpyn, C.C†., Jorgensen, N.A†., Prinstein, M.J., Lindquist, K.A., & **Telzer, E.H.** (2020, September). Social neural sensitivity as a susceptibility marker to family context in predicting adolescent externalizing behavior. Poster presented at the annual meeting of Flux: The Society for Developmental Cognitive Neuroscience, Virtual Conference.

40. Bibby, E.S†., Widman, L., Turpyn, C., **Telzer, E.H.**, Nesi, J., Choukas-Bradley, S., & Prinstein, M.J. (2020, November). Let's talk about safe sex: A multi-wave assessment of adolescents' sexual communication with parents and peers. Poster presented at the Annual Convention: Association for Behavioral and Cognitive Therapies, Virtual Conference

41. Gray, A.M†., Bibby, E.S†., & **Telzer, E.H.** (2020, November). Negative interactions with parents and peers predict adolescent depression. Poster presented at the Annual Convention: Association for Behavioral and Cognitive Therapies, Virtual Conference

42. Kwon, S†, Do, K.T†., McCormick, E.M†., & **Telzer, E.H.** (2019, August). Neural correlates of conflicting social influences on adolescent risk-taking. Poster presented at the Annual Flux Congress Meeting, New York, NY.

43. Do, K.T†. McCormick, E.M†., & **Telzer, E.H.** (2019, August). Peers exert a stronger prosocial than antisocial influence on adolescent attitudes: Evidence from brain and behavior. Poster presented at the Annual Flux Congress Meeting, New York, NY.

44. Jorgensen, N.A., McCormick, E.M., Lindquist, K.A., Prinstein, M.J., & **Telzer, E.H.** (2019, August). Socioeconomic culture and social threat and reward processing in adolescence. Poster presented at the Annual Flux Congress Meeting, New York, NY.

45. Duell, N†., van Hoorn, J†., McCormick, E.M†., & **Telzer, E.H.** (2019, August). Biological correlates of prosocial influence: A test of brain activation and the dual-hormone hypothesis. Poster presented at the Annual Flux Congress Meeting, New York, NY.

46. Rogers, C. R†., Jimenez, V†., Benjamin, A†., Rudolph, K. D., & **Telzer, E. H.** (2019, August). The enduring effect of parents and peers on the neural correlates of risk taking and antisocial behavior during adolescence*.* Poster presented at the Annual Flux Congress Meeting, New York, NY.

47. van Hoorn, J†., McCormick, E.M†., Rogers, C.R†., Ivory, S†., & **Telzer, E.H.** (2018, September). Differential effects of parent and peer presence on neural correlates of risk taking in adolescence. Poster presented at the Annual Flux Congress Meeting, Berlin Germany.

48. Sharp, P†., **Telzer, E.H.**, & Elder, E. (2018, September). Computational model of anxious mood in adolescence. Poster presented at the Annual Flux Congress Meeting, Berlin Germany.

49. Do, K†., van Hoorn, J†., Guassi Moreira, J†., & **Telzer, E.H.** (2018, September). Neural correlates of prosocial risk taking during late adolescence. Poster presented at the Annual Flux Congress Meeting, Berlin Germany.

50. McCormick, E.M†., Gates, K., & **Telzer, E.H.** (2018, September). Model-based network discovery of developmental and performance-related differences during risky decision-making. Poster presented at the Annual Flux Congress Meeting, Berlin Germany.

51. Ravindran, N†., McElwain, N., & **Telzer, E.H.** (2018**,** April). A balancing act: Dynamic associations between maternal and adolescent behavior during a conflict discussion. Poster presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

52. Rogers, C.R†., Perino, M†., & **Telzer, E.H.** (2018**,** April). And again, mothers know best: Promoting adolescent inhibition in socially positive contexts. Poster presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

53. Qu, Y†., Pomerantz, E., McCormick, E.M†., & **Telzer, E.H.** (2018**,** April). Youth's conceptions of adolescence predict longitudinal changes in prefrontal cortex activation and risk taking during adolescence. Poster presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

54. Modi, H., Davis, M†., Miernicki, M.E†., **Telzer, E.H.**, & Rudolph, K.D. (2018**,** April). Maternal antecedents to adolescents' neuroregulation of emotion. Poster presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

55. Kim, Y., Davis, M†., Modi, H., Miernicki, M.E†., **Telzer, E.H**., & Rudolph, K.D. (2018**,** April). Differential susceptibility to friendship quality: The role of need for approval. Poster presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

56. Do, K.T†., McCormick, E.M†., & **Telzer, E.H.** (2018**,** April). Is blood thicker than water? How conflicting parent and peer attitudes influence the neural correlates of adolescent conformity. Poster presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

57. Davis, M†., Miernicki, M.E†., **Telzer, E.H.**, & Rudolph, K.D. (2018, April). Effects of childhood negative emotionality and cognitive control on anxiety-linked neural dysregulation of emotion in adolescence. Poster presented at the Society for Research on Adolescence Biannual Meeting, Minneapolis, MN.

58. Fowler, C†. Lin, L†., & **Telzer, E.H.** (2017, September). Like me back: Youths' feelings about unknown peers influences neural response during predicted peer evaluation. Poster presented at the Annual Flux Congress Meeting, Portland, OR.

59. Perino, M.T†., Guassi Moreira, J†., & **Telzer, E.H.** (2017, September). These violent delights have violent ends: Neural correlates of aggression selectivity in delinquent youth based on differential motivations. Poster presented at the Annual Flux Congress Meeting, Portland, OR.

60. van Hoorn, J†., Shablack, H†., Lindquist, K., & **Telzer, E.H.** (2017, September). Incorporating the social context in neurocognitive models of adolescent risk-taking: A neuroimaging meta-analysis. Poster presented at the Annual Flux Congress Meeting, Portland, OR.

61. McCormick, E.M†., Van Hoorn, J†. & **Telzer, E.H.** (2017, September). Functional network organization of the social brain in childhood and adolescence. Poster presented at the Annual Flux Congress Meeting, Portland, OR.

62. Do, K.T†. & **Telzer, E.H.** (2017, March). Helping us vs. them: The neural correlates of costly helping to ingroups and outgroups in youth. Poster presented at the Social Affective Neuroscience Society Annual Meeting, Los Angeles, CA.

63. Qu, Y†., Lin, L†., & **Telzer, E.H.** (2017, March). Culture modulates the neural mechanisms underlying risky exploration. Poster presented at the Social Affective Neuroscience Society Annual Meeting, Los Angeles, CA.

64. van Hoorn, J†., McCormick, E.M†., & **Telzer, E.H.** (2017, March). Social learning and adaptive risk-taking in adolescence: Evidence from brain and behavior. Poster presented at the Social Affective Neuroscience Society Annual Meeting, Los Angeles, CA.

65. Ivory, S.L†., McCormick, E.M†., & **Telzer, E.H.** (2017, March). Can't fight this feeling: The impact of emotional faces on adolescents' cognitive control. Poster presented at the Social Affective Neuroscience Society Annual Meeting, Los Angeles, CA.

66. Lee, T†., Qu, Y†., & **Telzer, E.H.** (2017, March). Love flows downstream: A neural pattern similarity approach to perception of pain in self and family. Poster presented at the Social Affective Neuroscience Society Annual Meeting, Los Angeles, CA.

67. Lin, L†., Qu, Y†., & **Telzer, E.H.** (2017, March). Social and cultural influences on the neural mechanisms of emotion regulation. Poster presented at the Social Affective Neuroscience Society Annual Meeting, Los Angeles, CA.

68. Lee, T.H†., Miernicki, M.E†., & **Telzer, E.H.** (2016, September). Resting-state connectome similarity in mother-child dyads and its impact on emotional synchrony. Poster presented at the Annual Flux Congress Meeting, Saint Luis, MO.

69. McCormick, E.M†. & **Telzer, E.H.** (2016, September). Two roads diverge: context-specific outcomes associated with decreased neural sensitivity to negative feedback during adolescence. Poster presented at the Annual Flux Congress Meeting, Saint Luis, MO.

70. Perino, M.T†., Guassi Moreira, J.F†., & **Telzer, E.H.** (2016, September). Different strokes: How social context differentially influences inhibitory failures in normative and high-risk adolescents. Poster presented at the Annual Flux Congress Meeting, Saint Luis, MO.

71. Guassi Moreira, J.F†., & **Telzer, E.H.** (2016, September). Tracking longitudinal changes of maternal influence on adolescent neurocognition during risk-taking. Poster presented at the Annual Flux Congress Meeting, Saint Luis, MO.

72. Do, K.T†., McCormick, E.M†., & **Telzer, E.H.** (2016, September). Parents versus peers: Characterizing the neural correlates of conflicting social influence on adolescent attitudes. Poster presented at the Annual Flux Congress Meeting, Saint Luis, MO.

73. Guassi-Moriera, J.F†., Ivory, S.I†., & **Telzer, E.H.** (2016, May). Costly caring: tradeoffs in support provision and well-being. Poster presented at the Association for Psychological Science Annual Meeting, Chicago, IL.

74. Do, K.T†., McCormick, E†., & **Telzer, E.H.** (2016, April). Prosocial and social brain development from childhood to adolescence. Poster presented at the Social Affective Neuroscience Society Annual Meeting, New York, NY.

75. Lin, L†., Qu, Y†., & **Telzer, E.H.** (2016, April). Cultural differences in neural correlates of intergroup empathy. Poster presented at the Social Affective Neuroscience Society Annual Meeting, New York, NY.

76. McCormick, E†. & **Telzer, E.H.** (2016, April). Adaptive adolescent flexibility: Decision-making in a risky context. Poster presented at the Social Affective Neuroscience Society Annual Meeting, New York, NY.

77. Perino, M.T†., Guassi Moreira, J†., & **Telzer, E.H.** (2016, April). Not deficient, just different: Increased activation of salience networks for bullies when viewing social exclusion. Poster presented at the Social Affective Neuroscience Society Annual Meeting, New York, NY.

78. Qu, Y†. & **Telzer, E.H.** (2016, March). The role of parents' autonomy support in adolescents' math performance: A neuroimaging investigation. Poster presented at the Society for Research on Adolescence Biannual Meeting, Baltimore MD.

79. Guassi Moreira, J†. & **Telzer, E.H.** (2016, March). Mothers still know best: The unique contribution of maternal presence on adolescent neurocognition during risk taking. Poster presented at the Society for Research on Adolescence Biannual Meeting, Baltimore MD.

80. Yuen, C.X†., **Telzer, E.H.**, Gonzales, N., & Fuligni, A.J. (2016, March). Too much of a good thing? The costs and benefits of family identity for adolescents from high-conflict homes. Poster presented at the Society for Research on Adolescence Biannual Meeting, Baltimore MD.

81. Miernicki, M.E†., Rudolph, K.D. & **Telzer, E.H.** (2015, September). Neural dysregulation and rumination explain the link between chronic victimization and depressive symptoms. Poster presented at the annual Flux Congress, Leiden, Netherlands.

82. McCormick, E†. & **Telzer, E.H.** (2015, September). Longitudinal links between negative family relationships and adolescent cognitive control- related neural processing. Poster presented at the annual Flux Congress, Leiden, Netherlands.

83. McCormick, E†. & **Telzer, E.H.** (2015, April). Working harder to succeed: Increased reliance on lateral PFC engagement across early adolescence for risky youths. Poster presented at the Social and Affective Neuroscience Society Annual Meeting, Boston, MA.

84. Qu, Y†. & **Telzer, E.H.** (2015, April). Cultural differences in beliefs, practices, and neural mechanisms of emotion regulation. Poster presented at the Social and Affective Neuroscience Society Annual Meeting, Boston, MA.

85. Qu, Y†. & **Telzer, E.H.** (2015, April). When good becomes bad: Culture modulates cognitive reappraisal of positive emotion. Poster presented at the Social and Affective Neuroscience Society Annual Meeting, Boston, MA.

86. Miernicki, M.E†., Rudolph, K.D. & **Telzer, E.H.** (2015, April). Altered neural regulation of emotional processing in chronically victimized girls. Poster presented at the Social and Affective Neuroscience Society Annual Meeting, Boston, MA.

87. **Telzer, E.H.**, Ichien, N.I†., & Qu, Y†. (2014, April). Social rewards promote safe behavior: Maternal presence facilitates adaptive neural processing during adolescent risk taking. Poster presented at the Social and Affective Neuroscience Society Annual Meeting, Denver, CO.

88. Miernicki, M.E†., Fuligni, A.J., Galvan, A., Lieberman, M.D., & **Telzer, E.H.** (2014, March). The consequences of conflict: Peer conflict predicts subsequent adolescent risk taking mediated by striatum and insula activation. Poster presented at the Society for Research on Adolescence Biannual Meeting, Austin, TX.

89. Ichien, N.I†., Qu, Y†., & **Telzer, E.H.** (2014, April). Cultural identity shapes neural reactivity to prosocial decisions. Poster presented at the Social and Affective Neuroscience Society Annual Meeting, Denver, CO.

90. Miernicki, M.E†., Rudolph, K., Troop-Gordon, W., & **Telzer, E.H.** (2014, April). Adding insult to injury: Chronic peer victimization across development and neural sensitivity to social pain. Poster presented at the Social and Affective Neuroscience Society Annual Meeting, Denver, CO.

91. Qu, Y†., Fuligni, A.J., Galvan, A., Lieberman, M.D., & **Telzer, E.H.** (2013, June). Neural coupling between mother-child dyads: Understanding the socialization of emotions. Poster presented at the International Cultural Neuroscience Consortium Conference, Chicago, IL.

92. Ichien, N.I†., Fuligni, A.J., Galvan, A., Lieberman, M.D., & **Telzer, E.H.** (2013, June). Subjective social status and neural sensitivity to race. Poster presented at the International Cultural Neuroscience Consortium Conference, Chicago, IL.

93. **Telzer, E.H.**, Humphreys, K., Shapiro, M., & Tottenham, N.L. (2011, December). Neurodevelopment of the amygdala response to race. Poster presented at the Sackler Colloquium of the National Academy of Sciences, Irvine, CA.

94. **Telzer, E.H.**, Shapiro, M., Humphreys, K., & Tottenham, N.L. (2011, April). Children's understanding of socially-relevant categories: The role of the amygdala in racial/ethnic categorization. Poster presented at the Cognitive Neuroscience Society Annual Meeting, San Francisco, CA.

95. **Telzer, E.H.** & Fuligni, A.J. (2011, April). Daily family cohesion eliminates gender differences in depressive and somatic symptoms during adolescence. Poster presented at the Annual Meeting of the Society for Research on Child Development, Montreal, Canada.

96. **Telzer, E.H.**, Shapiro, M., & Tottenham, N.L. (2010, November). Children's behavioral and neural responses to ethnic/racial categories: The role of neighborhood environment. Poster presented at the Society for Neuroscience Annual Meeting, San Diego, CA.

97. **Telzer, E.H.**, Masten, C.L., Berkman, E.T., Lieberman M.D., & Fuligni, A.J. (2010, June). Neural regions associated with mentalizing and self control guide prosocial decisions towards the family. Poster presented at the Organization for Human Brain Mapping Annual Meeting, Barcelona, Spain.

98. **Telzer, E.H.**, Masten, C.L., Berkman, E.T., Lieberman M.D., & Fuligni, A.J. (2010, January). The role of culture and social identity on mentalizing when assisting the family: An fMRI study. Poster presented at the Society for Personality and Social Psychology Annual Meeting, Las Vegas, NV.

99. **Telzer, E.H.**, Masten, C.L., Berkman, E.T., Lieberman M.D., & Fuligni, A.J. (2009, June). An fMRI investigation of the rewards of family assistance. Poster presented at the Annual Tufts University Conference on Emerging Trends in Behavioral, Affective, Social, and Cognitive Neurosciences, Boston, MA.

100. **Telzer, E.H.**, Masten, C.L., Lieberman M.D., & Fuligni, A.J. (2009, April). Neural correlates of family support among White and Latino adolescents. Poster presented at the Annual Wisconsin Symposium on Emotion, Madison, WI.

101. **Telzer, E.H.** & Fuligni, A.J. (2009, April). Daily family assistance and the academic achievement of adolescents from European, Mexican, and Chinese backgrounds. Poster presented at the Society for Research in Child Development Biennial Meeting, Denver, CO.

102. **Telzer, E.H.**, Masten, C.L., Lieberman M.D., & Fuligni, A.J. (2009, February). The reward of giving social support: Neural correlates of family assistance. Poster presented at the Society for Personality and Social Psychology Annual Meeting, Tampa, FL.

103. **Telzer, E.H,** & Fuligni, A.J. (2008, March). The daily family assistance and psychological well being of adolescents from Latin American, Asian, and European, backgrounds. Poster presented at the Society for Research on Adolescents Biennial Meeting, Chicago, IL.

104. **Telzer, E.H,** & Vázquez-Garcia, H.A. (2008, March). Self perceived skin color and the well being of Latina college women. Poster presented at the Society for Research on Adolescents Biennial Meeting, Chicago, IL.

105. **Telzer, E.H.**, Mogg, K., Bradley, B.P., Ernst, M., Pine, D.S., & Monk, C.S. (2005, September). The effects of trait anxiety on attention bias and ventrolateral prefrontal cortex function to angry faces in adolescents. Poster presented at the Annual Scientific Retreat of the Intramural Research Program of the National Institute of Mental Health, Gettysburg, PA.

106. **Telzer, E.H.**, Mogg, K., Bradley, B.P., McClure, E.M., Nelson, E.E., Ernst, M., Pine, D.S., & Monk, C.S. (2005, April). Behavioral and neurophysiological correlates of attention bias to threat in adolescents: The effects of trait anxiety. Poster presented at the Annual Meeting of the Cognitive Neuroscience Society, New York, NY.

**Conference Symposia Chaired**

1. **Telzer, E.H.** (2024). Social influence on neurobiological development in diverse youth. Symposium chaired at the Society for Research on Adolescence Biannual Meeting, Chicago, IL.
2. **Telzer, E.H.** (2022). Advances in peer influence research in adolescents: when, why, and which? Symposium chaired at the Society for Research on Adolescence Biannual Meeting, New Orleans, LA.
3. **Telzer, E.H.** (2015). The role of culture and biology on development: Insights from genetics, neuroscience, and biomarkers of stress. Symposium chaired at the Society for Research on Child Development Biannual Meeting, Philadelphia, PA.
4. **Telzer, E.H.** (2015). Social neuroscience of social rejection and links to psychopathology. Symposium chaired at the Society for Research on Child Development Biannual Meeting, Philadelphia, PA.
5. **Telzer, E.H.** & Qu, Y†. (2014). The joys and sorrows of social relationships: A developmental social neuroscience approach. Symposium chaired at the Society for Research on Adolescence Biannual Meeting, Austin, TX.
6. **Telzer, E.H.** (2013). The costs and benefits of heightened reward sensitivity in adolescence: Refining the imbalance model of adolescent neurodevelopment. Symposium chaired at the Society for Research on Child Development Biannual Meeting, Seattle, WA.
7. **Telzer, E.H.** & Falk, E. (2012). Social influence on risky decision making: Neural mechanisms and predictors of real world outcomes. Symposium chaired at the Society for Personality and Social Psychology Annual Meeting, San Diego, CA.
8. **Telzer, E.H.** (2010). Family and peer relations in adolescence: Insights from developmental social neuroscience. Symposium chaired at the Society for Research on Adolescence Biannual Meeting, Philadelphia, PA.

**Invited Academic and Outreach Talks**

2025 Qatar Foundation, WISE 12 Summit, Doha Qatar
2025 Massachusetts Institute of Technology Alum Club
2025 JOMA Family Seminar Series
2025 National Academy of Neuropsychology, Los Angeles CA
2025 UNC Board of Visitors
2025 RTI Family and Youth Services Bureau
2025 Flux Society Annual conference, Policy roundtable on digital media
2025 EARA-EADP-SRA Summer School, Lithuania
2025 Project One Health Jacksonville Advisory Council
2025 UNC System Communications Team
2025 Cornell Medical School Grand Rounds
2025 Keynote address, SRCD Peer Relations Preconference
2025 UNC Campus-wide Mental Health Seminar Series
2024 UCLA Center for the Developing Adolescent
2024 Camp Walden, Ontario Canada
2024 Flux Outreach Talk
2024 Muhlenberg College, John Rosenberg and Stephanie Lambert Speaker series
2023 North Carolina Child Fatality Task Force
2023 Glenbard Parent Series, Navigating Healthy Families

2023 Family Action Network
2023 Children and Screens International Scientific Congress
2023 North Carolina Psychiatric Association
2023 Vermont Psychological Association Webinar
2023 APA, Capitol Hill Fly-In, Summit on Social Media, Washington DC
2023 University of Alabama, Adolescent Health Update Conference
2023 Cosmos Club Science and Technology, Washington DC
2023 National Parent Teacher Association
2023 Alan Hu Foundation
2023 Children and Screens
2023 Project STAND, Parent Empowerment Speaker Series
2023 Clinical Connections Program at Jewish for Good
2023 Keynote address, Adolescent Summit, Tulsa Public Schools, Tulsa, OK
2023 North Carolina Association for Biomedical Research (NCABR)
2023 Center for Digital Mental Health, Massachusetts General Hospital
2022 Psychiatry Grand Rounds, University of North Carolina Chapel Hill
2022 Keynote address, Teen Social Summit, Gestalt Community Schools, Memphis TN
2022 Women's Insider Experience, UNC Chapel Hill
2022 Board of Visitors Meeting, UNC Chapel Hill
2022 Board of Trustees Meeting, UNC Chapel Hill
2022 Duke School, Durham NC
2022 Children and Screens
2022 New York State Youth Justice Institute
2022 Departmental Colloquium, Pennsylvania State University
2021 Kurt W. Fischer Memorial Past-Presidential Symposium, International Mind, Brain and Education Society
2021 Diversity and Outreach in Psychology Speaker Series, Department of Psychology, Louisiana State University
2021 Departmental Colloquium, Department of Psychology, University of Alabama
2020 Tryon Lecture, University of California, Berkeley
2020 Departmental Colloquium, Tufts University
2019 MindCORE Seminar Series, University of Pennsylvania
2019 Departmental Colloquium, Human Development and Family Science, University of Georgia
2019 Distinguished Lecture, Frank Porter Graham Institute for Child Development, UNC Chapel Hill
2019 Keynote speaker, Adolescent Risk Taking Conference, Leiden University
2018 Duke UNC Annual Research Meeting in Developmental Psychology
2018 Departmental Colloquium, Department of Psychology, Brock University, Canada
2018 Invited program, Flux: The Society for Developmental Cognitive Neuroscience
2018 UCLA Annual Adolescent Neuroscience Group Symposium
2018 Invited program, Society for Research on Adolescence Biannual Meeting
2018 Panel member, Habits of highly effective junior faculty, Society for Research on Adolescence Biannual Meeting
2017 Modeling Developmental Change Workshop, NSF funded workshop, University of Oregon
2017 Developmental Psychology Brown Bag, Duke University
2017 Clinical Psychology Brown Bag, UNC Chapel Hill
2017 Cognitive Psychology Brown Bag, UNC Chapel Hill
2017 Neuroscience and Behavior Colloquia, University of Massachusetts Amherst
2017 Keynote speaker, Developmental Affective Neuroscience Symposium, University of Pittsburgh
2017 School of Psychology, University of Birmingham, United Kingdom

2017 Research Center for Group Dynamics, Seminar Series, University of Michigan Ann Arbor
2017 Psychology Department Brown Bag, University of North Carolina Greensboro
2017 Keynote speaker, Peer Relations Conference, Leiden University
2016 Clinical Psychology Brown Bag, UNC Chapel Hill
2016 Social Psychology Brown Bag, UNC Chapel Hill
2016 Association for Psychological Science Annual Meeting
2016 Modeling Developmental Change Workshop, University of Oregon
2016 Claremont Graduate University Applied Social Psychology Symposium on Cultural Neuroscience in Translation
2016 Karolinska Institute, Sweden, Workshop on Longitudinal Neuroimaging Analyses
2016 Society for Research on Adolescence Biannual Meeting
2016 Exploring the Mind Colloquium, University of California Davis
2015 Society for Research on Child Development Satellite Meeting, Leiden, Netherlands
2015 Psychology Department, Pomona College
2015 University of Wisconsin Madison, Developmental Brown Bag
2015 University of Illinois Developmental Brown Bag
2014 Institute of Psychology, Leiden University, Netherlands
2014 University of Illinois Cognitive Psychology Brown Bag
2013 Plenary speaker, International Association of Cross-Cultural Psychology, UCLA
2013 University of Illinois Social and Personality Brown Bag
2013 University of Illinois Social Development Consortium
2012 University of Illinois Cognitive Neuroscience Brown Bag
2012 University of Illinois Developmental Brown Bag
2011 UCLA Developmental Research Colloquium
2011 UCLA Graduate Course in Human Development
2010 UCLA Center for Culture, Brain and Development Research Colloquium
2009 UCLA Developmental Research Colloquium
2008 UCLA Developmental Research Colloquium
2006 UCLA Developmental Research Colloquium

## F) Teaching Activities

### Undergraduate Courses (past 5 years)

| | | |
|---|---|---|
| PSYC 180 Social Media, Technology, and the Adolescent Brain, UNC Chapel Hill | Spring 2021 | (140 students) |
| | Fall 2020 | (238 students) |
| PSYC 471 Adolescent Development, UNC Chapel Hill | Spring 2025 | (75 students) |
| | Fall 2018 | (32 students) |
| PSYC 395 Independent Research, UNC Chapel Hill | Spring 2023 | (3 students) |
| | Fall 2022 | (2 students) |
| | Spring 2022 | (1 student) |
| | Fall 2021 | (1 student) |
| | Spring 2021 | (3 students) |
| | Fall 2020 | (1 student) |
| | Fall 2019 | (1 student) |
| | Fall 2018 | (2 students) |
| | Fall 2017 | (3 students) |

**GRADUATE COURSES (PAST 5 YEARS)**

| | | |
|---|---|---|
| PSYC 781 Carolina Consortium on Human Development, UNC Chapel Hill | Spring 2020 | (14 students) |
| PSYC 768 Developmental Social Neuroscience, UNC Chapel Hill | Spring 2023 | (10 students) |
| | Spring 2019 | (11 students) |
| | Spring 2017 | (10 students) |
| PSYC 993 Masters Research, UNC Chapel Hill | Spring 2023 | (1 students) |
| | Fall 2022 | (2 student) |
| | Spring 2022 | (3 students) |
| | Fall 2021 | (3 students) |
| | Spring 2021 | (4 students) |
| | Fall 2020 | (4 students) |
| | Spring 2020 | (2 students) |
| | Fall 2019 | (2 students) |
| | Spring 2018 | (1 students) |
| PSYC 994 Doctoral Research UNC Chapel Hill | Spring 2023 | (3 students) |
| | Fall 2022 | (2 student) |
| | Spring 2022 | (2 students) |
| | Fall 2021 | (1 student) |
| | Spring 2020 | (2 students) |
| | Fall 2020 | (2 students) |
| | Spring 2019 | (2 students) |
| | Fall 2018 | (2 students) |
| | Spring 2018 | (2 students) |
| | Fall 2017 | (2 students) |

**GRADUATE STUDENTS SUPERVISED**

| | |
|---|---|
| Hannah Evans, B.A. | UNC Chapel Hill, 2025 – present |
| Yanrong Chan, B.S. | UNC Chapel Hill, 2025 – present |
| Pari Dhayagude, B.A. | UNC Chapel Hill, 2025 – present |
| Ryan Tsai, M.A. | UNC Chapel Hill, 2023 – present<br>M.A. thesis Fall 2024, "The dynamic links between loneliness and self-other neural similarity during adolescence" |
| Elizabeth Escalante, M.A. | UNC Chapel Hill, 2023 – present<br>M.A. thesis, Spring 2025, "Differences in Risk Appraisal and Neural Activity in Adolescents with a History of Misconduct" |
| Jack David, M.A. | UNC Chapel Hill, 2023 – present<br>M.A. thesis, Summer 2025, "Neural and psychological predictors of digital status seeking in adolescence" |
| Shedrick Garrett, M.A. | UNC Chapel Hill, 2021 – present<br>M.A. thesis, Fall 2022, "Momentary Links Between Adolescents' Digital Media Use and Social Connectedness: Differences by Gender and In-Person Social Interactions" |
| Maria Maza, PhD | UNC Chapel Hill, 2020 – 2025<br>M.A. thesis, Spring 2023 "Neurobiological sensitivity to popularity moderates daily links between social media and affect" |

| | |
|---|---|
| | Dissertation, Summer 2025, “A youth-engaged approach to explore adolescent social influence processes within digital contexts” |
| James Capella, Ph.D. | UNC Chapel Hill, 2020 – 2025<br>M.A. thesis, Spring 2022, “Adolescents’ Neural Sensitivity to Social Status and Longitudinal Links to Risk Taking and Prosocial Behavior”<br>Dissertation, Spring 2025, “Sensitive to a social world: interactions between neural function and social networks across adolescence” |
| Nathan Jorgensen, Ph.D. | UNC Chapel Hill, 2018 – 2023<br>Dissertation, Spring 2023, “Bringing diverse experiences into development: Considering race, ethnicity, and identity in the development of adolescent social cognition”<br>Current position: Postdoctoral scholar, University of North Carolina Chapel Hill |
| Seh-Joo Kwon, Ph.D. | UNC Chapel Hill, 2018 – 2023<br>Dissertation, Spring 2023 “Neurodevelopmental Changes In Social And Adaptive Risk Taking In Adolescence”<br>Current position: Postdoctoral scholar, Rutgers University |
| Kathy Do, Ph.D. | UNC Chapel Hill, 2015 – 2021<br>Dissertation, Spring 2021, “Behavioral and Neural Integration Of Parent And Peer Influence Across Adolescence: Implications For Risk Taking”<br>Current position: Postdoctoral scholar, University of North Carolina Chapel Hill |
| Ethan McCormick, Ph.D. | UNC Chapel Hill, 2014 – 2020<br>M.A. thesis, Spring 2016, “Adaptive Adolescent Flexibility: Neurodevelopment of Decision-Making and Learning in a Risky Context”<br>Dissertation, Spring 2020 “Neural Network Plasticity in Response to Experience: Contributions of Learning and Development”<br>Current position: Assistant Professor, Leiden University, Netherlands |
| Paul Sharp, Ph.D. | UNC Chapel Hill, 2015 – 2019<br>M.A. thesis, Spring 2016, “Strength of family bond predicts disrupted neural habituation to visual familial threat in adolescence”<br>Dissertation, Spring 2019 “Elucidating the Nature and Development of Neural Mechanisms Associated with Anxious Apprehension and Anxious Arousal across Adolescence”<br>Current position: Postdoctoral scholar, Yale University |
| Michael Perino, Ph.D. | University of Illinois, 2014 – 2018<br>M.A. thesis, Spring 2014 “A Neural Examination of Adolescents’ Compromised Inhibitory Control in Socially Appetitive and Aversive Contexts”<br>Comprehensive exams, Fall 2017<br>Dissertation, Spring 2018 “A Social Neuroscience Approach to Understanding Adolescent Delinquency and Bullying”<br>Current position: Assistant Professor, University of Washington St Louis |
| Yang Qu, Ph.D. | University of Illinois, 2012 – 2016<br>Dissertation, Fall 2016 “The Implications of Conceptions of Adolescence for Adolescents’ Psychological Adjustment: Experimental and Longitudinal Neuroimaging Evidence”<br>Current position: Assistant Professor, School of Education and Social Policy, Northwestern University |

## Postdoctoral Students Supervised

| | |
|---|---|
| Mohammadraza Khodaei, Ph.D. | UNC Chapel Hill, 2025 – present |
| James Capella, Ph.D. | UNC Chapel Hill, 2025 – present |
| Angelica Carranza, Ph.D. | UNC Chapel Hill, 2024 – present |
| Jessica S. Flannery, Ph.D. | UNC Chapel Hill, 2021 – 2025<br>Current position: Assistant Professor, University of Georgia |
| Jolien Trekels, Ph.D. | UNC Chapel Hill, 2022 – 2024<br>Current position: Assistant Professor, University of Vienna |
| Junqiang, Dai Ph.D. | UNC Chapel Hill, 2021 – 2024<br>Current position: Assistant Professor, Georgia State University |
| Emma Armstrong-Carter, Ph.D | UNC Chapel Hill, 2022 – 2023<br>Current position: Assistant Professor, Tufts University |
| Natasha Duel, Ph.D. | UNC Chapel Hill, 2018 – 2023<br>Current position: Assistant Professor, Cal Polytechnic State University, San Luis Obispo |
| Benjamin Nelson, Ph.D. | UNC Chapel Hill, 2020 – 2021<br>Current position: Clinical Research Scientist, Meru Health |
| Jessica Flannery, Ph.D. | UNC Chapel Hill, 2020 – 2021<br>Current position: Clinical Research Scientist, Limbix Health |
| Caitlin Turpyn, Ph.D. | UNC Chapel Hill, 2019 – 2021<br>Current position: Post doc, Devereux Children's Behavioral Health system |
| Christina Rogers, Ph.D. | UNC Chapel Hill, 2016 – 2019<br>Current position: Assistant Professor, Human Development and Family Studies, Texas Tech University |
| Jorien van Hoorn, Ph.D. | UNC Chapel Hill, 2016 – 2018<br>Current position: Assistant Professor, Leiden University |
| Tae-Ho Lee, Ph.D. | UNC Chapel Hill, 2015 – 2018<br>Current position: Associate Professor, Department of Psychology, Virginia Tech University |

## Masters Committee (Chaired)

| | |
|---|---|
| David Jack | Developmental Psychology, UNC Chapel Hill (Summer 2025) |
| Ryan Tsai | Developmental Psychology, UNC Chapel Hill (Spring 2025) |
| Elizabeth Escalante | Developmental Psychology, UNC Chapel Hill (Fall 2024) |
| Maria Maza | Developmental Psychology, UNC Chapel Hill (Fall 2023) |
| Shedrick Garrett | Developmental Psychology, UNC Chapel Hill (Fall 2022) |
| James Capella | Developmental Psychology, UNC Chapel Hill (Spring 2022) |
| Ethan McCormick | Developmental Psychology, University of Illinois (Spring 2016) |
| Michael Perino | Developmental Psychology, University of Illinois (Spring 2015) |

## Masters Committee (Served On)

| | |
|---|---|
| Pari Dhayagude | Behavioral and Integrative Neuroscience, UNC Chapel Hill (Fall 2025) |

| | |
|---|---|
| Ehigialoya Okojie | Cognitive Psychology, UNC Chapel Hill (Fall 2025) |
| Samantha Brosso | Social Psychology, UNC Chapel Hill (Fall 2022) |
| Amanda Wylie | Developmental Psychology, UNC Chapel Hill (Spring 2021) |
| Jessica Goldblum | Developmental Psychology, UNC Chapel Hill (Spring 2021) |
| Joseph Leshin | Developmental Psychology, UNC Chapel Hill (Fall 2020) |
| Cynthia Yuen | Developmental Psychology, University of Illinois (Spring 2016) |
| Suhkyung Kim | Cognitive Neuroscience, University of Illinois (Spring 2014) |
| Yang Qu | Developmental Psychology, University of Illinois (Spring 2013) |

## DISSERTATION COMMITTEE (CHAIRED)

| | |
|---|---|
| Maria Maza | Developmental Psychology, UNC Chapel Hill (proposal Fall 2024) |
| James Capella | Developmental Psychology, UNC Chapel Hill (Spring 2025) |
| Nathan Jorgenson | Developmental Psychology, UNC Chapel Hill (Spring 2023) |
| Seh-Joo Kwon | Developmental Psychology, UNC Chapel Hill (Spring 2023) |
| Kathy Do | Developmental Psychology, UNC Chapel Hill (Spring 2021) |
| Ethan McCormick | Developmental Psychology, UNC Chapel Hill (Spring 2020) |
| Paul Sharp | Developmental Psychology, UNC Chapel Hill (Spring 2019) |
| Michael Perino | Developmental Psychology, University of Illinois (Spring 2018) |

## DISSERTATION COMMITTEE (SERVED ON)

| | |
|---|---|
| Yexinyu "Yolanda" Yang | Clinical Psychology, UNC Chapel Hill (proposal Spring 2025) |
| Saifa Sarah Pirani | Quantitative Psychology, UNC Chapel Hill (proposal Spring 2025) |
| Kara Fox | Clinical Psychology, UNC Chapel Hill (Spring 2025) |
| Olivia Pollak | Clinical Psychology, UNC Chapel Hill (Spring 2025) |
| Lucy Lurie | Clinical Psychology, UNC Chapel Hill (Spring 2025) |
| Natalie Frye | Social Psychology, UNC Chapel Hill (Spring 2025) |
| Adrienne Bonar | Social Psychology, UNC Chapel Hill (Spring 2025) |
| Joseph Leshin | Social Psychology, UNC Chapel Hill (Summer 2023) |
| Haley Skymba | Developmental Psychology, University of Illinois (Spring 2024) |
| Haina Modi | Developmental Psychology, University of Illinois (Spring 2023) |
| Xiaomei Li | Human Development, University of Illinois (Summer 2023) |
| Aslihan Imamoglu | Cognitive Psychology, UNC Chapel Hill (Spring 2024) |
| Mackenzie Woodburn | Cognitive Psychology, UNC Chapel Hill (Spring 2023) |
| Jason Hannay | Social Psychology, UNC Chapel Hill (Spring 2022) |
| Marketa Burnett | Developmental Psychology, UNC Chapel Hill (Spring 2022) |
| Melissa Grimes | Developmental Psychology, UNC Chapel Hill (Spring 2021) |
| Alexandra Miller | Clinical Psychology, UNC Chapel Hill (Spring 2022) |
| Laura Machlin | Clinical Psychology, UNC Chapel Hill (Spring 2021) |
| Maleeha Haroon | Clinical Psychology, UNC Chapel Hill (Spring 2020) |
| Maya Massing-Shaffer | Clinical Psychology, UNC Chapel Hill (Spring 2020) |
| Heidi Vuletich | Developmental Psychology, UNC Chapel Hill (Spring 2020) |
| Grant Canipe | Developmental Psychology, UNC Chapel Hill (Spring 2020) |
| Katie Perkins | Developmental Psychology, UNC Chapel Hill (Spring 2017) |
| Jacqueline Nesi | Clinical Psychology, UNC Chapel Hill (Spring 2017) |
| Yang Qu | Developmental Psychology, University of Illinois (Fall 2016) |
| Maayan Stevans | Developmental Psychology, University of Illinois (Spring 2016) |
| Emily Xin Zhang | Developmental Psychology, University of Illinois (Spring 2016) |
| Jennifer Monti | Developmental Psychology, University of Illinois (Spring 2015) |
| Stephanie Sloane | Developmental Psychology, University of Illinois (Spring 2014) |
| Jennifer Jackson | Psychological Science, University of Melbourne, Australia (Fall 2014) |

| | |
|---|---|
| Cecilia Cheung | Developmental Psychology, University of Illinois (Spring 2013) |

**UNDERGRADUATE HONORS THESIS (CHAIRED)**

| | |
|---|---|
| Kennedy Kreidell | Developmental Psychology, UNC Chapel Hill (Spring 2023) |
| Glorimel Rodriguez | Developmental Psychology, UNC Chapel Hill (Spring 2022) |
| Hannah Netschytailo | Developmental Psychology, UNC Chapel Hill (Spring 2021) |
| Olesya Iosipchuk | Developmental Psychology, UNC Chapel Hill (Spring 2021) |
| Kelsey Smith | Developmental Psychology, UNC Chapel Hill (Spring 2020) |
| Melissa Burroughs | Developmental Psychology, UNC Chapel Hill (Spring 2019); awarded Dashiell-Thurstone Prize for best senior honors thesis |
| Joao Guasi Moreira | Developmental Psychology, University of Illinois (Spring 2016) |

**MCNAIR SCHOLARS MENTORSHIP**

| | |
|---|---|
| Joseph Flesch | UNC Chapel Hill (2023) |
| Glorimel Rodriguez | UNC Chapel Hill (2021) |
| Hannah Netschytailo | UNC Chapel Hill (2020) |

**TEACHING MENTORSHIP**

Marketa Burnett, Developmental Psychology Instructor, Spring 2021
Lindsay Gomes, Developmental Psychology Instructor, Spring 2020
Kylie Bezdek, Developmental Psychology Instructor, Spring 2019
Grant Canipe, Developmental Psychology Instructor, Spring 2018
Yang Qu, Child Development Instructor, Fall 2012

## G) RESEARCH GRANTS, FUNDING, AND GIFTS

**CURRENT**

Collab_652 (Prinstein, Telzer, MPIs) 04/01/25 – 07/31/27
The North Carolina Collaboratory
*Smartphone Interactions and Learning Experiences*
Role: Principal Investigator (1% effort)
Total costs: $301,285
The purpose of this project is to examine how school device usage relates to academic, behavioral, social, and psychological functioning. The insights gained in this study will inform recommendations that can be made about school-based digital device usage, and what environments may be best for student learning.

1R21MH135476 (Burnell, Telzer, MPIs) 09/12/24 – 08/30/26
National Institutes of Health
*Social Media Use in Early Adolescence: Implications for Body Image*
Role: Principal Investigator (8% effort)
This longitudinal project uses eye tracking to examine attentional biases related to body image and links to mental health over time.

63334 (Telzer, Prinstein, MPIs) 08/01/24 – 06/30/29
Templeton Foundation
*Character development through adolescent brains, peers, and technology use: a longitudinal, multimethod investigation*
Role: Principal Investigator (12.5% effort)

Total costs: $2,491,244
This project uses a community based participatory approach, experimental tasks, and longitudinal fMRI to examine peer influence in a digital context and the development of character across adolescence.

1P01HD109850-01 (Moreno, PI)
National Institutes of Health 09/12/22 – 08/31/27
*A longitudinal study investigating TDM and adolescent health and development: Brain, behavior and well-being*
Role: Site PI (16.7% effort)
Total costs: $6,149,247
Subaward costs: $70,735
This project examines the links between digital media use and neural activation related to social influence in adolescents.

R01DA051127 (Telzer, Lindquist, MPIs) 07/01/20 – 06/30/26 (NCE)
National Institutes of Health
*Neurobiological Susceptibility to Peer Influence and Drug Use in Adolescence*
Role: Principal Investigator (33% effort)
Total costs: $3,395,273
The goal of this project is to examine the neurobiological markers of social influence susceptibility. Using an accelerated longitudinal design, we will investigate how individual differences in connectivity within and between neural networks predict prospective substance use initiation in the context of peers.

**COMPLETED**

R01DA051127-04S1 (Telzer, Lindquist, MPIs) 07/01/24 – 06/30/26
National Institutes of Health terminated 4/5/25
*Neurobiological Susceptibility to Peer Influence and Drug Use in Adolescence*
Role: Principal Investigator (0% effort)
Total costs: $114,963
This diversity supplement supported postdoctoral scholar

R01MH119091 (Cohen, PI) 06/01/19 – 05/31/24
National Institutes of Health
*Longitudinal Investigation of the Neurobiological Underpinnings of Risk Behavior in ADHD Throughout the Adolescent Transition: The Key Role of Cognitive Control and Motivation Network Development*
Role: Co-Investigator (8% effort)
The goal of this study is to characterize behavioral trajectories of cognitive control, motivation, and their interaction in ADHD and typically developing youth from childhood into adolescence, to characterize the development of structural and functional brain network organization during the same time period, and to identify neural, behavioral, and clinical features of pre-adolescent ADHD that predict clinical outcomes and risk-taking behavior during adolescence.

Adolescent Development Extended Learning Support (Lewis, PI) 07/01/22 – 06/30/23
Para Institute, Sponsored by the Bezos Family Foundation
*A Community Convening: Adolescents and Social Media/Virtual Reality*
Role: Collaborator (0% effort)
Total costs: $10,000
In collaboration with Gestalt Community Schools, we will host a convening that includes adolescents, parents, teachers, counselors, and community members to tackle social media's challenges and opportunities for students. Our main objective is to secure a holistic community view of this challenge with

the voice of our adolescents elevated and at the center of these critical discussions and problem-solving sessions.

CF-0214 - CP22-005 (Lockwood, Kosse, Muthakrishna, Telzer, MPIs) 09/01/21 – 08/31/23
Canadian Institute for Advanced Research and Jacobs Foundation
*Lifespan Similarities and Differences in Prosocial Behaviour Across the Globe*
Role: Principal Investigator (0% effort)
Total costs: $40,127
The goal of this cross-national collaborative project is to examine prosocial behaviors across development and cultures around the world.

2018-1288-13 (Telzer, PI) 01/01/19 – 06/30/23 (NCE)
Jacobs Foundation Early Career Research Fellowship
*Trajectories of Prosocial Behavior and Risk Taking across Adolescence*
Role: Principal Investigator (4% effort)
Total costs: $166,088
The goal of this study is to examine developmental trajectories of the behavioral and neural correlates of risk-taking and prosocial behavior across adolescence using a 4-wave longitudinal neuroimaging design.

R01HD093823 (Fuligni, PI) 01/26/18 – 12/31/22
National Institutes of Health
*Prosocial Behavior and Neural Development during Adolescence*
Role: Co-Investigator (8% effort)
Total costs: $3,209,615, UNC sub-award: $110,734
The goal of this study is to examine the neural processes involved in giving to others during adolescence using an accelerated longitudinal design in order to unpack developmental trajectories of giving to family, peers, and strangers.

The Winston Family Foundation (Telzer and Prinstein, MPIs) 01/01/22 – 06/30/23
*Winston Family Initiative Research Supplement*
Role: Principal Investigator (25% effort)
Total costs: $250,000
This research supplement will focus on examining how technology addiction relates to neural processing in college students as well as early technology use onset in 3rd graders.

The Winston Family Foundation (Telzer and Prinstein, MPIs) 01/01/20 – 12/31/22
*Winston Family Initiative in Adolescent Brain Development and Technology*
Role: Principal Investigator (25% effort)
Total costs: $3,043,000
This initiative focused its efforts in three key areas: 1) new course development and teaching dedicated to the effects of the technology on adolescent brain development 2) a longitudinal research study examining technology and social media use and the developing adolescent brain, and 3) the dissemination of research findings and their implications.

R01DA039923 (Telzer, PI) 07/01/15 – 03/31/22 (NCE)
National Institutes of Health
*Incorporating the Social Context into Neurocognitive Models of Adolescent Risk Taking*
Role: Principal Investigator (37.75% effort)
Total costs: $2,865,423

This project examines the role of family and peer contexts on longitudinal changes in neurocognition and risk for drug use. Particular attention is paid to pubertal versus age-related changes in neural processing and links to risk taking.

R01DA051127-02S1 (Telzer, PI) 05/31/21 – 08/31/21
National Institutes of Health
*Neurobiological Susceptibility to Peer Influence and Drug Use in Adolescence*
Role: Principal Investigator (0% effort)
Total costs: $12,528
This award provides support under the 2021 NIDA Summer Research Internship Program. Funds provided support to 2 undergraduate students with a focus on increasing underrepresented populations in drug abuse and addiction research.

R21MH112578 (Telzer and McElwain, MPIs) 07/01/17 – 04/30/20 (NCE)
National Institutes of Health
*Integration of Neural Networks and Attachment in Human Infants*
Role: Principal Investigator (4.2% effort)
Total costs: $250,000
This project combines interdisciplinary techniques including observational methods in the lab and home, and longitudinal brain scans to examine how infant-mother attachment is related to the integration of neural networks across the first year of life.

R01DA039923-05S1 (Telzer, PI) 05/31/19 – 08/31/19
National Institutes of Health
*Incorporating the Social Context into Neurocognitive Models of Adolescent Risk Taking*
Role: Principal Investigator (0% effort)
Total costs: $8,467
This award provides support under the 2019 NIDA Summer Research Internship Program. Funds provided support to one undergraduate student with a focus on increasing underrepresented populations in drug abuse and addiction research.

BCS 1539651 (Telzer and McElwain, MPIs) 08/16/16 – 08/15/19 (NCE)
National Science Foundation
*Stress-Related Neural Responses Linking Toddler-Mother Attachment and Adolescent Adjustment*
Role: Principal Investigator (4.2% effort)
Total costs: $450,000
The goal of this longitudinal project is to examine how toddler-mother attachment security at age 2.5 years is associated with neural processing of emotions as youth are entering adolescence at age 13 years and links to socioemotional well-being at age 14 years.

SES 1459719 (Telzer, PI) 05/01/15 – 04/30/19 (NCE)
National Science Foundation
*Social and Cultural Influence on the Neurobiology of Adolescent Risk Taking*
Role: Principal Investigator (8% effort)
Total costs: $520,000
The goal of this project is to examine how family and peer contexts differentially modulate neurocognition and predict changes in adolescent risk-taking behavior over time.

BCS 1551952 (Fuligni, PI)
National Science Foundation 09/01/16 – 08/31/18
*Giving to Others and Neural Development During Adolescence*

Role: Consultant (0% effort)
Total costs: $337,780
The goal of this study is to examine the neural processes involved in giving to others during adolescence.

R03MH105655 (Telzer and Rudolph, MPIs) 08/16/15 – 08/15/17
National Institutes of Health
*Social Sensitivity and Depression in Peer-Victimized Girls: Insights from Neuroscience*
Role: Principal Investigator (2.1% effort)
Total costs: $158,600
The goal of this project is to examine how chronic peer stress sensitizes the developing brain to social threat and contributes to the emergence of depression in adolescent girls.

22492 (Telzer, PI) 01/15/15 – 09/14/17
Brain and Behavior Research Foundation, NARSAD Young Investigator Grant
*Neural Sensitivity to Social Threat and the Development of Depression in At-Risk Girls*
Role: Principal Investigator (8.3% effort)
Total costs: $65,000
The goal of this project is to examine how social stressors sensitize the developing brain and contribute to the emergence of clinical depression in adolescent girls. In depth mental health and stress interviews will be conducted following fMRI scans assessing social threat.

2014-1095 (Telzer, PI) 01/01/15 – 12/31/16
Jacobs Foundation, Young Scholars Grant
*Neural Mechanisms Linking Early Child-Father Relationship Quality to Adolescent Adjustment*
Role: Principal Investigator
Total costs: $44,206 (0% effort)
The goal of this longitudinal project is to examine how early child-father relationship quality at age 2.5 years is associated with neural processing of emotions as youth are entering adolescence at 13 years.

Telzer, PI 09/01/14 – 03/01/15
Immigrant Health Transitions Initiative Seed Grant, University of Illinois at Urbana Champaign
*The Impact of Family Meals on European and Asian American Youth's Physical Health*
Role: Principal Investigator (0% effort)
Total costs: $5,000

Research Board, University of Illinois, Urbana Champaign (Rudolph, PI) 09/01/13 – 08/31/14
*Do Peer-Victimized Children Feel More Social Pain? Insights from Neuroscience*
Role: Consultant (0% effort)
Total costs: $24,000

F31DA029979 (Telzer, PI) 09/01/10 – 08/31/12
National Institutes of Health, National Research Service Award
*Neural Mechanisms Underlying the Protective Effects of Familism on Drug Use among Latino Youth*
Role: Principal Investigator (100% effort)
Total costs: $64,606

Telzer, PI 09/01/10 – 08/31/12
University of California Institute for Mexico and the United States Dissertation Research Grant
*The Protective Effects of Familism on Drug Use among Mexican Immigrant Youth*
Role: Principal Investigator (0% effort)
Total costs: $12,000

SES 1023293 (Telzer, PI) 09/01/10 – 08/31/11
National Science Foundation, Dissertation Research Improvement Grant
*Neural Mechanisms Underlying the Protective Effects of Familism on Risk Taking*
Role: Principal Investigator (0% effort)
Total costs: $24,582

Telzer, PI 09/01/10 – 08/31/11
American Psychological Foundation and Council of Graduate Departments of Psychology Graduate Research Award
*An fMRI study of the Protective Effects of Familism on Risk Taking and Drug Use among Latino Adolescents*
Role: Principal Investigator (0% effort)
Total costs: $2,000

Telzer, PI 09/01/10 – 08/31/11
Society for Research on Child Development Dissertation Fund Award
*Neural Mechanisms Underlying the Protective Effects of Familism on Risk Taking and Substance Use among Latino Adolescents*
Role: Principal Investigator (0% effort)
Total costs: $2,000

Telzer, PI 09/01/10 – 08/31/11
Norma and Seymour Feshbach Doctoral Dissertation Award
*Behavioral and Neural Mechanisms Underlying the Protective Effects of Familism on Risk Taking among Latino Youth*
Role: Principal Investigator (0% effort)
Total costs: $1,000

**MENTORED STUDENT GRANTS AND FELLOWSHIPS**

Jessica S. Flannery
National Institutes of Health, F32DA057876 07/01/23 – 08/01/26

Shedrick Garrett
Ford Foundation Graduate Fellowship 09/01/23 – 05/14/24
National Science Foundation Graduate Research Fellowship 05/15/24 – 08/31/27

Emma Armstrong-Carter
National Science Foundation Postdoctoral Research Fellowship 09/01/22 – 08/31/24

Seh-Joo Kwon
Jessie Ball duPont Dissertation Fellowship ($20,000), UNC Chapel Hill 09/01/22 – 05/15/23
Student Fellow at Royster Society of Fellows, UNC Chapel Hill 09/01/22 – 05/15/23
Carol and Ed Smithwick Summer Research Fellowship ($5000), UNC 05/15/22

Natasha Duell
National Science Foundation Postdoctoral Research Fellowship 09/01/21 – 08/31/22
NICHD T32 Carolina Consortium on Human Development Postdoctoral Fellowship 08/16/18 – 08/15/20

Kathy Do
Philanthropic Educational Organization Scholar Award 09/01/20 – 06/01/21
NICHD T32 Carolina Consortium on Human Development Predoctoral Fellowship 09/01/19 – 08/31/21
National Science Foundation Graduate Research Fellowship 09/01/17 – 08/31/20

Glorimel Rodriguez

Summer Undergraduate Research Fellowship, UNC Chapel Hill 06/15/20 – 08/15/20

Caitlin Turpyn
National Institutes of Health, F32DA049461 08/27/19 – 08/26/21

Melissa Burroughs
Peele Memorial Research Award, UNC Chapel Hill 10/01/18 – 05/15/19

Ethan McCormick
Dashiell Dissertation Startup Award, UNC Chapel Hill 09/18/17 – 05/31/18

Joao Guassi Moreira
Summer Undergraduate Research Fellowship, University of Illinois 06/01/15 – 08/15/15
Experiment.com Research Grant 05/01/14

Cynthia Yuen
American Psychological Association Junior Scientist Fellowship 09/01/14
National Science Foundation Graduate Research Fellowship 06/01/13 – 05/31/16

Michelle Miernicki
National Science Foundation Graduate Research Fellowship 06/01/13 – 05/31/16

## H) PROFESSIONAL SERVICE

### TO THE DISCIPLINE

**EDITORIAL SERVICE**

2025 – present Editorial board member, *Development and Psychopathology*
2025 – present Section Editor, *Brain and Environment*
2025 Guest Editor, special issue "Social Media, Brain and Social Cognitive Behavior", *Brain and Environment*
2024 Guest Editor, special issue "Affect and Social Media", *Affective Science*
2023 Guest Editor, *Developmental Cognitive Neuroscience*
2022 – present Editorial board member, *Developmental Cognitive Neuroscience*
2022 co-Editor, *Handbook of Adolescent Social Media Use and Mental Health,* Cambridge University Press
2021 – present Associate Editor, *Child Development*
2020 – present Associate Editor, *Social Cognitive Affective Neuroscience*
2019 – 2021 Consulting Editor, *Child Development*
2018, 2019 Guest Editor, *Proceedings of the National Academy of Sciences*
2018 – 2020 Consulting Editor, *Social Cognitive Affective Neuroscience*
2018 – present Consulting Editor, *Journal of Research on Adolescence*
2017 co-Editor, *Handbook of Culture and Biology Interplay,* Wiley Press
2015 – present Editorial board member, *Adolescent Research Review*
2015 Guest Editor, special issue "Culture and Biology Interplay," *Cultural Diversity and Ethnic Minority Psychology*
2014 – 2018 Editorial board member, *Journal of Youth and Adolescence*
2013 – 2020 Review editor, *Frontiers in Human Neuroscience*

**AD HOC REVIEWER, JOURNALS**

*American Journal of Psychiatry; Archives of General Psychiatry; Biology of Mood and Anxiety Disorders; Biological Psychiatry; Biological Psychology; Brain and Cognition; British Journal of Developmental Psychology; Cerebral Cortex; Child Development; Child Development Perspectives; Cognitive Affective and Behavioral Neuroscience; Culture and Brain; Developmental Cognitive Neuroscience; Developmental Psychobiology;*

*Developmental Psychology; Developmental Science; Emotion; Frontiers in Human Neuroscience; Human Development; International Journal of Psychology; Journal of Abnormal Child Psychology; Journal of Adolescent Research; Journal of Adolescence; Journal of the American Academy for Child and Adolescent Psychiatry; Journal of the American Medical Association, Psychiatry; Journal of Child Psychology and Psychiatry; Journal of Cognitive Neuroscience; Journal of Early Adolescence; Journal of Experimental Child Psychology; Journal of Experimental Psychology: General; Journal of Family Psychology; Journal of Neuroscience; Journal of Personality and Social Psychology; Journal of Research on Adolescence; Journal of Youth and Adolescence; Nature Communications; Nature Neuroscience; Neuroimage; Neuropsychologia; Neuroscience & Biobehavioral Reviews; Perspectives in Child Development; Perspectives in Psychological Science; Proceedings of the National Academy of Sciences; Psychiatry Research: Neuroimage; Psychological Bulletin; Psychological Science; Scientific Reports; Social Cognitive and Affective Neuroscience; Social Development; Trends in Cognitive Sciences*

**EXTERNAL GRANT REVIEW**

| | |
|---|---|
| 2022 | Reviewer, Graduate Women in Science (GWIS) National Fellowship Program |
| 2019 | Ad Hoc Reviewer, Social Psychology, National Science Foundation |
| 2017 | Reviewer, European Research Counsel |
| 2017 | Reviewer, Russell Sage Foundation |
| 2017 | Reviewer, Israel Science Foundation |
| 2016 – 2020 | Member, Psychosocial Development, Risk, and Prevention Study Section, National Institutes of Health |
| 2016 – present | Member, College of Reviewers, Developmental Sciences, National Science Foundation |
| 2015 | Ad Hoc Reviewer, Developmental Sciences, National Science Foundation |
| 2015 | Ad Hoc Reviewer, Psychosocial Development, Risk, and Prevention Study Section, National Institutes of Health |
| 2014, 2015 | Reviewer, Social Sciences and Humanities Research Council of Canada |
| 2014 | Early Career Reviewer, Biobehavioral Mechanisms of Emotion, Stress and Health Study Section, National Institutes of Health |
| 2014 | Early Career Reviewer, Psychosocial Development, Risk, and Prevention Study Section, National Institutes of Health |

**OTHER SERVICE TO THE DISCIPLINE**

| | |
|---|---|
| 2023 | Search Committee Member, Child Development Editor in Chief search |
| 2018, 2020, 2023, 2024 | Review Panel Chair, Biological and Neurological Mechanisms, Society for Research on Adolescence Biannual Meeting |
| 2022 | Program Committee, Flux Congress Annual Meeting, Paris France |
| 2022 | Mentor, Society for Research on Adolescence (SRA) International Young Scholars Program (IYSP) |
| 2018 | Program Committee, Flux Congress Annual Meeting Berlin Germany |
| 2017-2018 | Organizer and Host, Flux Congress, Satellite Conference Big Data Little Brains |
| 2017 | Reviewer, Annual Meeting of the Cognitive Science Society |
| 2015, 2017 | Reviewer, Society for Research on Child Development Biannual Meeting |
| 2014, 2015, 2016 | Review Committee, Social and Affective Neuroscience Society Annual Meeting |
| 2014, 2016 | Reviewer, Society for Research on Adolescence Biannual Meeting |

**INSTITUTIONAL SERVICE**

| | |
|---|---|
| 2018 – present | Promotion review committee member, 1-2 promotion cases per year |
| 2023-2024 | Search committee member, Assistant Professor position, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2022-2023 | Search committee chair, Assistant Professor position, Department of Psychology and Neuroscience, UNC Chapel Hill |

| | |
|---|---|
| 2021-2022 | Search committee chair, Assistant Professor position, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2022 – present | Graduate Education Committee, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2022 – present | Program Director, Developmental Psychology Program, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2021 | Poster judge, Women in Science Symposium, UNC Chapel Hill |
| 2020-2021 | Search committee member, Assistant Professor position, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2021 | Reviewer, Summer Undergraduate Research Fellowship, UNC Chapel Hill |
| 2021 – 2023 | Faculty advisor, Students for More Human Technology Club, UNC Chapel Hill |
| 2020 – 2023 | Co-chair, Climate and Inclusion subcommittee, Justice Equity Diversity and Inclusion (JEDI) Core, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2020 – present | Executive committee member, Frank Porter Graham Child Development Institute, Carolina Consortium on Human Development, T32 Training Program, Chapel Hill NC |
| 2020 | Interim Program Director, Developmental Psychology Program, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2019 | Psych&Neuro Fest faculty organizer, UNC Chapel Hill |
| 2019 | Honors committee member, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2019 – 2020 | Faculty advisor, Psychology Club, UNC Chapel Hill |
| 2018-2019 | Search committee member, Teaching Assistant Professor position, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2018-2019 | Search committee member, Assistant Professor position, Department of Psychology and Neuroscience, UNC Chapel Hill |
| 2018-2019 | Search committee member, Associate Director, Frank Porter Graham Child Development Institute, UNC Chapel Hill |
| 2019 – present | Human Neuroimaging Group computing committee member, UNC Chapel Hill |
| 2018 | Postdoctoral selection committee, Carolina Consortium on Human Development, Chapel Hill NC |
| 2017 – 2019 | Executive committee member, Center for Developmental Science, Carolina Consortium on Human Development, Chapel Hill NC |
| 2014 – 2016 | Graduate education committee, University of Illinois |
| 2013 – 2014 | Graduate admissions chair, Developmental Division, University of Illinois |
| 2013, 2014 | Reviewer, Research Board, University of Illinois |
| 2011 | Moderator, Psychology Undergraduate Research Conference, UCLA |
| 2011, 2012 | Reviewer, Psychology Undergraduate Research Conference, UCLA |
| 2007 | Developmental Psychology Research Colloquium organizer, UCLA |
| 2006 | Graduate student search committee, Developmental Psychology, UCLA |
| 2006 | Graduate student recruitment organizer, Developmental Psychology, UCLA |
| 2004 | Undergraduate Research Conference organizer, Mount Holyoke College |
| 2003 – 2004 | Vice President, Psi Chi, Mount Holyoke College |
| 2002 – 2004 | President, Psychology Club, Mount Holyoke College |

## PUBLIC ENGAGEMENT AND OUTREACH

| | |
|---|---|
| 2023 | *Adolescent Summit*, Tulsa Public Schools, Tulsa, OK. Provided keynote address and engaged in workshops with school administrators about the role of social media in youth development |
| 2022 | *Teen Social Media Summit,* Gestalt Community Schools. Provided keynote address and engaged in workshops with teens about the role of social media in youth development. |

2021 *Carrboro Elementary School Citizen Scientist*. Taught elementary school students about how the brain works and develops.
2018 *Project Uplift.* Through the University Office for Diversity and Inclusion, Project Uplift is a program for academically gifted high school students from underrepresented populations. We hosted our Brain Academy to foster interest in science.
2017 *Frontiers for Young Minds.* Publish in this open access journal written for child and adolescent readers and peer reviewed by youth. *Frontiers for Young Minds* makes cutting-edge science available and accessible to younger audiences.
2017, 2018, 2019 *UNC Science Expo*. Draws over 10,000 participants from the community each year to provide the public with hands-on-exposure to make science learning fun.
2016, 2017, 2018, 2019 *Tar Heel Preview Day*. Through the Carolina Millennial Scholars Program, we hosted our Brain Academy for middle school males from ethnic minority backgrounds to foster interest in science among young, underrepresented students.

**PRESS AND PUBLIC INTEREST**
(click on News Title to open story)

Editorials and letters to editor
2025 New York Times: Letter to the Editor: "Re "'Addictive' Technology Use Can Put Youth Mental Health at Risk" (news article, June 20)

News Articles
2025 AP Technology: "Teens say they are turning to AI for friendship"
2023 WRAL: "Child health advocates call for action on social media algorithms, teen mental health"
2023 Labroots: "Decoding altruism: Why your brain prefers giving time over money"
2023 CNN: "The challenges teens face on social media seem inescapable. Here's how to moderate their use"
2023 The Psychiatrist: "Later start times, improved outcomes a wake-up call for one Colorado school district"
2023 New York Times: "Social media use is linked to brain changes in teens, research finds"
2023 CNN: "For adolescents, social media might be a brain-changer, researchers say"
2023 U.S. News and World Report: "Frequent social media checks may affect young brains"
2020 PSICO Edu: "Teens like to take chances and it's not for lack of self control"
2019 Earth News: "Teen risk-taking and prosocial behavior are motivated by fun-seeking"
2018 Nature podcast: "A focus on adolescence"
2018 Nature, 554, 426-428: "Sex and drugs and self-control: how the teen brain navigates risk"
2017 The New York Times: "You'll never be famous — And that's O.K."
2016 The Wall Street Journal: "What teens need most from their parents"
2016 U.S. News and World Report: "Is Mom and Dad's Depression Making the Kids Wild? Brain imaging offers clues about the link between parental depression and risk-taking in adolescents.
2016 University of Illinois News Bureau: "Study links parental depression to brain changes and risk taking in adolescents"
2016 The Greater Good Science Center, UC Berkeley: "When taking risks is good for teens"
2016 Newsy: "Why fixing racial biases starts with babies"
2016 The Greater Good Science Center, UC Berkeley: "The top 10 insights from the science of a meaningful life in 2015"
2016 The Wall Street Journal: "How our brains respond to race"
2015 Fox Nightly News: "Teen brains and driving: A new study shows they think behind the wheel"
2015 Smithsonian: "10 new things science says about being a mom"
2015 Psychological Science: "Teen brains shift gears on risk with mom watching"
2015 University of Illinois News Bureau: "This is your teen's brain behind the wheel"

2015 Fox News: "Having mom in the car changes teen driver's brains"
2015 University of Illinois News Bureau: "Amygdala encodes 'cooties' and 'crushes' in the developing brain"
2015 Cognitive Neuroscience Society: "How the developing brain moves from cooties to crushes"
2014 U.S. News and World Report: "Altruism may help shield teens from depression"
2014 University of Illinois News Bureau: "Altruistic adolescents less likely to become depressed"
2014 The American Scholar: "Get happy: It's not a universal pursuit"
2014 The Atlantic: "Meaningful activities protect the brain from depression"
2013 NSF Highlights: "The ties that bind may protect too"
2013 Science News: "Racial homogeneity in early childhood may affect brain"
2013 Psychology Today: "Chores and children: Getting kids to help with housework"
2012 The Atlantic: "New evidence that racism isn't 'natural'"
2012 Cognitive Neuroscience Society: "Our young brains on race: How racial perceptions develop"
2010 The Greater Good Science Center, UC Berkeley: "All in the family"

Podcasts
2025 WUNC Due South "Kids and phones: a call for social media regulations; why teen brains like 'likes'; new phone goes old school"
2025 Marketplace Tech: "The Infinite Scroll"
2024 Children and Screens: "Adolescent brain development and social media use"
2022 American Psychological Association: "Understanding the teenage brain"

TV Appearances
2023 CNN The Whole Story with Anderson Cooper "Wired for Trouble"
2023 WRAL On the Record: "Social media's impact on children"
2023 Good Morning America: "Instagram announces 'Quiet Mode' to help protect teens"
2023 CNN This Morning Weekend: "Social media could be a brain changer for teens"
2023 WRAL News: "Social media usage may impact brain development"
2023 ABC11 News "Social media is changing how children's brains develop"
2014 WCIA (CBS) Morning News: "New ways to stop teen depression"

**EXPERT CONSULTING AND WITNESS TESTIMONY**

2026 Office of the Attorney General of the California Department of Justice, Case No. 3:25-cv-09789-EJD
- Provided Written Report

2025 Office of the Federal Public Defender Nevada, Case No A-25-914824-W, Feazell v. Navada
- Provided Written Report, Expert Testimony

2025 Office of the Federal Public Defender Nevada, Case No 2:23-cv-00744-APG-V, Baggett v. Nevada
- Provided Written Report, Expert Testimony

2025 Federal Multi District Litigation No 3047, Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, Case No 4:22-MD-03047-YGR-PHK
- Retained expert; Provided Written Report, Deposition

2025 Judicial Council Coordination Proceeding (JCCP) 5255, Social Media Adolescent Addiction/Personal Injury Products Liability Litigation
- Retained expert; Provided Written Report, Deposition

2024 Federal Public Defender, Western District of Washington, United States v. Damien Jackson, Case No CR92-1781RJB
- Provided Written Report