ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE (SBN 332901)
WILLIAM BELLAMY (SBN 347029)
SHIWON CHOE (SBN 320041)
CHRISTOPHER J. KISSEL (SBN 333937)
SAMUEL SOKOLSKY (SBN 348173)
MEGHAN H. STRONG (SBN 324503)
ZELDA VASSAR (SBN 313789)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
E-mail: Asha.Albuquerque@doj.ca.gov
William.Bellamy@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Christopher.Kissel@doj.ca.gov
Samuel.Sokolsky@doj.ca.gov
Meghan.Strong@doj.ca.gov
Zelda.Vassar@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **META PLATFORMS, INC.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 5:25-cv-09792-EJD<br><br>**DECLARATION OF SHIWON CHOE IN SUPPORT OF DEFENDANT'S OMNIBUS OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Date/Time: May 7, 2026 at 9:00 a.m.<br>Courtroom: 4 (Fifth Floor) |

I, Shiwon Choe, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the state of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. I am counsel for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, in this action. I make this declaration in support of Defendant's Omnibus Opposition to Plaintiffs' Motions for Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

3. I understand from Plaintiff Meta Platforms, Inc.'s discovery responses to Defendant in this case that the exhibits attached to this declaration were also filed in *In re Social Media Adolescent Addition/Personal Injury Products Liability Litigation*, No. 4:22-md-3047-YGR (N.D. Cal.) ("MDL Action") in connection with Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment ("MDL MSJ Opposition"). For this reason, most (but not all) of the exhibits to this declaration bear Bates stamps from both this action and the MDL Action.

4. The below descriptions of the exhibits attached hereto note only the document's Bates number in this action and, for deposition transcripts, the deponent and date. As a cross-reference to aid the Court in its review of these materials, my office created a chart of the exhibits that provides the following information for each exhibit: exhibit number in this case; exhibit number as filed with the MDL MSJ Opposition; Bates number in this case (where applicable); and Bates number in the MDL Action (where applicable). A copy of that chart is attached hereto as **Appendix A**.

5. For the parties' and the Court's ease of reference, the exhibit numbering for the exhibits to this declaration tracks the exhibit numbering in the MDL Action, adding only a "M" for "Meta" in front of the exhibit number in this case.

6. All of the exhibits attached to this declaration are being filed under seal. Publicly available documents are filed separately and attached to the concurrently filed Declaration of Meghan H. Strong.

7. Attached hereto as **Exhibit M2A** is a true and correct copy of volume 1 of the

transcript of the deposition of Vaishnavi Jayakumar, taken in the MDL Action on January 30, 2025.

8. Attached hereto as **Exhibit M2B** is a true and correct copy of volume 2 of the transcript of the deposition of Vaishnavi Jayakumar, taken in the MDL Action on January 31, 2025.

9. Attached hereto as **Exhibit M2C** is a true and correct copy of volume 3 of the transcript of the deposition of Vaishnavi Jayakumar, taken in the MDL Action on March 6, 2025.

10. Attached hereto as **Exhibit M3** is a true and correct copy of the transcript of the deposition of Alison Lee, taken in the MDL Action on February 6, 2025.

11. Attached hereto as **Exhibit M6A** is a true and correct copy of volume 1 of the transcript of the deposition of Adam Mosseri, taken in the MDL Action on March 17, 2025.

12. Attached hereto as **Exhibit M6B** is a true and correct copy of volume 2 of the transcript of the deposition of Adam Mosseri, taken in the MDL Action on March 18, 2025.

13. Attached hereto as **Exhibit M6C** is a true and correct copy of the errata to the deposition of Adam Mosseri.

14. Attached hereto as **Exhibit M8** is a true and correct copy of the transcript of the deposition of Brian Boland, taken in the MDL Action on April 25, 2025.

15. Attached hereto as **Exhibit M10A** is a true and correct copy of the transcript of the deposition of Natalie Troxel, taken in the MDL Action on March 11, 2025.

16. Attached hereto as **Exhibit M10B** is a true and correct copy of the errata to the deposition of Nancy Troxel.

17. Attached hereto as **Exhibit M11A** is a true and correct copy of volume 1 of the transcript of the deposition of Mark Zuckerberg, taken in the MDL Action on March 27, 2025.

18. Attached hereto as **Exhibit M11B** is a true and correct copy of the errata to volume 1 of the deposition of Mark Zuckerberg.

19. Attached hereto as **Exhibit M11C** is a true and correct copy of volume 2 of the transcript of the deposition of Mark Zuckerberg, taken in the MDL Action on March 28, 2025.

20. Attached hereto as **Exhibit M11D** is a true and correct copy of the errata to volume 2

of the deposition of Mark Zuckerberg.

21. Attached hereto as **Exhibit M12** is a true and correct copy of the transcript of the deposition of George Volichenko, taken in the MDL Action on December 16, 2024.

22. Attached hereto as **Exhibit M13** is a true and correct copy of the transcript of the deposition of Joshua Simons, taken in the MDL Action on April 1, 2025.

23. Attached hereto as **Exhibit M14** is a true and correct copy of the transcript of the deposition of Larry Birnbaum, taken in the MDL Action on August 15, 2025.

24. Attached hereto as **Exhibit M19A** is a true and correct copy of the transcript of the deposition of Wendy Gross, taken in the MDL Action on January 28, 2025.

25. Attached hereto as **Exhibit M19B** is a true and correct copy of the errata to the deposition of Wendy Gross.

26. Attached hereto as **Exhibit M20A** is a true and correct copy of volume 1 of the transcript of the deposition of Charles Simondo, taken in the MDL Action on October 16, 2024.

27. Attached hereto as **Exhibit M20B** is a true and correct copy of volume 2 of the transcript of the deposition of Charles Sismondo, taken in the MDL Action on October 17, 2024.

28. Attached hereto as **Exhibit M20C** is a true and correct copy of the errata to the deposition of Charles Sismondo.

29. Attached hereto as **Exhibit M23** is a true and correct copy of the transcript of the deposition of Frances Haugen, taken in the MDL Action on September 25, 2025.

30. Attached hereto as **Exhibit M74** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000001.

31. Attached hereto as **Exhibit M75** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000003.

32. Attached hereto as **Exhibit M76** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000094.

33. Attached hereto as **Exhibit M77** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000147.

34. Attached hereto as **Exhibit M78** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000192.

35. Attached hereto as **Exhibit M79** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000194.

36. Attached hereto as **Exhibit M80** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000197.

37. Attached hereto as **Exhibit M81** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000206.

38. Attached hereto as **Exhibit M82** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000210.

39. Attached hereto as **Exhibit M83** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000219.

40. Attached hereto as **Exhibit M84** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000240.

41. Attached hereto as **Exhibit M85** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000257.

42. Attached hereto as **Exhibit M86** is a true and correct copy of a document produced in

this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000272.

43. Attached hereto as **Exhibit M87** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000273.

44. Attached hereto as **Exhibit M88** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000279. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

45. Attached hereto as **Exhibit M89** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000280.

46. Attached hereto as **Exhibit M90** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000282. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

47. Attached hereto as **Exhibit M91** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000283.

48. Attached hereto as **Exhibit M92** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000285.

49. Attached hereto as **Exhibit M93** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000295.

50. Attached hereto as **Exhibit M94** is a true and correct copy of a document produced in

this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000298.

51. Attached hereto as **Exhibit M95** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000299.

52. Attached hereto as **Exhibit M96** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000305.

53. Attached hereto as **Exhibit M98** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000326.

54. Attached hereto as **Exhibit M100** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000393. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

55. Attached hereto as **Exhibit M101** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000394. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

56. Attached hereto as **Exhibit M102A** is a true and correct copy of the transcript of the deposition of Shilpa Mody, taken in the MDL Action on March 14, 2025.

57. Attached hereto as **Exhibit M102B** is a true and correct copy of the errata to the deposition of Shilpa Mody.

58. Attached hereto as **Exhibit M103** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000395.

59. Attached hereto as **Exhibit M104** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000405.

60. Attached hereto as **Exhibit M105** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000413.

61. Attached hereto as **Exhibit M107** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000425.

62. Attached hereto as **Exhibit M108** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000521.

63. Attached hereto as **Exhibit M109** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000530. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

64. Attached hereto as **Exhibit M110** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000531.

65. Attached hereto as **Exhibit M111** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000557. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

66. Attached hereto as **Exhibit M112** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000558.

67. Attached hereto as **Exhibit M113A** is a true and correct copy of volume 1 of the transcript of the deposition of Diego Castaneda, taken in the MDL Action on October 22, 2024.

68. Attached hereto as **Exhibit M113B** is a true and correct copy of volume 2 of the transcript of the deposition of Diego Castaneda, taken in the MDL Action on October 23, 2024.

69. Attached hereto as **Exhibit M114** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000560.

70. Attached hereto as **Exhibit M115** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000566.

71. Attached hereto as **Exhibit M116** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000568. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

72. Attached hereto as **Exhibit M117** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000569. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

73. Attached hereto as **Exhibit M118** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000570.

74. Attached hereto as **Exhibit M119** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000573.

75. Attached hereto as **Exhibit M120** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000613.

76. Attached hereto as **Exhibit M121** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000619.

77. Attached hereto as **Exhibit M122A** is a true and correct copy of volume 1 of the transcript of the deposition of Shruti Bhutada, taken in the MDL Action on November 18, 2024.

78. Attached hereto as **Exhibit M122B** is a true and correct copy of volume 2 of the transcript of the deposition of Shruti Bhutada, taken in the MDL Action on November 19, 2024.

79. Attached hereto as **Exhibit M123** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000634.

80. Attached hereto as **Exhibit M124** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000661.

81. Attached hereto as **Exhibit M125** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000662.

82. Attached hereto as **Exhibit M126** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000663.

83. Attached hereto as **Exhibit M127** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000675. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

84. Attached hereto as **Exhibit M128** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000676. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it

does not bear a Bates number in the attached version.

85. Attached hereto as **Exhibit M129** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000677.

86. Attached hereto as **Exhibit M130A** is a true and correct copy of volume 1 of the transcript of the deposition of Moira Burke, taken in the MDL Action on January 28, 2025.

87. Attached hereto as **Exhibit M130B** is a true and correct copy of volume 2 of the transcript of the deposition of Moira Burke, taken in the MDL Action on January 29, 2025.

88. Attached hereto as **Exhibit M130C** is a true and correct copy of the errata to the deposition of Moira Burke.

89. Attached hereto as **Exhibit M131** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000701.

90. Attached hereto as **Exhibit M132** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000704. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

91. Attached hereto as **Exhibit M133** is a true and correct copy of the transcript of the deposition of Tom Cunningham, taken in the MDL Action on March 7, 2025.

92. Attached hereto as **Exhibit M138** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000705.

93. Attached hereto as **Exhibit M148** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000719.

94. Attached hereto as **Exhibit M168A** is a true and correct copy of volume 1 of the transcript of the deposition of Arturo Bejar, taken in the MDL Action on April 7, 2025.

95. Attached hereto as **Exhibit M168B** is a true and correct copy of volume 2 of the transcript of the deposition of Arturo Bejar, taken in the MDL Action on April 8, 2025.

96. Attached hereto as **Exhibit M168C** is a true and correct copy of volume 3 of the transcript of the deposition of Arturo Bejar, taken in the MDL Action on April 9, 2025.

97. Attached hereto as **Exhibit M169** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000728.

98. Attached hereto as **Exhibit M170** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000731.

99. Attached hereto as **Exhibit M172** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000737.

100. Attached hereto as **Exhibit M173** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000832. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

101. Attached hereto as **Exhibit M177** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000833. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

102. Attached hereto as **Exhibit M208** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000834. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

103. Attached hereto as **Exhibit M209** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000835.

104. Attached hereto as **Exhibit M211** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000837.

105. Attached hereto as **Exhibit M212** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000856.

106. Attached hereto as **Exhibit M213** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000866. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

107. Attached hereto as **Exhibit M214** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000867.

108. Attached hereto as **Exhibit M215** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000877.

109. Attached hereto as **Exhibit M216** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000879.

110. Attached hereto as **Exhibit M217** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000880.

111. Attached hereto as **Exhibit M218** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number

META_BONTA-00000882.

112. Attached hereto as **Exhibit M219** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000883. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

113. Attached hereto as **Exhibit M220A** is a true and correct copy of the transcript of the deposition of Emilio Ferrara, taken in the MDL Action on August 13, 2025.

114. Attached hereto as **Exhibit M220B** is a true and correct copy of the errata to the deposition of Emilio Ferrara.

115. Attached hereto as **Exhibit M222** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000884.

116. Attached hereto as **Exhibit M224** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000886.

117. Attached hereto as **Exhibit M225** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000896.

118. Attached hereto as **Exhibit M227** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000963.

119. Attached hereto as **Exhibit M228** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000969.

120. Attached hereto as **Exhibit M229** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000978. This document was produced to Defendant in native format. The

version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

121. Attached hereto as **Exhibit M230** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000979.

122. Attached hereto as **Exhibit M231** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000992. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

123. Attached hereto as **Exhibit M233** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00000993.

124. Attached hereto as **Exhibit M235** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001033.

125. Attached hereto as **Exhibit M236** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001040.

126. Attached hereto as **Exhibit M237** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001041.

127. Attached hereto as **Exhibit M239** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001043.

128. Attached hereto as **Exhibit M240** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001046.

129. Attached hereto as **Exhibit M241** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001052.

130. Attached hereto as **Exhibit M242** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001053.

131. Attached hereto as **Exhibit M243** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001056.

132. Attached hereto as **Exhibit M246** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001058.

133. Attached hereto as **Exhibit M247** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001085.

134. Attached hereto as **Exhibit M248** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001088.

135. Attached hereto as **Exhibit M249** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001119.

136. Attached hereto as **Exhibit M253** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001142.

137. Attached hereto as **Exhibit M255** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001150.

138. Attached hereto as **Exhibit M256A** is a true and correct copy of the transcript of the

deposition of Lotte Rubaek, taken in the MDL Action on April 1, 2025.

139. Attached hereto as **Exhibit M256B** is a true and correct copy of the errata to the deposition of Lotte Rubaek.

140. Attached hereto as **Exhibit M257** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001270.

141. Attached hereto as **Exhibit M260** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001324.

142. Attached hereto as **Exhibit M261** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001338.

143. Attached hereto as **Exhibit M262** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001358.

144. Attached hereto as **Exhibit M263** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001360.

145. Attached hereto as **Exhibit M264** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001367.

146. Attached hereto as **Exhibit M265** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001374.

147. Attached hereto as **Exhibit M266** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001381. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it

does not bear a Bates number in the attached version.

148. Attached hereto as **Exhibit M267** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001382.

149. Attached hereto as **Exhibit M280** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001390.

150. Attached hereto as **Exhibit M281** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001395.

151. Attached hereto as **Exhibit M298** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001397. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it does not bear a Bates number in the attached version.

152. Attached hereto as **Exhibit M318** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001398.

153. Attached hereto as **Exhibit M324** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001400.

154. Attached hereto as **Exhibit M325** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001429.

155. Attached hereto as **Exhibit M326** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001433. This document was produced to Defendant in native format. The version attached to this declaration was downloaded from the native as a PDF, which is why it

does not bear a Bates number in the attached version.

156. Attached hereto as **Exhibit M392** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001434.

157. Attached hereto as **Exhibit M1182** is a true and correct copy of a document produced in this litigation by Plaintiff Meta Platforms, Inc. beginning with the Bates number META_BONTA-00001435.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2026.

*/s/ Shiwon Choe*
Shiwon Choe

# APPENDIX A

| Choe Decl. Ex. No. | MDL MSJ Opp. Ex. No. | Meta v. Bonta Bates No. | MDL Action Bates No. |
|---|---|---|---|
| M2A | 2 | N/A | N/A |
| M2B | 2 | N/A | N/A |
| M2C | 2 | N/A | N/A |
| M3 | 3 | N/A | N/A |
| M6A | 6 | N/A | N/A |
| M6B | 6 | N/A | N/A |
| M6C | 6 | N/A | N/A |
| M8 | 8 | N/A | N/A |
| M10A | 10 | N/A | N/A |
| M10B | 10 | N/A | N/A |
| M11A | 11 | N/A | N/A |
| M11B | 11 | N/A | N/A |
| M11C | 11 | N/A | N/A |
| M11D | 11 | N/A | N/A |
| M12 | 12 | N/A | N/A |
| M13 | 13 | N/A | N/A |
| M14 | 14 | N/A | N/A |
| M19A | 19 | N/A | N/A |
| M19B | 19 | N/A | N/A |
| M20A | 20 | N/A | N/A |
| M20B | 20 | N/A | N/A |
| M20C | 20 | N/A | N/A |
| M23 | 23 | N/A | N/A |
| M74 | 74 | META_BONTA-00000001 | META3047MDL-020-00342152 |
| M75 | 75 | META_BONTA-00000003 | META3047MDL-003-00091414 |
| M76 | 76 | META_BONTA-00000094 | META3047MDL-136-00013164 |
| M77 | 77 | META_BONTA-00000147 | META3047MDL-040-00233670 |
| M78 | 78 | META_BONTA-00000192 | META3047MDL-003-00157036 |
| M79 | 79 | META_BONTA-00000194 | META3047MDL-072-00704205 |
| M80 | 80 | META_BONTA-00000197 | META3047MDL-020-00005380 |
| M81 | 81 | META_BONTA-00000206 | META3047MDL-020-00230760 |
| M82 | 82 | META_BONTA-00000210 | META3047MDL-053-00028484 |
| M83 | 83 | META_BONTA-00000219 | META3047MDL-039-00000058 |
| M84 | 84 | META_BONTA-00000240 | META3047MDL-072-00327080 |
| M85 | 85 | META_BONTA-00000257 | META3047MDL-050-00215015 |
| M86 | 86 | META_BONTA-00000272 | META3047MDL-047-00488494 |
| M87 | 87 | META_BONTA-00000273 | META3047MDL-019-00095647 |
| M88 | 88 | META_BONTA-00000279 | META3047MDL-091-00024566 |
| M89 | 89 | META_BONTA-00000280 | META3047MDL-050-00172125 |
| M90 | 90 | META_BONTA-00000282 | META3047MDL-047-00058006 |
| M91 | 91 | META_BONTA-00000283 | META3047MDL-040-00031943 |
| M92 | 92 | META_BONTA-00000285 | META3047MDL-020-00572432 |
| M93 | 93 | META_BONTA-00000295 | META3047MDL-165-00000428 |
| M94 | 94 | META_BONTA-00000298 | META3047MDL-040-00213905 |
| M95 | 95 | META_BONTA-00000299 | META3047MDL-020-00591925 |
| M96 | 96 | META_BONTA-00000305 | META3047MDL-019-00020466 |
| M98 | 98 | META_BONTA-00000326 | META3047MDL-003-00109173 |
| M100 | 100 | META_BONTA-00000393 | META3047MDL-014-00347782 |
| M101 | 101 | META_BONTA-00000394 | META3047MDL-014-00347805 |
| M102A | 102 | N/A | N/A |
| M102B | 102 | N/A | N/A |

| Choe Decl. Ex. No. | MDL MSJ Opp. Ex. No. | Meta v. Bonta Bates No. | MDL Action Bates No. |
|---|---|---|---|
| M103 | 103 | META_BONTA-00000395 | META3047MDL-044-00075012 |
| M104 | 104 | META_BONTA-00000405 | META3047MDL-096-00000086 |
| M105 | 105 | META_BONTA-00000413 | META3047MDL-050-00184006 |
| M107 | 107 | META_BONTA-00000425 | META3047MDL-079-00000177 |
| M108 | 108 | META_BONTA-00000521 | META3047MDL-020-00575591 |
| M109 | 109 | META_BONTA-00000530 | META3047MDL-074-00027496 |
| M110 | 110 | META_BONTA-00000531 | META3047MDL-019-00003016 |
| M111 | 111 | META_BONTA-00000557 | META3047MDL-014-0025533 |
| M112 | 112 | META_BONTA-00000558 | META3047MDL-003-00121724 |
| M113A | 113 | N/A | N/A |
| M113B | 113 | N/A | N/A |
| M114 | 114 | META_BONTA-00000560 | META3047MDL-003-00089141 |
| M115 | 115 | META_BONTA-00000566 | META3047MDL-014-00002192 |
| M116 | 116 | META_BONTA-00000568 | META3047MDL-035-00005017 |
| M117 | 117 | META_BONTA-00000569 | META3047MDL-014-00330379 |
| M118 | 118 | META_BONTA-00000570 | META3047MDL-003-00079909 |
| M119 | 119 | META_BONTA-00000573 | META3047MDL-003-00021095 |
| M120 | 120 | META_BONTA-00000613 | META3047MDL-003-00048700 |
| M121 | 121 | META_BONTA-00000619 | META3047MDL-035-00005132 |
| M122A | 122 | N/A | N/A |
| M122B | 122 | N/A | N/A |
| M123 | 123 | META_BONTA-00000634 | META3047MDL-003-00095008 |
| M124 | 124 | META_BONTA-00000661 | META3047MDL-020-00691221 |
| M125 | 125 | META_BONTA-00000662 | META3047MDL-014-00360058 |
| M126 | 126 | META_BONTA-00000663 | META3047MDL-037-00007064 |
| M127 | 127 | META_BONTA-00000675 | META3047MDL-020-00082810 |
| M128 | 128 | META_BONTA-00000676 | META3047MDL-046-00239694 |
| M129 | 129 | META_BONTA-00000677 | META3047MDL-003-00001890 |
| M130A | 130 | N/A | N/A |
| M130B | 130 | N/A | N/A |
| M130C | 130 | N/A | N/A |
| M131 | 131 | META_BONTA-00000701 | META3047MDL-014-00336264 |
| M132 | 132 | META_BONTA-00000704 | META3047MDL-037-00068917 |
| M133 | 133 | N/A | N/A |
| M138 | 138 | META_BONTA-00000705 | META3047MDL-022-00046397 |
| M148 | 148 | META_BONTA-00000719 | META3047MDL-034-00140829 |
| M168A | 168 | N/A | N/A |
| M168B | 168 | N/A | N/A |
| M168C | 168 | N/A | N/A |
| M169 | 169 | META_BONTA-00000728 | META3047MDL-003-00034958 |
| M170 | 170 | META_BONTA-00000731 | META3047MDL-003-00002240 |
| M172 | 172 | META_BONTA-00000737 | META3047MDL-143-00000002 |
| M173 | 173 | META_BONTA-00000832 | META3047MDL-046-00319359 |
| M177 | 177 | META_BONTA-00000833 | META3047MDL-275-00004231 |
| M208 | 208 | META_BONTA-00000834 | META3047MDL-072-00717468 |
| M209 | 209 | META_BONTA-00000835 | META3047MDL-004-00029310 |
| M211 | 211 | META_BONTA-00000837 | META3047MDL-044-00108564 |
| M212 | 212 | META_BONTA-00000856 | META3047MDL-040-00448558 |
| M213 | 213 | META_BONTA-00000866 | META3047MDL-019-00095911 |
| M214 | 214 | META_BONTA-00000867 | META3047MDL-003-00077939 |
| M215 | 215 | META_BONTA-00000877 | META3047MDL-046-00328644 |

| Choe Decl. Ex. No. | MDL MSJ Opp. Ex. No. | Meta v. Bonta Bates No. | MDL Action Bates No. |
|---|---|---|---|
| M216 | 216 | META_BONTA-00000879 | META3047MDL-047-00706929 |
| M217 | 217 | META_BONTA-00000880 | META3047MDL-152-00029529 |
| M218 | 218 | META_BONTA-00000882 | META3047MDL-047-00706686 |
| M219 | 219 | META_BONTA-00000883 | META3047MDL-020-00542046 |
| M220A | 220 | N/A | N/A |
| M220B | 220 | N/A | N/A |
| M222 | 222 | META_BONTA-00000884 | META3047MDL-040-00207835 |
| M224 | 224 | META_BONTA-00000886 | META3047MDL-020-00340672 |
| M225 | 225 | META_BONTA-00000896 | META3047MDL-020-00563113 |
| M227 | 227 | META_BONTA-00000963 | META3047MDL-020-00208021 |
| M228 | 228 | META_BONTA-00000969 | META3047MDL-153-00000071 |
| M229 | 229 | META_BONTA-00000978 | META3047MDL-047-01030576 |
| M230 | 230 | META_BONTA-00000979 | META3047MDL-005-00000001 |
| M231 | 231 | META_BONTA-00000992 | META3047MDL-035-00002761 |
| M233 | 233 | META_BONTA-00000993 | META3047MDL-046-00237768 |
| M235 | 235 | META_BONTA-00001033 | META3047MDL-065-00433563 |
| M236 | 236 | META_BONTA-00001040 | META3047MDL-040-00447851 |
| M237 | 238 | META_BONTA-00001041 | META3047MDL-040-00541685 |
| M239 | 239 | META_BONTA-00001043 | META3047MDL-003-00011760 |
| M240 | 240 | META_BONTA-00001046 | META3047MDL-003-00042548 |
| M241 | 241 | META_BONTA-00001052 | META3047MDL-040-00603437 |
| M242 | 242 | META_BONTA-00001053 | META3047MDL-003-00121808 |
| M243 | 243 | META_BONTA-00001056 | META3047MDL-003-00077939 |
| M246 | 246 | META_BONTA-00001058 | META3047MDL-207-00027495 |
| M247 | 247 | META_BONTA-00001085 | META3047MDL-014-00350817 |
| M248 | 248 | META_BONTA-00001088 | META3047MDL-148-00012173 |
| M249 | 249 | META_BONTA-00001119 | META3047MDL-004-00027423 |
| M253 | 253 | META_BONTA-00001142 | META3047MDL-020-00256107 |
| M255 | 255 | META_BONTA-00001150 | META3047MDL-047-01167629 |
| M256A | 256 | N/A | N/A |
| M256B | 256 | N/A | N/A |
| M257 | 257 | META_BONTA-00001270 | META3047MDL-208-00051296 |
| M260 | 260 | META_BONTA-00001324 | META3047MDL-003-00181774 |
| M261 | 261 | META_BONTA-00001338 | META3047MDL-020-00588248 |
| M262 | 262 | META_BONTA-00001358 | META3047MDL-046-00446151 |
| M263 | 263 | META_BONTA-00001360 | META3047MDL-040-00399807 |
| M264 | 264 | META_BONTA-00001367 | META3047MDL-003-00077196 |
| M265 | 265 | META_BONTA-00001374 | META3047MDL-003-00171168 |
| M266 | 266 | META_BONTA-00001381 | META3047MDL-035-00002791 |
| M267 | 267 | META_BONTA-00001382 | META3047MDL-056-00003662 |
| M280 | 280 | META_BONTA-00001390 | META3047MDL-019-00020438 |
| M281 | 281 | META_BONTA-00001395 | META3047MDL-208-00057228 |
| M298 | 298 | META_BONTA-00001397 | META3047MDL-014-00069917 |
| M318 | 318 | META_BONTA-00001398 | META3047MDL-040-00225130 |
| M324 | 324 | META_BONTA-00001400 | META3047MDL-040-00278293 |
| M325 | 325 | META_BONTA-00001429 | META3047MDL-144-00000324 |
| M326 | 326 | META_BONTA-00001433 | META3047MDL-047-00342965 |
| M392 | 392 | META_BONTA-00001434 | META3047MDL-208-00057539 |
| M1182 | 1182 | META_BONTA-00001435 | META3047MDL-046-00071961 |

# All Exhibits to Choe Declaration

# FILED UNDER SEAL