ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE (SBN 332901)
WILLIAM BELLAMY (SBN 347029)
SHIWON CHOE (SBN 320041)
CHRISTOPHER J. KISSEL (SBN 333937)
SAMUEL SOKOLSKY (SBN 348173)
MEGHAN H. STRONG (SBN 324503)
ZELDA VASSAR (SBN 313789)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4400
  Fax:  (415) 703-5480
  E-mail:  Asha.Albuquerque@doj.ca.gov
          William.Bellamy@doj.ca.gov
          Shiwon.Choe@doj.ca.gov
          Christopher.Kissel@doj.ca.gov
          Samuel.Sokolsky@doj.ca.gov
          Meghan.Strong@doj.ca.gov
          Zelda.Vassar@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official
capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **META PLATFORMS, INC.,** | Case No. 5:25-cv-09792-EJD |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF NON-OPPOSITION TO META'S MOTION TO SEAL DEFENDANT'S PRELIMINARY INJUNCTION OPPOSITION EXHIBITS** |
| **ROB BONTA, in his official capacity as Attorney General of California,** | |
| Defendant. | |

Defendant hereby files this notice to inform the Court that Defendant does not oppose Meta's Motion to Seal Defendant's Preliminary Injunction Opposition Exhibits, ECF No. 97.

Dated:  May 15, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General

*/s/ Meghan H. Strong*
ASHA ALBUQUERQUE
WILLIAM BELLAMY
SHIWON CHOE
CHRISTOPHER J. KISSEL
SAMUEL SOKOLSKY
MEGHAN H. STRONG
ZELDA VASSAR
Deputy Attorneys General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

1

# CERTIFICATE OF SERVICE

Case Name:   ***Meta Platforms, Inc. v. Rob Bonta***   No.   **5:25-cv-09792-EJD**

I hereby certify that on <u>May 15, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO META'S MOTION TO SEAL DEFENDANT'S PRELIMINARY INJUNCTION OPPOSITION EXHIBITS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 15, 2026</u>, at San Francisco, California.

| M. Paredes | /s/ M. Paredes |
|:---:|:---:|
| Declarant | Signature |

SA2025306455
45075725