Isaac D. Chaput (Bar No. 326923)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-6000
ichaput@cov.com

Alexander L. Schultz (Bar No. 340212)
Max A. Cherman (Bar No. 353565)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067-4643
(424) 332-4800
aschultz@cov.com

Mark W. Mosier (pro hac vice)
Teena-Ann V. Sankoorikal (pro hac vice)
Jeffrey E. Sandberg (pro hac vice)
Kuntal V. Cholera (pro hac vice)
Alexandra J. Widas (pro hac vice)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
mmosier@cov.com
tsankoorikal@cov.com
jsandberg@cov.com
kcholera@cov.com
awidas@cov.com

*Attorneys for Plaintiff Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| META PLATFORMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No.:  5:25-cv-09792-EJD <br><br> **PLAINTIFF META PLATFORMS, INC.'S NOTICE OF APPEAL** <br><br> **PRELIMINARY INJUNCTION APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff Meta Platforms, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Denying Plaintiff's Motion for Preliminary Injunction, issued on August 5, 2026.  ECF No. 126.

DATED:  August 11, 2026

Respectfully submitted,


By:     */s/ Isaac D. Chaput*

Isaac D. Chaput (Bar No. 326923)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-6000
ichaput@cov.com

Alexander L. Schultz (Bar No. 340212)
Max A. Cherman (Bar No. 353565)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067-4643
(424) 332-4800
aschultz@cov.com
mcherman@cov.com

Mark W. Mosier (pro hac vice)
Teena-Ann V. Sankoorikal (pro hac vice)
Jeffrey E. Sandberg (pro hac vice)
Kuntal V. Cholera (pro hac vice)
Alexandra J. Widas (pro hac vice)
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
mmosier@cov.com
tsankoorikal@cov.com
jsandberg@cov.com
kcholera@cov.com
awidas@cov.com

*Attorneys for Plaintiff Meta Platforms, Inc.*

PLAINTIFF META PLATFORMS, INC.'S NOTICE OF APPEAL