## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 5:25-cv-09792-EJD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: November 13, 2025

Date of judgment or order you are appealing: August 5, 2026

Docket entry number of judgment or order you are appealing: 126

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Meta Platforms, Inc.

Is this a cross-appeal?  ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:              State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ Mark W. Mosier            **Date**  August 11, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Meta Platforms, Inc.

Name(s) of counsel (if any):

Mark W. Mosier, Isaac D. Chaput, Teena-Ann V. Sankoorikal, Jeffrey E. Sandberg, Alexander L. Schultz, Kuntal V. Cholera, Alexandra J. Widas, Max A. Cherman

Address: 850 Tenth Street, NW, Washington, D.C. 20001

Telephone number(s): (202) 662-6000

Email(s): mmosier@cov.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Rob Bonta, in his official capacity as Attorney General of California

Name(s) of counsel (if any):

Shiwon Choe, Asha Albuquerque, Christopher Kissel, Lara Haddad, Meghan Strong, Samuel E. Sokolsky, Todd Grabarsky, William Bellamy, Zelda Rose Vassar

Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102

Telephone number(s): 415-510-3835

Email(s): shiwon.choe@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov