*Parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIKTOK INC.; TIKTOK USDS JOINT VENTURE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. 5:25-cv-09789-EJD<br><br>**JOINT STIPULATION TO MODIFY DEFENDANT'S DEADLINE FOR FILING A RESPONSE TO THE COMPLAINT; [PROPOSED] ORDER** |
| META PLATFORMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. 5:25-cv-09792-EJD<br><br>**JOINT STIPULATION TO MODIFY DEFENDANT'S DEADLINE FOR FILING A RESPONSE TO THE COMPLAINT; [PROPOSED] ORDER** |

| | |
|---|---|
| GOOGLE LLC and YOUTUBE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. 5:25-cv-09795-EJD<br><br>**JOINT STIPULATION TO MODIFY DEFENDANT'S DEADLINE FOR FILING A RESPONSE TO THE COMPLAINT; [PROPOSED] ORDER** |

As set forth in further detail below, the Parties stipulate and respectfully request that the Court extend the deadline for Defendant's deadline to answer or otherwise respond to the complaints.

Pursuant to Civil Local Rule 6-2(a) and in support of the request, the Parties state as follows:

1. On November 18, 2025, Plaintiffs filed their respective motions for preliminary injunctions. *See TikTok Inc. v. Bonta* ("*TikTok*"), No. 5:25-cv-09789-EJD, ECF No. 20; *Meta Platforms, Inc. v. Bonta* ("*Meta*"), No. 5:25-cv-09792-EJD, ECF No. 19; *Google LLC v. Bonta* ("*Google*"), No. 5:25-cv-09795-EJD, ECF No. 23.

2. On November 19, 2025, the Court granted the parties' request for Defendant to file his responses to the Complaints no later than thirty days following this Court's ruling on Plaintiffs' motions for preliminary injunctions. *See TikTok*, No. 5:25-cv-09789-EJD, ECF No. 21; *Meta*, No. 5:25-cv-09792-EJD, ECF No. 21; *Google*, No. 5:25-cv-09795-EJD, ECF No. 24.

3. On August 5, 2026, this Court denied Plaintiffs' motions for preliminary injunctions ("August 5 Order"). *See TikTok*, No. 5:25-cv-09789-EJD, ECF No. 106; *Meta*, No. 5:25-cv-09792-EJD, ECF No. 126; *Google*, No. 5:25-cv-09795-EJD, ECF No. 105.

4. Therefore, under the current deadlines, Defendant's deadline to answer or otherwise respond to the complaint is on September 4, 2026.

5. Plaintiffs have indicated that by August 28, 2026, they intend to move this Court to stay proceedings and deadlines in this case while Plaintiffs appeal this Court's August 5, 2026 Order.

6. Given that Defendant will have to respond to complaints from all three Plaintiffs while also responding to Plaintiff's motions to stay proceedings in the Court, and the ruling on Plaintiff's anticipated stay motions may impact Defendant's need to file an answer or otherwise respond to the complaints, a short, 30-day extension of time to respond to the complaints is warranted.

7. In accordance with Civil Local Rule 6-2(a)(2), the Parties state as follows that:

a) The Parties have thrice stipulated to, and the Court has approved, extensions to the briefing schedule on the pending motions for a preliminary injunction;

b) The Court has rescheduled on three occasions the date for the Initial Case Management Conference after the filing of stipulations by the parties requesting such a rescheduling;

c) The Parties have stipulated four times to, and the Court has approved, rescheduling the deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of Defendant's Opposition and Sur-Reply.

d) The Parties have thrice stipulated to, and the Court has approved, rescheduling the deadline for any responses to motions to seal materials or information filed conditionally under seal in connection with the filing of Defendant's Opposition and Sur-Reply.

e) The Parties have once stipulated to, and the Court has approved, rescheduling the deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of Plaintiffs' reply briefs in support of their motions for preliminary injunctions.

For the foregoing reasons, the Parties stipulate and respectfully jointly request that the deadline for Defendant to answer or otherwise respond to the complaints be extended thirty days. Under Federal Rule of Civil Procedure 6(a)(1)(C), Defendant's deadline to answer or otherwise respond to the complaints would be due on October 5, 2026.

The Parties further stipulate and respectfully jointly request that the Parties be allowed to further extend the deadline for Defendant to answer or otherwise respond to the complaints by stipulation, without the need to request further Court orders, pursuant to Civil Local Rule 6-1(a).

Dated: August 24, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General

*/s/ Samuel Sokolsky*
MEGHAN STRONG
SHIWON CHOE
ASHA ALBUQUERQUE
WILLIAM BELLAMY
CHRISTOPHER J. KISSEL
SAMUEL SOKOLSKY
ZELDA VASSAR
Deputy Attorneys General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

O'MELVENY AND MYERS LLP

*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI
JONATHAN D. HACKER
*Attorneys for Plaintiffs TikTok Inc. and TikTok USDS Joint Venture LLC*

COVINGTON & BURLING LLP

*/s/ Isaac D. Chaput*
ISAAC D. CHAPUT
ALEXANDER L. SCHULTZ
MARK W. MOSIER
TEENA-ANN V. SANKOORIKAL
JEFFREY E. SANDBERG
KUNTAL V. CHOLERA
ALEXANDRA J. WIDAS
MAX A. CHERMAN
*Attorneys for Plaintiff Meta Platforms, Inc.*

COOLEY LLP

*/s/ Benedict Hur*
BENEDICT HUR
ELIZABETH B. PRELOGAR
RAYMOND P. TOLENTINO
EPHRAIM A. MCDOWELL
JONATHAN PATCHEN
MICHAEL ROME
*Attorneys for Plaintiffs Google LLC and YouTube, LLC*

* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August ___, 2026

_______________________________
THE HON. EDWARD J. DAVILA
United States District Judge